# EXHIBIT 7

# Interagency Standards for Fire and Fire Aviation Operations

Department of the Interior
Bureau of Land Management
National Park Service
U.S. Fish and Wildlife Service

Department of Agriculture
Forest Service

# 2016

   

January 2016
*NFES 2724*

| | |
|---|---|
| Chapter 1 | Federal Wildland Fire Management Policy Overview |
| Chapter 2 | BLM Program Organization and Responsibilities |
| Chapter 3 | NPS Program Organization and Responsibilities |
| Chapter 4 | FWS Program Organization and Responsibilities |
| Chapter 5 | FS Program Organization and Responsibilities |
| Chapter 6 | Reserved |
| Chapter 7 | Safety and Risk Management |
| Chapter 8 | Interagency Coordination and Cooperation |
| Chapter 9 | Fire Management Planning |
| Chapter 10 | Preparedness |
| Chapter 11 | Incident Management |
| Chapter 12 | Suppression Chemicals and Delivery Systems |
| Chapter 13 | Firefighting Training and Qualifications |
| Chapter 14 | Firefighting Equipment |
| Chapter 15 | Communications |
| Chapter 16 | Aviation Operations and Resources |
| Chapter 17 | Fuels Management |
| Chapter 18 | Reviews and Investigations |
| Chapter 19 | Dispatch and Coordination System |

**EXHIBIT 7**

# Interagency Standards for Fire and Fire Aviation Operations

**January 2016**
**NFES 2724**

Produced by the Interagency Standards for Fire and Fire Aviation Operations Group, National Interagency Fire Center, Boise, ID.

This document is posted at
http://www.nifc.gov/policies/pol_intgncy_guides.html.

Published copies of this document may be ordered from the National Interagency Fire Center, Great Basin Cache Supply Office, Boise, ID 83705-5354. Consult the current *NWCG National Fire Equipment System Catalog Part 2: Publications* for current prices and ordering procedures posted at http://www.nwcg.gov/?q=publications/449-2.

Release Date: January 2016

(This page intentionally left blank.)

   

## NATIONAL INTERAGENCY FIRE CENTER
3833 S. Development Avenue
Boise, Idaho 83705-5354
January 1, 2016

To:     Agency Personnel

From:   Fire and Aviation Directors;
         Bureau of Land Management
         U.S. Forest Service
         U.S. Fish and Wildlife Service
         National Park Service

Subject:    *Interagency Standards for Fire and Fire Aviation Operations*

The Fire and Aviation Directors of the Bureau of Land Management, U.S. Forest Service, U.S. Fish and Wildlife Service, and National Park Service have directed the Interagency Standards for Fire and Fire Aviation Operations Group (ISOG) to annually revise, publish, and distribute the federal *Interagency Standards for Fire and Fire Aviation Operations*, and issue errata to this document.

The *Interagency Standards for Fire and Fire Aviation Operations*, states, references, or supplements policy and provides program direction for Bureau of Land Management, U.S. Forest Service, U.S. Fish and Wildlife Service, and National Park Service fire and fire aviation program management.

Employees engaged in fire suppression and fire management activities will comply with interagency and agency-specific health, safety, and fire management policy documents.

For the Bureau of Land Management, this document provides policy and guidance as referenced in *BLM Manual Section (MS) 9200 Fire Program Management*.

For the USDA Forest Service, this document provides guidance for implementing safe and effective fire and aviation management operations based on policy in *Forest Service Manual 5100* and *5700*.

**Release Date: January 2016**

For the U.S. Fish and Wildlife Service this document provides guidance for implementaion of 621 FW 1.

For the National Park Service this document supplements *Reference Manual 18.*

This document addresses specific action items that are contained in the *Guidance for Implementaiton of Federal Wildland Fire Management Policy (February 13, 2009).*

The contents of this book are not to be modified. Supplemental agency-specific direction of a more restrictive nature may be issued separately.

Suggestions for modification of the publication should be sent to your agency representatives listed on this page.


Ronald Dunton
Assistant Director, Fire & Aviation, Bureau of Land Management


Kim Christensen
Acting Assistant Director, Fire & Aviation Management, U.S. Forest Service


Chris Wilcox
Chief, Fire Management Branch, U.S. Fish and Wildlife Service


William Kaage
Chief, Division of Fire and Aviation, National Park Service

Interagency Standards for Fire and Fire Aviation Operations Group agency respresentatives:

Marlene Eno-Hendren, BLM
Brian Achziger, BLM
Bill Van Bruggen, FS
Evans Kuo, FS
Ted Mason, FWS
Rick Struhar, FWS
Mark Koontz, NPS
Jordan McKnight, NPS

**Release Date: January 2016**

# Table of Contents

NATIONAL INTERAGENCY FIRE CENTER ................................................................... v

**Chapter 1** ............................................................................................................ 1
**Federal Wildland Fire Management Policy Overview** ....................................... 1
  **Scope** ................................................................................................................ 1
  **Purpose** ............................................................................................................. 1
  *Review and Update of the 1995 Federal Wildland Fire Management Policy*
  *(January 2001)* ................................................................................................... 1
    Guiding Principles of the Federal Wildland Fire Management Policy .................... 1
    Elements of the Federal Wildland Fire Management Policy ................................... 3
  *Guidance for Implementation of Federal Wildland Fire Management Policy*
  *(February 13, 2009)* ........................................................................................... 5
  **Definitions** ........................................................................................................ 6
    Wildland Fire ....................................................................................................... 6
    Fire Type .............................................................................................................. 6
    Wildfire Management Objectives .......................................................................... 6
    Response to Wildfire ............................................................................................ 7
    Initial Response .................................................................................................... 7
    Initial Attack (IA) ................................................................................................. 7
    Extended Attack ................................................................................................... 7
    Extended Attack Incident ...................................................................................... 7
    Suppression .......................................................................................................... 7
    Protection ............................................................................................................. 7
    Prescribed Fire ..................................................................................................... 8
  **Fire Operations Doctrine** ............................................................................... 8
    Purpose of Fire Operations Doctrine ..................................................................... 8
    The Nature of Fire Operations ............................................................................... 8
    Wildland Fire Operations Risk Management .......................................................... 8
    Fire Preparedness ................................................................................................. 8
    Fire Operations Command Philosophy ................................................................... 9
    Fire Leadership .................................................................................................... 9
    Fire Suppression .................................................................................................. 9
    Principles of Suppression Operations .................................................................... 10
    Principles of Fire Suppression Action ................................................................... 10
  **Cost Effective Fire Operations** ...................................................................... 11

**Chapter 2** ........................................................................................................ 13
**BLM Wildland Fire and Aviation Program Organization and**
**Responsibilities** ............................................................................................... 13
  **Introduction** .................................................................................................. 13
  **BLM Fire Operations Website** ...................................................................... 13
  **National Wildfire Coordinating Group (NWCG) Relationship to BLM** ....... 13
  **Fire and Aviation Directorate** ....................................................................... 14
  **Program Manager Responsibilities** ............................................................... 14
    Assistant Director, Fire and Aviation (FA-100) ..................................................... 14
    Deputy Assistant Director, Fire and Aviation (FA-100) .......................................... 14
    Equal Employment Opportunity Manager (EEO) (FA-102) ..................................... 15
    Support Services Division Chief (FA-200) ............................................................. 15
    Fire Operations Division Chief (FA-300) .............................................................. 16
    Budget and Evaluation Division Chief (FA-400) ................................................... 17
    Aviation Division Chief (FA-500) ........................................................................ 17
    Fire Planning and Fuels Management Division Chief (FA-600) ............................... 18

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 8 of 463   PageID #: 905

External Affairs Division Chief (FA-700)................................................................19
State Director.........................................................................................................19
District/Field Manager .........................................................................................20
**Management Performance Requirements for Fire Operations ........................20**
Manager's Oversight.............................................................................................22
Post Incident Review............................................................................................23
Fire Training for Agency Administrators ............................................................23
State Fire Management Officer (SFMO)..............................................................23
District/Zone/Field Office Fire Management Officer..........................................23
**Fire Staff Performance Requirements for Fire Operations ...........................24**
**Delegation of Authority.......................................................................................27**
Delegation for State Fire Management Officers (SFMO)....................................27
Delegation for District/Zone/Field Office Fire Management Officers (FMO)........28
**BLM Operational Duty Officer (ODO) ..............................................................29**
**State and National Duty Officers .......................................................................29**
**Incident Business .................................................................................................30**
**BLM Fire Management Position Titles and Fire Department Cooperator**
**Equivalencies .......................................................................................................30**
**Safety and Occupational Health Program.........................................................30**
Safety and Health Responsibilities for the Fire Program ...................................31
Employee Safety and Health Program Responsibility ........................................34
**Emergency Notification and Contact Information ...........................................34**
**Employee Advocacy.............................................................................................35**
**BLM Fire and Aviation Honor Guard...............................................................36**
**Employee Conduct...............................................................................................36**
Examples of Harassment and Misconduct...........................................................36
**BLM Mobile Fire Equipment Policy .................................................................37**
Introduction..........................................................................................................37
Policy and Guidance.............................................................................................37
Fire Equipment Committees.................................................................................37
BLM National Fire Equipment Program (NFEP) ...............................................38
BLM Fire Equipment Status Report (FES)..........................................................38
BLM Engine Use Report (EUR)..........................................................................38
Equipment Development.......................................................................................38
Fire Equipment Standardization...........................................................................38
Fire Engine and Command Vehicle Identifier Standards....................................39
Deficiency Reporting............................................................................................39
Acquisition of Working Capital Fund Equipment ..............................................39
Funding.................................................................................................................39
BLM Mobile Fire Equipment Ordering...............................................................40
Equipment Modification/Retrofitting...................................................................40
Property Transfer/Replacement............................................................................40
Conversions..........................................................................................................40
BLM Engine Equipment Inventory......................................................................41
Fire Equipment Maintenance and Care Standards...............................................41
Fire Equipment Maintenance and Procedure Record (FEMPR)..........................41
BLM Implementation of the Department of the Interior (DOI) Authorization for Use of
Government Passenger Carrier(s) for Home-to-Work Transportation....................42
**Lights and Siren Response..................................................................................42**
**BLM Firefighters.................................................................................................43**
Introduction..........................................................................................................43
BLM Firefighter Priority for Use ........................................................................43
BLM Fire Operations Group National Preposition Strategy ...............................44

                                        Release Date: January 2016

**Mobilization of BLM Firefighters** ...................................................................**44**
Preparedness Funding ...........................................................................................44
Suppression Funding ............................................................................................44
Short-Term Severity (State-Level Severity) .........................................................45
National-Level Severity Funding ..........................................................................45
National Preposition Funding ...............................................................................46
State Discretionary Preposition Funding ..............................................................47
**BLM Fire Training and Workforce Development** ..........................................**47**
BLM Fire Training and Workforce Development Program ....................................47
*BLM Standards for Fire Training and Workforce Development* ..........................47
**BLM Firefighters General Non-Fire Training Requirements** ........................**48**
Administratively Determined (AD) and Emergency Firefighters (EFF) ................48
Agency Permanent, Career Seasonal, and Temporary Firefighters .......................48
Driver Training for Regular Drivers of Fire Equipment .......................................49
BLM Firefighter Mandatory Physical Fitness Standards ......................................49
BLM National Fire Operations Fitness Challenge.................................................50
Interagency Fire Program Management Standards .................................................50
**BLM Hand Crews** .............................................................................................**51**
BLM Hand Crew Standards (all crew types) .........................................................51
BLM Hand Crew Standards by Type .....................................................................51
BLM Interagency Hotshot Crews (IHCs) ..............................................................54
BLM IHC Locations ..............................................................................................54
BLM IHC Annual Crew Mobilization....................................................................54
BLM IHC Decertification and Recertification ......................................................54
BLM IHC Size .......................................................................................................55
BLM IHC Status Reporting System ......................................................................55
BLM IHC Training and Qualification Requirements ............................................55
BLM Fire Suppression Modules ............................................................................56
BLM Fire Suppression Module Mobilization.........................................................56
BLM Wildland Fire Modules .................................................................................56
**BLM Engines** ....................................................................................................**56**
BLM Engine Ordering............................................................................................56
BLM Engine Typing ..............................................................................................57
BLM Engine Minimum Staffing Requirements .....................................................57
BLM Engine Training and Qualification Requirements.........................................58
BLM Engine Driver Requirements.........................................................................58
**BLM Smokejumpers** ........................................................................................**59**
BLM Smokejumper (SMKJ) Operations................................................................59
BLM Smokejumper Mission ..................................................................................59
BLM Smokejumper Coordination and Dispatch ....................................................60
BLM Ram-Air Parachute System Management .....................................................60
BLM Smokejumper Aircraft ..................................................................................61
BLM Smokejumper Training ..................................................................................61
BLM Smokejumper Training and Qualification Targets ........................................61
BLM Smokejumper Jump Proficiency Guideline ..................................................61
BLM Smokejumper Physical Fitness Standards .....................................................62
Retesting................................................................................................................62
**BLM Exclusive Use Helitack Crews**...............................................................**62**
BLM Exclusive Use Helicopter Locations ............................................................63
Target (Desired) Exclusive Use Helitack Crew Qualifications and Composition....64
**Management Actions for Noncompliant Remote Automatic Weather Stations (RAWS)** ............................................................................................................**64**
**Sage Grouse Conservation Related to Wildland Fire**...................................**65**
**BLM Use of Wildland Fire Decision Support System (WFDSS)** ..................**67**
Wildfire Decision Approval Process in Alaska for Non-BLM Lands.....................68

Release Date: January 2016                                                                    iii

**EXHIBIT 7**

BLM Global Positioning System (GPS) Datum and Coordinate
Format Standard ..................................................................................... 68

**Chapter 3 ................................................................................................. 69**
**National Park Service Program Organization and Responsibilities............ 69**
  Introduction ............................................................................................. 69
  Agency Administrator Roles...................................................................... 69
    Director ................................................................................................. 69
    Regional Director .................................................................................. 69
    Park Superintendent ............................................................................. 69
  Agency Administrator Management Performance Requirements for Fire
  Operations............................................................................................... 70
  Fire Management Staff Roles .................................................................... 74
    National Office....................................................................................... 74
    Regional Office ...................................................................................... 74
    Park...................................................................................................... 75
  Fire Management Staff Performance Requirements for Fire Operations............ 75
  Fire Management Leadership Board ......................................................... 79
  Requirements for Fire Management Positions........................................... 79
  Training................................................................................................... 80
    Training for Park Superintendents.......................................................... 80
    Training for Fire Management Officers ................................................... 80
    NPS Firefighters General Training Requirements.................................... 80
  Structural Fire and Hazardous Materials Response ................................. 81
    Structural Fire Response Requirements (Including Vehicle, Trash, and Dumpster Fires)........ 81
  Delegation of Authority............................................................................ 81
    Delegation for Regional Fire Management Officers.................................. 81
  NPS Duty Officer (DO) ............................................................................ 82
  Engine Operating Standards .................................................................... 82
    Vehicle Color and Marking..................................................................... 82
    Engine Module Standards...................................................................... 82
  Lights and Siren Response....................................................................... 83
  Vehicle Maintenance, Repairs and Replacement...................................... 84
    Annual Safety Inspections, Scheduled Maintenance, and Daily Inspections............ 84
    Fixed Ownership Rates (FORs)............................................................. 84
  Equipment Bulletins and Equipment Alerts ............................................. 84
  NPS Firefighter Target Physical Fitness Standards ................................. 85
    National Fire Operations Fitness Challenge ........................................... 85
  Wildland Fire Uniform Standards ............................................................ 86
    Fire Management Credentials................................................................. 87
  NPS Use of WFDSS ................................................................................ 87
  National Park Service Specific Qualifications and Qualifications Exceptions .....88

**Chapter 4 ................................................................................................. 89**
**U.S. Fish and Wildlife Service Program Organization and
Responsibilities......................................................................................... 89**
  Introduction ............................................................................................. 89
  Agency Administrator Roles...................................................................... 89
    Director ................................................................................................. 89
    Chief, National Wildlife Refuge System .................................................. 89
    Regional Director .................................................................................. 89
    Regional Chief and Refuge Supervisors................................................. 90

                                           Release Date: January 2016

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 11 of 463   PageID #:
908

Project Leader/Refuge Manager....................................................................90
Management Performance Requirements for Fire Operations...............................90
**Fire Management Staff Roles** .................................................................**95**
National Office..........................................................................................95
Fire Director ........................................................................................95
Regional Office.........................................................................................96
Regional Fire Management Coordinator (RFMC)........................................96
Refuge....................................................................................................96
Zone Fire Management Officer (ZFMO).....................................................96
Fire Management Staff Performance Requirements for Fire Operations.............97
**National Fire Leadership Team** ...........................................................**100**
**Delegation of Authority**.......................................................................**101**
Regional Fire Management Coordinator ...................................................101
Zone Fire Management Officer (ZFMO) ...................................................101
**Inter-refuge Agreements** ....................................................................**102**
**Fire Duty Officer** ................................................................................**102**
**Fire Severity Funding**.........................................................................**102**
**Fire Reporting**....................................................................................**102**
**Individual Fire Report** ........................................................................**102**
**Fish and Wildlife Service Use of WFDSS** .............................................**103**
**Final Wildland Fire Record** ................................................................**103**
**Physical Fitness and Conditioning** ......................................................**103**
**Training**.............................................................................................**104**
Agency Administrator Training ...............................................................104
Zone Fire Management Officer Training....................................................104
FWS Firefighter General Training Requirements.........................................105
Agency Permanent, Career Seasonal, and Temporary Firefighters................105
AD and EFF Required Training ..............................................................105
**Fish and Wildlife Service Specific Qualifications** .................................**105**
**FWS Global Positioning System (GPS) Datum and Coordinate**
**Format Standard** ...............................................................................**105**

**Chapter 5** ............................................................................................**107**
**USDA Forest Service Wildland Fire and Aviation Program Organization**
**and Responsibilities**............................................................................**107**
**Introduction**.......................................................................................**107**
**Foundational Doctrine** ........................................................................**107**
The Operational Environment..................................................................108
Mission.................................................................................................108
Leadership and Accountability.................................................................108
Roles and Relationships..........................................................................109
Operations.............................................................................................109
Risk Management ..................................................................................110
**Agency Administrator Roles and Responsibilities for Incident Management**....**110**
Agency Administrator Core Competencies..................................................110
Agency Administrator Certification Program..............................................110
Guidelines.............................................................................................111
Evaluation Process .................................................................................113
Currency...............................................................................................113
Guidance on the Selection of Coaches.......................................................113
Definitions............................................................................................114
**Specific Agency Administrator Responsibilities for Fire and Aviation**
**at the Field Level** ...............................................................................**114**
Responsibilities......................................................................................115

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 12 of 463   PageID #:
909

Preparedness ..................................................................................115
Suppression ...................................................................................116
Responsibilities and Oversight.......................................................117
Risk Management Framework .........................................................117
Safety ...........................................................................................119
Fuels .............................................................................................120
Prescribed Fire ..............................................................................120
Fire Management Position Requirements .........................................121
**Specific Fire Management Staff Responsibilities for Fire Operations
at the Field Level** ...........................................................................**121**
Preparedness ..................................................................................121
Suppression ...................................................................................122
Safety ...........................................................................................123
Prescribed Fire ..............................................................................123
**Structure Exposure Protection Principles** ...................................**123**
Mission and Role ...........................................................................123
Strategic Principles.........................................................................124
Tactical Applications ......................................................................124
Structure Protection Definition ....................................................124
USFS Role...................................................................................124
Local Government Role ...............................................................126
Cost............................................................................................126
Tactical Operating Principles ......................................................126

**Chapter 6** ........................................................................................ **129**
**Reserved**........................................................................................... **129**

**Chapter 7** ........................................................................................ **131**
**Safety and Risk Management** ....................................................... **131**
**Introduction** ..................................................................................**131**
**Policy** ...........................................................................................**131**
**Guiding Principles** ........................................................................**131**
**Goal**..............................................................................................**132**
**Definitions** ....................................................................................**132**
**Risk Management Process** ............................................................**132**
**Job Hazard Analysis (JHA)/Risk Assessment (RA)**............................**132**
**Work/Rest** ....................................................................................**133**
**Length of Assignment** ..................................................................**133**
Assignment Definition ....................................................................133
Length of Assignment .....................................................................133
Days Off.........................................................................................134
Assignment Extension.....................................................................135
Single Resource/Kind Extensions ....................................................135
Incident Management Team Extensions ...........................................136
Maximum Consecutive Days Worked – Home Unit ...........................136
**Driving Standard** ...........................................................................**136**
General Driving Policy .....................................................................136
Non-Incident Operations Driving.....................................................138
Mobilization and Demobilization......................................................138
Incident Operations Driving.............................................................139
Fire Vehicle Operation Standards.....................................................139
**Management Controls to Mitigate Exposure** .................................**139**
**Wildland Fire Field Attire** ..............................................................**139**

Release Date: January 2016

**EXHIBIT 7**

**Personal Protective Equipment (PPE)** .................................................................... **140**
   Required Fireline PPE ........................................................................................... 140
   Wildland Fire Boot Standard ................................................................................. 140
   Fire Shelters ........................................................................................................... 141
   Head Protection ..................................................................................................... 141
   Eye and Face Protection ........................................................................................ 142
   Hearing Protection ................................................................................................. 142
   Neck Protection ..................................................................................................... 142
   Leg Protection ....................................................................................................... 142
   Respiratory Protection ........................................................................................... 143
   Specialized or Non-Standard Personal Protective Equipment (PPE) ..................... 143
   High Visibility Vests ............................................................................................. 144
**Fireline Safety** ....................................................................................................... **144**
   Incident Briefings .................................................................................................. 144
   LCES – A System for Operational Safety .............................................................. 144
   Right to Refuse Risk .............................................................................................. 144
   Smoke and Carbon Monoxide ............................................................................... 145
   Location of Fire Camps and Plans to Remain in Place .......................................... 145
   Standard Safety Flagging ....................................................................................... 145
**Emergency Medical Planning and Services** .......................................................... **146**
   Incident Medical Emergency Management Planning .............................................. 146
   Air Ambulance Coordination ................................................................................. 146
   Incident Emergency Medical Services ................................................................... 147
**Required Treatment for Burn Injuries** ................................................................ **147**
   ABA Burn Injury Criteria ...................................................................................... 148
     Severity Determination ................................................................................... 149
   Percentage Total Body Surface Area (TBSA) ....................................................... 149
**Explosives, Munitions, and Unexploded Ordinance** ............................................. **149**
   Notifications .......................................................................................................... 150
   Discovery of Explosives/Munitions/UXO Associated with Former Defense Sites ... 150
**Industrial and Naturally Occurring Hazardous Materials Exposure** ................. **151**
   Hazardous Materials Response .............................................................................. 151
   Dump and Spill Sites ............................................................................................. 151
   Wildland Fires In or Near Oil/Gas Operations ...................................................... 152
   Wildland Fires In or Near Radioactive Locations ................................................. 153
   Hazardous Water Sources ...................................................................................... 154
   Hydrogen Cyanide (HCN) Exposure ..................................................................... 155
**Safety for Personnel Visiting Fires** ...................................................................... **155**
   Visits to Incident Base Camps or Non-Fireline Field Locations ............................ 155
   Fireline Logistical Support .................................................................................... 155
   Minimum Requirements for Visits to the Fireline/RX Burns ................................. 156
   Non-Escorted Visits .............................................................................................. 156
   Escorted Visits ...................................................................................................... 156
   Helicopter Observation Flights .............................................................................. 157
   Fixed-Wing Observation Flights ............................................................................ 157
**Six Minutes for Safety Training** ........................................................................... **157**
**SAFENET** .............................................................................................................. **157**
**Safety Alert System** .............................................................................................. **158**
**Accident/Injury Reporting** .................................................................................... **158**
   Agency Reporting Requirements ........................................................................... 159
   OSHA Reporting Requirements ............................................................................. 159
**Critical Incident Management** .............................................................................. **159**
**Critical Incident Stress Management (CISM)** ....................................................... **160**
   Critical Incident Peer Support (CIPS) .................................................................... 160
   Critical Incident Peer Support Groups ................................................................... 160

**EXHIBIT 7**

**Chapter 8** ............................................................................................. **161**
**Interagency Coordination and Cooperation** .................................... **161**
  **Introduction** ...................................................................................... **161**
  **National Wildland Fire Cooperative Agreements** .......................... **161**
    USDOI and USDA Interagency Agreement for Fire Management ........ 161
    DOI, USDA, and DOD Interagency Agreement ............................... 161
  **National Wildland Fire Management Structure** ............................ **162**
    Wildland Fire Leadership Council (WFLC) ..................................... 162
    Wildland Fire Executive Council (WFEC) ....................................... 162
    Federal Fire Policy Council (FFPC) ................................................ 162
    Fire Executive Council (FEC) ......................................................... 163
    Fire Management Board (FMB) ....................................................... 164
    National Wildfire Coordinating Group (NWCG) ............................. 165
    Interior Fire Executive Council (IFEC) ........................................... 165
    Office of Wildland Fire (OWF) ....................................................... 165
  **Multi-Agency Management and Coordination** ............................. **166**
    National Multi-Agency Coordinating (NMAC) Group ..................... 166
    Geographic Area Multi-Agency Coordinating (GMAC) Groups ....... 166
  **National Dispatch/Coordination System** ..................................... **167**
    National Interagency Coordination Center (NICC) .......................... 167
    Geographic Area Coordination Centers (GACCs) ........................... 167
    Local Dispatch Centers .................................................................. 167
  **Local and Geographic Area Drawdown** ...................................... **168**
  **National Ready Reserve (NRR)** .................................................. **168**
  **Interagency Incident Business Management Handbook** ............... **168**
  **Standards for Cooperative Agreements** ....................................... **169**
    Agreement Policy .......................................................................... 169
  **Types of Agreements** ................................................................... **169**
    National Interagency Agreements .................................................... 169
    Regional/State Interagency Agreements .......................................... 170
    Local Interagency Agreements ........................................................ 170
    Emergency Assistance .................................................................... 170
    Contracts ....................................................................................... 170
  **Elements of an Agreement** .......................................................... **170**
  **Annual Operating Plans (AOPs)** ................................................ **171**
    General Elements of an Annual Operating Plan ............................... 171
  **All-Hazards Coordination and Cooperation** ............................... **174**
    Stafford Act Disaster Relief and Emergency Assistance ................... 175
    Homeland Security Act ................................................................... 175
    Homeland Security Presidential Directive-5 ..................................... 175
    National Response Framework ........................................................ 175
    National Incident Management System (NIMS) ............................... 176
    Emergency Support Function (ESF) Annexes ................................... 176
    National Oil and Hazardous Substances Pollution Contingency Plan (NCP, 40 CFR 300) .... 177
    Post-Katrina Emergency Management Reform Act ........................... 178
    Presidential Policy Directive-8 ........................................................ 178
    All-Hazards Coordination and Cooperation ..................................... 178
    NWCG Role in Support, Coordination, and All-Hazards Response by Wildland Fire Agencies
    ....................................................................................................... 178
    USFS All-Hazards Guiding Principles and Doctrine ........................ 179
    All-Hazard Incident Management Teams (IMTs) and Other Non-Wildland Fire IMTs ........ 181

Release Date: January 2016

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 15 of 463   PageID #:
912

International Wildland Fire Coordination and Cooperation.............................182
  U.S. – Mexico Cross Border Cooperation on Wildland Fires ..................182
  U.S. – Canada, Reciprocal Forest Firefighting Arrangement ..................182
  U.S. – Australia/New Zealand Wildland Fire Arrangement ....................182
International Non-Wildland Fire Coordination and Cooperation ....................182
  International Disasters Support ........................................................................182

**Chapter 9 ..............................................................................................................185**
**Fire Management Planning ................................................................................185**
  **Purpose ...............................................................................................................185**
  **Policy ..................................................................................................................185**
  **Agency Planning Guidance ..............................................................................186**
    Department of Interior (DOI) ..........................................................................186
    U.S. Forest Service (FS) ...................................................................................186
    Other Resources ................................................................................................187
  **Concepts and Definitions ................................................................................187**
    Land/Resource Management Plan ....................................................................187
    Fire Management Plan ......................................................................................187
    Fire Management Unit ......................................................................................187
    Compliance ........................................................................................................187
    Spatial Fire Management Plan (SFMP) ...........................................................188
    Spatial Fire Management Plan Mapsheet ........................................................188
    Spatial Fire Management Plan Map Set ..........................................................188
  **Connection to Other Plans ..............................................................................188**

**Chapter 10 ............................................................................................................189**
**Preparedness .........................................................................................................189**
  **Preparedness Overview ....................................................................................189**
  **Preparedness Planning .....................................................................................189**
  **Fire Danger Rating ...........................................................................................190**
    Communication of Fire Danger ........................................................................191
  **Fire Danger Operating Plan Rating ...............................................................191**
  **Preparedness Level Plans .................................................................................193**
  **Step-up/Staffing Plans ......................................................................................194**
    Staffing Level ....................................................................................................194
  **Initial Response/Pre-planned Dispatch Plans ...............................................195**
  **Fire Prevention/Mitigation Plans ...................................................................195**
  **Fire Danger PocketCard for Firefighter Safety ...........................................196**
  **Managing Weather Data in WIMS ..................................................................196**
  **Management Actions for Remote Automated Weather Stations (RAWS) .........197**
    Noncompliance Report .....................................................................................197
    Portable RAWS .................................................................................................197
  **Predictive Service Areas ..................................................................................197**
  **National Predictive Services Fire Potential Outlooks and Advisories.............198**
    National Wildland Significant Fire Potential Outlook .....................................198
    7-Day Significant Fire Potential Outlook ........................................................198
    Fuel and Fire Behavior Advisories ..................................................................198
  **Local Unit Seasonal Tracking..........................................................................198**
  **Fire Severity Funding .......................................................................................199**
    Typical Uses......................................................................................................200
    Authorization ....................................................................................................200
    State/Regional-Level Fire Severity Funding ...................................................200
    National-Level Fire Severity Funding .............................................................201

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 16 of 463   PageID #:
913

Appropriate Fire Severity Funding Charges and Activities ..................................................201
Labor ........................................................................................................................................201
Vehicles and Equipment .........................................................................................................201
Aviation ...................................................................................................................................201
Travel and Per Diem ...............................................................................................................202
Prevention Activities ..............................................................................................................202
Inappropriate Fire Severity Funding Charges .......................................................................202
Interagency Severity Requests ...............................................................................................203
Requesting Fire Severity Funding ..........................................................................................203
Sequence of Action and Responsible Parties for Severity Funding Requests ......................203
Labor Cost Coding For Fire Severity Funded Personnel .......................................................204
Documentation ........................................................................................................................204
Severity Funding Reviews ......................................................................................................204
**Qualification for Professional Liability Insurance Reimbursement** ..................**205**

**Chapter 11** ...............................................................................................................**207**
**Incident Management and Response** ..................................................................**207**
**National Response Framework** .........................................................................**207**
**National Incident Management System** ............................................................**207**
Incident Management and Coordination Components of NIMS ..............................................207
**Incident Command System (ICS)** ........................................................................**207**
**Wildfire Complexity** ..............................................................................................**207**
Wildfire Risk and Complexity Assessment ............................................................................208
**Command Organizations** ......................................................................................**208**
Incident Command ..................................................................................................................208
On-site Command Organizations ............................................................................................209
**Incident Characteristics** ........................................................................................**209**
Type 5 Incident Characteristics ..............................................................................................209
Type 4 Incident Characteristics ..............................................................................................210
Type 3 Incident Characteristics ..............................................................................................210
Type 3 Incident Command ......................................................................................................211
Type 2 Incident Characteristics ..............................................................................................211
Type 2 Incident Command ......................................................................................................212
Type 1 Incident Characteristics ..............................................................................................212
Type 1 Incident Command ......................................................................................................212
**Incident Management Teams** ................................................................................**213**
Area Command ........................................................................................................................213
Type 1 Incident Management Teams .......................................................................................213
National Incident Management Organization (NIMO) ...........................................................214
Type 2 Incident Management Teams .......................................................................................214
Unified Command ...................................................................................................................214
All-Hazard Incident Management Teams (IMTs) and Other Non-Wildland Fire IMT ...........215
**Coordination and Support Organizations** .........................................................**215**
Buying/Payment Teams ..........................................................................................................215
Multi-Agency Coordination (MAC) .......................................................................................216
**Wildland Fire Decision Support System (WFDSS)** ...........................................**217**
Initial Decision ........................................................................................................................217
New Decision ...........................................................................................................................218
WFDSS Decision Approval and Publication ..........................................................................218
WFDSS Approval Requirements by Agency ..........................................................................219
WFDSS Support .......................................................................................................................220
**Managing the Incident** ...........................................................................................**220**
Agency Administrator Definition ............................................................................................220
Agency Administrator Responsibilities ...................................................................................220
Agency Administrator Representative Responsibilities ..........................................................222

Release Date: January 2016

**EXHIBIT 7**

Resource Advisor Responsibilities....................................................222
Use of Trainees ...............................................................................223
Incident Action Plan........................................................................223
Incident Status Reporting.................................................................223
Incident History and Financial Records ...........................................224
Document and Computer Security ....................................................224
Transfer of Command.......................................................................224
Release of Incident Management Teams ..........................................225
Team Evaluation...............................................................................225
**Unit/Area Closures** ..........................................................................**226**
**Incident Emergency Management Planning and Services** ...............**226**
**Fire Management in Wilderness** .......................................................**226**
**Operational Guidelines for Aquatic Invasive Species**.....................**226**
**Noxious Weed Prevention** ................................................................**227**
**Responding to Non-Wildland Fire Incidents**...................................**227**
Wildland Urban Interface.................................................................227
Structure, Vehicle, Dumpster, Trash, and Landfill Fires .................228
Public Emergency Medical Response ..............................................229
**Post-Wildfire Activities** ..................................................................**229**
Burned Area Emergency Response (BAER) Teams.........................231
**Incident Business Management** .......................................................**231**
Cost Management .............................................................................232
Large Fire Cost Reviews ..................................................................232
**Cache Management**...........................................................................**233**
Type 1 and 2 National Interagency Support Caches.........................233
Type 3 Support Caches .....................................................................234
Type 4 Local Caches .........................................................................234
**Inventory Management** ....................................................................**234**
System Implementation.....................................................................234
Accountability...................................................................................234
Trackable Items.................................................................................234
Durable Items....................................................................................235
Consumable Items.............................................................................235
Incident Management and Environmental Sustainability .................235
Incident-to-Incident Transfer of Supplies and Equipment...............235
Fire Loss Tolerance Reporting for Type 1 and 2 Incidents..............236
Incident Supply and Equipment Return Procedures.........................236
Cache Returns and Restock Procedures............................................236
Incident Replacement of Government Property ................................237

**Chapter 12** .......................................................................................**239**
**Suppression Chemicals and Delivery Systems**................................**239**
**Policy for Use of Fire Chemicals** .....................................................**239**
**Types of Fire Chemicals**...................................................................**239**
Long-Term Retardant........................................................................239
Fire Suppressant Foam......................................................................239
Wet Water .........................................................................................240
Water Enhancer (Gel) .......................................................................240
**Safety Information**...........................................................................**240**
Personnel Safety................................................................................240
Aerial Application Safety..................................................................241
**Interagency Policy for Aerial and Ground Delivery of Wildland Fire**
**Chemicals Near Waterways and Other Avoidance Areas**................**241**
Definition of Waterway.....................................................................242
Definition of Waterway Buffer .........................................................242

**EXHIBIT 7**

Definition of Additional Mapped Avoidance Areas..................................242
Guidance for Pilots..................................................................................242
Exceptions for Aerial Delivery of Long-Term Retardant on USDA Forest Service Lands (2011 Record of Decision)..........................................................................................243
Exceptions for All Other Agencies and All Other Fire Chemicals ..................243
**Reporting Requirements of Aerially Delivered Wildland Fire Chemicals Into Waterways, Waterway Buffer Areas and Mapped Avoidance Areas ........243**
**Endangered Species Act (ESA) Emergency Consultation ....................244**
**Operational Guidelines for Invasive Species.....................................245**

**Chapter 13 .............................................................................. 247**
**Firefighter Training and Qualifications............................................. 247**
**Introduction ......................................................................................247**
**Standards ..........................................................................................247**
**Qualification and Certification Process ...........................................247**
Non-NWCG Agency Personnel Qualifications.............................................248
Non-NWCG Agency Personnel Use on Prescribed Fire..............................248
**Incident Qualifications and Certification System (IQCS)..................248**
Certification of Non-Agency Personnel ....................................................249
Incident Qualification Card.......................................................................249
Incident Qualification Card Expiration Dates............................................250
**Universal Training Requirements....................................................250**
**Annual Fireline Safety Refresher Training ......................................251**
**Physical Fitness................................................................................252**
Physical Fitness and Conditioning............................................................252
**Medical Examinations and Work Capacity Tests..............................253**
Arduous Fitness Level – Department of Interior Wildland Firefighter Medical Standards Program (DOI/MSP)..............................................................................................253
Medical Exam Process for Light and Moderate Fitness Levels ...................254
Health Screen Questionnaire (HSQ)..........................................................255
Work Capacity Test (WCT) Categories .....................................................255
Work Capacity Test Categories.................................................................256
Work Capacity Test (WCT) Administration ..............................................256
Work Capacity Test – Retesting................................................................258
**Minimum Age Requirements for Hazardous Duty Assignments on Federal Incidents...........................................................................................258**
**Engine Modules ................................................................................258**
**Helicopter Modules ..........................................................................258**
**Smokejumpers (SMKJ)......................................................................258**
Smokejumper Policy.................................................................................258
Smokejumper Communications.................................................................259
Smokejumper Training..............................................................................259
Smokejumper Target Qualifications..........................................................259
Smokejumper Medical Standards..............................................................259
Smokejumper Physical Fitness Standards..................................................259
**Interagency Hotshot Crews (IHC) ...................................................260**
IHC Policy................................................................................................260
IHC Certification......................................................................................260
Annual Crew Pre-Mobilization Process ....................................................260
Annual IHC Readiness Review..................................................................260
IHC Organization......................................................................................261
IHC Availability Periods...........................................................................261
National IHC Status Reporting System .....................................................261
IHC Communications................................................................................261

Release Date: January 2016

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 19 of 463   PageID #: 916

IHC Transportation ................................................................................261
**Other Hand Crews** ................................................................................**261**
Policy ................................................................................261
**Wildland Fire Modules (WFM)** ................................................................................**263**
WFM Policy ................................................................................263
WFM Types and Certification ................................................................................264
WFM Availability Periods ................................................................................264
WFM Organization ................................................................................264
**Agency Certified Positions** ................................................................................**266**
**Chainsaw Operators and Fallers** ................................................................................**267**

**Chapter 14** ................................................................................**269**
**Firefighting Equipment** ................................................................................**269**
**Introduction** ................................................................................**269**
**Policy** ................................................................................**269**
**Firefighting Engine/Water Tender Common Standards** ................................................................................**269**
Driving Standard ................................................................................269
Engine/Tactical Water Tender Water Reserve ................................................................................269
Chocks ................................................................................269
Fire Extinguisher ................................................................................269
Nonskid Surfaces ................................................................................269
First Aid Kit ................................................................................269
Gross Vehicle Weight (GVW) ................................................................................270
Speed Limits ................................................................................270
Lighting ................................................................................270
Emergency Light Use ................................................................................270
Fire Equipment Maintenance and Inspections ................................................................................270
Mobile Attack (Pump and Roll) ................................................................................270
**Firefighting Engines** ................................................................................**271**
Operational Procedures ................................................................................271
Engine Typing ................................................................................271
Fire Engine Staffing ................................................................................271
Engine Inventories ................................................................................272
**Water Tenders** ................................................................................**272**
Water Tender Typing ................................................................................272
Water Tender Qualifications and Staffing Standards ................................................................................272
**Dozers/Tractor Plows** ................................................................................**273**
Dozer/Tractor Plow Training and Qualifications ................................................................................273
Dozer/Tractor Plow Physical Fitness Standards ................................................................................273
Dozer/Tractor Plow Operational Procedures ................................................................................273
**All Terrain Vehicles (ATV)/Utility Terrain Vehicles (UTV)** ................................................................................**273**
Required PPE ................................................................................275
**Vehicle Cleaning/Noxious Weed Prevention** ................................................................................**276**
**Incident Remote Automated Weather Stations** ................................................................................**276**
**Aerial Ignition Devices** ................................................................................**277**
**Ground Ignition Devices and Transporting/Dispensing Fuel** ................................................................................**277**

**Chapter 15** ................................................................................**279**
**Communications** ................................................................................**279**
**Policy** ................................................................................**279**
**Dispatch Recording Devices** ................................................................................**279**
**Cellular/Satellite Phone Communications** ................................................................................**279**
**Radio Communications** ................................................................................**279**
**Radio Contracts** ................................................................................**279**

**EXHIBIT 7**

**Radio Frequency Management** ............................................................................. **280**
**Daily Operational Frequency Management** ...................................................... **280**
**Mutual Aid Frequency Management** .................................................................. **280**
**Incident Frequency Management** ........................................................................ **280**
    Aviation Operations Frequency Management ............................................................. 281
**Pre-assigned National Frequencies** .................................................................... **281**
    National Air Guard Frequency (168.6250 MHz) .................................................... 281
    National Flight Following Frequency (168.6500 MHz) .......................................... 282
    National Interagency Air Tactics Frequencies (166.6750 MHz, 167.9500 MHz, 169.1500 MHz,
    169.2000 MHz, 170.0000 MHz) ............................................................................. 282
    National Interagency Airtanker Base Frequency (123.9750 MHz) ......................... 282
    Smokejumper and Rappel/RADS Air-to-Ground Frequency (168.550 MHz) ......... 282
    Government-wide Area Common User Frequencies (163.1000 MHz, 168.3500 MHz) ......... 283
    National Interagency Fire Tactical Frequencies (168.0500 MHz, 168.200 MHz, 168.6000
    MHz, 168.2500 MHz, 166.7250 MHz, 166.7750 MHz) .......................................... 283
**Incident Radio Support** ........................................................................................ **283**
**Military Communications on an Incident** ........................................................... **284**

**Chapter 16** ................................................................................................................... **285**
**Aviation Operations and Resources** .............................................................. **285**
  **Purpose and Scope** .................................................................................................... **285**
  **Organizational Responsibilities** ........................................................................... **285**
    National Office – Department of Interior (DOI) .................................................... 285
      Office of Aviation Services (OAS) ................................................................... 285
      Bureau of Land Management (BLM) ................................................................ 285
      National Park Service ...................................................................................... 286
    National Office – U.S. Department of Agriculture ................................................. 286
      Forest Service (FS) .......................................................................................... 286
    State/Regional Office .............................................................................................. 287
    Local Office ............................................................................................................. 288
  **Aviation Information Resources** .......................................................................... **288**
  **Aviation Safety** ........................................................................................................... **288**
    Risk Assessment and Risk Management .................................................................. 289
    How to Properly Refuse Risk (Aviation) ................................................................ 290
  **Aviation Safety Support** .......................................................................................... **291**
    Aviation Safety Assistance Team (ASAT) ............................................................. 291
    Aviation Safety Briefing ......................................................................................... 291
    Aviation Hazard ...................................................................................................... 291
    Aerial Applications of Wildland Fire Chemical Safety .......................................... 292
  **SAFECOM** ................................................................................................................... **292**
  **Aircraft Incidents/Accidents** ................................................................................. **292**
  **Low-level Flight Operations** .................................................................................. **293**
    Operational Procedures ........................................................................................... 293
  **Congested Area Flight Operations** ....................................................................... **293**
  **Unmanned Aircraft Systems** .................................................................................. **293**
    Key Points ............................................................................................................... 295
  **Airspace Coordination** ............................................................................................ **295**
  **Flight Request and Approval** .................................................................................. **296**
    Point-to-Point Flights ............................................................................................. 296
    Mission Flights ........................................................................................................ 296
  **Flight-Following All Aircraft** ................................................................................. **298**
  **Sterile Cockpit All Aircraft** ................................................................................... **298**

Release Date: January 2016

Interagency Interim Flight and Duty Limitations/Aviation Stand Downs ....... **298**
  Interim Flight and Duty Limitations Implementation ...................................... 299
    Phase 1 – Standard Flight and Duty Limitations (Abbreviated Summary) ...................... 299
    Phase 2 – Interim Duty Limitations ................................ 300
    Phase 3 – Interim Flight Limitations ............................... 300
**Aviation Assets** ...................................................................... **301**
**Helitack** .............................................................................. **301**
  Organization – Crew Size ............................................... 301
  Operational Procedures ................................................. 302
  Communication ........................................................... 302
  Transportation ........................................................... 302
  Training and Experience Requirements ............................... 302
  Helicopter Rappel and Cargo Let-Down ............................. 303
  Emergency Medical Short-haul ........................................ 304
**Aerial Ignition** ..................................................................... **304**
**Fire Chemical Avoidance Areas** ............................................ **304**
**Aerial Supervision Principles for ATGS, ASM, and Lead** ................... **304**
  Operational Procedures and Policy ................................... 305
**Air Tactical Group Supervisor (ATGS)** ....................................... **305**
  Program Management ................................................... 305
  Training ................................................................... 305
  Operational Considerations ........................................... 306
**Leadplane** ........................................................................... **306**
**Aerial Supervision Module (ASM)** ........................................... **306**
  Operational Considerations ........................................... 306
  Policy ..................................................................... 307
  Aerial Supervision Module Program Training and Qualifications ....................... 307
**Reconnaissance or Patrol Flights** ........................................... **307**
**Airtankers** .......................................................................... **307**
  Airtanker Types .......................................................... 308
  Airtanker Rotation ...................................................... 308
  Exceptions ................................................................ 308
  Rotation of State Airtankers ........................................... 309
  Additional Information .................................................. 309
  Canadian Airtankers .................................................... 309
**Airtanker Base Operations** ................................................... **310**
  Loading Operations ..................................................... 310
  Airtanker Base Personnel ............................................... 310
  Startup/Cutoff Time for Multi Engine Airtankers .................. 310
**Single Engine Airtankers** ...................................................... **310**
  Single Engine Airtanker (SEAT) Operations, Procedures, and Safety .............. 310
  Single Engine Airtanker Manager Position ........................... 310
  Operational Procedures ................................................. 311
**Smokejumper Pilots** ............................................................ **311**
**Military or National Guard Helicopters and Pilots** ...................... **311**
**Modular Airborne Fire Fighting System (MAFFS)** ....................... **311**
**Cooperator Aircraft** ............................................................. **311**

**Chapter 17** ......................................................................... **313**
**Fuels Management** ............................................................... **313**
  **Introduction** ............................................................ **313**
  **Policy** ................................................................... **313**
  **Reporting Fuels Management Accomplishments** ................. **314**
  **Reporting Fuels Treatment Effectiveness Monitoring (FTEM)** ............. **314**

Release Date: January 2016        **xv**

Regarding Planned Fuels Treatments Burned in a Wildfire ................................315
Reporting of Wildfire Acres That Meet Resource Management Objectives ......315
Prescribed Fire During Preparedness Levels 4 and 5...........................................316
Federal Agencies Assistance .................................................................................316
Hazard Pay/Environmental Differential for Prescribed Fire Implementation ..317
Non-NWCG Agency Personnel Use on Prescribed Fire ......................................317
Use of Contractors for Prescribed Fire Implementation....................................317
Use of AD Pay Plan for Prescribed Fire .............................................................317
Activation of Contingency Resources .................................................................318
Non-fire Fuels Management Activities.................................................................318

Chapter 18 ..................................................................................................................319
Reviews and Investigations......................................................................................319
    Introduction .......................................................................................................319
    Multiagency Cooperation...................................................................................319
        Federal Interagency Investigations ...............................................................319
    Reviews ...............................................................................................................319
        Review Types and Requirements ...................................................................320
        Preparedness Reviews ....................................................................................321
        After Action Reviews (AAR).........................................................................321
        Fire and Aviation Safety Team (FAST) Reviews ..........................................321
        Safety Assistance Team (SAT) Visits ...........................................................322
        Aviation Safety Assistance Team (ASAT) Reviews .....................................322
        Large Fire Cost Reviews ................................................................................322
        Individual Fire Reviews .................................................................................323
        Lessons Learned Reviews (LLRs) .................................................................323
        Rapid Lesson Sharing (RLS) .........................................................................324
        Declared Wildfire Reviews ............................................................................324
    Investigations .....................................................................................................324
        Wildland Fire Incident and Accident Types and Definitions........................325
        Investigation Types and Requirements ..........................................................326
    Investigation Processes......................................................................................327
        Processes Common to All Wildland Fire Accident Investigations ...............327
    Wildland Fire Serious Accident Investigation (SAI) Process............................327
        Fire Director Responsibilities.........................................................................330
        Agency Administrator Responsibilities..........................................................330
        Notification.....................................................................................................330
        Designating the Investigation Team Lead ......................................................331
        Serious Accident Investigation Team (SAIT) Composition ..........................331
        SAI 24- and 72-Hour Reports ........................................................................332
        SAI Final Report.............................................................................................333
        Accident Review Board/Board of Review......................................................333
    Wildland Fire Accident Investigation (AI) Process ..........................................334
        Notification.....................................................................................................334
        Investigation Team Membership ....................................................................334
        Investigation Methodology.............................................................................334
        Accident Investigation 24- and 72-Hour Reports ..........................................334
        Accident Investigation Final Report...............................................................335
        Accident Investigation Report Standard Contents..........................................335
    Fire Cause Determination and Trespass Investigation.........................................336
        Introduction.....................................................................................................336
        Policy ..............................................................................................................336
    Related Policy Documents..................................................................................338

Release Date: January 2016

**Chapter 19** ................................................................................................**339**
**Dispatch and Coordination System** ............................................................**339**
  **Introduction** ........................................................................................**339**
  **Organization** ......................................................................................**340**
    National Interagency Coordination Center (NICC)..............................340
    Geographic Area Coordination Centers (GACCs)................................340
    Local Dispatch Centers .......................................................................341
  **Mobilization Guides** ..........................................................................**341**
    Local Mobilization Guide/Dispatch Operating Plan............................341
  **Local and Geographic Area Drawdown** ...........................................**342**
    Establishing Drawdown Levels.............................................................342
  **National Ready Reserve (NRR)** .......................................................**342**
  **Dispatch/Coordination Center Administration** ..............................**343**
    Memorandum of Understanding (MOU)................................................343
    Service and Supply Plans.....................................................................344
    Continuity of Operations Plan (COOP)...............................................344
  **Dispatch/Coordination Center Manager Delegation of Authority** ......**344**
  **National Interagency Coordination Center (NICC) Functional Responsibilities**
  ........................................................................................................**344**
  **Geographic Area Coordination Center (GACC) Functional Responsibilities**....**346**
  **Local Dispatch Center Functional Responsibilities** .........................**348**
  **Accident Notification**........................................................................**351**
  **Incident Emergency Management Planning** ....................................**351**
  **Dispatch/Coordination Center Reference Material** ........................**351**
  **Training**.............................................................................................**351**
  **Facilities and Equipment** .................................................................**352**
    Radio Systems......................................................................................353

## APPENDICES*

Appendix A – Sample Questions for Administrators Site Visits
Appendix B – Manager's Supplement for Post Incident Review
Appendix C – Sample Delegation for Unit Fire Management Officer
Appendix D – Agency Administrator's Briefing to IMT
Appendix E – Risk and Complexity Assessment
Appendix F – Indicators of Incident Complexity
Appendix G – Sample Delegation o Authority AA to IMT
Appendix H – Local Incident Commander Briefing to IMT
Appendix I – Interagency Incident Management Team Evaluation
Appendix J – Sample Delegation for Lessons Learned Review
Appendix K – Interim NWCG Minimum Standards of Incident Emergency
Medical Services
Appendix L – Sample Delegation of Authority FAST
Appendix M – NUS Engines
Appendix N – WFDSS Information
Appendix O – Work Capacity Test Record (internet only)
Appendix P – Dispatch Reference (internet only)
*Some forms in PDF fillable format are available online at
http://www.nifc.gov/policies/pol_intgcny_guides.html.

Release Date: January 2016           xvii

(This page intentionally left blank.)

Release Date: January 2016

# Chapter 1
# Federal Wildland Fire Management Policy Overview

## Scope

The *Interagency Standards for Fire and Fire Aviation Operations* states, references, or supplements policy for Bureau of Land Management, U.S. Forest Service, U.S Fish and Wildlife Service, and National Park Service fire and fire aviation program management. Original source policy is stated or referenced throughout this handbook. This handbook attempts to quote verbatim, rather than to paraphrase policy that is stated elsewhere. It also attempts to limit duplication of source policy when a reference will suffice. Interagency Standards for Fire and Fire Aviation Operations is intended to comply with and support the Review and Update of the *1995 Federal Wildland Fire Management Policy (January 2001)* and the Guidance for Implementation of Federal Wildland Fire Management Policy (February 13, 2009 and other existing federal policy.

## Purpose

The *Interagency Standards for Fire and Fire Aviation Operations* provides fire and fire aviation program management direction for Bureau of Land Management, U.S. Forest Service, U.S. Fish and Wildlife Service, and National Park Service managers. Employees engaged in fire management activities will continue to comply with all agency-specific health and safety policy. Other references, such as the *National Wildfire Coordinating Group (NWCG) Incident Response Pocket Guide* (PMS 461, NFES 1077) and the *NWCG Wildland Fire Incident Management Field Guide* (PMS 210) provide operational guidance.

## Review and Update of the 1995 Federal Wildland Fire Management Policy (January 2001)

The *Review and Update of the 1995 Federal Wildland Fire Management Policy (January 2001)* is comprised of the following guiding principles and discrete policies. As a whole these principles and policy statements guide the philosophy, direction, and implementation of fire management planning, activities, and projects on federal lands.

## Guiding Principles of the Federal Wildland Fire Management Policy
1. Firefighter and public safety is the first priority in every fire management activity.
2. The role of wildland fire as an essential ecological process and natural change agent will be incorporated into the planning process. Federal agency land and resource management plans set the objectives for the use and desired future condition of the various public lands.

EXHIBIT 7

3. Fire Management Plans (FMPs), programs, and activities support Land and Resource Management Plans and their implementation.

4. Sound risk management is a foundation for all fire management activities. Risks and uncertainties relating to fire management activities must be understood, analyzed, communicated, and managed as they relate to the cost of either doing or not doing an activity. Net gains to the public benefit will be an important component of decisions.

5. Fire management programs and activities are economically viable, based upon values to be protected, costs, and land and resource management objectives. Federal agency administrators are adjusting and re-organizing programs to reduce costs and increase efficiencies. As part of this process, investments in fire management activities must be evaluated against other agency programs in order to effectively accomplish the overall mission, set short and long term priorities, and clarify management accountability.

6. FMPs and activities are based upon the best available science. Knowledge and experience are developed among all wildland fire management agencies. An active fire research program combined with interagency collaboration provides the means to make these tools available to all fire managers.

7. FMPs and activities incorporate public health and environmental quality considerations.

8. Federal, state, tribal, local, interagency, and international coordination and cooperation are essential. Increasing costs and smaller work forces require that public agencies pool their human resources to successfully deal with the ever-increasing and more complex fire management tasks. Full collaboration among federal agencies and between the federal agencies, international, state, tribal, and local governments, and private entities results in a mobile fire management work force available for the full range of public needs.

9. Standardization of policies and procedures among federal agencies is an ongoing objective. Consistency of plans and operations provides the fundamental platform upon which federal agencies can cooperate, integrate fire activities across agency boundaries, and provide leadership for cooperation with state, tribal, and local fire management organizations.

– *Review and Update of the 1995 Federal Wildland Fire Management Policy (January 2001)*

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 27 of 463   PageID #: 924

# Elements of the Federal Wildland Fire Management Policy

1. **Safety**

   Firefighter and public safety is the first priority. All FMPs and activities must reflect this commitment.

2. **Fire Management and Ecosystem Sustainability**

   The full range of fire management activities will be used to help achieve ecosystem sustainability, including interrelated ecological, economic, and social components.

3. **Response to Wildland Fire**

   Fire, as a critical natural process, will be integrated into land and resource management plans and activities on a landscape scale across agency boundaries. Response to wildland fires is based on ecological, social, and legal consequences of the fire. The circumstances under which a fire occurs, the likely consequences on firefighter and public safety and welfare, the natural and cultural resources, and the values to be protected dictate the appropriate response to fire.

4. **Use of Wildland Fire**

   Wildland fire will be used to protect, maintain, and enhance resources and, as nearly as possible, be allowed to function in its natural ecological role. Use of fire will be based on approved FMPs and will follow specific prescriptions contained in operational plans.

5. **Rehabilitation and Restoration**

   Rehabilitation and restoration efforts will be undertaken to protect and sustain ecosystems, public health, safety, and to help communities protect infrastructure.

6. **Protection Priorities**

   The protection of human life is the single overriding suppression priority. Setting priorities among protecting public communities and community infrastructure, other property and improvements, and natural and cultural resources will be done based on the values to be protected, public health and safety, and the costs of protection. Once people have been committed to an incident, these human resources become the highest value to be protected.

7. **Wildland Urban Interface**

   The operational roles of the federal agencies as partners in the wildland urban interface are wildland firefighting, hazard reduction, cooperative prevention, education, and technical assistance. Structural fire suppression is the responsibility of tribal, state, or local governments. Federal agencies may assist with exterior structural fire protection activities under formal fire protection agreements that specify the mutual responsibilities of the partners, including funding. (Some federal agencies have full structural protection authority for their facilities on lands they administer and may also enter into formal agreements to assist state and local governments with structural protection.)

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 28 of 463   PageID #: 925

8. **Planning**

Every area with burnable vegetation must have an approved FMP. FMPs are strategic plans that define a program to manage wildland and prescribed fires based on the area's approved land management plan (LMP). FMPs must provide for firefighter and public safety; include fire management strategies, tactics, and alternatives; address values to be protected, and public health issues; and be consistent with resource management objectives, activities of the area, and environmental laws and regulations.

9. **Science**

FMPs and fire programs will be based on a foundation of the best available science. Research will support ongoing efforts to increase our scientific knowledge of biological, physical, and sociological factors. Information needed to support fire management will be developed through an integrated interagency fire science program. Scientific results must be made available to managers in a timely manner and must be used in the development of LMPs, FMPs, and implementation plans.

10. **Preparedness**

Agencies will ensure their capability to provide safe, cost-effective fire management programs in support of land and resource management plans through appropriate planning, staffing, training, equipment, and management oversight.

11. **Suppression**

Fires are suppressed at minimum cost, considering firefighter and public safety, benefits and all values to be protected consistent with resource objectives.

12. **Prevention**

Agencies will work together with their partners, other affected groups, and individuals to prevent unauthorized ignition of wildland fires.

13. **Standardization**

Agencies will use compatible planning processes, funding mechanisms, training and qualification requirements, operational procedures, values-to-be protected methodologies, and public education programs for all fire management activities.

14. **Interagency Cooperation and Coordination**

Fire management planning, preparedness, prevention, suppression, restoration and rehabilitation, monitoring, research, and education will be conducted on an interagency basis with the involvement of cooperators and partners.

15. **Communication and Education**

Agencies will enhance knowledge and understanding of wildland fire management policies and practices through internal and external communication and education programs. These programs will be continuously improved through the timely and effective exchange of information among all affected agencies and organizations.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 29 of 463   PageID #: 926

16. **Agency Administrator and Employee Roles**
    Agency Administrators will ensure their employees are trained, certified, and made available to participate in the wildland fire program locally, regionally, and nationally as the situation demands. Employees with operational, administrative, or other skills will support the wildland fire programs as necessary. Agency Administrators are responsible and will be held accountable for making employees available.

17. **Evaluation**
    Agencies will develop and implement a systematic method of evaluation to determine effectiveness of projects through implementation of the 2001 Federal Wildland Fire Management Policy. The evaluation will assure accountability, facilitate resolution in areas of conflict, and identify resource shortages and agency priorities.

    −*Review and Update of the 1995 Federal Wildland Fire Management Policy (January 2001)*

**Guidance for Implementation of Federal Wildland Fire Management Policy (February 13, 2009)**

On February 13, 2009, the Fire Executive Council (FEC) approved guidance for the implementation of federal wildland fire management policy. This guidance provides for consistent implementation of the *Review and Update of the 1995 Federal Wildland Fire Management Policy (January 2001)*, as directed by the Wildland Fire Leadership Council.

    −*Guidance for Implementation of Federal Wildland Fire Management Policy (February 13, 2009), page 3.*

The following guidelines should be used to provide consistent implementation of federal wildland fire policy:

1.  Wildland fire management agencies will use common standards for all aspects of their fire management programs to facilitate effective collaboration among cooperating agencies.
2.  Agencies and bureaus will review, update, and develop agreements that clarify the jurisdictional inter-relationships and define the roles and responsibilities among local, state, tribal, and federal fire protection entities.
3.  Responses to wildland fire will be coordinated across levels of government regardless of the jurisdiction at the ignition source.
4.  Fire Management Plans will be intergovernmental in scope and developed on a landscape scale.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 30 of 463   PageID #: 927

5. Wildland fire is a general term describing any non-structure fire that occurs in the wildland. Wildland fires are categorized into two distinct types:
   a. Wildfires – Unplanned ignitions or prescribed fires that are declared wildfires.
   b. Prescribed Fires – Planned ignitions.
6. A wildland fire may be concurrently managed for one or more objectives and objectives can change as the fire spreads across the landscape. Objectives are affected by changes in fuels, weather, topography; varying social understanding and tolerance; and involvement of other governmental jurisdictions having different missions and objectives.
7. Management response to a wildland fire on federal land is based on objectives established in the applicable Land/Resource Management Plan, and/or the Fire Management Plan.
8. Initial action on human-caused wildfire will be to suppress the fire at the lowest cost with the fewest negative consequences with respect to firefighter and public safety.
9. Managers will use a decision support process to guide and document wildfire management decisions. The process will provide situational assessment, analyze hazards and risk, define implementation actions, and document decisions and rationale for those decisions.

   *– Guidance for Implementation of Federal Wildland Fire Management Policy (February 13, 2009), page 7.*

## Definitions

### Wildland Fire
Any non-structure fire that occurs in vegetation or natural fuels. Wildland fire includes prescribed fire and wildfire.

### Fire Type
Wildland fires are categorized into two distinct types:
- Wildfires – Unplanned ignitions or prescribed fires that are declared wildfires.
- Prescribed fires – Planned ignition.

### Wildfire Management Objectives
A wildfire may be concurrently managed for one or more objectives as specified in the L/RMP and FMP. Objectives can change as the fire spreads across the landscape and are affected by changes in fuels, weather, and/or topography; varying social understanding and tolerance; and involvement of other governmental jurisdictions having different missions and objectives.
- *FS – All wildfires will have a protection objective.*

**Response to Wildfire**
Response to wildfire will be coordinated with all affected agencies/cooperators regardless of the jurisdiction at the ignition point.

Management response to a wildfire on federal land is based on objectives established in the applicable L/RMP and FMP. A wildfire may be concurrently managed for more than one objective. Unplanned natural ignitions may be managed to achieve L/RMP and FMP objectives when risk is within acceptable limits.

- *BLM – All known human caused fires, except escaped prescribed fires, will be suppressed in every instance and will not be managed for resource benefits.*
- *NPS – Refer to RM-18, Chapter 2 for further guidance.*
- *FWS – All escaped prescribed fires will be suppressed. When reporting in FMIS, the cause of the wildfire will be "Escaped RX" and the narrative will document the link between the prescribed fire and the wildfire.*
- *FS – Human caused fires and trespass fires must be suppressed safely and cost effectively and must not be managed for resource benefits.*

Response to wildfire is based on ecological, social, and legal consequences of the fire. The appropriate response to the fire is dictated by:
- The circumstances under which a fire occurs;
- The likely consequences to firefighter/public safety and welfare; and
- The natural/cultural resource values to be protected.

**Initial Response**
The initial decisions and actions taken in reaction to a reported incident.

**Initial Attack (IA)**
A preplanned response to a wildfire given the wildfire's potential. Initial Attack may include size up, patrolling, monitoring, holding action or suppression.

**Extended Attack**
Actions taken on a wildfire that has exceeded the initial response.

**Extended Attack Incident**
An incident that exceeds the capability of the initial attack resources and/or organization to successfully manage the incident to conclusion.

**Suppression**
Management action to extinguish a fire or confine fire spread beginning with its discovery.

**Protection**
The actions taken to mitigate the adverse effects of fire on environmental, social, political, economic, and community values at risk.

**Prescribed Fire**
Any fire intentionally ignited by management actions in accordance with
applicable laws, policies, and regulations to meet specific objectives.

## Fire Operations Doctrine

**Purpose of Fire Operations Doctrine**
Fire operations doctrine states the fundamental principles on the subject of fire
operations. This doctrine establishes a particular way of thinking about fire
operations. It provides a philosophy for leading firefighters in fire operations, a
mandate for professionalism, and a common language. Fire operations doctrine
does not consist of procedures to be applied to specific situations so much as it
sets forth general guidance that requires judgment in application.

**The Nature of Fire Operations**
Fire is a complex, dynamic, and often unpredictable phenomenon. Fire
operations require mobilizing a complex organization that includes
management, command, support, and firefighting personnel, as well as aircraft,
vehicles, machinery, and communications equipment. While the magnitude and
complexity of the fire itself and of the human response to it will vary, the fact
that fire operations are inherently dangerous will never change. A firefighter
utilizing the best available science, equipment, training, and working within the
scope of agency doctrine and policy, can still suffer serious injury or death.

**Wildland Fire Operations Risk Management**
The primary means by which we prevent accidents in wildland fire operations is
through aggressive risk management. Our safety philosophy acknowledges that
while the ideal level of risk may be zero, a hazard free work environment is not
a reasonable or achievable goal in fire operations. Through organized,
comprehensive, and systematic risk management, we will determine the
acceptable level of risk that allows us to provide for safety yet still achieve fire
operations objectives. Risk management is intended to minimize the number of
injuries or fatalities experienced by wildland firefighters.

**Fire Preparedness**
Fire preparedness is the state of being ready to provide an appropriate response
to wildland fires based on identified objectives. Preparedness is the result of
activities that are planned and implemented prior to fire ignitions. Preparedness
requires identifying necessary firefighting capabilities and implementing
coordinated programs to develop those capabilities. Preparedness requires a
continuous process of developing and maintaining firefighting infrastructure,
predicting fire activity, implementing prevention activities, identifying values to
be protected, hiring, training, equipping, pre-positioning, and deploying
firefighters and equipment, evaluating performance, correcting deficiencies, and
improving operations. All preparedness activities should be focused on

8

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 33 of 463   PageID #:
930

developing fire operations capabilities and on performing successful fire operations.

### Fire Operations Command Philosophy

It is essential that our philosophy of command support the way we conduct fire operations. First and foremost, in order to generate effective decision making in fire operations, and to cope with the unpredictable nature of fire, commanders' intent must be lucid and unambiguous, and lines of authority must be clearly articulated and understood. Subordinate commanders must make decisions on their own initiative based on their understanding of their commander's intent. A competent subordinate commander who is at the point of decision may understand a situation more clearly than a senior commander some distance removed. In this case, the subordinate commander must have the freedom to take decisive action directed toward the accomplishment of operational objectives. However, this does not imply that unity of effort does not exist, or that actions are not coordinated. Unity of effort requires coordination and cooperation among all forces toward a commonly understood objective. Unified, coordinated action, whether between adjacent single resources on the fireline or between the highest command level and the most subordinate firefighter, is critical to successful fire operations.

### Fire Leadership

Leadership is the art of influencing people in order to achieve a result. The most essential element for success in the wildland fire service is good leadership. Good leaders provide purpose, direction, and motivation for wildland firefighters working to accomplish difficult tasks under dangerous, stressful circumstances. Leaders often face difficult problems to which there are no simple, clear-cut, by-the-book solutions. In these situations, leaders must use their knowledge, skill, experience, education, values, and judgment to make decisions and to take or direct action - in short, to provide leadership. All firefighters, regardless of position, must provide leadership.

### Fire Suppression

The purpose of fire suppression is to put the fire out in a safe, effective, and efficient manner. Fires are easier and less expensive to suppress when they are small. When the management goal is full suppression, aggressive initial attack is the single most important method to ensure the safety of firefighters and the public and to limit suppression costs. Aggressive initial attack provides the Incident Commander maximum flexibility in suppression operations. Successful initial attack relies on speed and appropriate force. All aspects of fire suppression benefit from this philosophy. Planning, organizing, and implementing fire suppression operations should always meet the objective of directly, quickly, and economically contributing to the suppression effort. Every firefighter, whether in a management, command, support, or direct suppression role, should be committed to maximizing the speed and efficiency with which the most capable firefighters can engage in suppression action. When the

Release Date: January 2016                                                    9

management goal is other than full suppression, or when conditions dictate a
limited suppression response, decisiveness is still essential and an aggressive
approach toward accomplishment of objectives is still critical.

**Principles of Suppression Operations**

The primary means by which we implement command decisions and maintain
unity of action is through the use of common principles of suppression
operations. These principles guide our fundamental fire suppression practices,
behaviors, and customs, and are mutually understood at every level of
command. They include Risk Management, Standard Firefighting Orders and
Watch Out Situations, LCES, and the Downhill Line Construction Checklist.
These principles are fundamental to how we perform fire suppression operations
and are intended to improve decision making and firefighter safety. They are not
absolute rules. They require judgment in application.

**Principles of Fire Suppression Action**

The principles of fire suppression action provide a framework for developing
fire suppression strategy and for conducting fire suppression operations. Again,
these are not absolute or immutable rules. These five principles provide a
consistent set of considerations with which to evaluate decisions, plans, and
actions in different situations.

1. **Objective**

    The principle of the objective is to direct every fire suppression operation
    toward a clearly defined, decisive, and obtainable objective. The purpose of
    fire suppression operations is to achieve the suppression objectives that
    support the overall management goals for the fire.

2. **Speed and Focus**

    Speed is rapidity of action. Focus is the convergence of appropriate
    resources at the desired position to initiate action. The principle of speed
    and focus maintains that rapidly deploying and concentrating firefighting
    resources, in a calculated fashion, at the decisive time and place increases
    the likelihood of successful suppression actions.

3. **Positioning**

    The principle of positioning maintains that rapid, flexible, and opportunistic
    movement increases the effectiveness of fire suppression resources.
    Positioning ranges from single resource offensive or defensive reactions to
    dynamic fire conditions, to pre-positioning of multiple resources based on
    predicted activity and values at risk. Positioning should always be
    undertaken with speed and focus in mind and with sufficient time for
    positioning to occur before operations begin.

4. **Simplicity**

    The principle of simplicity is that clear, uncomplicated plans and concise
    orders maximize effectiveness and minimize confusion. Simplicity
    contributes to successful actions.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 35 of 463   PageID #:
932

5.  **Safety**

The principle of safety maintains that ensuring the safety of firefighters and other persons affected by fire operations is fundamental to successful suppression action. Safety not only contributes to successful actions, it is indispensable to them.

## Cost Effective Fire Operations

Maximizing the cost effectiveness of any fire operation is the responsibility of all involved, including those that authorize, direct, or implement those operations. Cost effectiveness is the most economical use of the suppression resources necessary to accomplish mission objectives. Accomplishing fire operations objectives safely and efficiently will not be sacrificed for the sole purpose of "cost savings." Care will be taken to ensure that suppression expenditures are commensurate with values to be protected, while understanding that other factors may influence spending decisions, including the social, political, economic, and biophysical environments.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 36 of 463   PageID #: 933

(This page intentionally left blank.)

12                                              Release Date: January 2016

**EXHIBIT 7**

# Chapter 2
# BLM Wildland Fire and Aviation Program
# Organization and Responsibilities

## Introduction

This chapter provides policy and guidance for Bureau of Land Management fire and aviation program management as referenced in *BLM Manual Section (MS) 9200 Fire Program Management*. These standards are based on Department of Interior (DOI) and Bureau policy. They are intended to ensure safe, consistent, efficient, and effective fire and aviation operations for a fire organization to manage state and/or local unit fire workload or meet approved national program resource allocations. BLM employees engaged in fire management activities (including fire program management, fire suppression, and fire program/incident support) will adhere to the standards in this document. This chapter will be reviewed and updated annually.

## BLM Fire Operations Website

BLM Fire Operations maintains a website that hosts operational, informational, and policy-related documents. The website also contains information about the National Fire Equipment Program, the BLM Fire Training Unit, and the BLM Fire Operations Group and its subcommittees. This website is referenced throughout this document. The address of the BLM Fire Operations website is http://web.blm.gov/internal/fire/fire_ops/index.html.

## National Wildfire Coordinating Group (NWCG) Relationship to BLM

NWCG is a national group whose function is to provide leadership and establish, implement, maintain and communicate policy, standards, guidelines, and qualifications for wildland fire program management and support the National Incident Management System. Refer to Chapter 8 for more information.

BLM provides a representative to the NWCG Executive Board and representatives to various NWCG committees and subcommittees. These representatives are responsible for accomplishing tasks as directed by the NWCG Executive Board, ensuring proposed policies, guidelines, or standards are reviewed by pertinent agency personnel prior to implementation by NWCG, and providing a consolidated BLM position during NWCG decision-making processes.

NWCG policies, guidelines or standards, if adopted by BLM, are implemented through the BLM directive system.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 38 of 463   PageID #: 935

## Fire and Aviation Directorate

The BLM Fire and Aviation Directorate (FAD) consists of the Assistant Director (FA), Deputy Assistant Director (FA), Fire Operations Division Chief, Aviation Division Chief, Fire Planning and Fuels Management Division Chief, Support Services Division Chief, Budget and Evaluation Chief, External Affairs Division Chief, and the Equal Employment Opportunity Manager.

## Program Manager Responsibilities

**Assistant Director, Fire and Aviation (FA-100)**
**Deputy Assistant Director, Fire and Aviation (FA-100)**

- Develops policies and standards for firefighting safety, training, prevention, suppression, and use of wildland fires on Bureau lands.
- Provides guidance to State Directors on the use of prescribed fire and fuels management to achieve hazardous fuels reduction and resource management objectives.
- Integrates fire and aviation management procedures into natural resource management.
- Establishes position competencies, standards, and minimum qualifications for Fire Management Officers, Fire Management Specialists, and leaders based on federal interagency standards.
- Implements the fire planning and funding allocation process, and develops procedures and standards for the distribution of program resources.
- Reviews and evaluates state fire and aviation management programs.
- Represents the BLM in the coordination of overall fire and aviation management activities at National Interagency Fire Center (NIFC), on intra- and interagency fire committees, groups, and working teams.
- In conjunction with federal fire directors, establishes priorities for assignment of critical resources during wildland fire emergencies.
- Initiates or participates on Boards of Review concerning actions taken on selected wildland fires.
- Negotiates cooperative agreements and/or modifications of existing national level agreements to improve fire and aviation management activities on Bureau lands.
- Reviews funding requests for severity, hazardous fuel reduction, and emergency rehabilitation of Bureau lands damaged by wildland fires; makes determinations on funding levels and recommends approval to the BLM Director.
- Serves as the Bureau's focal point for the Large Fire Cost Review (LFCR) process and initiates, facilitates, and provides oversight for the LFCR process. The AD coordinates with the appropriate state director, assembles a LFCR team, provides a delegation of authority, initiates the LFCR, and provides briefings to the Bureau Director, as appropriate.

- Serves as designated contact for the United States Department of the Treasury for the certification and revocation of Certifying Officers and Assistant Disbursing Officers (CO/ADO) and Designated Officials for emergency incident payments.
- Supervises the Senior Program Advisor position located at the Washington Headquarters Office. This position provides connectivity between the Director's Office, the other BLM Directorates, the BLM State Offices, the Department's other offices such as the Office of Wildland Fire, and the Forest Service National Office in D.C. and maintains a day-to-day physical presence with the rest of the Bureau's national level leadership to fully integrate programs and leverage capability. This position maintains frequent, routine contact with those organizations on a variety of topics ranging from current fire activity to strategic interdisciplinary, interagency, or intergovernmental policy and processes for the protection of lives, property, and the resources.

## Equal Employment Opportunity Manager (EEO) (FA-102)

- Manages the Equal Employment Opportunity (EEO) program in accordance with legal, regulatory, and policy requirements.
- Manages and directs the Counseling Program, and Alternative Dispute Resolution (ADR) programs, in accordance with Equal Employment Opportunity Commission (EEOC) regulations and BLM policy as well as for other NIFC agencies.
- Advises managers and aggrieved persons of employee rights and responsibilities, procedural options and timeframes in conflict situations and formulates proposed resolutions.
- Negotiates with managers, aggrieved persons and their representatives to informally resolve EEO matters, and executes final settlement agreements.
- Manages the Affirmative Employment Program (AEP).
- Develops and maintains the accessibility program for the disabled, required under Section 504 of the Rehabilitation Act of 1973, as amended, and the Americans with Disability Act (ADA of 1990).
- Conducts analyses to evaluate progress in meeting equal employment opportunity program goals.
- Administers training activities for the organization.
- Provides managers and supervisors with guidance and advice on issues related to EEO/civil rights program activities.
- Represents the organization in meetings with public and private groups, universities, minority and women's organizations, other DOI components, and other federal agencies.

## Support Services Division Chief (FA-200)

- Manages all aspects of the business responsibilities and programs under the jurisdiction of NIFC for the benefit of the BLM and cooperating agencies.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 40 of 463   PageID #:
937

- Directs the accomplishment of the approved operating budget, exercising appropriate control to assure program quality goals are met according to established standards.
- Interprets Departmental and Bureau policies and directives as they affect BLM-NIFC programs.
- Participates in the BLM-wide and interagency task force activities as a leader or member.
- Responsible for the NIFC Site and Facilities Management, NIFC Safety and Health program, Business Practices, Human Resources, Information Resource Management, Maintenance and Security, National Radio Cache, Remote Automated Weather Stations (RAWS) program, and Transportation.
- Is a focal point and frequent spokesperson for the Bureau and the national level management, assures a public awareness of Bureau programs and coordinates with key officials in affected federal agencies, states, and occasionally with other entities such as: foreign governments, private individuals, private organizations, vendors, suppliers, transportation groups, airlines, and others.
- Supports the implementation of the BLM's Automation/Modernization/ Information Resource Management (IRM) initiatives as they apply to BLM/NIFC.

**Fire Operations Division Chief (FA-300)**

- Serves as the principal technical expert on fire operations to the Assistant Director (FA), Deputy Assistant Director (FA), and to the BLM state fire programs.
- Provides the Assistant Director (FA) and the Deputy Assistant Director (FA) technical advice, operational oversight, and leadership in all aspects of fire operations.
- Performs annual fire program preparedness reviews. Evaluates compliance with policies, objectives, and standards. Assesses operational readiness and provides technical assistance to solve identified problems. Performs other operations reviews as required/requested.
- Assists the Assistant Director (FA) and Deputy Assistant Director (FA), in the formulation and establishment of national policies and programs pertinent to wildland fire preparedness, suppression, shared national resources, safety, training, and equipment.
- Serves as the BLM technical expert on national interagency mobilization and utilization of fire suppression resources.
- Develops national plans, standards, and technical guides for the BLM and interagency fire management operations.
- Develops and implements safety programs, accident investigation procedures, and safety trend analyses.
- Supervises the Branch of Radio Operations (FA-350) which is responsible for policy, guidance, and governance, as well as tactical and operational

EXHIBIT 7
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 41 of 463   PageID #:
938

national radio planning for the Bureau to meet the needs of all business users (law enforcement (LE), fire, cadastral survey, recreation, and natural resource programs). FA-350 is responsible for managing the BLM's nationwide radio frequency (RF) assignments; conducting management control reviews; user satisfaction surveys; Exhibit 300 Business Case; operational analysis; equipment test plans; testing resources for the DOI Technical Service Center (TSC); implementation of facilities standards, and management of equipment lifecycles.

- Serves as the BLM representative to the National Multi Agency Coordinating Group (NMAC).
- Certifies Area Command and Type 1 Command and General Staff task books and red cards for the national and Washington offices.
- Provide written daily National Multi-Agency Coordinating Group briefings to the Assistant Director and Deputy Assistant Director, Fire and Aviation; BLM state fire management officers; and geographic MAC members in FIAT state at National Preparedness Level (PL) 3 and above.

### Budget and Evaluation Division Chief (FA-400)

- Serves as principal budget advisor of the wildland fire program to the Assistant Director (FA), Deputy Assistant Director (FA), BLM Fire Leadership Team, and to other BLM staffs.
- Serves as primary BLM representative in the DOI Wildland Fire Budget formulation and execution process.
- Represents BLM on the DOI Fire Budget Team and at other interagency meetings in regards to budget related policies, requirements, procedures, and reports.
- Coordinates all budget activities between Washington Office, Office of Wildland Fire, and Fire and Aviation.
- Provides national oversight for BLM Wildland Fire program budget formulation, justification, and execution. Responsible for the development and preparation of the budget justifications, Planning Target Allocation, Annual Work Plan, capability statements, effects statements, and congressional responses.
- Reviews NIFC offices at mid-year, third quarter, and end-of-year and distributes available funding in accordance with BLM policy.
- Provides oversight of Casual Payment Center. Ensures all DOI casual payments are processed in a timely and cost-effective manner adhering to procedures and practices set forth by the DOI agencies.

### Aviation Division Chief (FA-500)

- Serves as principal aviation advisor to the Assistant Director (FA), Deputy Assistant Director (FA), other staffs, states, and to the DOI.
- Identifies and develops Bureau aviation policies, methods and procedures, as well as standardized technical specifications for a variety of specialized firefighting missions for incorporation into the directives system.

1  • Coordinates aviation-related activities and services between the Washington
2     Office (WO) and states with other wildland firefighting, regulatory,
3     investigative, and military agencies.
4  • Coordinates provision and use of aviation resources with business practices,
5     aviation user staffs at the WO, and state office level.
6  • Represents the BLM at interagency meetings, in interagency committees
7     developing government-wide aviation policies, requirements, procedures
8     and reports, at aviation industry meetings and conventions.
9  • Develops and implements aviation safety programs, accident investigation
10    procedures, and aviation safety trend analyses.
11 • Plans and conducts reviews and evaluations of state aviation programs.
12 • Plans and conducts technical and managerial analyses relating to the
13    identification of aviation organization and resources appropriate for agency
14    use, cost-effectiveness of aviation firefighting, other specialized missions,
15    aircraft acquisition requirements, equipment developmental needs, and
16    related areas.

17 **Fire Planning and Fuels Management Division Chief (FA-600)**
18 • Responsible for the development and implementation of the Bureau-wide
19    fire planning program. Provides guidance and assistance in administering
20    the technical and operational aspects of BLM's fire planning program at the
21    state, regional, and agency levels for the accurate identification of program
22    funding needs. Checks for accuracy in computations with instructions and
23    policies.
24 • Responsible for the development and coordination of the BLM's prescribed
25    fire, fuels management, fire trespass, and fire prevention annual programs,
26    and recommends the distribution of program funds to regions.
27 • Tracks all fuels management fund distributions and prior year carryover
28    funds. Develops and maintains a national database for fuels management
29    accomplishments for Indian Trust Lands.
30 • Analyzes hazards and risks in the wildland urban interface using fuels
31    modification or reduction techniques, and develops recommendations for
32    Bureauwide application. Examines and analyzes laws and regulations
33    pertaining to prescribed fire use/fuels management in the wildland urban
34    interface, and works with top level Bureau representatives, states, and rural
35    fire districts to recommend policy which will achieve uniformity.
36 • Serves as the BLM's primary subject matter expert for National Fire
37    Management Analysis System (NFMAS), fire planning, Personal Computer
38    Historical Analysis (PCHA), Geographic Information System (GIS), Global
39    Positioning System (GPS), Lightning Detection System (LDS), Weather
40    Information Management System (WIMS), Wildland Fire Decision Support
41    System (WFDSS), prescribed fire software programs, and provides user
42    training in those applications.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 43 of 463   PageID #:
940

## External Affairs Division Chief (FA-700)

- Responsible for coordination of information between the Department of the Interior and Office of Wildland Fire to the BLM, BIA, USFWS, NPS, USFS, National Association State Foresters (NASF), and Federal Emergency Management Agency (FEMA) at NIFC.
- Responsible for coordination of the responses to: Office of Management and Budget (OMB), Government Accountability Office (GAO), congressional, other elected officials, and other external inquiries among agencies and departments, establishing and maintaining cooperative relationships resulting in quality work products.
- Serves as the primary manager of the External Affairs program for the NIFC.
- Serves as the primary point of contact to external audiences regarding BLM, and at times, DOI fire and aviation policy.
- Serves as the primary point of contact with the BLM Washington Office and DOI external affairs and communication offices.
- Develops recommendations pertaining to External Affairs aspects for BLM Fire and Aviation policies.
- Initiates External Affairs policies and procedures pertaining to Fire and Aviation for adoption at the department level in conjunction with other departments and agencies.
- Serves as personal and direct representative of the Assistant Director, Fire and Aviation at various meetings and functions with members of congress and staff, state governors and legislatures, officials of local, state and federal agencies, major private corporations, public and private interest groups, and foreign governments.
- Serves as external affairs expert and consultant to the Assistant Director, (FA) and the Deputy Assistant Director (FA) on a wide variety of issues and policies of controversial nature, providing analysis and advice on public reaction to major policy and program issues.
- Responsible for management and contact of all NIFC and BLM FA public expressions, including printed material, video productions, and social media products.
- Coordinates with BLM legislative affairs on proposed legislation regarding FA.

## State Director

The State Director is responsible for fire management programs and activities within the state. The State Director will ensure that employees in their organization meet the requirements outlined in the *Interagency Fire Program Management Qualifications Standards and Guide* at: http://www.ifpm.nifc.gov/ and will ensure training is completed to support delegations to line managers and principal actings.

**District/Field Manager**

The District/Field Manager is responsible to the State Director for the safe and efficient implementation of fire management activities within their unit. This includes cooperative activities with other agencies or landowners in accordance with delegations of authorities. The District/Field Manager and their principal actings will meet the required elements outlined in the Management Performance Requirements for Fire Operations below.

**Management Performance Requirements for Fire Operations**

| PERFORMANCE REQUIRED | State Director/ Associate | District/ Field Manager |
|---|:---:|:---:|
| 1. Ensures Fire Management Plans (FMPs) reflect the agency commitment to firefighter and public safety while utilizing the full range of fire management activities available for ecosystem sustainability. | X | X |
| 2. Establishes a fire organization to meet state/unit fire management objectives based on national, state, and local priorities and within national allocations. | X | X |
| 3. Develops fire management standards and constraints that are compliant with agency fire policies. | X | X |
| 4. Ensures incident responses will be based on current and approved Resource Management Plans (RMPs) and FMPs. | X | X |
| 5. Completes fire training as outlined in Instruction Memorandum No. FA IM-2016-007 within two years of being appointed to a designated management position. Ensures that personnel delegated fire program responsibilities have completed fire training requirements. | | X |
| 6. Publishes decisions in the Wildland Fire Decision Support System (WFDSS) as per Chapter 2 and Chapter 11. | X | X |
| 7. Provides a written Delegation of Authority to FMOs that gives them an adequate level of operational authority. If fire management responsibilities are zoned, ensures that all appropriate Agency Administrators have signed the delegation. | X | X |

**EXHIBIT 7**

| PERFORMANCE REQUIRED | State Director/ Associate | District/ Field Manager |
|---|---|---|
| 8. Ensures only trained, certified fire and non-fire personnel are available to support fire operations at the local and national level. | X | X |
| 9. Ensures master agreements with cooperators are valid and in compliance with agency policy, and that attached Annual Operating Plans are current. | X | X |
| 10. Agency Administrators are required to personally visit fires each year. | | X |
| 11. Annually convenes and participates in pre-and post-season fire meetings. | X | X |
| 12. Reviews critical operations and safety policies and procedures with fire and fire aviation personnel. | X | X |
| 13. Ensures timely follow-up to fire preparedness and program reviews. | X | X |
| 14. Ensures fire and fire aviation preparedness reviews are conducted annually in all unit offices. Participates in at least one review annually. | X | X |
| 15. Ensures investigations are conducted for incidents with potential, entrapments, and serious accidents as per the standards in Chapter 18. | X | X |
| 16. Provides a written Delegation of Authority, copy of the Wildland Fire Decision Support System (WFDSS) Published Decision, and an Agency Administrator Briefing to Incident Management Teams. | | X |
| 17. Provides a written Delegation of Authority and/or expectations to the unit's Type 3, 4, and 5 Incident Commanders annually prior to fire season. | | X |
| 18. Ensures resource advisors are identified, trained, and available for incident assignment. Refer to *Resource Advisors Guide for Wildland Fire* PMS 313, NFES 1831, January 2004. | | X |
| 19. Attends post fire closeout on Type 1 and Type 2 fires (attendance may be delegated). | | X |

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 46 of 463   PageID #: 943

| PERFORMANCE REQUIRED | State Director/ Associate | District/ Field Manager |
|---|---|---|
| 20. Ensures trespass actions are initiated and documented to recover cost of suppression activities, land rehabilitation, and damages to the resource and improvements for all human-caused fires where liability can be determined, as per *Fire Trespass Handbook H-9238-1*. | X | X |
| 21. Ensures compliance with National and State Office policy for prescribed fire activities. Participates in periodic reviews of the prescribed fire program. | X | X |
| 22. Ensures prescribed fire plans that are approved meet agency policies. | X | X |
| 23. Ensures the prescribed fire plan has been reviewed and recommended by a qualified technical reviewer who was not involved in the plan preparation. | | X |
| 24. Ensures the *Agency Administrator Ignition Authorization* (PMS 485) is signed and dated with the time frame identified before the prescribed fire is ignited. | | X |
| 25. Ensures Unit Safety Program is in place, has a current plan, has an active safety committee that includes the fire program. | X | X |
| 26. Annually updates and reviews the *Agency Administrator's Guide to Critical Incident Management* (or equivalent). | X | X |
| 27. Ensures that a current emergency medical response plan is in place and accessible. | | X |
| 28. Ensures current fire and weather information is posted (hardcopy, web, etc.), and available for all employees. | | X |

**Manager's Oversight**

Agency Administrators are managers that have wildland fire decision authority for a defined area, as specified by delegation. Agency Administrators are required to personally visit fires each year. Appendix A contains information to support the Agency Administrators during these visits.

**Post Incident Review**

Appendix B (*Manager's Supplement for Post Incident Review*) emphasizes the factors that are critical for ensuring safe and efficient wildland fire suppression, and provides examples for managers to use in their review of incident operations and Incident Commanders.

**Fire Training for Agency Administrators**

Agency Administrators and their actings must complete fire training within two years of being appointed to a designated management position. Refer to Instruction Memorandum No. FA IM-2016-007 for training requirements.

Agency Administrator qualifications and training will be entered into the IQCS. Upon certification, the Agency Administrator (AADM) competency will be awarded in the IQCS. An Incident Qualification Card may be issued allowing mobilization of the AADM through ROSS.

**State Fire Management Officer (SFMO)**

The State Fire Management Officer (SFMO) provides leadership for their agency fire and fire aviation management program. The SFMO is responsible and accountable for providing planning, coordination, training, technical guidance, and oversight to the state fire management programs. The SFMO also represents the State Director on interagency geographic area coordination groups and Multi-Agency Coordination (MAC) groups. The SFMO provides feedback to Districts/Field Offices on performance requirements.

**District/Zone/Field Office Fire Management Officer**

The District/Zone/Field Office Fire Management Officer (FMO) is responsible and accountable for providing leadership for fire and fire aviation management programs at the local level.

The Fire Management Officer:

- Determines local fire program requirements to implement land use decisions through the Fire Management Plan (FMP) to meet land management objectives;
- Negotiates interagency agreements and represents the District/Field Office Manager on local interagency fire and fire aviation groups;
- Meets Fire Staff Performance Requirements for Fire Operations; and
- Fulfills FMO Safety and Health Responsibilities for the Fire Program.

Experience requirements for positions in Alaska Fire Service, Oregon and California (O&C) Districts, NIFC, national office, and other fire management positions in units and state/regional offices will be established as vacancies occur, but will be commensurate with the position's scope of responsibilities. The developmental training to fully achieve competencies should be addressed in an IDP within a defined time period.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 48 of 463   PageID #: 945

**Fire Staff Performance Requirements for Fire Operations**

| PERFORMANCE REQUIRED | State FMO | District/ Zone/Field Office FMO |
|---|:---:|:---:|
| 1. Establishes and manages a safe, effective, and efficient fire program. | X | X |
| 2. Ensures the fire program is funded and managed to provide for safe and effective fire management activities. | X | X |
| 3. Ensures the Fire Management Plan (FMP) reflects the agency commitment to firefighter and public safety by establishing a fire organization to meet state/unit workload or national allocations, while utilizing the full range of fire management activities available for ecosystem sustainability. | X | X |
| 4. Ensures Individual Fire Reports (DI-1202s) are completed, signed/approved, and entered into WFMI. | X | X |
| 5. Ensures only trained and qualified personnel are assigned to fire and fire aviation duties. | X | X |
| 6. Ensures the unit safety program is implemented and provides direction for fire and non-fire safety regulations, training, and concerns. | X | X |
| 7. Ensures completion of a Risk Assessment (RA) for fire and fire aviation activities, and non-fire activities so mitigation measures are taken to reduce risk. | | X |
| 8. Ensures compliance with work/rest guidelines during all fire and fire aviation activities. | X | X |
| 9. Ensures fire and fire aviation management employees understand their role, responsibilities, authority, and accountability. | X | X |
| 10. Organizes, trains, equips, and directs a qualified work force. | X | X |
| 11. Establishes and implements a post incident assignment performance review process for each employee. | X | X |
| 12. Develops, implements, evaluates, and documents fire and fire aviation training to meet current and anticipated needs. | X | X |

                          Release Date: January 2016

| PERFORMANCE REQUIRED | State FMO | District/ Zone/Field Office FMO |
|---|---|---|
| 13. Ensures fire and fire aviation policies are understood, implemented, and coordinated with other agencies as appropriate. | X | X |
| 14. Monitors fire suppression activities to recognize when complexity levels exceed program capabilities. Increases managerial and operational resources to meet the need. | X | X |
| 15. Monitors fire season severity predictions, fire behavior, and fire activity levels. Ensures national fire severity funding and national preposition funding is requested in a timely manner, used, and documented in accordance with agency standards. | X | X |
| 16. Monitors the expenditure of Short-Term Severity and State Discretionary Preposition funding. | X | X |
| 17. Ensures agreements with cooperators are valid and in compliance with agency policy, and that attached Annual Operating Plans are current. | X | X |
| 18. Develops, maintains, and implements current operational plans (e.g., dispatch, preparedness, prevention, drawdown). | | X |
| 19. Ensures that initial response plans (e.g., run cards, preplanned response) are in place and provide for initial response commensurate with guidance provided in the Fire Management Plan and Land/Resource Management Plan. Ensures that initial response plans reflect agreements and annual operating plans, and are reviewed annually prior to fire season. | | X |
| 20. Develops, maintains, and implements restrictions procedures in coordination with cooperators whenever possible. | X | X |
| 21. Ensures that the use of fire funds complies with department and agency policies. | X | X |
| 22. Reviews and approves appropriate overtime authorization requests for personnel providing fire suppression coverage during holidays, special events, and abnormal fire conditions. | | X |
| 23. Ensures a process is established to communicate fire information to public, media, and cooperators. | X | X |

| PERFORMANCE REQUIRED | State FMO | District/ Zone/Field Office FMO |
|---|:---:|:---:|
| 24. Annually convenes and participates in pre-and post-season fire meetings where management controls and critical safety issues are discussed. | X | X |
| 25. Oversees pre-season preparedness review of fire and fire aviation program. | X | X |
| 26. Initiates, conducts, and/or participates in fire program management reviews and investigations. | X | X |
| 27. Personally participates in periodic site visits to individual incidents and projects. | X | X |
| 28. Utilizes the Risk and Complexity Assessment (Appendix E and F) to ensure the proper level of management is assigned to all incidents. | X | X |
| 29. Ensures transfer of command on incidents occurs as per Chapter 11. | | X |
| 30. Ensures incoming personnel and crews are briefed prior to fire and fire aviation assignments. | | X |
| 31. Ensures that an accurate and defensible decision is published in the Wildland Fire Decision Support System (WFDSS) for all fires that escape initial attack. | X | X |
| 32. Ensures that an accurate and defensible decision is published in the Wildland Fire Decision Support System (WFDSS) for all fires managed for multiple objectives. | X | X |
| 33. Ensures IMT briefing packages are developed prior to fire season. | | X |
| 34. Works with cooperators, groups, and individuals to develop and implement processes and procedures for providing fire safe communities within the wildland urban interface. | X | X |
| 35. Ensures trespass actions are initiated and documented to recover cost of suppression activities, land rehabilitation, and damages to the resource/improvements for all human-caused fires that ignite on BLM jurisdiction where liability can be determined. | X | X |

       Release Date: January 2016

| PERFORMANCE REQUIRED | State FMO | District/ Zone/Field Office FMO |
|---|---|---|
| 36. Ensures required unit personnel are trained in fire cause determination and fire trespass. | X | X |
| 37. Ensures compliance with National and State Office policy for prescribed fire activities. Provides periodic reviews of the prescribed fire program. | X | X |
| 38. Annually updates and reviews the *Agency Administrator's Guide to Critical Incident Management* (or equivalent). | X | X |
| 39. Ensures that all fire employees review and update their emergency contact information annually, either in Employee Express or in hard copy format. | X | X |
| 40. Ensures fire season severity predictions, weather forecasts, fire behavior predictors, and fire activity levels are monitored and communicated daily to all employees (hard copy, web page, email, radio, or fax). | | X |
| 41. Ensures standards in current National and Local Mobilization Guides are followed. | X | X |
| 42. Complies with established property control/management procedures. | X | X |
| 43. Certifies Area Command and Type 1 Command and General Staff positions. | X | |

Requirements for fire management positions are outlined in the *Interagency Fire Program Management Qualifications Standards and Guide* (IFPM) Standard. The supplemental Qualification Standard for professional GS-0401 Fire Management Specialist positions, approved by the Office of Personnel Management, is also included in the IFPM Standard. The *Interagency Fire Program Management Qualification Standards and Guide* can be found in its entirety on the IFPM website at http://www.ifpm.nifc.gov.

**Delegation of Authority**

**Delegation for State Fire Management Officers (SFMO)**
In order to effectively perform their duties, a SFMO must have certain authorities delegated from the State Director. This delegation is normally placed in the state office supplement to agency manuals. This Delegation of Authority should include the following roles and responsibilities:
- Serve as the State Director's authorized representative on geographic area coordination groups, including MAC groups.

EXHIBIT 7

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 52 of 463   PageID #: 949

- Coordinate and establish priorities on uncommitted fire suppression resources during periods of shortages.
- Coordinate logistics and suppression operations statewide.
- Relocate agency pre-suppression/suppression resources within the state/region based on relative fire potential/activity.
- Correct unsafe fire suppression activities.
- Direct accelerated, aggressive initial attack when appropriate.
- Enter into agreements to provide for the management, fiscal, and operational functions of combined agency operated facilities.
- Suspend prescribed fire activities when warranted.
- Give authorization to hire Emergency Firefighters in accordance with the DOI Pay Plan for Emergency Workers.
- Monitor (and approve if delegated) emergency Short-Term fire severity funding and State Discretionary Preposition funding expenditures not to exceed the state's annual authority.
- Ensure national fire severity funding and national preposition funding is requested in a timely manner, used, and documented in accordance with agency standards.
- Appendix C provides a sample "Delegation of Authority."

**Delegation for District/Zone/Field Office Fire Management Officers (FMO)**

In order to effectively perform their duties, a unit FMO must have certain authorities delegated from the District Manager. This delegation is normally issued annually. This Delegation of Authority should include the following roles and responsibilities:

- Serve as the District Manager's authorized representative on operations groups and coordination groups, including MAC groups.
- Coordinate and establish priorities on uncommitted fire suppression resources during periods of shortages.
- Coordinate logistics and suppression operations for the unit.
- Relocate agency pre-suppression/suppression resources within the unit based on relative fire potential/activity.
- Correct unsafe fire suppression activities.
- Direct accelerated, aggressive initial attack when appropriate.
- Facilitate entry into agreements to provide for the management, fiscal, and operational functions of combined agency operated facilities.
- Suspend prescribed fire activities when warranted.
- Give authorization to hire Emergency Firefighters in accordance with the DOI Pay Plan for Emergency Workers.
- Approve emergency fire severity funding expenditures not to exceed the unit's approved authority.
- Appendix C provides a sample "Delegation of Authority."

28                                    Release Date: January 2016

## BLM Operational Duty Officer (ODO)

Each BLM unit Fire Management Officer will perform the duties of an ODO or will provide a delegated ODO for their units during any period of predicted incident activities. ODO responsibilities may be performed by any individual with a signed Delegation of Authority from the local Agency Administrator. Qualifications for the ODO will be identified within the Unit Annual Operating Plan. The required duties for all BLM ODOs are:

- Monitor unit incident activities for compliance with BLM safety policies.
- Coordinate and set priorities for unit suppression actions and resource allocation.
- Keep unit Agency Administrators, suppression resources, and information officers informed of the current and expected situation.
- Plan for and implement actions required for future needs.
- Document all decisions and actions.

ODOs will provide operational oversight of these requirements as well as any unit specific duties assigned by the local fire managers through the local unit fire operating plan. ODOs will not fill any ICS incident command functions connected to any incident. In the event that the ODO is required to accept an incident assignment, the FMO will ensure that another qualified and authorized ODO is in place prior to the departure of the outgoing ODO.

## State and National Duty Officers

Each state will maintain a state-level duty officer during fire season and dedicated telephone number. State duty officers are responsible for:

- Establishing a process to identify available assets or needs within their state;
- Communicating availability of or need for assets to other state duty officers;
- Maintaining information on the Asset Intelligence Spreadsheet;
- Approving asset assignments; and
- Facilitating movement of assets using established dispatch/coordination system protocols.

FA-320 will maintain a national duty officer and dedicated telephone number. The national duty officer is responsible for:

- Monitoring and supporting the Asset Intelligence Spreadsheet;
- Providing coordination and prioritization of prepositioned assets between states if the need arises;
- Resolving disagreements of asset priorities and/or mobilizations by elevating issues to the Division Chief, Fire Operations (FA DC) or delegate;
- Facilitating movement of assets using established dispatch/coordination system protocols; and
- Providing briefings and updates to the FA DC/BLM NMAC representative as requested.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 54 of 463   PageID #: 951

All state and national duty officer telephone numbers are listed on the Asset Intelligence Spreadsheet.

### Incident Business

A consolidated view of fire business practices, supporting policy, and regulation is contained in the *BLM Standards for Fire Business Management*, available at: http://web.blm.gov/internal/fire/budget/Reference_docs/Incident%20Business/I B-new/OrangeBk.html.

### BLM Fire Management Position Titles and Fire Department Cooperator Equivalencies

Bureau of Land Management units that choose to use fire department cooperator nomenclature will utilize the following BLM position title equivalency standard.

| BLM Fire Management Position Title | Fire Department Cooperator Equivalency |
|---|---|
| State FMO, District FMO | Chief |
| State AFMO, District AFMO | Deputy Chief |
| State Office Fire Staff | Assistant Chief |
| Field Office FMO, Center Manager, District Fire Management Specialist, District Fuels Specialist | Division Chief |
| Fire Operations Specialist, Fuels Specialist, Assistant Center Manager, Prevention/Education Specialist | Battalion Chief |
| Prevention Technician, Prevention/Education Specialist | Prevention officer |
| Hotshot Superintendent, Helicopter Manager | Superintendent |
| Engine Captain, Hotshot Foreman, Assistant Helicopter Manager, Fuels Module Leader | Captain |
| Fire Engine Operator | Engineer |
| Communications Technician | Comm. |
| Mechanic | Repair |

### Safety and Occupational Health Program

Safety and occupational health program responsibilities are interwoven throughout Bureau program areas, including fire management. Safety of our employees lies within every level of the organization and program implementation can have a direct impact on firefighting personnel. To ensure that program requirements are met to support the fire and aviation management program, the following checklist shall be utilized.

1 **Safety and Health Responsibilities for the Fire Program**

| PERFORMANCE REQUIRED | State Safety Manager | District/ Zone Safety Manager | Unit FMO | District/ Field Manager |
|---|---|---|---|---|
| 1. An annual Unit Safety and Health Action Plan is developed, approved, and signed by unit Agency Administrator. This plan outlines courses of action to improve the unit's safety program and is based upon an assessment of what is needed to make the safety program fully functional. | | X | X | X |
| 2. Risk Assessments (RAs) are completed for suppression and non-suppression related activities and crews are briefed on RAs prior to beginning work. | | | X | X |
| 3. An individual has been designated as the Unit Safety Officer. | X | | | X |
| 4. Maintains a working relationship with all facets of the fire organization including outstations. | | X | X | X |
| 5. A safety committee or group, which includes fire representation, is organized to monitor safety and health concerns and activities. | | X | X | X |
| 6. Written safety and health programs required by OSHA are in place and being implemented to include fire personnel. | X | X | | |
| 7. Employees are provided mandatory safety and health training, including the BLM Fire and Aviation Employee Orientation Checklist. | | X | X | X |

**Release Date: January 2016**                                                   31

**EXHIBIT 7**

| PERFORMANCE REQUIRED | State Safety Manager | District/ Zone Safety Manager | Unit FMO | District/ Field Manager |
|---|---|---|---|---|
| 8. Fire safety programs (e.g., SAFENET, Six Minutes for Safety, Safety Alerts) are known and being utilized. | | | X | |
| 9. Safety publications are available to all fire employees (e.g., *Incident Response Pocket Guide, 1112-2 Manual, Wildland Fire Incident Management Field Guide*). | | | X | |
| 10. Assures that risk management process is integrated into all major policies, management decisions, and the planning and performance of every job. (*BLM Manual 1112*) | | | X | |
| 11. Procedures are in place to monitor Work Capacity Test (WCT) results and ensure medical examination policies are followed. | | | X | |
| 12. Safety Data Sheets (SDS) are present, accessible, and available for all hazardous materials used and stored in the work area. | | X | X | |
| 13. Procedures are in place to purchase non-standard equipment as identified in the Risk Assessment process, and to ensure compliance with consensus standards (e.g., ANSI, NIOSH) for PPE. | X | X | | X |
| 14. Personal Protective Equipment (PPE) supplied, is serviceable, and being utilized. | | X | X | |

Release Date: January 2016

| PERFORMANCE REQUIRED | State Safety Manager | District/Zone Safety Manager | Unit FMO | District/Field Manager |
|---|---|---|---|---|
| 15. Ensures tailgate safety meetings are held and documented. | | | X | |
| 16. Monitors and inspects operations and work sites for unsafe acts and conditions and promptly takes appropriate preventative and corrective measures. *(BLM Manual 1112)* | | X | | |
| 17. Procedures are in place for reporting unsafe and unhealthful working conditions. | | X | | X |
| 18. Promptly reports and investigates all job-related accidents/incidents that result in or have the potential to cause fatalities, injuries, illnesses, property, or environmental damage. All such reports are electronically submitted to the Safety Management Information System (SMIS). *BLM Manual 1112 Safety* | | | X | X |
| 19. Injury data is monitored and reviewed to determine trends affecting the health and welfare of employees. | | X | | X |
| 20. Ensures facility and work area inspections are conducted to ensure requirements are met. *29 CFR 1960* and *485 DM, Chapter 5 requirements.* | X | X | | X |

**Employee Safety and Health Program Responsibility**

All employees have personal responsibility to ensure safe and healthful work practices and the following elements specifically outline these responsibilities:

- Complying with applicable work rules, practices, and procedures.
- Using safety devices, personal protective equipment, clothing, and other means provided or directed by recognized authority at all times when necessary for their protection.
- Reporting unsafe and unhealthful working conditions to management.
- Reporting every job-related accident/incident to their supervisor that results in, or has the potential to harm people, property, or the environment.
- Reporting personal conditions that could adversely affect their ability to perform in a safe and healthful manner on the job.
- Completing the BLM Fire and Aviation Employee Orientation Checklist, available on the BLM Fire Operations website.

**Emergency Notification and Contact Information**

After emergency response actions deliver an injured employee to the immediate medical care facility, prompt notification through the chain of command is essential to ensure proper management support to the employee. For BLM fire operations, notification criteria are as follows:

- **Injury on a BLM Fire**
  The responsible unit Fire Management Officer (FMO)/Operational Duty Officer will notify their State Duty Officer (or Fire Operations Group (FOG) representative) immediately. The State Duty Officer (or FOG representative) will then ensure the appropriate local agency GACC operational representative is notified.
- **BLM Employee Injury**
  Injured employee's home unit FMO is notified. The FMO will then notify their State Duty Officer (or FOG representative) immediately. If the employee injury occurs in another state, the State Duty Officer (or FOG representative) will ensure that the hosting State Duty Officer (or FOG representative) is notified of the injury.
- **Great Basin Smokejumpers**
  - From the Scene:
    - The accident is reported to the smokejumper spotter, Great Basin Smokejumper Liaison Officer (LO), and local dispatch.
    - When the accident involves a jump injury, the spotter and/or ground contact will convey the medical needs and nature of the injury to the local dispatch.
    - If cellular phone or satellite phone coverage is available, a ground contact will call the Great Basin Smokejumper LO or DO with details about the accident.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 59 of 463   PageID #: 956

- o From the Great Basin Smokejumper Duty Officer:
  - The Great Basin Smokejumper Duty Officer will notify the base manager.
  - The smokejumper base manager will notify the National Interagency Fire Center (NIFC) Fire Operations Chief of Preparedness and Suppression Standards (or acting).
  - BLM Operations Chief of Preparedness and Suppression Standards will inform necessary parties up the chain of command and notify the NIFC External Affairs Office.
  - The Great Basin Smokejumper Duty Officer or Base Manager will notify the BLM State Duty Officer (or FOG Representative).
  - The Great Basin Smokejumper Duty Officer will confirm an agency representative will accompany the injured party to the hospital.
- o From the BLM Great Basin Smokejumper Base Manager:
  - The smokejumper base manager will contact their base manager counterpart if a visiting jumper in injured.
  - The smokejumper base manager will notify the emergency contact of the injured smokejumper if the injured smokejumper is unable to do so.

All fire and aviation employees are required to review and update their emergency contact information annually, either in Employee Express or in hard copy format. This information will only be used for emergency purposes and only by those authorized to make contact with the employee and/or their personal contact(s) and will be maintained in accordance with the provisions of the Privacy Act of 1974.

**Employee Advocacy**

Fire operations doctrine acknowledges the inherent danger of fire operations and the potential for serious injury or death to firefighters. When these occur, it is important that Bureau employees are provided the best and most appropriate care and support possible. Managers should consult their human resources experts to ensure that applicable Departmental and Bureau human resources policies and guidelines are followed. In addition, the *Bureau of Land Management Line of Duty Death (LODD) Response Guide* provides information to assist managers in dealing with the many complexities of these occurrences.

The *LODD Response Guide* is available in the Toolbox section of the BLM Fire Operations Website.

EXHIBIT 7

## BLM Fire and Aviation Honor Guard

The BLM Fire and Aviation Honor Guard represents the highest ideals of honor, dignity, professionalism and respect in serving the agency, the fire community, and the families, friends and co-workers of those who have lost their lives in the line of duty.

The Honor Guard was established to appropriately pay tribute to and honor the memory of employees who perish in the line of duty. The Honor Guard also responds to requests for their participation at events of state and national significance.

The Honor Guard is comprised of a cross-section of the BLM workforce from within the fire and aviation program. A commitment to the program directly impacts fellow members and the ability of the team to function at the highest level possible. Members will be expected to commit for no less than a two-year period, and may remain an Honor Guard member until they can no longer fulfill the commitment or wish to retire from the Honor Guard. Members must stay in good standing in the Bureau.

For more information, refer to http://www.blm.gov/nifc/st/en/prog/fire/honor_guard.html.

## Employee Conduct

All employees, cooperators, contractors, and volunteers who participate in wildland fire operations have the duty to treat each other with respect and to maintain a work environment free of misconduct and harassment.

Misconduct includes but is not limited to alcohol misuse, driving while intoxicated, the use of illegal drugs, hazing, insubordination, disregard for policies and procedures, and the destruction or theft of government property.

Harassment is coercive or repeated, unsolicited and unwelcome verbal comments, gestures, or physical contacts and includes retaliation for confronting or reporting harassment.

Harassment and misconduct will not be tolerated under any circumstances and will be dealt with in the strictest of terms. We must all take responsibility for creating and ensuring a healthy and safe work environment. Employees who experience or witness harassment, misconduct, or any inappropriate activity should report it to the proper authority immediately.

## Examples of Harassment and Misconduct
- **Physical conduct** – Unwelcome touching, standing too close, looking up and down, inappropriate or threatening staring or glaring, obscene, threatening, or offensive gestures.

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 61 of 463   PageID #:
958

**EXHIBIT 7**

- **Verbal or written misconduct** – Inappropriate references to body parts; derogatory or demeaning comments, jokes, or personal questions; sexual innuendoes; offensive remarks about race, gender, religion, age, ethnicity, or sexual orientation, obscene letters or telephone calls, catcalls, whistles or sexually suggestive sounds.
- **Visual or symbolic misconduct** – Display of nude pictures, scantily-clad, or offensively-clad people; display of offensive, threatening, demeaning, or derogatory symbols, drawings, cartoons, or other graphics; offensive clothing or beverage containers, bumper stickers, or other articles.
- **Hazing** – Hazing is considered a form of harassment. "Hazing" is defined as "any action taken, or situation created intentionally, to produce mental or physical discomfort, embarrassment, or ridicule."
- **Alcohol** – The use of alcohol during any work period is strictly prohibited. The performance of job duties while under the influence of alcohol is prohibited. Underage personnel alcohol use is prohibited at all times.

## BLM Mobile Fire Equipment Policy

### Introduction
The following section represents a general overview of the BLM Mobile Fire Equipment Policy. The policy can be found in its entirety on the BLM National Fire Equipment Program (NFEP) Website, located within the BLM Fire Operations website.

### Policy and Guidance
The BLM fire equipment program is responsible for the design, development, and acquisition of specialized wildland fire equipment to meet the full range of fire management requirements. The design and development is accomplished through the analysis of performance needs required by BLM field units and working with industry to produce prototypes for testing and eventually production units. Acquisition of equipment is accomplished primarily through contracting. The BLM fire equipment program balances advanced technology with overall cost efficiency to provide maximum safety for personnel while effectively meeting fire management needs.

It is agency policy to maintain each piece of fire equipment at a high level of performance and in a condition consistent with the work it has been designed to perform. This shall be accomplished through application of a uniform preventive maintenance program, timely repair of components damaged while on assignment, and in accordance with all agency fiscal requirements. Repairs shall be made as they are identified to keep the equipment functional and in peak operating condition.

### Fire Equipment Committees
There are three levels of fire equipment committees: National, State, and Interagency. Fire equipment committees address the broad spectrum of

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 62 of 463   PageID #: 959

equipment subjects and make recommendations. State committees will report to
the respective State Fire Management Officer. The BLM Fire Equipment Group
and the BLM Engine Committee report to the Fire Operations Group (FOG).
Equipment committees should invite other agency equipment leads to share
ideas, transfer technology, and coordinate efforts.

**BLM National Fire Equipment Program (NFEP)**
The BLM National Fire Equipment Program (NFEP) is located at NIFC. This
unit is responsible for the development, ordering, inspection, receiving, and
distribution of new fire equipment that will meet or exceed the minimum
performance standards established by the BLM Fire Equipment Group and the
BLM Engine Committee. The NFEP website is located within the BLM Fire
Operations website.

**BLM Fire Equipment Status Report (FES)**
Each state will submit an FES report to the NFEP annually by April 15. The
FES is required to gather baseline data including the license number, type,
make/model and location on mobile asset types (i.e., engines, off-highway
vehicles and support vehicles). The Division of Fire Operations will issue an
annual reminder notification to the Fire Operations Group (FOG) requesting this
information. The FES is available at the NFEP section of the BLM Fire
Operations website.

**BLM Engine Use Report (EUR)**
All BLM engines will utilize the Engine Use Report. The EUR should be printed
and completed daily as part of the Fire Equipment Maintenance and Procedure
Record (FEMPR) and entered into the BLM EUR Share Point on a monthly
basis. Access will be granted by the respective state Fire Operations Group
(FOG) representative. The EUR is available at the Engine section of the BLM
Fire Operations website.

**Equipment Development**
The BLM NFEP has established a fire equipment development process to ensure
that new fire equipment or technologies meet or exceed established performance
standards. All new fire equipment will follow this development process and will
be tested and evaluated under actual field conditions prior to being made
available for general ordering.

**Fire Equipment Standardization**
Standardization of fire equipment aids in the ability to produce equipment that
effectively meets the Bureau's mission by providing cost effective equipment
with the least impact on fire programs. Standardization also contributes to the
ability to provide effective, consistent, and quality training to the BLM fire
program workforce. The BLM Fire Equipment Group and the BLM Engine
Committee have the responsibility to establish and approve minimum
performance standards for all BLM-specific fire equipment.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 63 of 463   PageID #:
960

**Fire Engine and Command Vehicle Identifier Standards**
Bureau of Land Management fire engine and command vehicle identifier standards have been established by the national Fire Operations Group and can be found at the BLM Fire Operations website.

**Deficiency Reporting**
The BLM Fire Equipment Improvement/Deficiency Reporting System is used to collect improvement recommendations and deficiency reports for all BLM fire equipment. The reporting system enables the BLM NFEP to build a comprehensive database to document problems, identify trends, and establish priorities for development and modification of new and existing equipment.

District/Field Offices are required to submit timely and detailed deficiency reports for problems encountered with BLM fire equipment. Reports will also be submitted for suggestions for improvement. Submitted reports will receive immediate attention. The NFEP will immediately verify receipt of the deficiency report and will follow-up with the submitting District/Field Office to correct the deficiency or work to incorporate the improvement suggestion. The Improvement/Deficiency Reporting System can be found on the BLM National Fire Equipment Program website, located within the BLM Fire Operations website.

**Acquisition of Working Capital Fund Equipment**
The National Operations Center (NOC) located in Denver manages the Working Capital Fund (WCF). Each class of vehicle has an established replacement cycle based on miles or hours, vehicle replacement costs, and residual value. The WCF acquires funds through Fixed Ownership and Use Rates determined by the replacement cycle. At the end of the replacement cycle, adequate funds to replace the vehicle are available. For new vehicle purchases, funds are acquired/secured by the receiving unit and the new purchase is added to the WCF. The NOC monitors vehicle usage and replacement cycles, and notifies the NFEP when vehicles need to be replaced. The NFEP then coordinates with the receiving unit to order the replacement vehicle. When the order is placed, the NFEP works with the BLM Fleet Manager, the receiving unit, contracting, and the vendor to fill the order.

**Funding**
Procurement of nonstandard equipment with fire management funds when standard equipment is available must have written approval by the Fire Operations Division Chief (FA-300) and the State Fire Management Officer. Most fire vehicles are funded through the WCF. Other types of fire equipment are funded through the normal budget process at the state and local level. Specialized equipment may be funded in a variety of ways including through the Fire and Aviation Directorate, special project allocations, available mid or year end funds, state or local funding, interagency agreement, or through the WCF.

EXHIBIT 7
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 64 of 463   PageID #: 961

### BLM Mobile Fire Equipment Ordering

Ordering of BLM mobile fire equipment is completed through the NFEP at NIFC. Available equipment is listed in the BLM Fire Equipment Ordering System (FEOS) web page. Contact the National Fire Equipment Program for additional information.

States have the authority to order their own equipment using WCF funds. However, the BLM has established required equipment and performance standards for new equipment. These standards have been established to reduce excessive procurement costs, maintain common operational functions, and provide a Bureau wide standard fire fleet.

All WCF 600 class vehicles must be ordered through FEOS. If states order their own equipment using WCF funds, they must have approval from the WCF Fleet Manager, State Fire Management Officer, and the Fire Operations Division Chief (FA-300) prior to ordering.

### Equipment Modification/Retrofitting

Modification proposals must be submitted through the Improvement/Deficiency reporting system or applicable FOG subcommittee for consideration and approved through the NFEP. Unauthorized modifications and retrofits have the potential to negatively impact equipment quality and safety and void manufacturer warranties. In such cases, the financial burden of corrective action will be borne by the home state/unit preparedness funding.

### Property Transfer/Replacement

Surplus and early turn-in fire vehicles may be transferred to another unit for continued service with the approval of the State Fire Management Officer and the WCF Manager. In these instances, the vehicle remains in the same class, and the FOR and use rates will continue to be charged to the unit acquiring the vehicle. Units may dispose of fire vehicles prior to the normal replacement date. In these instances, no future replacement is automatically provided and there is no accrued credit for the FOR collected on that unit prior to disposal. Units acquiring this type of equipment continue payment of the FOR and use rates. Mobile fire equipment transfers to other agencies or organizations must be approved by the NFEP and FA-300 prior to initiating any transfer actions.

### Conversions

Offices requesting to convert replacement fire equipment to a different class of equipment must follow and provide the following criteria and documentation:

- Proposed changes meet current and future preparedness requirements identified in Resource/Land Management Plans and Fire Management Plans.
- Proposed changes result in an overall cost savings to the government.

40                                                    Release Date: January 2016

If any proposed changes in equipment result in additional overall costs to the government, documentation must include:
- Increased production rates which may offset additional costs.
- The requesting states availability of sufficient funds to cover additional costs.

BLM units will use the standard form available on the BLM Fire Operations website to provide required documentation for approval for conversions, transfers, and excess vehicles.

**BLM Engine Equipment Inventory**
BLM engines will be stocked as per the BLM National Engine Equipment Inventory found at the BLM Fire Operations Website.

**Fire Equipment Maintenance and Care Standards**
BLM fire equipment will be maintained to reflect the highest standards in performance and appearance, and will meet the following standards:
- Equipment exterior:
  - Clean and waxed
  - Free of debris
  - Items secured
  - Windows and mirrors cleaned
  - All mechanical systems in good working order
- Equipment interior:
  - Cab and compartments free of dirt and debris
  - Cab free of loose items
  - Equipment stored in appropriate compartments and organized
  - Windows and mirrors cleaned
  - Mechanical systems in good working order

Equipment will be stored in sheltered areas away from environmental elements whenever possible to prevent damage to critical seals, mechanical components, and the high-visibility finish.

**Fire Equipment Maintenance and Procedure Record (FEMPR)**
The Fire Equipment Maintenance Procedure and Record (FEMPR) will be used to document daily inspections and all maintenance for all WCF Class 600 fire equipment and any other vehicles used for fire suppression operations. The FEMPR shall be maintained and archived to record historic maintenance for the duration of the vehicle's service life. This historical data is beneficial in determining trends, repair frequency, and repair costs. The FEMPR can be found at the BLM Fire Operations website.

Apparatus safety and operational inspections will be performed at the intervals recommended by the manufacturer and on a daily and post-fire basis as required. For engines and water tenders, all annual inspections will include a pump gpm

EXHIBIT 7

test to ensure the pump/plumbing system is operating at or above the
manufacturer's minimum rating for the pump.

**BLM Implementation of the Department of the Interior (DOI)
Authorization for Use of Government Passenger Carrier(s) for Home-to-
Work Transportation**

The BLM recognizes the need for domiciling fire vehicles for specific positions
during fire season in order to provide for more immediate response to wildfires
during off-duty hours, and has been granted this authority by DOI.

- Only those positions authorized and pre-identified within the DOI
  memorandum will have the authority to domicile designated government
  vehicles.
- This authority is intended only for individuals in first response fire
  leadership roles who may be responding to initial attack fires directly from
  their home after hours.
- Government vehicles are used solely for official business and domiciled
  only during core fire season months when there is a heightened level of
  current or expected fire activity.
- Authorized positions will be recertified every two years and may be revised
  at that time.
- Units are responsible for maintaining documentation of home-to-work use
  of government vehicles. This documentation will be reviewed during annual
  fire and aviation preparedness reviews. A BLM standard tracking form has
  been developed and may be used for this purpose. It can be found on the
  BLM Fire Operations website at
  http://web.blm.gov/internal/fire/fire_ops/toolbox.htm.
- Refer to Instruction Memorandum No. FA IM-2013-023 for more
  information.

**Lights and Siren Response**

Responding to BLM wildland fire incidents normally does not warrant the use of
emergency lights and siren to safely and effectively perform the BLM mission.
However, there may be rare or extenuating circumstances when limited use of
lights and sirens are appropriate and necessary due to an immediate threat to life.

Those BLM state organizations that determine a lights and sirens response is
necessary to meet mission requirements must develop an operating plan that is
signed and approved by the State Director and forwarded to the Chief, Division
of Fire Operations, BLM FA. The operating plan must ensure the following:

1. All vehicles (command, engines, etc.) will be properly marked, equipped,
   and operated in accordance with state statutes, codes, permits, and BLM
   unit requirements.
2. Drivers will complete training in the proper use of lights and sirens
   response in accordance with National Fire Protection Association (NFPA)
   1451 and 1002 standards, as well as any state requirements.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 67 of 463   PageID #:
964

3. Engine drivers responding with lights and sirens will be minimally qualified as engine operator with a qualified engine boss in the engine; otherwise, driver must be engine boss qualified. Command vehicle drivers will be minimally qualified as single resource boss.
4. Lights and sirens will meet NFPA and state code requirements.
5. Posted speed limits will be followed at all times, regardless of response type.
6. Operators will stop or reduce speed as circumstances dictate prior to proceeding through all intersections.
7. Traffic light changing mechanisms (e.g., Opticons) will only be used under formal written agreement with state and local governments. They will be used only when they are necessary to create safe right-of-way through urban high-traffic areas. All pertinent state and local statutes and procedures will be adhered to.
8. Authorization to respond with lights and sirens does not cross state lines. No driver will be authorized by one state to operate with lights and sirens in another state.

## BLM Firefighters

### Introduction

Firefighters operate within the Incident Command System (ICS), which is a component of the National Incident Management System (NIMS).

In the ICS, firefighters are either assigned as single resource overhead (individuals assigned to specific supervisory or functional positions) or as members of an organized unit. The individuals within these units are trained to provide different levels and types of tactical, logistical, and managerial capability.

These units include:

- **Hand Crews** – Vehicle mobile firefighters that specialize in the use of hand tools, chainsaws, portable pumps, and ignition devices for tactical operations. Hand crew types include Interagency Hotshot Crews (IHC)s, Type 2 Initial Attack Crews, Type 2 Crews, and Fire Suppression Modules.
- **Engine Crews** – Engine mobile firefighters that specialize in the use of engines for tactical operations.
- **Helitack** – Helicopter mobile firefighters that specialize in the use of helicopters for tactical and logistical operations.
- **Smokejumpers** – Fixed wing aircraft and parachute mobile firefighters that specialize in the use hand tools, chainsaws, and ignition devices for tactical operations.

### BLM Firefighter Priority for Use

- Initial attack on lands for which the BLM has suppression responsibility.
- Other fire suppression/management assignments on BLM lands.

- Other fire suppression/management assignments on other agency lands.
- All Hazard – ESF#4 reference:
  http://web.blm.gov/internal/fire/budget/Reference_docs/esf4/ESF4_page.htm.

**BLM Fire Operations Group National Preposition Strategy**
The Fire Operations Group (FOG) has established an Asset Intelligence
Spreadsheet for priority placement and prepositioning of suppression resources.
Information can be found on the FOG website at
http://web.blm.gov/internal/fire/fire_ops/fog.htm.

## Mobilization of BLM Firefighters

BLM firefighters are mobilized to perform the following functions:
- Suppress fires and manage wildland fire incidents;
- Improve BLM initial attack capability;
- Maximize the utilization of limited BLM fire operational assets;
- Provide additional fire management capability in high tempo periods;
- Provide experience and developmental opportunities to BLM firefighters;
- Perform fire management project work or assignments; or
- Perform other project work or assignments.

There are six funding mechanisms for mobilizing BLM firefighters:
- Preparedness funding
- Suppression funding
- Short-term severity (State-level/Regional-level Severity) funding
- National-level severity funding
- National preposition funding
- State discretionary preposition funding

**Preparedness Funding**
Preparedness funding may be used to mobilize resources for normal
preparedness activities such as:
- Movement of resources within a unit not associated with fire activity;
- Detailing firefighters to fill vacant positions;
- Project work or normal preparedness activities; and/or
- Training.

Fire managers have the authority to expend preparedness funding for
preparedness activities. Mobilization of non-BLM federal resources with BLM
preparedness funding requires a reimbursable agreement.

**Suppression Funding**
Suppression funding is used to mobilize resources to wildland fire incidents.
BLM firefighters are mobilized directly to incidents using established methods
(resource orders, initial attack agreements, dispatch plans, response plans, etc.).

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 69 of 463   PageID #:
966

**Short-Term Severity (State-Level Severity)**

Short-term severity funding may be used to mobilize resources for state/regional short-term severity needs that are expected to last less than one week, such as:

- Wind events;
- Cold dry front passage;
- Lightning events; and/or
- Unexpected events such as off-road rallies or recreational gatherings.

Each state director and the Fire and Aviation division chiefs for Operations and Aviation have been delegated the authority to expend "short-term" severity funds per fiscal year. This discretionary severity authorization can be expended for appropriate severity activities without approval from Fire and Aviation. States will establish a process for requesting, approving, and tracking short-term severity funds.

**National-Level Severity Funding**

National-level severity funding is used to mobilize resources to areas where:

- Preparedness plans indicate the need for additional preparedness/ suppression resources;
- Anticipated fire activity will exceed the capabilities of local resources;
- Fire season has either started earlier or lasted longer than identified in the Fire Danger Operating Plan;
- An abnormal increase in fire potential or fire danger (e.g., high fine fuel loading, fuel dryness) not planned for in existing preparedness plans; and/or
- There is a need to mitigate threats to values identified in Land and Resource Management Plans with AD, Fire and Aviation concurrence.

In addition to the above criteria, the AD, Fire and Aviation may consider other factors when approving requests for national severity.

Guidance for requesting and utilizing national-level severity funding is found in Chapter 10 and on the BLM Fire Operations website. Requests should be consolidated by state, coordinated with Fire and Aviation, and then submitted to Fire and Aviation by the State Director. The official memo requesting funds should be mailed to the Assistant Director, Fire and Aviation. An electronic copy should also be e-mailed to "BLM_FA_Severity@blm.gov."

Severity funding requests will be accepted and approved for a maximum of 30 days, regardless of the length of the authorization. Use of severity funding must be terminated when abnormal conditions no longer exist. If the fire severity situation extends beyond the 30-day authorization, the state must prepare a new severity request.

An approval memo from Fire and Aviation will list authorized resources along with a cost string code for each state and field office to use for all resources. All

resources authorized through this process will be counted in the state's severity authorization limit, including extension of exclusive use aircraft contracts.

In order to support the BLM national aviation strategy, which includes prioritized allocation based on need, air resource mobility, and cost containment, a state may be directed to release an air resource to another state. All charges related to releasing an air resource will be covered by Fire and Aviation or the receiving state.

**National Preposition Funding**

National preposition funding is used to mobilize resources to areas with anticipated fire activity when other funding is not available. Units may request national preposition funding from FA to acquire supplemental fire operations assets to increase initial attack capability. National preposition funding may be used to mobilize resources when BLM units:

- Do not have available preparedness funding;
- Do not have available short-term severity funding; or
- Do not meet the criteria for use of national severity funding.

Approved national preposition funding may be used only for travel and per diem costs for the duration of the assignment, and overtime labor costs associated with the original preposition move.

Each State Director has been delegated the authority to expend national preposition funding within an allocation limit established annually through issuance of an Instruction Memorandum. The criteria stated above apply to this allocation.

- National Preposition Request Process
  - o Unit FMO identifies need and notifies State FOG representative. FOG representative informs SFMO.
  - o FOG representative coordinates with unit FMO to verify need and determine asset types, numbers, and projected preposition location.
  - o Requesting FOG representative queries FOG group and identifies available assets.
  - o Requesting and sending FOG representatives jointly complete the BLM Preposition Request Form found on the BLM Fire Operations website.
  - o Requesting FOG representative will submit the request electronically via e-mail to "BLM_FA_Prepositioning@blm.gov" to acquire Division of Fire Operations (FA-300) approval. If aviation assets are requested, FA-300 will coordinate with the National Aviation Office (FA-500) and secure FA-500 approval.
  - o FA-300 will notify the requesting and sending FOG representatives via e-mail when the request is approved.

Release Date: January 2016

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 71 of 463   PageID #: 968

o   After securing FA-300/500 approval, the requesting FOG representative places name request order(s) for specified assets through normal coordination system channels.

o   Responding BLM assets will be assigned to a temporary host unit by the receiving FOG representative.

o   Responding assets, sending/receiving FOG representatives, and the temporary host unit will negotiate length of assignment and crew rotation, and ensure that prepositioned personnel meet work/rest requirements.

BLM preposition funding request information can be found at the BLM Fire Operations website.

**State Discretionary Preposition Funding**
Each State Director has been delegated the authority to expend preposition funding for prepositioning activities in amounts determined by the BLM Fire Leadership Team. This discretionary preposition funding authorization can be expended for appropriate preposition activities (according to the criteria established for National Preposition Funding) without approval from the AD, FA.

Each state will establish a process to document requests and approvals, and maintain information in a file.

**BLM Fire Training and Workforce Development**

**BLM Fire Training and Workforce Development Program**
The BLM National Fire Training and Workforce Development Program is located at NIFC and works for the BLM Chief, Preparedness/Suppression Standards. The program develops the wildland firefighting workforce through qualification standards, training standards, and workforce development programs in support of BLM fire management.

***BLM Standards for Fire Training and Workforce Development***
The BLM Fire Training and Workforce Development Program, in coordination with the BLM Fire Operations Group and the BLM Fire Training Committee, is responsible for publishing the *BLM Standards for Fire Training and Workforce Development.* The *BLM Standards for Fire Training and Workforce Development* provides fire and aviation training, qualifications, and workforce development program management direction. This document is available at http://www.blm.gov/nifc/st/en/prog/fire/training/fire_training.html.

EXHIBIT 7

1   **BLM Firefighters General Non-Fire Training Requirements**

2   **Administratively Determined (AD) and Emergency Firefighters (EFF)**

| Training Required | Initial Requirement/ Frequency | Delivery Method/ Responsible Party |
|---|---|---|
| Defensive Driving (If operating GOV, including rental or leased, vehicle for official purposes.) | - Prior to operating motor vehicle for official purposes. - Once every three years. | - Instructor-led (initial) - DOI Learn or Instructor-led (recurrency) - Unit Safety Manager |
| First Aid/ Cardiopulmonary Resuscitation (CPR) | - Upon initial employment. - Every 3 years or per certifying authority. At least two persons per crew (GS or AD) shall be current and certified. | - Instructor-led - Unit Safety Manager |

3   **Agency Permanent, Career Seasonal, and Temporary Firefighters**

| Training Required | Initial Requirement/ Frequency | Delivery Method/ Responsible Party |
|---|---|---|
| Safety Orientation | - Once | - Instructor-led - Supervisor |
| Bloodborne Pathogens | - Once: Awareness level. For employees not at increased risk (e.g., non-fireline support personnel) - Annually: For employees at increased risk due to assigned duties (e.g., IHC, Helitack, SMKJ, Engine Crew) | - Instructor-led - Unit Safety Manager |
| Defensive Driving | - Prior to operating motor vehicle for official purposes - Once every three years | - Instructor-led (initial) - DOI Learn or Instructor-led (recurrency) - Unit Safety Manager |
| First Aid/ Cardiopulmonary Resuscitation (CPR) | - Upon initial employment - Every 3 years or per certifying authority | - Instructor-led - Unit Safety Manager |
| HAZMAT - First Responder Awareness Level | - Upon initial employment - Annually | - Instructor-led - Unit Safety Manager |

Release Date: January 2016

**EXHIBIT 7**

| Training Required | Initial Requirement/ Frequency | Delivery Method/ Responsible Party |
|---|---|---|
| *USGS Hazard Communications – GHS* | - Upon initial employment | - Instructor-led, DOI Learn<br>- Unit Safety Manager, Unit Hazardous Materials Coordinator<br>*(Refer to WO IM No. 2013-100)* |
| Do What's Right/EEO/ Diversity | - Annually | - Instructor-led, DOI Learn, or as determined by EEO Manager<br>- FMO (Do What's Right)<br>- EEO Manager |

For a complete listing of safety and health training, refer to the *BLM Manual Handbook 1112-2, Safety and Health for Field Operations.*

**Driver Training for Regular Drivers of Fire Equipment**
All regular drivers of engines, water tenders, helicopter support vehicles, crew carriers, fuel tenders, and fire command and support vehicles must complete BL-300 *Fire Vehicle Driver Orientation* (initially) and RT-301 *Fire Vehicle Driver Refresher Training* (annually). Course materials are available at the BLM Fire Training website at http://www.blm.gov/nifc/st/en/prog/fire/training/fire_training.html.

For the purposes of this policy, a regular driver is defined as an employee whose duties include driving fire equipment on a regular basis. This may include highway, off-road, city, mobile attack, and extreme terrain driving.

**BLM Firefighter Mandatory Physical Fitness Standards**
The *Wildland Fire Qualifications System Guide* (PMS 310-1) establishes physical fitness standards for NWCG sanctioned firefighters. These standards are assessed using the Work Capacity Tests (WCT). Prior to attempting the WCT, all permanent, career-seasonal, temporary, Student Career Experience Program (SCEP), and AD/EFF employees who participate in wildland fire activities requiring a fitness level of arduous must participate in the DOI Medical Qualification Standards Program (DOI-MSP).

Employees serving in wildland fire positions that require a fitness rating of arduous as a condition of employment are authorized one hour of duty time each work day for physical fitness conditioning. Employees serving in positions that require a fitness rating of moderate or light may be authorized up to three hours per week.

Units will maintain a fitness program that ensures BLM firefighters will possess the physical ability to perform the duties of their positions safely and effectively

EXHIBIT 7

while ensuring compliance with the requirements of the Work Capacity Test (WCT).

Information on the WCT and the DOI-MSP is located in Chapter 13 of this publication. Fitness and conditioning information may be found at www.nifc.gov/FireFit/index.htm.

**BLM National Fire Operations Fitness Challenge**

The BLM national fire operations fitness challenge encourages and recognizes achievement in physical fitness by BLM firefighters. The fitness challenge provides a common system by which BLM firefighters can measure current fitness, establish fitness goals, and track fitness improvement. The fitness challenge is voluntary, but BLM firefighters are encouraged to participate and, at a minimum, meet the level 1 achievement. The fitness challenge tests participants in four basic exercises - push-ups, pull-ups, sit-ups and a timed run of either 1.5 or 3.0 miles. Test results are compiled into a final overall score. Unit and state offices are encouraged to support and recognize achievement in firefighter fitness. The BLM FA Division of Fire Operations will recognize high achievers annually. Specific information on the fitness challenge, the points chart, and the score sheet are located in the Toolbox section of the BLM Fire Operations Website.

Achievement levels:
- Level 1: 100 points, minimum 20 points per event
- Level 2: 100 points, minimum 25 points per event
- Level 3: 200 points, minimum 25 points per event
- Level 4: 300 points, minimum 25 points per event
- Level 5: 400 points (maximum score)

Scoring:

| Points | 3-mile Run | 1.5-mile Run | Pull-ups (3 minutes) | Push-ups (3 minutes) | Sit-ups (3 minutes) |
|--------|------------|--------------|----------------------|----------------------|---------------------|
| 20 | 26:43 | 11:40 | 6 | 23 | 36 |
| 25 | 25:20 | 11:00 | 7 | 25 | 40 |
| 50 | 22:30 | 9:30 | 10 | 35 | 60 |

**Interagency Fire Program Management Standards**

The BLM follows the *Interagency Fire Program Management Qualifications Standards and Guide (IFPM Standard), January 2000*. The IFPM Standard does the following:
- Establishes minimum qualifications standards for 12 key fire management positions. These standards include 1) basic requirements, 2) specialized experience requirements, 3) NWCG incident management qualifications, 4) additional required training.

50                                                    Release Date: January 2016

1    •    Provides a "complexity rating for program management" table, which is
2       used to determine overall complexity of the unit-level fire program. This is
3       used because qualification standards for some of the 12 identified positions
4       are tied to fire program complexity.

5 State- and unit-level fire managers should consult human resources officials and
6 apply the IFPM Standard as appropriate. IFPM information is located at:
7 http://www.ifpm.nifc.gov.

8 **BLM Hand Crews**

9 **BLM Hand Crew Standards (all crew types)**
10    •    **Language** – CRWB and FFT1: must be able to read and interpret the
11       language of the crew as well as English.
12    •    **Flight Weight** – 5,300 pounds.
13    •    **Personal gear** – Sufficient for 14-day assignments.
14    •    **Physical fitness** – Arduous, all positions.
15    •    **Required Equipment and PPE** – Fully equipped as specified in the
16       *Interagency Standards for Fire and Fire Aviation Operations.*

17 **BLM Hand Crew Standards by Type**

| Crew Type | Type 1 | Type 2IA | Type 2 | Fire Suppression Module |
|---|---|---|---|---|
| **Crew Size** | Minimum 18 Maximum 22 | Minimum 18 Maximum 20 | Minimum 18 Maximum 20 | Minimum 5 Maximum 10 |
| **Leadership Qualifications** | 1 Supt. 1 Asst. Supt. 3 Squad Leaders **or** 1 Supt. 2 Asst. Supt. 2 Squad Leaders | 1 CRWB 3 ICT5 | 1 CRWB 3 FFT1 | 1 SRB/ICT5 2 FFT1 2 FALA |
| **Incident Management Capability** | Operate up to 3 independent squads w/ T4 and T5 command capability | Operate up to 3 independent squads with T5 command capability | Operate as single crew in full crew configuration | Operates as a single module w/T5 command capability |

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP    Document 19-6    Filed 11/19/19    Page 76 of 463    PageID #: 973

| Crew Type | Type 1 | Type 2IA | Type 2 | Fire Suppression Module |
|---|---|---|---|---|
| Language Requirement | All senior leadership including Squad Bosses and higher must be able to read and interpret the language of the crew as well as English. | Same as Type 1 | Same as Type 1 | Same as Type 1 |
| Crew Experience | 80% of the crewmembers must have at least 1 season experience in fire suppression | 60% of the crewmembers must have at least 1 season experience in fire suppression | 20% of the crewmembers must have at least 1 season experience in fire suppression | Agency only |
| Full-Time Organized Crew | Yes (work and train as a unit 40 hours per week) | No | No | No |
| Crew Utilization | National Shared Resource | Local unit control | Local unit control | Local unit control |
| Communication | 7 programmable handheld radios 1 programmable mobile radio in each truck | 4 programmable handheld radios | 4 programmable handheld radios | 2 programmable handheld radios |
| Sawyers | 3 FAL2 | 3 FAL3 | None | None |
| Training | 40 hours annual training prior to assignment. | 40 hours Basic firefighter training **or** once red carded, 4 hours annual fireline refresher training prior to assignment. | 40 hours Basic firefighter training **or** once red carded, 4 hours annual fireline refresher training prior to assignment. | 40 hours Basic firefighter training **or** once red carded, 4 hours annual fireline refresher training prior to assignment. |

          Release Date: January 2016

| Crew Type | Type 1 | Type 2IA | Type 2 | Fire Suppression Module |
|---|---|---|---|---|
| Logistics | Squad-level agency purchasing authority | Crew-level agency purchasing authority recommended | No purchasing authority | Self-sufficient for 48 hours; purchasing authority recommended |
| Maximum Weight | 5,300 lbs | 5,300 lbs | 5,300 lbs | N/A |
| Dispatch Availability | Available Nationally | Available Nationally | Variable | Variable |
| Production Factor | 1.0 | .8 | .8 | Variable |
| Transportation | Own transportation | Need transportation | Need transportation | Own transportation |
| Tools and Equipment | Fully equipped, Crew First Aid Kit | Not equipped | Not equipped | Variable |
| Personal Gear | Arrives with personal first aid kit, headlamp, 1 qt canteen, web gear, sleeping bag, personal gear for 14 days | Same as Type 1 | Same as Type 1 | Same as Type 1 |
| PPE | All standard designated fireline PPE | Same as Type 1 | Same as Type 1 | Same as Type 1 |
| Certification | Must be annually certified by the local host unit Agency Administrator or designee prior to being made available for assignment | N/A | N/A | N/A |
| Works together 40 hours/week | Yes | No | No | No |

Release Date: January 2016                                                        53

**BLM Interagency Hotshot Crews (IHCs)**

BLM IHCs will meet all requirements found in the *Standards for Interagency Hotshot Crew Operations (SIHCO)* and the *Interagency Standards for Fire and Fire Aviation Operations* while providing a safe, professional, mobile, and highly skilled hand crew for all phases of fire management and incident operations.

**BLM IHC Locations**

| State | Crew | Location |
|-------|------|----------|
| AK | Chena | Fairbanks |
| | Midnight Sun | |
| CA | Diamond Mountain | Susanville |
| | Kern Valley | Bakersfield |
| CO | Craig | Craig |
| ID | Snake River | Pocatello |
| MS | Jackson | Jackson |
| NV | Silver State | Carson City |
| NV | Ruby Mountain | Elko |
| OR | Vale | Vale |
| UT | Bonneville | Salt Lake City |

**BLM IHC Annual Crew Mobilization**

Prior to becoming available for mobilization, each BLM IHC will complete the BLM Hotshot Crew Preparedness Review Checklist (#18) and the Annual IHC Mobilization Checklist (SIHCO, Appendix C). The IHC Superintendent, supervising fire management officer, and supervising agency administrator will complete both checklists. Completed and signed checklists will be sent to the State Fire Management Officer for concurrence. Upon concurrence, the State Fire Management Officer will notify the appropriate Geographic Area Coordination Center and the Branch Chief, Preparedness and Suppression Standards (FA-320) of crew status, and provide copies of the BLM Hotshot Crew Preparedness Review Checklist (#18) and the Annual IHC Mobilization Checklist (SIHCO, Appendix C) to each.

**BLM IHC Decertification and Recertification**

Changes to crew qualifications and capabilities should be closely examined by the superintendent to ensure that all requirements contained in the SIHCO are met. Any BLM IHC that is unable to meet the minimum requirements will be placed in Type 2IA status until the requirements can be met. Exceptions to the requirements must be requested by the State Fire Management Officer (for IHCs based in the Eastern and Southern Geographic Areas, the request must be made

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 79 of 463   PageID #: 976

1  by the State Director, Eastern States), and may be granted on a case-by-case
2  basis by the Chief, Division of Fire Operations (FA-300).

3  Short-term inability to meet the requirements may not necessarily require
4  recertification, but will require completion of the Annual IHC Mobilization
5  Checklist (SIHCO, Appendix C) and concurrence from the Branch Chief,
6  Preparedness and Suppression Standards before regaining IHC status. Longer-
7  term or more significant failures to meet the requirements may require the full
8  recertification process as stated in the SIHCO, with oversight from the Division
9  of Fire Operations.

10 **BLM IHC Size**
11 Standard crew size is 20 with a maximum of 22. For national mobilization,
12 BLM IHCs will have a minimum of 18 personnel. BLM IHC superintendents
13 will obtain prior approval from the respective GACC when the assignment
14 requires fixed wing transport of an IHC with more than 20 personnel.

15 **BLM IHC Status Reporting System**
16 BLM IHCs will utilize the National IHC Status Reporting System to report
17 availability, assignment status, and unavailability periods. Refer to Chapter 13
18 for instructions on how to report.

19 **BLM IHC Training and Qualification Requirements**

| Role | NWCG Qualification | Fire Training | |
|------|--------------------|---------------|-|
| Firefighter | FFT2 | IS-700.A | *NIMS: An Introduction* |
| | | I-100 | *Intro to ICS* |
| | | S-130 | *Firefighter Training* |
| | | S-190 | *Intro to Wildland Fire Behavior* |
| | | L-180 | *Human Factors on the Fireline* |
| Senior Firefighter | FFT1 | All the above plus: | |
| | | S-211 | *Portable Pumps and Water Use* |
| | | S-212 | *Chain Saws* |
| | | S-131 | *Firefighter Type 1* |
| | | S-133 | *Look Up, Look Down, Look Around* |
| | | S-270 | *Basic Air Operations* |
| | | S-290 | *Intermediate Fire Behavior* |
| Squad Boss | ICT5 CRWB[1] | All the above plus: | |
| | | I-200 | *Basic ICS* |
| | | S-215 | *Fire Ops in the WUI* |
| | | S-230 | *Crew Boss (Single Resource)* |
| | | S-219 | *Firing Operations* |
| | | S-260 | *Incident Business Management* |
| | | L-280 | *Followership to Leadership* |

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 80 of 463   PageID #: 977

| Role | NWCG Qualification | Fire Training |
|------|-------------------|---------------|
| Assistant Superintendent | STCR ICT4 | All the above plus:<br>IS-800.B *NRF: An Introduction*<br>I-300 *Intermediate ICS*<br>S-200 *Initial Attack IC*<br>S-330 *Task Force/Strike Team Leader*<br>S-390 *Intro to Wildland Fire Behavior Calculations*<br>L-380 *Fireline Leadership*<br>M-410 *Facilitative Instructor or equivalent* |
| Superintendent | TFLD ICT4 FIRB | All the above |

¹CRWB will be required for BLM IHC Squad Bosses on October 1, 2017.

**BLM Fire Suppression Modules**

BLM Fire Suppression Modules are comprised of 5-10 firefighters and are used primarily for wildfire suppression, fuels reduction, and other fire management duties. They are capable of performing self-contained initial attack suppression operations, and can generally provide incident management capability at the Type 5 level.

**BLM Fire Suppression Module Mobilization**

BLM Fire Suppression Modules will be statused, tracked, and mobilized in the ROSS system using an Overhead Group Request; Module, Wildland Fire, Type 1 (WFM1) or Type 2 (WFM2).

**BLM Wildland Fire Modules**

Refer to Chapter 13.

**BLM Engines**

BLM engines carry 2-6 firefighters and are used primarily for wildfire suppression, fuels reduction, and other fire management duties. They are capable of performing self-contained initial attack suppression operations, and can generally provide single resource incident management capability up to the Type 4 level.

**BLM Engine Ordering**

- BLM engines will status themselves with their local dispatch center in accordance with local policy and procedure.
- Availability of BLM engines for off unit assignments rests with local unit fire management.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 81 of 463   PageID #: 978

1  • BLM units needing engines from another state for support will contact their
2    state operations lead with a request.
3  • The state operations lead will contact the FA Division of Operations or
4    other BLM state office operations leads with the request.

5  **BLM Engine Typing**
6  BLM engines are typed according to interagency standards as established by
7  NWCG. See Chapter 14 for engine typing standards.

8  **BLM Engine Minimum Staffing Requirements**
9  All BLM engines will meet these staffing standards on every fire response:
10 • BLM engines operating with five or more personnel will always have a
11   fully qualified ENOP (other than the Engine Boss). The Engine Boss must
12   be qualified as ICT4;
13 • BLM engines operating with four personnel will always have an FFT1
14   (other than the Engine Boss). The Engine Boss must be qualified as ICT5;
15 • BLM Engines operating with three or fewer personnel must have an Engine
16   Boss qualified as ICT5 or higher; and
17 • Chase vehicles are considered part of the engine staffing.

18 BLM utilizes the term "Engine Captain" to describe an individual whose
19 position description reflects primary responsibility as a supervisory wildland
20 firefighter of a wildland fire engine in a BLM fire management organization.
21 "Engine Captain" is not a fireline qualification.

| BLM WCF Vehicle Class | NWCG Type Class | Engine Boss | Engine Operator | Engine Crewmember |
|---|---|---|---|---|
| 625 Unimog | 4 | 1 | 1 | 1 |
| 626 Unimog | 4 | 1 | 1 | 1 |
| 650 Hummer | 6 | 1 | | 1 |
| 662 Light | 6 | 1 | | 1 |
| 663 Light | 6 | 1 | | 1 |
| 664 Enhanced Light | 6 | 1 | | 1 |
| 665 Interface | 3 | 1 | | 2 |
| 667 Heavy Engine | 3, 4 | 1 | | 2 |
| 668 Super-heavy Engine[1] | 3, 4 | 1 | 1 | 1 |
| 668 Super-heavy Tactical Tender[1] | 2 (Tender) | 1 | | 1 |
| 669 Tactical Water Tender | 1, 2 (Tender) | | 1 | 1 |
| 669 Non-Tactical Water Tender[2] | 1, 2, 3 (Tender) | See footnote 2 below | See footnote 2 below | See footnote 2 below |

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 82 of 463   PageID #: 979

[1]All WCF class 668 super-heavy engines will be minimally staffed as Type 3 or 4 engines with an Engine Boss, Engine Operator, and Engine Crewmember. All WCF class 668 super-heavy tactical water tenders (2 seats, Tatra chassis, volume pump rated at 250 GPM and 150 PSI or better) will be minimally staffed with an Engine Boss and an Engine Crewmember.

[2]A WCF class 669 non-tactical water tender may be staffed with a crew of one driver/operator when it is used in a support role as a fire engine refill unit or for dust abatement. These operators do not have to pass the Work Capacity Test (WCT) but are required to take annual refresher training, and possess a CDL with tank endorsement, and air brake endorsement (if applicable).

When staffing a BLM engine with an employee from another agency on a short-term basis (detail, severity assignment, etc.), the qualification standards of that agency will be accepted. These qualifications must meet PMS 310-1 requirements for the position that the detailed employee is serving in. Fire Management Officers should consider requiring these employees to attain BLM required training and qualifications for long-term details/assignments.

**BLM Engine Training and Qualification Requirements**

BLM has established additional training and qualification requirements for Engine Operator (ENOP) and Engine Boss (ENGB). These additional requirements are listed below.

| Fireline Position | Required Training and Qualifications | |
|---|---|---|
| Engine Crewmember | IS-700.A | *NIMS: An Introduction* |
| | I-100 | *Introduction to ICS* |
| | L-180 | *Human Factors in the Wildland Fire Service* |
| | S-130 | *Firefighter Training* |
| | S-190 | *Introduction to Wildland Fire Behavior* |
| Engine Operator | Qualified as FFT1 | |
| | PMS-419 | *BLM Engine Operator Course* |
| | L-280 | *Followership to Leadership* |
| | S-131 | *Firefighter Type 1* |
| | S-133 | *Look Up/Down/Around* |
| | S-211 | *Portable Pumps and Water Use* |
| | S-212 | *Wildland Fire Chain Saws* |
| | S-260 | *Interagency Incident Business Management* |
| | S-290 | *Intermediate Wildland Fire Behavior* |
| Engine Boss | Qualified as ENOP and ICT5 | |
| | I-200 | *Basic ICS* |
| | S-215 | *Fire Operations in the Wildland/Urban Interface* |
| | S-230 | *Crew Boss (Single Resource)* |
| | S-290 | *Intermediate Wildland Fire Behavior* |

**BLM Engine Driver Requirements**

For engines greater than 26,000 GVWR, the driver of the engine is required to possess a commercial driver's license. Refer to Chapter 7 for more information.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 83 of 463   PageID #: 980

WCF class 650 and 668 vehicle drivers are required to complete *WCF Class 650 and 668 Driver and Maintenance Training* (once). *WCF Class 650 and 668 Driver and Maintenance Training* may be conducted at the unit/zone/state level utilizing qualified and experienced 650 and 668 operators, with prior approval and oversight by the NFEP. The NFEP maintains a list of qualified cadre members to assist as needed. NFEP staff are available as unit instructors; the hosting unit is responsible for course coordination.

All hands-on components of engine driver training courses will be conducted on the specific vehicle or vehicle type that the driver will be using.

Equivalent courses that satisfy driver training requirements, such as the National Safety Council sanctioned *Emergency Vehicle Operator Course* (EVOC), will be approved in writing by the Division Chief, Fire Operations, FA on a case-by-case basis.

BLM engine driver training satisfies the Bureau requirement for 4X4 driver training stated in H-1112-1, Chapter 15.

## BLM Smokejumpers

BLM Smokejumpers operate in teams of 2-8 firefighters and are used primarily for wildfire suppression, fuels reduction, and other fire management duties. They are capable of performing self-contained initial attack suppression operations, and commonly provide incident management capability at the Type 3 level. BLM Smokejumpers provide personnel to Type 1 and Type 2 incidents as command and general staff or other miscellaneous single resource. The primary locations of the BLM smokejumper bases are Boise, Idaho and Fairbanks, Alaska.

### BLM Smokejumper (SMKJ) Operations

BLM smokejumper operational and administrative procedures are located in the *Interagency Smokejumper Operations Guide (ISMOG), the BLM Ram-Air Training Manual (RATM), the Great Basin Smokejumpers User Guide, Alaska Geographic Area Coordination Center Mob Guide,* and other pertinent agreements and operating plans.

### BLM Smokejumper Mission

BLM smokejumper aircraft are dispatched with a standard load of 8 smokejumpers and equipment to be self-sufficient for 48 hours. A typical smokejumper mission takes 30 minutes over a fire. A spotter (senior smokejumper in charge of smokejumper missions) serves as the mission coordinator on smokejumper missions. This may include coordinating airspace over a fire until a qualified ATGS arrives.

EXHIBIT 7
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 84 of 463   PageID #: 981

**BLM Smokejumper Coordination and Dispatch**

Smokejumpers are a national shared resource and are ordered according to geographic area or national mobilization guides. The operational unit for Smokejumpers is "one load" (6-10 smokejumpers). Specific information on the coordination, dispatch, ordering, and use of BLM smokejumpers can be found in the *BLM Great Basin Smokejumpers User Guide*, and in the *Alaska Geographic Area Coordination Center Mob Guide*. Contact BLM smokejumpers in Boise at (208) 387-5426 or in Alaska at (907) 356-5540 for these publications.

**BLM Ram-Air Parachute System Management**

The BLM has exclusive authority for all aspects of BLM Ram-Air parachute system management and operations. This includes:

- System Changes and Modifications – All BLM Ram-Air parachute system modifications, research, and development will be documented and approved using the BLM Smokejumper Modification Document (MODOC) System.

- Ram-Air Training – All smokejumpers utilizing the BLM Ram-Air Parachute system will adhere to the training processes and procedures in the *BLM Ram-Air Training Manual*.

- Malfunction Abnormality and Reporting System (MARS) – The MARS is a BLM smokejumper system used to report and document malfunctions and abnormalities associated with BLM smokejumper parachute jumping, parachute equipment, and parachute related aircraft operations. The MARS database is used by BLM smokejumper management to analyze malfunctions and abnormalities, identify trends, and initiate corrective actions. BLM retains exclusive authority to apply corrective actions to all MARS.

- BLM Approved Smokejumper Equipment List – All smokejumpers using the BLM Ram-Air parachute system will only utilize equipment listed in the BLM Approved Smokejumper Equipment List unless specific approval is authorized through a *BLM Smokejumper Modification Document* (MODOC).

- Incidents, Reviews, and Accident Investigations – BLM smokejumpers will follow all procedures for accident review and investigation as outlined in the *Interagency Standards for Fire and Fire Aviation Operations* Chapters 2 and 18. The BLM smokejumpers will report incidents/accidents as appropriate, on the *MTDC Injury Reporting Form*, and the *Interagency Smokejumper Mission Incident Worksheet*. A BLM Smokejumper subject matter expert will participate in any investigation or review involving the BLM Ram-Air Parachute System.

- Adherence to Agency Policies and Manuals – BLM will adhere to its own policies, guidelines, manuals, handbooks and other operational documents as they pertain to smokejumper parachuting operations. The Smokejumper Base Managers will work through established command channels to change BLM Ram-Air Parachute System policies, guidelines, manuals, handbooks

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 85 of 463   PageID #: 982

and other operational documents, and/or to request research and
development of new products.

## BLM Smokejumper Aircraft
BLM Smokejumpers use aircraft approved by the Interagency Smokejumper
Aircraft Screening and Evaluation Subcommittee (SASES). All aviation
operations will be performed according to agency policies and procedures. BLM
Smokejumper-specific aviation standards are identified in the *BLM
Smokejumper Air Operations Manual.*

## BLM Smokejumper Training
To ensure proficiency and safety, smokejumpers complete annual training in
aviation, parachuting, fire suppression, administration, and safety. Experienced
jumpers receive annual refresher training in these areas. First-year
smokejumpers undergo a rigorous 4-5 weeks long smokejumper training
program.

Candidates are evaluated to determine:
- Level of physical fitness
- Ability to learn and perform smokejumper skills
- Ability to work as a team member
- Attitude
- Ability to think clearly and remain productive in a stressful environment

## BLM Smokejumper Training and Qualification Targets

| Position | IQCS Target | Smokejumper Training Target |
|---|---|---|
| Department Managers | T1 and T2 C&G | |
| Spotter | ICT3, DIVS, ATGS RXB2, SOFR | |
| Senior Smokejumper | STLD, TFLD | Senior Rigger, FOBS |
| Smokejumper | ICT4, CRWB, FIRB | FEMO |
| Rookie Smokejumper | ICT5 | |

## BLM Smokejumper Jump Proficiency Guideline
To ensure proficiency and safety, it is the goal of BLM smokejumpers to
perform a training or operational jump every 14 days. A longer duration time
period between jumps can occur due to fire assignments or other duties.
Guidelines for managing gaps between jumps beyond 14 days are included in
the BLM Ram-Air Training Manual. Funding for currency and/or training jumps
are included in the home unit's normal preparedness budgets. Units hosting
contingents or spike bases will not be charged for any proficiency jump or
related activities.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 86 of 463   PageID #:
983

**BLM Smokejumper Physical Fitness Standards**

The national smokejumper physical fitness standards are mandatory. All BLM smokejumpers must pass the national smokejumper physical fitness standards in order to participate in smokejumper parachute training.

The BLM smokejumper physical fitness target standards are voluntary. The target standards are established to provide BLM smokejumpers a common standard against which to gauge their physical fitness level. BLM smokejumpers are encouraged to meet or exceed these standards.

| National Smokejumper Standard |
|---|
| (Two options)*:<br>A.   1.5-mile run in 10:47 minutes or less, or<br>B.   3-mile backpacking with a 110-pound load within 65 minutes. |
| 30 push-ups |
| 6 pull-ups |
| Arduous Work Capacity Test |

*This element is tested during Smokejumper Rookie Training.

*Retesting*

National smokejumper physical fitness retesting criteria closely follows similar criteria for the Work Capacity Test stated in Chapter 13 of this document.

Retesting criteria include:

- Returning BLM smokejumpers will be provided up to three opportunities to pass the national smokejumper physical fitness standards. Each retest will occur no sooner than 24 hours after failing the previous test, and will consist of **all** elements of the smokejumper physical fitness test.
- BLM smokejumper candidates will be provided one opportunity to pass the BLM National Smokejumper Standard.
- If an employee sustains an injury (verified by a licensed medical provider) during a test, the test will not count as an attempt. Once an injured employee has been released for full duty, the employee will be given time to prepare for the test (not to exceed 4 weeks).

**BLM Exclusive Use Helitack Crews**

The BLM contracts for the exclusive use of vendor supplied and supported helicopters. These aviation resources are Type 2 (medium) or Type 3 (light) helicopters and are located at BLM Districts throughout the western United States. Helitack Crews are assigned to manage each contracted helicopter and perform suppression and support operations to accomplish fire and resource management objectives.

1 Each contract specifies a Mandatory Availability Period (MAP) that the aircraft
2 will be assigned for the exclusive use of the BLM. The National Aviation Office
3 provides the funding to pay for the aircraft's availability costs.

4 The BLM host unit is responsible for providing a Helitack Crew that meets the
5 minimum experience and qualification requirements specified in the Exclusive
6 Use Fire Helicopter Position Prerequisites in Chapter 16 of this document. Each
7 functional or supervisory level must have met the experience and qualification
8 requirements of the next lower functional level. The minimum daily staffing
9 level (7 day staffing) must meet the level indicated in the *Interagency Helicopter*
10 *Operations Guide (IHOG)* Chapter 2 (BLM helicopters operated in Alaska need
11 only be staffed with a qualified Helicopter Manager).

12 The host unit is also responsible for providing administrative support, and
13 *Interagency Helicopter Operations Guide (IHOG)* specified equipment,
14 vehicles, and facilities for their Helitack Crews and any other associated
15 specialized equipment.

16 **BLM Exclusive Use Helicopter Locations**

| State | Location | NWCG Type |
|-------|----------|-----------|
| AK | Fairbanks | 2 (4 ea.), 3 (2 ea.) |
| AZ | Wickenburg | 3 (shared with MT) |
| CA | Apple Valley | 2 |
|  | Ravendale | 3 |
| CO | Rifle | 3 |
| ID | Boise | 3 |
|  | Twin Falls | 3 |
| MT | Lewistown | 3 (shared with AZ) |
|  | Miles City | 3 |
| NV | Elko | 3 |
|  | Ely | 3 |
|  | Las Vegas | 3 |
| OR | Burns | 3 |
|  | Lakeview | 2 |
|  | Vale | 3 |
| UT | Moab | 3 |
|  | Salt Lake City | 3 |
|  | St. George | 3 |
| WY | Rawlins | 3 |

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 88 of 463   PageID #:
985

**Target (Desired) Exclusive Use Helitack Crew Qualifications and Composition**

The following chart indicates **target** IQCS qualifications for BLM exclusive use helitack crews. These targets are NOT required, but provide direction for increased program capabilities. This chart does not replace the minimum requirements specified in Chapter 16.

| Role | Target IQCS Qualifications | Target Training |
|------|---------------------------|-----------------|
| Fire Helicopter Crew Supervisor | ICT3 or DIVS, HEB1, PLDO, HLCO, ASGS | S-300 or S-339, S-378, L-381, S-375 |
| Assistant Fire Helicopter Crew Supervisor | TFLD, HEB2, PLDO | S-215, S-330, S-390, S-371, L-380 |
| Fire Helicopter Squad Boss | ICT4, HMGB | S-200, S-230, S-290, M-410, S-230 |
| Helicopter Senior Crew Member | ICT5, HMGB(T) | S-372, L-280 |
| Helicopter Crew Member | FFT1, HECM | S-131, S-133 |

**Management Actions for Noncompliant Remote Automatic Weather Stations (RAWS)**

Fire managers must be cognizant that all RAWS will not be 100% compliant with standards established in the *Interagency Wildland Fire Weather Station Standards and Guidelines* (NWCG PMS 426-3) at all times. Furthermore, even when RAWS are fully compliant and operational, RAWS data should be used only in conjunction with other predictive services and fireline data sources in fire management decision making, particularly at the tactical level.

Fire managers must monitor RAWS status and recognize when a station is noncompliant. Noncompliant stations are broadly categorized as follows:

- *Inoperative station.* This station is noncompliant but poses no danger of providing inaccurate weather data because it is not transmitting data.
- *Operating station that has exceeded the required maintenance cycle.* These stations are identified in the weekly "Wildland Fire Management Information (WFMI) weather Noncompliance Report," which is widely distributed by email and available at http://raws.fam.nwcg.gov/nfdrs.html. Although transmitted data may be accurate, noncompliance means the data should not be trusted.
- *Operating station that transmits data outside of NWCG PMS 426-3 standards due to faulty sensors or components.* These stations are most easily identified by local users who are familiar with environmental trends

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 89 of 463   PageID #: 986

1  and conditions and can recognize data that seems abnormal or clearly
2  unrepresentative of current conditions. This usually indicates faulty sensors
3  or components.

4  When noncompliant RAWS are identified or suspected, fire managers should
5  implement the following hazard mitigation actions to expedite RAWS repair and
6  to reduce risk to fire personnel:

7  • Contact the RAWS Help Desk (208-387-5475 or rawshelp@blm.gov).
8    Identify the station and discuss troubleshooting steps or schedule the
9    necessary repairs. If there are trained personnel in the local area, the Help
10   Desk may be able to ship the required parts and coordinate the repairs via
11   phone. If a professional technician needs to make a site visit, provide a local
12   individual to assist, and use this opportunity to provide training for local
13   personnel.
14 • Ensure that appropriate personnel and organizations know which stations
15   are out of compliance, and which sensors are affected, if possible. Direct
16   them to alternative weather data sources if possible.
17 • Use nearby compliant RAWS if available.
18 • Based on local knowledge of specific RAWS problems (e.g. which sensor is
19   out of compliance), separate reliable data from unreliable data.
20 • Consider using data from belt weather kit readings, other portable device
21   observations, Predictive Services or National Weather Service offices, or
22   non-fire weather sources such as airports.

23 Fire managers should ensure that locally held portable RAWS are compliant
24 prior to use; noncompliant portable RAWS will not be activated for data
25 processing via WFMI-weather.

## Sage Grouse Conservation Related to Wildland Fire

27 Firefighter and public safety has been, and continues to be, the BLM's highest
28 fire management priority. Protecting, conserving, and restoring sage-grouse
29 habitat is BLM fire management's highest natural resource objective.

30 The BLM's management responsibilities include taking actions on public lands
31 to control and manage wildfire and invasive plants in order to protect, conserve,
32 and restore sage-grouse habitat. The BLM's goal is to limit acres burned and
33 damaged within and adjacent to sage-grouse habitat. The BLM will meet this
34 goal through the certain management actions, including those involving
35 renewable resource authorizations, fuels management, fire operations, and
36 emergency stabilization prioritization. The BLM will place a high priority on
37 treatments that will aid fire suppression and reduce fire threats within and
38 adjacent to sage-grouse habitat. The following provides guidance to convey
39 leader's intent while recognizing that not all of these actions and activities apply
40 to all affected offices and successful implementation may look different
41 throughout the BLM.

**Release Date: January 2016**

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 90 of 463   PageID #:
987

Prior to, during, and following wildland fires, BLM field offices will:

- Protect, conserve, and restore sage-grouse habitat.
- Strive to maintain and enhance resilience of sage-grouse habitat.
- Foster existing relationships with partners and develop new cooperative relationships that will help bolster BLM capacity to protect sage grouse habitat.

With regard to fire operations in sage grouse habitat, BLM field offices will:

- Prioritize firefighter and public safety including following our "Standard Firefighting Orders," mitigate any "Watch-Out Situations," and apply the principles of Lookouts, Communications, Escape Routes, and Safety Zones on all fire assignments.
- Maintain a strong and proactive preparedness capability when conditions indicate potential for multiple ignitions and large fire growth.
- Maintain situational awareness during suppression resource drawdown levels under multiple ignition and large fire growth conditions.
- Boost suppression capability in critical sage grouse habitat when severe fire weather conditions are predicted.
- Generate interest in local residents and public land users becoming a trained and equipped fire response force to work in concert with existing partners.
- Expand the use of Rangeland Fire Protection Association (RFPA) or Volunteer Fire Department (VFD) suppression resources.
- Continue and expand efforts to train and use local, non-federal agency individuals as liaisons in wildland fire detection and suppression operations.

The Fire and Aviation Directorate conducts large fire assessments for wildfires occurring in sage grouse habitat. Large fire assessments evaluate preparedness actions taken prior to large fire occurrence and response actions taken when large fires occur. These assessments will:

- Provide proactive feedback to State Directors, District Managers, and Fire Management Officers by identifying areas for improvement, successes, and best management practices;
- Confirm compliance with *Secretarial Order No. 3336, Rangeland Fire Prevention Management, Restoration* and BLM IM-2015-016;
- Minimally impact local units; and
- Provide baseline data to inform state and national post-season reviews.

These assessments are NOT a review of fireline operations.

A Large Fire Assessment will be conducted on wildland fires with any BLM-administered lands that have 10,000 acres of Primary Habitat Management Area (PHMA)/General Habitat Management Area (GHMA)/Sagebrush Focal Area (SFA) burned. For additional guidance, see FA IM-2015-030.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 91 of 463   PageID #: 988

A webpage containing updated maps, instruction memoranda, conservation measures, best management practices, and spatial data pertaining to sage-grouse for the fire and fuels management functions can be accessed at http://www.nifc.gov/fireandsagegrouse/. Using locally-developed data to supplement these resources is encouraged.

## BLM Use of Wildland Fire Decision Support System (WFDSS)

In addition to WFDSS guidance in Chapter 11, the BLM has established the following additional policy requirements for the WFDSS:

- Publishing decisions for initial attack fires in WFDSS is optional. All fires which escape initial attack or are being managed for multiple objectives require a published decision.
- Use of the web-based WFDSS application is required. If internet connections or servers are unavailable, WFDSS documentation will be completed using the "temporary WFDSS paper form" and entered into the web-based application as soon as it becomes available.
- Minimum WFDSS documentation requirements are available at the BLM Fire Operations website.
- State and field units will ensure that WFDSS Strategic Objectives and Management Requirements reflect guidance contained in current Fire Management Plans and Land/Resource Management Plans.
- BLM units may use the Spatial Fire Planning process in WFDSS if criteria in Instruction Memorandum No. FA IM-2014-010 are met.
- BLM Agency Administrators must meet fire training requirements for Agency Administrators, as specified in in this chapter.
- BLM Agency Administrators will maintain WFDSS user profiles, allowing them to approve wildfire decisions documented in WFDSS.
- BLM approvers of wildfire decisions documented in WFDSS are displayed in the Department of the Interior (DOI) WFDSS Approval Requirements Table in Chapter 11 of this document.
- Wildfire decisions, documented in WFDSS and approved by BLM Agency Administrators, constitute awareness of estimated costs of all the courses of actions (i.e., estimated final fire costs). This cost, shown in the WFDSS Cost tab, will be developed from sources such as I-Suite, ICS-209 summaries, finance units within incident management teams, estimation spreadsheets, or other sources.
- To facilitate effective wildfire management, *MS-1203* has been amended to delegate authority to local managers to approve all wildfire decisions regardless of cost thresholds. BLM District/Field Managers will approve wildfire decisions for fires which:

**EXHIBIT 7**

1    o   Escape initial attack;
2    o   Are managed for multiple objectives; or
3    o   Exhibit high complexity due to one or more of the following: values at
4        risk, potential for growth, potential duration, or other factors requiring
5        Agency Administrator awareness.
6  • The BLM DM/FM is responsible for approval of wildfire decisions on
7    BLM-managed lands in Alaska.
8  • To ensure awareness of suppression expenditures at all levels, local agency
9    administrators will provide written notification to state directors or the
10   bureau director as cost thresholds (Chapter 11) are approached or reached.
11 • As approvers of WFDSS decisions, Agency Administrators will ensure that
12   periodic assessments are completed until the fire is declared out.

### Wildfire Decision Approval Process in Alaska for Non-BLM Lands

14 • In *Department Manual 620 Chapter 2*, BLM is delegated the responsibility
15   to provide cost-effective wildland fire suppression services on DOI-
16   managed and Alaska Native lands. In this direction, BLM-Alaska Fire
17   Service (AFS) participates in the wildfire decision approval process for fires
18   on those lands.
19 • For fiscal purposes, The AFS Manager and AFS Fire Management Officers
20   serve as agency administrators for approving wildfire decisions documented
21   in WFDSS. Jurisdictional agencies are still responsible for identifying
22   strategic objectives, management requirements, and management
23   constraints.
24   o   In addition to the Jurisdictional Agency Administrator, AFS Fire
25       Management Officers serve as agency administrators for fires less than
26       $5 million.
27   o   In addition to the Jurisdictional Agency Administrator, the AFS
28       Manager serves as an agency administrator for fires $5 million and
29       greater.
30   o   To ensure awareness of suppression expenditures at all levels, the AFS
31       Manager will provide written notification to the state director or the
32       bureau director as cost thresholds (Chapter 11) are approached or
33       reached.

### BLM Global Positioning System (GPS) Datum and Coordinate Format Standard

36 To ensure safe and efficient suppression operations, all BLM fire resources will
37 use a standard GPS datum and latitude/longitude (coordinate) format when
38 communicating GPS references. The standard datum is WGS84, and the
39 standard coordinate format is Degrees Decimal Minutes (DDM). For other
40 activities (e.g., mapping, fire reporting, planning) agency standards will apply.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 93 of 463   PageID #: 990

# Chapter 3
# National Park Service Program Organization and Responsibilities

## Introduction

This chapter summarizes specific requirements for NPS fire management programs. Fire managers should consult DO-18 Wildland Fire and RM-18 Wildland Fire for full guidance and descriptions of requirements summarized in this chapter. If there is a discrepancy between guidance found in this document and DO or RM-18, information contained herein will be considered authoritative as updates occur on a more frequent cycle than either the DO or RM.

## Agency Administrator Roles

### Director

The Director of the National Park Service is responsible to the Secretary of the Interior for fire management programs on public lands administered by the National Park Service. The Division of Fire and Fire Aviation Management is responsible to the Director for policy formulation and program oversight.

The Chief, Division of Fire and Aviation Management will meet the required elements outlined in the *Management Performance Requirements for Fire Operations.*

### Regional Director

The Regional Director is responsible to the Director for fire management programs and activities within their region.

The Regional Director will meet the required elements outlined in the *Management Performance Requirements for Fire Operations* and ensure training is completed to support delegations to line managers and principal actings.

### Park Superintendent

The Park Superintendent is responsible to the Regional Director for the safe and efficient implementation of fire management activities within their unit, including cooperative activities with other agencies or landowners in accordance with delegations of authorities. The Park Superintendent or principal acting will meet the required elements outlined in the *Management Performance Requirements for Fire Operations.*

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 94 of 463   PageID #: 991

1  **Agency Administrator Management Performance Requirements for Fire**
2  **Operations**

| PERFORMANCE REQUIRED | NPS Director | Regional Director | Park Supt |
|---|:---:|:---:|:---:|
| 1.  Take necessary and prudent actions to ensure firefighter and public safety. | X | X | X |
| 2.  Ensures sufficient qualified fire and non-fire personnel are available each year to support fire operations at a level commensurate with the local and national fire situation. Ensures that all training and certification of fire and non-fire personnel is completed as required to support fire operations at the local and national level. | X | X | X |
| 3.  Ensure Fire Management Officers (FMOs) are fully qualified as identified in the *Interagency Fire Program Management Qualification Standards.* | X | X | X |
| 4.  Provide a written Delegation of Authority (DOA) on an annual basis to individual(s) responsible for wildland fire management activities to ensure an adequate level of operational authority. Depending on park organizational structure, written delegations may be provided to the Chief Ranger, Natural Resource Specialist, FMO, designated Fire Coordinator, Park Group FMO, or to individuals from neighboring fire management organizations, provided a written agreement or memorandum of understanding is in-place. Where applicable, an Inter-park Agreement that specifies the reciprocal responsibilities of the Superintendent and Park Group FMO will be prepared. This Inter-park Agreement will be accompanied by an annual Delegation of Authority. Both the DOA and Inter-Park Agreement will remain valid until rescinded by either party, updates are needed, or personnel changes necessitate a revision and update. As appropriate, the DOA will specify multi-agency coordination (MAC) group authorities. | X | X | X |

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 95 of 463   PageID #: 992

| PERFORMANCE REQUIRED | NPS Director | Regional Director | Park Supt |
|---|---|---|---|
| 5. Ensure applicable park resource management objectives are included in Fire Management Plan (FMP). Ensure FMP receives an interdisciplinary annual review and is validated and appropriately updated on an annual basis in advance of the fire season. Fire Management Plans do not automatically expire. They are considered valid until superseded by a new or revised approved plan. A comprehensive review of the FMP should be completed every 7 years (RM 18, Chapter 4). Copies of the parks signed annual FMP Review and Update template (RM-18, Chapter 4, Exhibit 2) or packet, will be sent to the Regional FMO and to the FMPC in Boise. (Note the change to a seven year review instead of five year review.) | | | X |
| 6. Reviews and approves wildfire preparedness and fuels management funding based on an accurate and defensible readiness analysis. Ensure use of fire funds is in compliance with Department and Agency policies. | X | X | X |
| 7. Develop fire management standards and constraints that are in compliance with agency fire policies. | | X | X |
| 8. Ensure compliance with the collection, storing, and aggregation of Wildland Fire Program Core geospatial data (http://share.nps.gov/firegis). | | | X |
| 9. Management teams will meet once a year to review fire and aviation policies, roles, responsibilities, and delegations of authority. Specifically address oversight and management controls, critical safety issues and high-risk situations such as team transfers of command, periods of multiple fire activity and Red Flag Warnings. | X | X | X |

**EXHIBIT 7**

| PERFORMANCE REQUIRED | NPS Director | Regional Director | Park Supt |
|---|:---:|:---:|:---:|
| 10. Review safety policies, procedures, and concerns with field fire and fire aviation personnel. Discussions should include issues that could compromise safety and effectiveness during the upcoming season. | | | X |
| 11. Ensure timely follow-up actions to program reviews, fire preparedness reviews, fire and fire aviation safety reviews, fire critiques and post-season reviews. | X | X | X |
| 12. Ensure fire and fire aviation preparedness reviews are conducted in all units each year. Parks must complete checklists applicable to their specific program scope and complexity and include appropriate program elements, such as prescribed fire. A summary of the preparedness review findings including standards exceeded or needing improvement will be submitted to the Regional FMO before the fire season. | | X | X |
| 13. Ensure an approved burn plan is followed for each prescribed fire project; technical review, *Prescribed Fire Go/No-Go Checklist* (PMS 486), and *Agency Administrator Ignition Authorization* (PMS 485) are completed; follow-up monitoring and documentation to ensure management objectives are met. | | X | X |
| 14. Meet annually with major cooperators and review interagency agreements to ensure their continued effectiveness and efficiency (may be delegated). | | X | X |
| 15. Ensure post fire reviews are conducted on all fires that escape initial attack or are managed as long term incidents. Participate in all reviews that require management by any type of Incident Management Team (Regional Director may delegate). | | X | X |
| 16. Provide management oversight by personally visiting wildland and prescribed fires each year. | | | X |

**EXHIBIT 7**

| PERFORMANCE REQUIRED | NPS Director | Regional Director | Park Supt |
|---|:---:|:---:|:---:|
| 17. Provide incident management objectives, written delegations of authority and Agency Administrator briefings to Incident Management Teams. See Chapter 11, Agency Administrator Responsibilities. | | | X |
| 18. Monitor wildfire potential and provide oversight during periods of critical fire activity/situations. | X | X | X |
| 19. Ensures that resource advisors are identified, trained, available, and appropriately assigned to wildland fire incidents. Refer to *Resource Advisors Guide for Wildland Fire* PMS 313, NFES 1831, Jan 2004. | | | X |
| 20. Convene and participate in annual pre- and post-season fire meetings. | X | X | X |
| 21. Attends the Fire Management Leadership Course (geographic or national) within two years of appointment to Superintendent. Ensures that personnel assigned oversight responsibilities for the fire program have completed the Fire Management Leadership course. | | X | X |
| 22. Ensure appropriate investigations are conducted for accidents (as defined in Chapter 18), entrapments, shelter deployments, and related events. | X | X | X |
| 23. For all unplanned human-caused fires where liability can be determined, ensure actions are initiated to recover cost of suppression activities, land rehabilitation, and damages to the resource and improvements. | | X | X |
| 24. Ensure the development of Published Decisions within WFDSS with local unit staff specialists for all fires that exceed initial attack or are being managed for multiple objectives, within the objectives and requirements contained in the Park's Fire Management Plan. | X | X | X |

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 98 of 463   PageID #: 995

| PERFORMANCE REQUIRED | NPS Director | Regional Director | Park Supt |
|---|---|---|---|
| 25. Ensure there is adequate direction in fire management plans to identify fire danger awareness with escalating fire potential. | | | X |
| 26. Ensure compliance with Departmental and agency policy, as well as Regional Office direction for prescribed fire activities and ensure that periodic reviews and inspections of the prescribed fire program are completed. | X | X | X |
| 27. Review prescribed fire plans and recommend or approve the plans depending upon the delegated authority. Ensure that the prescribed fire plan has been reviewed and recommended by a qualified technical reviewer who was not involved in the plan preparation. | | | X |
| 28. At National Preparedness Level 4 and 5, approve the initiation or continuation of prescribed fire applications based on an assessment of risk, impacts of the proposed actions on area resources and activities and include feedback from the Geographic Area Multi-Agency Coordinating Group. | | X | |

**Fire Management Staff Roles**

**National Office**
The Chief, Division of Fire and Aviation (FAM Chief), NPS-NIFC, is responsible and accountable for developing policy, program direction and international coordination. The FAM Chief, along with the Branch Chiefs for Wildland Fire and Aviation, work with interagency cooperators to coordinate, reduce duplication, increase efficiencies in wildland fire management and aviation, and provide feedback to regional offices on performance requirements.

**Regional Office**
The Regional Fire Management Officer (RFMO) provides leadership for their fire and fire aviation management program. The RFMO is responsible and accountable for providing planning, coordination, training, technical guidance and oversight to the park fire management programs. The RFMO also represents the Regional Director on interagency geographic coordination groups and Multi-Agency Coordination (MAC) Groups. The RFMO provides feedback to units on performance requirements.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 99 of 463   PageID #: 996

**Park**

The Fire Management Officer (FMO) is responsible and accountable for providing leadership for fire and fire aviation management programs at the local level. The FMO determines program requirements to implement land use decisions through the Fire Management Plan (FMP) to meet land management objectives. The FMO negotiates interagency agreements (contracting/agreements officer must review and process agreement) and represents the Agency Administrator on local interagency fire and fire aviation groups.

The Superintendent annually shall provide and update the expectations of wildland fire program leaders by means of two instruments. One is a limited Delegation of Authority (DOA) that encompasses the scope of duties outlined above. The other is an Inter-park Agreement for those cases where a Park Group FMO (or designee) handles defined duties on behalf of another NPS unit within the defined Park Group.

**Fire Management Staff Performance Requirements for Fire Operations**

| PERFORMANCE REQUIRED | FAM CHIEF | RFMO | FMO |
|---|:---:|:---:|:---:|
| 1. Maintain safety first as the foundation for all aspects of fire and fire aviation management. | X | X | X |
| 2. Ensure completion of a job hazard analysis (JHA) for fire and fire aviation activities so mitigation measures are taken to reduce risk. | | | X |
| 3. Ensure work/rest and length of assignment guidelines are followed during all fire and fire aviation activities. Deviations must be approved and documented. | X | X | X |
| 4. Ensure that only trained and qualified personnel are assigned to fire and fire aviation duties. | X | X | X |
| 5. Develop, implement, evaluate and document fire and fire aviation training programs to meet current and anticipated needs. | X | X | X |
| 6. Establish an effective process to gather, evaluate, and communicate information to managers, supervisors, and employees. Ensure clear and concise communications are maintained at all levels. | X | X | X |

Release Date: January 2016        75

| PERFORMANCE REQUIRED | FAM CHIEF | RFMO | FMO |
|---|:---:|:---:|:---:|
| 7.  Develop and maintain an open line of communication with the public and cooperators. | X | X | X |
| 8.  Ensure that the fire and fire aviation management staff understand their role, responsibilities, authority, and accountability. | X | X | X |
| 9.  Organize, train, equip, and direct a qualified work force. Establish "red card" certification/qualification process at the local level. Individual Development Plans (IDP) should be developed for all employees, but special emphasis must be on employees that do not meet standards. | X | X | X |
| 10. Ensure fire and fire aviation policies are understood, followed, and coordinated with other agencies as appropriate. | X | X | X |
| 11. Recognize when complexity levels exceed program capabilities. Increase administrative, managerial, and operational resources to meet the need. | X | X | X |
| 12. Initiate, conduct, and participate in fire management related reviews and investigations, including prescribed fires declared wildfires. | X | X | X |
| 13. Provide for and personally participate in periodic site visits to individual incidents and projects. | X | X | X |
| 14. Utilize the incident complexity analysis to ensure the proper level of management is assigned to all incidents. |  | X | X |
| 15. Review and evaluate performance of the fire management organization and take appropriate actions. | X | X | X |
| 16. Ensure incoming personnel and crews are briefed prior to fire and fire aviation assignments. |  | X | X |

Release Date: January 2016

**EXHIBIT 7**

| PERFORMANCE REQUIRED | FAM CHIEF | RFMO | FMO |
|---|:---:|:---:|:---:|
| 17. Ensure the development of Published Decisions within WFDSS with local unit staff specialists for all fires that exceed initial attack or are being managed for multiple objectives, within the objectives and requirements contained in the Park's Fire Management Plan. | | X | X |
| 18. Monitor fire season severity predictions, fire behavior, and fire activity levels. Take actions to ensure safe, efficient, and effective operations. | X | X | X |
| 19. Provide fire personnel with adequate guidance and decision-making authority to ensure timely decisions. | | X | X |
| 20. Ensure a written/approved plan based on current land use and/or fire management plans and/or project-level NEPA document exists for each prescribed fire or non-fire treatment. Plans shall be integrated with related vegetation management actions such as invasive species management. | | | X |
| 21. Ensure effective transfer of command of incident management occurs and oversight is in place. | X | X | X |
| 22. Develop and maintain agreements, annual operating plans, and contracts on an interagency basis to increase effectiveness and efficiencies. | X | X | X |
| 23. Provide the expertise and skills to fully integrate fire and fire aviation management into interdisciplinary planning efforts. | X | X | X |
| 24. Work with cooperators to identify processes and procedures for providing fire safe communities. | X | X | X |

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 102 of 463   PageID #: 999

| PERFORMANCE REQUIRED | FAM CHIEF | RFMO | FMO |
|---|:---:|:---:|:---:|
| 25. Develop, maintain, and annually evaluate the FMP to ensure accuracy and validity by completing a review. Ensure applicable park resource management objectives are included in the Fire Management Plan (FMP). | | X | X |
| 26. Ensure budget requests and allocations reflect analyzed anticipated workload. | X | X | X |
| 27. Develop and maintain current operational plans; e.g., dispatch, pre-attack, prevention. | X | X | X |
| 28. Ensure that reports and records are properly completed and maintained. | X | X | X |
| 29. Ensure Wildland Fire Program Core spatial data is collected, stored, and aggregated based on NPS standards (http://share.nps.gov/firegis). | | X | X |
| 30. Ensure fiscal responsibility and accountability in planning and expenditures. | X | X | X |
| 31. Assess, identify, and implement program actions that effectively reduce unwanted wildland fire ignitions and mitigate risks to life, property, and resources. Utilize safe, effective, and efficient management. | | X | X |
| 32. Effectively communicate the role of wildland fire to internal and external agency audiences. | X | X | X |
| 33. Complete trespass actions when unplanned human-caused ignitions occur. | | X | X |
| 34. Ensure compliance with National and Regional policy and direction for prescribed fire activities and ensure that periodic reviews and inspections of the prescribed fire program are completed. | X | X | X |
| 35. Ensure all fire management actions and activities are consistent with those contained in the current Fire Management Plan and associated environmental compliance documentation. | | | X |

Release Date: January 2016

## Fire Management Leadership Board

The Fire Management Leadership Board (FMLB) is established under the authority of the Chief, Division of Fire and Aviation Management. The purpose of FMLB is to provide leadership for the National Park Service (NPS) Wildland Fire Management Program through strategic planning and coordination to implement a safe and effective fire management program within the NPS. The FMLB will:

- Develop and implement a Wildland Fire Management Strategic Plan and Wildland Fire Policy;
- Facilitate integrating park, regional and national perspectives in support of the Wildland Fire Strategic Plan and Wildland Fire Policy;
- Develop and recommend strategic direction for long-term NPS Wildland Fire Management Program issues, policies, programs and systems, including the role of the interagency community, to meet the NPS mission;
- Develop and recommend budget priorities to the Branch Chief, Wildland Fire;
- Develop budget and financial management guidance and business rules for the NPS Wildland Fire Management Program;
- Communicate with management and leadership regarding wildland fire management program issues and needs;
- Promote/advocate integrating fire programs with other NPS programs; and
- Address recruitment/retention, succession planning and organizational efficiency.

## Requirements for Fire Management Positions

All NPS employees assigned dedicated fire management program responsibilities at the park, regional or national level shall meet established interagency and NPS competencies (knowledge, skills, and abilities) and associated qualifications.

All NPS employees assigned to wildland fire management incidents will meet the training and qualification standards set by the National Wildfire Coordinating Group.

Refer to Chapter 13 of the *Interagency Standards for Fire and Fire Aviation Operations* for specific requirements.

All wildland fires will be managed by an individual qualified and certified at the command level appropriate to the complexity level of the incident.

The qualification standards identified in the *Interagency Fire Program Management Qualifications Standards* will be required, in conjunction with specific agency requirements, when filling vacant fire program positions and as an aid in developing Individual Development Plans (IDPs) for employees.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 104 of 463   PageID #:
1001

## Training

**Training for Park Superintendents**
The following training is required for park superintendents and their designated actings:

• Fire Management Leadership (geographic or national)

The training should be completed within two years of appointment to a designated management position to ensure that personnel who have oversight responsibilities for the fire program have completed the Fire Management Leadership course.

**Training for Fire Management Officers**
The following training is required for fire management officers:

• Fire Program Management (M-581).

**NPS Firefighters General Training Requirements**
The following training is required for agency permanent, career seasonal and temporary firefighters:

| Required Training | Initial Requirement/ Frequency | Completion Tracking Method | Reference |
|---|---|---|---|
| First Aid/ Cardiopulmonary Resuscitation (CPR) | • Upon initial employment. <br>• Every 3 years or per certifying authority | • Instructor-led <br>• Unit Safety Manager | RM-50B, Section 4 |
| HAZMAT - First Responder Awareness Level | • Upon initial employment <br>• Annually <br>• Minimum of one hour online course initially and annually | • Instructor-led <br>• Unit Safety Manager <br>• DOI Learn | https://www.osha.gov/Publications/osha2254.pdf <br>Pg. 27 |
| Annual Fireline Safety Refresher (RT-130) | • No minimum hourly requirement <br>• Annually | • IQCS | RM-18 Ch. 10 |
| Blood borne Pathogens | • Annual for employees at increased risk due to assigned duties (i.e., IHC, helitack, WFM, engine crews) <br>• Locally taught or DOI Learn | • Instructor <br>• DOI Learn | RM-51 Ch. 5 |

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP    Document 19-6    Filed 11/19/19    Page 105 of 463    PageID #: 1002

## Structural Fire and Hazardous Materials Response

## Structural Fire Response Requirements (Including Vehicle, Trash, and Dumpster Fires)

In order to protect the health and safety of National Park Service personnel, no employee shall be directed, or dispatched (including self-dispatching) to the suppression of structural fires, including vehicle fires, unless they are provided with the required personnel protective equipment, firefighting equipment and training. All employees must meet or exceed the standards and regulations identified in Director's Order and Reference Manual #58, Structural Fire.

Vehicle, trash, and dumpster fires contain a high level of toxic emissions and must be treated with the same caution that structural fires are treated. Firefighters must be outfitted with NFPA compliant structural fire personal protective clothing, including self-contained breathing apparatus. Situations exist during the incipient phase of a vehicle fire where the fire can be quickly suppressed with the discharge of a handheld fire extinguisher. Discharging a handheld fire extinguisher during this phase of the fire will normally be considered an appropriate action for any employee who has received annual fire extinguisher training. If the fire has gone beyond the incipient stage, employees are to protect the scene and request the appropriate suppression resources.

## Delegation of Authority

## Delegation for Regional Fire Management Officers

In order to effectively perform their duties, the RFMO must have certain authorities delegated from the Regional Director. The Delegation of Authority should include the following roles and responsibilities:

- Serves as the Regional Director's authorized representative on Geographic Area Coordination Groups, including MAC groups.
- Coordinate and establish priorities on uncommitted fire suppression resources during periods of shortages.
- Coordinate wildland fire planning, response, and evaluation region-wide.
- Relocate agency pre-suppression/suppression resources within the region based on fire potential/activity.
- Correct unsafe fire suppression activities.
- Direct accelerated, aggressive initial attack when appropriate.
- Develop and maintain agreements to provide for the management, fiscal and operational functions of combined agency operated facilities.
- Suspend prescribed fire activities when warranted.
- Give authorization to hire Emergency Firefighters in accordance with the DOI Pay Plan for Emergency Workers.
- Approve emergency fire severity funding expenditures not to exceed the Regional annual authority.

EXHIBIT 7

Case 3:19-cv-00469-PLR-DCP    Document 19-6    Filed 11/19/19    Page 106 of 463    PageID #: 1003

## NPS Duty Officer (DO)

All Fire Management Officers are responsible to provide DO coverage during any period of predicted incident activities. DO's responsibilities may be performed by any individual with a signed Delegation of Authority from the local Agency Administrator. The Duty Officer may be in a location remote from the park, but will be familiar with local incident response procedures, agreements and resources. The required duties for all DOs are:

- Monitor unit incident activities for compliance with NPS safety policies.
- Coordinate and set priorities for unit suppression actions and resource allocation.
- Keep Agency Administrators, suppression resources and Information Officers informed of the current and expected situation.
- Plan for and implement actions required for future needs.
- Document all decisions and actions.

DOs will provide operational oversight of these requirements as well as any specific duties assigned by fire managers through the fire operating plan. DOs will not fill any ICS incident command functions connected to any incident. In the event that the DO is required to accept an incident assignment, the FMO will ensure that another authorized DO is in place prior to the departure of the outgoing DO.

## Engine Operating Standards

Current direction on the NPS Fire and Aviation vehicle program is at the NPS Fire Operations Sharepoint site
http://npsfamshare/wildlandfire/operations/fleetandfacilities/default.aspx.

## Vehicle Color and Marking

Vehicles dedicated to wildland fire activities shall be white in color and have a single four-inch wide red reflective stripe placed according to NFPA 1906 (NFPA 1906 8.8.3, 2006 edition). The word "FIRE" red with white background color will be clearly visible on all four sides of the vehicle. The NPS Arrowhead will be placed on the front doors. The size and placement of the Arrowhead will be as specified in RM-9. An identifier will be placed on the vehicle according to local zone or GACC directions. Roof numbers will be placed according to local zone procedures.

## Engine Module Standards

If no ENGB is assigned, then the apparatus is designated as a Patrol or Prevention vehicle, not as an Engine.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 107 of 463   PageID #: 1004

| Type | Minimum Personnel | ENGB | FFT2 (Minimum Qualification) |
|---|---|---|---|
| 3 | 3 | 1 | 2 |
| 4 | 3 | 1 | 2 |
| 5 | 2 | 1 | 1 |
| 6 | 2 | 1 | 1 |
| 7 | 2* | ** | 1 |

\* At least one of which is FFT1 and ICT5 qualified
\*\* An ENGB is required for mobilization

- Engines with four or more personnel assigned will always have a qualified engine operator (ENOP) in addition to an ENGB.
- Additional personnel may be requested by the ordering unit and/or added by the filling unit for mobilization.

## Lights and Siren Response

Responding to wildland fire incidents normally does not warrant the use of emergency lights and siren on public roads by calling for or blocking the right-of-way from other traffic in order to safely and effectively perform the NPS mission. However, there may be rare and extenuating circumstances when limited use of emergency lights and siren is appropriate and necessary due to an immediate threat to life.

Those units that determine an emergency lights-and-siren response on public roads is necessary to meet mission requirements must develop an operating plan that ensures the following:

1. All vehicles (command, engines, etc.) will be properly marked, equipped, and operated in accordance with state statutes, codes, permits and NPS requirements.
2. Drivers will complete training in the proper use of lights and siren response in accordance with National Fire Protection Association (NFPA) 1451Standard for a Fire Service Operations Training Program and 1002 Standard for Fire Apparatus Operator/Driver Professional Qualifications, as well as any state requirements.
3. Instructors of lights and siren training must have successfully completed lights and siren training as part of a federal engine academy, and Emergency Vehicle Operators Course (EVOC) and a facilitative instructor course.
4. Drivers responding with emergency lights and sirens will be minimally qualified as engine operator.
5. Lights and sirens will meet NFPA and state code requirements.
6. Posted speed limits will be followed at all times, regardless of response type.

Release Date: January 2016                                                                 83

7. Drivers will stop at all controlled intersections (sign, light, traffic officer) before proceeding; drivers will stop or reduce speed as circumstances dictate prior to proceeding through any uncontrolled intersections.
8. Traffic light changing mechanisms (e.g., Opticons) will only be used under formal written agreement with state and local governments. They will be used only when they are necessary to create safe right-of-way through urban high-traffic areas. All pertinent state and local statutes and procedures will be adhered to.

## Vehicle Maintenance, Repairs and Replacement

Daily preventative maintenance checks, regular servicing, and prompt repairs, and lifecycle replacement are critical to providing mission readiness, performance, and safe operation.

## Annual Safety Inspections, Scheduled Maintenance, and Daily Inspections

It is required to complete and document annual safety inspections, regularly scheduled preventative maintenance and daily (or pre-trip) inspections for all NPS wildland fire vehicles. Annual safety inspections must be documented on Form 1520-35. Regularly scheduled preventative maintenance, unscheduled maintenance and repairs for interior owned (I-plate) vehicles is recorded in FBMS. Daily inspections must be recorded in the FEMPR (Fire Engine Maintenance Procedure and Record).

The cost of all vehicle repairs and maintenance is the responsibility of the individual parks unless the damage is directly attributable to operations on a wildfire. In that case, with approval from the IC, the damages may be paid for under the fire's suppression account.

Wildland fire vehicles that are not operationally sound or have safety deficiencies must not be put into service. In addition, vehicles that suffer from mechanical or safety issues while enroute or on assignment must be taken out of service at the earliest opportunity in which it is safe to do so and must not be put back into service until corrective action can be completed.

## Fixed Ownership Rates (FORs)

FORs are fees that are paid into the WCF annually for each vehicle in the program. These fees continue to accumulate over the life of a vehicle and are used to replace the vehicle at the end of its life cycle. The FOR is adjusted annually by the WCF manager to reflect changes in input parameters.

## Equipment Bulletins and Equipment Alerts

The NPS mirrors the Bureau of Land Management (BLM) two-level Equipment Bulletin (EB) and Equipment Alert (EA) System. The purpose of the system is to share accurate and timely information regarding potential equipment problems and/or needed repairs. The EB is primarily intended to inform the

equipment users of recommendations for repairs, potential hazards, or general information related to the overall maintenance, awareness, and safe operation of fire equipment. The EA is time sensitive and addresses potentially serious hazards or risks. The alert includes a specific action that the user must act upon.

Unexpected issues involving wildland fire vehicles which do not fall under other types of wildland fire reviews and investigations and/or other applicable federal, state or specific agency requirements must be reported. If an unexpected vehicle issue warrants an EB or EA it is issued by the National Fire Equipment Program Manager through the Operations Advisory Team and the Capital Equipment Committee. Members of these groups must ensure the information reaches all levels of the organization.

## NPS Firefighter Target Physical Fitness Standards

These are voluntary targets. They are not mandatory. These targets are established to provide NPS firefighters a common standard against which to gauge their physical fitness level. NPS firefighters are encouraged to meet or exceed these standards.

|  | Age 18-29 | Age 30-39 | Age 40-49 | Age 50 and Up |
|---|---|---|---|---|
| 1.5 Mile Run | 11:58 | 12:25 | 13:05 | 14:43 |
| Sit-Ups (1 minute) | 40 | 36 | 31 | 26 |
| Push-Ups (1 minute) | 33 | 27 | 21 | 15 |

The guide below may be used to adjust the 1.5 mile run times to compensate for altitude differences:

| Altitude in feet | 1.5 mile run time adjustment |
|---|---|
| 0 - 5,000 | No adjustment |
| 5,000 - 6,000 | Add 30 seconds |
| 6,000 - 7,000 | Add 40 seconds |
| 7,000 - 8,000 | Add 50 seconds |

## National Fire Operations Fitness Challenge

The national fire operations fitness challenge encourages and recognizes achievement in physical fitness by NPS firefighters. The fitness challenge provides a common system by which NPS firefighters can measure current fitness, establish fitness goals, and track fitness improvement. The fitness challenge is voluntary, but NPS firefighters are encouraged to participate. The fitness challenge tests participants in four basic exercises -.push-ups, pull-ups, sit-ups and a timed run of 1.5 miles. Test results are compiled into a final overall score. Unit and Regional offices are encouraged to support and recognize

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP    Document 19-6    Filed 11/19/19    Page 110 of 463    PageID #: 1007

achievement in firefighter fitness. Specific information on the fitness challenge is located at www.blm.gov/nifc/st/en/prog/fire/fireops/fitness_challenge.html.

## Wildland Fire Uniform Standards

The Service-wide Uniform Program Guideline (DO-43) sets forth the service-wide policies and associated legal mandates for wearing the NPS uniform and for authorizing allowances to employees.

The guideline states that superintendents administer the uniform program within their areas and are responsible for developing and communicating local uniform and appearance standards in accordance with DO-43, determining who will wear the uniform and what uniform will be worn and enforcing uniform and appearance standards. Three options exist for uniforms for wildland fire personnel:

- Within the context of the uniform standards, if the conventional NPS uniform is identified at the local level as required for specified fire management staff, fire program management funds may be used to support uniform purchases in accordance with allowance limits identified in DO-43.
- While Nomex outerwear (i.e., shirts, trousers, brush-coats) routinely issued as personal protective equipment has become recognized as the uniform of the wildland firefighter as a matter of necessity, these apparel also have justifiable utility as a uniform standard at the park level for certain fire and/or ONPS base-funded wildland fire staff.
- When the conventional NPS uniform or the full Nomex outerwear is not appropriate or justified, local management with park superintendent approval may establish a predetermined dress code for fire staff. The goals of the NPS uniform program can appropriately be applied (with common sense) to this departure from the norm.
- The DOI Boot Policy is referenced in Chapter 7.
- The fire management officer is responsible for establishing a reasonable allotment schedule for new or returning employees, commensurate with supplies provided in previous seasons. A suggested per person issuance is three to four tee shirts, one ball cap, and one sweatshirt (where appropriate). $100 would normally be adequate to cover costs of this issuance.

Where appropriate and justified, fire funds may be applied to the purchase of 100 percent cotton tee shirts, sweatshirts, and ball caps, with appropriate logo and color scheme, to augment the Nomex outerwear worn in conjunction with project or wildland fire management incidents. Nomex outerwear will usually be returned to the park's fire cache based on the tour of duty (end of season, transfer to another park, etc.).

Just as with uniform allowance discussed in DO-43, the intent of fire-funded purchases is to defray the cost of the appropriate apparel, not necessarily to cover the cost of all items. This will not only be factored into the quantities

EXHIBIT 7

deemed necessary for the individual, but would also preclude fire-funded
purchases of fleece jackets, rain gear and other personal items generally
considered the responsibility of those employees not covered by the NPS
uniform program. Exceptions to this should be well-justified and documented.

**Fire Management Credentials**

The NPS Fire and Aviation Management Credential Program is currently
suspended and undergoing a review.

## NPS Use of WFDSS

1. The internet-based WFDSS will be the primary decision support
   documentation platform for all NPS wildfires.
2. Minimum required documentation/data field entry for each fire will follow
   system standards as described in Appendix N of the *Interagency Standards
   for Fire and Fire Aviation Operations.*
3. Publishing decisions for initial attack fires in WFDSS is optional. All fires
   which go into extended attack or are being managed for multiple objectives
   will have a published decision in WFDSS.
4. NPS Superintendents or other designated approving officials must meet fire
   training requirements as specified in this chapter.
5. NPS Superintendents or other designated approving officials will maintain
   WFDSS user profiles (as appropriate), allowing them to approve wildfire
   decisions in WFDSS.
6. Wildfire decisions, documented in WFDSS and approved by NPS Agency
   Administrators, constitute awareness of estimated fire costs for the duration
   of the fire. This cost, shown in the WFDSS Cost tab, will be developed
   from sources such as I-Suite, ICS-209 summaries, finance units within
   incident management teams, estimation spreadsheets, or other sources.
7. All incidents in WFDSS will accurately document the containment date,
   control, and out date by the end of the calendar year.
8. To ensure awareness of suppression expenditures at all levels, Park
   Superintendents will provide written notification to Regional Director or the
   Chief, Division of Fire and Aviation as cost thresholds (Chapter 11) are
   approached or reached.
9. As approvers of WFDSS decisions, NPS Superintendents or other
   designated approving officials will ensure that periodic assessments are
   completed until the fire is declared out.
10. Those fires burning on to NPS lands from another federal fire management
    agency (Forest Service, Bureau of Land Management, Bureau of Indian
    Affairs, or US Fish and Wildlife Service) should be entered by the
    originating agency, not the NPS.
11. Wildfires burning on to NPS lands from state and local lands will be entered
    into WFDSS by the receiving NPS unit, if they have not been entered by
    another federal agency or State, with the true Point of Origin and Discovery
    Date being entered. When these incidents are created in WFDSS, the

Responsible Unit Name at Point of Origin will not be the NPS. However, the NPS will be selected as at least one of the Responsible Agency(s) in addition to other.

12. Wildfires must be entered individually, not as complexes, into the WFDSS. This is independent of the operational or financial management of a group of fires as a complex, and regardless of them having a common course of action.

13. Applicable fire-related resource management objectives and management requirements from the NPS Management Policies, as well as from a park's General Management Plan, Resource Management/Stewardship Plan, and Fire Management Plan (FMP), will be input into the WFDSS. This information will reflect the management objectives for wildland fire as stated in the park's FMP and supporting NEPA documents.

14. Every wildland fire decision will consider the development of protection objectives which also provide for safety of firefighters and the public and minimize the loss of, and damage to, property, cultural and natural resources.

15. WFDSS does not replace ICS-209 and Situation Reporting Systems. Parks will continue to follow National, Geographic Area Coordination Center (GACC), and/or local guidance for fire reporting within these systems.

16. Refer to Chapter 11 of the *Interagency Standards for Fire and Fire Aviation Operations* for further guidance.

**National Park Service Specific Qualifications and Qualifications Exceptions**

Prescribed Fire Crewmember (RXCM): The National Park Service does not recognize the RXCM position. NPS personnel functioning on prescribed fires must meet qualification standards found in the NWCG PMS 310-1, *NIMS Wildland Fire Qualification System Guide.*

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 113 of 463   PageID #: 1010

# Chapter 4
# U.S. Fish and Wildlife Service Program Organization and Responsibilities

## Introduction

This document states, references, or supplements policy for the U.S. Fish and Wildlife Service Wildland Fire Management Program. The standards provided in this document are based on current U.S. Department of the Interior and Bureau policy, and are intended to provide fire program guidance. If there is a discrepancy between guidance found in this document and the Service Manual, information contained within this document will be considered authoritative as updates occur on a more frequent cycle than the Service Manual. The intent is to ensure safe, consistent, efficient, and effective fire and aviation operations. This document will be reviewed and updated annually.

## Agency Administrator Roles

### Director
The Director of the Fish and Wildlife Service has overall responsibility for the Service's Wildland Fire Management Program. The Director will ensure regional fire management activities are formally evaluated.

### Chief, National Wildlife Refuge System
The National Wildlife Refuge System under the Chief provides leadership for the Wildland Fire Management Program. The National Wildlife Refuge System also formally evaluates all regional fire activities as needed. The Assistant Director of the National Wildlife Refuge System has delegated the authority to approve the Service *Fire Management Handbook* and other fire related handbooks as needed to provide guidance to the Chief, Branch of Fire Management.

### Regional Director
The Regional Director is responsible to the Director for fire management programs and activities within their region. The Regional Director will meet the required elements outlined in the *Management Performance Requirements for Fire Operations* and ensure training is completed to support delegations to line managers and principal acting's. The Regional Director ensures that Refuge Managers/Project Leaders, and or Field Supervisors are qualified to approve prescribed fire plans. Any prescribed fire that is converted to a wildfire is issued a Notice of Violation for air quality, or damages values off of Service lands, must be reviewed. The appropriate level and scope of the review will be determined by agency policy. The final review results shall be provided to the Regional Director within 45 days of the incident out date.

EXHIBIT 7

**Regional Chief and Refuge Supervisors**

Regional Chiefs and Refuge Supervisors are delegated specific leadership responsibilities by the Regional Director. They provide oversight and direction, in coordination with, the Wildland Fire Management Program for the National Wildlife Refuge System. These responsibilities occur through established lines of authority as assigned by the Regional Director.

**Project Leader/Refuge Manager**

The Project Leader is responsible for the safe and efficient implementation of fire management activities within their unit, including cooperative activities with other agencies or landowners, in accordance with delegations of authorities. The Project Leader, or principal acting, will meet required elements outlined in the *Management Performance Requirements for Fire Operations* table below.

- If an Agency Administrator is absent during an incident, the Refuge Supervisor and RFMC will make an assessment of the Acting Agency Administrator's capabilities and provide appropriate additional support. The Refuge Supervisor and RFMC will provide additional fire management support for the affected refuge as needed.

**Management Performance Requirements for Fire Operations**

| PERFORMANCE REQUIRED | FWS Director | Regional Director | Regional Chief/ Refuge Supervisor | Project Leader/ Refuge Manager |
|---|---|---|---|---|
| *Policy* | | | | |
| 1. Ensure any standards developed are compliant with agency wildland fire policies. | X | X | X | X |
| 2. Ensure use of fire funds is in compliance with department and agency policies. | X | X | X | X |

EXHIBIT 7
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 115 of 463   PageID #: 1012

| PERFORMANCE REQUIRED | FWS Director | Regional Director | Regional Chief/ Refuge Supervisor | Project Leader/ Refuge Manager |
|---|---|---|---|---|
| 3. Attends the *Fire Management Leadership* course (geographic or national) within two years of appointment to Project Leader, unless there have been no wildland fires recorded in the last 10 years within the complex. Ensures that personnel assigned oversight responsibilities for the fire program have completed the *Fire Management Leadership* course. | X | X | X | X |
| 4. Review critical operations and safety policies and procedures, including Interagency Fire Program Management Qualifications Guide and *Interagency Standards for Fire and Fire Aviation Operations* "Red Book" with fire and fire aviation personnel. | | X | X | X |
| *Program Management* | | | | |
| 5. Provide a written Delegation of Authority to Zone FMOs giving an adequate level of operational authority. For zoned/area units, ensure all appropriate Agency Administrators have signed the delegation. When applicable, an Inter-refuge Agreement specifying reciprocal responsibilities of the Project Leader/Refuge Manager and the Area/Zone FMO. | X | X | X | X |

Release Date: January 2016                                              91

| PERFORMANCE REQUIRED | FWS Director | Regional Director | Regional Chief/ Refuge Supervisor | Project Leader/ Refuge Manager |
|---|---|---|---|---|
| 6. Ensure all fire management activities are supported by a current FMP with documented annual updates and are integrated with an approved Comprehensive Conservation Plan. | X | X | X | X |
| 7. Ensure units have a current safety plan, an active safety committee, and safety program that integrates the fire program. | | | X | X |
| 8. Ensure investigations and reviews are conducted for incidents, accidents, escaped prescribed fires, and near misses as described in Chapter 18. | X | X | X | X |
| 9. Annually update and review the FWS Line of Duty Death Response Handbook and the Agency Administrator's Guide to Critical Incident Management. | | X | X | X |
| 10. Ensure timely follow-up to fire management program reviews. | | | X | X |
| 11. Ensure master agreements with cooperators are valid and in compliance with agency policies, and Annual Operating Plans are current. | | X | X | X |

Release Date: January 2016

**EXHIBIT 7**

| PERFORMANCE REQUIRED | FWS Director | Regional Director | Regional Chief/ Refuge Supervisor | Project Leader/ Refuge Manager |
|---|---|---|---|---|
| 12. Ensure trespass actions are initiated and documented to recover cost of suppression activities, land rehabilitation, and damages to resources and improvements for all human-caused fires where liability can be determined, as per Service *Fire Management Handbook.* | | X | X | X |
| 13. Ensure Wildland Fire Decision Support System (WFDSS) is used to publish timely decisions and to provide decision support documentation for all fires that escape initial attack or initial response. | | X | X | X |
| 14. Convene and participate in annual fire meetings. | | | X | X |
| 15. Participate as part of in-briefings and post fire closeouts on Type 1 and Type 2 fires. | | | | X |
| 16. Provide a written Delegation of Authority, WFDSS analysis, Agency Administrator Briefings to Incident Management Teams. | | | | X |
| 17. Ensure fire and fire aviation preparedness reviews are conducted annually in all unit offices. | | X | X | X |

EXHIBIT 7

| PERFORMANCE REQUIRED | FWS Director | Regional Director | Regional Chief/ Refuge Supervisor | Project Leader/ Refuge Manager |
|---|---|---|---|---|
| 18. Ensure resource advisors are identified, trained, and available for incident assignment. Refer to the *Resource Advisors Guide for Wildland Fire* (NWCG PMS 313, NFES 1813). | | | | X |
| 19. Personally visit at least one wildland fire each year as available. | | | | X |
| 20. Ensure appropriate management of Social/Political/Media resources and relationships affecting wildland fire. | | X | X | X |
| 21. Ensure appropriate risk management, administration, management and oversight of wildland incidents. Ensure Incident Business Analysts, Strategic Operational Planners, Resource Advisors, and Agency Representative positions are utilized as needed. | | | | X |
| 22. Provide oversight to Emergency Stabilization (ES) and Burned Area Rehabilitation (BAR) processes and procedures. | | | | X |
| *Training/Certification* | | | | |
| 23. Ensure only trained and certified fire and non-fire personnel are available to support fire operations at the local, geographic, and national levels. | X | X | X | X |

Release Date: January 2016

**EXHIBIT 7**

| PERFORMANCE REQUIRED | FWS Director | Regional Director | Regional Chief/ Refuge Supervisor | Project Leader/ Refuge Manager |
|---|---|---|---|---|
| 24. Ensure personnel delegated fire program responsibilities have completed required training. | X | | X | X |
| *Prescribed Fire/Fuels Management* | | | | |
| 25. Ensure compliance with National and Regional policies for prescribed fire activities. Conduct periodic reviews of the prescribed fire program. | | X | X | X |
| 26. Ensure all wildfires resulting from prescribed fire actions are reported to Regional Director within 24 hours of the wildfire declaration. | | | X | X |
| 27. In the event of a declared wildfire from an escaped prescribed fire, conduct and submit Declared Wildfire Review to National Office within 45 days of wildfire out date. | | X | X | X |
| 28. Ensure Prescribed Fire Plans have been reviewed and recommended by a qualified technical reviewer other than the plan author. | | | | X |
| 29. Review and approve the Agency Administrator Ignition Authorization. | | | | X |

**Fire Management Staff Roles**

**National Office**

*Fire Director*

The Fire Director is the Chief of the Fire Management Branch in the National Wildlife Refuge System, and is the Service representative at the National

Interagency Fire Center (NIFC). The Fire Director, through *Service Manual 621 FW 1*, is delegated authority by the Director to represent the Service on the National Multi-Agency Coordinating Group (NMAC Group). The Fire Director is responsible for implementing the decisions of the NMAC as they affect U.S. Fish and Wildlife Service areas. The decisions of the NMAC include the prioritizing of incidents nationally and the allocation or reallocation of firefighting resources to meet national priorities.

The Fire Management Branch is responsible for providing technical direction and coordination of fire management planning, policy development, and procedures Service wide.

**Regional Office**

*Regional Fire Management Coordinator (RFMC)*
The Regional Fire Management Coordinator provides leadership, direction, coordination, training, planning, evaluation, and technical guidance for the region and is available to provide assistance for intra-agency and interagency wildland fire management needs. The RFMC will meet qualification requirements established by IFPM for the position. The RFMC, through written delegation by the Regional Director, is delegated authority to represent the region on the Geographic Multi-Agency Coordinating Group (GMAC). The RFMC is responsible for implementing the decisions of the MAC Group as they affect U.S. Fish and Wildlife Service areas. The decisions of the GMAC include the prioritizing of incidents, Interagency Master/statewide agreements and the allocation or reallocation of firefighting resources to meet wildland fire management priorities.

**Refuge**

*Zone Fire Management Officer (ZFMO)*
The ZFMO is responsible and accountable for providing leadership for the fire management program. The ZFMO determines program requirements to implement land use decisions through the Fire Management Plans (FMP) to meet land management objectives. The ZFMO negotiates interagency agreements and as delegated, represents the Agency Administrator on local interagency fire and fire aviation groups. The ZFMO is responsible for coordinating with Agency Administrators to annually review and update (as required) their respective Fire Management Plans to comply with agency policy.

**EXHIBIT 7**

Fire Management Staff Performance Requirements for Fire Operations

| PERFORMANCE REQUIRED | Fire Director | RFMC | Zone FMO |
|---|---|---|---|
| *Policy* | | | |
| 1. Establishes and manages a safe, effective, and efficient fire program. | X | X | X |
| 2. Ensures that Fire Management Plans (FMPs) reflect the agency's commitment to firefighter and public safety, while utilizing the full range of fire management activities available for ecosystem sustainability. | | X | X |
| 3. Provides the expertise and skills to fully integrate fire and fire aviation management into interdisciplinary planning efforts. | X | X | X |
| 4. Ensures compliance with work/rest guidelines during all fire and fire aviation activities. | X | X | X |
| 5. Ensures fire and fire aviation policies are understood, implemented, and coordinated with other agencies as appropriate. | X | X | X |
| *Program Management* | | | |
| 6. Ensures completion of a Job Hazard Analysis (JHA)/Risk Assessment for fire and fire aviation activities to mitigate risk. | | X | X |
| 7. Develop, negotiate, and implement cost share, Service First, and reimbursable protection agreements with cooperators. | X | X | X |
| 8. Ensures that the fire and fire aviation management employees understand their role, responsibilities, authority, and accountability. | X | X | X |
| 9. Monitors fire suppression activities to recognize when complexity levels exceed current management capabilities. Increases managerial and operational resources to meet the need. | X | X | X |
| 10. Ensures that agreements with cooperators and operational plans (e.g., Annual Operating Plans, dispatch, preparedness, prevention) are valid and in compliance with agency policy. | X | X | X |
| 11. Ensures use of fire funds is in compliance with department and agency policies. | X | X | X |

Release Date: January 2016                                                        97

| PERFORMANCE REQUIRED | Fire Director | RFMC | Zone FMO |
|---|:---:|:---:|:---:|
| 12. Ensures that fire severity funding is requested, used, and documented in accordance with agency standards. | X | X | X |
| 13. Ensures a process is established to communicate fire information to public, media, and cooperators. | X | X | X |
| 14. Convenes and participates in annual fire meetings. Specifically address management controls and critical safety issues. | X | X | X |
| 15. Oversees pre-season preparedness review of fire and fire aviation program. | X | X | X |
| 16. Initiates, conducts, and/or participates in fire program management reviews and investigations. | X | X | X |
| 17. Personally participates in periodic site visits to individual incidents and projects. | | X | X |
| 18. Ensures that transfer of command occurs as per *Interagency Standards for Fire and Fire Aviation Operations*, Appendix G on incidents. | | X | X |
| 19. Ensure the proper level of management complexity is assigned to all incidents. | | X | X |
| 20. Ensures that incoming personnel and crews are briefed prior to fire and fire aviation assignments. | | X | X |
| 21. Ensures a WFDSS analysis is completed, updated, approved, and published as necessary. | | X | X |
| 22. Works with cooperators, groups, and individuals to develop and implement processes and procedures for providing fire safe communities within the wildland urban interface. | X | X | X |
| 23. Ensures unit is capable of wildfire cause determination. | X | X | X |

　　　　　　　　Release Date: January 2016

**EXHIBIT 7**

| PERFORMANCE REQUIRED | Fire Director | RFMC | Zone FMO |
|---|---|---|---|
| 24. Annually updates and reviews the FWS *Line of Duty Death Response Handbook* and the *Agency Administrator's Guide to Critical Incident Management.* | X | X | X |
| 25. Ensures that fire season severity predictions, weather forecasts, fire behavior predictors, and fire activity levels are monitored and communicated daily to all employees (hard copy, web page, email, radio, or fax). | X | X | X |
| 26. Uses current National, Geographic, and Local Mobilization Guides and ensures standards are followed. | X | X | X |
| 27. Ensures that reports and records are properly maintained according to FWS policies. | | X | X |
| 28. Ensures all job related accidents/incidents resulting in, or having the potential to cause fatalities, injuries, illnesses, property or environmental damage are reported and/or investigated. All such reports are electronically submitted through the Safety Management Information System (SMIS), SAFENET or SAFECOM as appropriate. | | X | X |
| 29. Ensure unit has a current safety plan, an active safety committee, and safety program that integrates the fire program. | | X | X |
| 30. Ensures that current emergency medical response plan is in place and accessible. | | X | X |
| *Planning* | | | |
| 31. Develops and/or updates fire management plans and associated operational plans for approval by project leaders and regional fire and refuge staff (as determined by the region). Annually review FMPs per Service policy. | | | X |
| 32. Responsible for the coordination of RAWS maintenance, sensor calibration, and oversight of daily inputs. | | | X |

| PERFORMANCE REQUIRED | Fire Director | RFMC | Zone FMO |
|---|---|---|---|
| *Training* | | | |
| 33. Ensures IQCS accounts are established and training records maintained for Agency Administrators. | | X | |
| 34. Organizes trains, equips, and directs a qualified work force. Ensures that only trained and qualified personnel are assigned to fire and fire aviation duties. Establishes and implements performance review process(es). | | X | X |
| *Prescribed Fire and Fuels* | | | |
| 35. Ensures compliance with Service and Regional policy for prescribed fire activities. Provides periodic reviews of the prescribed fire program. | X | X | X |
| 36. Reports all wildfires resulting from prescribed fires to the Regional Fire Management Coordinator within 12 hours of the wildfire declaration. | | | X |

**National Fire Leadership Team**

The National Fire Leadership Team (NFLT) is established under the guidance and support of the NWRS Leadership Team. The team is established to provide regional input on issues of National importance, to advise the Chief, Fire Management Branch (FMB), and provide leadership, coordination, and guidance in the development and implementation of a safe and effective fire management program within the Service. The team serves as a national clearing house, provides discussion of wildland fire management issues, and recommends actions to improve coordination and integration of regional fire management activities into national direction. The team will be responsible for the following:

- Provide leadership, coordination, and guidance for the Service's fire management program.
- Identify potential fire management issues, and recommend strategies that will enhance the Service's ability to safely and effectively manage fire on Service lands.
- Develop and recommend common guidance and business rules as needed to manage fire management activities while recognizing individual regional needs.
- Provide a forum for the exchange of ideas, best management practices, and lessons learned relating to Service fire management activities.

- Provide a forum to discuss budget methodology applications that are consistent with appropriation language authority as well as providing for the collaboration and coordination within FWS and with our interagency partners.
- Form task groups, working teams, or other collections of subject matter experts as needed to deal with specific tasks or long-term issues. These groups or teams will each have a Leader who usually works in the subject matter area with members assigned who may have the subject area as a collateral duty. They will have representation from across the Service, and will provide guidance or operational recommendations to the NFLT.

## Delegation of Authority

### Regional Fire Management Coordinator

In order to effectively perform their duties, a RFMC must have certain authorities delegated from the Regional Director. This delegation is normally placed in the regional office supplement to agency manuals. This Delegation of Authority should include:

- Serve as the Regional Director's authorized representative on geographic area coordination groups, including MAC groups.
- Coordinate and establish priorities on uncommitted fire suppression resources during periods of shortages.
- Coordinate logistics and suppression operations region-wide.
- Relocate agency wildland fire resources within the region based on relative fire potential/activity.
- Correct unsafe wildland fire activities.
- Enter into agreements to provide for the management, fiscal, and operational functions of combined agency operated facilities.
- Suspend prescribed fire activities when warranted.
- Give authorization to hire Emergency Firefighters in accordance with the DOI Pay Plan for Emergency Workers.
- Approve short-term fire severity funding expenditures not to exceed the region's annual authority.

### Zone Fire Management Officer (ZFMO)

In order to effectively perform their duties, the ZFMO may receive a Delegation of Authority (DOA) outlining the operational and administrative fire management duties. All Unit Agency Administrators within a Zone should consider signing a single Zone Fire Management delegation. A sample "Delegation of Authority" can be found on the FWS Fire Operations Policy and Guidance SharePoint site.

EXHIBIT 7

**Inter-refuge Agreements**

Inter-Refuge Agreements may be used when FMOs provide fire management oversight to multiple refuges. This is in addition to the Delegation of Authority from the Project Leaders/Refuge Managers to the FMO, and further defines the roles and expectations between the FMO and Refuges. An example can be found on the FWS Fire Operations Policy and Guidance SharePoint site.

**Fire Duty Officer**

Fire Management Officers are responsible to provide Fire Duty Officer (FDO) coverage during periods of predicted incident activities. FDO responsibilities may be performed by any individual delegated the authority, either written or verbal, from the FMO. The duties for FDOs include:

- Monitor unit incident activities for compliance with FWS safety policies.
- Coordinate and set priorities for unit preparedness activities, incident response and resource allocation.
- Keep Agency Administrators and resources informed of the current and expected situation.
- Plan for and implement actions required for future needs.
- Document decisions and actions.
- It is recommended FDOs not fill ICS functions.

**Fire Severity Funding**

Service specific fire severity funding guidance can be found in Chapter 10 of the Service Fire Management Handbook, and the Fire Business Handbook, Severity Subactivity.

**Fire Reporting**

Field units will report wildland fire occurrence and fire status to their local dispatch office and Regional Office.

**Individual Fire Report**

An Individual Fire Report must be completed in the Fire Management Information System (FMIS) for the following types of fires within 15 days after the fire is declared out:

- All wildland fires on Service lands;
- Support actions;
- Fires suppressed on other lands under an agreement;
- All false alarms; and
- Natural outs (by natural out definition).

**EXHIBIT 7**

Detailed information about a support action is only required from an initial entry into FMIS to establish a work breakdown structure (WBS). Once the WBS has been established, users are not required to establish additional fire reporting information for the same fire.

Reports are required regardless of who takes action, e.g., force account, cooperator, or contractor. When actions are taken on a cooperative fire, the agency having jurisdiction over the land on which the wildfire occurs will file a complete report to record and bill for assistance when necessary.

## Fish and Wildlife Service Use of WFDSS

FWS follows interagency policy regarding use of WFDSS. Standards for when WFDSS will be used are found in Chapter 11 of the *Interagency Standards for Fire and Fire Aviation Operations*.

Documentation of all other wildfires in WFDSS is at the discretion of the local unit. All fires in Alaska will have WFDSS initiated by the Protection Agency.

## Final Wildland Fire Record

The final wildland fire project record may include the following:
- FMIS data entry
- Narrative
- WFDSS
- Incident Action Plan(s)
- Daily weather forecasts and spot weather forecasts
- Cumulative fire map showing acreage increase by day
- Total cost summary
- Monitoring data (Wildland Fire Observation Records)
- Critique of fire projections on Incident Action Plan

## Physical Fitness and Conditioning

Employees serving in wildland fire positions that require a fitness rating of arduous as a condition of employment are authorized one hour of duty time each work day for physical fitness conditioning. Employees not having a fitness rating of arduous as a condition of employment, but who are required by a Critical Performance element or other written agreement to maintain an arduous level, will be authorized three hours per week of duty time for physical fitness condition. All other wildland firefighting personnel holding qualifications requiring ratings of moderate or arduous may be authorized, by their supervisor, up to three hours per week of duty time for fitness conditioning. Prior to any duty time being allowed for physical fitness conditioning, employees and supervisors must agree, in writing, what physical conditioning activities the employee will engage in, and when and where they will occur. Activities outside

of the agreement will not be authorized or allowed. A combination of activities designed to increase both physical strength and aerobic fitness, while minimizing the possibility of physical injury, should be utilized.

## Training

**Agency Administrator Training**

The qualification standards identified in the *Interagency Fire Program Management Qualification Standards* are required, in conjunction with specific agency requirements, when filling vacant fire program positions, and as an aid in developing Individual Development Plans (IDPs) for employees.

- Refuge Managers/Project Leaders with Service lands under their jurisdiction which require the development and maintenance of a Fire Management Plan must attend either the National Advanced Fire and Resource Institute (NAFRI) or a locally sponsored Fire Management Leadership course, or may, upon concurrence of the RFMC, attend the Agency Administrator Workshop for Prescribed Fire course which is hosted by the National Interagency Prescribed Fire Training Center (PFTC).

- Field supervisors who may approve prescribed fire plans must attend the NAFRI sponsored Fire Management Leadership Course (NFML) or upon concurrence of the RFMC, must attend either the Agency Administrator Workshop at PFTC or a Local Fire Management Leadership course (LFML).

- Regional Chiefs, Regional Refuge Supervisors, and Refuge Managers/Project Leaders must complete periodic refresher training as determined by their supervisor in consultation with the RFMC. Refresher training options may include attending fire management training/workshops, trainee experiences, or mentoring.

- Guidance for use of the agency qualification for Agency Administrators (AADM) can be found in the *Federal Wildland Fire Qualifications Supplement*.

**Zone Fire Management Officer Training**

All Zone Fire Management Officers (ZFMO) are required to attend the M-581, *Interagency Fire Program Management* course, either as a student or as a member of the instructor cadre. If attending as an instructor, the ZFMO must be present for the entire course. See IFPM requirements.

## FWS Firefighter General Training Requirements

### *Agency Permanent, Career Seasonal, and Temporary Firefighters*

| One-Time Training | Annual Training | Recurring Training |
|---|---|---|
| Hazardous Materials-First Responder Awareness Level | | First Aid /CPR (every 2 years) |
| A-100 Basic Aviation Safety (Classroom/Online) | RT-130 Annual Fireline Safety Training | A-100 Basic Aviation Safety (every 3 years) |
| Hazardous Materials (see 242 FW 6 Table 6-4) | Hazardous Materials (see 242 FW 6 Table 6-4) | Defensive Driving (every 3 years) |

### *AD and EFF Required Training*

- First Aid/CPR (every 2 years)
- Defensive driving (if operating GOV, every 3 years)

### Fish and Wildlife Service Specific Qualifications

Guidance regarding agency-specific qualifications that are not contained in the PMS 310-1 can be found in the *Federal Wildland Fire Qualifications Supplement.* For qualifications with agency standards which exceed minimums established in the PMS 310-1, refer to the Service Fire Management Handbook.

### FWS Global Positioning System (GPS) Datum and Coordinate Format Standard

To ensure safe and efficient suppression operations, all FWS fire resources will use a standard GPS datum and latitude/longitude (coordinate) format when communicating GPS references. The standard datum is WGS84, and the standard coordinate format is Degrees Decimal Minutes (DDM). For other activities (e.g., mapping, fire reporting, planning), agency standards will apply.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 130 of 463   PageID #: 1027

(This page intentionally left blank.)

EXHIBIT 7

# Chapter 5
# USDA Forest Service Wildland Fire and Aviation Program Organization and Responsibilities

## Introduction

This document is intended to be a program reference guide that documents the standards for operational procedures and practices for the USDA Forest Service Fire and Aviation Management program. The standards provided in this handbook are based on current agency and interagency wildland fire management policy, and are intended to provide fire and aviation program guidance, and to ensure safe, consistent, efficient, and effective fire and aviation operations. This document will be reviewed and updated annually.

## Foundational Doctrine

The vision of the Forest Service's Fire and Aviation Management program is to safely and effectively extinguish fire, when needed; use fire where allowable; manage our natural resources; and as a Nation, live with wildland fire. To support this vision, five objectives set the foundation for an all-inclusive and comprehensive High Reliability Fire Management program. These objectives are intrinsic for supporting the vision.

- Risk Management and Risk Reduction- transforming our workforce into a more refined safety culture.
- Implementing fire management programs to protect the ecology of Forest Service lands for multiple uses.
- Enhanced and Improved Collaboration and Partnerships.
- Learning – utilizing science, research, and innovative practices.
- Empowerment of employees in leadership, judgment, and decision making.

Doctrine is beliefs and teachings which form the fundamental core values of our work. Doctrinal approach goes beyond strict compliance with procedural rules, and promotes risk-based application of wildland fire management principles to improve decision making and firefighter safety. Foundational doctrine has been codified in Forest Service Manual 5100 direction and will guide fundamental wildland fire management policy, practices, behaviors, and customs to be mutually understood at every level of command.

The following collection of principles and beliefs form the foundational doctrine for fire suppression in the U.S. Forest Service. These principles and beliefs operate at multiple organizational levels, including:

- Forest Service Wide (i.e., applies to all employees and activities).
- Fire and Aviation Management (i.e., are specific to the fire and aviation management program).
- Fire Suppression (i.e., are specific to firefighting activities).

**The Operational Environment**

- *Fire Suppression*

1. No resource or facility is worth the loss of human life; however, the wildland fire suppression environment is complex and possesses inherent hazards that can, even with reasonable mitigation, result in harm to fire fighters engaged in fire suppression operations. In recognition of this fact, we are committed to the aggressive management of risk.

**Mission**

- *Forest Service Wide*

2. The Forest Service is prepared and organized to support national and international emergencies with trained personnel and other assets when requested.

3. Agency employees respond when they come across situations where human life is immediately at risk or there is a clear emergency, and they are capable of assisting without undue risk to themselves or others.

4. In responding to emergencies, we will bring the same professionalism and passion for safety as we do to non-emergency situations.

5. Support for local fire emergencies takes priority over accomplishment of local resource targets. Support of non-local fire emergencies will be at the discretion of the local line officer, as bounded by agency agreements and Regional or National direction.

6. A cooperative relationship between the Forest Service and other agencies is essential. The Forest Service is committed to honor its part of the joint responsibility to develop and maintain effective working relationships with its intergovernmental cooperators.

- *Fire and Aviation Management*

7. Fire management is central to meeting the Forest Service mission – conserving natural resources, restoring ecological health, and protecting communities.

- *Fire Suppression*

8. Successful fire suppression is essential to support the Forest Service mission.

9. The intent of wildfire suppression is to protect human life, property, and at risk lands and resources.

**Leadership and Accountability**

- *Forest Service Wide*

10. The hallmarks of Forest Service leadership are action, attitude, and accountability.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 133 of 463   PageID #: 1030

11. Leaders express clear and concise intent to ensure assignments are managed safely, effectively, and efficiently.

12. Leaders regularly monitor operations for effectiveness, and take action when there is recognition of exceptional or problematic employee performance.

13. Both positive reinforcement and discipline will be based on individual behavior as measured by adherence to the rules; appropriate application of doctrine, principles, and guidelines; execution of responsibilities commensurate with role; and appropriate use of available information.

- *Fire Suppression*

14. Demonstrated fitness for command is a requirement for leadership positions associated with firefighting.

**Roles and Relationships**

- *Forest Service Wide*

15. Commitment to duty, respect for others, and personal integrity are expected. Every employee fosters a work environment that is enjoyable, rewarding, recognizes the value of diversity, and is free of harassment.

- *Fire and Aviation Management*

16. Line officers with fire management responsibilities will have knowledge and understanding of fire program management.

17. Contracted resources will meet identified standards for qualifications, training, productivity, and efficiency necessary to meet emergency response needs.

18. It is the Forest Service responsibility to initiate and participate in public education efforts to promote support for necessary fire management activities.

- *Fire Suppression*

19. Every Forest Service employee has a responsibility to support fire suppression emergencies in a manner that meets identified needs, and is within their qualifications and capabilities.

**Operations**

- *Forest Service Wide*

20. Employees are expected and empowered to be creative and decisive, to exercise initiative and accept responsibility, and to use their training, experience, and judgment in decision-making to carry out their leader's intent.

21. Employees are expected and empowered to make reasonable and prudent decisions to accomplish the agency mission while minimizing exposure to hazards.

22. Clear, uncomplicated plans and concise orders maximize effectiveness and minimize confusion.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 134 of 463   PageID #: 1031

- *Fire Suppression*

23. When it is time to fight fire, we do so in a manner that maximizes effectiveness of effort, has highest regard for firefighter and public safety, and controls costs.

24. Every fire suppression operation is directed toward clearly-defined, decisive, and obtainable objectives.

25. Command and control must be decentralized to cope with the unpredictable nature of fire. To achieve their leader's intent and accomplish operational objectives, subordinate commanders are required to make decisions on their own initiative, and to coordinate their efforts.

26. Unity of effort is maintained and suppression actions are coordinated at all times.

27. Using principles requires judgment in application, while adherence to rules does not. In combination, principles and rules guide our fundamental wildland fire suppression practices and behaviors, and are mutually understood at every level of command.

28. Rapid deployment and concentration of fire suppression resources at the decisive time and place is essential to successful fire suppression actions.

29. Maintaining high capability for initial attack is essential to public and fire fighter safety, accomplishment of management objectives, and cost containment.

**Risk Management**

- *Fire Suppression*

30. We practice risk management to minimize the exposure and affects of the inherent hazards in fire suppression while maximizing the opportunities to achieve leader intent.

**Agency Administrator Roles and Responsibilities for Incident Management**

**Agency Administrator Core Competencies**

Core competencies include:

- Risk management
- Incident management processes
- WFDSS and other decision support tools
- Social, political economic impacts
- Collaboration with partners and stakeholders

For additional information, a copy of the *Line Officer Desk Reference for Fire Program Management* can be downloaded at http://www.wfmrda.nwcg.gov/line_officer_resources.php.

**Agency Administrator Certification Program**

The following principles will guide certification of Agency Administrators in wildfire management:

EXHIBIT 7
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 135 of 463   PageID #:
1032

- Regional Foresters are accountable for certification of Agency Administrators;
- Agency Administrator evaluation includes standards for training, background and experience, and demonstrated ability, which will result in a qualitative evaluation of readiness by the Regional Forester;
- When the complexity level of a fire exceeds an Agency Administrator's certification, a coach will be assigned to advise (but not replace);
- This certification program will be periodically evaluated and updated as needed;
- Assistance with decision documentation and analysis can be requested through the Wildland Fire Management RD&A – National Fire Decision Support Center (NFDSC); and
- The Coaching/Shadowing program, to be administered by each region, is an integral part of this certification program.

**Agency Administrators will be evaluated in three basic areas:**
- Training;
- Background and experience; and
- Demonstrated understanding of concepts and principles.

This certification program is a multi-level process where Agency Administrators demonstrate competence in one of three levels of managing fires. Those levels would be Working, Journey, and Advanced.

**Guidelines**
In consideration of the appropriate level (Working, Journey, Advanced) to assign an Agency Administrator, the Regional Forester should consider the following guidelines:
- For individuals that do not meet at least the Working Level, a coach will be assigned to support that Agency Administrator in managing Type 3 or higher wildfire incidents.

**Working Level –** The Agency Administrator could manage a low to moderate complexity fire. The Agency Administrator should meet the following:
- **Training:** Local or National Fire Management Leadership, and WFDSS training.
- **Background and Experience:**
  - o Successful management of a minimum of one Type 3 or higher fire. Consider duration, complexity and size of the fire.
  - o Management oversight of a low-complexity fire program and/or experience as an Agency Administrator or representative.
  - o Applicable experience in all-hazard or other incident oversight may be considered in lieu of this experience.
  - o Consider career fire experience.

- **Demonstrated Ability:** Successful evaluation by a coach (including feedback from ICs or ACs) that the candidate has demonstrated understanding and application of the responsibilities of an Agency Administrator on smaller low-complexity fires with a basic understanding of the elements of the core competencies.

**Journey Level** – The Agency Administrator could manage a moderate to high complexity fire. The Agency Administrator needs to be certified at the Working Level and should meet the following:

- **Training:** Local or National Fire Management Leadership, and WFDSS training.
- **Background and Experience:**
  o  Successful management of a minimum of one Type 2 or higher fire, or one successful higher complexity fire (Type 1). Duration, complexity and size of the fire should be considered.
  o  Management oversight of a moderate-complexity fire program, or experience as an Agency Administrator or Representative on Type 2 or higher fires.
  o  Applicable experience in all-hazard or other incident oversight may also be considered in lieu of other guidelines.
- **Demonstrated Ability:** Successful evaluation by a coach (including feedback from ICs or ACs) that the candidate has demonstrated understanding and application of the responsibilities of an Agency Administrator/Representative on moderate to large complex fires in the core competencies, and other elements that may be relevant.

**Advanced Level** – The Agency Administrator could manage a high complexity fire. The Agency Administrator needs to be certified at the Journey Level, and should meet the following:

- **Training:** Local or National Fire Management Leadership and WFDSS training.
- **Background and Experience:**
  o  Successful management of several Type 1 or 2 fires (at least one is a Type 1 fire), depending on fire experience. Duration, complexity, and size of the fires should be considered.
  o  Management oversight of a moderate to high-complexity fire program.
  o  Applicable experience in all-hazard or other incident oversight may also be considered in lieu of other guidelines.
- **Demonstrated Ability:** Successful evaluation by a coach (including feedback from ICs or ACs) that the candidate has demonstrated understanding and application of the responsibilities of an Agency Administrator on large complex fires in the core competencies, and other elements that may be relevant.

**EXHIBIT 7**

**Evaluation Process**
- Every trainee will receive an evaluation from a certified Agency Administrator/Agency Administrator Representative or coach using the form identified in the *Line Officer Desk Reference for Fire Program Management.*
- Individuals involved in a shadow assignment should receive creditable experience through documentation.

Creditable work experiences to achieve and maintain certification levels:
- Coaching
- Regional Forester Representative (RFR)
- Acting Agency Administrator/Representative assignments
- Shadow assignments

Training opportunities to achieve and maintain core competencies:
- Upper levels of fire leadership and fire management courses;
- Function as the Line Officer in sand table exercises and training simulations in S-420, S-520, and other fire courses;
- Participate in advanced risk management training;
- Get assigned to a Type 1 or Type 2 team as a training assignment (e.g., shadow plans) and see the world from their viewpoint;
- WFDSS training (see the WFDSS homepage http://wfdss.usgs.gov for training materials and the WFM RD&A Line Officer Resources page for Agency Administrator specific refresher training materials http://www.wfmrda.nwcg.gov/line_officer_resources.php);
- Include risk management and fire management topics during annual line officer meetings;
- Attend staff rides (staff rides need to include a stand that portrays the line officer perspective);
- Participate in prescribed fires and/or attend prescribed fire training;
- Participate in other leadership and/or decision-making training;
- Attend L-580 *Leadership is Action.*

**Currency**
Currency is reviewed annually by the Certifying Official for frequency of demonstrated exercise of Core Competencies. It is recommended an Agency Administrator/Representative engage in a Type 1 or Type 2 incident within a five-year period. An assignment may include coaching or shadowing.

**Guidance on the Selection of Coaches**
Coaches can be a current or former Agency Administrator/Representative. The Regional Forester determines the level of certification for which a coach is qualified.

Release Date: January 2016                                          113

Criteria for individuals serving as Coaches are as follows:

- Must be a "Journey" level Agency Administrator/Representative in dealing with large fire incident, or rated at an experience level commensurate with incident being managed; Present and past Agency Administrators can serve as coaches, including retirees that were qualified/experienced; and
- Must be willing and able to serve as a Coach.

**Definitions**

**Agency Administrator:** An individual with the delegated authority for an incident.

**Coach:** A fully qualified Agency Administrator/Representative at journey or advanced level.

**Shadow:** An individual that does not perform the duty of Agency Administrator/Representative, but observes a qualified, designated Agency Administrator/Representative.

**Agency Administrator Trainee:** An Agency Administrator working on certification by performing the role under the supervision and authority of the Agency Administrator and/or Representative.

**Coach/Shadow Team:** A team comprised of a qualified Coach and group of Shadows who may travel to multiple incidents and support sites to increase their level of understanding.

**Acting Agency Administrator:** An individual acting in an Agency Administrator roll certified at the level required by the incident complexity and delegated authorities to provide relief and support.

**Regional Forester Agency Administrator Representative:** A representative that carries out roles and responsibilities as delegated.

**Specific Agency Administrator Responsibilities for Fire and Aviation at the Field Level**

The Forest Service has developed core fire management competencies. They are presented here for reference:

- Knowledge of fire program management including ability to integrate fire and fuels management across all program areas and functions;
- Ability to implement fire management strategies and integrate natural resource concerns into collaborative community protection and ecosystem restoration strategies;
- Knowledge to oversee a fire management program including budget, preparedness, prevention, suppression, and hazardous fuels reduction;

**EXHIBIT 7**

- Ability to serve as an Agency Administrator during an incident on an assigned unit; and
- Ability to provide a fully staffed, highly qualified, and diversified firefighting workforce that exists in a "safety first" and "readiness" environment.

## Responsibilities

- Integrate fire and fuels management across all functional areas.
- Implement fire management strategies and integrate natural resource concerns into collaborative community protection and ecosystem restoration strategies on the unit.
- Manage a budget that includes fire preparedness, prevention, suppression, and hazardous fuels in an annual program of work for the unit.
- Ensure the DLA Wildland Fire Equipment Catalog is used as the primary and mandatory source of supply for wildland fire suppression equipment, supplies and protective clothing. Any deviation must follow the requirements listed in FSH 6309.32 - Required Sources of Supplies and Services and FAR 8.002 - Priorities for Use of Government Supply Sources. The deviation must be supported by a Job Hazard Analysis (JHA) that documents the specific reason the stock item does not meet the job requirements and is signed by the applicable line officer. The purchasing official must confirm that the JHA supports the alternate purchase. The DLA Wildland Fire Equipment Catalog is at http://www.gsa.gov/portal/mediaId/237435/fileName/DLA_WFPP_Catalog _2015_(Final).action.
- Perform duties of Agency Administrator and maintain those qualifications.
- Provide a fully staffed, highly qualified, and diverse workforce in a "safety first" environment.
- Support and participate in wildfire prevention.

These responsibilities are based on current policy and provide program guidance to ensure safe, consistent, efficient, and effective fire and aviation operations.

## Preparedness

- Take all necessary and prudent actions to ensure firefighter and public safety.
- Ensure sufficient qualified fire and non-fire personnel are available to support fire operations at a level commensurate with the local and national fire situation.
- Ensure accurate position descriptions are developed and reflect the complexity of the unit. Individual Development Plans promote and enhance FMO currency and development.
- Provide a written Delegation of Authority to FMOs that provides an adequate level of operational authority at the unit level. Include Multi-Agency Coordinating (MAC) Group authority, as appropriate.

EXHIBIT 7

- Identify resource management objectives to maintain a current Fire Management Plan (FMP) that identifies an accurate level of funding for personnel and equipment.
- Develop preparedness standards that are in compliance with agency fire policies.
- Management teams meet once a year to review fire and aviation policies, roles, responsibilities, and delegations of authority. Specifically address oversight and management controls, critical safety issues, and high-risk situations such as transfers of incident command, periods of multiple fire activity, and Red Flag Warnings.
- Ensure fire and aviation preparedness reviews are conducted each year and include the key components of the record of decision for the nationwide aerial application of fire retardant on National Forest System land.
- Meet annually with cooperators and review interagency agreements to ensure their continued effectiveness and efficiency.
- Meet annually with local US Fish and Wildlife Service and NOAA Fisheries specialists to ensure the avoidance maps reflect changes during the year on additional species or changes made for designated critical habitat, and reporting and monitoring guidelines are still valid and being applied.
- Convene and participate in annual conferences and fire reviews.
- Agency Administrators, Fire Program Managers, and/or Safety and Health Program Managers shall conduct after action reviews on all Type 3 fires and a minimum of 10% of their unit's Type 4 and 5 fires and document their inspections in the incident records.

## Suppression

- Ensure use of fire funds is in compliance with Agency policies.
- All fires must utilize the WFDSS to inform and document decisions related to course of action, resource allocations, and risk management considerations. WFDSS will be used to approve and publish decisions on all fires that exceed initial attack or include a resource management objective. See table below for WFDSS approval authorities.
- Personally attend reviews on Type 1 and Type 2 fires. Ensure Agency Administrator representatives are assigned when appropriate.
- Provide incident management objectives (all wildfires must have a protection objective), written delegations of authority, and a complete Agency Administrator briefing to Incident Management Teams.
- Ensure briefings include any applicable information for avoidance areas and waterways per the nationwide aerial application of fire retardant direction, mapping, and cultural resources. Include the reporting requirements in the briefing if a misapplication of fire chemical occurs. Provide resource advisors if the use of aerially applied fire retardant is expected and the unit has mapped avoidance areas (which include waterways and 300' or larger

buffers) and otherwise evaluate the need for resource advisors for all other fires, and assign as appropriate.
- For all unplanned human-caused fires where responsibility can be determined, ensure actions are initiated to recover cost of suppression activities, land rehabilitation, damages to the resource, and improvements.
- Ensure structure exposure protection principles are followed.

**Responsibilities and Oversight**
- Agency Administrators are responsible for all aspects of fire management.
- Agency Administrators will ensure that all Forest Service employees and employees of interagency partners working on Forest Service jurisdiction wildfires clearly understand direction.
- Agency Administrators must approve and publish decisions in WFDSS and issue delegations of authority to the Incident Commander. The Agency Administrator authority is based on incident type.

| Incident Type | USFS Approval* |
|---|---|
| Type 1 | Regional Forester level with National oversight |
| Type 2 | Forest Supervisor level with oversight by the Regional Forester |
| Type 3, 4, 5 | District Ranger level with oversight by the Forest Supervisor |
|  | This authority may be delegated to an Agency Administrator who meets wildfire response certification requirements. |

*Authority may be retained at the Regional Forester level.

- Critical long duration wildfire oversight roles include ensuring that:
  o Up-to-date Published Decisions are completed and documented in WFDSS.
  o Hazards are identified and risk assessments are incorporated into Published Decisions.
  o Coordination with partners and potentially affected parties is conducted (including smoke impacts). Unified command is implemented early if necessary.
  o Resource capacity and availability are adequately assessed to meet expectations.
- This oversight role should address concerns of the states, cooperators, and the public including air quality impacts from multiple wildfires.

**Risk Management Framework**
Sound decision making relies on identifying reasonable objectives for protection of critical values at risk, while considering the amount and quality of exposure

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 142 of 463   PageID #: 1039

to firefighters and the likelihood of success. The Forest Service is committed to using a risk management framework that is comprised of three (3) key elements:

Pre-season preparedness work is critical to success when a fire starts.

- Build capacity of our decision makers and their key stakeholders to manage the uncertainty and inherent risks of fires.
- Complete landscape level risk assessments by developing a common understanding of what are the values to be protected and can be summed up best by answering these questions; 'What is important?', 'Why is it important?', 'How important is it?', and 'What are the consequences?'
- Complete a risk analysis, in concert with key stakeholders and partner agencies, to predetermine the range of acceptable response strategies for protecting the identified values at risk while balancing firefighter and public exposure.

During incident phase focuses on a Seven (7) Step Risk Management Process:

1. Complete an incident Risk Assessment.
   - Develop an assessment of what is at risk (from preseason work or input from key stakeholders), and the associated probabilities and potential consequences.
2. Complete a Risk Analysis.
   - Consider alternatives (objectives, strategies and tactics) against desired outcomes, exposure to responders, probability of success and values to be protected.
3. Complete Two-Way Risk Communications.
   - Engage community leaders, local government officials, partners, and other key stakeholders of the incident to share the risk picture and enlist input.
4. Conduct Risk Sharing Dialogue.
   - Engage appropriate senior line officers and political appointees (as necessary) regarding the potential decision aimed at obtaining understanding, acceptance, and support for the alternatives and likely decision.
5. Make the Risk Informed Decision.
6. Document the risk: assessment, analysis, communication, sharing and decision in WFDSS.
7. Continue Monitoring and Adjusting as necessary or as conditions change. After the incident: As a learning organization we should always strive to improve how we conduct our business. We should endeavor to learn from each incident and apply those lessons.
   - Complete an incident after action review.
     - Engage key stakeholders of the incident to be involved.
     - Review what worked, what did not work and suggestions for improvement.

118                                    Release Date: January 2016

- Conduct a peer review after action process.
  - ○ Engage others who have had similar incidents to learn strategies for improvement.
- Implement plans for improvement.
  - ○ Make use of lessons learned in real-time if possible.

The following Risk Assessment and Risk Decision questions are designed to inform fire management decisions by stimulating thinking and prompting dialogue, analyzing and assessing risk, and recognizing shared risks and communicating those risks within the Agency and with partners and stakeholders.

- Risk Assessment:
  1. What are the critical values at risk?
  2. What is the chance the critical values will be impacted, and if so what are the consequences?
  3. What are the opportunities to manage fire to meet land management objectives?
  4. What are the possible low probability/high consequence events?
  5. Who are the stakeholders that should be consulted prior to making a decision?
- Risk Decision:
  6. What alternatives (objectives, strategies, and tactics) are being considered?
  7. What is the exposure of responders for the alternatives being considered?
  8. What is the relative probability of success associated with the alternatives being considered?
  9. What alternative provides for the best balance between the desired outcome and exposure to responders?
  10. What are the critical thresholds that will trigger reconsideration of the proposed alternative and how will they be monitored?

## Safety

- Review safety policies, procedures, and concerns with field fire and aviation personnel.
- Ensure timely follow-up actions to program reviews, fire preparedness reviews, fire and aviation safety reviews, and management reviews.
- Monitor the fire situation and provide oversight during periods of critical fire activity and situations of high risk.
- Ensure there is adequate direction in fire management plans to maintain fire danger awareness.
- Take appropriate actions with escalating fire potential.
- Ensure appropriate investigation or Lessons Learned analyses are conducted for incidents, entrapments, and serious accidents.

EXHIBIT 7

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 144 of 463   PageID #: 1041

**Fuels**

- Complete a fuels treatment effectiveness assessment on all wildfires which start in or burn into a fuel treatment area.
- Enter results of the assessment in the Fuels Treatment Effectiveness Monitoring (FTEM) database found at www.nwportal.fs.usda.gov within 90 days of control of the fire. Reference FSM 5140.

**Prescribed Fire**

- Provide program leadership by visiting prescribed fire treatment projects and providing leader's intent to prescribed fire personnel.
- Ensure compliance with National and Regional Office policy and direction for prescribed fire activities and ensure that periodic reviews and inspections of the prescribed fire program are completed.
- Adhere to procedures for Regional and/or National level approvals for new and continued prescribed fire activities at National Preparedness Levels 4 and 5 as described in the *National Interagency Mobilization Guide.*
- Ensure a Prescribed Fire Plan is written and approved for each project prior to implementation in accordance with the *Interagency Prescribed Fire Planning and Implementation Procedures Guide* (PMS 484) available at http://www.nwcg.gov/publications/484.
- Review Prescribed Fire Plans:
  - Ensure that the prescribed fire plan has been reviewed and recommended by a qualified technical reviewer.
  - Ensure that prescribed fire plans are designed to achieve desired conditions as described in Land and Resource Management Plans and project-specific NEPA decision document.
- Approve Prescribed Fire Plans:
  - Minimum qualifications for Forest Supervisors, District Rangers, other Line Officers and formally delegated "Acting" Line Officers to approve prescribed fire plans are:
    - Completing a National or Regional Fire Management Leadership course, or
    - Completing an Agency Administrator Workshop at the National Prescribed Fire Training Center, or
    - Qualifying in a Type 1 or 2 Command and General Staff position (currency not required), or
    - Qualifying as a Prescribed Fire Burn Boss (RXB1 or RXB2) or Prescribed Fire Manager (RXM1 or RXM2) (currency not required).
  - Attending an agency administrator session at the National Prescribed Fire Training Center (PFTC) may be substituted for the minimum training requirement for approving prescribed fire plans only.
  - Authority to approve prescribed fire plans is held at the Forest Supervisor level but may be delegated in writing to other qualified line officers or staff. Delegations should be based on meeting the minimum

training or experience described above and demonstrated ability. Documentation that supports the delegated authorities should be included in the individuals training records.

- o Approve prescribed fire plan amendments and determine the need for additional technical review of proposed plan amendments prior to approval.

- Reauthorize all prescribed fire plans if more than one year has elapsed since last authorization.
- Report all instances of prescribed fires resulting in a wildfire declaration and/or air quality Notice-of-Violation as required in FSM 5140.

**Fire Management Position Requirements**

The *Interagency Fire Program Management Qualifications Standard (IFPM)* and *Forest Service Fire Program Management Standard (FS-FPM)* will be used in conjunction with specific agency requirements when filling vacant fire program positions, and as an aid in developing Individual Development Plans (IDPs) for employees.

**Specific Fire Management Staff Responsibilities for Fire Operations at the Field Level**

**Preparedness**

- Use sound risk management practices as the foundation for all aspects of fire and aviation management.
- Ensure that only trained and qualified personnel are assigned to fire and aviation duties.
- Develop, implement, evaluate, and document fire and aviation training program to meet current and anticipated needs.
- Establish an effective process to gather, evaluate, and communicate information to managers, supervisors, and employees. Ensure clear concise communications are maintained at all levels.
- Ensure fire and aviation management staffs understand their roles, responsibilities, authority, and accountability.
- Develop and maintain effective communication with the public and cooperators.
- Regardless of funding level, provide a safe, effective, and efficient fire management program.
- Organize, train, equip, and direct a qualified work force. An Individual Development Plan (IDP) must be provided for incumbents who do not meet new standards. Establish qualification review process.
- Take appropriate action when performance is exceptional or deficient.
- Ensure fire and aviation policies are understood, followed, and coordinated with other agencies as appropriate.
- Ensure that adequate resources are available to implement fire management operations.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 146 of 463   PageID #: 1043

- Provide fire personnel with adequate guidance, training, and decision-making authority to ensure timely decisions.
- Develop and maintain agreements, annual operating plans, and contracts on an interagency basis to increase effectiveness and efficiencies.
- Develop, maintain, and annually evaluate the FMP to ensure accuracy and validity.
- Ensure budget requests and allocations reflect preparedness requirements in the FMP.
- Develop and maintain current operational plans (e.g., dispatch, pre-attack, prevention).
- Ensure that reports and records are properly completed and maintained.
- Ensure fiscal responsibility and accountability in planning and expenditures.
- Assess, identify, and implement program actions that effectively reduce unwanted wildland fire ignitions and mitigate risks to life, property, and resources.
- Work with cooperators to identify processes and procedures for providing fire adapted communities within the wildland urban interface.

**Suppression**
- Provide for and personally participate in periodic site visits to individual incidents and projects.
- Utilize the Organizational Needs Assessment and/or Complexity Analysis to ensure the proper level of management is assigned to all incidents.
- Ensure incoming personnel and crews are briefed prior to fire and aviation assignments.
- Coordinate the development of Published Decisions within WFDSS with local unit staff specialists for all fires that escape initial attack.
- Ensure effective transfer of command of incident management occurs and safety is considered in all functional areas.
- Monitor fire activity to anticipate and recognize when complexity levels exceed program capabilities. Increase managerial and operational resources to meet needs.
- Complete cost recovery actions when unplanned human-caused fires occur.
- Ensure structure exposure protection principles are followed.
- Ensure all misapplications of wildland fire chemicals are reported and appropriate consultation conducted as needed (see Chapter 12).
- Ensure 5% assessment of fires less than 300 acres that had aerial fire retardant used and have avoidance areas as a result of the record of decision for the nationwide aerial application of fire retardant on National Forest System land is completed and documented for misapplication reporting.
- Ensure all assessments of impacts to threatened and endangered species or cultural resources are conducted by trained and qualified resource personnel.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 147 of 463   PageID #: 1044

**Safety**

- Ensure completion of a Job Hazard Analysis (JHA) for fire and fire aviation activities, and implement applicable risk mitigation measures.
- Ensure work/rest and R&R guidelines are followed during all fire and aviation activities. Deviations are approved and documented.
- Initiate, conduct, and/or participate in fire management related reviews and investigations.
- Monitor fire season severity predictions, fire behavior, and fire activity levels. Take appropriate actions to ensure safe, efficient, and effective operations.

**Prescribed Fire**

- Ensure a written, approved burn plan exists for each prescribed fire project.
- Prepare and implement all prescribed fire plans in accordance with the *Interagency Prescribed Fire Planning and Implementation Procedures Guide* (PMS 484) available at http://www.nwcg.gov/publications/484.
- Ensure that the Prescribed Fire Burn Boss assigned to each project is qualified at the appropriate level as determined by project complexity (see the *Interagency Prescribed Fire Planning and Implementation Procedures Guide* at http://www.nwcg.gov/publications/484 for specific guidance).
- Review and update all prescribed fire plans as necessary to comply with policy or procedures and submit to agency administrator for review and approval.
- Submit amendments to prescribed fire plans to the agency administrator for approval.
- If more than one year has elapsed since approval, a prescribed fire plan will be reviewed to ensure assumptions are still valid and conditions have not changed, updated as necessary, and resubmitted to the agency administrator for approval.

**Structure Exposure Protection Principles**

**Mission and Role**

A significant role of the Forest Service is to manage natural resources on public land, and management of unwanted wildland fire is a primary mission in that role. Wildland firefighter training, tools, and personal protective equipment are based on the wildland environment. This does not prevent using wildland tactics in the Wildland Urban Interface (WUI) when risks are mitigated. Wildland firefighter training for the WUI, however, is centered on the concepts of preventing wildland fire from reaching areas of structures and/or reducing the intensity of fire that does reach structures. Fire suppression actions on structures that are outside federal jurisdiction, outside the scope of wildland firefighting training, or beyond the capability of wildland firefighting resources are not appropriate roles for the Forest Service.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 148 of 463   PageID #:
1045

Forest Service leadership will express clear and concise "leader's intent" to ensure structure protection assignments are managed safely, effectively, and efficiently. Leaders are expected to operate under existing policies and doctrine under normal conditions. Where conflicts occur, employees will be expected to weigh the risk versus gain, and operate within the intent of Agency policy and doctrine.

## Strategic Principles

- The Forest Service actively supports creation of Firewise and Fire Adapted Communities and structures that can survive wildland fire without intervention. We support the concept that property owners have primary responsibility for reducing wildfire risks to their lands and assets.
- The Forest Service will actively work toward applying Firewise concepts to all Forest Service owned structures, facilities, and permitted use to serve as a model to publics and communities.
- The Forest Service will apply strategy and tactics to keep wildland fires from reaching structures, as prudent to do so, considering risk management for firefighters and publics, fire behavior, values at risk including natural resources, availability of firefighting resources, and jurisdictional authorities.
- The Forest Service will be proactive in developing agreements with interagency partners to clarify its structure protection policy.
- The Forest Service structure protection role is based on the assumption that other Departments and agencies will fulfill their primary roles and responsibilities. The Forest Service will not usurp individual, local, or state responsibility for structure protection.
- Prior to task implementation, a specific structure protection role briefing will be accomplished.

## Tactical Applications

### Structure Protection Definition
Actions taken in advance of a fire reaching structures or other improvements are intended to safely prevent the fire from damaging or destroying these values at risk. For the Forest Service, structure protection involves the use of standard wildland fire suppression tactics and control methods; including the use of standard equipment, fire control lines, and the extinguishing of spot fires near or on the structure when safe and practical.

### USFS Role
As documented in a Forest Service doctrinal principle, "Agency employees respond when they come across situations where human life is immediately at risk or there is a clear emergency, and they are capable of assisting without undue risk to themselves or others." This principle serves as a foundational basis for the roles employees play in structure protection.

Pursuant to this "structure protection" policy provided above, Forest Service personnel may engage support from other cooperators in structure protection activities when 1) requested by local government under terms of an approved cooperative agreement or 2) when operating within a unified command. The agency is permitted, without agreement, to render emergency assistance to a local government in suppressing wildland fires, and in preserving life and property from the threat of fire, when properly trained and equipped agency resources are the closest to the need, and there is adequate leadership to do so safely. The agency will NOT routinely provide primary emergency response (medical aids, fire suppression, HAZMAT, etc... as identified on "run cards" or preplanned dispatch scenarios) nor will the agency supplant the local government responsibility to do so.

The contents of a cooperative agreement will clearly define the responsibilities of partners. Regarding structural fire protection, typical Forest Service responsibilities in the case of mutual aid, initial attack, extended attack, or large fire support include:

- To provide initial attack through extended attack actions consistent with application of wildland fire strategy and tactics.
- To supply water in support of tribal, state or local agencies having jurisdictional responsibility for the fire. This would include the use of water tenders, portable pumps, hose, tanks, and supporting draft sites.
- To assist or supply foam or chemical suppressant capability with engines or aerial application.
- To assist local authorities in the event of evacuations.
- To assist local authorities by assessing (triaging) structures for defensibility from wildfire.
- To coordinate with local authorities on actions taken by Private Structure Protection Companies.

As such, there should not be an expectation that the Forest Service will:

- "Wrap" or set up and administer sprinklers around privately owned structures.
- Remove fuels immediately surrounding a structure such as brush, landscaping, or firewood.

As addressed above, the Forest Service will apply strategy and tactics to keep wildland fires from reaching structures, as prudent to do so, considering risk management for firefighters and publics, fire behavior, values at risk including natural resources, availability of firefighting resources, and jurisdictional authorities.

EXHIBIT 7

The Forest Service shall not:
- Take direct suppression actions on structures other than those that tactically reduce the threat of fire spread to them.
- Enter structures or work on roofs of structures for the purpose of direct suppression actions.

In consideration of Forest Service owned or leased structures outside of structure fire protection areas these same policies apply. The use of Firewise principles and aggressive fire prevention measures will be employed for Forest Service structures at every opportunity.

If a Forest Service structure is determined to be at risk, "wrapping" or other indirect protection methods for the structure can be authorized by the Agency Administrator. Documentation of these decisions needs to be placed in the fire documentation package and the unit files. Any employee engaged in "wrapping" or other indirect methods of protection operations will be thoroughly briefed and trained in correct safety and personal protection equipment procedures, especially if the use of ladders or climbing on the structure is necessary. In any case, the Forest Service holds that no structure is worth the risk of serious injury to an employee in an attempt to protect that structure or facility from fire.

*Local Government Role*
Local government has the responsibility for emergency response, including structure protection, within their jurisdiction. This responsibility is usually found within the fire agencies' charter and is substantiated by tax dollar revenue (sales and/or property tax).

*Cost*
Local governments assume the financial responsibility for emergency response activities, including structure protection, within their jurisdictions. Local government will order resources deemed necessary to protect structures within their jurisdiction. Local agencies will not be reimbursed for performing their responsibilities within their jurisdiction.

*Tactical Operating Principles*
When engaging in structure protection activities, as defined above, Forest Service personnel will apply the following principles:
- The first priority for all risk-decisions is human survival, both of firefighters and the public.
- Incident containment strategies specifically address and integrate protection of defendable improved property and wildland values.
- Direct protection of improved property is undertaken when it is safe to do so, when there are sufficient time and appropriate resources available, and when the action directly contributes to achieving overall incident objectives.
- Firefighter decision to accept direction to engage in structure protection actions is based on the determination that the property is defendable and the

126                                              Release Date: January 2016

1      risk to firefighters can be safely mitigated under the current or potential fire
2      conditions.

3   •    A decision to delay or withdraw from structure protection operations is the
4      appropriate course of action when made in consideration of firefighter
5      safety, current or potential fire behavior, or defensibility of the structure or
6      groups of structures.

7   •    Firefighters at all levels are responsible to make risk-decisions appropriate
8      to their individual knowledge, experience, training, and situational
9      awareness.

10  •    Every firefighter is responsible to be aware of the factors that affect their
11     judgment and the decision-making process, including: a realistic perception
12     of their own knowledge, skills, and abilities, the presence of life threat or
13     structures, fire behavior, availability of resources, social/political pressures,
14     mission focus, and personal distractions such as home, work, health, and
15     fatigue.

16  •    An individual's ability to assimilate all available factors affecting
17     situational awareness is limited in a dynamic wildland urban interface fire
18     environment. Every firefighter is responsible to understand and recognize
19     these limitations, and to apply experience, training and personal judgment
20     to observe, orient, decide, and act in preparation for the "worst case."

21  •    It is the responsibility of every firefighter to participate in the flow of
22     information with supervisors, subordinates, and peers. Clear and concise
23     communication is essential to overcome limitations in situational
24     awareness.

25

**EXHIBIT 7**

(This page intentionally left blank.)

Release Date: January 2016

EXHIBIT 7

1 **Chapter 6**
2 **Reserved**

3 **This chapter is reserved.**

Release Date: January 2016 129

**EXHIBIT 7**

(This page intentionally left blank.)

Release Date: January 2016

EXHIBIT 7

# Chapter 7
# Safety and Risk Management

## Introduction

The primary means by which we prevent accidents in wildland fire operations is through aggressive risk management. Our safety philosophy acknowledges that while the ideal level of risk may be zero, a hazard free work environment is not a reasonable or achievable goal in fire operations. Through organized, comprehensive, and systematic risk management, we will determine the acceptable level of risk that allows us to provide for safety yet still achieve fire operations objectives. Risk management is intended to minimize the number of injuries or fatalities experienced by wildland firefighters.

## Policy

Firefighter and public safety is our first priority. All Fire Management Plans and activities must reflect this commitment. The commitment to and accountability for safety is a joint responsibility of all firefighters, managers, and administrators. Every supervisor, employee, and volunteer is responsible for following safe work practices and procedures, as well as identifying and reporting unsafe conditions.

Agency-specific Safety Policy Documents:
- *BLM* – *BLM Handbook 1112-1, 1112-2*
- *FWS* – *Service Manual 240 FW 1 Safety Program Management, 241 FW7, Firefighting, 241 FW 4, Risk Management*
- *NPS* – *DO-50 and RM-50 Loss Control Management Guideline*
- *FS* – *FSM 5100 and chapters, FSH-6709.11 Health and Safety Code Handbook*

For additional safety guidance, refer to:
- *Wildland Fire Incident Management Field Guide* (PMS 210)
- *Incident Response Pocket Guide (IRPG)* (PMS 461, NFES 1077)

## Guiding Principles

The primary means by which we implement command decisions and maintain unity of action is through the use of common principles of operations. These principles guide our fundamental wildland fire management practices, behaviors, and customs, and are mutually understood at every level of command. They include Risk Management, Standard Firefighting Orders and Watch Out Situations, LCES and the Downhill Line Construction Checklist. These principles are fundamental to how we perform fire operations, and are intended to improve decision making and firefighter safety. They are not absolute rules. They require judgment in application.

Release Date: January 2016                                                      131

## Goal

The goal of the fire safety program is to provide direction and guidance for safe and effective management in all activities. Safety is the responsibility of everyone assigned to wildland fire, and must be practiced at all operational levels from the national fire director, state/regional director, and unit manager to employees in the field. Agency Administrators need to stress that firefighter and public safety always takes precedence over property and resource loss. Coordination between the fire management staff and unit safety officer(s) is essential in achieving this objective.

## Definitions

**Safety:** A measure of the degree of freedom from risk or conditions that can cause death, physical harm, or equipment or property damage.

**Hazard:** A condition or situation that exists within the working environment capable of causing physical harm, injury, or damage.

**Risk:** The likelihood or possibility of hazardous consequences in terms of severity or probability.

**Risk Management:** The process whereby management decisions are made and actions taken concerning control of hazards and acceptance of remaining risk.

## Risk Management Process

Fire operations risk management is outlined in the *NWCG Incident Response Pocket Guide (IRPG)*. The five step process provides firefighters and fire managers a simple, universal, and consistent way to practice risk management by:
- Establishing situation awareness by identifying hazards.
- Assessing hazard potential.
- Developing hazard controls and making risk management decisions.
- Implementing hazard controls.
- Supervising implementation and evaluating effectiveness.

## Job Hazard Analysis (JHA)/Risk Assessment (RA)

A completed JHA/RA is required for:
- Jobs or work practices that have potential hazards.
- New, non-routine, or hazardous tasks to be performed where potential hazards exist.
- Jobs that may require the employee to use non-standard personal protective equipment (PPE).
- Changes in equipment, work environment, conditions, policies, or materials.

132                                                    Release Date: January 2016

- Supervisors and appropriate line managers must ensure that established JHAs are reviewed and signed prior to any non-routine task or at the beginning of the fire season.
  - *BLM – Additional RA information can be obtained at: https://blmspace.blm.doi.net/wo/700/safetyhealthandemergency/SitePages/Risk%20Management.aspx*
  - *FWS – See also 240 FW 1, Exhibit 1, Job Hazard Assessment*
  - *FS – JHAs must include a description of the emergency medical procedures, identification of key individuals, and actions that will be taken to ensure prompt and effective medical care and evacuation. See FSH 6709.11, section 21.1 for more information.*

## Work/Rest

To mitigate fatigue, Agency Administrators, fire managers, supervisors, Incident Commanders, and individual firefighters should plan for and ensure that all personnel are provided a minimum 2:1 work/rest ratio (for every 2 hours of work or travel, provide 1 hour of sleep and/or rest). Work shifts that exceed 16 hours and/or consecutive days that do not meet the 2:1 work/rest ratio should be the exception. When this occurs, the following actions are required:

- Personnel will resume 2:1 work/rest ratio as quickly as possible.
- The Incident Commander or Agency Administrator will justify work shifts that exceed 16 hours and/or consecutive days that do not meet 2:1 work to rest ratio. Justification will be documented in the daily incident records, and must include mitigation measures used to reduce fatigue.
- The Time Officer's/Unit Leader's approval of the Emergency Firefighter Time Report (OF-288), or other agency pay document, certifies that the required documentation is on file and no further documentation is required for pay purposes.

The work/rest guidelines do not apply to aircraft pilots assigned to an incident. Pilots must abide by applicable Federal Aviation Administration (FAA) guidelines, or agency policy if more restrictive.

## Length of Assignment

### Assignment Definition
An assignment is defined as the time period (days) between the first full operational period at the first incident or reporting location on the original resource order and the last day worked prior to commencement of return travel to the home unit.

### Length of Assignment
Standard assignment length is 14 days, exclusive of travel from and to home unit, with possible extensions identified below. Time spent in staging and

Release Date: January 2016                                         133

preposition status counts toward the 14-day limit, regardless of pay status, for all personnel, including Incident Management Teams.

14-Day Scenario



**Days Off**

To assist in mitigating fatigue, days off are allowed during and after assignments. Agency Administrators (incident host or home unit) may authorize time off supplementary to mandatory days off requirements.

The authority to grant a day off with pay lies within 5 U.S.C. 6104, 5 CFR 610.301-306, and 56 Comp. Gen. Decision 393 (1977).

After completion of a 14-day assignment and return to the home unit, two mandatory days off will be provided (2 after 14). Days off must occur on the calendar days immediately following the return travel in order to be charged to the incident (See Section 12.1-2) (5 U.S.C. 6104, 5 CFR 610.301-306, and 56 Comp. Gen. Decision 393 (1977). If the next day(s) upon return from an incident is/are a regular work day(s), a paid day(s) off will be authorized. Regulations may preclude authorizing this for non-NWCG and state/local employees.

Pay entitlement, including administrative leave, for a paid day(s) off cannot be authorized on the individual's regular day(s) off at their home unit. Agencies will apply holiday pay regulations, as appropriate. A paid day off is recorded on home unit time records according to agency requirements. Casuals (AD) are not entitled to paid day(s) off upon release from the incident or at their point of hire.

Contract resources are not entitled to paid day(s) off upon release from the incident or at their point of hire.
- *BLM/FWS – After completion of a 14-day assignment and return travel, the mandatory days off will be charged to Administrative Leave if they fall on a regularly-scheduled work day.*

Home unit Agency Administrators may authorize additional day(s) off with compensation to further mitigate fatigue. If authorized, home unit program funds will be used. All length of assignment rules apply to aviation resources, including aircraft pilots, notwithstanding the FAA and agency day off regulations.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 159 of 463   PageID #: 1056

**Assignment Extension**

Prior to assigning incident personnel to back-to-back assignments, their health, readiness, and capability must be considered. The health and safety of incident personnel and resources will not be compromised under any circumstance.

- Assignments may be extended when:
    - ○ Life and property are imminently threatened.
    - ○ Suppression objectives are close to being met.
    - ○ A military battalion is assigned.
    - ○ Replacement resources are unavailable, or have not yet arrived.

Upon completion of the standard 14-day assignment, an extension of up to an additional 14 days may be allowed (for a total of up to 30 days, inclusive of mandatory days off, and exclusive of travel).

21-Day Scenario



A 21-day assignment is exclusive of travel from and to home unit. Time spent in staging and preposition status counts toward the 21-day assignment, regardless of pay status, for all personnel, including Incident Management Teams.

30-Day Scenario



An assignment longer than 22 days is exclusive of travel from and to home unit. Time spent in staging and preposition status counts toward the assignment, regardless of pay status, for all personnel, including Incident Management Teams. For an assignment exceeding 21 days, two mandatory days off will be provided prior to the 22nd day of the assignment.

Contracts, Incident Blanket Purchase Agreements (I-BPA), and Emergency Equipment Rental Agreements (EERA) should be reviewed for appropriate pay requirements and length of assignment. If the contract, I-BPA, or EERA do not address this, the incident Finance/Administration Section Chief or the procurement official should be consulted as to whether compensation for a day off is appropriate.

**Single Resource/Kind Extensions**

The section chief or Incident Commander will identify the need for assignment extension and will obtain the affected resource's concurrence. The section chief

Release Date: January 2016  135

and affected resource will acquire and document the home unit supervisor's approval.

The Incident Commander approves the extension. If a convened Geographic or National Multi-Agency Coordinating Group (GMAC/NMAC) directs, the Incident Commander approves only after GMAC/NMAC concurrence.

If the potential exists for reassignment to another incident during the extension, the home unit supervisor and the affected resource will be advised and must concur prior to reassignment.

**Incident Management Team Extensions**
Incident Management Team extensions are to be negotiated between the incident Agency Administrator, the Incident Commander, and the GMAC/NMAC (if directed).

**Maximum Consecutive Days Worked – Home Unit**
During extended periods of activity at the home unit, personnel will have a minimum of 1 day off in any 21-day period.

**Driving Standard**

All employees driving motor vehicles are responsible for the proper care, operation, maintenance, and protection of the vehicle, and to obey all federal and state laws.

The use of government-owned, rented, or leased motor vehicles is for official business only. Unauthorized use is prohibited.

**General Driving Policy**
- Employees must have a valid state driver's license in their possession for the appropriate vehicle class before operating the vehicle. Operating a government-owned or rental vehicle without a valid state driver's license is prohibited.
- All drivers whose job duties require the use of a motor vehicle will receive initial defensive driver training within three months of entering on duty and refresher driver training every three years thereafter.
  - *BLM/FS – Driver training is required prior to operating a vehicle for official purposes.*
- All traffic violations or parking tickets will be the operator's responsibility.
- All driving requiring a CDL will be performed in accordance with applicable Department of Transportation regulations.
- Drivers and all passengers are required to use provided seat belts at all times when the motor vehicle is in motion.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 161 of 463   PageID #: 1058

Employees operating a motor vehicle that meets any of the following criteria must possess a valid Commercial Driver's License (CDL) with all of the applicable endorsements:

- Has a gross combination weight rating or gross combination weight of 26,001 pounds or more, whichever is greater, inclusive of a towed unit(s) with a gross vehicle weight rating or gross vehicle weight of more than 10,000 pounds, whichever is greater; or
- Has a gross vehicle weight rating or gross vehicle weight of 26,001 pounds or more, whichever is greater; or
- Is designed to transport 16 or more passengers, including the driver; or
- Is of any size and is used in the transportation of hazardous materials. Hazardous materials means any material that has been designated as hazardous under *49 U.S.C. 5103* and is required to be placarded under subpart F of *49 CFR part 172* or any quantity of a material listed as a select agent or toxin in *42 CFR part 73*.
  - *BLM – BLM Form 1112-11 will be used to document every fire and aviation employee's authorization to drive government vehicles or to drive private or rental vehicles for government business. BLM Form 1112-11 replaces form OF-345, form DI-131, and any equivalent form that has been created for local or state level use. Employees are required to self-certify their physical ability to operate vehicles which they are authorized to use. Drivers of vehicles that require a Commercial Driver's License may be required to have additional driver, medical, and fitness testing as required by local and/or state laws. Employees will immediately inform their supervisor and update BLM Form 1112-11 if a change in medical condition impedes their driving ability or if a state driving privilege is restricted for any reason. Supervisors will review the updated form and take appropriate action as necessary. BLM Form 1112-11 is available at: https://blmspace.blm.doi.net/oc/intra/dbs/eForms%20Library/Forms/Safety.aspx.*
  - *FS – Policy requires all operators of government owned, or leased vehicles to have a Forest Service issued Operator's Identification Card (OF-346) indicating the type of vehicles or equipment the holder is authorized and qualified to operate.*
  - *BLM/NPS/FWS – The DOI has granted wildland fire agencies a variance from 485 DM 16 policy that requires operators of commercial vehicles to be at least 21 years of age. The variance allows employees between the ages of 18 and 21 obtain and utilize a CDL (subject to state law) to operate agency fire vehicles under the specific conditions as stated below:*
    - *Drivers with a CDL may only drive within the state that has issued the CDL and must comply with that state's special requirements and endorsements.*

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 162 of 463   PageID #: 1059

- *These drivers must only drive vehicles that are equipped with visible and audible signals, and are easily recognized as firefighting equipment. This excludes, but is not limited to, school buses used for crew transport and "low-boy" tractor trailers used for construction equipment transport.*
- *Supervisors must annually establish and document that these drivers have a valid license (i.e., that the license has not been suspended, revoked, canceled, or that the employee has not been otherwise disqualified from holding a license - 485 DM 16.3.B (1), ensure that the employee has the ability to operate the vehicle(s) safely in the operational environment assigned (485 DM 16.3.B (2), and review and validate the employee's driving record (485 DM 16.3.B(4)).*

o *NPS – For NPS employees engaged in activities other than wildfire or prescribed fire, refer to the current NPS Official Travel Driving Policy for restrictions.*

o *BLM/NPS/FWS – Employees, volunteers, and contractors (for BLM, this includes cooperators) are prohibited from using any mobile voice/data communication or electronic data retrieval device while operating a government owned, leased, or rented vehicle or while operating a personally-owned vehicle for official government business, and are further prohibited from using any government-owned mobile communication or data retrieval device while operating a personally-owned vehicle. Government purchased two-way radios are exempt from this requirement. The use of any of these devices during an emergency situation (immediate threat to life) is limited to the extent necessary to convey vital information. When there is a passenger in the vehicle and the vehicle is in motion, the passenger shall manage communications to prevent driver distraction.*

o *FS – Drivers shall not engage in cellular phone or mobile radio communications while the vehicle is in motion unless actively engaged in an emergency such as wildland firefighting. During non-emergency situations, the driver shall identify a safe location to stop the vehicle and then engage in cellular phone or mobile radio communications. These restrictions apply whether or not hands-free technology is available.*

**Non-Incident Operations Driving**
Refer to the current driving standards for each individual agency.

**Mobilization and Demobilization**
To manage fatigue, every effort should be made to avoid off unit (excluding IA response) mobilization and demobilization travel between 2200 hours and 0500 hours.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 163 of 463   PageID #:
1060

**Incident Operations Driving**

This policy addresses driving by personnel actively engaged in wildland fire or all-hazard activities; this includes driving while in support, mobilization, and demobilization to an assigned incident, or during initial attack fire response (includes time required to control the fire and travel to a rest location).

- Agency resources assigned to an incident or engaged in initial attack fire response will adhere to the current agency work/rest policy for determining length of duty day.
- No driver will drive more than 10 hours (behind the wheel) within any duty-day.
- Multiple drivers in a single vehicle may drive up to the duty-day limitation provided no driver exceeds the individual driving (behind the wheel) time limitation of 10 hours.
- A driver shall drive only if they have had at least 8 consecutive hours off duty before beginning a shift. Exception to the minimum off-duty hour requirement is allowed when essential to:
  - o Accomplish immediate and critical suppression objectives.
  - o Address immediate and critical firefighter or public safety issues.
- As stated in the current agency work/rest policy, documentation of mitigation measures used to reduce fatigue is required for drivers who exceed 16 hour work shifts. This is required regardless of whether the driver was still compliant with the 10 hour individual (behind the wheel) driving time limitations.

**Fire Vehicle Operation Standards**

Operators of all vehicles must abide by state traffic regulations. Operation of all vehicles will be conducted within the limits specified by the manufacturer. Limitations based on tire maximum speed ratings and GVWR restrictions must be followed. It is the vehicle operator's responsibility to ensure vehicles abide by these and any other limitations specified by agency or state regulations.

**Management Controls to Mitigate Exposure**

Management controls, engineering controls, equipment guards, and administrative procedures are the first line of defense against exposing an employee to a hazard. Personal Protective Equipment (PPE) will be used to protect employees against hazards that exist after all management controls are exhausted.

**Wildland Fire Field Attire**

Polyester, polypropylene, and nylon materials are not to be worn, because most synthetic fibers melt when exposed to flame or extreme radiant heat. Personnel should wear only undergarments made of 100 percent or the highest possible content of natural fibers, aramid, or other flame-resistant materials.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 164 of 463   PageID #: 1061

## Personal Protective Equipment (PPE)

All personnel are required to use Personal Protective Equipment (PPE) appropriate for their duties and/or as identified in JHAs/RAs. Employees must be trained to use safety equipment effectively.

Flame resistant clothing should be cleaned or replaced whenever soiled, especially when soiled with petroleum products. Flame resistant clothing will be replaced when the fabric is so worn as to reduce the protection capability of the garment or is so faded as to significantly reduce the desired visibility qualities.

Any modification to Personal Protective Equipment that reduces its protection capability such as iron-on logos, and stagging of pants, is an unacceptable practice and will not be allowed on fires.

## Required Fireline PPE

- Wildland fire boots
- Fire shelter (M-2002)
- Hard hat with chinstrap
- Goggles/safety glasses (as identified by JHAs/RAs)
- Ear plugs/hearing protection
- National Fire Protection Association (NFPA) 1977 compliant long-sleeved flame resistant shirt
- NFPA 1977 compliant flame resistant trousers
- Leather or leather/flame resistant combination gloves. Flight gloves are not approved for fireline use.
- Additional PPE as identified by local conditions, material safety data sheet (MSDS), or JHA/RA
  - *FS – Shirt, trousers, and gloves used by USFS personnel must meet Forest Service specification 5100-91 (shirt), 5100-92 (trousers), 6170-5 (gloves), or be NFPA 1977 compliant.*

## Wildland Fire Boot Standard

Personnel assigned to wildland fires must wear a minimum of 8-inch high, lace-type exterior leather work boots with lug melt-resistant soles. The 8-inch height requirement is measured from the bottom of the heel to the top of the boot. Alaska is exempt from the lug sole requirement.

All boots that meet the wildland fire boot standard as described above are required for firefighting and fireline visits, considered non-specialized PPE, and will be purchased by the employee (including AD/EFF) prior to employment.

The agencies have authorized payment of a boot stipend. See agency specific guidance for implementation.

**Fire Shelters**

New Generation Fire Shelters (M-2002, Forest Service Specification 5100-606) are required for all wildland firefighters. For more information, refer to http://www.nifc.gov/fireShelt/fshelt_main.html.

Training in inspection and deployment of New Generation Fire Shelters will be provided prior to issuance. Firefighters will inspect their fire shelters at the beginning of each fire season and periodically throughout the year, to ensure they are serviceable.

Training shelters will be deployed at required Annual Fireline Safety Refresher Training. No live fire exercises for the purpose of fire shelter deployment training will be conducted.

Fire shelters will be carried in a readily accessible manner by all line personnel. The deployment of shelters will not be used as a tactical tool. Supervisors and firefighters must never rely on fire shelters instead of using well-defined escape routes and safety zones. When deployed on a fire, fire shelters will be left in place if it is safe to do so and not be removed pending approval of authorized investigators. Firefighters must report the shelter deployment incident to their supervisor as soon as possible.

**Head Protection**

Personnel must be equipped with hardhats and wear them at all times while in the fire area. Hardhats must be equipped with a chinstrap, which must be fastened while riding in, or in the vicinity of, helicopters. Acceptable hardhats for fireline use must meet *NFPA 1977 Standard on Protective Clothing and Equipment for Wildland Fire Fighting* requirements.

Hardhats consist of two components, the shell and the suspension, which work together as a system. Both components require periodic inspection and maintenance. To ensure serviceable hardhats are worn, follow the current guidelines found in:
- The 2011 National Fire Equipment System (NFES) Cache Memorandum No. 11-01, "*Helmet, Safety (NFES 000109), Service Life and Refurbishment Guidelines*" at http://www.nifc.gov/nicc/logistics/cachememo/CM2011-1_Hard_Hat.pdf.
- The 2002 National Technology and Development Program (T&D) Tech Tip, *Your Hardhat: Inspection and Maintenance* (0267-2331-MTDC) at http://www.fs.fed.us/t-d/pubs/pdfpubs/pdf02672331/pdf02672331dpi300.pdf.

Both documents provide important information; however, the 2011 National Fire Equipment System (NFES) Cache Memorandum No. 11-01 takes precedence over any older guidance in the T&D Tech Tip.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 166 of 463   PageID #: 1063

**Eye and Face Protection**

The following positions require the wearing of eye protection (meets *ANSI Z87.1* Standards):

- Nozzle operator
- Chainsaw operator/faller
- Helibase and ramp personnel
- Wildland fire chemical mixing personnel
- Other duties may require eye protection as identified in a specific JHA/RA

Full face protection in the form of a face shield in compliance with *ANSI Z87.1* shall be worn when working in any position where face protection has been identified as required in the job-specific JHA/RA: Batch Mixing for Terra-Torch®, power sharpener operators, etc.

**Hearing Protection**

Personnel who are exposed to a noise level in excess of 85db must be provided with, and wear, hearing protection. This includes, but is not limited to:

- Chainsaw operators/fallers
- Pump operators
- Helibase and aircraft ramp personnel
- Wildland fire chemical mixing personnel

Other duties may require hearing protection as identified in a specific JHA/RA.

Employees may be required to be placed under a hearing conservation program as required by *29 CFR 1910.95*. Consult with local safety and health personnel for specifics regarding unit hearing conservation programs.

**Neck Protection**

Face and neck shrouds are not required PPE. The use of shrouds is not required and should be as a result of onsite risk analysis. If used, face and neck shrouds shall meet the requirements of FS specification 5100-601 or *NFPA 1977 Standard on Protective Clothing and Equipment for Wildland Fire Fighting.*

Shrouds should be positioned in a manner that allows for immediate use. For additional information see MTDC Tech Tip *Improved Face and Neck Shroud for Wildland Firefighters, 2004* (0451-2323-MTDC) at http://www.fs.fed.us/t-d/pubs/htmlpubs/htm04512323/index.htm.

**Leg Protection**

All chainsaw operators will wear chainsaw chaps meeting the United States Forest Service Specification 6170-4F or 4G. Swampers should wear chaps when the need is demonstrated by a risk analysis considering proximity to the sawyer, slope, fuel type, etc. All previous Forest Service specification chainsaw chaps must be removed from service. Chainsaw chaps shall be maintained in accordance with MTDC Publication, *Inspecting and Repairing Your Chainsaw*

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP    Document 19-6    Filed 11/19/19    Page 167 of 463    PageID #: 1064

1 *Chaps – User Instructions* (0567-2816-MTDC) available at
2 http://www.fs.fed.us/t-d/pubs/htmlpubs/htm05672816/page01.htm.

3 **Respiratory Protection**
4 Respiratory protection should only be implemented once engineering and
5 administrative controls are exhausted. The need for respiratory protection during
6 wildland fire operations must be determined by each agency. The requirements
7 for respirator use are found in *29 CFR Part 1910.134*.

8 Only NIOSH-approved respirators shall be used. Several respiratory-type
9 products are marketed to wildland firefighters but are not NIOSH-approved
10 (e.g., shrouds with filtration devices).

11 Managers and supervisors will not knowingly place wildland firefighters in
12 positions where exposure to toxic gases or chemicals that cannot be mitigated
13 and would require the use of self-contained breathing apparatus.

14 Managers will not sign cooperative fire protection agreements that would
15 commit wildland firefighters to situations where exposure to toxic gases or
16 chemicals would require the use of self-contained breathing apparatus.
17 • *FS – FSM 5130, Self-Contained Breathing Apparatus – Wildland*
18 *firefighters may use only SCBA which are compliant with NFPA 1981,*
19 *Standard on Open-Circuit Self-Contained Breathing Apparatus (SCBA) for*
20 *Emergency Services. SCBA may only be used when contaminants from*
21 *vehicle, dump, structure, or other non-wildland fuel fire cannot be avoided*
22 *while meeting wildland fire suppression objectives (29 CFR 1910.134,*
23 *Respiratory Protection). If such an apparatus is not available, avoid*
24 *exposure to smoke from these sources. The acquisition, training, proper*
25 *use, employee health surveillance programs, inspection, storage, and*
26 *maintenance of respiratory protection equipment must comply with*
27 *applicable National Fire Protection Association standards and 29 CFR*
28 *1910.134, and be justified by a Job Hazard Analysis. Where the acquisition*
29 *and use of an SCBA is approved, it may be carried only on a fire engine and*
30 *its use must be consistent with FSM 5130.*

31 **Specialized or Non-Standard Personal Protective Equipment (PPE)**
32 Specialized PPE not routinely supplied by the agency (e.g., prescription safety
33 glasses, static-resistant clothing, cold weather flame resistant outerwear, etc.)
34 required to perform a task safely must be procured in accordance with agency
35 direction, and supported by a JHA/Risk Assessment.

36 A JHA/Risk Assessment must be completed and reviewed by the Unit Safety
37 Officer and the supervisor's approval is required. Items must meet agency and
38 industry standards for specific intended use. Cold weather flame resistant
39 outerwear shall be in compliance with NFPA 1977, *Standard on Protective*
40 *Clothing and Equipment for Wildland Fire Fighting*. All cold weather inner

**EXHIBIT 7**

wear should be composed of 100% or the highest possible content of natural fibers (cotton, wool or silk) or other flame resistant material such as aramid.

**High Visibility Vests**

In order to meet *23 CFR 634*, high visibility apparel should be worn whenever a firefighter is working on or in the right of way of a public roadway.

Employees must wear high visibility safety apparel that meets ANSI/ISEA 107-2004, Class 2 or 3, or ANSI/ISEA 207-2006.

*Exceptions*

The high visibility safety apparel should not be worn if:

- There is a reasonable chance that the employee may be exposed to flames, high heat, or hazardous materials.
- The high visibility garment hinders an employee's ability to do their job because it prevents necessary motion or because it limits access to necessary equipment such as radios or fire shelters.

Additional information is available in the Missoula Technology and Development Center (MTDC) report, *High-Visibility Garments and Worker Safety on Roadways* (1251-2818P-MTDC) at http://www.fs.fed.us/t-d/pubs/htmlpubs/htm12512818/.

**Fireline Safety**

**Incident Briefings**

Fire managers must ensure that safety briefings are occurring throughout the fire organization, and that safety factors are addressed through the IC or their designee and communicated to all incident personnel at operational briefings. The identification and location of escape routes and safety zones must be stressed. A briefing checklist can be found in the *Incident Response Pocket Guide (IRPG)*.

**LCES – A System for Operational Safety**

LCES will be used in all operational briefings and tactical operations as per the *Incident Response Pocket Guide (IRPG)*.

- L - Lookout(s)
- C - Communication(s)
- E - Escape Route(s)
- S - Safety Zone(s)

**Right to Refuse Risk**

Every individual has the right to turn down unsafe assignments. When an individual feels an assignment is unsafe, they also have the obligation to identify, to the degree possible, safety alternatives for completing that assignment. The IRPG contains a process for properly refusing risk.

**Smoke and Carbon Monoxide**

It is important to note that smoke is just one of the potential risks faced by wildland firefighters. Site-specific hazards and mitigations need to be identified (using JHA/RA) to reduce firefighter exposure to smoke and potential carbon monoxide which includes evaluating and balancing all the risks associated with the operational objectives.

From an incident management perspective, smoke impacts need to be analyzed and a risk assessment completed using the ICS-215A, Incident Action Plan Safety Analysis worksheet. For additional information, reference NWCG memorandum EB-M-12-006, *Monitoring and Mitigating Exposure to Carbon Monoxide and Particulates at Incident Base Camps* at http://www.nwcg.gov/executive-board/correspondence.

**Location of Fire Camps and Plans to Remain in Place**

Fire camps should be located in areas that will service the incident for the long term without having to relocate. Due to such factors as extreme fire behavior, fire camp locations might be compromised. Incident Commanders are to be especially vigilant to quickly identify situations that may put their fire camp(s) or any other adjacent fire camps in jeopardy. As such, planning for evacuation and/ or remain in place actions should be considered. Evacuation plans at a minimum shall include:

- Documented risk assessment
- Trigger points
- Egress routes
- Transportation for all personnel
- Accountability for all personnel
- Those individuals not meeting 310-1 qualifications will be considered escorted visitors as addressed elsewhere in this chapter.
  - *FS – At a minimum, plans shall also include:*
    - *ICP protection strategy referenced in the IAP.*
    - *Live-ability considerations including air quality, functionality of location and facilities, and safety factors for post burn conditions.*

**Standard Safety Flagging**

The NWCG recommends the following Safety Zone/Escape Route flagging for wildland fire activities:

- Hot-pink flagging marked "Escape Route" (NFES 0566). Crews with colorblind members may wish to carry and utilize fluorescent chartreuse flagging (NFES 2396).
- Hazards. Yellow with black diagonal stripes, 1 inch wide (NFES 0267). If the above recommendation is not utilized on an incident, the incident will need to identify the selected color and make it known to all firefighters.

## Emergency Medical Planning and Services

To provide for quick and effective response, all units (including dispatch centers) will develop and implement plans that specify emergency procedures, actions, and roles/responsibilities to ensure injured personnel are provided prompt and effective medical care and evacuation.

### Incident Medical Emergency Management Planning

In 2010, NWCG approved the standardized incident emergency protocol developed by the Dutch Creek Serious Accident Task Team, and issued direction that these emergency medical procedures be adopted by all IMTs during daily operations.

Although some of the procedures are specific to larger Type 1 and Type 2 incidents when key unit leader positions are filled, these same procedures and protocols can be adapted for local unit use when managing Type 5, 4, and 3 incidents as well as during normal field operations. Local unit emergency medical plans must take into account all types and management levels of incidents.

To achieve successful medical response, Agency Administrators will ensure that their units have completed the following items prior to each field season:

- A Medical Emergency Plan that identifies medical evacuation options, local/county/state/federal resource capabilities, capacities, ordering procedures, cooperative agreements, role of dispatch centers, and key contacts or liaisons.
- Standardized incident and communication center protocols identified in the Medical Incident Report section of the IRPG.
- For incidents that require the preparation of an IAP, Form ICS-206-WF will be used. This form is available at http://www.nwcg.gov/publications/ics-forms.

For more information, refer to NWCG memorandum EB-M-14-001 at http://www.nwcg.gov/executive-board/correspondence.

### Air Ambulance Coordination

Unit and state/regional-level fire program managers should ensure that procedures, processes, and/or agreements for use of local and regional air ambulance services are stated in writing and effectively coordinated between the fire programs, the dispatch/logistics centers, and the service providers. These procedures, processes, and/or agreements should address contact frequencies, coordinate format requirements, and capabilities/limitations of the air ambulance (e.g., night flying, unimproved helispots, weather restrictions).

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 171 of 463   PageID #: 1068

**Incident Emergency Medical Services**

Agencies will follow interim NWCG minimum standards for incident emergency medical services as defined in Appendix K (NWCG#011-2208) to assist wildland fire Incident Commanders with determining the level and number of emergency medical resources and related supplies needed based upon the number of incident personnel. This standard as well as other incident medical information can be found on the NWCG Incident Emergency Medical Subcommittee website at http://www.nwcg.gov/committees/incident-emergency-medical-subcommittee/incident-emergency-medical-subcommittee-policy-and-guides.

Incidents that have established Medical Units shall follow the direction as outlined in *Interim NWCG Minimum Standards for Medical Units Managed By NWCG Member Agencies* at http://www.nwcg.gov/committees/incident-emergency-medical-subcommittee/incident-emergency-medical-subcommittee-policy-and-guides.

NWCG has published *Clinical Treatment Guidelines for Wildland Fire Medical Units (*PMS 551*)*. These guidelines establish a national approach for medical care during large incidents that expand the typical emergency management services (EMS) scope of practice to include the mission of managing and maintaining the health and wellness of wildland fire personnel. These guidelines are available at http://www.nwcg.gov/committees/incident-emergency-medical-subcommittee/incident-emergency-medical-subcommittee-policy-and-guides.

Home units that choose to utilize and support higher level medical responders to provide medical support for internal agency medical emergencies (beyond basic first aid/CPR) may do so; however, certification and credentialing must follow respective state laws and protocols.

**Required Treatment for Burn Injuries**

The following standards will be used when any firefighter sustains burn injuries, regardless of agency jurisdiction.

After on-site medical response, initial medical stabilization, and evaluation are completed, the Agency Administrator or designee having jurisdiction for the incident and/or firefighter representative (e.g., Crew Boss, Medical Unit Leader, Compensations for Injury Specialist, etc.) should discuss and coordinate with the attending physician to ensure that a firefighter whose burn injuries meet any of the following burn injury criteria is appropriately referred to the nearest regional burn center. Burn injuries are often difficult to evaluate and may take 72 hours to manifest themselves. When there is any doubt as to the severity of or if criteria are met for a burn injury, the recommended action is to work closely with the treating physician to facilitate either a digital picture or telemedicine consult with a burn center or the referral and transport of the burned employee to

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 172 of 463   PageID #: 1069

the nearest burn center. It should be kept in mind, however, that not all burns require referral to a burn center. The following criteria from the American Burn Association (ABA) are meant to help guide the patient referral decision process.

The decision to refer a firefighter not meeting the following criteria to a regional burn center is made directly by the attending physician or may be requested of the physician by the Agency Administrator or designee having jurisdiction and/or firefighter representative after discussing medical follow-up beyond the ER. A possible solution is a referral to a burn center out-patient clinic for follow-up care after the ER visit.

After initial medical stabilization and evaluation are completed in a medical facility, the decision to refer the employee to a specialty care physician/facility is made only by the attending physician. Workers Compensation benefits may be denied in the event the employee is transported to a specialty care physician/facility without a referral from the attending physician after already being seen by a medical provider. A report prepared by a Physicians' Assistant must be countersigned by a physician to be accepted as medical evidence. A definition of "physician" can be found at http://www.dol.gov/owcp/dfec/regs/compliance/DFECfolio/FECA-PT3/#30100.

The Agency Administrator or designee for the incident will coordinate with the employee's home unit to identify a workers compensation liaison to assist the injured employee with workers compensation claims and procedures.

During these rare events, close consultation must occur between the attending physician, the firefighter, the Agency Administrator or designee and/or firefighter representative, the firefighter's physician (if they have one), and the burn center to assure that the best possible care for the burn injuries is provided.

**ABA Burn Injury Criteria**

- Partial thickness burns (second degree) involving greater than 10% Total Body Surface Area (TBSA).
- Burns (second degree) involving the face, hands, foot, genitalia, perineum, or major joints.
- Third-degree burns of any size are present.
- Electrical burns, including lightning injury, or chemical burns are present.
- Inhalation injury is suspected.
- Burn injury in someone with preexisting medical disorders that could complicate management, prolong recovery or affect mortality (e.g., diabetes).
- Any patient with burns and concomitant trauma (such as fractures) in which the burn injury poses the greatest risk of morbidity or mortality. In such cases, if the trauma poses the greater immediate risk, the patient may be initially stabilized in a trauma center before being transferred to a burn unit.

EXHIBIT 7
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 173 of 463   PageID #: 1070

Physician judgment will be necessary in such situations and should be in concert with the regional medical control plan and triage protocols.

*Severity Determination*
- **First Degree** (Superficial) Red, sometimes painful.
- **Second Degree** (Partial Thickness) Skin may be red, blistered, swollen, painful to very painful.
- **Third Degree** (Full Thickness) Whitish, charred, or translucent, no pin prick sensation in burned area.

*Percentage Total Body Surface Area (TBSA)*



A list of burn care facilities can be found at
http://www.ameriburn.org/BCRDPublic.pdf.

For additional NWCG incident emergency medical information see
http://www.nwcg.gov/committees/incident-emergency-medical-subcommittee/incident-emergency-medical-subcommitte-policy-and-guides.

### Explosives, Munitions, and Unexploded Ordinance

When encountering explosives, munitions, unexploded ordinance (UXO), or suspected UXO, never pick up, handle, uncover, or touch suspected explosives or military munitions. Retreat and secure the area from entry. Immediately notify the local dispatch office, and gather as much information as possible from a safe distance.

Release Date: January 2016                                                     149

Gather the following information and provide it to the dispatch center:

- Location of the explosive/munitions using a map, GPS coordinates, or landmarks (use of a GPS receiver is acceptable because it is a receive-only device).
- Picture of the explosive if it can be obtained from a safe distance.
- Who discovered the explosive/munitions and how they can be contacted.
- Condition of the explosive/munitions (e.g., buried, partially exposed, fully exposed, deteriorated, or punctured).
- Number and type of explosive/munitions visible (e.g., blasting caps, dynamite, bomb, grenade, etc.).
- Estimated size of explosive/munitions (e.g., length and diameter).
- Distinctive features of explosive/munitions (e.g., shape, color, markings).
- Nearby structures, if any (so inhabitants can be contacted and evacuated if necessary).
- Public access to the vicinity (i.e., open or closed to motor vehicles).

Never spend more time near munitions, suspected explosives, or UXO than is absolutely necessary. Only collect the above information as long as it is safe to do so from a distance. Never compromise safety to collect information.

**Notifications**

Local dispatch centers are responsible for notifying:

- Agency law enforcement;
- Unit safety officer;
- Agency Administrator; and
- Local law enforcement.

**Discovery of Explosives/Munitions/UXO Associated with Former Defense Sites**

The military retains liability and responsibility for munitions removal and for remedial actions on all lands transferred (or transferring) from the military to the land management agencies, and is responsible for explosives safety at former defense sites. The military must be notified for all UXO on these lands.

Local law enforcement is responsible for contacting the appropriate military authority. If the responsible military unit is unknown, then local law enforcement should contact the U.S. Army Forces Command (FORSCOM), 52nd Ordnance Group (EOD), at its 24-hour emergency response number, (931) 431-3824.

For additional UXO safety information, see the current IRPG.

150                                          Release Date: January 2016

## Industrial and Naturally Occurring Hazardous Materials Exposure

Firefighters can potentially be exposed to hazards in the wildland fire environment. Encountered hazards can be both human and environmentally borne.

This section provides information and mitigations for most commonly encountered industrial and naturally occurring potential exposures. Recognizing there may be unique/area specific hazardous exposures (e.g., fungus causing valley fever, erionite, coal seams), the following standards apply to all hazards:

- Identifying unit-specific environmental hazards;
- Develop Risk Assessments/Job Hazard Analyses (RA/JHAs) for those hazards;
- Develop and provide specific training and standard operating procedures (SOPs);
- Provide briefings/training for those who may be exposed;
- If exposure is suspected, immediately disengage and leave the area; and
- Seek immediate medical attention if exposure symptoms occur.

### Hazardous Materials Response

Hazardous materials response or control is not a functional responsibility of wildland fire suppression resources. These incidents have tremendous potential to cause significant health and life safety issues. In order to protect the health and safety of agency personnel, no employee shall be directed, or dispatched (including self-dispatching) to an incident involving hazardous materials unless they are provided with the required personal protective equipment and the appropriate certification level. Agency personnel on incidents involving hazardous material will limit their actions to those emergency services necessary for the immediate protection of themselves and the public and the prompt notification of appropriate public safety agencies. All wildland firefighters who are likely to witness or discover hazardous substances are required to complete their agency's First Responder Awareness (Level I) program.

### Dump and Spill Sites

Employees that discover any unauthorized waste dump or spill site that contains indicators of potential hazardous substances (e.g., containers of unknown substances, pools of unidentifiable liquids, piles of unknown solid materials, unusual odors, or any materials out of place or not associated with an authorized activity) should take the following precautions:

- Follow the procedures in the IRPG;
- Treat each site as if it contains harmful materials;
- Do not handle, move, or open any container, breathe vapors, or make contact with the material;
- Move a safe distance upwind from the site;

EXHIBIT 7

- Contact appropriate personnel. Generally, this is the Hazardous Materials Coordinator for the local office; and
- Firefighters need to immediately report hydrogen sulfide ($H_2S$) or potential exposure and seek immediate medical care.
  - o *BLM/NPS/FWS – Agencies require that all field personnel complete First Responder Awareness training. Firefighters are required to take an annual refresher for Hazardous Material protocol.*

The following general safety rules shall be observed when working with chemicals:

- Read and understand the Safety Data Sheets.
- Keep the work area clean and orderly.
- Use the necessary safety equipment.
- Label every container with the identity of its contents and appropriate hazard warnings.
- Store incompatible chemicals in separate areas.
- Substitute less toxic materials whenever possible.
- Limit the volume of volatile or flammable material to the minimum needed for short operation periods.
- Provide means of containing the material if equipment or containers should break or spill their contents.

**Wildland Fires In or Near Oil/Gas Operations**

For units with oil and gas operations within their jurisdiction, the following are the minimum standard operating procedures to help ensure the health and safety of wildland firefighters:

- Firefighters shall receive annual oil and gas hazard recognition and mitigation training;
- Local unit shall complete a JHA/RA for wildland fire activities in oil and gas areas and provide a copy with a briefing to all local and incoming resources;
- Establish Response Protocols and proper decontamination procedures to minimize exposure to additional employees, equipment, and facilities. Protocols will include notification procedures to respective oil and gas company(s);
- Ensure oil and gas resource advisors are consulted;
- Ensure that at least one member of each squad or engine crew is knowledgeable in the use and data interpretation of the $H_2S$ gas monitor. Training on the device will include at a minimum:
  - o Equipment charging and maintenance of sensors;
  - o Startup, zeroing, calibration, and bump testing procedures as recommended by the manufacturer; and
  - o How the monitor elicits a warning alarm (visual, auditory, vibration).

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 177 of 463   PageID #:
1074

- Understand Peak Reading, Short Term Exposure Limits (STEL), and Time Weighted Averages;
  - o   Understand how to set the monitors alarm threshold.
- The monitor's alarm shall be set at the current American Conference on Governmental Industrial Hygienists (ACGIH) Threshold Limit Value (10 PPM 2008) and STEL (15 PPM 2008);
- If $H_2S$ gas is encountered, immediately disengage and leave area; and
- Do not establish incident base camps or staging areas in or near oil and gas operations.

The following websites provide additional information and training resources:
- http://www.nifc.gov/video/HazMat.wmv
- http://www.wildfirelessons.net/irdb
- www.nfpa.org/assets/files/pdf/Sup10.pdf
- A template for briefing Incident Management Teams is available in the "Additional Resources" section of the NIFC Safety website at http://www.nifc.gov.

**Wildland Fires In or Near Radioactive Locations**
Abandoned uranium mines and other potential radioactive sites exist in many areas of public lands. When these areas are identified, local management should provide information and direction on operations to be used. General knowledge and understanding of potential radiation exposure is necessary for wildland fire program management to make valid risk management decisions in these areas.

The following websites provide this information and general guidelines:
- http://www.nifc.gov/policies/red_book/doc/RadiationDocument.pdf
- http://www.nifc.gov/policies/red_book/doc/RadiationGuidance.pdf

**Wildland Fires In or Near Coal Seams**
Coal is naturally occurring black or brownish rock usually located in rock strata in layers or veins, coal beds or coal seams. Exposed coal seams are abundant through southeast and central Montana, western North Dakota, South Dakota, and Alaska. A coal seam fire is the smoldering of an exposed or underground coal deposit.

*Risks:* Coal seam fires pose a serious problem that can be a hazard to firefighter's health and safety. Coal seam fires can emit toxic gases, including carbon monoxide, sulfur dioxide and other potentially hazardous gases.

Carbon Monoxide is a colorless, odorless and tasteless gas that can be highly toxic. Sulfur Dioxide is a colorless gas with a characteristic of an irritating, pungent odor and is also highly toxic. Some symptoms of exposure to these gases may include headaches, nausea, dizziness, fatigue, shortness of breath, coughing and eye irritation.

Because of the variances in symptoms and exposure levels, seek medical attention for a complete diagnosis if firefighters have been exposed to toxic gases from coal seam fires and symptoms persist. Additionally firefighters exposed to coal ash, smoke or vapor should trade in their PPE for fresh PPE. Individually bag PPE that has been contaminated.

*Required Actions/Precautions:* Firefighters are typically not equipped or trained for coal seam fires and should not attempt to extinguish such fires with hand tools and engines.

Putting water on coal seam fires is normally useless. Mitigation crews will need to excavate the burning coal seam and mix the hot material with soil and water to cool. The area can be reclaimed by backfilling the seam and re-vegetating the disturbed area.

Signs of a coal seam fire may include a rotten egg smell, smoking white ash and continuous or non-continuous lines of what appears to be smoldering black rock (coal) where the flame may or may not be visible. Avoid low lying terrain in known coal seam fire areas especially early morning when air temps are cool. Gas tends to sink when air is cool and will accumulate in low lying areas.

Do not depend on sense of smell to detect coal seam fires. At high concentrations the sense of smell will be almost immediately overwhelmed or become numb. At lower levels, the sense of smell will slowly deteriorate as levels build in the blood stream. Do not stand downwind of coal smoke under any conditions especially during suppression operations.

Report the location of all coal seam fires to the incident commander or supervisor. ICs should notify agency representatives of locations of coal seam fires. Agencies should have resource advisors notify incoming incident command teams and firefighting resources of known locations of exposed coal seams, coal mines or abandoned coal mines adjacent to ongoing incidents and the risks and precautions to take when working around coal seam fires.

**Hazardous Water Sources**
Many water sources used during wildland fire operations may appear harmless, but contain hazardous materials (e.g., hydraulic fracturing fluid, cyanide, sewage, corrosives). These hazardous water sources may pose threats to personnel health and firefighting equipment. Indicators that a water source may be hazardous include proximity to active or inactive mining operations, gas/oil wells, water treatment facilities, or other industrial operations. In many cases, these hazardous water sources may not be fenced and no warning signs may be present.

Fire personnel should evaluate water sources to ensure they do not contain potentially hazardous materials. If unsure of the contents of a water source,

154                                         Release Date: January 2016

personnel should not utilize the water source until its contents can be verified. Dispatch centers, Resource Advisors, or on-scene personnel can assist with verification of safe water sources. Information about known hazardous water sources should be included in operational briefings.

### Hydrogen Cyanide (HCN) Exposure

Synthetic materials such as plastics, nylon, Styrofoam®, and polyurethane can produce HCN. HCN exposure can disrupt the body's ability to use oxygen, cause asphyxia, and cause carbon monoxide poisoning. Common items such as sofas, carpeting, vehicles, and other products routinely found in the wildland can produce smoke with HCN.

Symptoms of HCN poisoning include bitter almond odor on breath, burning taste in mouth, stiffness of lower jaw, feeling of numbness or constriction in throat, weakness, and headache.

Follow hazardous materials protocols contained in the IRPG to mitigate exposure to HCN. If personnel may have been exposed to HCN, immediate referral to a health care facility capable of toxicology testing and treatment of HCN exposure is required.

### Safety for Personnel Visiting Fires

A wide variety of personnel such as Agency Administrators, other agency personnel, dignitaries, members of the news media, etc., may visit incidents. The following standards apply to all visitors.

### Visits to Incident Base Camps or Non-Fireline Field Locations

Recommended field attire includes:
- Lace-up, closed toe shoes/boots with traction soles and ankle support.
- Trousers.
- Long-sleeve shirt.
- For agency personnel, the field uniform is appropriate.

### Fireline Logistical Support

Personnel performing fireline logistical support duties (e.g., bus drivers, supply delivery/retrieval, incident drivers, non-tactical water delivery, etc.) must meet the following requirements:
- Complete fire shelter training.
- Required Fireline PPE as referenced in the Personal Protective Equipment section of this chapter.
- Receive an incident briefing.
- Ensure adequate communications are established.
- Other requirements (if any) established by the Incident Commander.
- A Work Capacity Test (WCT) is not required unless required for a specific position defined in the PMS 310-1.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 180 of 463   PageID #: 1077

**Minimum Requirements for Visits to the Fireline/RX Burns**

Visits (such as media visits or political/administrative tours) to hazardous areas of the fire or areas that pose a fire behavior threat will be managed by meeting the requirements below:

- Visits to the fireline must have the approval of the IC/Burn Boss.
- Visitors must maintain communications with the DIVS or appropriate fireline supervisor of the area they are visiting.
- Required Fireline PPE as referenced in the Personal Protective Equipment section of this chapter.
- Required field attire:
  o Undergarments made of 100 percent or the highest possible content of natural fibers or flame-resistant materials.
- Required equipment/supplies:
  o Hand tool.
  o Water canteen.

Visitors to the Fireline/RX Burns may be "Non-Escorted" or "Escorted" depending on the following requirements:

**Non-Escorted Visits**

Visitors must have an incident qualification with a minimum physical fitness level of "light" to visit the fireline unescorted.

- Must have adequate communications and radio training.
- Completed the following training:
  o Introduction to Fire Behavior (S-190).
  o Firefighter Training (S-130).
  o Annual Fireline Safety Refresher Training, including fire shelter training.
- Deviation from these requirements must be approved by the IC or Burn Boss.

The law enforcement physical fitness standard is accepted as equivalent to a "light" WCT work category.

**Escorted Visits**

All visitors lacking the above training and physical requirements must be escorted while on the fireline.

- Visitors must receive training in the proper use of Fireline PPE.
- Requirement for hand tool and water to be determined by escort.
- Visitors must be able to walk in mountainous terrain and be in good physical condition with no known limiting conditions.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 181 of 463   PageID #: 1078

1   • Escorts must be minimally qualified as Single Resource Boss.
2   • Deviation from these requirements must be approved by the IC or Burn
3     Boss.

### Helicopter Observation Flights

5   Visitors who take helicopter flights to observe fires must receive approval from
6   the Incident Commander, a passenger briefing, and meet the following
7   requirements:
8   • Required PPE:
9       o   Flight helmet
10      o   Leather boots
11      o   Flame-resistant clothing
12      o   All leather or leather and aramid gloves

13  Occasional passengers/visitors have no training requirement, but a qualified
14  flight manager must supervise loading and unloading of passengers.

### Fixed-Wing Observation Flights

16  No PPE is required for visitors and agency personnel who take fixed-wing
17  flights to observe fires. However, a passenger briefing is required, and the flight
18  level must not drop below 500 feet AGL.

### Six Minutes for Safety Training

20  It is recommended that daily Six Minutes for Safety training be conducted that
21  focuses on high-risk, low frequency activities that fire personnel may encounter
22  during a fire season. A daily national Six Minutes for Safety briefing can be
23  found at http://www.wildfirelessons.net/6minutesforsafety or within the
24  National Incident Management Situation Report.

### SAFENET

26  SAFENET is a form, process, and method for reporting and resolving safety
27  concerns encountered in any aspect (e.g., preparedness, training, etc.) of
28  wildland fire or all hazard incident management. The information provided on
29  the form will provide important, safety-related data to the National Interagency
30  Fire Center, and determine long-term trends and problem areas.

31  The objectives of the form and process are:
32  • To provide immediate reporting and correction of unsafe situations or close
33    calls in wildland fire.
34  • To provide a means of sharing safety information throughout the fire
35    community.
36  • To provide long-term data that will assist in identifying trends.
37  • Primarily intended for wildfire and prescribed fire situations, however,
38    SAFENET can be used for training and all hazard events.

Individuals who observe or who are involved in an unsafe situation shall initiate corrective actions if possible, and then report the occurrence using SAFENET. You are encouraged, but not required, to put your name on the report.

Prompt replies to the originator (if name provided), timely action to correct the problem, and discussion of filed SAFENETs at local level meetings encourage program participation and active reporting.

SAFENET is not the only way to correct a safety-related concern and it does not replace accident reporting or any other valid agency reporting method. It is an efficient way to report a safety concern. It is also a way for front line firefighters to be involved in the daily job of being safe and keeping others safe, by documenting and helping to resolve safety issues. SAFENETs may be filed:
- Electronically at http://safenet.nifc.gov;
- Verbally by telephone at 1-888-670-3938; or
- By SAFENET Field Card

The SAFENET Field Card can be used by wildland fire personnel to immediately identify and report unsafe situations or close calls that should receive immediate resolution/mitigation. If the situation cannot be resolved at the local/incident level, the reporting individual is encouraged to follow the formal SAFENET submission process stated above. SAFENET Field Cards are available at http://safenet.nifc.gov.

## Safety Alert System

The Safety Alert system is intended as another mechanism to provide safety related information to the field. The expectation is that the messages will continue to be forwarded within the fire community, and that they will receive a wide distribution in a relatively short period of time. There are three levels of Safety Alert:
- Safety Warning – A warning of a safety hazard that poses an imminent threat to life or property.
- Safety Advisory – An advisory on safety information that isn't related to imminent or potential threats of injury.
- Safety Bulletin – A factual confirmation of a serious accident, incident or fatality within the fire community.

A database of all bulletins can be found at http://www.nifc.gov/safetyAlerts/index.html.

## Accident/Injury Reporting

The Occupational Safety and Health Administration (OSHA) mandates that all accidents and injuries be reported in a timely manner. This is important for the following reasons:

158                                    Release Date: January 2016

1 • To protect and compensate employees for incidents that occur on-the-job.
2 • To assist supervisors and safety managers in taking corrective actions and
3   establish safer work procedures.
4 • To determine if administrative controls or Personal Protective Equipment
5   are needed to prevent a future incident of the same or similar type.
6 • To provide a means for trend analysis.

**Agency Reporting Requirements**

7
8 Employees are required to immediately report to their supervisor every job-
9 related accident. Managers and supervisors shall ensure that an appropriate level
10 of investigation is conducted for each accident and record all personal injuries
11 and property damage. Coordinate with your human resources office or
12 administrative personnel to complete appropriate Office of Worker's
13 Compensation (OWCP) forms. Reporting is the responsibility of the injured
14 employee's home unit regardless of where the accident or injury occurred.

15 • *BLM/NPS/FWS – Employees will report accidents using the Safety*
16   *Management Information System (SMIS) at https://www.smis.doi.gov/.*
17   *Supervisors shall complete SMIS report within six working days after the*
18   *accident/injury.*
19 • *FS – Employees will use the Safety and Health Information Portal System*
20   *(SHIPS) through the Forest Service Dashboard at*
21   *http://fsweb.asc.fs.fed.us/HRM/owcp/WorkersComp_index.php.*

**OSHA Reporting Requirements**

22
23 For accidents/injuries meeting the Serious Accident criteria (found in Chapter
24 18), OSHA must be notified within 8 hours.

25 For other work-related accidents/injuries requiring in-patient hospitalizations,
26 amputations, or loss of an eye, OSHA must be notified within 24 hours. In-
27 patient hospitalization is defined as formal admission to the in-patient service of
28 a hospital or clinic for care or treatment (does not include admission for
29 observation or diagnostic testing only).

30 Supervisors will coordinate with the unit safety manager where the
31 accident/injury occurred to ensure notifications are made to the appropriate
32 OSHA regional office.

33 OSHA reporting information is available at
34 https://www.osha.gov/recordkeeping2014/index.html.

**Critical Incident Management**

35
36 The NWCG has published the *Agency Administrator's Guide to Critical*
37 *Incident Management* (PMS 926). This guide is designed as a working tool to
38 assist Agency Administrators with the chronological steps in managing a critical
39 incident. This document includes a series of checklists, which outline Agency

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 184 of 463   PageID #:
1081

Administrator's and other functional area's oversight and responsibilities. The guide is not intended to replace local emergency plans or other specific guidance that may be available, but should be used in conjunction with existing agency policy, line of duty death (LODD) handbooks, or other critical incident guidance. Local units should complete the guide or equivalent, and review and update at least annually.

## Critical Incident Stress Management (CISM)

CISM is a comprehensive, integrated, systematic, and multicomponent crisis intervention program that was developed to manage traumatic experiences. It is a package of tactics that are designed to mitigate the impact of a traumatic event, facilitate normal recovery processes, restore adaptive function, and identify people who would benefit from additional support services. CISM interventions services can be applied to wildland fire, law enforcement, or other emergency responses. CISM interventions should never be used for grief counseling, mediation or a replacement for mental health care professionals. The Agency Administrator is responsible for identifying an event as a critical incident.

## Critical Incident Peer Support (CIPS)
Critical Incident Peer Support (CIPS) is an intervention tactic designed for colleagues or people of "mutual respect" to help each other through difficult situations. It is the foundation of the interagency wildland fire CISM program since peers understand the unique traumas, fears, job related stresses, and offer instant trust, respect, credibility, and empathy. Camaraderie among peers has credibility that academic training cannot create.

## Critical Incident Peer Support Groups
CIPS Groups are assembled at the time of request and can be ordered through the dispatch/coordination system. For more information go to http://gacc.nifc.gov/cism/.

# Chapter 8
# Interagency Coordination and Cooperation

## Introduction

Fire management planning, preparedness, prevention, suppression, restoration and rehabilitation, monitoring, research, and education will be conducted on an interagency basis with the involvement of cooperators and partners. The same capabilities used in wildland fire management will also be used, when appropriate and authorized, on non-fire incidents in the United States, and on both wildland fires and non-fire incidents internationally.

## National Wildland Fire Cooperative Agreements

### USDOI and USDA Interagency Agreement for Fire Management
The objectives of the *Interagency Agreement for Fire Management Between the Bureau of Land Management (BLM), Bureau of Indian Affairs (BIA), National Park Service (NPS), Fish and Wildlife Service (FWS) of the United States Department of the Interior (DOI) and the Forest Service (FS) of the United States Department of Agriculture* are:

- To provide a basis for cooperation among the agencies on all aspects of wildland fire management and as authorized in non-fire emergencies.
- To facilitate the exchange of personnel, equipment (including aircraft), supplies, services, and funds among the agencies.

### DOI, USDA, and DOD Interagency Agreement
The purpose of the *Interagency Agreement for the Provision of Temporary Support During Wildland Firefighting Operations among the United States Department of the Interior, the United States Department of Agriculture, and the United States Department of Defense* is:

- To establish the general guidelines, terms and conditions under which the National Interagency Fire Center (NIFC) will request, and DOD will provide, temporary support to NIFC in wildfire emergencies occurring within all 50 States, the District of Columbia, and all U.S. Territories and Possessions, including fires on State and private lands. It is also intended to provide the basis for reimbursement of DOD under the Economy Act.

These and other agreements pertinent to interagency wildland fire management can be found in their entirety in Chapter 40 of the *National Interagency Mobilization Guide* online at
http://www.nifc.gov/nicc/mobguide/CHAPTER40.pdf.

EXHIBIT 7

### National Wildland Fire Management Structure

#### Wildland Fire Leadership Council (WFLC)

The WFLC is a cooperative, interagency body dedicated to achieving consistent implementation of the goals, actions, and policies in the National Fire Plan and the Federal Wildland Fire Management Policy. The WFLC provides a forum for high-level dialogues between federal and non-federal entities to set strategic direction for national fire management.

The Council consists of the Department of Agriculture's Undersecretary for Natural Resources and Environment, the Deputy Undersecretary for Natural Resources and Environment, and the Chief of the U.S. Forest Service; the Department of the Interior's (DOI) Assistant Secretary for Policy, Management and Budget, the Directors of the National Park Service, Bureau of Indian Affairs, Bureau of Land Management, Fish and Wildlife Service, and U.S. Geological Survey; the Department of Homeland Security's U.S. Fire Administration Administrator; the President of the Intertribal Timber Council; two state governors selected from the National Governors Association; a county commissioner serving as a member of the National Association of Counties; a mayor serving as a member of the National League of Cities; a State Forester serving at the request of a senior state elected official; and a fire chief serving at the request of a senior local government elected official.

The Council is coordinated by the Department of Agriculture's Deputy Undersecretary for Natural Resources and Environment and DOI's Assistant Secretary for Policy, Management and Budget.

#### Wildland Fire Executive Council (WFEC)

The WFEC is an advisory council that provides recommendations on national wildland fire management to the secretaries of Agriculture and Interior through WFLC. Members include the Director, USDA FS Fire and Aviation Management; the Director, DOI Office of Wildland Fire; the Deputy Administrator, DHS U. S. Fire Administration; an NWCG Executive Board representative; a National League of Cities representative; an Intertribal Timber Council representative; a Fire Committee representative from the National Association of State Foresters; a National Association of Counties representative; an International Association of Fire Chiefs representative, and a National Governors Association representative.

#### Federal Fire Policy Council (FFPC)

The FFPC provides a common national federal agency approach to wildland fire management. FFPC ensures that wildland fire management policies, programs, activities, and budgets are coordinated and consistent among and between the member agencies and strives for coordinated and consistent policies and programs with non-federal partner and cooperator agencies. FFPC sets strategic policy and program direction, provides coordinated recommendations to the

**EXHIBIT 7**

Secretaries of Agriculture, the Interior, and Homeland Security and resolves inconsistencies among and between federal wildland fire programs.

The FFPC is accountable and has the authority to:
- Set the vision and provide leadership for the federal wildland fire program.
- Set national federal strategic wildland fire program goals and priorities.
- Establish the Fire Executive Council.

The FFPC is responsible to:
- Provide coordinated federal wildland fire management policy direction.
- Resolve policy and program management inconsistencies.
- Set strategic budget priorities for wildland fire management.
- Coordinate and communicate with non-federal entities.

The FFPC is composed of the USDA Deputy Under Secretary for National Resources and Environment; the Chief of the Forest Service and the Deputy Chief of State and Private Forestry; and for DOI the Assistant Secretaries for Policy, Management and Budget, Fish and Wildlife and Parks, Indian Affairs, Land and Minerals Management, and Water and Science; the Bureau Directors of the Bureau of Indian Affairs, the Bureau of Land Management, the Fish and Wildlife Service, the National Park Service, and the US Geological Survey; the Deputy Assistant Secretary – Law Enforcement, Security and Emergency Management; the Assistant Administrator of DHS-US Fire Administration; and the Environmental Protection Agency representative.

**Fire Executive Council (FEC)**
The FEC provides a common, integrated, and coordinated federal agency approach to wildland fire policy, leadership, budget, and program oversight. Within the broad strategic direction and vision set by the FFPC, the FEC ensures that the wildland fire management policies, programs, activities, and budgets are coordinated and consistent among and between the member agencies. FEC sets policy and program direction for federal wildland fire program implementation, provides coordinated recommendations to the FFPC, and resolves inconsistencies among and between federal wildland fire programs. FEC ensures policy and program coordination and integration with non-fire management programs and activities as well as non-federal partners and cooperators.

The FEC is accountable and has the authority to:
- Establish strategic federal fire program budget direction and priorities.
- Ensure coordinated federal policy development.
- Develop federal business requirements and priorities.

The FEC is responsible and has the authority to:
- Provide coordinated federal interagency executive level wildland fire policy leadership, direction, and program oversight.
- Provide coordinated recommendations and advice to the FFPC.

Release Date: January 2016      163

**EXHIBIT 7**

- Provide wildland fire policy and program direction to the Fire Management Board (FMB).
- Provide strategic policy and program integration with resource management, aviation, and other related program areas.
- Coordinate and communicate with other non-federal entities.
- Set strategic budget direction and recommendations.
- Establish strategic direction and requirements for wildland fire information and technology, wildland fire administrative/business support, scientific and research support, and other program areas.
- Approve wildland fire policy, as appropriate.
- Resolve policy and program management inconsistencies and differences.
- Oversee compliance with policy, budget, and program direction.
- Charter the Fire Management Board.
- Charter the National Wildfire Coordinating Group (NWCG) along with the Intertribal Timber Council and the National Association of State Foresters.

The FEC is composed of the Director and Deputy Directors, USFS Fire and Aviation Management (USDA); the Director, Office of Wildland Fire, Director, Office of Aviation Services, Fire Executives from BLM, NPS, BIA, and USFWS (DOI); and the US Fire Administration Chief, Emergency Support Branch, National Fire Programs (USDHS-FEMA).

**Fire Management Board (FMB)**
The FMB provides a mechanism for coordinated and integrated federal wildland fire program management and implementation. The FMB, taking strategic policy and program direction from the FEC, directs, coordinates and oversees the development and implementation of federal wildland fire policy and programs to provide consistent and cost-effective program management.

The FMB is accountable and has the authority to:
- Coordinate federal program management and oversight.

The FMB is responsible for and has the authority to:
- Provide common, integrated implementation strategies, approaches, programs, and oversight for implementing federal wildland fire policies.
- Provide federal wildland fire program strategy, policy, budget and program recommendations to the FEC.
- Provide recommendations on information and technology requirements, priorities, and investments to the Wildland Fire Information and Technology Executive Board.
- Provide recommendations on science and research requirements and priorities necessary to support wildland fire program management activities.
- Identify requirements and recommend priorities for standards necessary to ensure interoperability of intergovernmental wildland fire activities and operations.

164                                    Release Date: January 2016

1 • Consult with our non-federal partners.
2 • Develop recommendations for interagency wildland fire
3   administrative/business support needs.

4 The FMB is composed of the USFS Fire and Aviation Management Assistant
5 Directors (USDA); the Deputy Director, Office of Wildland Fire, the Deputy
6 Director, Office of Aviation Services, the Fire Directors for BIA, BLM,
7 USFWS, and NPS (DOI); and the Wildfire Program Manager, US Fire
8 Administration (USDHS-FEMA).

## National Wildfire Coordinating Group (NWCG)
10 The NWCG is made up of the USFS, BIA, BLM, FWS, and NPS; Intertribal
11 Timber Council; U.S. Fire Administration (USFA); state forestry agencies
12 through the National Association of State Foresters (NASF); and the
13 International Association of Fire Chiefs. The mission of the NWCG is to
14 provide leadership in establishing, maintaining, and communicating consistent
15 interagency standards, guidelines, and qualifications for wildland fire
16 management. Its goal is to provide more effective execution of each agency's
17 fire management program. The group provides a formalized system to agree
18 upon standards of training, equipment, qualifications, and other operational
19 functions.

## Interior Fire Executive Council (IFEC)
21 The Interior Fire Executive Council (IFEC) provides interagency coordination
22 and interagency executive-level wildland fire policy leadership, direction, and
23 program oversight. IFEC is the focal point for discussing wildland fire policy
24 issues that affect the DOI and provides a forum for gathering the interests of the
25 DOI bureaus to formulate a DOI recommendation and/or position to be taken
26 forward to the Wildland Fire Executive Council (WFEC).

27 The IFEC is composed of the Director, Office of Wildland Fire (OWF) and the
28 four DOI fire directors and their respective senior executives, as well as the
29 Director, Aviation Management Directorate and a representative from USGS.

## Office of Wildland Fire (OWF)
31 The OWF is a Department of the Interior organization responsible for managing
32 and overseeing all wildland fire management activities executed by the bureaus.
33 OWF coordinates the Department's wildland fire programs within the
34 Department and with other federal and non-federal partners, to establish legally
35 and scientifically based Department-wide policies and budgets, and to provide
36 strategic leadership and oversight, that result in safe, comprehensive, cohesive,
37 efficient, and effective wildland fire programs for the nation consistent with the
38 bureaus' statutory authorities and constraints.

EXHIBIT 7

OWF has three functional areas:

- The Budget and Performance Management Division which manages and oversees the DOI Wildland Fire Management financial account and budget operations;
- The Policy Division which develops wildland fire management program policies, strategies, and plans for wildland fire operations, fuels and biomass coordination, emergency management coordination, science advisory, international cooperation, and strategic planning; and
- The Enterprise Systems and Decision Support Division which coordinates with Federal and non-Federal partners on inter-departmental/intra-governmental Information Technology systems that support interagency wildland fire business management, fire operations and program management activities and other decision support tools. This functional area also manages the Fire Program Analysis Group (FPA), Wildland Fire Decision Support System (WFDSS), the Integrated Reporting of Wildland-Fire Information Group (iRWIn), and Ecosystem Management Decision Support (EMDS).

## Multi-Agency Management and Coordination

### National Multi-Agency Coordinating (NMAC) Group

National multi-agency coordination is overseen by the NMAC Group, which consists of one representative each from the following agencies: BLM, FWS, NPS, BIA, FS, NASF, and the USFA, who have been delegated authority by their respective agency directors to manage wildland fire operations on a national scale when fire management resource shortages are probable. The delegated authorities include:

- Provide oversight of general business practices between the NMAC group and the Geographic Area Multi-Agency Coordination groups.
- Establish priorities among geographic areas.
- Activate and maintain a ready reserve of national resources for assignment directly by NMAC as needed.
- Implement decisions of the NMAC.

The NMAC Operating Plan, NMAC Correspondence, and other resources and references are at http://www.nifc.gov/nicc/administrative/nmac/index.html.

### Geographic Area Multi-Agency Coordinating (GMAC) Groups

Geographic area multi-agency coordination is overseen by GMAC Groups, which are comprised of geographic area (State, Region) lead administrators or fire managers from agencies that have jurisdictional or support responsibilities, or that may be significantly impacted by resource commitments. GMAC responsibilities include:

- Establish priorities for the geographic area.
- Acquire, allocate, and reallocate resources.

1 • Provide NMAC with National Ready Reserve (NRR) resources as required.
2 • Issue coordinated and collective situation status reports.

3 **National Dispatch/Coordination System**

4 The wildland fire dispatch system in the United States has three levels (tiers):
5 • National
6 • Geographic
7 • Local

8 Logistical dispatch operations occur at all three levels, while initial attack
9 dispatch operations occur primarily at the local level.

10 **National Interagency Coordination Center (NICC)**
11 The NICC is located at NIFC, Boise, Idaho. The principal mission of the NICC
12 is the cost-effective and timely coordination of land management agency
13 emergency response for wildland fire at the national level. This is accomplished
14 through planning, situation monitoring, and expediting resource orders between
15 the BIA Areas, BLM States, National Association of State Foresters, FWS
16 Regions, FS Regions, NPS Regions, National Weather Service (NWS) Regions,
17 and other cooperating agencies.

18 The NICC supports non-fire emergencies when tasked by an appropriate agency,
19 such as FEMA, through the National Response Framework. The NICC collects
20 and consolidates information from the GACCs and disseminates the *National*
21 *Incident Management Situation Report* through the NICC website at
22 http://www.nifc.gov/nicc/sitreprt.pdf.

23 **Geographic Area Coordination Centers (GACCs)**
24 There are 10 GACCs, each of which serves a specific geographic portion of the
25 United States. Each GACC interacts with the local dispatch centers, as well as
26 with the NICC and neighboring GACCs. Refer to the *National Interagency*
27 *Mobilization Guide* for a complete directory of GACC locations, addresses, and
28 personnel.

29 The principal mission of each GACC is to provide the cost-effective and timely
30 coordination of emergency response for all incidents within the specified
31 geographic area. GACCs are also responsible for determining needs,
32 coordinating priorities, and facilitating the mobilization of resources from their
33 areas to other geographic areas.

34 **Local Dispatch Centers**
35 Local dispatch centers are located throughout the country as dictated by the
36 needs of fire management agencies. The principal mission of a local dispatch
37 center is to provide safe, timely, and cost-effective coordination of emergency
38 response for all incidents within its specified geographic area. This entails the

Release Date: January 2016                                                  167

coordination of initial attack responses and the ordering of additional resources when fires escape initial attack.

### Local and Geographic Area Drawdown

Drawdown is the predetermined number and type of suppression resources that are required to maintain viable initial attack (IA) capability at either the local or geographic area. Drawdown resources are considered unavailable outside the local or geographic area for which they have been identified. Drawdown is intended to:

- Ensure adequate fire suppression capability for local and/or geographic area managers.
- Enable sound planning and preparedness at all management levels.

Although drawdown resources are considered unavailable outside the local or geographic area for which they have been identified, they may still be reallocated by the Geographic Area or National MAC to meet higher priority obligations. Refer to Chapter 19 for guidance on establishment of drawdown levels.

### National Ready Reserve (NRR)

NRR is a means by which the NMAC identifies and readies specific categories, types, and quantities of fire suppression resources in order to maintain overall national readiness during periods of actual or predicted national suppression resource scarcity. Refer to Chapter 19 for NRR implementation responsibilities and requirements.

### Interagency Incident Business Management Handbook

All federal agencies have adopted the NWCG *Interagency Incident Business Management Handbook* (IIBMH) as the official guide to provide execution of each agency's incident business management program. Unit offices, geographic areas, or NWCG may issue supplements, as long as policy or conceptual data is not changed.

Since consistent application of interagency policies and guidelines is essential, procedures in the IIBMH will be followed. Agency manuals provide a bridge between manual sections and the IIBMH so that continuity of agency manual systems is maintained and all additions, changes, and supplements are filed in a uniform manner.

- ***DOI** – The Department of the Interior All Hazards-Supplement to the Interagency Incident Business Management Handbook establishes business management guidelines for the Department of the Interior's (DOI's) all-hazards incidents. The DOI Supplement is available at http://www.doi.gov/emergency/emergency-policy.cfm.*

EXHIBIT 7

1  • **BLM** – *The IIBMH replaces BLM Manual Section 1111.*
2  • *NPS – Refer to RM-18.*
3  • *FWS – Refer to Service Manual 621 FW 1 Wildland Fire Management.*
4  • *FS – Refer to FSH 5109.34.*

5  **Standards for Cooperative Agreements**

6  **Agreement Policy**
7  Agreements will be comprised of two components: the actual agreement and an
8  operations plan. The agreement will outline the authority and general
9  responsibilities of each party and the operations plan will define the specific
10 operating procedures.

11 Any agreement which obligates federal funds or commits anything of value
12 must be signed by the appropriate warranted contracting officer. Specifications
13 for funding responsibilities should include billing procedures and schedules for
14 payment.

15 Any agreement that extends beyond a fiscal year must be made subject to the
16 availability of funds. Any transfer of federal property must be in accordance
17 with federal property management regulations.

18 All agreements must undergo periodic joint review; and, as appropriate,
19 revision. Assistance in preparing agreements can be obtained from local or state
20 office fire and/or procurement staff.

21 All appropriate agreements and operating plans will be provided to the servicing
22 dispatch center. The authority to enter into interagency agreements is extensive.
23 • **BLM** – *BLM Manual 9200, Departmental Manual 620 DM, the Reciprocal*
24    *Fire Protection Act, 42 U.S.C. 1856, and the Federal Wildland Fire*
25    *Management Policy and Program Review.*
26 • *NPS – Chapter 2, Federal Assistance and Interagency Agreements*
27    *Guideline (DO-20), and the Departmental Manual 620 (DM-620). NPS-*
28    *RM-18, Interagency Agreements, Release Number 1, 02/22/99.*
29 • *FWS – Service Manual, Departmental Manual 620 DM, and Reciprocal*
30    *Fire Protection Act, 42U.S.C. 1856.*
31 • *FS – FSM 1580, 5106.2 and FSH 1509.11.*

32 **Types of Agreements**

33 **National Interagency Agreements**
34 The national agreement, which serves as an umbrella for interagency assistance
35 among federal agencies is the interagency agreement between the Bureau of
36 Land Management, Bureau of Indian Affairs, National Park Service, Fish and
37 Wildlife Service of the United States Department of the Interior, and the Forest
38 Service of the United States Department of Agriculture. This and other national

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 194 of 463   PageID #:
1091

agreements give substantial latitude while providing a framework for the development of state and local agreements and operating plans.

**Regional/State Interagency Agreements**
Regional and state cooperative agreements shall be developed for mutual assistance. These agreements are essential to the fire management program. Concerns for area-wide scope should be addressed through these agreements.

**Local Interagency Agreements**
Local units are responsible for developing agreements with local agencies and fire departments to meet mutual needs for suppression and/or prescribed fire services.

**Emergency Assistance**
Approved, established reimbursable agreements are the appropriate and recommended way to provide emergency assistance. If no agreements are established, refer to your Agency Administrator to determine the authorities delegated to your agency to provide emergency assistance.

**Contracts**
Contracts may be used where they are the most cost-effective means of providing for protection commensurate with established standards. A contract, however, does not absolve an Agency Administrator of the responsibility for managing a fire program.

Contracts should be developed and administered in accordance with Federal Acquisition Regulations. In particular, a contract should specify conditions for abandonment of a fire in order to respond to a new call elsewhere.

**Elements of an Agreement**

The following elements should be addressed in each agreement:
- The authorities appropriate for each party to enter in an agreement.
- The roles and responsibilities of each agency signing the agreement.
- An element addressing the cooperative roles of each participant in prevention, pre-suppression, suppression, fuels, and prescribed fire management operations.
- Reimbursements/Compensation – All mutually approved operations that require reimbursement and/or compensation will be identified and agreed to by all participating parties through a cost-share agreement. The mechanism and timing of the funding exchanges will be identified and agreed upon.
- Appropriation Limitations – Parties to this agreement are not obligated to make expenditures of funds or reimbursements of expenditures under terms of this agreement unless the Congress of the United States of America appropriates such funds for that purpose by the Counties of _____, by the

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 195 of 463   PageID #: 1092

1     Cities of _____, and/or the Governing Board of Fire Commissioners
2     of_____.
3   • Liabilities/Waivers – Each party waives all claims against every other party
4     for compensation for any loss, damage, personal injury, or death occurring
5     as a consequence of the performance of this agreement unless gross
6     negligence on any part of any party is determined.
7   • Termination Procedure – The agreement shall identify the duration of the
8     agreement and cancellation procedures.
9   • A signature page identifying the names of the responsible officials shall be
10    included in the agreement.
11    ○ *NPS – Refer to DO-20 for detailed instructions and format for*
12       *developing agreements.*

### Annual Operating Plans (AOPs)

14  Annual Operating Plans shall be reviewed, updated, and approved prior to the
15  fire season. The plan may be amended after a major incident as part of a joint
16  debriefing and review. The plan shall contain detailed, specific procedures
17  which will provide for safe, efficient, and effective operations.

### General Elements of an Annual Operating Plan

19  The following items should be addressed in the AOP:
20  • **Mutual Aid**
21    The AOP should address that there may be times when cooperators are
22    involved in emergency operations and unable to provide mutual aid. In this
23    case, other cooperators may be contacted for assistance.
24  • **Command Structure**
25    The Incident Command System (ICS) will be used to manage all fires under
26    federal jurisdiction. Unified command should be used, as appropriate,
27    whenever multiple jurisdictions are involved, unless one or more parties
28    request a single agency IC. If there is a question about jurisdiction, fire
29    managers should mutually decide and agree on the command structure as
30    soon as they arrive on the fire; Agency Administrators should confirm this
31    decision as soon as possible. Once this decision has been made, the incident
32    organization in use should be relayed to all units on the incident as well as
33    dispatch centers. In all cases, the identity of the IC must be made known to
34    all fireline and support personnel.
35  • **Communications**
36    In mutual aid situations, a common designated radio frequency identified in
37    the AOP should be used for incident communications. All incident
38    resources should utilize and monitor this frequency for incident
39    information, tactical use, and changes in weather conditions or other
40    emergency situations. In some cases, because of equipment availability/
41    capabilities, departments/agencies may have to use their own frequencies
42    for tactical operations, allowing the "common" frequency to be the link
43    between departments. It is important that all department/agencies change to

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 196 of 463   PageID #:
1093

a single frequency or establish a common communications link as soon as practical. Clear text should be used. Avoid personal identifiers, such as names. This paragraph in the AOP shall meet Federal Communications Commission (FCC) requirements for documenting shared use of radio frequencies.

- **Distance/Boundaries**
  Responding and requesting parties should identify any mileage limitations from mutual boundaries where "mutual aid" is either pay or non-pay status. Also, for some fire departments, the mileage issue may not be one of initial attack "mutual aid," but of mutual assistance. In this situation, you may have the option to make it part of this agreement or identify it as a situation where the request would be made to the agency having jurisdiction, which would then dispatch the fire department.
  - o *BLM – Agreements/AOPs with Department of Defense, best practices (including UXO protocols) are located on the BLM Fire Operations website http://web.blm.gov/internal/fire/fire_ops/toolbox.htm.*

- **Time/Duration**
  Responding and requesting parties should identify time limitations (usually 24 hours) for resources in a non-reimbursable status, and "reimbursable rates" when the resources are in a reimbursable status.

- **Qualifications/Minimum Requirements**
  As per the NWCG memorandum *Qualification Standards During Initial Action, March 22, 2004* and the PMS 310-1, *National Incident Management System: Wildland Fire Qualification System Guide*:
  - o The 310-1 qualification/certification standards are mandatory only for national mobilization of wildland firefighting resources.
  - o During initial action, all agencies (federal, state, local and tribal) accept each other's standards. Once jurisdiction is clearly established, then the standards of the agency(s) with jurisdiction prevail.
    - ▪ *BLM – BLM may accept the standards of any local cooperator through the duration of an incident when the cooperator has a current cooperative fire response agreement with BLM, and the cooperator is in compliance with the agreement. Personnel from agencies that do not subscribe to the NWCG qualification standards may be used on agency managed fires, and must only be assigned to duties commensurate with their competencies, qualifications, and equipment capabilities.*
  - o Prior to the fire season, federal agencies should meet with their state, local, and tribal agency partners and jointly determine the qualification/certification standards that will apply to the use of local, non-federal firefighters during initial action on fires on lands under the jurisdiction of a federal agency.
  - o The Geographic Area Coordinating Group should determine the application of 310-1 qualification/certification standards for mobilization within the geographic area.

o   On a fire where a non-federal agency is also an agency with legal
    jurisdiction, the standards of that agency apply.
o   The AOP should address qualification and certification standards
    applicable to the involved parties.

- **Reimbursement/Compensation**
  Compensation shall be as close to actual expenditures as possible. This
  should be clearly identified in the AOP. Vehicles and equipment operated
  under the federal excess property system will only be reimbursed for
  maintenance and operating costs.

- **Cooperation**
  The annual operating plan will be used to identify how the cooperators will
  share expertise, training, and information on items such as prevention,
  investigation, communication plans, safety, training, ICS, and the
  integration of resources.

- **Agency Reviews and Investigations**
  Annual operating plans should describe processes for conducting agency
  specific reviews and investigations. AOPs should also describe processes
  for accident notifications to the appropriate fire managers, line officers, and
  dispatch/coordination centers.

- **Dispatch Centers**
  Dispatch centers will ensure all resources know the name of the assigned IC
  and announce all changes in incident command. Geographic Area
  Mobilization Guides, Zone Mobilization Guides, and Local Mobilization
  Guides should include this procedure as they are revised for each fire
  season.

**Fiscal Responsibility Elements of an Annual Operating Plan**
Annual Operating Plans should address the following:

- The level of communication required with neighboring jurisdictions
  regarding the management of all wildland fires, especially those with
  multiple objectives.
- The level of communication required with neighboring jurisdictions
  regarding suppression resource availability and allocation, especially for
  wildland fires with objectives that include benefit.
- Identify how to involve all parties in developing the strategy and tactics to
  be used in preventing wildland fire from crossing the jurisdictional
  boundary, and how all parties will be involved in developing mitigations
  which would be used if a wildland fire does cross jurisdictional boundaries.
- Jurisdictions, which may include state and private lands, should identify the
  conditions under which wildland fire may be managed to achieve benefit,
  and the information or criteria that will be used to make that determination
  (e.g., critical habitat, hazardous fuels, and land management planning
  documents).
- Jurisdictions will identify conditions under which cost efficiency may
  dictate where suppression strategies and tactical actions are taken (i.e., it

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 198 of 463   PageID #:
1095

may be more cost effective to put the containment line along an open grassland than along a mid-slope in timber). Points to consider include loss and benefit to land, resource, social and political values, and existing legal statutes.

- The cost-sharing methodologies that will be utilized should wildfire spread to a neighboring jurisdiction in a location where fire is not wanted.
- The cost-share methodologies that will be used should a jurisdiction accept or receive a wildland fire and manage it to create benefit.
- Any distinctions in what cost-share methodology will be used if the reason the fire spreads to another jurisdiction is attributed to a strategic decision, versus environmental conditions (weather, fuels, and fire behavior), or tactical considerations (firefighter safety, resource availability) that preclude stopping the fire at jurisdictional boundaries. Examples of cost-sharing methodologies may include, but are not limited to, the following:
  - o When a wildland fire that is being managed for benefit spreads to a neighboring jurisdiction because of strategic decisions, and in a location where fire is not wanted, the managing jurisdiction shall be responsible for wildfire suppression costs.
  - o In those situations where weather, fuels, or fire behavior of the wildland fire precludes stopping at jurisdiction boundaries cost-share methodologies may include, but are not limited to:
    - a) Each jurisdiction pays for its own resources – fire suppression efforts are primarily on jurisdictional responsibility lands.
    - b) Each jurisdiction pays for its own resources – services rendered approximate the percentage of jurisdictional responsibility, but not necessarily performed on those lands.
    - c) Cost share by percentage of ownership.
    - d) Cost is apportioned by geographic division. Examples of geographic divisions are: Divisions A and B (using a map as an attachment); privately owned property with structures; or specific locations such as campgrounds.
    - e) Reconciliation of daily estimates (for larger, multi-day incidents). This method relies upon daily agreed to cost estimates, using Incident Action Plans or other means to determine multi-Agency contributions. Reimbursements can be made upon estimates instead of actual bill receipts.

For further information, refer to NWCG correspondence EB-M-09-009, *Revisions to the Annual Operating Plans for Master Cooperative Fire and Stafford Act Agreements due to Implementation of Revised Guidance for the Implementation of Federal Wildland Fire Management Policy*, April 13, 2009.

### All-Hazards Coordination and Cooperation

All-hazards is defined by NWCG as an incident, natural or manmade, that warrants action to protect life, property, environment, and public health or

EXHIBIT 7

safety, and to minimize disruptions of government, social, or economic activities. Wildland fire is one type of all-hazard incident. All-hazards incidents are managed using a standardized national incident management system and response framework.

## Stafford Act Disaster Relief and Emergency Assistance

The *Robert T. Stafford Disaster Relief and Emergency Assistance Act (Public Law 93-288,* as amended*)* establishes the programs and processes for the Federal Government to provide disaster and emergency assistance to states, local governments, tribal nations, individuals, and qualified private non-profit organizations. The provisions of the Stafford Act cover all hazards including natural disasters and terrorist events. In response to, or in anticipation of, a major disaster or emergency as defined by the act, the President "may direct any federal agency, with or without reimbursement, to utilize its authorities and the resources granted to it under federal law (including personnel, equipment, supplies, facilities, managerial, technical, and advisory services) in support of state and local assistance efforts."

## Homeland Security Act

The *Homeland Security Act of 2002 (Public Law 107-296)* established the Department of Homeland Security (DHS) with the mandate and legal authority to protect the American people from the continuing threat of terrorism. In the act, Congress also assigned DHS as the primary focal point regarding natural and manmade crises and emergency planning.

## Homeland Security Presidential Directive-5

*Homeland Security Presidential Directive (HSPD-5), Management of Domestic Incidents, February 28, 2003,* is intended to enhance the ability of the United States to manage domestic incidents by establishing a single, comprehensive national incident management system. HSPD-5 designates the Secretary of Homeland Security as the Principal Federal Official (PFO) for domestic incident management and empowers the Secretary to coordinate Federal resources used in response to or recovery from terrorist attacks, major disasters, or other emergencies in specific cases.

## National Response Framework

Federal disaster relief and emergency assistance are coordinated by the Federal Emergency Management Agency (FEMA) using the National Response Framework (NRF). The NRF, using the National Incident Management System (NIMS), establishes a single, comprehensive framework for the management of domestic incidents. The NRF provides the structure and mechanisms for the coordination of federal support to state, local, and tribal incident managers; and for exercising direct federal authorities and responsibilities. Information about the National Response Framework can be found at www.fema.gov/national-response-framework.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 200 of 463   PageID #: 1097

**National Incident Management System (NIMS)**

HSPD-5 directed that the DHS Secretary develop and administer a National Incident Management System to provide a consistent, nationwide approach for Federal, State, and local governments to work effectively and efficiently together to prepare for, respond to, and recover from domestic incidents, regardless of cause, size, or complexity. To provide for interoperability and compatibility among federal, state, and local capabilities, the NIMS will include a core set of concepts, principles, terminology, and technologies covering the incident command system; multi-agency coordination systems; unified command; training; identification and management of resources (including systems for classifying types of resources); qualifications and certification; and the collection, tracking, and reporting of incident information and incident resources. Information about the NIMS can be found at www.fema.gov/national-incident-management-system.

**Emergency Support Function (ESF) Annexes**

Emergency Support Function (ESF) Annexes are the components of the NRF that detail the mission, policies, structures, and responsibilities of federal agencies. They are utilized for coordinating resource and programmatic support to the states, tribes, and other federal agencies or other jurisdictions and entities during Incidents of National Significance. Each ESF Annex identifies the ESF coordinator and the primary and support agencies pertinent to the ESF. USDA-FS and USFA are the Co-coordinators of ESF #4 – Firefighting. USDA-FS coordinates at the national and regional levels with FEMA, state agencies, and cooperating agencies on all issues related to response activities. USFA coordinates with appropriate state agencies and local fire departments to expand structural firefighting resource capacity in the existing national firefighting mobilization system and provides information on protection of emergency services sector critical infrastructure.

The ESF primary agency serves as a federal executive agent under the Federal Coordinating Officer to accomplish the ESF mission. The ESF support agencies, when requested by the designated ESF primary agency, are responsible for conducting operations using their own authorities, subject-matter experts, capabilities, or resources. USDA-FS is the primary agency for ESF #4 – Firefighting.

See https://www.fema.gov/media-library/assets/documents/32180?id=7353 for further information regarding ESF #4.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 201 of 463   PageID #: 1098

1 Other NRF USDA-FS and DOI responsibilities are:

| ESF Support Annex | USDA-FS Role | DOI Role |
|---|---|---|
| #01 Transportation | Support | Support |
| #02 Communications | Support | Support |
| #03 Public Works and Engineering | Support | Support |
| #04 Firefighting | Coordinator & Primary | Support |
| #05 Emergency Management | Support | Support |
| #06 Mass Care, Emergency Assistance, Housing, and Human Services | Support | Support |
| #07 Logistics Management and Resources Support | Support | Support |
| #08 Public Health and Medical Services | Support | Support |
| #09 Search and Rescue | Support | Primary |
| #10 Oil and Hazardous Materials Response | Support | Support |
| #11 Agriculture and Natural Resources | Primary | Primary |
| #12 Energy | | Support |
| #13 Public Safety and Security | Support | Support |
| #15 External Affairs | Support | Support |

2 **National Oil and Hazardous Substances Pollution Contingency Plan (NCP,**
3 **40 CFR 300)**
4 The NCP provides the organizational structure and procedures for preparing for
5 and responding to discharges of oil and releases of hazardous substances,
6 pollutants, and contaminants. The NCP is required by section 105 of the
7 Comprehensive Environmental Response, Compensation, and Liability Act of
8 1980 (CERCLA), 42 U.S.C. 9605, as amended by the Superfund Amendments
9 and Reauthorization Act of 1986 (SARA), P.L. 99–499, and by section 311(d) of
10 the Clean Water Act (CWA), 33 U.S.C. 1321(d), as amended by the Oil
11 Pollution Act of 1990 (OPA), P.L. 101–380. The NCP identifies the national
12 response organization that may be activated in response actions to discharges of
13 oil and releases of hazardous substances, pollutants, and contaminants in
14 accordance with the authorities of CERCLA and the CWA. It specifies
15 responsibilities among the federal, state, and local governments and describes
16 resources that are available for response, and provides procedures for involving
17 state governments in the initiation, development, selection, and implementation
18 of response actions, pursuant to CERCLA. The NCP works in conjunction with
19 the National Response Framework through Emergency Support Function 10 –
20 Oil and Hazardous Material Response.

Release Date: January 2016                                                         177

**Post-Katrina Emergency Management Reform Act**
The *Post-Katrina Emergency Reform Act of 2006 (Public Law 109-295)*
amended the Homeland Security Act. This law established the FEMA
Administrator as responsible for managing the Federal response to emergencies
and disasters, and for reporting directly to the President. The Secretary of
Homeland Security is the Principal Federal Official, but has no direct authority
for response or coordination. This law also amends the Stafford Act to allow
FEMA, in the absence of a specific request or Presidential declaration, to direct
other Federal agencies to provide resources and support where necessary to save
lives, prevent human suffering, or mitigate severe damage.

**Presidential Policy Directive-8**
*Presidential Policy Directive-8 (PPD-8), National Preparedness, March 30,*
*2011* is intended to strengthen all-of-Nation preparedness. PPD-8 directs the
Secretary of Homeland Security to develop a national preparedness goal and a
national preparedness system in coordination and consultation with other federal
departments and agencies, state, local, tribal, and territorial governments, private
and non-profit sectors, and the public. The national preparedness system is
comprised of:
- National planning frameworks for the prevention, protection, mitigation,
  response to, and recovery from national threats. These frameworks are
  similar and complementary to the National Response Framework (NRF).
- Corresponding Federal interagency operational plans.
- Guidance for the national interoperability of personnel and equipment.
- Guidance for business, community, family, and individual preparedness.

**All-Hazards Coordination and Cooperation**
In an actual or potential incident of national significance that is not encompassed
by the Stafford Act, the President may instruct a federal department or agency,
subject to any statutory limitations on the department or agency, to utilize the
authorities and resources granted to it by Congress. In accordance with
Homeland Security Presidential Directive-5, federal departments and agencies
are expected to provide their full and prompt support, cooperation, available
resources, consistent with their own responsibilities for protecting national
security. Personnel assigned to all-hazard incidents may only perform duties
within agency policy, training, and capability.

**NWCG Role in Support, Coordination, and All-Hazards Response by**
**Wildland Fire Agencies**
The National Wildfire Coordinating Group has established guidelines to define
NWCG's role in the preparedness for, coordination of, and support to all-
hazards incidents.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 203 of 463   PageID #:
1100

General All-Hazards Guidelines for NWCG:

- The National Incident Management System (NIMS) is the foundation of all response. NWCG principles, procedures, and publications will comply with and support the NIMS. NWCG expects that all local, State, and Federal response agencies and organizations will comply with NIMS.
- NWCG uses the NIMS definition of All-Hazards, which includes wildland fire. This definition is:
  - o All-Hazards: Describing an incident, natural or manmade, that warrants action to protect life, property, environment, and public health or safety, and to minimize disruptions of government, social, or economic activities.
- NWCG recognizes FEMA's role in overseeing the development, implementation, and maintenance of NIMS, which includes the Incident Command System (ICS) and its components (forms, core competencies, training, qualifications and standards, etc.).
- NWCG accepts the components of NIMS and will develop an endorsement process and additional qualifications requirements for positions having specific wildland fire application.
- NWCG recognizes and supports the use of position-specific qualifications from other NIMS compliant disciplines (law enforcement, structure fire, hazmat, etc.).
- NWCG supports the ongoing development and maintenance of wildland fire systems to be adaptable for all-hazards response.
- NWCG expects that all wildland fire personnel engaged in all-hazards response, whether at the national, regional or local level will base actions on both NWCG and agency policies, standards, doctrine, and procedures.
- NWCG member agencies ensure all personnel responding to all-hazards incidents are properly trained, equipped, and qualified for their assigned position.
- NWCG encourages all wildland fire agencies and personnel to receive appropriate preparedness training, focusing on general knowledge of all-hazards response, disaster characteristics, and the effects from these events on citizens and responders.
- NWCG encourages all wildland fire agencies and personnel to consider appropriate risk mitigation measures (e.g., vaccinations, personal protective equipment, etc.) prior to responding to all-hazards incidents.
- NWCG coordinates with member agencies to ensure accountability of wildland fire personnel during all-hazards response.

## USFS All-Hazards Guiding Principles and Doctrine

The Forest Service has developed doctrine, known as the *Foundational Doctrine for All-Hazard Response*, outlining the guiding principles, roles, and responsibilities of the agency during all-hazards response. Forest Service responders and leadership are expected to follow this doctrine, established to help ensure the safest response conditions possible.

EXHIBIT 7

1  The following principles encompass the guidelines, roles, and responsibilities
2  established in this doctrine:

3  • The intent of Forest Service all-hazard response and support is to protect
4    human life, property, and at-risk lands and resources *while imminent threats*
5    *exist.*

6  • Personnel should be prepared and organized to support all-hazard responses
7    by providing trained personnel to utilize their inherent skills, capabilities,
8    and assets, without requiring significant advanced training and preparation.
9    Support to cooperators requiring wildland resources will be consistent with
10   employee core skills, capabilities, and training.

11 • As incidents move from the *response phase* to the *recovery phase*, there
12   should be a shift to demobilizing agency resources.

13 • Within all-hazard response environments, agency personnel may encounter
14   situations in which there is an imminent threat to life and property outside
15   of their Agency's jurisdiction. These environments include scenarios
16   ranging from being first on scene at a vehicle accident, to committing
17   Agency resources to protect a local community. Leaders are therefore
18   expected to use their judgment and respond appropriately.

19 • Wildland resources deployed to all-hazard responses will understand the
20   dynamic and complex environment and utilize their leadership, training, and
21   skills to adapt, innovate, and bring order to chaos.

22 • Leaders are expected to operate within the incident organizational structure
23   encountered on all-hazard responses. When such structure is absent, they
24   will utilize National Incident Management System principles to assure safe
25   and effective utilization of agency resources.

26 • Leaders are expected to operate under existing policies and doctrine under
27   normal conditions. On all-hazard responses, fire and aviation business and
28   safety standards may have to be adapted to the situation to successfully
29   accomplish the mission. When conflicts occur, employees will use their
30   judgment, weigh the risk versus gain, and operate within the intent of
31   Agency policy and doctrine.

32 • All-hazard response will be focused on missions that we perform
33   consistently and successfully. Workforce assignments will be directed
34   toward the core skills developed through our existing training and
35   curriculum.

36 • Agency employees will be trained to operate safely and successfully in the
37   all-hazard environment. Preparedness training will focus on gaining general
38   knowledge of all-hazard response, disaster characteristics, as well as the
39   effects from these events on citizens and responders.

40 • Specific operational skills will be facilitated through the National Incident
41   Management System, working with the responsible agencies who supply
42   the technical specialists who, in turn, provide the specific skill sets. The
43   Forest Service will not train or equip to meet every hazard.

44 • Wildland employees are expected to perform all-hazard support as directed
45   within their qualifications and physical capabilities. All employees have the

180                                          Release Date: January 2016

right to a safe assignment. The employee may suspend his or her work whenever any environmental condition—or combination of condition— become so extreme than an immediate danger is posed to employee health and safety that cannot be readily mitigated by the use of appropriate, approved protective equipment or technology.

- Acceptable risk is risk mitigated to a level that provides for reasonable assurances that the all-hazard task can be accomplished without serious injury to life or damage to property.
- All-hazard incident-specific briefing and training will be accomplished *prior* to task implementation. This preparation will usually occur prior to mobilization where incident description, mission requirements, and known hazards are addressed. Key protective equipment and associated needs for these all-hazard tasks that wildland employees do not routinely encounter or perform will be identified. This will be done—and be in place—*prior* to task implementation.
- Agency employees will be provided with appropriate vaccinations, credentials, and personal protective equipment to operate in the all-hazard environment to which they are assigned.
- Additional information can be found in the Forest Service Foundational Doctrine for All-Hazard Response.
  http://www.fs.fed.us/fire/doctrine/conferences/all_hazard_response.pdf

## All-Hazard Incident Management Teams (IMTs) and Other Non-Wildland Fire IMTs

Different entities have developed IMTs based on ICS core competencies under the National Incident Management System (NIMS). Federal agencies with IMTs include the U.S. Coast Guard, the Environmental Protection Agency, USDA's Animal and Plant Health Inspection Service (APHIS), DOI's National Park Service and U.S. Fish and Wildlife Service, and others. In addition, many states and metropolitan areas have developed All Hazard Incident Management Teams (AHIMTs). AHIMT consists of personnel from various disciplines (fire, rescue, emergency medical, hazardous materials, law enforcement, public works, public health and others) trained to perform the functions of the Command and General Staff at the Type 3 level. AHIMTs are often sponsored or administered by a state or local emergency management agency.

Many different entities that sponsor an AHIMT or other non-wildland fire IMT have requested that their personnel be allowed to "shadow" a wildland fire IMT positions during incidents (sometimes referred to as "field training" or "field mentoring"). The primary purpose of shadowing is to gain insight to complex incident management. All shadowing events should be coordinated with the receiving GACCs and the IC at an incident.

- *DOI – http://www.doi.gov/emergency/emergency-policy.cfm*

EXHIBIT 7

## International Wildland Fire Coordination and Cooperation

### U.S. – Mexico Cross Border Cooperation on Wildland Fires

In June of 1999, the Department of Interior and the Department of Agriculture signed a Wildfire Protection Agreement with Mexico. The agreement has two purposes:

- To enable wildfire protection resources originating in the territory of one country to cross the United States-Mexico border in order to suppress wildfires on the other side of the border within the zone of mutual assistance (10 miles/16 kilometers) in appropriate circumstances.

- To give authority for Mexican and U.S. fire management organizations to cooperate on other fire management activities outside the zone of mutual assistance.

National Operational Guidelines for this agreement are located in Chapter 40 of the *National Interagency Mobilization Guide* available online. These guidelines cover issues at the national level and also provide a template for those issues that need to be addressed in local operating plans. The local operating plans identify how the agreement will be implemented by the GACCs (and Zone Coordination Centers) that have dispatching responsibility on the border. The local operating plans will provide the standard operational procedures for wildfire suppression resources that could potentially cross the U.S. border into Mexico.

### U.S. – Canada, Reciprocal Forest Firefighting Arrangement

Information about United States – Canada cross border support is located in Chapter 40 of the *National Interagency Mobilization Guide* available online. This chapter provides policy guidance, which was determined by an exchange of diplomatic notes between the U.S. and Canada in 1982. This chapter also provides operational guidelines for the Canada – U.S. Reciprocal Forest Fire Fighting Arrangement. These guidelines are updated yearly.

### U.S. – Australia/New Zealand Wildland Fire Arrangement

Information about United States – Australia/New Zealand support is located in Chapter 40 of the *National Interagency Mobilization Guide* available online. This chapter provides a copy of the arrangements signed between the U.S. and the states of Australia and the country of New Zealand for support to one another during severe fire seasons. It also contains the AOP that provides more detail on the procedures, responsibilities, and requirements used during activation.

## International Non-Wildland Fire Coordination and Cooperation

### International Disasters Support

Federal wildland fire employees may be requested through the FS to support the U.S. Government's (USG) response to international disasters by serving on Disaster Assistance Response Teams (DARTs). A DART is the operational

equivalent of an ICS team used by the U.S. Agency for International Development's Office of Foreign Disaster Assistance (OFDA) to provide an on-the-ground operational capability at the site of an international disaster. Prior to being requested for a DART assignment, employees will have completed a weeklong DART training course covering information about:

- USG agencies charged with the responsibility to coordinate USG responses to international disaster.
- The purpose, organizational structure, and operational procedures of a DART.
- How the DART relates to other international organizations and countries during an assignment. Requests for these assignments are coordinated through the FS International Programs, Disaster Assistance Support Program (DASP).
- DART assignments should not be confused with technical exchange activities, which do not require DART training.

More information about DARTs can be obtained at the FS International Program's website, http://www.fs.fed.us/global/aboutus/dasp/welcome.htm.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 208 of 463   PageID #: 1105

(This page intentionally left blank.)

184                              Release Date: January 2016

**EXHIBIT 7**

# Chapter 9
# Fire Management Planning

## Purpose

The purpose of fire management planning is to provide for firefighter and public safety, and outline fire management strategies and tactics that, when implemented, protect values and meet resource goals and objectives of the land and/or resource management plan. Planning strategically allows for responses to fire commensurate with risk, and movement towards desired conditions.

Fire planning products include a concise summary of information organized by fire management unit (FMU) or by other geospatially explicit representations of the landscape. These products should be updated as new information becomes available, as conditions on the ground necessitate updates, or when changes are made to the Land/Resource Management Plan (L/RMP).

Products may address: response to wildfire, hazardous fuels and vegetation management, burned area emergency stabilization and rehabilitation, prevention, community interactions and collaborative partnerships roles, and monitoring and evaluation of programs.

Fire Management planning efforts should address the vision and goals of the National Cohesive Wildland Fire Management Strategy (2014) (Cohesive Strategy).

The Cohesive Strategy Vision is "To safely and effectively extinguish fire, when needed; use fire where allowable; manage our natural resources; and as a Nation, live with wildland fire."

The Cohesive Strategy goals are:
- Restore and maintain landscapes
- Fire-adapted communities
- Wildfire response

## Policy

"Fire, as a critical natural process, will be integrated into land and resource management plans and activities on a landscape scale and across agency boundaries" (*Review and Update of the Federal Wildland Fire Management Policy, January 2001*).

Fire Management plans should be developed collaboratively between federal agencies and tribal, local, and state agencies to accomplish resource and protection objectives.

Release Date: January 2016                                                185

Every area with burnable vegetation must have an approved Fire Management Plan (FMP). Fire Management Plans are strategic plans that define a program to manage wildland fires based on the area's approved land management plan. When practical, Fire Management Plans (FMP) should contain mutually developed objectives for managing fires that cross jurisdictional boundaries.

Fire Management Plans must provide for firefighter and public safety; include fire management strategies, tactics, and alternatives; address values to be protected and values at risk; address the location and conditions under which resource and protection objectives can be met; consider public health issues; and be consistent with resource management objectives, activities of the area, and environmental laws and regulations. Fire Management Plans should be based upon the best available science.

### Agency Planning Guidance

### Department of Interior (DOI)
Fire Management Plans must be consistent with the DOI Interagency Fire Management Plan Framework and subsequent bureau direction. Fire Management Plan content may be represented in spatial, text-based and/or digital formats.

- *The DOI framework is available at http://www.nwcg.gov/committees/interagency-fire-planning-committee/resources.*
  - *BLM – FMP Template is available at http://web.blm.gov/internal/fire/fpfm/planning.html.*
  - *NPS – FMP Template and information is available at http://famshare.inside.nps.gov/wildlandfire/budgetandplanning/firemanagementplanning/firemanagementplans/default.aspx.*

### U.S. Forest Service (FS)
By the 2016 fire season, Forest Service FMPs will be replaced with a combination of enhanced Spatial Planning contained in the Wildland Fire Decision Support System (WFDSS) and the Fire Management Reference System (FMRS), a collection of plans required for fire program management, such as aviation, operations, dispatch, and fire danger operating plan products. Fire Management Planning will be a continuing effort to ensure that guidance represented spatially in WFDSS and the FMRS are consistent with LRMP direction, reflecting available fire response options to move from current to desired conditions.

The FS has replaced the FSH 5109.19 with a Fire Management Planning Guide that further describes Spatial Fire Planning and the Fire Management Reference System (FMRS). As allowed in the Land and Resource Management Plan (LRMP), fire response strategies should be consistent with the Cohesive

Strategy and developed in collaboration with adjoining land managers. This
Guide is at http://fsweb.wo.fs.fed.us/fire/fmp/.

**Other Resources**
For information on utilizing the Spatial Fire Planning method in WFDSS, see
the WFDSS Spatial Fire Planning Guide located on the WFDSS Training page
at http://wfdss.usgs.gov/wfdss/WFDSS_Training.shtml.

**Concepts and Definitions**

For further clarification of concepts and definitions that follow, refer to:
*Terminology Updates Resulting from Release of the Guidance for the*
*Implementation of Federal Wildland Fire Management Policy (2009)*, and the
*Guidance for Implementation of Federal Wildland Fire Management Policy,*
*February 13, 2009.*

**Land/Resource Management Plan**
A document prepared with public participation and approved by the Agency
Administrator that provides guidance and direction for land and resource
management activities for an administrative area. The L/RMP may identify fire's
role in a particular area and for a specific benefit, or may contain general
statements regarding the role of fire across the land management unit. Guidance
contained in the L/RMP provides the basis for the development of strategic fire
management objectives and the fire management program in the designated
area.

**Fire Management Plan**
A Fire Management Plan (FMP) identifies and integrates all wildland fire
management and associated activities within the context of the approved
L/RMP. The FMP is supplemented by operations plans, including but not
limited to preparedness plans, pre-planned dispatch plans, fuels treatment plans,
and prevention plans. FMPs assure that wildland fire management goals and
objectives are coordinated.

**Fire Management Unit**
The purpose of Fire Management Units (FMUs) in planning is to assist in
organizing information in complex landscapes. The process of creating FMUs
divides the landscape into smaller geographic areas to more easily describe
physical/biological/social characteristics and frame associated planning
guidance based on these characteristics.

**Compliance**
Compliance generally includes the full range of considerations and procedures
defined by each agency to comply with laws such as (but not limited to); the
National Environmental Planning Act (NEPA), Section 106 of the Archeological

EXHIBIT 7
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 212 of 463   PageID #:
1109

Resources Protection Act, Section 7 of the Endangered Species Act, Clean Air Act, Wilderness Act, Executive Orders, etc.

**Spatial Fire Management Plan (SFMP)**
A Spatial Fire Management Plan is a strategic plan that contains text based and spatially represented information that guides a full range of fire management activities and is supported by a land or resource management plan.

**Spatial Fire Management Plan Mapsheet**
A collection of one or more tables, graphics, maps or other information on a single page or poster.

**Spatial Fire Management Plan Map Set**
A compilation of all the mapsheets that make up the SFMP.

**Connection to Other Plans**

Fire Management Plans are tiered from Land/Resource Management Plans. DOI plans (e.g., operational, preparedness, and implementation plans) tier from Fire Management Plans. Forest Service plans tier to decisions made in the Land/Resource Management Plans.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 213 of 463   PageID #: 1110

# Chapter 10
# Preparedness

## Preparedness Overview

Fire preparedness is the state of being ready to provide an appropriate response to wildland fires based on identified objectives and is the result of activities that are planned and implemented prior to fire ignitions.

Preparedness requires:

- Identifying necessary firefighting capabilities;
- Implementing coordinated programs to develop those capabilities;
- A continuous process of developing and maintaining firefighting infrastructure;
- Predicting fire activity;
- Implementing prevention activities;
- Identifying values to be protected;
- Hiring, training, equipping, pre-positioning, and deploying firefighters and equipment;
- Evaluating performance;
- Correcting deficiencies; and
- Improving operations.

Preparedness activities should focus on developing interagency response capabilities that will result in safe, effective, and efficient fire operations aligned with risk-based fire management decisions.

Preparedness activities will be consistent with direction in the approved Land and Resource Management Plan (LRMP) and in the Fire Management Plan (FMP).

## Preparedness Planning

At the local level, preparedness planning and the resultant activities begin with a Fire Danger Operating Plan (FDOP), which includes a number of other plans that result in coordinated actions based on the fire situation.

References, templates, and other supporting materials pertaining to the FDOP process and related operationally-focused preparedness plans can be found at http://www.wfas.net/nfdrs2016.

Outputs from the FDOP process are used to support decisions found in many components of preparedness plans. These actions will ensure a unit is appropriately prepared to react to new and emerging wildfire incidents.

Preparedness plans should include, but are not limited to:

- Fire Danger Operating Plan
- Preparedness Level Plan
- Initial Response/Pre-planned Dispatch Plan
- Step-up/Staffing Plan
- Fire Prevention/Mitigation Plan (as specified by agency requirements)
- Closure/Restriction Plan (as specified by agency requirements)

## Fire Danger Rating

The National Fire Danger Rating System (NFDRS) and the Weather Information Management System (WIMS) are the principle applications used by the federal land management agencies to assess fire danger. At every scale, fire danger rating is a key consideration for staffing and prepositioning preparedness resources, regulating industrial activity, or placing restrictions on public lands. Because these assessments are used by and affect a wide variety of stake holders including federal and state agencies, local governments, industrial and other private entities, as well as the general public, participation in a recognized fire danger system and careful management of weather and fire data is vital to ensure accurate assessments and the consistent application of fire danger rating, especially for broader scale assessments.

The following requirements apply to all NFDRS-compliant weather stations managed in WIMS:

- For the primary fuel model (i.e., the first model listed in the WIMS station catalog):
  - Identify an appropriate Staffing index;
  - Identify the Staffing index breakpoints (i.e., the two highest breakpoint values and their associated percentiles*); and
  - Identify the number of Decision Classes (i.e., the number of Staffing Levels).
- If not already entered as the primary fuel model, also enter Fuel Model G:
  - Identify ERC as the Staffing index;
  - Identify the ERC breakpoints (i.e., the two highest ERC breakpoint values and their associated percentiles*); and
  - Identify the number of Decision Classes (i.e., the number of Staffing Levels).
  - \* For units that have not performed detailed analysis to identify Fire Business Thresholds or Climatological Breakpoints, it is recommended to use the 90th and 97th percentiles as default values for these Critical Percentiles.
    - *BLM – 80th and 95th percentiles*

EXHIBIT 7
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 215 of 463   PageID #: 1112

**Communication of Fire Danger**

Daily Observed and Forecasted Fire Danger Outputs will be:

- Communicated daily to local fire personnel to aid in situational awareness; and
- Should include the Staffing index and/or index/component used.

Fire danger will be conveyed to the public using the five Adjective Fire Danger Rating classes: low, moderate, high, very high, and extreme.

**Fire Danger Operating Plan Rating**

Ideally developed for interagency field-level operations (e.g., corresponding to the area within the jurisdiction of a third-tier dispatch center), the FDOP is an integral component of local fire management planning. The FDOP documents the analysis process and the development of decision points to be used for future weather and fire occurrence situations, based on an analysis of local conditions, historic weather, and historic fire occurrence. The analysis and decision points are developed using decision support tools such as the National Fire Danger Rating System (NFDRS), the Canadian Forest Fire Danger Rating System (CFFDRS) the Palmer Drought Index, live fuel moisture data, monthly or seasonal wildland fire outlooks, seasonal climate forecasts, and wildland fire risk analyses. The analysis of historic weather and fire occurrence is conducted utilizing a statistical software program, such as but not exclusive to FireFamily Plus (FFP), which calculates fire danger indicies and can correlate them to historic fire occurrence. The FDOP process blends science, historical data, established processes, and local knowledge to provide a unified framework for local interagency unit managers/administrators to make informed decisions that result in safe, efficient, and effective responses to fire situations.

Every field-level unit with a fire program should be covered by an FDOP and should participate in the planning process. FDOP developers should attend Intermediate NFDRS (S-491) and preferably, the Advanced NFDRS level courses. Units are encouraged to seek the participation of and review by NFDRS or CFFDRS Subject Matter Experts when developing the FDOP. Established FDOPs should be monitored, reviewed annually, and updated as necessary to ensure they continue to meet the preparedness needs of the local units.

In conjunction with the analysis noted above, the FDOP also describes:

- Processes, such as daily input and output monitoring of the Weather Information Management System (WIMS) at http://fam.nwcg.gov/fam-web/;
- Tools that will be utilized to communicate fire danger information, such as Fire Danger PocketCards, or seasonal trends analysis; and
- Related products, such as staffing, dispatch, and preparedness level plans (which can be included as components of the FDOP or linked, if presented as separate plans).

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP    Document 19-6    Filed 11/19/19    Page 216 of 463    PageID #: 1113

1 A FDOP template can be found at http://www.wfas.net/nfdrs2016.

2 Required minimum content for the FDOP includes the following components:

3 • **Roles and Responsibilities**
4 This section of the FDOP defines the roles and responsibilities for those
5 responsible for the development, maintenance and daily implementation of
6 the plan, program management related to the plan, and associated training.

7 • **Fire Danger Area Inventory**
8 This section of the FDOP presents the inventory of the basic components of
9 the FDOP area, which will describe the general area, including the
10 administrative units involved in the planning process. The fire danger area
11 inventory will include:
12 o Fire history, as well as identification of fire/ignition issues specific to
13 the area;
14 o Description of vegetation/fuels, topography, and weather/climatology
15 resulting in the delineation of specific Fire Danger Rating Areas
16 (FDRAs), which are broad landscapes (typically, on the scale of tens or
17 hundreds of thousands of acres each) that are considered to have
18 relatively homogeneous fire danger;
19 o The existing weather station network and identification of any
20 additional weather station system needs; and
21 o Validation that each Remote Automated Weather Station (RAWS)
22 meets the requirements of the *Interagency Wildland Fire Weather*
23 *Station Standards and Guidelines* (PMS 426-3).

24 • **Operational Procedures**
25 This section of the FDOP establishes the procedures used to gather and
26 process data in order to integrate fire danger rating information into
27 decision processes. The network of fire weather stations whose observations
28 are used to determine fire danger ratings is identified. Station maintenance
29 responsibilities and schedules are defined. Include:
30 o Daily weather processing schedule and procedures;
31 o Daily communication schedule and modes;
32 o Seasonal station catalog adjustment schedule and responsible
33 personnel;
34 o Annual review of decision points and responsible personnel; and
35 o Periodic review of PocketCards or other communication methodology
36 and responsible personnel.

37 • **Decision Point Analysis**
38 This section of the FDOP describes the analysis of climatological
39 breakpoints and fire business thresholds that trigger changes in fire danger-
40 related decisions within an FDRA. Decision points are identified using
41 statistical analysis software such as but not limited to FFP. Distinct
42 selections of fuel model and fire danger index/component (NFDRS or
43 CFFDRS) are appropriate for different management decisions (such as
44 staffing, initial response, or industrial and public restrictions).

Because Fire Business Thresholds correlate periods of historical fire danger <u>and</u> fire occurrence, they generally provide the best decision support and are appropriate for identifying Staffing Levels, Dispatch Levels, fire restrictions, Preparedness Levels, fire prevention activities, and other specific readiness actions. Climatological Breakpoints, which are expressed as percentiles, may be appropriate as decision points for longer term decisions and general preparedness activities, such as seasonal staffing start/end dates or contract aircraft availability periods.

*Note: WIMS relies exclusively on Climatological Breakpoints to compute Staffing Level and Adjective Rating. If Fire Business Thresholds are used as decision points, Staffing Level and Adjective Rating must be computed outside of WIMS*

- **Fire Danger-based Decisions**
  This section of the FDOP describes the decision points used in Step-up/Staffing Plans, Initial Response/Pre-planned Dispatch Plans, Preparedness Level Plans, Prevention Plans (which include how Adjective Fire Danger Ratings are determined and will be applied), Closure/Restriction Plans, etc. It should include the rationale for the fuel model and index/component selection and the corresponding decision points for each of those plans. The plans may be included in the FDOP or be stand-alone plans.

## Preparedness Level Plans

Preparedness Level Plans are required at the national, state/regional, and local levels. These plans address the five Preparedness Levels (1-5) and provide management direction based on identified levels of burning conditions (fire danger), fire activity, resource commitment/availability, such as incident management teams assigned, and other considerations (in contrast to Staffing Levels, which typically only consider fire danger, as described below). Preparedness Level Plans may be developed by a state/regional office for agency-specific use.

Supplemental preparedness actions to consider include, but are not limited to, the following items:
- Management briefings, direction, and considerations;
- Support function: consideration given to expanded dispatch activation and other support needs (procurement, supply, ground support, and communication);
- Support staff availability outside of fire organization;
- Fire danger/behavior assessment;
- Fire information – internal and external;
- Multi-agency coordination group/area command activation; and
- Prescribed fire direction and considerations.

EXHIBIT 7
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 218 of 463   PageID #: 1115

Refer to the *National Interagency Mobilization Guide* and GACC Mobilization Guides for more information on Preparedness Level Plans.

### Step-up/Staffing Plans

Step-up/Staffing Plans are designed to direct incremental preparedness actions at the local level in response to changing fire danger. Each plan should address the unit's chosen number of Staffing Levels, and the corresponding actions to consider for those changing fire danger conditions, as reviewed annually. The Step-up/Staffing Plan should be based on analysis completed as part of the unit's FDOP and the analysis rationale, if not the entire plan, should be included as part of the FDOP.

### Staffing Level

The Staffing Level should be used to guide daily internal fire operational decisions at the local level. The Staffing Level specifies appropriate daily staffing for initial response resources, such as when to implement 7-day coverage and adjusted work schedules, and the number of personnel committed to initial attack resources (in contrast to the Initial Response/Pre-planned Dispatch Plan – described below – that specifies the number of resources dispatched to an incident). Staffing Level helps define "How ready to be today?" A unit can operate with 3 to 9 levels of staffing. Most units typically use 5 (1, 2, 3, 4, 5) or 6 (1, 2, 3L, 3H, 4, 5) levels. The use of Fire Business Thresholds to determine Staffing Levels is encouraged; however, they must be computed outside of the WIMS.

The Step-up/Staffing Plan describes pre-approved escalating responses that are in the FDOP and FMP. A Step-up/Staffing Plan should also include recurring supplemental preparedness actions designed to enhance the unit's fire management capability during short periods (Fourth of July, or other pre-identified events) where staffing normally needs to be increased to meet initial attack, prevention, or detection needs.

The Staffing Plan should also consider supplemental staffing actions such as, but not limited to, the following items:
- Fire prevention actions, including closures/restrictions, media messages, signing, and patrolling;
- Prepositioning or augmentation of suppression resources;
- Cooperator discussion and/or involvement;
- Safety considerations: safety messages, safety officer;
- Increased initial attack dispatch staffing; and
- Increased detection activities.

In contrast to staffing actions established for the normal range of conditions, severity is a longer duration condition that cannot be adequately dealt with under

normal staffing, such as a killing frost converting live fuel to dead fuel or drought conditions. Severity is discussed later in this chapter.

### Initial Response/Pre-planned Dispatch Plans

Local-level Initial Response/Pre-planned Dispatch Plans, also referred to as run cards, specify the fire management response (e.g., number and type of suppression assets to dispatch) within a defined geographic area to an unplanned ignition, based on fire weather, fuel conditions, fire management objectives, and resource availability.

Fire Management Officers will ensure that Initial Response/Pre-planned Dispatch Plans are in place, utilized, and provide for initial response commensurate with guidance provided in the FMP and/or LRMP. Initial Response/Pre-planned Dispatch Plans will reflect agreements and annual operating plans, and will be reviewed annually prior to fire season. These plans may be modified as needed during fire season to reflect the availability of national, prepositioned, and/or severity resources.

### Fire Prevention/Mitigation Plans

Unit-level Fire Prevention/Mitigation Plans may be required and completed by conducting a wildland fire prevention/mitigation assessment. The purpose of the plan is to reduce unwanted human-caused ignitions, thereby reducing wildland fire damages and losses, unnecessary risks to firefighters, and suppression costs. As fire danger moves from low to extreme, as defined in the FDOP, and/or human activity increases, prevention and mitigation activities must be increased to maintain effectiveness.

The Prevention/Mitigation Plan outlines how Adjective Fire Danger Ratings are determined; i.e., the fire danger fuel model and index and/or components used and whether they are computed within or outside WIMS, are communicated to the public, and applied, in terms of responsible personnel and assigned activities. Prevention activities are intended to prevent the occurrence of unwanted human-caused fires and include, but are not limited to:

- Education (signage, school programs, radio and news releases, recreation contacts, local business contacts, exhibits); and
- Public/industrial program monitoring (firewood cutting, logging, mining, power line maintenance).
  - *BLM – Refer to the BLM Wildland Fire Prevention, Education and Mitigation Planning Guide available at http://www.blm.gov/nifc/st/en/prog/fire/fuelsmgmt/fire_prevention_and. html.*
  - *NPS – Only units that experience more than an average of 26 human-caused fires per ten-year period are required to develop a fire prevention plan.*

o  *FWS – Prevention assessment determines requirement for prevention plan. Refer to Fire Management Handbook Chapter 10.*

o  *FS – Refer to FSM 5110.*

## Fire Danger PocketCard for Firefighter Safety

Fire Danger PocketCards provide, through a graphical interpretation of historic fire danger, a means for firefighters to understand the fire potential for a given local area during any day of the fire season. PocketCards apply to areas of uniform fire danger rating, known as FDRAs, which should be developed through an interagency FDOP process (if FDRAs aren't defined, PocketCards may be developed based on other areas of like fire danger). The PocketCard can also be an ideal tool for local seasonal tracking of fire season severity with the addition of daily indices (see "Local Unit Seasonal Tracking" section). The Fire Danger PocketCards must adhere to the NWCG standard located at http://fam.nwcg.gov/fam-web/pocketcards/default.htm.

PocketCards should be updated following a significant fire season but; otherwise, based on the length of the station or Special Interest Group (SIG) dataset:
- 10 years or less of historic weather data, update PocketCard annually;
- 11-14 years, update every other year;
- 15 years or more, update every 3 years.

In all cases, a high quality database should be used; i.e., 5 years of poor data and 10 years of good data does not equal 15 years of quality data.

Compliance with the standard, including quality, currency, and application of the PocketCard, is the responsibility of the local fire management unit.
- *BLM – Units will maintain Fire Danger PocketCards and ensure they are available to all personnel.*
- *FS – Obtain Regional certification for Fire Danger PocketCards. Distribute PocketCards to each fireline supervisor on Type 3, 4, and 5 wildfires. Units have the option to do more frequent updates if they choose to do so.*

The NWCG standards for updating and posting the cards can be found at http://fam.nwcg.gov/fam-web/pocketcards/default.htm.

## Managing Weather Data in WIMS

Fire danger requires continual management in order to produce accurate results that are applied in a timely manner. Some daily weather observation variables (such as state of the weather) must be manually validated and published daily. This procedure is essential for the calculation of daily and forecasted fire danger outputs in WIMS and ensures weather data storage in the National Fire and

Aviation Management (FAMWeb) Database. These efforts are coordinated with local National Weather Service fire weather meteorologists to provide timely forecasted fire danger outputs.

In addition to daily weather management, certain WIMS data requires periodic adjustment. The following should be adjusted seasonally or as appropriate:
- Live fuel moisture model inputs, including herbaceous vegetation stage, green-up and freeze date, season codes, greenness factors.
- Dead fuel moisture model inputs, including the snow flag and starting 1000 hour and X1000 fuel moisture and KBDI values.

Decision points should be reviewed annually and adjusted, as appropriate, based on statistical analysis. If decision points are adjusted, PocketCards should also be validated and updated as necessary.

### Management Actions for Remote Automated Weather Stations (RAWS)

### Noncompliance Report

A weekly report from Wildland Fire Management Information (WFMI) weather module displays RAWS that are more than 1 year and 45 days past their annual maintenance date. Fire weather stations are to be maintained annually per Interagency Wildland Fire Weather Station Standards and Guidelines (PMS 426-3). The report is widely distributed by email and available at http://raws.fam.nwcg.gov/nfdrs.html. If a RAWS is on the report, it has either not had annual maintenance, or the documentation for annual maintenance has not been completed in WFMI. Data from these RAWS should not be used or used with caution.

### Portable RAWS
Fire managers should ensure that locally held portable RAWS are maintained prior to use. Non-maintained portable RAWS will not be activated for data processing through WFMI weather.
- *BLM – Refer to Chapter 2 for more guidance.*

### Predictive Service Areas

Predictive Service Areas (PSA) are sub-geographic areas of similar climate, fuels and topography defined by Geographic Area Coordination Center (GACC) meteorologists generally for forecasting purposes. The PSAs are also used to display current and forecasted conditions at the national and Geographic Area level, such as maps showing 7-day Significant Fire Potential and statistics graphs of select indices and fuel moistures.

While PSAs are defined using similar criteria as FDRAs, the PSA-based products are intended for longer range prediction purposes and strategic planning at the sub-geographic scale, and FDRA-based products are intended to guide daily

Release Date: January 2016                                                                            197

1 operational decisions at the unit level. Optimally, FDRAs should nest within
2 PSAs to ensure better congruence with their closely-related products.

3 **National Predictive Services Fire Potential Outlooks and Advisories**

4 **National Wildland Significant Fire Potential Outlook**
5 The National Wildland Significant Fire Potential Outlook is prepared and
6 distributed by NICC on the first day of each month. The report consists of
7 outlooks for the next four months, divided into one month plus one month plus
8 two month periods. Maps for each period display areas of below normal,
9 normal, and above normal significant fire potential. The second (one month) and
10 third (two months) periods will also show trends of increasing/decreasing to and
11 from above and below normal. A brief synopsis of the current and predicted
12 national situation is included in the report. National Wildland Significant Fire
13 Potential Outlooks utilize information from individual GACC Predictive
14 Services units, as well as other sources of climate, weather and fire danger data.
15 The outlook will be posted on the first day of each month to the NICC
16 Predictive Services webpage.

17 **7-Day Significant Fire Potential Outlook**
18 The 7-day Significant Fire Potential Outlook provides a week-long projection of
19 fuels dryness, weather, fire potential, and firefighting resources information. It is
20 issued daily when a Geographic Area is at Preparedness Level 2 or higher (not
21 including support-only periods). Each Geographic Area's Predictive Services
22 unit will determine whether to produce a morning or afternoon routine issuance.
23 Issuance times for each Area's outlook can be found in the Geographic Area
24 Mobilization Guide and/or in its National Weather Service/Predictive Services
25 Annual Operating Plan.

26 All the Geographic Area outlooks are viewable from
27 http://psgeodata.fs.fed.us/7day/. The outlooks produced by the 10 Geographic
28 Area Predictive Services units are consolidated into a National 7-day Significant
29 Fire Potential map located at http://psgeodata.fs.fed.us/staticmap.html.

30 **Fuel and Fire Behavior Advisories**
31 Predictive Services and Coordination staff at all levels should be involved with
32 the issuance of any fuels/fire behavior advisories covering a large percentage of
33 their Geographic Area(s) so that they can carefully consider both the content and
34 intended audience of the messages.

35 **Local Unit Seasonal Tracking**

36 As identified in the FMP and/or FDOP, each unit selects and compares to
37 normal, the current value and seasonal trend of one (or more) of the following
38 indicators which are most useful in predicting fire season severity and duration
39 in its area. By downloading daily weather observations and adding them to the

database, FFP or similar statistical analysis software can be used to produce the current NFDRS, CFFDRS, and fuel moisture products, including statistical graphs of various indices and components such as:

- NFDRS (or CFFDRS) index and/or component values;
- Palmer Drought or Keetch-Byram Drought Index;
- 1000-hour fuel moisture;
- 100-hour fuel moisture;
- Live fuel moisture; and/or
- Growing Season Index.

The seasonal trend of each selected indicator is graphically compared to normal and all-time worst (for the historical period analyzed). This comparison is updated regularly and posted in dispatch and crew areas. The mechanism that is recommended for comparing and displaying these items is a PocketCard and/or fire danger seasonal graphs, which have been developed and used at the local unit to inform and educate firefighters on local conditions. PocketCards and seasonal fire danger graphs should use the same index and fuel model to display information so that the two can be easily compared.

Any local seasonal trends of indices/components or fuel moisture values should be communicated to the GACC Predictive Services unit to augment their assessments. Trends should be monitored throughout the fire season and communication should be on-going, particularly when significant changes in key indicators occur.

## Fire Severity Funding

Fire severity funding is the authorized use of suppression operations funds (normally used exclusively for suppression operations and distinct from preparedness funds) for extraordinary preparedness activities that are required due to:

- FMP, FDOP, or Annual Operating Plan criteria that indicate the need for additional preparedness/suppression resources. The plan(s) should identify thresholds for severity needs.
- Anticipated fire activity will exceed the capabilities of local resources.
- Fire seasons that either start earlier or last longer than identified in the FDOP.
- An abnormal increase in fire potential or danger not planned for in existing preparedness plans.

Agency established decision points or thresholds will be used to determine severity funding needs.

The objective of fire severity funding is to appropriately manage risk and adjust planned specific actions and staffing in excess of the budgeted program to improve initial response capabilities and wildfire prevention activities, when

**EXHIBIT 7**

extraordinary weather and fire conditions may result in the occurrence, or substantial threat of occurrence, of wildfires with significant damage potential.

Fire severity funding is not intended to:

- Raise preparedness funding levels to cover differences that may exist between funds actually appropriated and those identified in the fire planning process.
  - o *BLM – Refer to Chapter 2 for more guidance.*
  - o *NPS/FWS/FS – Mitigate threats to Threatened and Endangered Species habitat, wildland/urban interface, or other values identified in Land and Resource Management Plans.*

**Typical Uses**

Fire severity funds are typically used to:

- Increase prevention activities;
- Temporarily increase firefighting staffing;
- Pay for standby;
- Preposition initial attack suppression forces;
- Provide additional aerial reconnaissance; and
- Provide for standby aircraft availability.

**Authorization**

Authorization to use severity funding is provided in writing based on a written request with supporting documentation. Authorization is on a line item basis and comes with a severity cost code. Agencies will follow their administrative procedures for issuing severity cost codes. Authorization is provided for a maximum of 30 days per request; however, regardless of the length of the authorization, use of severity funding must be terminated when abnormal conditions no longer exist. If the fire severity situation extends beyond the 30-day authorization, the Unit/State/Region must prepare a new severity request.

**State/Regional-Level Fire Severity Funding**

Each fiscal year the national office will provide each state/region with funding and a severity cost code for state/regional short-term severity needs (e.g., wind events, cold dry front passage, lightning events, and unexpected events such as off road rallies, cultural events) that are expected to last less than one week. Expenditure of these funds is authorized by the State/Regional Directors at the written request of the Agency Administrator. State/Regional Directors are responsible and accountable for ensuring that these funds are used only to meet severity funding objectives and that amounts are not exceeded. The national office will notify the State/Regional Director, State/Regional Budget Officer, and the State/Regional FMO when the severity cost code is provided.

- *BLM – Refer to Chapter 2 and the BLM Fire Operations Website (http://web.blm.gov/internal/fire/fire_ops/index.html) for additional short-term severity guidance.*

- *NPS – Parks have the authority to approve "Step-up" actions only, as defined in their fire management plan. Regional offices approve severity (long term – up to 30 days) for parks up to $100,000 per severity event.*
- *FWS – Refer to the Fire Management Handbook Chapter 10 for additional short-term severity guidance.*
- *FS – Severity funding direction is found in FSM 5130 and current FY Program Direction.*

**National-Level Fire Severity Funding**

National Agency Fire Directors or their delegates are authorized to allocate fire severity funding under specific conditions stated or referenced in this chapter. Expenditure of these funds is authorized by the appropriate approving official at the written request of the State/Regional Director. Approved severity funding will be used only for the preparedness activities and timeframes specifically outlined in the authorization, and only for the objectives stated above.

- *BLM – Refer to Chapter 2 and the BLM Fire Operations Website for additional national severity guidance.*
- *NPS – National office approves all requests over $100,000.*
- *FWS – Additional information may be found on the FWS Sharepoint site.*
- *FS – Regional offices approve all severity requests.*

**Appropriate Fire Severity Funding Charges and Activities**

Severity funded personnel and resources will not use a severity cost code while assigned to wildfires. The wildfire FireCode number will be used instead.

**Labor**

Appropriate labor charges include:

- Regular pay for non-fire personnel;
- Regular pay for seasonal/temporary fire personnel outside their normal fire funded activation period; and
- Overtime pay for all fire and non-fire personnel.

Severity funded personnel and resources must be available for immediate initial attack regardless of the daily task assignment.

**Vehicles and Equipment**

Appropriate vehicle and equipment charges include:

- GSA lease rate and mileage;
- Hourly rate or mileage for Agency owned vehicles; and
- Commercial rentals and contracts.

**Aviation**

Appropriate aviation charges include:

- Contract extensions;
- The daily minimum cost for call when needed (CWN) aircraft;

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 226 of 463   PageID #: 1123

- Preposition flight time; and
- Support expenses necessary for severity funded aircraft (facility rentals, utilities, telephones, etc.).

**Travel and Per Diem**

Severity funded personnel in travel status are fully subsisted by the government in accordance with their agency regulations. Costs covered include:

- Lodging;
- Government provided meals (in lieu of per diem);
- Airfare (including returning to their home base);
- Privately owned vehicle mileage (with prior approval); and
- Other miscellaneous travel and per diem expenses associated with the assignment.

**Prevention Activities**

Appropriate prevention activities include:

- Funding Prevention Teams (Prevention teams will be mobilized as referenced in the *National Interagency Mobilization Guide*, Chapter 20).
- Implementing local prevention campaigns, to include community risk assessments, mitigation planning, enforcement, outreach, and education
- Augmenting patrols.
- **Note:** Non-fire funded prevention team members should charge base 8 and overtime to the severity cost code for the length of the prevention activities assignment. Fire funded personnel should charge overtime only to the severity cost code for the length of the prevention activities assignment.

**Inappropriate Fire Severity Funding Charges**

- To cover differences that may exist between funds actually appropriated (including rescissions) and those identified in the fire planning process.
- Administrative surcharges, indirect costs, fringe benefits.
- Equipment purchases.
- Purchase, maintenance, repair, or upgrade of vehicles.
  - *FWS/NPS – Severity-related repair and maintenance of agency vehicles and equipment may be funded by severity because they do not have a use rate covering these charges. These charges must be approved by the National Office.*
- Purchase of radios.
- Purchase of telephones.
- Purchase of pumps, saws, and similar suppression equipment.
- Aircraft availability during contract period.
- Cache supplies that are normally available in fire caches.
- Fixed ownership rate vehicle costs.

**Interagency Severity Requests**

Agencies working cooperatively in the same geographic area must work together to generate and submit joint requests, to minimize duplication of required resources, reduce interagency costs, and to utilize severity funded resources in an interagency manner. However, each agency should request funds only for its fair-share contributions or offsets for pooled, interagency resources/activities. The joint request should be routed simultaneously through each agency's approval system, and the respective approving official will issue an authorization that specifies allocations by agency.

**Requesting Fire Severity Funding**

Each agency has established severity funding request protocols. The completed and signed request is submitted from the State/Regional Director to the appropriate approving official as per the sequence of action outlined below. Authorizations will be returned in writing.

Severity funding request information for all agencies can be found at http://www.nifc.gov/policies/pol_severity_funding.html.

**Sequence of Action and Responsible Parties for Severity Funding Requests**

| Action | Responsible Party |
|---|---|
| In collaboration with interagency partners, as appropriate, identify and develop severity funding request. | Unit FMO |
| Review, modify, and approve (or reject) request. Forward to state/regional office. | Unit Agency Administrator |
| Review, modify, and recommend for approval (or rejection) unit request. Add state/regional needs and consolidate. Forward to State/Regional Director for approval within 48 hours. | State/Regional FMO |
| Review, modify, and approve (or reject) request. Forward to the appropriate National Fire Director/approving official within 48 hours. Notify the fire budget staff. | State/Regional Director |
| Review, modify, and approve (or reject) the request within 48 hours. Issue written authorization with a severity cost code. | Appropriate National Fire Director/Approving Official |
| Establish severity cost code in the appropriate finance system within 24 hours. | Applicable National Finance System |
| Notify unit office(s) and state/regional budget lead upon receipt of authorization. | State/Regional FMO |

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 228 of 463   PageID #: 1125

| Action | Responsible Party |
|---|---|
| Utilize severity cost code. Ensure that project expenditures are only used for authorized purposes. Continually assess needs and submit new requests/extensions as required. | Unit FMO |
| Maintain severity files, including requests, authorizations, and summary of expenditures and activities. | Unit/State/Regional/ National Offices |

1  *FS – Severity codes are pre-established at the beginning of the fiscal year.*
2  *Requests are approved at the regional office with a copy to the national office*
3  *for those exceeding $250,000 or including National Shared Resources.*

4  **Labor Cost Coding For Fire Severity Funded Personnel**
5  Fire preparedness personnel outside their normal activation period, employees
6  whose regular salary is not fire funded, and Administratively Determined (AD)
7  employees hired under an approved severity request should charge regular time
8  and approved non-fire overtime to the severity suppression operations
9  subactivity and the requesting office's severity cost code.

10  Fire preparedness personnel should charge their regular planned salary (base-
11  eight) to their budgeted subactivity using their home unit's location code.
12  Overtime associated with the severity request should be charged to the severity
13  suppression operations subactivity and the requesting office's severity cost code.

14  Regular hours worked in suppression operations will require the use of the
15  appropriate fire subactivity with the appropriate FireCode number. Overtime in
16  fire suppression operations will be charged to the suppression operations
17  subactivity with the appropriate FireCode number.

18  Employees from non-federal agencies should charge their time in accordance
19  with the approved severity request and the appropriate local and statewide
20  agreements. An interagency agreement for reimbursement must be established.
21  The Interagency Agreement for Fire Management can be used as a template.

22  **Documentation**
23  The unit/state/regional and national office will document and file accurate
24  records of severity funding activity. This will include complete severity funding
25  requests, written authorizations, and expenditure records.

26  **Severity Funding Reviews**
27  State/Regional and National offices should ensure appropriate usage of severity
28  funding and expenditures. This may be done as part of their normal agency fire
29  program review cycle.

## Qualification for Professional Liability Insurance Reimbursement

Public Law 110-161 provides for reimbursement for up to one half of the cost incurred for professional liability insurance (including any administrative processing cost charged by the insurance company) for temporary fire line managers, management officials, and law enforcement officers.

To qualify for reimbursement, "temporary fire line managers" must meet one of the following three criteria:

- Provide temporary supervision or management of personnel engaged in wildland fire activities;
- Provide analysis or information that affects a supervisor's or manager's decision about a wildland fire;
- Direct the deployment of equipment for a wildland fire, such as a base camp manager, an equipment manager, a helicopter coordinator, or an initial attack dispatcher.
  - *DOI – See Personnel Bulletin No. 08-07, March 20, 2008.*
  - *FS – Refer to http://fsweb.asc.fs.fed.us/HR.*

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 230 of 463   PageID #: 1127

(This page intentionally left blank.)

Release Date: January 2016

# Chapter 11
# Incident Management and Response

## National Response Framework

The National Response Framework presents the guiding principles that enable all response partners to prepare for and provide a unified national response to disasters and emergencies—from the smallest incident to the largest catastrophe.

The Framework establishes a comprehensive, national, all-hazards approach to domestic incident response. Information about the National Response Framework can be found at http://www.fema.gov/national-response-framework.

## National Incident Management System

The National Wildfire Coordinating Group (NWCG) follows the National Incident Management System (NIMS), which is a component of the National Response Framework. NIMS provides a universal set of structures, procedures, and standards for agencies to respond to all types of emergencies. NIMS will be used to complete tasks assigned to the interagency wildland fire community under the National Response Framework.

## Incident Management and Coordination Components of NIMS
Effective incident management requires:
- Command organizations to manage on-site incident operations.
- Coordination and support organizations to provide direction and supply resources to the on-site organization.

## Incident Command System (ICS)

The ICS is the on-site management system used in NIMS. The ICS is a standardized emergency management system specifically designed to provide for an integrated organizational structure that reflects the complexity and demands of single or multiple incidents, without being hindered by jurisdictional boundaries. ICS is the combination of facilities, equipment, personnel, communications, and procedures operating within a common organizational structure to manage incidents. ICS will be used by the agencies to manage wildland fire operations and all-hazard incidents.

## Wildfire Complexity

Wildfires are typed by complexity, from Type 5 (least complex) to Type 1 (most complex). The ICS organizational structure develops in a modular fashion based on the complexity of the incident. Complexity is determined by completing a Risk and Complexity Assessment (Refer to samples in Appendix E and F).

EXHIBIT 7

Incidents not meeting the recommended incident typing characteristics in the *Wildland Fire Incident Management Field Guide* (PMS 210) and later in this chapter should have a documented Risk and Complexity Assessment (Appendix E) verifying the command organization is appropriate.

## Wildfire Risk and Complexity Assessment

The National Wildfire Coordinating Group has adopted the Risk and Complexity Assessment (RCA) form as a replacement for the Incident Complexity Analysis form and the Organizational Needs Assessment form. The RCA assists personnel with evaluating the situation, objectives, risks, and management considerations of an incident and recommends the appropriate organization necessary to manage the incident. The Risk and Complexity Assessment is found in Appendix E.

The RCA also includes common indicators of incident complexity to assist firefighters and managers with determining incident management organizational needs. These common indicators are found in Appendix F.

The RCA can be used to populate the Relative Risk Assessment and Organization Assessment portions of the Wildland Fire Decision Support System (WFDSS).

The RCA is also available at http://www.nwcg.gov/publications/210.

## Command Organizations

### Incident Command

All wildfires, regardless of complexity, will have an Incident Commander (IC). The IC is a single individual responsible to the Agency Administrator(s) for all incident activities. ICs are qualified according to the NWCG *National Incident Management System: Wildland Fire Qualification System Guide* (PMS 310-1) and any additional agency requirements. The IC may assign personnel to any combination of ICS functional area duties in order to operate safely and effectively. ICS functional area duties should be assigned to the most qualified or competent individuals available.

Incident Commanders are responsible for:
- Obtaining a Delegation of Authority and/or expectations to manage the incident from the Agency Administrator. For Type 3, 4, or 5 incidents, delegations/expectations may be written or oral;
  - *BLM – BLM District/Field Managers will provide a written Delegation of Authority and/or expectations to the unit's Type 3, 4, and 5 Incident Commanders annually prior to fire season.*
- Ensuring that safety receives priority consideration in all incident activities, and that the safety and welfare of all incident personnel and the public is maintained;

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 233 of 463   PageID #: 1130

1   • Assessing the incident situation, both immediate and potential;
2   • Maintaining command and control of the incident management
3     organization;
4   • Ensuring transfer of command is communicated to host unit dispatch and to
5     all incident personnel;
6   • Developing incident objectives, strategies, and tactics;
7   • Developing the organizational structure necessary to manage the incident;
8   • Approving and implementing the Incident Action Plan, as needed;
9   • Ordering, deploying, and releasing resources;
10  • Ensuring incident financial accountability and expenditures meet agency
11    policy and standards; and
12  • Ensuring incident documentation is complete.

13  For purposes of initial attack, the first IC on scene qualified at any level will
14  assume the duties of initial attack IC. The initial attack IC will assume the duties
15  and have responsibility for all suppression efforts on the incident up to his/her
16  level of qualification until relieved by an IC qualified at a level commensurate
17  with incident complexity.

18  As an incident escalates and de-escalates, a continuing reassessment of
19  complexity should be completed to validate the current command organization
20  or identify the need for a different level of incident management.

21  An IC is expected to establish the appropriate organizational structure for each
22  incident and manage the incident based on his/her qualifications, incident
23  complexity, and span of control. If the incident complexity exceeds the
24  qualifications of the current IC, the IC must continue to manage the incident
25  within his/her capability and span of control until replaced.

26  **On-site Command Organizations**
27  Command organizations responsible for incident management include:
28  • Type 5 Incident Command;
29  • Type 4 Incident Command;
30  • Type 3 Incident Command;
31  • Type 2 Incident Command;
32  • Type 1 Incident Command;
33  • National Incident Management Organizations (NIMO);
34  • Area Command; and
35  • Unified Command.

36  **Incident Characteristics**

37  **Type 5 Incident Characteristics**
38  • Ad hoc organization managed by a Type 5 Incident Commander.
39  • Primarily local resources used.

- ICS command and general staff positions are not activated.
- Resources vary from two to six firefighters.
- Incident is generally contained within the first burning period and often within a few hours after resources arrive on scene.
- Additional firefighting resources or logistical support are not usually required.
- May require a Published Decision in WFDSS.

**Type 4 Incident Characteristics**

- Ad hoc organization managed by a Type 4 Incident Commander.
- Primarily local resources used.
- ICS command and general staff positions are not activated.
- Resources vary from a single resource to multiple resource task forces or strike teams.
- Incident is usually limited to one operational period. However, incidents may extend into multiple operational periods.
- Written Incident Action Plan (IAP) is not required. A documented operational briefing will be completed for all incoming resources. Refer to the *Incident Response Pocket Guide* for a briefing checklist.
- May require a Published Decision in WFDSS or other decision support document.

**Type 3 Incident Characteristics**

- Ad hoc or pre-established Type 3 organization managed by a Type 3 Incident Commander.
- The IC develops the organizational structure necessary to manage the incident. Some or all of ICS functional areas are activated, usually at the Division/Group Supervisor and/or unit leader level.
- The incident complexity analysis process is formalized and certified daily with the jurisdictional agency. It is the IC's responsibility to continually reassess the complexity level of the incident. When the assessment of complexity indicates a higher complexity level, the IC must ensure that suppression operations remain within the scope and capability of the existing organization and that span of control is consistent with established ICS standards.
- Local and non-local resources used.
- Resources vary from several resources to several task forces/strike teams.
- May be divided into divisions.
- May require staging areas and incident base.
- May involve low complexity aviation operations.
- May involve multiple operational periods prior to control, which may require a written Incident Action Plan (IAP).

1 • Documented operational briefings will occur for all incoming resources and
2   before each operational period. Refer to the *Incident Response Pocket*
3   *Guide* for a briefing checklist.
4 • ICT3s will not serve concurrently as a single resource boss or have any non-
5   incident related responsibilities.
6 • May require a Published Decision in WFDSS.
7 • May require a written Delegation of Authority.

8 **Type 3 Incident Command**
9 When ICT3s are required to manage an incident, they must not have concurrent
10 responsibilities that are not associated with the incident and they must not
11 concurrently perform single resource boss duties.

12 In 2014, NWCG established the following Type 3 General Staff qualifications in
13 the PMS 310-1: OPS3, LSC3, PSC3, FSC3. The establishment of these positions
14 does not preclude the use of the minimum qualification standards described in
15 the table below.

16 The following table lists minimum qualification requirements for functional
17 responsibilities to manage a Type 3 incident. Activation of these functions is at
18 the discretion of the Incident Commander.

| Type 3 Functional Responsibility | Minimum Qualification Standards |
|---|---|
| Incident Command | Incident Commander Type 3 (ICT3) |
| Safety | Line Safety Officer (SOFR) |
| Operations | Task Force Leader (TFLD) |
| Division | Single Resource Boss – Operational qualification must be commensurate with resources assigned (i.e., more than one resource assigned requires a higher level of qualification). |
| Plans | Local entities can establish level of skill to perform function. |
| Logistics | Local entities can establish level of skill to perform function. |
| Information | Local entities can establish level of skill to perform function. |
| Finance | Local entities can establish level of skill to perform function. |

19 **Type 2 Incident Characteristics**
20 • Pre-established incident management team managed by Type 2 Incident
21   Commander.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 236 of 463   PageID #:
1133

- ICS command and general staff positions activated.
- Many ICS functional units required and staffed.
- Geographic and/or functional area divisions established.
- Complex aviation operations.
- Incident command post, base camps, staging areas established.
- Incident extends into multiple operational periods.
- Written Incident Action Plan required for each operational period.
- Operations personnel often exceed 200 per operational period and total personnel may exceed 500.
- Requires a Published Decision in WFDSS or other decision support document.
- Requires a written Delegation of Authority to the Incident Commander.

**Type 2 Incident Command**

These ICs command pre-established Incident Management Teams that are configured with ICS Command Staff, General Staff and other leadership and support positions. Personnel performing specific Type 2 command and general staff duties must be qualified at the Type 1 or Type 2 level according to the *310-1* standards and any additional agency requirements.

**Type 1 Incident Characteristics**

- Pre-established Incident Management Team managed by Type 1 Incident Commander.
- ICS command and general staff positions activated.
- Most ICS functional units required and staffed.
- Geographic and functional area divisions established.
- May require branching to maintain adequate span of control.
- Complex aviation operations.
- Incident command post, incident camps, staging areas established.
- Incident extends into multiple operational periods.
- Written Incident Action Plan required for each operational period.
- Operations personnel often exceed 500 per operational period and total personnel may exceed 1000.
- Requires a Published Decision in WFDSS or other decision support document.
- Requires a written Delegation of Authority to the Incident Commander.

**Type 1 Incident Command**

These ICs command pre-established Incident Management Teams that are configured with ICS Command Staff, General Staff and other leadership and support positions. Personnel performing specific Type 1 Command and General Staff duties must be qualified at the Type 1 level according to the PMS 310-1 standards and any additional agency requirements.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 237 of 463   PageID #: 1134

## Incident Management Teams

### Area Command

Area Command is an Incident Command System organization established to:

- Oversee the management of large or multiple incidents to which several Incident Management Teams have been assigned. Area Command may become Unified Area Command when incidents are multi-jurisdictional; or
- Provide strategic support and coordination services to decision makers such as Geographic Area MAC Groups, sub-geographic area MAC Groups, Agency Administrators, Geographic Area Coordination Centers, emergency operations centers, agency operations centers, or FEMA Joint Field Offices.

The primary determining factor for establishing area command is the span of control of the Agency Administrator.

National Area Command teams are managed by the National Multi-Agency Coordinating Group (NMAC) and are comprised of the following:

- Area Commander (ACDR);
- Assistant Area Commander, Planning (AAPC);
- Assistant Area Commander, Logistics (AALC); and
- Area Command Aviation Coordinator (ACAC).

Depending on the complexity of the interface between the incidents, other specialists may also be assigned in areas such as aviation safety, information, long-term fire planning, and risk assessment and analysis.

Area Command functions typically include:

- Establishing overall strategy, objectives, and priorities for the incident(s) under its command;
- Allocating critical resources according to agency priorities (i.e., aircraft, IHCs, incident support needs such as medical services, communication and internet operability equipment);
- Ensuring that incidents are properly managed;
- Coordinating mobilization, team transitions, and demobilization;
- Supervising, managing, and evaluating Incident Management Teams under its command; and
- Minimizing duplication of effort and optimize effectiveness by combining multiple agency efforts under a single Area or Geographic Theater Plan.

### Type 1 Incident Management Teams

Type 1 Teams are managed by Geographic Area Multi-Agency Coordinating Groups and are mobilized by the Geographic Area Coordination Centers. At national preparedness levels 4 and 5, these teams are managed by the National Multi-Agency Coordinating Group (NMAC).

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 238 of 463   PageID #: 1135

**National Incident Management Organization (NIMO)**

NIMO Teams are managed by the Forest Service Fire and Aviation's Washington Office and are ordered thru the NICC. The mission of NIMO is to promote continuous improvement by introducing innovative concepts, approaches, and technologies while providing adaptive and agile incident management. The NIMO Coordinator can assist ordering units to order teams in short or long configurations, customized configuration for special capabilities, and managing long duration incidents.

NIMO's standard configuration consists of seven Command and General Staff positions qualified at the Type 1 level. If needed, NIMO can expand to meet various complexity levels.

Types of NIMO assignments include:

- National or Geographic Area/Regional support to provide strategic planning assistance, during incident review, and feedback.
- Work with Type 2 candidates on Type 1 incidents for successional planning.
- To serve as mentors, trainers and evaluators on a Type 2 or Type 3 incident or designated projects.
- Manage multiple Type 3 ignitions within an area (i.e., GACC, Forest, Zone).
- Support and mentoring to an Agency Administrator with a complex fire situation.
- International assignments.
- All-hazard incidents.
- Mission-specific assignments – NIMO will continue to assist Forest Service units and other agencies with special missions. Examples from the past include R2 Bark Beetle, R5 Marijuana Eradication, or support to Regions as a Force Multiplier during higher planning/activity levels.

**Type 2 Incident Management Teams**

Most Type 2 teams are managed by Geographic Area Multi-Agency Coordinating Groups and are coordinated by the Geographic Area Coordination Centers. Some Type 2 teams are managed by non-federal agencies (e.g., state or local governments) and availability of these teams is determined on a case by case basis.

**Unified Command**

Unified Command is an application of the Incident Command System used when there is more than one agency with incident jurisdiction or when incidents cross political jurisdictions. Under Unified Command, agencies work together through their designated Incident Commanders at a single incident command post to establish common objectives and issue a single Incident Action Plan. Unified Command may be established at any level of incident management or

area command. Under Unified Command, all agencies with jurisdictional responsibility at the incident contribute to the process of:

- Determining overall strategies;
- Selecting alternatives;
- Ensuring that joint planning for tactical activities is accomplished; and
- Maximizing use of all assigned resources.

Advantages of Unified Command are:

- A single set of objectives is developed for the entire incident;
- A collective approach is used to develop strategies to achieve incident objectives;
- Information flow and coordination is improved between all jurisdictions and agencies involved in the incident;
- All involved agencies have an understanding of joint priorities and restrictions; and
- No agency's legal authorities will be compromised or neglected.

### All-Hazard Incident Management Teams (IMTs) and Other Non-Wildland Fire IMT

Many different entities have developed IMTs based on ICS core competencies under the National Incident Management System (NIMS). See Chapter 8 for more information.

### Coordination and Support Organizations

Organizations that provide coordination and support to on-site command organizations include:

- Initial Attack Dispatch;
- Expanded Dispatch;
- Buying/Payment Teams;
- National and Geographic Area Coordination Centers (refer to Chapter 8);
- Local, Geographic Area, and National Multi-Agency Coordinating (MAC) Groups.

Refer to Chapter 19 for Initial Attack and Expanded Dispatch information.

### Buying/Payment Teams

Buying/Payment Teams support incidents by procuring services, supplies, and renting land, facilities, and equipment. These teams may be ordered when incident support requirements exceed local unit capacity. These teams report to the Agency Administrator or the local unit administrative officer. See the *Interagency Incident Business Management Handbook* for more information.

**Multi-Agency Coordination (MAC)**

Multi-Agency Coordination Groups are part of the National Interagency Incident Management System (NIIMS) and are an expansion of the off-site coordination and support system. MAC groups are activated by the Agency Administrator(s) when the character and intensity of the emergency situation significantly impacts or involves other agencies. A MAC group may be activated to provide support when only one agency has incident(s). The MAC group is made up of agency representatives who are delegated authority by their respective Agency Administrators to make agency decisions and to commit agency resources and funds. The MAC group relieves the incident support organization (dispatch, expanded dispatch) of the responsibility for making key decisions regarding prioritization of objectives and allocation of critical resources. The MAC group makes coordinated Agency Administrator level decisions on issues that affect multiple agencies. The MAC group is supported by situation, resource status and intelligence units who collect and assemble data through normal coordination channels.

MAC group direction is carried out through dispatch and coordination center organizations. When expanded dispatch is activated, the MAC group direction is carried out through the expanded dispatch organization. The MAC group organization does not operate directly with Incident Management Teams or with Area Command Teams, which are responsible for on-site management of the incident.

MAC groups may be activated at the local, geographic, or national level. National level and Geographic Area level MAC groups should be activated in accordance with the preparedness levels criteria established in the National and Geographic Area Mobilization Guides.

The MAC Group Coordinator facilitates organizing and accomplishing the mission, goals and direction of the MAC group. The MAC group coordinator:
- Provides expertise on the functions of the MAC group and on the proper relationships with dispatch centers and incident managers;
- Fills and supervises necessary unit and support positions as needed, in accordance with coordination complexity;
- Arranges for and manages facilities and equipment necessary to carry out the MAC group functions;
- Facilitates the MAC group decision process; and
- Implements decisions made by the MAC group.

Activation of a MAC group improves interagency coordination and provides for allocation and timely commitment of multi-agency emergency resources. Participation by multiple agencies in the MAC effort will improve:
- Overall situation status information;
- Incident priority determination;
- Resource acquisition and allocation;

216                              Release Date: January 2016

1 • State and Federal disaster coordination;
2 • Political interfaces;
3 • Consistency and quality of information provided to the media and involved
4    agencies; and
5 • Anticipation of future conditions and resource needs.

## Wildland Fire Decision Support System (WFDSS)

7 The Wildland Fire Decision Support System (WFDSS) is a web-based decision
8 support system that provides a single dynamic documentation system for use
9 beginning at the time of discovery and concluding when the fire is declared out.
10 WFDSS allows the Agency Administrator to describe the fire situation, create
11 Incident Objectives and Requirements, develop a Course of Action, evaluate
12 Relative Risk, complete an Organization Assessment, and publish a decision.

13 For detailed information on the tools and capabilities in WFDSS, how managers
14 may use the tools, and suggested WFDSS refresher training items, refer to
15 Appendix N.

16 A number of fire applications, including WFDSS, FireCode, Sit/209, and
17 WildCAD (version 6) use the Integrated Reporting of Wildfire Information
18 (IRWIN) data exchange system to share fire information and reduce data entry
19 workload. All wildfires passed to the IRWIN system are initiated in WFDSS
20 automatically.

21 WFDSS will be used for decision support documentation for all fires that escape
22 initial attack, exceed initial response, or are being managed for multiple
23 objectives. These incidents will have a Published Decision within WFDSS. A
24 Published WFDSS Decision establishes objectives, a Course of Action and
25 Rationale for incidents with varying duration, spread potential, costs, or other
26 considerations. The level of documentation to publish a decision should be
27 commensurate to the incident duration, spread potential, cost, or Relative Risk.
28 Agency-specific direction established in memos or other policy documents may
29 further define WFDSS documentation requirements.
30 • *BLM – Refer to Chapter 2 for additional requirements for WFDSS*
31    *implementation.*
32 • *NPS – Refer to Chapter 3 for additional requirements for WFDSS*
33    *implementation.*

## Initial Decision
35 An initial decision should be published within 24 hours after the determination
36 that a Published Decision is needed, or within 24 hours of requesting an incident
37 management team.

Considerations for determining that a decision is needed include:

- The fire has not been contained by initial attack resources dispatched to the fire;
- The fire will not have been contained within the initial attack management objectives established for that zone or area according to the unit's planning documents;
- The Incident Objectives include both protection and resource benefit elements consistent with land management planning documents;
- The fire affects or is likely to affect more than one agency or more than one administrative unit within a single agency (for example more than one National Forest);
- The fire is burning into or expected to burn into wildland-urban interface;
- Significant safety or other concerns such as air quality are present or anticipated; and
- The Relative Risk Assessment indicates the need for additional evaluation and development of best management practices for achieving land and resource objectives.

**New Decision**

As incident complexity increases or decreases, it may become necessary for additional supporting analyses to inform decision making. If additional analysis indicates the decision needs modification, a new decision is required. Depending on the complexity of the incident, a new decision should be published within 2-3 days for less complex incidents and within 4-7 days for more complex incidents. The same criteria above plus the following considerations can guide determinations about publishing a new decision:

- The Periodic Assessment indicates the Course of Action is no longer valid;
- The management needs of the incident exceed existing capability;
- The expected costs of incident management exceed the estimated costs in the initial Decision or agency-established thresholds for level of approval authority;
- The fire moves or is expected to move beyond the Planning Area analyzed;
- Management Action Points have been established since the initial Decision was published and additional information is needed to further manage the incident over time; and
- The line officer is considering ordering an IMT.

Additional information about WFDSS can be found in Appendix N. User support information, training materials, and other resources can be found at the WFDSS homepage, http://wfdss.usgs.gov/.

**WFDSS Decision Approval and Publication**

Decisions in WFDSS are approved and published by the appropriate Line Officer as defined in the tables below. Incident privileges must be assigned within WFDSS to designate the Approver(s). During the approval process, prior

**EXHIBIT 7**

to publishing a decision, the Periodic Assessment timeframe can be set from 1 to 14 days.

It is imperative that a decision be reviewed carefully as once approved and published, a decision becomes a system of record and all WFDSS users can view the information. Additionally, the action CANNOT be undone. If there is an error in the information, or new information is added for documentation or update (i.e., fire behavior, Management Action Points) a new decision must be published to officially update the record.

All agencies having jurisdiction included in a WFDSS Planning Area should be notified prior to publication of a decision.

**WFDSS Approval Requirements by Agency**

### DOI WFDSS Approval Requirements

| Cost Estimate[1] | WFDSS Approval |
|---|---|
| Less Than $5 Million | BIA Agency Superintendent, NPS Park Superintendent, FWS Refuge Manager, BLM District/Field Manager[3] |
| $5 Million - $10 Million | BIA/NPS/FWS Regional Director[2] BLM District/Field Manager[3] |
| Greater Than $10 Million | BIA/NPS/FWS National Director[2] BLM District/Field Manager[3] |

### USFS WFDSS Approval Requirements

| Incident Type | USFS Approval |
|---|---|
| Type 3,4,5 | District Ranger level with oversight by the Forest Supervisor |
| Type 2 | Forest Supervisor level with oversight by the Regional Forester[4] |
| Type 1 | Regional Forester level with National oversight[4] |

[1]*DOI – Cost estimate should be based on proportionate agency share of the estimated final cost of the incident. For example, on a $20 million fire managed by a Type 1 IMT that is 98% FS, 1% BLM, and 1% NPS, the USFS Regional Forester and the BLM and NPS local Agency Administrators would be the approving officials in a jointly published WFDSS decision.*
[2]*BIA/NPS/FWS – Regional Directors and National Director may delegate WFDSS approval authority as per agency policy.*
[3]*BLM – District/Field Managers will approve WFDSS decisions and provide written notification to the state and/or national director when approaching $5*

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 244 of 463   PageID #: 1141

*million and/or $10 million cost estimates. Refer to Chapter 2 for additional*
*information regarding delegation of WFDSS approval.*
*[4] FS – This authority may be delegated to the next lower level provided that the*
*line officer at the lower next level meets Line Officer wildfire response*
*certification requirements.*

**WFDSS Support**
The Wildland Fire Management Research Development and Application (WFM RD&A) group provides the national infrastructure for wildland fire decision making and WFDSS support. Field users should contact their WFDSS Geographic Area Editor for assistance prior to contacting WFM RD&A. Information for requesting assistance from WFM RD&A can be found at the WFDSS homepage at http://wfdss.usgs.gov/.

## Managing the Incident

**Agency Administrator Definition**
An Agency Administrator is the official responsible for the management of a geographic unit or functional area. Agency Administrators are the managing officer of an agency, division thereof, or jurisdiction having statutory responsibility for incident mitigation and management. Some examples include: NPS Park Superintendent, BIA Agency Superintendent, USFS Forest Supervisor, BLM District Manager, FWS Refuge Manager, State Forester, Tribal Chairperson, Fire Chief, Police Chief.

**Agency Administrator Responsibilities**
The Agency Administrator (AA) manages the land and resources on their organizational unit according to the established land management plan. Fire management is part of that responsibility.

Agency Administrators are responsible for safety oversight, and may request additional safety oversight as needed.

Situations that may require additional safety oversight:
- A fire escapes initial attack or when extended attack is probable;
- There is complex or critical fire behavior;
- There is a complex air operation;
- The fire is in an urban intermix/interface; and
- Other extraordinary circumstances.

The AA establishes specific performance objectives for the Incident Commander (IC) and delegates the authority to the IC to take specific actions to meet those objectives. Agency Administrator responsibilities to an Incident Management Team (IMT) include:

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP    Document 19-6    Filed 11/19/19    Page 245 of 463    PageID #:
1142

- Conduct an initial briefing to the Incident Management Team (Appendix D).
- Provide an approved WFDSS Decision.
  - *FS – Ensure that significant decisions related to strategy and costs are included in WFDSS.*
- Complete a Risk and Complexity Assessment (Appendix E and F) to accompany the WFDSS Published Decision.
  - *FS – Complete a Risk and Complexity Assessment (RCA) for Type 1, 2, and 3 incidents within WFDSS.*
- Coordinate with neighboring agencies on multi-jurisdiction fires to issue a joint Delegation of Authority and develop a single Published Decision in WFDSS for the management of unplanned ignitions.
- Issue a written Delegation of Authority (Appendix G) to the Incident Commander and to other appropriate officials, Agency Administrator Representative, Resource Advisor, and Incident Business Advisor. The delegation should:
  - State specific and measurable objectives, priorities, expectations, Agency Administrator's intent, constraints, and other required direction;
  - Establish the specific time for transfer of command;
  - Assign clear responsibilities for initial attack;
  - Define your role in the management of the incident;
  - Describe procedures for Conducting during action reviews with the IC;
  - Assign a resource advisor(s) to the IMT;
  - Define public information responsibilities;
  - Address accident investigation procedures and notification requirements for fire managers, line officer(s), and dispatch/coordination centers;
  - Assign a local government liaison to the IMT (if necessary);
  - Assign a local fire management liaison to the IMT (if necessary);
  - Assign an Incident Business Advisor (IBA) to provide incident business management oversight commensurate with complexity; and
  - Direct the IMT to address rehabilitation of areas affected by suppression activities.
- Coordinate mobilization with the Incident Commander:
  - Negotiate filling of mobilization order with the IC;
  - Establish time and location of Agency Administrator briefing;
  - Consider approving support staff additional to the IMT as requested by the IC; and
  - Consider authorizing transportation needs as requested by the IC.
- Provide pertinent support materials and documents (L/RMP, FMP, GIS data, local unit SOP's, maps, Service and Supply Plan, etc.) to the IMT.

In situations where one agency provides fire suppression service under agreement to the jurisdictional agency, both jurisdictional and protecting

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP    Document 19-6    Filed 11/19/19    Page 246 of 463    PageID #: 1143

agencies will be involved in the development of and signatories to the
Delegation of Authorities to the Incident Management Teams and the Published
Decision in WFDSS.

**Agency Administrator Representative Responsibilities**

The Agency Administrator Representative (the on-scene Agency Administrator)
is responsible for representing the political, social, and economic issues of the
Agency Administrator to the Incident Commander. This is accomplished by
participating in the Agency Administrator briefing, in the IMT planning and
strategy meetings and in the operational briefings.

Responsibilities include representing the Agency Administrator to the IMT
regarding:

- Compliance with the Delegation of Authority and the Published Decision in
  WFDSS;
- Public Concerns (air quality, road or trail closures, smoke management,
  threats);
- Public safety (evacuations, access/use restrictions, temporary closures);
- Public information (fire size, resources assigned, threats, concerns, appeals
  for assistance);
- Socioeconomic, political, or tribal concerns;
- Land and property ownership concerns;
- Interagency and inter-governmental issues;
- Wildland urban interface impacts; and
- Media contacts.

**Resource Advisor Responsibilities**

The Resource Advisor is responsible for anticipating the impacts of fire
operations on natural and cultural resources and for communicating protection
requirements for those resources to the Incident Commander. The Resource
Advisor should ensure IMT compliance with the Land/Resource Management
Plan and Fire Management Plan. The Resource Advisor should provide the
Incident Commander with information, analysis, and advice on these areas:

- Rehabilitation requirements and standards;
- Land ownership;
- Hazardous materials;
- Fuel breaks (locations and specifications);
- Water sources and ownership;
- Critical watersheds;
- Critical wildlife habitat;
- Noxious weeds/aquatic invasive species;
- Special status species (threatened, endangered, proposed, sensitive);
- Fisheries;
- Poisonous plants, insects and snakes;
- Mineral resources (oil, gas, mining activities);

Release Date: January 2016

**EXHIBIT 7**

1 • Archeological site, historic trails, paleontological sites;
2 • Riparian areas;
3 • Military issues;
4 • Utility rights-of-way (power, communication sites);
5 • Native allotments;
6 • Grazing allotments;
7 • Recreational areas; and
8 • Special management areas (wilderness areas, wilderness study areas,
9   recommended wilderness, national monuments, national conservation areas,
10   national historic landmarks, areas of critical environmental concern,
11   research natural areas, wild and scenic rivers).

12 The Resource Advisor and Agency Administrator Representative positions are
13 generally filled by local unit personnel. These positions may be combined and
14 performed by one individual. Duties are stated in the *Resource Advisor's Guide*
15 *for Wildland Fire* (NWCG PMS 313, NFES 1831, Jan 2004).

16 **Use of Trainees**
17 Use of trainees is encouraged. On wildland fire incidents, trainees may supervise
18 trainees. However, when assigning trainees to positions where critical life-safety
19 decisions are affected, trainees must be <u>directly</u> supervised by a fully qualified
20 individual. For example:

21 • A Division Group Supervisor (DIVS) trainee may not work directly for an
22   Operations Section Chief without additional field supervision. The potential
23   for high hazard work with high risk outcomes calls for a fully qualified
24   DIVS to be assigned supervision of the DIVS trainee.
25 • A Supply Unit Leader (SPUL) trainee may supervise a
26   Receiving/Distribution Manager (RCDM) trainee. In this case, supervision
27   may be successfully provided in a lower hazard environment with
28   appropriate risk mitigation.

29 **Incident Action Plan**
30 When a written Incident Action Plan is required, suggested components may
31 include objectives, organization, weather forecast, fire behavior forecast,
32 division assignments, air operations summary, safety message, communications
33 plan, and incident map. An incident medical plan is required in all written
34 Incident Action Plans.

35 **Incident Status Reporting**
36 The Incident Status Summary (ICS-209), submitted to the GACC, is used to
37 report large wildland fires and any other significant events on lands under
38 federal protection or federal ownership. Lands administered by states and other
39 federal cooperators may also report in this manner.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 248 of 463   PageID #:
1145

Large fires are classified as 100 acres or larger in timber fuel types, 300 acres or larger in grass fuel types, or when a NIMO, Type 1 or 2 Incident Management Team is assigned, regardless of the size of the incident or the suppression management strategy. An ICS-209 should be submitted daily for all uncontained full suppression wildfires that meet large fire criteria. An ICS-209 should be submitted weekly (Thursday evening), for all wildfires meeting large fire criteria that are being managed under strategies that are less than full suppression. The Agency Administrator may require additional reporting times. Refer to local, zone and/or GACC guidance for additional reporting requirements.

**Incident History and Financial Records**
Wildfire incidents on Federal lands managed by the FS and DOI (except BIA) require creation of an Incident History File (IHF) to document significant events, actions taken, lessons learned and other information with long-term value for managing natural resources. IHF contents and instructions, and tools for creating the IHF are found at
http://www.nwcg.gov/committees/incident-records-subcommittee/resources.

The host unit will be responsible for retaining the incident documentation package including the IHF and financial records.

**Document and Computer Security**
Precautions must be taken to secure incident information in its various formats. All forms of information shall be treated as Controlled Unclassified Information (CUI) and care must be exercised when handling the data to prevent the inadvertent viewing or unauthorized disclosure of information. CUI paper copies that compromise privacy and security shall be shredded before disposal when no longer needed. All computers used at the incident must be patched and have anti-virus software installed with recently updated definition files. All media used to transfer information into the incident (for example, but not limited to, USB flash drives, portable hard drives and CD/DVDs) must be scanned prior to use. Autorun capabilities must be disabled to prevent the spread of malware. All computers and storage devices shall be physically secured at all times.

**Transfer of Command**
The following guidelines will assist in the transfer of incident command responsibilities from the local unit to incoming Incident Management Team and back to the local unit.
- The local team or organization already in place remains in charge until the local representative briefs their counterparts on the incoming team, a Delegation of Authority has been signed, and a mutually agreed time for transfer of command has been established.
- The ordering unit will specify times of arrival and transfer of command, and discuss these timeframes with both the incoming and outgoing command structures.

- Clear lines of authority must be maintained in order to minimize confusion and maintain operational control.
- Transfers of command should occur at the beginning of an operational period, whenever possible.
- All operational personnel will be notified on incident command frequencies when transfer of command occurs.

**Release of Incident Management Teams**

The release of an IMT should follow an approved transfer of command process. The Agency Administrator must approve the date and time of the transfer of command. The transition plan should include the following elements:

- Remaining organizational needs and structure;
- Tasks or work to be accomplished;
- Communication systems and radio frequencies;
- Local safety hazards and considerations;
- Incident Action Plan, including remaining resources and weather forecast;
- Facilities, equipment, and supply status;
- Arrangement for feeding remaining personnel;
- Financial and payment processes needing follow-up; and
- Risk and Complexity Assessment.

**Team Evaluation**

At completion of assignment, Incident Commanders will receive a written performance evaluation from the Agency Administrator(s) prior to the teams' release from the incident. Certain elements of this evaluation may not be able to be completed at the closeout review. These include accountability and property control, completeness of claims investigation/documentation, and completeness of financial and payment documentation.

The final evaluation incorporating all of the above elements should be sent to the Incident Commander and the respective GACC within 60 days. See Appendix I for the IMT evaluation form.

The Delegation of Authority, the Published Decision in WFDSS, and other documented Agency Administrator's direction will serve as the primary standards against which the IMT is evaluated.

The Agency Administrator will provide a copy of the evaluation to the IC and the state/regional FMO, and retain a copy for the final fire package.

The state/regional FMO will review all evaluations and will be responsible for providing a copy of evaluations documenting performance to the Geographic Area Coordinating Group or agency managing the IMT.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP Document 19-6 Filed 11/19/19 Page 250 of 463 PageID #: 1147

1  **Unit/Area Closures**

2  Threats to public safety may require temporary closure of a unit/area or a
3  portion of it. When a fire threatens escape from the unit/area, adjacent
4  authorities must be given as much advance notice as possible in order to achieve
5  orderly evacuation.

6  **Incident Emergency Management Planning and Services**

7  Refer to Chapter 7 for further guidance.

8  **Fire Management in Wilderness**

9  Actions taken in wilderness will be conducted to protect life and safety, to meet
10 natural and cultural resource objectives, and to minimize negative impacts of the
11 fire management actions and the fires themselves. In evaluating fire
12 management actions, the potential degradation of wilderness character will be
13 considered before, and given significantly more weight than, economic
14 efficiency and convenience. Unless human life or private property is
15 immediately threatened, only those actions that preserve wilderness character
16 and/or have localized, short-term adverse impacts to wilderness character will be
17 acceptable. Any delegation of authority to Incident Management Teams will
18 convey appropriate emphasis on the protection of wilderness character and
19 resources and will ensure interaction with local wilderness resource advisors.
20 • *BLM/NPS/FWS – For all wilderness fire management actions proposing*
21 *the use of any of the Wilderness Act 4(c) prohibitions, a minimum*
22 *requirements analysis will be completed.*
23 • *FS – For all wilderness fire management actions proposing the use of any*
24 *Wilderness Act 4(c) prohibitions, a minimum requirements analysis is*
25 *recommended.*

26 **Operational Guidelines for Aquatic Invasive Species**

27 In order to prevent the spread of aquatic invasive species, it is important that fire
28 personnel not only recognize the threat aquatic invasive species pose to
29 ecological integrity, but how our fire operations and resulting actions can
30 influence their spread. Each local land management unit may have specific
31 guidelines related to aquatic invasive species. Therefore, it is recommended that
32 you consult established local jurisdictional guidelines for minimizing the spread
33 of aquatic invasive species and for equipment cleaning guidance specific to
34 those prevalent areas and associated species. To minimize the potential
35 transmission of aquatic invasive species, it is recommended that you:
36 • Consult with local biologists, Resource Advisors (READ) and fire
37 personnel for known aquatic invasive species locations in the area and avoid
38 them when possible;

- Avoid entering (driving through) water bodies or saturated areas whenever possible;
- Avoid transferring water between drainages or between unconnected waters within the same drainage when possible;
- Use the smallest screen possible that does not negatively impact operations and avoid sucking organic and bottom substrate material into water intakes when drafting from a natural water body;
- Avoid obtaining water from multiple sources during a single operational period when possible; and
- Remove all visible plant parts, soil and other materials from external surfaces of gear and equipment after an operational period. If possible, power-wash all accessible surfaces with clean, hot water (ideally > 140° F) in an area designated by a local READ.
  - *BLM – For additional information and guidelines please refer to the links provided in the document titled "BLM Fire Program Aquatic Invasive Species Guidance," found at http://web.blm.gov/internal/fire/fpfm/docs/aquatic.pdf.*

### Noxious Weed Prevention

To reduce the transport, introduction, and establishment of noxious weeds or other invasive species on the landscape due to fire suppression activities, all fire suppression and support vehicles, tools, and machinery should be cleaned at a designated area prior to arriving and leaving the incident. Onsite fire equipment should be used to thoroughly clean the undercarriage, fender wells, tires, radiator, and exterior of the vehicle. Firefighter personnel should clean personal equipment, boots, clothing, etc. of weed or other invasive species materials, including visible plant parts, soil, and other materials as identified by the fire resource advisor. The cleaning area should also be clearly marked to identify the area for post fire control treatments, as needed.

Ensure that seed mixes, mulch, and/or straw wattles contain no federally or state designated noxious weeds by using seed mixes, mulches or straw wattles that have been examined by a laboratory or have current weed free certification from a state seed laboratory or equivalent qualified testing agent.

### Responding to Non-Wildland Fire Incidents

Managers will avoid giving the appearance that their wildland fire resources are trained and equipped to perform structure, vehicle, and dump fire suppression, to respond to hazardous materials releases, or to perform emergency medical response for the public.

### Wildland Urban Interface

The operational roles of the federal agencies as partners in the wildland urban interface are wildfire suppression, structure protection (see below), prescribed

fire, hazard reduction, cooperative prevention and education, and technical assistance. Structural fire suppression is the responsibility of tribal, state, or local governments. Federal agencies may assist with exterior structural fire protection activities under formal fire protection agreements that specify the mutual responsibilities of the partners, including funding (some federal agencies have full structural protection authority for their facilities on lands they administer and may also enter into formal agreements to assist state and local governments with structural protection).

*– Review and Update of the 1995 Federal Wildland Fire Management Policy, January 2001, page 23.*

Funding is not provided to prepare for or respond to emergency non-wildland fire response activities such as structure fires, vehicle fires, dump fires, hazardous materials releases, and emergency medical responses. Managers must ensure that fire management plans, interagency agreements, and annual operating plans clearly state agency and cooperator roles and responsibilities for non-wildland fire response activities that agency personnel are exposed to as a result of working in the interagency fire environment. Managers will also ensure that federal wildland fire resources are not identified on run cards or in dispatch plans for non-wildland fire responses.

**Structure, Vehicle, Dumpster, Trash, and Landfill Fires**

Wildland firefighters will not take direct suppression action on structure, vehicle, dumpster, trash, or landfill fires. Structure, vehicle, and landfill fire suppression is not a functional responsibility of wildland fire resources. These fires have the potential to emit high levels of toxic gases. This policy will be reflected in suppression response plans.

Wildland firefighters who encounter structure, vehicle, or landfill fires, or who are dispatched to such fires due to significant threat to adjacent agency protected lands/resources, will not engage in direct suppression action. Structure protection (not suppression) activities will be limited to exterior efforts, and only when such actions can be accomplished safely and in accordance with established wildland fire operations standards.

- *NPS – For structural fire (including vehicle, trash and dumpster fires) response, training, medical examination, and physical fitness requirements, and hazardous material response or control guidance, refer to Chapter 3.*
- *FS – Wildfires other than vegetation (such as dumpster, trash, landfill, or vehicle) as the primary fuel present hazards that are outside of the basic wildland firefighters training and protective equipment. Response actions will be limited to protection of life, property, and resources when they can be safely undertaken with proper risk assessment and mitigation. When agency employees are trained, qualified, and equipped to take action on other than vegetation fires, they may do so with proper risk assessment and mitigation (Incident Response Pocket Guide, PMS 461).*

228                                        Release Date: January 2016

**Public Emergency Medical Response**

Public emergency medical response is not a functional responsibility of wildland fire resources, and should not be part of a preplanned response that requires these duties. When wildland firefighters encounter emergency medical response situations, their efforts should be limited to immediate care (e.g., first aid, first responder) actions that they are trained and qualified to perform.

- *NPS – NPS employees who provide emergency medical services will adhere to the requirements contained in Director's Order and Reference Manual #51, Emergency Medical Services.*

**Post-Wildfire Activities**

Each wildland fire management agency is responsible for taking prompt action to determine the need for, and to prescribe and implement, emergency treatments to minimize threats to life or property or to stabilize and prevent unacceptable degradation to natural and cultural resources resulting from the effects of a fire on the lands they manage.

Post-wildfire activities references can be found in *Interagency Burned Area Emergency Response Guidebook, Interpretation of Department of the Interior 620 DM 3 and USDA Forest Service Manual 2523, For the Emergency Stabilization of Federal and Tribal Trust Lands, Version 4.0 dated Feb. 2006* and *Interagency Burned Area Rehabilitation Guidebook, Interpretation of Department of the Interior 620 DM 3, For the Burned Area Rehabilitation of Federal and Tribal Trust Lands, Version 1.3* dated October 2006 at http://www.fws.gov/fire/ifcc/Esr/home.htm.

Damages resulting from wildfires are addressed through four activities:

- Wildfire Management Activity Damage Repair – Planned actions taken to repair the damages to resources, lands, and facilities resulting from wildfire suppression actions and documented in the Incident Action Plan. These actions are usually implemented prior to, or immediately after containment of the wildfire by the incident management organization. Repairs under this activity may be completed to return the value to pre-wildfire management activity condition as practical but may not improve the condition beyond what was existing prior to the incident.
- Emergency Stabilization – Planned actions to stabilize and prevent unacceptable degradation to natural and cultural resources, to minimize threats to life or property resulting from the effects of a wildfire, or to repair/replace/construct physical improvements necessary to prevent degradation of land or resources. Emergency stabilization actions must be taken within one year following containment of a wildfire and documented in a Burned Area Emergency Response Plan.
- Rehabilitation – Efforts taken within three years of containment of a wildfire to repair or improve wildfire-damaged lands unlikely to recover naturally to management approved conditions, or to repair or replace minor

1  facilities damaged by wildfire. These efforts are documented in a separate
2  Burned Area Rehabilitation Plan.
3  • Restoration – Continuing the rehabilitation beyond the initial three years or
4     the repair or replacement of major facilities damaged by the wildfire.

5  **Post-Fire Activities**

|  | Suppression Repair | Emergency Stabilization | Rehabilitation | Restoration |
|---|---|---|---|---|
| Objective | Repair suppression damages | Protect life and property | Repair damages | Long Term Ecosystem Restoration |
| Damage due to | Suppression activities | Post-fire events and fire | Fire | Fire |
| Urgency | Immediately after containment | 1-12 months | 1-3 years | 3 + years |
| Responsibility | IC/Agency Administrator | Agency Administrator | Agency Administrator | Agency Administrator |
| Funding type | Suppression (fire) | Suppression (Emergency Stabilization) | Rehabilitation or regular program | Regular program |

6  **Emergency Stabilization Approval Authorities**

|  | BIA | BLM | FWS | NPS | FS |
|---|---|---|---|---|---|
| Local Approval Level | <$250,000 Agency Supt. | $0 Field/ District Manager | $0 Refuge Manager | $0 Park Supt. | $0 District Ranger |
|  |  |  |  |  | $0 Forest Supervisor |
| Regional/ State Approval Level | $250,000-$500,000 Regional Director | <$100,000 State Director | <$500,000 Regional Director with Regional Fire Management Coordinator concurrence | <$500,000 Regional Director | $500,000 Western Regional Foresters |
|  |  |  |  |  | $100,000 Eastern Regional Foresters |
| National Approval Level | >$500,000 Director of Fire Management | >$100,000 Director | >$500,000 Chief, Branch of Fire Management | >$500,000 Chief, Division of Fire and Aviation | >$100,000 or $500,000 Director, Watershed & Wildlife Management |

Release Date: January 2016

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 255 of 463   PageID #: 1152

**Burned Area Emergency Response (BAER) Teams**

BAER Teams are a standing or ad hoc group of technical specialists (e.g., hydrologists, biologists, soil scientists, etc.) that develop and may implement portions of the Burned Area Emergency Response Plans. They will meet the requirements for unescorted personnel found in Chapter 7 under "Visitors to the Fireline" when working within the perimeter of an uncontrolled wildfire. The team's skills and size should be commensurate with the size and complexity of the wildfire.

It is the Agency Administrator's responsibility to designate an interdisciplinary BAER team. However, BAER teams must coordinate closely with IC and Incident Management teams to work safely and efficiently. Initial requests for funding for BAER should be submitted to the appropriate Agency Administrator for approval within 7 calendar days after the total containment of the fire. If additional time is needed, extensions may be negotiated with those having approval authority.

- *DOI – The Department of Interior maintains one National BAER Team to assist field units in planning for complex post-fire emergency stabilization. The National BAER Team is scalable in long and short configurations. It may be ordered as command and general staff, or ordered as individual resources. The full National BAER Team is dispatched to more difficult incidents involving extreme risks to human life and critical Federal assets. Potential floods, mud and debris flows, watershed/municipal water supplies, urban interface, and complex and multiple jurisdictions are the dispatch prioritization criteria issues factored into the mobilization decision. Less complex incidents will use local, regional, interagency, and contracted ad hoc BAER teams that may be supplemented with National BAER Team personnel. Bureau coordinators maintain rosters of BAER personnel for less complex incidents.*
- *DOI – The DOI-BAER Teams should be requested at least 10 days prior to expected date of wildfire containment and ordered as per the National Mobilization Guide.*
- *FS – Each Forest Service unit identifies a core BAER team prior to fire season. Regional coordinators maintain rosters of experienced BAER personnel in the Region. When needed, specific BAER personnel representing needed specialties from other units can either be contacted directly or through dispatch. See FSM 2523 and FSH 2509.13 for agency-specific policy and direction for BAER teams.*

**Incident Business Management**

Specific incident business management guidance is contained in the *Interagency Incident Business Management Handbook* (PMS 902). This handbook assists participating agencies of the NWCG to constructively work together to provide effective execution of each agency's incident management program by establishing procedures for:

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 256 of 463   PageID #: 1153

- Uniform application of regulations on the use of human resources, including classification, payroll, commissary, injury compensation, and travel;
- Acquisition of necessary equipment and supplies from appropriate sources in accordance with applicable procurement regulations;
- Managing and tracking government property;
- Financial coordination with the protection agency and maintenance of finance, property, procurement, and personnel records and forms;
- Use and coordination of incident business management functions as they relate to sharing of resources among federal, state, and local agencies, including the military;
- Investigation and reporting of accidents;
- Investigating, documenting, and reporting claims;
- Documenting costs and implementing cost-effective criteria for managing incident resources; and
- Non-fire incidents administrative processes.
  - *DOI – The Department of the Interior All Hazards-Supplement to the Interagency Incident Business Management Handbook establishes business management guidelines for the Department of the Interior's (DOI's) all-hazards incidents. The DOI Supplement is available at http://www.doi.gov/emergency/emergency-policy.cfm.*

## Cost Management

An Incident Business Advisor (IBA) must be assigned to any wildfire with costs of $5 million or more. If a qualified IBA is not available, the approving official will appoint a financial advisor to monitor expenditures.

Incident cost objectives will be included as a performance measure in Incident Management Team evaluations.

## Large Fire Cost Reviews

An Interagency Large Fire Cost Review will be conducted when an incident (single fire or complex) meets or exceeds Federal combined expenditures of $10 million.

A review may also be conducted when an incident (single fire or fire complex) meets or is expected to meet one or more of the following criteria:

- The predicted time to achieve the fire management objective exceeds 21 days;
- There are significant political, social, natural resource, or policy concerns;
- There are significant and complicated cost-share or multi-jurisdictional issues; or
- The affected agency requests a review.

It is the responsibility of the Agency Administrator to monitor large fire costs and advise the appropriate individual(s) within their agency of the need for a

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP    Document 19-6    Filed 11/19/19    Page 257 of 463    PageID #: 1154

1  Large Fire Cost Review. When a multi-jurisdictional fire requires review, the
2  local Agency Administrator will determine which agency will be designated as
3  the lead in the review process.

4  The Agency Director will provide a Delegation of Authority to the Cost Review
5  Team authorizing the implementation of a review. When possible, Large Fire
6  Cost Reviews should be conducted when the Incident Management Team is still
7  in place to allow prompt access to records and incident personnel.

8  • *BLM – The Assistant Director, Fire and Aviation will initiate, facilitate,*
9    *and provide oversight for the LFCR process. Upon determination of the*
10   *need for a LFCR, the AD will coordinate with the appropriate state director*
11   *and assemble a LFCR team, provide a delegation of authority, and initiate*
12   *the LFCR using direction found at*
13   *http://web.blm.gov/internal/fire/budget/Reports/Report_Menu_new.htm.*
14   *The AD will provide briefings to the Bureau Director, as appropriate.*

15 **Cache Management**

16 Agencies often serve as interagency partners in national support caches and
17 local area support caches, and may operate single agency initial attack caches.
18 All caches will maintain established stocking levels, receive and process orders
19 from participating agencies and follow ordering and fire replenishment
20 procedures as outlined by the national and geographic area cache management
21 plans and mobilization guides.
22 • *FS – Refer to FSM 5160 for specific requirements.*

23 **Type 1 and 2 National Interagency Support Caches**
24 There are fifteen National Interagency Support Caches (NISCs); eleven are
25 managed by the Forest Service, three are managed by the BLM, and one is
26 managed by the State of Idaho. The fifteen national caches are part of the
27 National Fire Equipment System (NFES). Each of these caches provides
28 incident support in the form of equipment and supplies to units within their
29 respective geographic areas. The NFES cache system may support other
30 emergency, disaster, fire-related or land management activities, provided that
31 such support is permitted by agency policies and does not adversely affect the
32 primary mission. These national caches do not provide supplies and equipment
33 to restock local caches for non-incident requests. Non-emergency (routine)
34 orders should be directed to the source of supply; e.g., DLA or private vendors.

35 The Great Basin Area Incident Support Cache at NIFC provides publications
36 management support to the National Wildfire Coordinating Group (NWCG).
37 Reference the *NWCG NFES Catalog Part 2: Publications* at
38 http://www.nwcg.gov/publications/449-2 for more detailed information.

39 Forest Service National Symbols Program distribution is through the Eastern
40 Area Incident Support Cache (NEK). This material is coordinated by the USDA

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 258 of 463   PageID #:
1155

1 Forest Service, under advisement of the National Association of State Foresters'
2 (NASF) Cooperative Forest Fire Prevention Committee (CFFP). Materials
3 include Smokey Bear /Junior Forest Ranger prevention items and Woodsy Owl
4 environmental educational materials.

5 NEK also distributes DOI Fire Education materials. The website at
6 http://www.symbols.gov/ contains the catalog of these materials, information
7 about these programs, and online ordering instructions.

### Type 3 Support Caches
9 These caches directly support more than one agency and generally cover more
10 than one administrative unit. They will maintain stocking levels to meet the
11 identified needs of the multiple agencies for whom service is provided.

### Type 4 Local Caches
13 Numerous caches of this level are maintained by each agency. These caches will
14 establish and maintain stocking levels to meet the initial response needs of the
15 local unit(s).

### Inventory Management

### System Implementation
18 Each fire cache, regardless of size, should initiate and maintain a cache
19 inventory management system. Agency management systems provide a check
20 out/return concept that incorporates a debit/crediting for all items leaving the
21 cache. This system is strictly followed in the Type 1 and 2 NISC's. Inventory
22 management processes should be implemented for all Type 3 Support and Type
23 4 Local caches.

### Accountability
25 Fire loss/use rate is defined as all property and supplies lost, damaged, or
26 consumed on an incident. It is reported as a percentage that is calculated in
27 dollars of items issued compared to items returned. Consumable items are not
28 included in this total. All items stocked in agency fire caches will be categorized
29 for return (loss tolerance/use rate) and accountability purposes.

### Trackable Items
31 Trackable items include items that a cache may track due to dollar value,
32 sensitive property classification, or limited quantities. Available items that are
33 considered trackable are usually engraved or tagged with a cache trackable
34 identification number. These items must be returned to the issuing cache at the
35 end of the incident use, or documentation must be provided to the issuing cache
36 as to why it was not returned. All trackable items are also considered durable.
37 Accountability for trackable items is expected to be 100 percent.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 259 of 463   PageID #:
1156

**Durable Items**

Durable items include cache items considered to have a useful life expectancy greater than one incident. High percentages of return for these items are expected. These items are not specifically cache identified/tagged/engraved. Durable items include water handling accessories, helicopter accessories, tents and camp items such as heaters, lights, lanterns, tables, chairs, hose, tools, backpack pumps, sleeping bags, pads, cots, and personal protective equipment. A 90% level of return is the expected threshold for durable items.

**Consumable Items**

Consumable items include items normally expected to be consumed during incident use. Consumable items returned in unused condition are credited to the incident. Examples of consumable items are: batteries, plastic canteens, cubitainers, forms, MREs, fusees, hot food containers, petroleum products, and medical supplies.

**Incident Management and Environmental Sustainability**

Every incident should seek opportunities to reduce unnecessary waste and limit impacts associated with management actions. This may be accomplished, for example, by promoting recycling and encouraging the use of alternative energy sources as long as such efforts do not compromise operational or safety objectives.

**Incident-to-Incident Transfer of Supplies and Equipment**

Transfer of supplies and equipment between incidents is not encouraged, due to the increased possibility of accountability errors. In instances when it is determined to be economically feasible and operationally advantageous, the following must be accomplished by the Supply Unit Leader from the incident that is releasing the items.

Documentation will be completed on the *Interagency Incident Waybill* (NFES 1472) and must include the following:

- NFES Number.
- Quantity.
- Unit of Issue.
- Description.
- Trackable ID number, if item is trackable.
- Receiving incident name, incident number, and resource request number.
- The Supply Unit Leader will send the waybill transfer information to the servicing NISC to maintain proper accountability recording.

Upon request, the servicing NISC can provide the Supply Unit Leader with an Outstanding Items Report or Incident Summary Report to facilitate accurate waybill documentation.

Release Date: January 2016          

**Fire Loss Tolerance Reporting for Type 1 and 2 Incidents**

In order to help managers keep incident-related equipment and supply loss to a minimum, incident management teams (IMTs) are required to maintain accountability and tracking of these items. Guidelines and procedures to assist with this accountability are provided in Chapter 30 of the *Interagency Incident Business Management Handbook*. To further facilitate these procedures and provide oversight, a fire loss report has been developed that provides detailed information regarding used and trackable item use. This report has been accepted by NWCG for all wildland fire agencies and will be compiled for all Type 1 and Type 2 incidents. Investigations may be conducted in those cases where thresholds may have been exceeded.

These reports are compiled by the NISC servicing the particular incident. Reports will then be forwarded to the responsible local office, with a copy to the state/regional FMO. The following steps must be followed to insure accurate reports:

- At the close of each incident, all property must be returned to the servicing NFES cache;
- If accountable/trackable property has been destroyed or lost, appropriate documentation must be provided to the cache for replacement and updating property records;
- All property purchased with emergency fire funds for an incident must be returned to the NFES cache system;
- All unused consumable and/or durable NFES items must be returned to the servicing NFES cache within 30 days of control of the incident; and
- Agency Administrators/fire management officers must review the fire loss report and recommend appropriate follow-up action if losses are excessive. Those actions and recommendations should be documented and filed in the final incident records.

**Incident Supply and Equipment Return Procedures**

Supplies and equipment ordered with suppression funds will be returned to the ordering unit at the close of the incident and dispersed in one of three ways:

- Items meeting NFES standards will be returned to the NISC for reuse within the fire supply system;
- Items not meeting the prescribed NFES standards will be purchased with program funds by the local unit if the items are needed for program use; or
- Items will be delivered to the unit's excess property program for disposal.

**Cache Returns and Restock Procedures**

All returns for credit and restock of caches to specific incident charges should be made within 30 days after the close of the incident. If that timeframe cannot be met, it is required that returns and restock be made during the same calendar year as items were issued. All returns should be tagged with appropriate incident number, accompanied by an interagency waybill identifying the appropriate

**EXHIBIT 7**

incident number, or accompanied by issue documents to ensure proper account credit is given. Any items returned after the calendar year of issue will be returned to multiple-fire charges, unless specific incident charge documentation (issues) can be provided with the return.

### Incident Replacement of Government Property

Refer to the *IIBMH*, Chapter 30 for procedures governing property management relating to incident activities. The Agency Administrator is responsible for providing agency property management guidelines and/or procedures to incident personnel.

Damage or Loss for assigned property is addressed under *IIBMH* Chapter 30. Specialty or non-cache items originally provided by the home unit through the use of preparedness funds will be replaced by home unit funds if the loss is due to normal wear and tear. If the government property is damaged on the incident due to a specific event, e.g., wind event damages tent, the incident may, upon receipt of required documentation and proof of damage, authorize replacement using the *Incident Replacement Requisition (OF-315)*. Cache items will be replaced at the incident if available. Cache items that are not available at the incident may be authorized for restocking at the home unit via an authorized *Incident Replacement Requisition*.

For replacement of NFES items not carried by the National Incident Supply Cache responsible for supporting the incident (i.e., Wildland Firefighter's Pants, Type II), replacement must be authorized using the *Incident Replacement Requisition (OF-315)*, and should be accomplished by ordering the item from Defense Logistics Agency (DLA).

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 262 of 463   PageID #: 1159

(This page intentionally left blank.)

Release Date: January 2016

# Chapter 12
# Suppression Chemicals and Delivery Systems

## Policy for Use of Fire Chemicals

Use only products qualified and approved for intended use. Follow safe handling procedures, use personal protective equipment recommended on the product label and Material Safety Data Sheet (MSDS).

A current list of qualified products and approved uses can be found on the Wildland Fire Chemical Systems (WFCS) website at http://www.fs.fed.us/rm/fire/wfcs/index.htm.

Refer to local jurisdictional policy and guidance related to use of wildland fire chemicals for protection of historic structures.

Products must be blended or mixed at the proper ratio prior to being loaded into aircraft. Quality control and safety requirements dictate that mixing or blending of wildland fire chemicals be accomplished by approved methods.

## Types of Fire Chemicals

### Long-Term Retardant

Long-term retardants contain fertilizer salts that change the way fuels burn. They are effective even after the water has evaporated. Retardants may be applied aerially by large air tanker, single engine airtanker (SEAT) and helicopter bucket. Some retardant products are approved for fixed tank helicopters. Some products are formulated specifically for delivery from ground sources. See the Qualified Products List (QPL) for specific uses for each product at http://www.fs.fed.us/rm/fire/wfcs/index.htm.

Recommended coverage levels and guidelines for use can be found in the 10 Principles of Retardant Application, NFES 2048, PMS 440-2 pocket card. Retardant mixing, blending, testing, and sampling requirements can be found at the WFCS website Lot Acceptance and Quality Assurance page http://www.fs.fed.us/rm/fire/wfcs/laqa.htm.

### Fire Suppressant Foam

Fire suppressant foams are combinations of wetting and foaming agents added to water to improve the effectiveness of the water. They are no longer effective once the water has evaporated. Foam may be applied by engines, portable pumps, helicopters, and SEATs. Some agencies also allow application of foam from fixed-wing water scoopers. See the QPL for specific uses for each product.

EXHIBIT 7

**Wet Water**

Using foam concentrates at a mix ratio of 0.1 percent will produce a wet water solution.

**Water Enhancer (Gel)**

Water enhancers, such as firefighting gels, are added to water to improve the viscosity and adhesion of water. They are not effective once the water has evaporated. These products may be used in structure protection within the wildland interface or on wildland fuels. They are fully approved for use in helicopter bucket and engine application. Many are also approved, at specific mix ratios, for use in SEATs, and fixed tank helicopters. See the QPL for specific uses for each product.

**Safety Information**

**Personnel Safety**

All qualified wildland fire chemicals meet minimum requirements (June 2007) in regard to aquatic and mammalian toxicity (acute oral toxicity, acute dermal toxicity, primary skin irritation, and primary eye irritation). Specifications for long-term retardants, fire suppression foams, and water enhancers can be found on the WFCS website.

Personnel involved in handling, mixing, and applying fire chemicals or solutions shall be trained in proper procedures to protect their health and safety and the environment. Approved fire chemicals can be irritating to the eyes. Personnel must follow the manufacturer's recommendations; including use of PPE, as found on the product label and product MSDS. The MSDSs for all approved fire chemicals can be found on the website http://www.fs.fed.us/rm/fire/wfcs/msds.htm.

Human health risk from accidental drench with fire chemicals can be mitigated by washing with water to remove any residue from exposed skin.

Containers of any fire chemical, including backpack pumps and engine tanks, should be labeled to alert personnel that they do not contain only water and the contents are not potable.

Slippery footing is a hazard at storage areas, unloading and mixing sites, and wherever applied. Because all fire chemical concentrates and solutions contribute to slippery conditions, all spills must be cleaned up immediately, preferably with a dry absorbent pad or granules. Firefighters should be aware that fire chemicals can conceal ground hazards. Wildland fire chemicals can penetrate and deteriorate leather boots, resulting in wet feet and potentially ruined leather.

**Aerial Application Safety**
Personnel and equipment in the flight path of intended aerial drops should move to a location that will decrease the possibility of being hit with a drop.

Personnel near aerial drops should be alert for objects (tree limbs, rocks, etc.) that the drop could dislodge. The Incident Response Pocket Guide (IRPG) provides additional safety information for personnel in drop areas.

During training or briefings, inform all fire personnel of environmental guidelines and requirements for fire chemicals application and avoid contact with waterways.

Avoid dipping from rivers or lakes with a helicopter bucket containing residual fire chemicals without first cleaning/washing down the bucket.

Consider setting up an adjacent reload site and manage the fire chemicals in portable tanks or terminate the use of chemicals for that application.

**Interagency Policy for Aerial and Ground Delivery of Wildland Fire Chemicals Near Waterways and Other Avoidance Areas**

This policy is an expansion and update for the 2000 and 2009 updated Guidelines for Aerial Delivery of all wildland fire chemicals, including retardant, foam, and water enhancers, which were established and approved by the Forest Service (FS) and the Department of the Interior (DOI). The policy includes additional avoidance areas (both aquatic and terrestrial) for aerial delivery of fire chemicals as designated by individual agencies and includes additional FS reporting requirements.

This policy <u>does not</u> require the helicopter or airtanker pilot-in-command to fly in such a way as to endanger his or her aircraft, other aircraft, or structures or compromise ground personnel safety.

| Aerial Delivery Policy | Ground Delivery Policy |
|---|---|
| • Avoid aerial application of all wildland fire chemicals within 300 feet (ft.) of waterways.<br>• Additional mapped avoidance areas may be designated by individual agency.<br>• Whenever practical, as determined by the fire incident commander, use water or other less toxic wildland fire chemical suppressants for direct attack or less toxic approved fire retardants in areas occupied by threatened, endangered, proposed, candidate or sensitive species (TEPCS) or their designated critical habitats. | • Avoid application of all wildland fire chemicals into waterways[1] |

Release Date: January 2016                                                          241

1  [1] Delivery on the ground provides for more precise delivery of fire chemicals to
2  target areas. Thus, delivery is allowed within the aquatic mapped avoidance
3  areas provided chemicals do not reach the waterway. Because there is the
4  potential for TEPCS, their designated critical habitats, or other resources such as
5  cultural or heritage areas to occur in waterway buffers or additional mapped
6  avoidance areas, it is advised that a resource advisor be consulted prior to
7  application to determine best action or the potential for environmental effects.
8  See reporting section below for requirements.

9  **Definition of Waterway**
10  Any body of water (including lakes, rivers, streams, and ponds) whether or not it
11  contains aquatic life.

12  **Definition of Waterway Buffer**
13  300 ft. distance on either side of a waterway.

14  **Definition of Additional Mapped Avoidance Areas**
15  On FS lands, there may be areas requiring additional protection outside of the
16  300-foot waterway buffer. This may include certain dry intermittent or
17  ephemeral streams, areas designated for resource protection, as well as areas for
18  the protection of TEPCS terrestrial habitats and population areas.
19  • *FS – Maps are available at http://www.fs.fed.us/fire/retardant/index.html.*

20  **Guidance for Pilots**
21  Pilots will avoid all waterways and additional mapped avoidance areas
22  designated by individual agencies. To meet the 300-foot waterway buffer zone
23  or additional mapped avoidance areas guideline, implement the following:

24  • All Aircraft: When approaching a waterway or other avoidance areas, the
25     pilot shall terminate application of wildland fire chemical approximately
26     300 feet before reaching the area. When flying over a waterway, the pilot
27     shall not begin application of wildland fire chemical until 300 feet after
28     crossing the far bank or shore. The pilot shall make adjustments for airspeed
29     and ambient conditions such as wind to avoid the application of wildland
30     fire chemicals within the 300-foot buffer zone. Riparian vegetation may be
31     an indicator of waterways and pilots should confirm to the extent possible
32     that no water is present before dropping.
33  • Prior to fire retardant application, all aerial supervision and/or pilots shall
34     be briefed on the locations of all TEPCS or other avoidance areas in the
35     vicinity.
36  • If operationally feasible, pilots or the aerial supervision shall make a 'dry
37     run' over the intended application area and/or coordinate with ground
38     resources to identify avoidance areas and waterways in the vicinity of the
39     wildland fire.

- Pilots will be provided avoidance area maps and information at all briefings (if not dispatched from one geographic area/unit and delivering to another geographic area).

**Exceptions for Aerial Delivery of Long-Term Retardant on USDA Forest Service Lands (2011 Record of Decision)**

- Deviations from the policy are allowed only for the protection of life or safety (public and firefighter).

**Exceptions for All Other Agencies and All Other Fire Chemicals**

- When alternative line construction tactics are not available due to terrain constraints, congested area, life and property concerns or lack of ground personnel, it is acceptable to anchor the wildland fire chemical application to the waterway. When anchoring a wildland fire chemical line to a waterway, use the most accurate method of delivery in order to minimize placement of wildland fire chemical in the waterway (e.g., a helicopter rather than a heavy airtanker).
- Deviations from the policy are acceptable when life or property is threatened and the use of wildland fire chemical can be reasonably expected to alleviate the threat.
- When potential damage to natural resources outweighs possible loss of aquatic life, the unit administrator may approve a deviation from these guidelines.

**Reporting Requirements of Aerially Delivered Wildland Fire Chemicals Into Waterways, Waterway Buffer Areas and Mapped Avoidance Areas**

During training or briefings, inform field personnel of:

- Environmental guidelines for fire chemical application;
- Requirements for avoiding contact with waterways;
- Additional mapped avoidance areas as designated by individual agency; and
- Their responsibility for upward reporting in the event of application, for whatever reason, into avoidance areas.

If application of wildland fire chemical occurs or anyone believes it may have been introduced within waterways, waterway buffered areas, or other mapped avoidance areas, the following is required as appropriate:

- They should inform their supervisor;
- The information will be forwarded to incident management and the agency administrator, usually through the resource advisor;
- The incident or host authorities must immediately contact specialists within the local jurisdiction; and
- Notifications and reporting will be completed as soon as possible.

Release Date: January 2016                                                  243

Procedures have been implemented for the required reporting. All information, including reporting tools and instructions are posted on the websites at http://www.fs.fed.us/rm/fire/wfcs; and http://www.fs.fed.us/fire/retardant/.

The FS has additional reporting requirements for threatened, endangered, proposed, candidate and FS listed sensitive species for aerially delivered fire retardant only. This requirement resulted from the Forest Service's acceptance of Biological Opinions received from the National Marine Fisheries Service (NMFS) and the U.S. Fish and Wildlife Service (FWS), and the *2011 Record of Decision (ROD) for Nationwide Aerial Application of Fire Retardant on National Forest System Lands*. The procedures, reporting tools, and instructions can be found at the same websites listed above.

**Endangered Species Act (ESA) Emergency Consultation**

The following provisions are guidance for complying with the emergency section 7 consultation procedures of the ESA for wildland fire chemicals. These provisions do not alter or diminish an action agency's responsibilities under the ESA.

Where T&E species or their habitats are potentially affected by application of wildland fire chemicals, the following additional procedures apply and shall be documented in initial or subsequent fire reports:

- As soon as practicable after application of wildland fire chemical near waterways or other avoidance area as designated by agency, determine whether the application has caused any adverse effects to a T&E species or their habitat. This can be accomplished by the following:
  - Ground application of wildland fire chemical outside a waterway is presumed to avoid adverse effects to aquatic species and no further consultation for aquatic species is necessary;
  - Aerial application of wildland fire chemical outside 300 ft. (or in any additional buffer areas beyond 300 ft. established on NFS lands for certain species) of a waterway is presumed to avoid adverse effects to aquatic species and no further consultation for aquatic species is necessary;
  - Aerial application of wildland fire chemical within 300 ft. (or in any additional NFS lands buffer areas) of a waterway requires that the unit administrator determine whether there have been any adverse effects to T&E species within the waterway. If no adverse effects to aquatic T&E species or their habitats, no additional requirement to consult on aquatic species with FWS or NMFS is required; and/or
  - Application of wildland fire chemical within other avoidance areas as designated by agency requires the agency administrator to determine whether there have been any adverse effects to T&E species. If there are no adverse effects to species or their habitats there is no additional requirement to consult with FWS or NMFS.

244                              Release Date: January 2016

1        ▪   *FS – Note: the FS has completed consultation with regulatory*
2           *agencies (FWS and NOAA) for aerial delivery of fire retardant*
3           *(only) in National Forest System lands; please refer to*
4           *http://www.fs.fed.us/fire/retardant/ for additional information and*
5           *re-initiation of consultation requirements.*

6  If the action agency determines that there were adverse effects on T&E species
7  or their habitats then the action agency must consult with FWS and NMFS, as
8  required by *50 CFR 402.05* (Emergencies). Procedures for emergency
9  consultation are described in the *Interagency Consultation Handbook*, Chapter 8
10 (March, 1998). In the case of a long duration incident, emergency consultation
11 should be initiated as soon as practical during the event. Otherwise, post-event
12 consultation is appropriate. The initiation of the consultation is the responsibility
13 of the unit administrator.

14 **Operational Guidelines for Invasive Species**

15 Refer to Chapter 11 for guidance on minimizing potential transmission of
16 invasive species.

(This page intentionally left blank.)

246                                    Release Date: January 2016

# Chapter 13
# Firefighter Training and Qualifications

## Introduction

National Wildfire Coordinating Group (NWCG) sanctioned firefighters are trained and qualified according to the NWCG and other standards, as outlined below.

## Standards

Firefighters must meet standards identified in the NWCG publication, *National Incident Management System: Wildland Fire Qualification System Guide* (PMS 310-1). The PMS 310-1 may be found at http://www.nwcg.gov/publications/310-1.

Federal agencies have consolidated minimum standards and information for frequently used positions not included in the PMS 310-1. The *Federal Wildland Fire Qualifications Supplement* can be found on the NWCG Qualifications web site at http://www.nwcg.gov/sites/default/files/products/supplement-2015.pdf.

Certain firefighters must meet standards identified in the *Interagency Fire Program Management Qualifications Standards and Guide* at http://www.ifpm.nifc.gov.

Agency standards for training and qualifications may exceed the minimum standards established by National Wildfire Coordinating Group (NWCG). Such additional standards will be approved by the Fire Directors, and implemented through the Incident Qualifications and Certification System (IQCS). Standards which may exceed the minimum standards established by NWCG are identified in:
- *BLM – BLM Standards for Fire Training and Workforce Development*, available at http://www.blm.gov/nifc/st/en/prog/fire/training/fire_training.html.
- *FWS – The Fire Management Handbook.*
- *FS – The Forest Service Fire and Aviation Qualification Guide (FAQG)* at http://www.fs.fed.us/fire/publications/.

Federal agencies will accept each other's qualifications/certifications, regardless of jurisdiction and throughout the duration of the incident.

## Qualification and Certification Process

Each unit with fire management responsibilities will establish an Incident Qualification Card qualification and certification process, which may include a qualification and certification committee. In areas cooperating with other

federal, state, or local agencies, an interagency qualification and certification committee should be established and include representatives from each unit.

These qualification and certification committees provide management oversight and review of the wildland and prescribed fire positions under their jurisdiction.

The committee:
- Ensures that qualifications generated by IQCS or other agency systems for employees are valid by reviewing the training and experience of each employee.
- Determines whether each employee possesses the personal characteristics necessary to perform the wildland and prescribed fire positions in a safe and efficient manner.
- Makes recommendations to the appropriate Agency Administrator or designee who is responsible for final certification signature.
- Develops interagency training needs and sponsors courses that can be offered locally.
- Ensures training nominees meet minimum requirements for attending courses.

## Non-NWCG Agency Personnel Qualifications

Personnel from non-NWCG agencies meeting NWCG PMS 310-1 prerequisites can participate in and receive certificates for successful completion of NWCG courses. Agency employees can complete the Task Blocks, Evaluation Record and Verification/Certification sections of a cooperating organizations employee Position Task Book. Agency employees will not initiate or complete the Agency Certification sections of the Position Task Book for non-agency employees.

Personnel from agencies that do not subscribe to the NWCG qualification standards may be used on agency managed fires. Agency fire managers must ensure these individuals are only assigned to duties commensurate with their competencies, agency qualifications, and equipment capabilities.

## Non-NWCG Agency Personnel Use on Prescribed Fire

The NWCG PMS 310-1, *National Incident Management System: Wildland Fire Qualification System Guide,* establishes the minimum qualifications for personnel involved in prescribed fires on which resources of more than one agency are utilized—unless local agreements specify otherwise. This guide may be found at http://www.nwcg.gov/publications/310-1.

## Incident Qualifications and Certification System (IQCS)

The Incident Qualifications and Certification System (IQCS) is the fire qualifications and certification record keeping system. The Responder Master Record report provided by the IQCS meets the agency requirement for maintaining fire qualification records. The system is designed to provide

managers at the local, state/regional, and national levels with detailed
qualification, experience, and training information needed to certify employees
in wildland fire positions. The IQCS is a tool to assist managers in certification
decisions. However, it does not replace the manager's responsibility to validate
that employees meet all requirements for position performance based on their
agency standards.

A hard copy file folder will be kept for each employee. The contents will
include, but are not limited to training records for all agency required courses,
evaluations from assignments, position task book verification, yearly updated
IQCS forms, and the Responder Master Record (RPTC028) from IQCS. All
records will be stored and/or destroyed in accordance with agency policies.

- *BLM – These policies can be found at*
  *https://blmspace.blm.doi.net/wo/BLMrec/default.aspx .*
- *BLM/NPS – IQCS account managers will have an IQCS delegation of*
  *authority from the certifying official. A delegation of authority can be found*
  *at http://iqcsweb.nwcg.gov/articles/forms/70-delegation-of-authority.*
- *FS – Forest Service Fire and Aviation Qualification Guide (FAQG) at*
  *http://www.fs.fed.us/fire/publications/.*

**Certification of Non-Agency Personnel**
Non-agency firefighters will be certified by state or local fire departments, or
private training providers approved by a Memorandum of Understanding
(MOU) through their local GACC. Agencies will not assist in the
administration, or sponsor the Work Capacity Test (WCT), as the certifying
agency.

**Incident Qualification Card**
The Agency Administrator (or delegate) is responsible for annual certification of
all agency and Administratively Determined (AD) personnel serving on wildfire,
prescribed fire, and all hazard incidents. This responsibility includes monitoring
medical status, fitness, training, performance, and ensuring the responder meets
all position performance requirements.

Training, medical screening, and successful completion of the appropriate WCT
must be accomplished and documented. All Incident Qualification Cards issued
to agency employees, with the exception of Emergency Firefighter (EFF-paid or
temporary employees at the FFT2 level), will be printed using the IQCS.
Incident Qualification Cards issued to EFF or temporary employees at the FFT2
level may be printed without use of the IQCS.

Each agency will designate employees at the national, regional/state, and local
levels as Fire Qualifications Administrators, who ensure all incident experience,
incident training, and position Task Books for employees within the agency are
accurately recorded in the IQCS. All records must be updated annually or
modified as changes occur.

Release Date: January 2016                                    249

- *BLM – BLM Recertification Policy: If an employee (including an agency-sponsored AD) has lost currency in a position, the employee is converted to trainee status for that position. In order to regain full qualification for the position, the employee must demonstrate the ability to perform in the position as determined by the Certifying Official. Prior to recertification, the employee must:*
  - o *Complete the BLM Recertification Evaluation found at http://www.blm.gov/nifc/st/en/prog/fire/training/fire_training.html.*
  - o *Complete one or more evaluation assignments.*
  - o *Complete any additional requirements as determined by the Certifying Official (e.g., additional assignments and/or courses).*
    *NOTE: This policy only applies to positions for which a task book is required.*
- *NPS – Certification for Area Command and Type 1 Command and General Staff (C&GS) position task books will be done at the national office level; Type 2 C&GS, and any position task books issued to park fire management officers will be certified at the regional office level. All other position task books may be certified at the local unit level.*
- *NPS – It is NPS policy that two or more assignments be accomplished after completing a Position Task Book, and receiving certification, before an individual begins movement to the next higher level.*
- *FS – Refer to FSH 5109.17, chapter 10, and the FAQG.*

**Incident Qualification Card Expiration Dates**

Incident Qualification Cards for responders that possess qualifications requiring Work Capacity Tests (WCT) and the Annual Fireline Safety Refresher Training course (RT-130) are valid through the earliest expiration date (either fitness or refresher) listed on the card. Incident Qualification Cards for responders that possess qualifications that do not require WCT or RT-130 for issuance are valid for 12 months from the date the card is signed by a certifying official.

- *FS – The WCT is considered effective for 13 months from the date passed. If an employee is on an emergency assignment on the date their WCT/refresher expires, they will complete their assignment including any extensions. Upon return to their duty station, they must complete the WCT/refresher and acquire a new Incident Qualification Card prior to accepting any new assignments.*

**Universal Training Requirements**

All personnel filling NWCG recognized positions on the fireline must have completed:

- S-130 Firefighter Training (including the required field exercises);
- S-190 Introduction to Wildland Fire Behavior;
- L-180 Human Factors on the Fireline;

1 • ICS-100 Introduction to ICS; and

2 • IS-700A NIMS: An Introduction (or current version).

3 **Annual Fireline Safety Refresher Training**

4 Annual Fireline Safety Refresher Training is required for those positions
5 identified in the NWCG 310-1. Annual Fireline Safety Refresher Training must
6 include the following core components:

7 • **Entrapment Avoidance** – Use training and reference materials to study the
8  risk management process as identified in the *Incident Response Pocket*
9  *Guide* (IRPG) as appropriate to the participants, e.g., LCES, Standard
10  Firefighting Orders, Watch Out Situations, Wildfire Decision Support
11  System (WFDSS) direction, Fire Management Plan priorities, etc.;

12 • **Current Issues** – Review and discuss current topics which could be based
13  on the new modules or areas of concern identified by your agency or
14  geographic area. Review forecasts and assessments for the upcoming fire
15  season and discuss implications for firefighter safety;

16 • **Fire Shelter** – Review and discuss last resort survival including escape and
17  shelter deployment site selection. Conduct "hands-on" fire shelter
18  inspections. Practice shelter deployments in applicable crew/module
19  configurations (wearing fireline personal protective equipment during fire
20  shelter practice can enhance the learning experience for students); and

21 • **Other Hazards and Safety Issues** – Choose additional hazard and safety
22  subjects, which may include SAFENET, current safety alerts, site/unit-
23  specific safety issues and hazards.

24 These core components must be sufficiently covered to ensure that personnel are
25 aware of safety concerns and procedures and can demonstrate proficiency in fire
26 shelter deployment. The minimum refresher training hour requirements for each
27 agency is identified below. Training time may be extended in order to
28 effectively complete this curriculum or to meet local training requirements.

29 • *BLM – 4 hours.*

30 • *NPS/FWS/FS – No minimum hourly requirement; core topics as shown*
31  *above will be covered.*

32 The Annual Fireline Safety Refresher Training course (RT-130) is not a self-
33 study course. Minimum requirements have been established for instructors for
34 Annual Fireline Safety Refresher Training. These requirements will ensure that
35 an appropriate level of expertise and knowledge is available to facilitate
36 refresher training exercises and discussions.

37 • Lead instructors must be a qualified single resource boss.

38 • Unit instructors must be a qualified firefighter type one (FFT1).

39 • Adjunct instructors may be utilized to provide limited instruction in
40  specialized knowledge and skills at the discretion of the lead instructor.

Release Date: January 2016           251

They must be experienced, proficient and knowledgeable of current issues in their field of expertise.
- All instructors will need the knowledge and skills to utilize current educational technology as it relates to the Wildland Fire Safety Training Annual Refresher (WFSTAR) website, such as video streaming, downloading interactive videos, and use of mobile applications and devices.

For additional information please refer to the current *NWCG Field Manager's Course Guide* (PMS 901-1) at http://www.nwcg.gov/publications/901-1.

Annual Fireline Safety Refresher Training will have a 12-month currency. Firefighters who receive initial fire training are not required to take Annual Fireline Safety Refresher Training in the same calendar year. A web site, http://www.nifc.gov/wfstar/index.html, titled *Wildland Fire Safety Training Annual Refresher (WFSTAR)*, is available to assist in this training.

Entrapment avoidance and deployment protocols are identified in the *Incident Response Pocket Guide (IRPG)* (PMS 461/NFES 1077). The guide contains a specific "Risk Management Process" and "Last Resort Survival Checklist."
- *BLM – The "Do What's Right" training is required annual training but is not a prerequisite for issuance of an Incident Qualification Card.*

## Physical Fitness

**Physical Fitness and Conditioning**
Agency Administrators are responsible for ensuring the overall physical fitness of firefighters. Employees serving in wildland fire positions that require a fitness rating of arduous as a condition of employment are authorized one hour of duty time each work day for physical fitness conditioning. Employees serving in positions that require a fitness rating of moderate or light may be authorized up to three hours per week.

Fitness conditioning periods may be identified and structured to include aerobic and muscular exercises. Team sports are not authorized for fitness conditioning. Chapters 5, 6, 7, 8, and 9 and Appendices F, G, and H of *Fitness and Work Capacity 2009 ed.* (PMS 304-2, NFES 1596) and the Interagency Fire Fitness Program in the USFS *WCT Implementation Guide* provide excellent guidance concerning training specifically for the pack test, aerobic fitness programs, and muscular fitness training. (http://www.nifc.gov/FireFit/index.htm)
- *NPS – A fitness plan is required for all NPS personnel participating in a fitness program (DO-57). For health and fitness purposes, those who are fire-qualified at less than the arduous fitness level are not required to meet the mandatory fitness program requirements of DO-57 for wildland fire management. They are strongly encouraged to participate in the voluntary fitness program, and must still meet physical fitness/work capacity*

**EXHIBIT 7**

1   *requirements as outlined in the Wildland Fire Qualifications System Guide*
2   *(310-1) for positions with Moderate and Light fitness requirements.*
3   • *FWS – Refer to Chapter 4, Physical Fitness and Conditioning.*
4   • *FS – Forest Service direction is found in FSH 5109.17 and the FAQG.*
5   *NFFE Partnership bargaining unit employees may only be required to*
6   *successfully complete the WCT once per year.*

7   **Medical Examinations and Work Capacity Tests**

8   Agency Administrators and supervisors are responsible for the occupational
9   health and safety of their employees performing wildland fire activities, and may
10  require employees to take a medical examination at any time.
11  • *FS – See the WCT Implementation Guide.*

12  Established medical qualification programs, as stated in 5 CFR 339, provide
13  consistent medical standards for arduous positions in order to safeguard the
14  health of employees whose work may subject them or others to significant
15  health and safety risks due to occupational or environmental exposure or
16  demand.
17  • *BLM/NPS/FWS – If the HSQ or Annual Exam results in a status of*
18  *"cleared," but the Servicing Human Resource Officer (SHRO) or FMO has*
19  *a specific concern about an employee's/applicant's capacity to meet the*
20  *physical or medical requirements of a position, the agency may require the*
21  *employee/applicant to report for a specific medical evaluation. For more*
22  *information, contact your SHRO or agency Wildland Fire Safety Program*
23  *Manager.*

24  Any employee with an active worker's compensation (OWCP) case or other
25  medical limitations must disclose any limiting factors/restrictions as part of the
26  medical examination process.

27  Information on any medical records is considered confidential and must be kept
28  in the employee's medical file.

29  **Arduous Fitness Level – Department of Interior Wildland Firefighter**
30  **Medical Standards Program (DOI/MSP)**
31  All permanent, career-seasonal, temporary, Student Career Experience Program
32  (SCEP) employees, and AD/EFF who participate in wildland fire activities
33  requiring a fitness level of *arduous* must participate in the DOI-MSP at the
34  appropriate level (see Examination Matrix on the MSP website) and must be
35  cleared prior to attempting the WCT. Additional information regarding the DOI-
36  MSP can be obtained at http://www.nifc.gov/medical_standards/.

37  If any "yes" answer is indicated on the HSQ, an annual exam is required prior to
38  the employee taking the Arduous WCT. Cost of the exam will be covered at the
39  national level.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 278 of 463   PageID #:
1175

If an examining clinician believes diagnostic testing beyond what is required by the Wildland Firefighter Medical Standards Program is needed to determine medical clearance, then agency approval is required before the tests are conducted. If the agency approves the clinician request, or requests further testing themselves, then the agency is responsible for payment. Additional testing or treatment requested by the employee/applicant shall be at their own expense.

Employees or applicants who fail to meet the Federal Interagency Wildland Firefighter Medical Qualification Standards as a permanent, seasonal/temporary, or term employee may not perform as an AD/EFF for arduous duty positions.

If a Department of the Interior arduous duty wildland firefighter (WLFF) develops a change in medical status (injury or illness) between yearly medical exams or HSQs that prevents them from performing arduous duty lasting longer than three consecutive weeks, the WLFF is required to report this change to his/her supervisor who can request additional medical information and reevaluate the WLFF clearance status.

- *NPS – The law enforcement medical exam for NPS rangers, who are collateral duty wildland firefighters, will suffice for MSP clearance.*
- *NPS – Medical clearance must be entered into IQCS.*
- *FWS – Periodicity requirements for Refuge law enforcement examinations will be applied to arduous duty wildland fire positions. Law enforcement officers wishing to perform in NWCG PMS 310-1 or USFWS agency-specific wildland fire positions with an arduous fitness requirement must pass the arduous work capacity test on an annual basis. The HSQ will be used for off exam years prior to arduous work capacity testing.*
- *FS – Refer to current agency direction at http://www.fs.fed.us/fire/safety/wct/wct_index.html.*

**Medical Exam Process for Light and Moderate Fitness Levels**
This section applies to employees who are only required to complete the WCT at the light or moderate fitness level.

If any "Yes" answer is indicated on the HSQ, a medical examination is required prior to the employee taking the WCT.

Medical examinations will be performed utilizing the *Certificate of Medical Exam, U.S. Office of Personnel Management* OF-178. Stress EKGs are not required as part of the medical examination and will only be approved if recommended and administered by the medical examining physician. Cost for exams will be borne by the home unit. If medical findings during exam require further evaluation, then the cost of any further evaluation or treatment is borne by the employee/applicant. Costs for additional tests specifically requested by the agency will be borne by the home unit.

- *FS – Medical exams will be paid from a Washington Office fund code.*

If the SHRO or FMO has a direct concern about an employee's/applicant's capacity to meet the physical or medical requirements of a position, the agency may require the employee/applicant to report for a specific medical evaluation. For more information, contact your SHRO or agency Wildland Fire Safety Program Manager.

Standards for medical examinations using the OF-178 for light and moderate positions are available at http://www.blm.gov/nifc/st/en/prog/fire/more/human_resources/forms.html.

The examining physician will submit the completed OF-178 (and applicable supplements) to the employee's servicing human resources office, where it will be reviewed and retained in the employee's medical file.

- *NPS – The law enforcement medical exam for NPS rangers, who are collateral duty wildland firefighters, will suffice for arduous, moderate, and light fitness level clearance.*
- *FWS – Periodicity requirements for Refuge law enforcement examinations will be applied to light or moderate. Law enforcement officers wishing to perform in NWCG PMS 310-1 or USFWS agency-specific wildland fire positions with a light or moderate fitness requirement must pass the appropriate level work capacity test on an annual basis. The HSQ will be used for off exam years prior to light or moderate work capacity testing.*
- *FS – The completed OF-178 is submitted to the Reviewing Medical Officer for the Agency to review and medically clear.*

## Health Screen Questionnaire (HSQ)

Title 5 CFR Part 339 – Medical Qualification Determinations, which provides a determination of an individual's fitness-for-duty, authorizes solicitation of this information.

The approved OMB Health Screen Questionnaire (HSQ) may be found at http://www.nifc.gov/medical_standards/documents/NewExamProcess/HSQ_v03 2013.pdf.

The information on the HSQ is considered confidential and once reviewed by the test administrator/coordinator to determine if the WCT can be administered, it must be kept in the employee's medical file (EMF). This file may only be viewed by Human Resource Management (HRM) or Safety personnel.

- *FS – See Work Capacity Tests for Wildland Fire Qualifications Implementation Guide at http://www.fs.fed.us/fire/safety/wct/wct_index.html.*

## Work Capacity Test (WCT) Categories

The *NWCG National Incident Management System: Wildland Fire Qualification System Guide* (PMS 310-1) identifies fitness levels for specific positions. There are three fitness levels—Arduous, Moderate, and Light—which require an

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 280 of 463   PageID #:
1177

individual to demonstrate their ability to perform the fitness requirements of the position. Positions in the "no fitness level required" category are normally performed in a controlled environment, such as an incident base.

Law Enforcement physical fitness standard is accepted as equivalent to a "light" WCT work category.

**Work Capacity Test Categories**

| WCT Category | Distance | Weight | Time |
|---|---|---|---|
| Arduous Pack Test | 3 miles | 45 lb | 45 min |
| Moderate Field Test | 2 miles | 25 lb | 30 min |
| Light Walk Test | 1 mile | None | 16 min |

- **Arduous** – Duties involve field work requiring physical performance with above average endurance and superior conditioning. These duties may include an occasional demand for extraordinarily strenuous activities in emergencies under adverse environmental conditions and over extended periods of time. Requirements include running, walking, climbing, jumping, twisting, bending, and lifting more than 50 pounds; the pace of the work typically is set by the emergency conditions.
- **Moderate** – Duties involve field work requiring complete control of all physical faculties and may include considerable walking over irregular ground, standing for long periods of time, lifting 25 to 50 pounds, climbing, bending, stooping, twisting, and reaching. Occasional demands may be required for moderately strenuous activities in emergencies over long periods of time. Individuals usually set their own work pace.
- **Light** – Duties mainly involve office type work with occasional field activity characterized by light physical exertion requiring basic good health. Activities may include climbing stairs, standing, operating a vehicle, and long hours of work, as well as some bending, stooping, or light lifting. Individuals can usually govern the extent and pace of their physical activity.

**Work Capacity Test (WCT) Administration**

The Work Capacity Test (WCT) is the official method of assessing wildland firefighter fitness levels. General guidelines can be found in the *Work Capacity Tests for Wildland Firefighters, Test Administrator's Guide* (PMS 307, NFES 1109).

- *FS – for FS direction on WCT administration, refer to "FS Work Capacity Tests for Wildland Fire Qualifications Implementation Guide" at http://www.fs.fed.us/fire/safety/wct/wct_index.html.*

WCT Administrators must ensure that WCT participants have been medically cleared, either through the HSQ, Wildland Firefighter Medical Qualification Standards, or agency specific medical examination.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 281 of 463   PageID #: 1178

At a minimum, WCTs are administered annually to all employees, including AD/EFF who will be serving in wildland fire positions that require a fitness level. The currency for the WCT is 12 months.

- *FS – Currency for WCT is 13 months.*

The WCT results shall be documented on the WCT Record available online as Appendix O at http://www.nifc.gov/policies/policies_main.html. The WCT Record captures information that is covered under the Privacy Act and should be maintained in accordance with agency Freedom of Information Act (FOIA) guidelines.

Administration of the WCT of non-federal firefighters is prohibited for liability reasons. Potential emergency firefighters who would be hired under Emergency Hire authority by the agency must be in AD pay status or sign an agency-specific volunteer services agreement prior to taking the WCT.

A Job Hazard Analysis (JHA) or Risk Assessment (RA) shall be developed and approved for each field unit prior to administrating the WCT. Administer the test using the JHA/RA as a briefing guide.

- *BLM – A risk assessment shall be developed and approved for each field unit prior to administering the WCT.*

The local unit shall prepare a medical response plan (such as an ICS-206 form), evaluate options for immediate medical care and patient transport, and identify closest emergency medical services. A minimum of a qualified Medical First Responder/Emergency Medical Responder (EMR) must be on site during WCT administration. Based upon a thorough evaluation of potential medical treatment and evacuation scenarios, a higher level of on-site emergency medical qualifications and equipment may be warranted (e.g., Emergency Medical Technician (EMT) or paramedic).

An Automatic External Defibrillator (AED) is required on-site during all WCTs.

Personnel taking the WCT will only complete the level of testing (Pack, Field, Walk) required by the highest fitness level identified for a position on their Incident Qualification Card. Employees shall not take the WCT unless they have an Incident Qualification Card qualification that requires it, and only at the fitness level required by that position as identified in the NWCG 310-1 or agency-specific guidance or policy.

Treadmills are not approved for Work Capacity Testing.

WCT results must be entered into the IQCS annually to update the fitness level and date that will appear on the Incident Qualification Card. WCT dates entered in IQCS will reflect the date the employee passed the fitness test. The results of

the most recent WCT will always supersede the results of any previous WCT, even if previous WCTs were within the currency period.

- *NPS/FWS – Law Enforcement Officers are required to provide a copy of the medical clearance for verification and tracking purposes to the appropriate incident qualifications and certifications system (IQCS) account manager. Account managers will reflect the appropriate examination type and currency for the Law Enforcement Officer examinations in the physical examinations portion of the IQCS system.*

## Work Capacity Test – Retesting

Those who do not pass the WCT will be provided another opportunity to retest. Employees will have to wait at least 48 hours before retaking the WCT. If an employee sustains an injury (verified by a licensed medical provider) during a test, the test will not count as an attempt. Once an injured employee has been released for full duty, the employee will be given time to prepare for the test (not to exceed 4 weeks). The numbers of retesting opportunities that will be allowed include:

- Three opportunities total for permanent employees required to pass a test for duties in the fire program.
- One opportunity for temporary employees required to pass a test (a second chance maybe provided at the discretion of fire management).
  - *FS – Direction can be found in the WCT Implementation Guide.*

## Minimum Age Requirements for Hazardous Duty Assignments on Federal Incidents

Persons under 18 years old will not perform hazardous duties during wildland fire management operations on federal jurisdictions.

## Engine Modules

Staffing levels and specific requirements for engine personnel may be found in Chapter 14, Firefighting Equipment.

## Helicopter Modules

Staffing levels and specific requirements for helicopter personnel may be found in Chapter 16, Aviation.

## Smokejumpers (SMKJ)

Smokejumpers provide professional and effective fire suppression, fuels reduction, and fire management services to help land managers meet objectives.

## Smokejumper Policy

Smokejumper operations are guided by direction in the interagency section of the *Interagency Smokejumper Operations Guide (ISOG)*.

Each base will comply with smokejumper operations standards. The arduous duties, specialized assignments, and operations in a variety of geographic areas require smokejumpers to have uniform training, agency approved equipment, communications, organization, and operating procedures.

**Smokejumper Communications**
All smokejumpers carry programmable radios and are proficient in their use and programming procedures.

**Smokejumper Training**
To ensure proficiency and safety, smokejumpers complete annual training that covers aspects of aviation, parachuting, fire suppression tactics, administrative procedures, and safety related to the smokejumper mission and fire operations. The training program for first-year smokejumpers is four weeks long. Candidates are evaluated to determine:

- Level of physical fitness;
- Ability to learn and perform smokejumper skills;
- Ability to work as a team member;
- Attitude; and
- Ability to think clearly and remain productive in a stressful environment.

**Smokejumper Target Qualifications**

| Position | IQCS Target | Smokejumper Training Target |
|---|---|---|
| Department Managers | T1 and T2 C&G | |
| Spotter | ICT3, DIVS, ATGS RXB2, SOFR | |
| Lead Smokejumper | STLD, TFLD | Senior Rigger, FOBS |
| Smokejumper | ICT4, CRWB, FIRB | FEMO |
| Rookie Smokejumper | ICT5, FFT1 | |

**Smokejumper Medical Standards**
Smokejumper medical standards are the same as the Federal Interagency Wildland Firefighter Medical Standards-Arduous Duty Wildland Firefighter.

**Smokejumper Physical Fitness Standards**
The national minimum standards for smokejumpers are:

- 1.5 mile run in 11:00 minutes or less;
- 45 sit-ups;
- 25 pushups;
- 7 pull-ups;

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 284 of 463   PageID #: 1181

- 110 lb. pack-out over 3 miles/level terrain/90 minutes*; and
- Successful completion of the WCT at the arduous level.

*This element is tested during Smokejumper Rookie Training.

  o *BLM – Refer to Chapter 2 for physical fitness standards.*

## Interagency Hotshot Crews (IHC)

Interagency Hotshot Crews provide an organized, mobile, and skilled hand crew for all phases of wildfire suppression. IHCs are comprised of 18-25 firefighters and are used primarily for wildfire suppression, fuels reduction, and other fire management duties. IHC's are capable of performing self-contained initial attack suppression operations, and commonly provide incident management capability at the Type 3 or 4 levels.

### IHC Policy

IHC standards provide consistent planning, funding, organization, and management of the agency IHCs. The sponsoring unit will ensure compliance with the established standards. The arduous duties, specialized assignments, and operations in a variety of geographic areas required of IHCs dictate that training, equipment, communications, transportation, organization, and operating procedures are consistent for all agency IHCs.

As per agency policy, all IHCs will be managed under the *Standards for Interagency Hotshot Crew Operations (SIHCO)*.

- *BLM/NPS – BLM Preparedness Review Checklist #18 (Hotshot Crew) supersedes the checklist found in the SIHCO.*
- *BLM – Additional guidance for BLM IHCs is contained in Chapter 2.*

### IHC Certification

The process for IHC certification is found in the *Standards for Interagency Hotshot Crew Operations (SIHCO)*.

### Annual Crew Pre-Mobilization Process

The superintendent of crews holding IHC status the previous season are required to complete the Annual IHC Mobilization Checklist (*SIHCO*, Appendix C) and send the completed document to the local GACC prior to making the crew available for assignment each season.

### Annual IHC Readiness Review

On an annual basis the superintendent of crews holding IHC status the previous season are required to complete the Annual IHC Preparedness Review (*SIHCO* Appendix B). This process is designed to evaluate crew preparedness and compliance with *SIHCO*. The annual review will be conducted while the crew is fully staffed and operational. The review is not required prior to a crew being made available for incident assignment at the beginning of their availability

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP    Document 19-6    Filed 11/19/19    Page 285 of 463    PageID #: 1182

period. When a review document is completed, the document is kept on file at
the local (host) unit fire management office.

## IHC Organization

Individual crew structure will be based on local needs using the following
standard positions: Superintendent, Assistant Superintendent, Squad Leader,
Skilled Firefighter, and Crewmember.

- *BLM/NPS – IHCs have the option of traveling with 25 personnel when on incident assignments as authorized by the local unit. IHC superintendents will obtain prior approval from the dispatching GACC when the assignment requires fixed wing transport and the crew size is greater than 20.*

## IHC Availability Periods

IHCs will have minimum availability periods as defined in the *SIHCO*.
Availability periods may exceed the required minimum availability period. The
Crew Superintendent will inform the local supervisor and the GACC of any
changes in the crew's availability.

## National IHC Status Reporting System

IHCs will report status through the National IHC Status Reporting System. IHC
superintendents will regularly update the system with any change in crew status
and/or current utilization when on assignment.

IHCs may report status by three methods:
- Via e-mail to BLM_FC_Crews@blm.gov (preferred method);
- Via the internet to the Hotshot Status submission form (link available from the Crew page of the NICC website); or
- Contacting the NICC Crew Desk at 208-387-5400.

## IHC Communications

IHCs will provide a minimum of five programmable multi-channel radios per
crew as stated in the *SIHCO*.

## IHC Transportation

Crews will be provided adequate transportation. The number of vehicles used to
transport a crew should not exceed five. All vehicles must adhere to the certified
maximum Gross Vehicle Weight (GVW) limitations.

## Other Hand Crews

### Policy

All crews must meet minimum crew standards as defined below as well as any
additional agency, state, or contractual requirements. Typing will be identified at
the local level with notification made to the local GACC.

EXHIBIT 7

1      **MINIMUM CREW STANDARDS FOR NATIONAL MOBILIZATION**

| Minimum Standards | Type 1 | Type 2 with IA Capability | Type 2 |
|---|---|---|---|
| Fireline Capability | Initial attack/can be broken up into squads, fireline construction, complex firing operations (backfire) | Initial attack/can be broken up into squads, fireline construction, firing to include burnout | Initial attack, fireline construction, firing as directed |
| Crew Size | 18-20 | 18-20 | 18-20 |
| Leadership Qualifications | Permanent Supervision Supt: TFLD, ICT4, FIRB Asst Supt: STCR, ICT4 3 Squad Bosses: ICT5 2 Senior Firefighters: FFT1 | Crew Boss: CRWB 3 Squad Bosses: ICT5 | Crew Boss: CRWB 3 Squad Bosses: FFT1 |
| Language Requirement | All senior leadership including Squad Bosses and higher must be able to read and interpret the language of the crew as well as English. | Same as Type 1 | Same as Type 1 |
| Experience | 80% 1 season | 60% 1 season | 20% 1 season |
| Full Time Organized Crew | Yes (work and train as a unit 40 hrs per week) | No | No |
| Communications | 5 programmable radios | 4 programmable radios | 4 programmable radios |
| Sawyers | 3 agency qualified | 3 agency qualified | None |
| Training | As required by the *SIHCO* or agency policy prior to assignment | Basic firefighter training and/or annual firefighter safety refresher prior to assignment | Basic firefighter training and/or annual firefighter safety refresher prior to assignment |
| Logistics | Crew level agency purchasing authority | No purchasing authority | No purchasing authority |
| Maximum Weight | 5,300 lbs | 5,300 lbs | 5,300 lbs |
| Dispatch Availability | Available nationally | Available nationally | Variable |

**EXHIBIT 7**

| Minimum Standards | Type 1 | Type 2 with IA Capability | Type 2 |
|---|---|---|---|
| Production Factor | 1.0 | .8 | .8 |
| Transportation | Own transportation | Transportation needed | Transportation needed |
| Tools and Equipment | Fully equipped | Not equipped | Not equipped |
| Personal Gear | Arrives with: crew First Aid kit, personal first aid kit, headlamp, 1 qt. canteen, web gear, sleeping bag | Same as Type 1 | Same as Type 1 |
| PPE | All standard designated fireline PPE | All standard designated fireline PPE | All standard designated fireline PPE |
| Certification | Must be annually certified by the local host unit Agency Administrator or designee prior to being made available for assignment. | N/A | N/A |

1    •   *BLM – for additional standards and certification requirements, refer to*
2         *Chapter 2.*

3   **Wildland Fire Modules (WFM)**

4   The primary mission of a WFM is to provide an innovative, safe, highly mobile,
5   logistically independent, and versatile fire module with a primary commitment
6   to maintain fire's role as a natural ecological process for wildland fire
7   management and incident operations.

8   WFMs are comprised of 7-10 firefighters. The WFM program facilitates the use
9   of fire and other management techniques involving planned and unplanned
10  wildland fire events. WFMs are highly skilled and versatile fire crews, which
11  provide technical and ecological based expertise in the areas of long term
12  planning, ignitions, holding, and suppression, and fire effects monitoring. For
13  more information please refer to PMS 430: *Interagency Standards for Wildland*
14  *Fire Module Operations (ISWFMO).*

15  **WFM Policy**
16  All WFM operations will be conducted adhering to the *Interagency Standards*
17  *for Wildland Fire Module Operations (ISWFMO)*, PMS 430. Sponsoring units in
18  conjunction with the appropriate Geographic Area Coordination Center will
19  ensure compliance of all WFMs according to the standards set within the

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 288 of 463   PageID #:
1185

ISWFMO. The arduous duties, specialized assignments, and operations in a
variety of geographic areas require WFMs to have uniform training, agency
approved equipment, communications, organization, and operating procedures.

**WFM Types and Certification**
WFMs ready for assignment will be certified as Type 1 WFM (WFM1) or Type
2 WFM (WFM2). Refer to the *Interagency Standards for Wildland Fire Module
Operations* (*ISWFMO*) – PMS 430 for additional information.

**WFM Availability Periods**
WFMs will have minimum availability periods as defined in the *ISWFMO*.
Availability for Type 1 WFMs may exceed the minimum period defined. Type 1
WFMs will be available for off unit assignment during the designated 90 day
availability period. The module leader will inform the local supervisor and the
GACC of any changes to the modules availability.

**WFM Organization**
Individual module structures vary based on local and agency needs using the
following standard positions: Module Leader/ Foreman, Assistant Leader/
Foreman, Lead Firefighter, Senior Firefighter, Crewmember.

### Minimum WFM Standards for Interagency Mobilization

| Minimum Standards | Type 1 | Type 2 |
|---|---|---|
| Fireline Capability | Ability to form separate logistically self-sufficient independent groups, fire line construction, complex firing operations(backfire), monitoring, strategic planning, fire reconnaissance, public information. | Monitoring, fireline construction, firing to include burnout. |
| Crew Size | 7-10 | 7-10 |
| Leadership Qualifications | - Qualifications are not tied to a particular position within the WFM. All modules will have the following qualifications: TFLD, RXB2*, ICT4, CRWB, FIRB, FOBS <br> - Module Lead: TFLD, CRWB <br> - Asst. Module Lead: ICT4, FEMO <br> - 1 Squad Boss: ICT5 <br> - 2 Senior Firefighters: FFT1 <br> *RXB2 (1) could be any of the module members | - Crew Boss: CRWB <br> - 1 Squad Boss: ICT5 |

| Minimum Standards | Type 1 | Type 2 |
|---|---|---|
| Language Requirement | All senior leadership, including Squad Bosses and higher, must be able to read and interpret the language of the crew as well as English. | Same as Type 1 |
| Experience | 90% > 1 season | 60% > 1 season |
| Full Time Organized Crew | Yes (work and train as a unit 40 hrs. per week, 90 continuous days) | No |
| Communications | 5 programmable radios | 4 programmable radios |
| Sawyers | 2 agency qualified | 1 agency qualified |
| FEMO | 2 | 2 (1 of 2 can be trainee) |
| Training | As required by the *ISWFMO* prior to assignment | Basic firefighter training or RT-130 prior to assignment |
| Medical First Responder Training | Yes | No |
| Logistics | Multiple crew level agency purchasing authorities | Generally no purchasing authority, may need assistance by incident logistics |
| Dispatch Availability | Availability determined by sponsoring agency | Availability variable by sponsoring agency |
| Mobilization Time | Within 2 hours of receipt of resource order when on duty, 8 hours when off duty | Within 24 hours of receipt of resource order. |
| Transportation | Own transportation | Transportation needed |
| Tools and Equipment | Fully equipped for each geographic region. | May need assistance by incident logistics |
| Specialized Digital, Remote Operations, Monitoring, Equipment | Yes | No |
| Personal Gear | Arrives with: crew First Aid kit, personal first aid kit, headlamp, 1 quart canteen, web gear, sleeping bag | Arrives with: crew First Aid kit, personal first aid kit, headlamp, 1 quart canteen, web gear, sleeping bag |
| PPE | All standard designated fireline PPE | All standard designated fireline PPE |
| Certification | Must be annually certified by the Regional or State Office of the host unit Agency Administrator or designee prior to being made available for assignment. | Must complete the mobilization checklist by the local host unit or Agency Administrator or designee prior to being made available for assignment. |

Release Date: January 2016              265

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 290 of 463   PageID #: 1187

- *BLM* – *BLM WFMs will meet standards identified in the Interagency Standards for Wildland Fire Module Operations (PMS 430). In addition, BLM WFMs will meet the following requirements:*
  - *All BLM WFMs will meet the standards for Type 1 WFMs identified in the Interagency Standards for Wildland Fire Module Operations. Type 2 WFMs will not be formed, sponsored, or statused in the Resource Ordering and Status System (ROSS) by BLM units.*
  - *Approval from the Assistant Director, Fire and Aviation is required prior to establishing and/or statusing new Type 1 WFMs.*
  - *Any BLM unit may provide personnel to WFMs sponsored by another agency. All BLM personnel must meet the standards outlined in the Interagency Standards for Wildland Fire Module Operations, and the Interagency Standards for Fire and Fire Aviation Operations.*
  - *Units may utilize Type 1 and/or Type 2 WFMs for BLM incidents. Incident commanders will order the appropriate resource to accomplish incident objectives.*
  - *Fire Suppression Modules and WFMs are separate and distinct resources. The BLM has established standards for fire suppression modules in Chapter 2 of this publication. Fire managers and incident commanders should order the appropriate resource to accomplish incident objectives.*
- *NPS* – *Modules are coordinated regionally and mobilized/demobilized through established ordering channels through the GACCs.*

## Agency Certified Positions

As a supplement to the qualifications system, certain agencies have identified the additional positions of Prescribed Fire Burn Boss 3 (RXB3) – see Chapter 17; Engine Operator (ENOP) – see Chapter 2.

- *BLM* – *Personnel hired by the BLM must meet requirements established in the position description. If the position description requires Incident Command System qualifications, only qualifications and minimum requirements specified in the NWCG Wildland Fire Qualifications Systems Guide (PMS 310-1) will be applied as selective factors and/or screen-out questions. To avoid reducing candidate pools, BLM-specific requirements that are supplemental to the PMS 310-1 may not be used as selective placement factors/screen-out questions. Supplemental BLM-specific training or qualification requirements may only be used as selective factors and/or screen-out questions when requested and justified by the selecting official, and approved by human resources. Impacts to the candidate pool must be addressed in the justification. As with all other BLM or DOI-specific training/experience requirements (e.g., Do What's Right training, purchase card training) that newly hired employees from other agencies may not have, the supervisor and IQCS certifying official are responsible for reconciling that employee's training and IQCS record after the employee has entered on duty. This may be accomplished by providing*

**EXHIBIT 7**

*additional training/experience or by manually awarding competencies as*
*per established IQCS protocol.*

**Chainsaw Operators and Fallers**

In 2014, NWCG established faller qualifications in the PMS 310-1. Agencies
have established additional evaluation and certification requirements:

- *BLM/NPS-Use of the NWCG position task books is required. The*
  *requirements for final evaluators for each position are as follows:*
  - o *The individual tasks required for completion of the FAL3 PTB must be*
    *evaluated by a qualified FAL2 or FAL1. The Final Evaluator's*
    *Verification for a FAL3 trainee must be completed by a qualified FAL2*
    *or FAL1;*
  - o *The individual tasks required for completion of the FAL2 PTB must be*
    *evaluated by a qualified FAL2 or FAL1. The Final Evaluator's*
    *Verification for a FAL2 trainee must be completed by a qualified*
    *FAL1;*
  - o *The final certification of all wildfire faller positions will remain the*
    *responsibility of the IQCS Certifying Official.*
  - o *All wildfire saw operation qualifications are maintained through the*
    *IQCS system and displayed on the Incident Qualification Card.*
    - ▪ *BLM – The individual tasks required for completion of the FAL1*
      *PTB must be evaluated by a qualified FAL1. The Final Evaluator's*
      *Verification for a FAL1 trainee must be completed by a qualified*
      *FAL1 Evaluator. Each BLM State Fire Management Officer will*
      *certify and maintain a list of their current FAL1 Evaluators.*
    - ▪ *NPS – The individual tasks required for completion of the FAL1*
      *PTB must be evaluated by a qualified FAL1. The Final Evaluator's*
      *Verification for a FAL1 trainee must be completed by a qualified*
      *FAL1.*
    - ▪ *FWS – Follow evaluator qualification requirements listed in the*
      *FAL1, FAL2, and FAL3 position task books.*
    - ▪ *FS – Use of the NWCG combined position task book for FAL1,*
      *FAL2, and FAL3 is not authorized for Forest Service use. Forest*
      *Service sawyers will continue to use agency specific certification*
      *processes outlined in Forest Service Handbook FSH 6709.11,*
      *section 22.48. A new Forest Service manual (FSM 2358) is*
      *anticipated for released in early 2016 and will restructure Forest*
      *Service crosscut and chain saw policy. In the interim:*
  - o *Sawyers shall not use saws outside the limits of their certification or*
    *qualifications, except during formal evaluation proceedings or under*
    *the immediate supervision of a higher qualified sawyer.*

**EXHIBIT 7**

- o *All sawyers must comply with FS policy and the FSFAQG requirements for FAL3, FAL2, or FAL1 to operate a chainsaw or crosscut saw on a wildland fire incident. Requirements include:*
  - ▪ *Possess a current first aid and CPR certification (FSH 6709.11, sec 52.3).*
  - ▪ *Initially complete a Nationally Recognized Sawyer Training Course (Wildland Fire Chain Saws, S-212).*
  - ▪ *Completion of a field proficiency evaluation with appropriate saw operator skill level along with restrictions (if any) noted on their National Sawyer Certification Card.*
- o *The National Sawyer Certification Card is valid for 3 years and is subject to review any time prior to expiration. Minimum requirements for sawyer training and field proficiency reevaluation include:*
  - ▪ *Completion of a knowledge refresher (classroom or field) and a field proficiency evaluation equivalent to the initial evaluation.*
  - ▪ *Sawyer Instructors are required to be recertified by instructing at least one NRSTC or refresher NRSTC every three years.*
- o *FS sawyers may function as evaluators for partner agencies using the FAL3 and FAL2 position task book.*
- o *Fallers who are certified or recertify after October 1, 2014 will be required to be certified in progression (i.e., must be FAL3 to be FAL2). However if the initial evaluation is FAL2 the account manager shall grant the position competency for FAL3. Those certified initially as FAL1 will have position competencies for FAL2 and FAL3 granted.*
- o *FS will accept other agency chainsaw certifications on incidents occurring on FS lands provided they meet NWCG minimum standards.*
- o *FS will accept a transferring employee's faller qualification if it was certified following the PMS 310-1 standard.*

# Chapter 14
# Firefighting Equipment

## Introduction

The agency wildland fire program equipment resources include engines, dozers, water tenders, and other motorized equipment for fire operations.

## Policy

Each state/region will comply with established standards for training, equipment, communications, organization, and operating procedures required to effectively perform arduous duties in multi-agency environments and various geographic areas.

Approved foam concentrate may be used to improve the efficiency of water, except near waterways where accidental spillage or over spray of the chemical could be harmful to the aquatic ecosystem, or other identified resource concerns.

## Firefighting Engine/Water Tender Common Standards

### Driving Standard
Refer to driving standards in Chapter 7.

### Engine/Tactical Water Tender Water Reserve
Engine/tactical water tender operators will maintain at least 10 percent of the pumpable capacity of the water tank for emergency engine protection and drafting.

### Chocks
At least one set of wheel chocks will be carried on each engine/water tender and will be properly utilized whenever the engine is parked or left unattended. This includes engine/water tender operation in a stationary mode without a driver "in place."

### Fire Extinguisher
All engines/water tenders will have at least one 5 lb. ABC rated (minimum) fire extinguisher, either in full view or in a clearly marked compartment.

### Nonskid Surfaces
All surfaces will comply with National Fire Protection Association (NFPA) 1906 Standard for Wildland Fire Apparatus requirements.

### First Aid Kit
Each engine/water tender shall carry, in a clearly marked compartment, a fully equipped 10-person first aid kit.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP    Document 19-6    Filed 11/19/19    Page 294 of 463    PageID #: 1191

**Gross Vehicle Weight (GVW)**

Each engine and water tender will have an annually certified weight slip in the vehicle at all times. Weight slip will show individual axle weights and total GVW. Operators of engines and water tenders must ensure that the maximum certified gross vehicle and axle weight ratings are never exceeded, including gear, personnel, and fuel. The NFPA 1906 standard of 250 pounds per seat position for each person and their personal gear will be used to calculate the loaded weight.

- *FS – Refer to FSH 7109.19, Chapter 30 for calculation of Rough Road Factor reduction for driving on rough or unsurfaced roads.*

**Speed Limits**

Posted speed limits will not be exceeded.

**Lighting**

Headlights and taillights shall be illuminated at all times while the vehicle is in motion. All new orders for fire engine apparatus will include an overhead lighting package in accordance with agency standards. Lighting packages will meet NFPA 1906 standards at the time of manufacture. Engines currently in service may be equipped with overhead lighting packages. A red, white, and amber combination is the accepted color scheme for fire.

**Emergency Light Use**

Emergency lighting will be used only during on site wildland fire operations or to mitigate serious safety hazards. Overhead lighting and other emergency lighting must meet state code requirements, and will be illuminated whenever the visibility is reduced to less than 300 feet.

- *BLM/NPS – See agency chapters or policy for specific guidance.*
- *FWS – Refer to Service policy 621 FW 1.*
- *FS – See FSM 5120, FSM 5130, and FSH 5109.16 for red lights and siren policy.*

**Fire Equipment Maintenance and Inspections**

Apparatus safety and operational inspections will be accomplished either on a post-fire or daily basis. Offices are required to document these inspections. Periodic maintenance (as required by the manufacturer) shall be performed at the intervals recommended and properly documented. All annual inspections will include a pump performance test to ensure the pump/plumbing system is operating at desired specifications (pressure and gallons per minute).

**Mobile Attack (Pump and Roll)**

Firefighters must be seated and belted within an enclosed cab or walk alongside the apparatus during mobile attack (pump and roll) operations. Riding, standing or seated on the exterior of the apparatus is prohibited. Utilization of the NFPA 1906 "on-board pump-and-roll fire-fighting position" if equipped, is not permitted.

## Firefighting Engines

### Operational Procedures

All engines will be equipped, operated, and maintained within guidelines established by the Department of Transportation (DOT) and regional/state/local operating plans. All personnel assigned to agency fire engines will meet all gear weight, cube, and manifest requirements specified in the *National Interagency Mobilization Guide*.

- **BLM** – *See procedures outlined in BLM Manual H-9216, Fire Equipment and Supply Management.*

### Engine Typing

Engine typing and respective standards have been established by NWCG.

| Engine Type | Structure | | Wildland Engines | | | | |
|---|---|---|---|---|---|---|---|
| Components | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Tank Minimum Capacity (gal) | 300 | 300 | 500 | 750 | 400 | 150 | 50 |
| Pump Minimum Flow (gpm) | 1000 | 500 | 150 | 50 | 50 | 50 | 10 |
| @ Rated Pressure (psi) | 150 | 150 | 250 | 100 | 100 | 100 | 100 |
| Hose 2½" | 1200 | 1000 | - | - | - | - | - |
| 1½" | 500 | 500 | 1000 | 300 | 300 | 300 | - |
| 1" | - | - | 500 | 300 | 300 | 300 | 200 |
| Ladders per NFPA 1901 | Yes | Yes | - | - | - | - | - |
| Master Stream 500 gpm Min. | Yes | - | - | - | - | - | - |
| Pump and Roll | - | - | Yes | Yes | Yes | Yes | Yes |
| Maximum GVWR (lbs.) | - | - | - | - | 26,000 | 19,500 | 14,000 |
| Personnel (NWCG min.) | 4 | 3 | 3 | 2 | 2 | 2 | 2 |

- **FS** – *See http://www.fs.fed.us/fire/equipment/engine-models/models.html for description of Forest Service national engine standards.*

### Fire Engine Staffing

For Type 4, 5, 6, and 7 engines, minimum staffing is two individuals with a minimum required qualification of FFT2, including an Engine Boss.

Release Date: January 2016                                                    271

- *FWS – Minimum staffing for Type 6 and 7 engines (on Refuge lands) is one ENOP and one FFT2. A minimum of one ICT5 must be available on the engine crew.*

For Type 3 engines, minimum staffing is three individuals, including an Engine Boss.

- *BLM – For BLM engine staffing requirements see Chapter 2.*
- *NPS – For NPS engine staffing requirements see Chapter 3.*
- *FS – A Single Resource Boss may supervise a Type 6 or 7 engine.*

**Engine Inventories**

An inventory of supplies and equipment carried on each vehicle is required to maintain accountability and to obtain replacement items lost or damaged on incidents. The standard inventory for engines is found in Appendix M.

**Water Tenders**

**Water Tender Typing**

Water tender typing and respective standards have been established by NWCG.

| Water Tender Type | Support | | | Tactical | |
|---|---|---|---|---|---|
| Requirements | S1 | S2 | S3 | T1 | T2 |
| Tank Capacity (gal) | 4000 | 2500 | 1000 | 2000 | 1000 |
| Pump Minimum Flow (gpm) | 300 | 200 | 200 | 250 | 250 |
| @Rated Pressure (psi) | 50 | 50 | 50 | 150 | 150 |
| Max. Refill Time (mins) | 30 | 20 | 15 | - | - |
| Pump and Roll | - | - | - | Yes | Yes |
| Personnel (min) | 1 | 1 | 1 | 2 | 2 |

**Water Tender Qualifications and Staffing Standards**

- **Water Tender (Non-Tactical)**
  - **Qualifications:** CDL (tank endorsement)
  - **Staffing:** A water tender (non-tactical) may be staffed with a crew of one driver/operator when it is used in a support role as a fire engine refill unit or for dust abatement. These operators do not have to pass the Work Capacity Test (WCT) but are required to take annual refresher training.
- **Water Tender (Tactical)**
  Tactical use is defined as "direct fire suppression missions such as pumping hoselays, live reel use, running attack, and use of spray bars and monitors to suppress fires."
  - Qualifications:
    - *BLM/FWS – ENOP, CDL (tank endorsement)*
    - *FS – FFT1, CDL*

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 297 of 463   PageID #: 1194

o   **Staffing:** Tactical water tenders will carry a minimum crew of two:
  ▪ *BLM/FWS – One ENOP and one FFT2.*
  ▪ *BLM – 668 Super Heavy Tactical Tenders will be staffed with one engine boss and one engine crewmember.*
  ▪ *FS – One FFT1 and one FFT1/FFT2.*

## Dozers/Tractor Plows

### Dozer/Tractor Plow Training and Qualifications

Agency personnel assigned as dozer/tractor plow operators will meet the training and experience standards for a Firefighter 2 (FFT2). This includes all safety and annual refresher training. While on fire assignments, all operators and support crew will meet PPE requirements including the use of aramid fiber clothing, hard hats, fire shelters, boots, etc.

### Dozer/Tractor Plow Physical Fitness Standards

All employee dozer/tractor plow operators will meet requirements stated in the *Federal Wildland Fire Qualifications Supplement.*

### Dozer/Tractor Plow Operational Procedures

- Agency owned and operated dozer/tractor plows will be equipped with programmable two-way radios, configured to allow the operator to monitor radio traffic.
- Agency and contract dozer/tractor plows will have agency supplied supervision when assigned to any suppression operations.
- Contract dozers must be provided with radio communications, either through a qualified Heavy Equipment Boss (HEQB) or an agency-supplied radio. Contract dozer/tractor plows will meet the specifications identified in their agreement/contract.
- Operators of dozer/tractor plows and transport equipment will meet DOT certifications and requirements regarding the use and movement of heavy equipment, including driving limitations, CDL requirements, and pilot car use.

## All Terrain Vehicles (ATV)/Utility Terrain Vehicles (UTV)

The operation of ATV/UTVs can be high risk. The use of ATV/UTVs should be evaluated to ensure that use is essential to accomplish the mission, rather than for convenience.
- *BLM – No ATVs will be used for industrial use OHV operations.*

Because of the high risk nature, agencies have developed specific operational policy (refer to current agency policy). ATV/UTV operators will meet the training and certification requirements of their agency; employees certified by their agency will be considered qualified ATV/UTV operators regardless of

**EXHIBIT 7**

incident jurisdiction. Common policy requirements for wildland fire operations are highlighted below:

- A JHA/RA must be completed and approved by the supervisor prior to vehicle operation.
- All personnel authorized to operate an ATV/UTV must first complete agency specific or manufacturer-provided training in safe operating procedures and appropriate PPE.
- Re-evaluation/Re-certification – Operators shall be re-evaluated every three years. Infrequent users (less than 16 hours of riding a year) shall have a check ride prior to scheduled use of an ATV/UTV.
- Specific authorization for ATV/UTV use is required – All ATV/UTV operations must hold a valid Motor Vehicle Operator's Identification Card, OF-346 or agency equivalent.
  - *BLM/NPS/FWS – Upon completion of agency-specific ATV/UTV training and operator certification requirements, All-Terrain Vehicle Operator (ATVO) will be placed on the employee's Incident Qualification and Certification (IQCS) Card (Red Card). IQCS Certifying Officials are responsible for verifying that ATV/UTV operator qualifications are current, and that the ATVO qualification is removed from the Red Card if agency-specific training, certification, or currency requirements lapse.*
  - *NPS – All Off-Highway Vehicle (OHV) operators (including ATV/UTV) must hold a valid state Motor Vehicle Operator's Permit. Operating restrictions identified on the operator's permit must be adhered to while operating an OHV (e.g., use of corrective lenses, etc.). NPS ATV operators must be qualified at either the Basic or Advanced Level as described in RM-50B depending on the hazard potential of the operation. All ATV operators shall be provided refresher training each year in accordance with a JHA and reevaluated by an ASI Certified Trainer every 3 years. The reevaluation shall be documented. RM-50B, Appendix B (ATV Operator Accountability/Certification Tracking Record) may be used to document the reevaluation. Further information on ATV/UTV use is found in RM-50B.*
- ATVs can only have a single rider—passengers are prohibited even if ATV is designed for two riders.
- UTVs passengers are limited to the number of seats installed by manufacturer. The operator and passenger(s) must use seatbelts while the vehicle is in motion.
- Operators must use required PPE while loading/unloading ATV/UTV.
- Cargo loads shall be loaded and secured as to not affect the vehicle's center of gravity, and shall not exceed manufacturer's recommendations for maximum carrying capacity; and
- When transporting external fuel containers with a UTV/ATV, a 5 lb. class BC fire extinguisher must be secured to the UTV/ATV.

**Required PPE**

ATV Head Protection for Wildland Fire Operations

- ATV helmets must be worn at all times during ATV operations (on and off the fireline); and
- ATV helmets must meet Snell Memorial Foundation standards, or DOT certification.
  - A ¾ face model meeting Snell Memorial Foundation standards certification is acceptable for use.
  - Use of half "shorty" helmets requires a JHA/RA for fireline use and must include justification for its use. Refer to MTDC Tech Tip publication, *A Helmet for ATV Operators with Fireline Duties* (0651-2350-MTDC).

UTV Head Protection for Wildland Fire Operations:

- Helmets must meet DOT, ANSI Z90.1; or Snell Memorial Foundation standards unless:
  - UTV is used for low speeds and smooth travel surfaces, administrative use (e.g., campgrounds, incident base camps) UTV operators are not required to wear hardhats or helmets; or
  - UTV is equipped with approved Rollover Protection System (ROPS), and:
    - *BLM – A comprehensive and properly prepared RA of the specific conditions demonstrates no more than a medium residual risk level, then a hard hat meeting NFPA 1977 or ANSI Z 89.1 standards may be worn with chin straps secured in place under chin.*
    - *NPS – Approved helmets are required for UTV operations that are rated moderate (amber) or high (red) using the "ORV Risk Assessment Tool" included in the NPS Off-Highway Vehicle Policy.*
    - *FWS – Per 243 FW 6.6 B.1, a hardhat meeting NFPA 1977 or ANSI Z 89.1 standards may be worn with chin straps secured in place unless the risk assessment for the operation dictates wearing a securely fastened motorcycle helmet.*
    - *FS – UTV Helmet (for fire use) – Helmets must have Snell SA certification. Wearing hardhats while driving or riding on a UTV is not allowed. Forest Service policy provides no exception to the helmet requirement for low speeds, smooth travel surfaces, or administrative use (FSH 6709.11, Chapter 10).*

Eye protection (goggles, face shield, or safety glasses) based upon JHA/RA:

- Eye protection is not required for a UTV equipped with an original manufacturer windshield that protects the face from branches, flying debris, etc., unless otherwise required by an associated industrial use activity or JHA/RA.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 300 of 463   PageID #: 1197

If operating ATV/UTV on the fireline, the following are required:

- Leather or leather/flame resistant combination gloves. Flight gloves are not approved for fireline use.
- National Fire Protection Association (NFPA) 1977 compliant long-sleeved flame resistant shirt.
- NFPA 1977 compliant flame resistant trousers.
- Wildland fire boots.
- Appropriate head protection as described above.
  - *FS – Shirt, trousers, and gloves used by USFS personnel must meet Forest Service specification 5100-91 (shirt), 5100-92 (trousers), 6170-5 (gloves), or be NFPA 1977 compliant.*

ATV/UTV operator shall carry a personal communication device (e.g., two-way radio, cellular phone, or satellite phone).

All other ATV/UTV specific guidance is found in the respective agency's policy:

- *BLM – Refer to BLM Manual 1112-1, Chapter 17 Off-Highway Vehicles at http://web.blm.gov/internal/wo-500/directives/dir-hdbk/h1112-1.pdf. Refer to Instruction Memorandum No. WO 2015-136, Transporting Utility Terrain Vehicles (UTVs) in Pick-up Trucks.*
- *NPS – Refer to Reference Manual50B Occupational Health and Safety, Section 6.1 Off-Highway Vehicle Safety at http://www.nps.gov/policy/RM50Bdoclist.htm.*

### Vehicle Cleaning/Noxious Weed Prevention

Refer to Chapter 11 for guidance on minimizing potential transmission of invasive species.

### Incident Remote Automated Weather Stations

Incident Remote Automated Weather Stations (IRAWS – NFES 5869) are readily deployable, portable weather stations that may be utilized in unprepared locations to monitor local weather conditions. IRAWS are intended for use on or near the fireline or at other all-risk incidents, and are installed and operated as desired by Fire Behavior Analysts (FBAN) and/or Incident Meteorologists (IMET) to record and distribute real time weather data.

National resource IRAWS systems are cached at the National Interagency Fire Center (NIFC) and may be ordered through standard equipment resource ordering systems. Following release from an incident, these stations must be returned to the Remote Sensing/Fire Weather Support Unit (RSFWSU) at NIFC for maintenance, recalibration, and redeployment.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 301 of 463   PageID #: 1198

## Aerial Ignition Devices

Information on types of aerial ignition devices, operational guidelines, and personnel qualifications may be found in the *Interagency Aerial Ignition Guide* (PMS 501) available at http://www.nwcg.gov/publications/501.

## Ground Ignition Devices and Transporting/Dispensing Fuel

For ground ignition devices, follow the *Interagency Ground Ignition Guide* (PMS 443) for operational guidelines, personnel qualifications, and equipment selection. http://www.nwcg.gov/publications/443

For transporting and dispensing fuel, follow the *Interagency Transportation Guide for Gasoline, Mixed Gas, Drip-Torch Fuel, and Diesel* (PMS 442) found at http://www.nwcg.gov/publications/442.

- *BLM – A 10 lb. class BC fire extinguisher is required for UTVs equipped with a ground ignition device.*
- *NPS – Follow the Forest Service standard for military style jerrican (UN 3A1) (Page 8, PMS 442).*
- *FS – Direction is found in FSH 6709.11.*

**EXHIBIT 7**

(This page intentionally left blank.)

Release Date: January 2016

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP    Document 19-6    Filed 11/19/19    Page 303 of 463    PageID #: 1200

# Chapter 15
# Communications

## Policy

Agency specific policies for radio communications may be found in:
- o   *Department of Interior, Department Manual, Radio Communications*
     *Handbook (377 DM).*
- o   *USDA Forest Service Handbook (FSH) 6609.14 Chapters 10-40 and*
     *Forest Service Manual (FSM) 6600 Systems Management Chapter*
     *6640 – Telecommunications.*

## Dispatch Recording Devices

Recording of phone calls without all party's prior knowledge and consent is not permitted. Recording of radio traffic is appropriate.
- • **BLM** – *Radio recording devices will be used by BLM dispatch offices or*
     *any interagency office dispatching BLM resources.*

## Cellular/Satellite Phone Communications

Cellular/satellite telephones will not be used to communicate tactical or operational traffic unless no other means are available. Cellular/satellite telephones will not be used for flight following in lieu of normal flight following procedures. Telephone communications may be used for logistical purposes.

Refer to Chapter 7 for policy regarding use of mobile devices while operating a vehicle.

## Radio Communications

Radio communications provide for the flow of tactical information needed for the command/control and safety of personnel and resources.

## Radio Contracts

Radios used for fire and aviation activities must be approved by the National Interagency Incident Communication Division (NIICD). Information on contracts, software, hardware requirements and approved radios is available at http://www.nifc.gov/NIICD/documents.html, or contact your agency Telecommunications Department or the National Interagency Fire Center Communications Duty Officer (NIFC CDO) at (208) 387-5644.
- • **BLM** – *For information on BLM contracts, software, and hardware*
     *requirements and approved radios, contact the Branch of Radio Operations*
     *(FA-350) at (208) 387-5830.*

**Release Date: January 2016**                                    279

**EXHIBIT 7**

## Radio Frequency Management

FM frequencies are authorized and assigned by the designated Washington Office frequency manager and managed by the state and local Communications Officers. Frequencies shall not be used without express permission from the local, state, regional, or national level designated frequency management personnel.

## Daily Operational Frequency Management

Frequency assignments for normal daily and initial attack operations are made on a permanent basis and are requested through the normal Radio Frequency Authorization process from the local, state, regional or national level designated frequency management personnel.

Air operations initial attack frequencies, both AM and FM, will be assigned by the NIFC CDO. These assignments will be on an interagency basis and coordinated with the Geographic Area Coordination Centers (GACCs).

## Mutual Aid Frequency Management

Mutual aid frequency sharing agreements can be made at the local level. However, mutual-aid frequency sharing agreements are only valid in the specific location where they originated. These agreements do not authorize the use of a shared frequency other than in the specified local area.

NIFC national fire frequencies are not to be used for these agreements. The only exception may occur when an agency holds a National Telecommunications Information Agency (NTIA) Radio Frequency Authorization (RFA) for a frequency that is included in the NIFC Channeling Plan. If this occurs, notification and coordination with the NIFC CDO is requested.

## Incident Frequency Management

National level coordination and assignments of incident frequencies is the responsibility of the National Interagency Incident Communications Division (NIICD) and is managed by the NIFC CDO.

When communications requirements exceed normal operations, the NIFC CDO may request that GACCs assign a Communication Coordinator (COMC) to facilitate geographic area frequency management. Additional information may be found in the National Interagency Mobilization Guide.

- Frequencies for Type 1 and 2 incidents are assigned by the NIFC CDO and are managed by a qualified Communications Unit Leader (COML). The COML will request, assign, and report all frequencies used on the incident to the NIFC CDO/COMC. This will include the request and assignment of

all aircraft frequencies. Frequency use will be documented on the ICS-205
Incident Radio Communications Plan and on ICS-220 Air Operation
Summary forms. These completed forms will be made available to incident
personnel.
- Type 3 incidents, or other incidents that do not have an assigned COML,
  will coordinate and request all frequency and communication equipment
  needs through the COMC and/or the NIFC CDO.

If additional frequencies are required, the COML will order them through the
established ordering process.

Additional frequencies for any operation may be available on a temporary basis,
and may be requested by the NIFC CDO from the Washington Office Spectrum
managers when:
- The NIICD national frequencies are all committed within a specific
  geographic area;
- New incidents within a specific complex create a need for additional
  frequencies;
- The fire danger rating is extreme and the potential for additional new
  incidents is high; and/or
- When there is frequency congestion due to significant numbers of incidents
  in close proximity.

### Aviation Operations Frequency Management
- Air-to-Air initial attack – AM frequencies are assigned yearly to the
  GACCs by the NIFC CDO in coordination with the Federal Aviation
  Administration (FAA). Once assigned, management of those frequencies is
  the responsibility of the GACC and may be allocated to zones. Frequencies
  allocated to zones for initial attack are not to be dedicated for project fire
  use. If additional frequencies are required, they must be requested from and
  assigned by the NIFC CDO.
- Air-to-Ground – FM frequencies will be assigned and coordinated by the
  NIFC CDO and agency frequency managers.

Both AM and FM aviation frequency assignments will be used on an
interagency basis and a master record of these assignments is maintained by the
NIFC CDO. Updated frequency information is coordinated annually with the
GACCs.

### Pre-assigned National Frequencies

### National Air Guard Frequency (168.6250 MHz)
A National Interagency Air Guard frequency for aircraft will be used for
emergency aviation communications. Continuous monitoring of this frequency
in narrowband mode is mandatory by agency dispatch centers. Transmission on

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 306 of 463   PageID #: 1203

this frequency must include the Continuous Tone Coded Squelch System (CTCSS) tone of 110.9 Hz.

This frequency, 168.6250 MHz is restricted to the following use:
- Air-to-air emergency contact and coordination;
- Ground-to-air emergency contact; and
- Initial call, recall, and re-direction of aircraft when no other contact frequency is available.

**National Flight Following Frequency (168.6500 MHz)**
The National Flight Following Frequency is used to monitor interagency and contract aircraft. All aircraft on point-to-point or mission flights should establish/terminate flight following, and confirm Automated Flight Following (AFF) on the National Flight Following frequency.

All dispatch centers/offices will monitor the national fight following frequency at all times. A CTCSS tone of 110.9 must be placed on the transmitter and receiver of the National Flight Following frequency.

The National Flight Following frequency is to be used for flight following, dispatch, or redirection of aircraft. No other use is authorized.

**National Interagency Air Tactics Frequencies (166.6750 MHz, 167.9500 MHz, 169.1500 MHz, 169.2000 MHz, 170.0000 MHz)**
These frequencies are used to support air-to-air or ground-to-air communications on incidents west of the 95th meridian. These frequencies shall be used for air-to-air and ground-to-air communications only. They are not for use as ground tactical operational frequencies.

Transmitter power output of radios installed in aircraft utilizing these frequencies shall be limited to 10 watts. Use of these frequencies in base stations and repeaters is prohibited.

These frequencies will be assigned by the NIFC CDO or in coordination with the local unit if a NTIA-RFA is in effect.

**National Interagency Airtanker Base Frequency (123.9750 MHz)**
This frequency is assigned by the FAA to all airtanker bases (unless otherwise notified) for exclusive use. Use of this frequency is restricted to a radius of 40 nautical miles and 10,000 feet MSL from the coordinates of the airtanker base. No other use is authorized.

**Smokejumper and Rappel/RADS Air-to-Ground Frequency (168.550 MHz)**
BLM and USFS Smokejumpers have been granted exclusive use of primary National air-to-ground tactical frequency 168.550.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 307 of 463   PageID #: 1204

This frequency is also granted for use, with a separate transmit and receive tone, as a secondary/backup frequency for the BLM and USFS Rappel/Rope Assisted Delivery System (RADS) aerial delivery operations if the local air to ground tactical frequency is being used for initial attack operations and use of that local frequency could cause interference issues.

Use of this frequency for other than the delivery of aerial firefighters is prohibited. This frequency must be toned (CTCSS, transmit and receive) for Smokejumper and Rappel/RADS crews to ensure that interference issues are avoided. Smokejumpers will use tone 123.0 and Rappel/RADS crews will use tone 110.9.

**Government-wide Area Common User Frequencies (163.1000 MHz, 168.3500 MHz)**

These frequencies are used on a non-interference basis and are not exclusive to any user. These frequencies are not to be used for air-to-ground operations and are prohibited by DOI and USDA from use as a frequency during operations involving the protection of life and property.

- **NOTE:** When traveling between incidents, be sure to monitor for incident radio traffic in the area before using these frequencies.

**National Interagency Fire Tactical Frequencies (168.0500 MHz, 168.200 MHz, 168.6000 MHz, 168.2500 MHz, 166.7250 MHz, 166.7750 MHz)**

These frequencies are used to support ground tactical operations (line of sight) on incidents.

They are not authorized for:

- Air-to-air communications;
- Air-to-ground communications;
- Mobile radios with more than 5 watts output power;
- Base stations; or
- Repeater frequencies.

Permission to use these frequencies requires prior approval from the NIFC CDO (or COMC when mobilized), or when there is an approved radio frequency authorization. Maximum power output is 5 watts.

**Incident Radio Support**

All National Incident Radio Support Cache (NIRSC) communications equipment will be returned to NIRSC at NIFC immediately after the incident is turned over to the jurisdictional agency.

No cache communications equipment shall be moved from one incident to another without being first returned to NIRSC for refurbishment. Unused and

red-sealed equipment may be moved, but only upon approval of the NIFC CDO or COMC.

### Military Communications on an Incident

Military units assigned to an incident are assigned radios approved for use on incidents. Each battalion is typically assigned 80 handheld radios. Sixteen of these radios are used by military crew liaisons. Intercrew communications within a military unit is provided by the military on their radios using their frequencies. All frequency assignments at the incident will be made by the COML in accordance with the ICS-205.

Some military units have aviation VHF-FM radios compatible with civilian systems. Other units must be provided VHF-FM radios prior to dispatch to an incident. Wiring harnesses and radios will be resource ordered by the incident. The resource order will include a request for qualified personnel from NIICD to perform the installation of the equipment. Equipment will not be sent without qualified personnel to install it.

Release Date: January 2016

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 309 of 463   PageID #: 1206

# Chapter 16
# Aviation Operations and Resources

## Purpose and Scope

Aviation resources are one of a number of tools available to accomplish fire related land management objectives.

Aviation use must be prioritized based on management objectives and probability of success.

The effect of aviation resources on a fire is directly proportional to the speed at which the resource(s) can initially engage the fire, the effective capacity of the aircraft, and the deployment of ground resources.

These factors are magnified by flexibility in prioritization, mobility, positioning, and utilization of the versatility of many types of aircraft.

Risk management is a necessary requirement for the use of any aviation resource. The risk management process must include risk to ground resources, and the risk of not performing the mission, as well as the risk to the aircrew.

## Organizational Responsibilities

### National Office – Department of Interior (DOI)

*Office of Aviation Services (OAS)*
The Office of Aviation Services (OAS) is responsible for the coordination of aviation policy development and maintenance management within the agencies of the Department of the Interior (DOI). The OAS has no operational responsibility. The OAS provides aviation safety program oversight, accident investigation, and inspection/approval of aircraft and pilots for DOI agencies.

*Bureau of Land Management (BLM)*
National Aviation Office (NAO) – NAO develops BLM policy, procedures, and standards. It also maintains functional oversight, and facilitates interagency coordination for all aviation activities. The principal goals are safety and cost-effectiveness. The NAO supports BLM aviation activities and missions. This includes fire suppression, through strategic program guidance, managing aviation programs of national scope, coordination with OAS, and interagency partners. The Fire and Aviation Directorate has the responsibility and authority, after consultation with State Fire Management Officers, for funding and acquisition of all fire aircraft, prioritizing the allocation of BLM aircraft on a Bureau wide basis, and approving State Office requests to acquire supplemental aircraft resources. Refer to *BLM National Aviation Plan and Manual 9400* for aviation policy and guides. Refer to 112 DM 12 for a list of responsibilities.

EXHIBIT 7

*National Park Service*

The Branch of Aviation develops NPS policy, procedures, and standards for all fire and non-fire aviation activities. This includes providing guidance on fire suppression, as well as standardizing aviation programs at the national level, coordinating with OAS and interagency partners. The Branch of Aviation also has responsibility for operational execution of the aviation program. The Branch ensures personnel receive aviation training, provides internal training for fleet pilots, has responsibility for quality assurance and quality control of park aviation programs and provides fiscal analysis to determine numbers and types of aircraft for the bureau.

## National Office – U.S. Department of Agriculture

*Forest Service (FS)*

The FS has responsibility for all aspects of its aviation program, including aviation policy and budget development, aircraft acquisition, pilot standardization, and maintenance management. In addition, the FS has operational responsibility for functional oversight of aviation assets and facilities, accident investigation, and aircraft and pilot inspection.

The Assistant Director (AD), Aviation, is responsible to the Director of Fire and Aviation Management for the management and supervision of the National Headquarters Office in Washington DC, and the detached Aviation Unit in Boise. The AD, Aviation provides leadership, support and coordination for national and regional aviation programs and operations. Refer to FSM 5704.22 for list of responsibilities.

The Branch Chief, Aviation Operations reports to the AD, Aviation, and is responsible for national aviation operational management and oversight.

The Branch Chief, Pilot Standardization reports to the AD, Aviation, and is responsible for pilot and aircrew standardization and approval of agency and contract pilots and aircrew.

The Branch Chief, Airworthiness reports to the AD, Aviation, and is responsible for national aircraft airworthiness and maintenance program management and oversight.

The Branch Chief, Aviation Business Operations reports to the AD, Aviation and is responsible for policy maintenance and development, budget development, and planning.

The Aviation Strategic Planner reports to the AD, Aviation and is responsible for strategic planning and reporting.

The Branch Chief, Aviation Safety Management Systems reports to the AD, Risk Management and Training, and is responsible for the national aviation safety and risk management program and oversight.

### State/Regional Office

- *BLM – State FMOs are responsible for providing oversight for aircraft hosted in their state. State FMOs have the authority and responsibility to approve, with National Office concurrence, acquisition of supplemental aircraft resources within their state. State FMOs have the authority to prioritize the allocation, pre-positioning and movement of all aircraft assigned to the BLM within their state. State Offices will coordinate with the National Office on movement of their aircraft outside of their State. A State Aviation Manager (SAM) is located in each state office. SAMs are delegated as the Contracting Officers Representative (COR) for all exclusive use aircraft hosted by their state. SAMs implement aviation program objectives and directives to support the agency mission and state objectives. A state aviation plan is required to outline the state aviation program objectives and to identify state-specific policy and procedures.*

- *NPS – A Regional Aviation Manager (RAM) is designated for each Region. RAMs oversee the tactical execution of their region's aviation programs, provide technical expertise and aviation safety oversight of the parks in their geographic area. RAMs observe regional aviation activities and provide liaison with the national Branch of Aviation and other agencies as appropriate. A Regional aviation operations and management plan is required to outline the Region's aviation program objectives and to identify Region-specific policy and procedures.*

- *FWS – A Regional Aviation Manager (RAM) is designated for each Region. RAMs implement aviation program objectives and directives to support the agency mission and Region objectives. Several Regions have additional support staff, and/or pilots assigned to support aircraft operations and to provide technical expertise. A Regional aviation operations and management plan is required to outline the Region's aviation program objectives and to identify Region-specific policy and procedures.*

- *FS – Regional Aviation Officers (RAOs) are responsible for directing and managing Regional aviation programs in accordance with the National and Regional Aviation Management Plans, and applicable agency policy direction. (Refer to FSM 5700 and FSH 5709.16 for list of responsibilities). RAOs report to Director of Fire and Aviation for their specific Region. Regional Aviation Safety Managers (RASMs) are responsible for aviation safety in their respective Regions, and work closely with the RAO to ensure aviation safety is an organizational priority (refer to FSM 5700 and FSH 5709.16 for list of responsibilities). Most Regions have additional aviation technical specialists and pilots who help manage and oversee the Regional aviation programs. Most Regions also have Aviation Maintenance*

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 312 of 463   PageID #: 1209

1     *Inspectors, Fixed-wing Program Managers, Helicopter Program Managers,*
2     *Helicopter Operations Specialists, Inspector Pilots, etc.*

3 **Local Office**
4 Some areas have interagency aviation programs that utilize an Aviation Manager
5 for multiple units. Duties are similar as other local level managers.
6 •    *BLM – Unit Aviation Managers (UAMs) serve as the focal point for the*
7      *Unit Aviation Program by providing technical expertise and management of*
8      *aviation resources to support Field Office/District programs. Field/District*
9      *Offices are responsible for hosting, supporting, providing daily*
10     *management, and dispatching all aircraft assigned to their unit.*
11     *Field/District Offices have the authority to request additional resources; to*
12     *establish priorities, and make assignments for all aircraft assigned to the*
13     *BLM within their unit or zone.*
14 •    *NPS – Unit or Park Aviation Managers have the responsibility to provide*
15      *aviation expertise and management of aviation resources at each park unit.*
16      *Organizational responsibility refer to DO-60, RM-60.*
17 •    *FS – Unit Aviation Officers (UAOs)/Forest Aviation Officers (FAOs) have*
18      *the responsibility for aviation activities at the local level, including aviation*
19      *mission planning, risk management and safety, supervision, and evaluation.*
20     *UAOs/FAOs assist Line Officers with risk assessment/management and cost*
21     *analysis. Refer to FSM 5700 Zero Code for a list of responsibilities.*

22 **Aviation Information Resources**

23 Aviation reference guides and aids for agency aviation management are listed
24 for policy, guidance, and specific procedural requirements.
25 •    *BLM – 9400 Manual Appendix 1, National Aviation Plan (NAP) and*
26      *applicable aviation guides as referenced in the NAP.*
27 •    *NPS – RM-60 Aviation Management Reference Manual, IHOG, and IASG.*
28 •    *FWS – Service Manual 330-339, Aviation Management and IHOG.*
29 •    *FS – FSM 5700, FSH 5709.16 and applicable aviation guides when*
30      *approved by the agency and referenced in policy.*

31 Safety alerts, operational alerts, instruction memoranda, information bulletins,
32 incident reports, and other guidance or information are issued as needed.

33 An up-to-date library with aviation policy and procedural references will be
34 maintained at all permanent aviation bases, dispatch, and aviation management
35 offices.

36 **Aviation Safety**

37 The FS and the BLM have adopted Safety Management Systems (SMS) as the
38 foundation for the aviation safety program. The four pillars of SMS are Safety
39 Policy, Safety Risk Management, Safety Assurance, and Safety Promotion. SMS

1 is the standard for aviation safety set by the International Civil Aviation
2 Organization (ICAO) and the Federal Aviation Administration (FAA).

3 SMS focuses on:
4 • Emphasis on proactive risk management;
5 • Promotes a "Just" culture;
6 • Addresses systemic safety concerns;
7 • Holds the organization accountable;
8 • Identifies "What" so we can manage the manageable; and
9 • Communicates the "Why" so the culture can learn from mistakes.

10 The intent of SMS is to improve the aviation culture by increasing hazard
11 identification, reduce risk-taking behavior, learn from mistakes, and correct
12 procedures before a mishap occurs rather than after the accident. More
13 information on SMS is available at the Wildland Fire Lessons Learned Center
14 under the Lessons Learned link at www.wildfirelessons.net. Additionally, the
15 current approved US Forest Service Aviation SMS Guide is available at
16 www.fs.fed.us/fire/av_safety/.

## Risk Assessment and Risk Management
18 The use of risk management will help to ensure a safe and successful operation.
19 Risk is the probability that an event will occur. Assessing risk identifies the
20 hazard, the associated risk, and places the hazard in relationship to the mission.
21 A decision to conduct a mission requires weighing the risk against the benefit of
22 the mission and deciding whether the risks are acceptable.

23 Aviation missions always have some degree of risk. The four sources of hazards
24 are methods, medium, man, and machine. Managing risk is a 5-step process:
25 1. Identify hazards associated with all specified and implied tasks for the
26    mission.
27 2. Assess hazards to determine potential of occurrence and severity of
28    consequences.
29 3. Develop controls to mitigate or remove risk, and make decisions based on
30    accepting the least risk for the best benefit.
31 4. Implement controls – (1) education controls, (2) physical controls, and (3)
32    avoidance controls.
33 5. Supervise and Evaluate – enforce standards and continuously re-evaluate
34    their effectiveness in reducing or removing risk. Ensure that controls are
35    communicated, implemented, and enforced.
36 • *FS – FSM 5700. Employees shall use an operational risk management*
37 *process to evaluate the risk and hazards prior to every flight.*

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 314 of 463   PageID #: 1211

**How to Properly Refuse Risk (Aviation)**

Every individual (government and contracted employees) has the right and obligation to report safety problems affecting his or her safety and has the right to contribute ideas to correct the hazard. In return, supervisors are expected to give these concerns and ideas serious consideration. When an individual feels an assignment is unsafe, he or she also has the obligation to identify, to the degree possible, safe alternatives for completing that assignment. Turning down an assignment is one possible outcome of managing risk.

A "turn down" is a situation where an individual has determined he or she cannot undertake an assignment as given and is unable to negotiate an alternative solution. The turn down of an assignment must be based on assessment of risks and the ability of the individual or organization to control or mitigate those risks. Individuals may turn down an assignment because of safety reasons when:

- There is a violation of regulated safe aviation practices;
- Environmental conditions make the work unsafe; or
- They lack the necessary qualifications or experience.

Individuals will directly inform their supervisor that they are turning down the assignment as given. The most appropriate means of documented turn down criteria is using the Aviation Watch Out Situations (*IRPG*).

Supervisors will notify the Air Operations Branch Director (AOBD) or unit aviation leadership immediately upon being informed of a turn down. If there is no AOBD, notification shall go to the appropriate Section Chief, the Incident Commander or local fire and aviation staff. Proper handling of turn downs provides accountability for decisions and initiates communication of safety concerns within the incident organization.

If the assignment has been turned down previously and the supervisor asks another resource to perform the assignment, he or she is responsible to inform the new resource that the assignment had been turned down and the reasons why. Furthermore, personnel need to realize that a "turn down" does not stop the completion of the assigned operation. The "turn down" protocol is an integral element that improves the effective management of risk, for it provides timely identification of hazards within the chain of command, raises risk awareness for both leaders and subordinates, and promotes accountability.

If an unresolved safety hazard exists the individual needs to communicate the issue/event/concern immediately to his or her supervisor and document as appropriate.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 315 of 463   PageID #: 1212

## Aviation Safety Support

### Aviation Safety Assistance Team (ASAT)

During high levels of aviation activity, it is advisable to request an Aviation Safety Assistance Team (ASAT). An ASAT's purpose is to enhance risk management, efficiency, effectiveness, and provide technical assistance while reviewing aviation operations. If an ASAT cannot be filled internally, the request may be placed with NICC through established ordering channels using individual overhead requests. An ASAT should operate under a Delegation of Authority from the appropriate State/Regional Aviation Manager(s) or Multi Agency Coordinating Group. Formal written reports shall be provided to appropriate manager(s) as outlined at the in-brief. A team should be developed to fit the need of the requesting unit and may consist of the following:

- Aviation Safety Manager;
- Operations Specialist (helicopter and/or fixed wing);
- Pilot Inspector;
- Maintenance Inspector (optional);
- Avionics Inspector (optional); and
- Aircraft Dispatcher (optional).

### Aviation Safety Briefing

Every passenger must receive a briefing prior to each flight. The briefing is the responsibility of the Pilot in Command (PIC) but may be conducted by the pilot, flight manager, helicopter manager, fixed-wing base manager, or an individual with the required training to conduct an aviation safety briefing. The pilot should also receive a mission briefing from the government aircraft manager. Refer to the *IRPG* and *IHOG* Chapter 10.

### Aviation Hazard

An aviation hazard is any condition, act, or circumstance that compromises the safety of personnel engaged in aviation operations. Pilots, flight crew personnel, aviation managers, incident air operations personnel, and passengers are responsible for hazard identification and mitigation. Aviation hazards may include but are not limited to the following:

- Deviations from policy, procedures, regulations, and instructions;
- Improper hazardous materials handling and/or transport;
- Airspace conflicts/flight following deviation;
- Deviation from planned operations;
- Failure to utilize PPE or Aviation Life Support Equipment (ALSE);
- Failure to meet qualification standards or training requirement;
- Extreme environmental conditions;
- Improper ground operations;
- Improper pilot procedures;
- Fuel contamination; and
- Unsafe actions by pilot, air crew, passengers, or support personnel.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 316 of 463   PageID #: 1213

Aviation hazards also exist in the form of wires, low-flying aircraft, and obstacles protruding beyond normal surface features. Each office will post, maintain, and annually update a "Known Aerial Hazard Map" for the local geographic area where aircraft are operated, regardless of agency jurisdiction. This map will be posted and used to brief flight crews. Unit Aviation Managers are responsible for ensuring the development and updating of Known Aerial Hazard Maps (IHOG).

**Aerial Applications of Wildland Fire Chemical Safety**
Chapter 12 contains information concerning the aerial application of wildland fire chemicals.

## SAFECOM

The DOI and the FS have an incident/hazard reporting form called The Aviation Safety Communiqué (SAFECOM). The database, available at https://www.safecom.gov/, fulfills the Aviation Mishap Information System (AMIS) requirements for aviation mishap reporting for the DOI agencies and the FS. Categories of reports include: Accidents, Airspace, Hazards, Incidents, Maintenance, Mishap Prevention, and Kudos. The system uses the SAFECOM Form OAS-34 or FS-5700-14 to report any condition, observation, act, maintenance problem, or circumstance with personnel or aircraft that has the potential to cause an aviation-related mishap. The SAFECOM system is not intended for initiating punitive actions. Submitting a SAFECOM is not a substitute for "on-the-spot" correction(s) to a safety concern. It is a tool used to identify, document, track, and correct safety related issues. A SAFECOM does not replace the requirement for initiating an accident or incident report.

Any individual (including vendors/cooperators) with knowledge of an incident/hazard should complete a SAFECOM. The SAFECOM form, including attachments and pictures, should be entered directly on the internet at https://www.safecom.gov/ or faxed to the Department of the Interior's Office of Aviation Services, Aviation Safety (208) 433-5069 or to the FS at (208) 387-5735 ATTN: SAFETY. Electronic cc copies are automatically forwarded to the National, Regional, State, and Unit Aviation Managers.

The agency with operational control of the aircraft at the time of the hazard/incident/accident is responsible for completing the SAFECOM and submitting it through agency channels.

## Aircraft Incidents/Accidents

Notification to the FS or OAS and DOI agency Aviation Safety Managers is required for any aircraft mishap involving damage or injury. Use the hotline (888) 464-7427 or the most expeditious means possible. Initiate the appropriate unit Aviation Mishap Response Plan.

## Low-level Flight Operations

The only fixed-wing aircraft missions authorized for low-level fire operations are:

- Smokejumper/Para-cargo;
- Aerial Supervision Module (ASM) and Lead operations; and
- Retardant, water, and foam application.

## Operational Procedures

- A high-level recon will be made prior to low-level flight operations.
- All flights below 500 feet will be contained to the area of operation.
- PPE is required for all fixed-wing, low-level flights. Helmets are not required for multi-engine airtanker crews, smokejumper pilots, and ASM flight/aircrew members.

## Congested Area Flight Operations

Airtankers can drop retardant in congested areas under DOI authority given in *14 CFR Part 137*.

FS authority is granted under exemption 392, from *14 CFR Part 91.119* as referenced in *FSM 5714*. When such operations are necessary, they may be authorized subject to these limitations:

- Airtanker operations in congested areas may be conducted at the request of the city, rural fire department, county, state, or federal fire suppression agency;
- An ASM/Lead/ATCO is ordered to coordinate aerial operations;
- The air traffic control facility responsible for the airspace is notified prior to or as soon as possible after the beginning of the operation;
- A positive communication link must be established between the ASM or Lead/ATCO, airtanker pilot(s), and the responsible fire suppression agency official; and
- The IC for the responsible fire agency or designee will advise the ASM/leadplane/airtanker that all non-essential people and movable property have been cleared prior to commencing retardant drops.

## Unmanned Aircraft Systems

Unmanned Aircraft Systems (UAS) or drone operation by individuals and organizations must be authorized by the FAA or comply with the *Special Rule for Model Aircraft* (Section 336 of P.L. 112-95). Information is available online at www.faa.gov/uas. Individuals who are determined to have interfered with wildland fire operations may be subject to civil penalties and potentially criminal prosecution.

EXHIBIT 7

When UAS are flown for USFS/DOI work or benefit, Federal Aviation Administration (FAA), USFS, and DOI regulations apply.

Units wishing to utilize UAS must have a plan in place for how they are going to collect, process, and disseminate data gathered by a UAS.

Consult with your Unit Aviation Officer or the Regional/State aviation staff to assist in selecting and ordering the aircraft best suited for the mission.

The following minimum standards apply:

- All aircraft (to include UAS) purchase, lease, or acquisition **must** follow agency procurement policy and procedures.
- All aircraft and pilots employed by the USFS or DOI agencies **shall** be approved. Federal use of cooperator agency UAS may be authorized by a Cooperator Aircraft Letter of Approval, valid under the parameters of the FAA's Certificate of Waiver or Authorization (COA).
- UAS flights under USFS operational control **must** adhere to USFS policy and regulations regarding their use. Guidance can be found in FSM 5713.7, the USFS National Aviation Safety and Management Plan and at http://www.fs.fed.us/science-technology/fire/unmanned-aircraft-systems.
- UAS flights under DOI operational control **must** adhere to DOI policy and regulations regarding their use. Guidance can be found in 350-353 Departmental Manuals and Operational Memoranda https://www.doi.gov/sites/doi.opengov.ibmcloud.com/files/uploads/OPM-11.pdf.
- All government agency use or takeoff and landing on federal land of UAS **requires** prior notifications and approval. Some agencies have issued internal direction regarding UAS use. Agency aviation managers must be consulted prior to commencing UAS operations to ensure compliance with individual agency policy that may be more stringent than FAA requirements. A Project Aviation Safety Plan (PASP) is required for all missions or projects, to include UAS missions on fires.
- All government and commercial applications **require** an FAA "Certificate of Waiver or Authorization" (COA) which specifies the time, location, and operating parameters for flying the UAS. A COA also requires the requesting agency to certify the airworthiness of the proposed aircraft and definition of the standards used to make that determination. For federal fires, the DOI or USFS would be the lead agency for obtaining a COA depending on the jurisdiction of the fire. In the event of a multi-jurisdiction incident the DOI UAS specialist, the USFS UAS advisory group chair, or State or local representative will determine who should obtain the COA.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 319 of 463   PageID #: 1216

- Incident Management Teams **must** notify the agency administrator prior to use of UAS. A modification to the Delegation of Authority should be considered.
- Personally owned UAS or model aircraft **may not** be used by federal agencies or their employees for interagency fire use.

**Key Points**

- An emergency COA can only be issued by the FAA if the proponent already has an existing COA for their aircraft. The request must be accompanied with a justification that no other aircraft exist for the mission and that there is eminent potential for loss of life, property, or critical infrastructure, or is critical for the safety of personnel.
- Cooperators, pilot associations and volunteer aviation groups or individuals may offer to fly unmanned aviation missions (e.g., aerial surveys, fire reconnaissance, infrared missions) at no charge to the IMTs. Although these offers seem very attractive, we cannot accept these services unless they meet FAA, USFS and/or DOI policy.
- The use of any UAS (including model or remote controlled aircraft) with or without compensation is considered a "commercial" operation per the FAA. The FAA has established guidelines for hobbyists who fly model and remote controlled aircraft via Advisory Circular 91-57. Model aircraft are to be flown only for recreation or hobby purposes. For further information, refer to http://www.faa.gov/uas/.

Additional information can be found on the FAA website http://www.faa.gov/uas/.

**Airspace Coordination**

The Interagency Airspace Program is an aviation safety program designed to enhance aviation safety and reduce the risk of a mid-air collision. Guidance for this program is found in the Interagency Airspace Coordination Guide (IACG), which has been adopted as policy by the DOI and FS. Additional guidance may be found in the *National Interagency Mobilization Guide* and supplemented by local Mobilization Guides.

- *FS – Refer to FSM 5709.16 Chapter 30 and the Forest Service Administrative Use of Aircraft Desk Reference.*

Some BLM, state and FS units have Memorandums of Understanding (MOUs) with local military airspace authorities for airspace coordination. Briefings from Unit Aviation Managers/Officers (UAM/UAO) are crucial to ensure that any local airspace information is coordinated before flight.

All firefighting aircraft are required to have operative transponders and will use a national firefighting transponder code of 1255 when engaged in, or traveling

to, firefighting operations (excluding ferry flights), unless given a discrete code by Air Traffic Control (ATC).

Additional coordination information can be found by contacting:
- **BLM** – *State Aviation Managers, National Airspace Program Manager*
- **NPS** – *Regional Aviation Managers*
- **FWS** – *National Aviation Safety and Operations*
- **FS** – *Regional Aviation Officers, National Airspace Program Manager*

## Flight Request and Approval

- **NPS** – *Reference RM 60, Appendix 3 and 4.*
- **FS** – *Refer to FSM 5709.16, Chapter 30 for all flights.*

### Point-to-Point Flights

A "Point-to-point" flight is one that originates at one developed airport or permanent helibase and flies directly to another developed airport or permanent helibase with the sole purpose of transporting personnel or cargo (this term does not apply to flights with a scheduled air carrier on a seat fare basis). These types of flights are often referred to as "administrative" flights and only require the aircraft and pilot to be carded and approved for point-to-point flight. A point-to-point flight is conducted higher than 500 feet above ground level (AGL).

Agency policy requires designating a Flight Manager for point-to-point flights transporting personnel. The Flight Manager is a government employee that is responsible for coordinating, managing, and supervising flight operations. The Flight Manager is not required to be on board for most flights. For those flights that have multiple legs or are complex in nature a Flight Manager should attend the entire flight. The Flight Manager will meet the qualification standard for the level of mission assigned as set forth in the *Interagency Aviation Training Guide* (IAT).
- **BLM** – *Reference the BLM National Aviation Plan, Chapter 3, available at http://www.blm.gov/nifc/st/en/prog/fire/Aviation/avlibrary.html.*
- **NPS** – *Reference RM-60, Appendix 3 for agency specific policy.*
- **FS** – *Refer to FSM 5709.16 Chapter 30 and the Forest Service Administrative Use of Aircraft Desk Reference.*

### Mission Flights

Mission flights are defined as flights not meeting the definition of point-to-point flight. A mission flight requires work to be performed in the air (retardant or water delivery, fire reconnaissance, smokejumper delivery), or through a combination of ground and aerial work (delivery of personnel and/or cargo from helibases to helispots or unimproved landing sites, rappelling or cargo let-down, horse herding).

1   • PPE is required for any fixed wing mission flight conducted below
2     500'AGL. Flight helmets are not required for multi-engine airtanker crews,
3     smokejumper pilots and ASM flight/aircrew members.
4   • Required attire for ATGS and fire reconnaissance are:
5     o   Leather shoes or boots; and
6     o   Natural fiber shirt, full length cotton or nomex pants, or flight suit.
7   • The use of full PPE is required for all helicopter flights (point to point and
8     mission) and associated ground operations. The specific items to be worn
9     are dependent on the type of flight, the function an individual is performing,
10    or the ground operation being conducted. Refer to the tables in Chapter 9 of
11    the *IHOG* for specific requirements.
12  • All personnel will meet training and qualification standards required for the
13    mission.
14  • Agency FM radio capability is required for all mission flights.
15  • All passengers must be authorized and all personnel onboard must be
16    essential to the mission.
17    o   *FS – Special Use Mission Flight is any flight that is not point-to-point.*
18        *Special use mission flights require special pilot endorsements, flight*
19        *evaluations, training, and/or specialized aircraft equipment. For all*
20        *special use mission flights, all pilots and aircraft must be specifically*
21        *approved in writing for that flight.*

22  Mission flights for fixed-wing aircraft include but are not limited to the
23  following:
24  • Water or retardant application;
25  • Parachute delivery of personnel or cargo;
26  • Airtanker coordinator operations;
27  • Takeoff or landing requiring special techniques due to hazardous terrain,
28    obstacles, or surface conditions; and
29  • Night air tactical operations.

30  Mission helicopter flights include but are not limited to the following:
31  • Flights conducted within 500 feet AGL;
32  • Water or retardant application;
33  • Helicopter coordinator and ATGS operations;
34  • Aerial ignition activities;
35  • External load operations;
36  • Rappelling;
37  • Takeoff or landing requiring special techniques due to hazardous terrain,
38    obstacles, pinnacles, or surface conditions;
39  • Free-fall cargo;
40  • Fire reconnaissance;
41  • Short-haul operations; and
42  • Night helicopter operations.

### Flight-Following All Aircraft

Flight-Following is mandatory for all flights. Refer to the *National Interagency Mobilization Guide* for specific direction.

- Agency FM radio capability is required for all mission flights.
- For mission flights, there are two types of Agency Flight Following: Automated Flight Following (AFF) and radio check-in. AFF is the preferred method of agency flight following. If the aircraft and flight following office have AFF capability, it shall be utilized. Periodic radio transmissions are acceptable when utilizing AFF. Reference the AFF procedures section of the *National Interagency Mobilization Guide* for more information.
- All dispatch centers designated for fire support shall have the ability to monitor AFF as well as the capability to transmit and receive "National Flight Following" and "Air Guard."
- If AFF becomes inoperable the aircraft will normally remain available for service, utilizing radio/voice system for flight following. Each occurrence must be evaluated individually and decided by the COR/CO.
- Helicopters conducting Mission Flights shall check-in prior to and immediately after each takeoff/landing per IHOG 4.II.E.2.

### Sterile Cockpit All Aircraft

Sterile cockpit rules apply within a 5-mile radius of the airport. The flight crew will not perform radio or cockpit communication during that time that is not directly related to safe flight of the aircraft from taxi to 5 miles out and from 5 miles out until clearing the active runway. This would consist of reading checklists, communication with Air Traffic Control (ATC), Flight Service Stations, Unicom, or other aircraft with the intent of ensuring separation or complying with ATC requirements. Communications by passengers or air crew members can be accomplished when the audio panels can be isolated and do not interfere with flight operations of the flight crew.

**Exception:** When conducting firefighting missions within 5 miles of an uncontrolled airport, maintain sterile cockpit until departing the traffic pattern and reaching final altitude. Monitor CTAF frequency if feasible while engaged in firefighting activities. Monitor CTAF as soon as practical upon leaving the fire and returning to the uncontrolled airport. When conducting firefighting missions within Class B, C, or D airspace, notify dispatch that ATC communications will have priority over dispatch communications.

### Interagency Interim Flight and Duty Limitations/Aviation Stand Downs

Aviation stand downs are a means to find time, in an otherwise demanding flight schedule, to reflect on core aviation safety values. In this context, aviation stand downs refer to an administrative decision to keep tactical aviation resources on the ground through all or part of their normal duty day or days.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 323 of 463   PageID #: 1220

1  Interim flight and duty limitations are a method to manage pilot and crew
2  fatigue by reducing the length of the duty day or increasing the number of days
3  off in the normal duty day cycle. During extended periods of high flight activity,
4  fatigue must be mitigated by fire and aviation managers.

5  Aviation stand downs and interim flight and duty day limitations can be
6  implemented at the Geographic Area or National level. In either case, the
7  procedure for implementation is the same. Requests for implementation of flight
8  and duty limitations, or proposed stand down parameters, will be made through
9  the National Aviation Office through which it originated.

10  Decisions and procedures for implementation will be made on a coordinated,
11  interagency basis, involving the GACC, NICC, and National Aviation
12  Representatives at NIFC and Aviation Contracting Officers. Details of the
13  proposal will be formalized and coordinated with other affected agencies and
14  implemented through the National Multi-Agency Coordinating Group (NMAC).

15  **Interim Flight and Duty Limitations Implementation**
16  During extended periods of a high level of flight activity or maximum 14-hour
17  days, fatigue factors must be taken into consideration by Fire and Aviation
18  Managers. Phase 2 and/or Phase 3 Duty Limitations will be implemented for
19  specific geographic area's aviation resources. The minimum scope of operation
20  should be by geographic area; e.g., Northwest, Great Basin.

21  *Phase 1 – Standard Flight and Duty Limitations (Abbreviated Summary)*
22  • 14-hour maximum duty day;
23  • 8 hours maximum daily flight time for mission flights;
24  • 10 hours for point-to-point, with a 2 pilot crew;
25  • Maximum cumulative flight hours of 36 hours, up to 42 hours in 6 days;
26    and
27  • Minimum of 10 hours uninterrupted time off (rest) between duty periods.

28  This does not diminish the authority or obligation of any individual COR
29  (Contracting Officer Representative) or Aviation Manager to impose shorter
30  duty days or additional days off at any time for any flight/maintenance crew
31  members for fatigue. This authority is currently provided for in agency direction
32  and contract specifications. Aviation managers should consider the following
33  actions:
34  • Any tactical aircraft flight crew member (airtanker, helicopter, ASM/lead
35    plane, SEAT or air attack) may request an additional day off in conjunction
36    with their normally scheduled day(s) off.
37  • The additional day off may be granted when requested. Flight crews are
38    encouraged to honestly assess their fatigue level and request an additional
39    day off if they believe it is needed.
40  • Aircraft availability will be paid when this occurs regardless of whether a
41    relief crew is provided or not.

**EXHIBIT 7**

- When an additional day off is granted, document this in the remarks section of the aircraft payment document.
- In order to assure sufficient coverage, additional days off will need to be coordinated within the currently assigned GACC and communicated to national aviation managers. Coordinate with your aviation managers, contracting officers and dispatch organizations to implement these actions.

### Phase 2 – Interim Duty Limitations

When Phase 2 is activated, pilots shall adhere to the flight and day-off limitations prescribed in Phase 1 and the duty limitations defined under Phase 2.

Each flight crew member shall be given an additional day off each 14-day period. Crews on a 12-and-2 schedule shall have 3 consecutive days off (11-and-3). Flight crews on 6-and-1 schedules shall work an alternating weekly schedule of 5 days on, 2 days off, then 6 days on and one day off.

Aircraft fixed daily rates and special rates, when applicable, shall continue to accrue during the extra day off. Contractors may provide additional approved crews to maximize utilization of their aircraft. All costs associated with providing the additional crew will be at the contractor's expense, unless the additional crew is requested by the Government.

### Phase 3 – Interim Duty Limitations

When Phase 3 is activated, pilots shall adhere to the flight limitations of Phase 1 (standard), the additional day off of Phase 2, and the limitations defined under Phase 3.

Flight crew members shall have a minimum of 12 consecutive hours of uninterrupted rest (off duty) during each duty day cycle. The standard duty day shall be no longer than 12 hours, except a crew duty day extension shall not exceed a cumulative 14-hour duty day. The next flight crew rest period shall then be adjusted to equal the extended duty day; i.e., 13- hour duty day, 13 hours rest; 14- hour duty day, 14 hours rest. Extended duty day applies only to completion of a mission. In no case may standby be extended beyond the 12-hour duty day.

Double crews (2 complete flight crews assigned to an aircraft), augmented flight crews (an additional pilot-in-command assigned to an aircraft), and aircraft crews that work a rotating schedule; i.e., 2 days on, 1 day off, 7 days on, 7 days off, or 12 days on, 12 days off, may be exempted from Phase 2 Limitations upon verification that their scheduling and duty cycles meet or exceed the provisions of Paragraph a. of Phase 2 and Phase 1 Limitations.

Exemptions of Phase 3 provisions may be requested through the local Aviation Manager or COR, but must be approved by the FS RAO or DOI Area Aviation Manager.

## Aviation Assets

Typical agency aviation assets include: Helitack or Rappel, Aerial Supervision (ATGS, Lead, and ASM), Large (multi-engine) Airtankers, Very Large Airtankers (VLATs), Single Engine Airtankers (SEATs), and Smokejumpers.

- *BLM – All BLM acquired aircraft (exclusive use, On-Call, and CWN) are available to move to areas of greatest Bureau need, thereby maximizing efficiency and effectiveness. Specific authorities and responsibilities for Field/State and National Offices are outlined earlier in this chapter. Offices are expected to adhere to procedures established in the National Aviation Plan for both acquisition and use reporting.*
- *FS – All FS aircraft (agency-owned, exclusive use, leased and CWN) are available to move to areas of greatest agency need, thereby maximizing efficiency and effectiveness. Forest Service units are expected to adhere to procedures established in policy for acquisition and use reporting.*

## Helitack

Helitack crews perform suppression and support operations to accomplish fire and resource management objectives.

## Organization – Crew Size

- *BLM – The standard BLM exclusive-use helitack crew size for a Type 3 helicopter is a minimum of seven personnel (supervisor, assistant, squad boss, and four crew members). The standard BLM exclusive–use helitack crew size for a Type 2 helicopter is a minimum of ten personnel (supervisor, assistant, squad boss, and seven crewmembers). BLM helicopters operated in Alaska need only be staffed with a qualified Helicopter Manager (HMGB).*
- *NPS – Helicopter exclusive-use modules will consist of a minimum of eight fire funded personnel. The NPS regions may establish larger crew size and standards for their exclusive use helitack crews based on the need for an all hazard component (Fire, SAR, Law Enforcement, and EMT). Exception to minimum helicopter crew staffing standards must be approved by the National Aviation Office. NPS helicopters operated in Alaska need only be staffed with a qualified Helicopter Manager (HMGB).*
- *FS – Regions may establish minimum crew size and standards for their exclusive use helitack crews. Experience requirements for exclusive-use helicopter positions are listed in FAQG, Chapter 4.*

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 326 of 463   PageID #: 1223

**Operational Procedures**

The *Interagency Helicopter Operations Guide* (IHOG) NFES 1885 is policy for helicopter operations.

**Communication**

The helitack crew standard is one handheld programmable multi-channel FM radio per every two crew persons, and one multi-channel VHF-AM programmable radio in the primary helitack crew (chase) truck. Each helitack crew (chase) vehicle will have a programmable VHF-FM mobile radio. Each permanent helibase will have a permanent programmable FM radio base station and should be provided a VHF-AM base station radio.

**Transportation**

Dedicated vehicles with adequate storage and security will be provided for helitack crews. The required Gross Vehicle Weight (GVW) of the vehicle will be dependent upon the volume of equipment carried on the truck and the number of helitack crewmembers assigned to the crew.

- *BLM – Minimum vehicle configuration for a seven person crew will consist of one Class 661 Helitack Support Vehicle and one Class 156 or Class 166 vehicle.*

**Training and Experience Requirements**

All helitack members will meet fire qualifications as prescribed by the National Wildfire Coordinating Group (NWCG) 310-1 and their agency manual requirements. The following chart establishes experience and training requirements for FS, BLM, NPS, and FWS Exclusive Use, Fire Helicopter Crew Positions.

Non-Exclusive Use HECM's and HMGB's should also meet the following currency requirements.

**Note:** the Interagency Aviation Training Guide (February 2014) states additional aviation training requirements (A courses). The Guide is available at http://www.iat.gov/docs/IAT_Guide_2014_0331.pdf.

302                                        Release Date: January 2016

1

**Exclusive Use Fire Helicopter Position Prerequisites**

| Position[1] | Minimum Prequisite Experience[2] | Minimum Required Training[3] | Currency Requirements |
|---|---|---|---|
| Fire Helicopter Crew Supervisor | One season[4] as an Assistant Fire Helicopter Crew Supervisor, ICT4, HMGB, HEB2 | | RT-372[5] RT-130 |
| Assistant Fire Helicopter Crew Supervisor | One season as a Fire Helicopter Squad Boss, ICT4, HMGB, HEB2(T) | I-200, S-215, S-219, S-260, S-270 | RT-372[5] RT-130 |
| Fire Helicopter Squad Boss | One season as a Fire Helicopter Crewmember, FFT1, ICT5 | S-211, S-212 | RT-130 |
| Fire Helicopter Crewmember | One season as a FFT2, HECM Taskbook | S-271 | RT-130 |

[1] All Exclusive use Fire Helicopter positions require an arduous fitness rating.
[2] Minimum experience and qualifications required prior to performing in the Exclusive use position. Each level must have met the experience and qualification requirements of the previous level(s).
[3] Minimum training required to perform in the position. Each level must have met the training requirements of the previous level(s).
[4] A "season" is continuous employment in a primary wildland fire position for a period of 90 days or more.
[5] After completing S-372, must attend Interagency Helicopter Manager Workshop (RT-372) within three years and every three years thereafter.

2 **Note:** Exceptions to the above position standards and staffing levels may be
3 granted on a case-by-case basis by the BLM National Aviation Office, NPS
4 Regional Office, FWS Regional Office, or FS Regional Office as appropriate.
5 • Some positions may be designated as COR/Alternate-COR. If so, see
6   individual Agency COR training and currency requirements.
7 • Fire Helicopter Managers (HMGB) are fully qualified to perform all the
8   duties associated with Resource Helicopter Manager.

9 **Helicopter Rappel and Cargo Let-Down**
10 Any rappel or cargo let-down programs must be approved by the appropriate
11 agency national headquarters.
12 • *BLM – BLM personnel involved in an Interagency Rappel Program must*
13   *have SFMO approval.*
14 • *NPS – Approval is required by the National Office.*
15 • *FS – Approval is required by the National Office.*

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 328 of 463   PageID #: 1225

All rappel and cargo let-down operations will follow the *Interagency Helicopter Rappel Guide* (IHRG), as policy. Any exemption to the guide must be requested by the program through the state/region for approval by the National Aviation Office (BLM), or Director of Fire and Aviation (FS).

**Emergency Medical Short-haul**

The emergency medical short-haul mission is intended to extract injured or ill personnel from areas where a ground based evacuation would expose rescuers to greater risk or where such evacuation would likely cause greater harm or threaten the life or limbs of the patient due to added exposure or time delay. The short-haul transport of personnel or patients should occur over the shortest reasonable distance to a location where another type of medical transportation is available (e.g., ground ambulance, EMS/life flight, or internal in an agency helicopter).

All emergency medical short-haul programs must be approved by the appropriate agency national headquarters.
- *NPS/FS – National Office approval is required.*

All short-haul operations will comply with the following policy:
- *NPS – Helicopter Short-haul Handbook.*
- *FS – Emergency Medical Short-Haul Operations Plan (EMSHOP).*

Exemptions to the policy must be requested by the program through the regional office for approval by the National Aviation Office (NPS) or Director of Fire and Aviation (FS).

**Aerial Ignition**

The *Interagency Aerial Ignition Guide* (IAIG) is policy for all aerial ignition activities.

**Fire Chemical Avoidance Areas**

See Chapter 12 (Suppression Chemicals and Delivery Systems) for guidance.

**Aerial Supervision Principles for ATGS, ASM, and Lead**

The response speed of aerial supervision resources contributes greatly to established aggressive initial attack doctrine and should be utilized accordingly.

Aerial supervision resources will be dispatched when available to initial/extended attack incidents in order to enhance safety, effectiveness, and efficiency of aerial/ground operations.

When aerial supervision resources are collocated with airtankers, they should be launched together to maximize the safety, effectiveness, and efficiency of incident operations.

Incidents with three or more aircraft over/assigned to them should also have aerial supervision in the form of ATGS or ASM. A qualified smokejumper spotter (senior smokejumper in charge of smokejumper missions) may coordinate airspace over a fire until a qualified ATGS arrives.

**Operational Procedures and Policy**

The *Interagency Aerial Supervision Guide* (IASG, PMS 505) provides operational procedures for all aerial supervision resources. The IASG and additional aerial supervision forms are maintained online at the NWCG website http://www.nwcg.gov/publications/505.

The *NIMS Wildland Fire Qualification System Guide* (PMS 310-1) provides training, qualification, and currency standards.
- *FS – Forest Service aerial supervision training, qualifications, and currency standards are contained in the Fire and Aviation Qualifications Guide (FAQG).*

The IASG contains additional requirements and is policy for the BLM, BIA, FWS, and NPS.

**Air Tactical Group Supervisor (ATGS)**

The ATGS coordinates incident airspace and manages incident air traffic. The ATGS is an airborne firefighter who coordinates, assigns, and evaluates the use of aerial resources in support of incident objectives. Specific duties and responsibilities are outlined in the *Wildland Fire Incident Management Field Guide* (PMS 210) and the *Interagency Aerial Supervision Guide* (NFES 2544).

**Program Management**

The air attack program is managed at the national level by agency program managers. The National Interagency Aviation Committee (NIAC) provides guidance through the Interagency Aerial Supervision Subcommittee (IASS), which authorizes an ATGS Cadre to provide operational and programmatic oversight at the Geographic Area level.

**Training**

Classroom training is completed as per the PMS 310-1.

Field (flight) training assignments are coordinated and prioritized by the Geographic Area Training Representatives and ATGS Cadre, and is implemented based on a national interagency trainee priority list.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 330 of 463   PageID #: 1227

National interagency ATGS training aircraft have been identified and are utilized for the sole purpose of ATGS flight training.

**Operational Considerations**

- Ground resources will maintain consistent communication on assigned air to ground frequencies with aerial supervision to maximize the safety, effectiveness, and efficiency of aerial operations.
- Relief aerial supervision should be ordered for sustained operations to ensure continuous coverage over an incident.
- Personnel who are performing aerial reconnaissance and detection will not perform aerial supervision duties unless they are fully qualified as an ATGS.
- ATGS aircraft must meet the aircraft/avionics typing requirements listed in the IASG and the pilot must be carded to perform the air tactical mission. Rotor-wing pilots are not required to be carded for air tactical missions.

**Leadplane**

A leadplane is a national shared resource.

Agency policy requires an ASM or Lead/ATCO to be on order prior to aerial retardant/suppressant delivery over a congested area. Operations may proceed before the ASM or Lead/ATCO arrives if communications are established with on-site resources, authorization is granted from the IC, and the line is cleared prior to commencing aerial application operations.

**Aerial Supervision Module (ASM)**

The ASM is a national shared resource.

The ASM is crewed with both a Lead/ATCO qualified Air Tactical Pilot (ATP) and an Air Tactical Supervisor (ATS). These individuals are specifically trained to operate together as a team. The resource is primarily designed for providing both functions (Lead/ATCO and ATGS) simultaneously from the same aircraft, but can also provide single role service.

The ATP is primarily responsible for aircraft coordination over the incident. The ATS develops strategy and implements tactical plans through coordination with the IC or designee.

**Operational Considerations**

Any operation that limits the national resource availability must be approved by the agency program manager.

Aerial or incident complexity and environmental considerations will dictate when the ASM ceases low-level operations. The ASM flight crew has the responsibility to determine when the complexity level of the incident exceeds

the capability to perform both ATGS and leadplane functions from one aircraft. The crew will request additional supervision resources, or modify the operation to maintain mission safety and efficiency.

**Policy**
Only those individuals certified and authorized by the BLM–National Aviation Office or the FS–Branch Chief Pilot Standardization will function as an Air Tactical Supervisor (ATS) in an ASM mission profile.

**Aerial Supervision Module Program Training and Qualifications**
Training and qualification requirements for ASM crewmembers are defined in the IASG.

**Reconnaissance or Patrol Flights**

The purpose of aerial reconnaissance or detection flights is to locate and relay fire information to fire management. In addition to detecting, mapping, and sizing up new fires, this resource may be utilized to provide ground resources with intelligence on fire behavior, provide recommendations to the IC when appropriate, and describe access routes into and out of fire areas for responding units. Only qualified Aerial Supervisors (ATGS, ASM, HLCO and Lead/ATCO) are authorized to coordinate incident airspace operations and give direction to aviation assets. Flights with a "Recon, Detection, or Patrol" designation should communicate with tactical aircraft only to announce location, altitude and to relay their departure direction and altitude from the incident.

**Airtankers**

Federally contracted airtankers are national resources. Geographic areas administering these aircraft will make them available for initial attack and extended attack fires on a priority basis. The GACC will ensure that all support functions (e.g. dispatch centers and tanker bases) are adequately staffed and maintained to support the mobilization of aircraft during normal and extended hours.

For aviation safety and policy concerning wildland fire chemicals see Chapter 12 (Suppression Chemicals and Delivery Systems).

Airtankers are owned and operated by commercial vendors or owned by the Forest Service and operated by contractors. The management of airtankers is governed by:
- **BLM** – *The requirements of the DM, BLM NAP, and BLM Manual 9400.*
- **FS** – *Airtankers operate in accordance with 14 CFR Part 137, specific contracts, Grants of Exemption and operations plans.*

## Airtanker Types

Airtankers are typed according to their load capacity:

- Very Large Air Tankers (VLAT) – 8,000 gallons or more
- Type 1 – 3,000 to 7,999 gallons
- Type 2 – 1,800 to 2,999 gallons
- Type 3 – 800 to 1,799 gallons
- Type 4 – up to 799 gallons

## Airtanker Rotation

The national airtanker fleet includes a mix of Exclusive Use (EU), Call When Needed (CWN)/On-Call Type 1 and Type 2 airtankers (Large Airtankers or LATs), Very Large Airtankers (VLATs), Single Engine Airtankers (SEATs) and Forest Service owned airtankers. To ensure consistent utilization, rotation, and management of the national airtanker fleet, the following is interagency direction for the management of airtanker rotation and supplements direction contained in *Interagency Airtanker Base Operations Guide* (PMS 508) and in *Interagency SEAT Operations Guide* (PMS 506).

All LATs, VLATs and SEATs operating from the same base shall be dispatched in rotation based on the type of airtanker requested on a first in/first out basis regardless of contract type (EU, CWN/On-Call or Forest Service owned) or the location of the incident.

First in/first out also applies to airtankers that are requested for a load/return. When an incident requires multiple loads of retardant, Aerial Supervisors/Incident Commanders will notify the appropriate dispatch center of the need for additional retardant and any operational retardant delivery requirements. To ensure timely and effective retardant delivery, dispatch will order the next available airtanker in rotation if an airtanker that meets the requirement of the request is available and located at the load and return airtanker base.

## Exceptions

1. A Leadplane or Aerial Supervision Module (ASM) is not available and the airtanker crew is not approved for independent IA response.
2. Incident commanders/aerial supervision requests a specific type of resource (e.g., VLAT, LAT, or SEAT).
3. On-scene aerial supervision determines that the use of a specific make/model airtanker is not effective based on factors such as risk, maneuverability in terrain, and/or effectiveness.
4. The next airtanker in rotation has an operating restriction at the base where it is being assigned. Operating restrictions may include fuel and retardant availability, airtanker base or airport restrictions, significant downloading based on performance, or distance to the incident is not considered effective.

5. Repositioning of an airtanker closer to where their maintenance crews or supplies are available. The National Interagency Coordination Center (NICC) will facilitate in coordination with the Geographic Area Coordination Center (GACC).

6. A benefit to the government would be realized by changing the rotation. This will be facilitated by the GACC or NICC with consideration to days off, mission requirements, and/or anticipated need.

7. Airtankers are returning after day(s) off. Upon returning to availability from days off, these airtankers will be at the end of the rotation at the airtanker base. Airtankers that work a seven day schedule retain their position in the rotation.

8. MAFFS and Canadian airtankers supplementing the commercial airtanker fleet will begin rotation at that base after the contracted and FS owned airtanker(s) at the beginning of each day.

9. Water Scoopers will not be included in airtanker base rotations.

**Rotation of State Airtankers**

Rotation of State resources on State incidents at a state airtanker base is established by their agency.

In cases where State resources are operated in conjunction with federally contracted airtankers on an incident primarily on federal lands, the State airtankers are added to the rotation after the federal airtankers at the beginning of each day.

**Additional Information**

Forest Service/DOI contracted airtankers, when assigned to incidents managed by other agencies or state cooperators remain under the direction of the Contracting Agency. Forest Service and DOI Contracted airtankers are bound only by their contract and will be treated fairly and equitability during their assignment with other federal or state agencies.

**Canadian Airtankers**

Canadian registered CV-580 airtankers under contract to the State of Alaska can be mobilized to the lower 48 as approved cooperator aircraft. These airtankers have been carded by OAS under 351 DM 4, OPM-53, and FSH 5712.43 as Initial Attack (IA) resources. Operationally they can be used similar to other federally contracted airtankers and can be directed by U.S. ASM/Leadplanes or Canadian Bird Dogs.

Additional Canadian airtankers can be activated through the NIFC/CIFFC agreement. These Canadian airtankers are operated as a "group" with Canadian Bird Dogs as part of their operational model. Bird Dogs have a Canadian Air Attack Officer (AAO) on board and function similar to a U.S. ASM/Leadplane.

Release Date: January 2016                                              309

The standard operating procedure for the Canadian Airtanker Groups is as follows:

- Canadian airtankers must be supervised by a Bird Dog or U.S. ASM/Leadplane, and must include at a minimum a low level "show me" pass.
- Canadian Bird Dogs may provide low level target identification runs ("show me" pass) for either Canadian or US contracted airtankers.
- Canadian Bird Dogs can perform the functions of an ATGS.
- Canadian Bird Dogs are not authorized to "lead" Forest Service contracted airtankers.
- U.S. ASM/Leadplanes are authorized to "lead" Canadian airtankers.

## Airtanker Base Operations

Certain parameters for the operation of airtankers are agency-specific. For dispatch procedures, limitations, and times, refer to geographic area mobilization guides and the Interagency Airtanker Base Operations Guide (IABOG).

### Loading Operations

Forest Service contracted airtankers, owned airtankers and Modular Airborne Firefighting System (MAFFS) airtankers shall be loaded with retardant or water measured in pounds by a Mass Flow Meter. Refer to FSH 5709.16, Chapter 30 for more information.

### Airtanker Base Personnel

There is identified training for the positions at airtanker bases; the Interagency Airtanker Base Operations Guide (IABOG) contains a chart of required training for each position. It is critical that reload bases are prepared and staffed during periods of moderate or high fire activity at the base. All personnel conducting airtanker base operations should review the IABOG and have it available.

### Startup/Cutoff Time for Multi Engine Airtankers

Refer to the *Interagency Aerial Supervision Guide* (NFES 2544).

## Single Engine Airtankers

### Single Engine Airtanker (SEAT) Operations, Procedures, and Safety

The *Interagency SEAT Operating Guide* (ISOG, NFES 1844) defines operating standards and is policy for both the DOI and FS.

### Single Engine Airtanker Manager Position

The SEAT Manager (SEMG) duties and responsibilities are outlined in the ISOG. SEMGs ensure adherence to contract regulations, safety requirements, and fiscal accountability.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 335 of 463   PageID #: 1232

**Operational Procedures**

Using SEATs in conjunction with other aircraft over an incident is standard practice. Agency or geographical area mobilization guides may specify additional procedures and limitations.

Depending on location, operator, and availability, SEATs are capable of dropping suppressants, water, or approved chemical retardants. Because of the load capacities of the SEATs (500 to 800 gallons), quick turn-around times should be a prime consideration.

SEAT operations at established airtanker bases or reload bases are authorized. All BLM and FS Airtanker base operating plans will permit SEAT loading in conjunction with large airtankers.

**Smokejumper Pilots**

The *Interagency Smokejumper Pilot Operations Guide* (ISPOG) serves as policy for smokejumper pilot qualifications, training, and operations.

**Military or National Guard Helicopters and Pilots**

The *Military Use Handbook* (NFES 2175) will be used when planning or conducting aviation operations involving regular military aircraft. Ordering military resources is done through the National Interagency Coordination Center (NICC); National Guard resources are utilized through local or state Memorandum of Understanding (MOU).

**Modular Airborne Fire Fighting System (MAFFS)**

The *MAFFS Operating Plan* (available from the National Interagency Coordination Center) will be used when planning or conducting operations involving MAFFS military aircraft. Ordering MAFFS is done through the National Interagency Coordination Center (NICC); MAFFS are utilized through a national agreement (see the *National Interagency Mobilization Guide*). Several states have the ability to activate MAFFS through separate agreements that do not require ordering through NICC.

**Cooperator Aircraft**

Aircraft procured/owned by cooperating agencies (state, local, and International) may be utilized on federally managed fires when federal cooperative agreements are in place that approve those aircraft and pilots for the intended missions.

The purpose of this direction is to keep non-federally approved aircraft under the operational control of the agency providing the aircraft, to the extent possible.

States may use aircraft that have not been identified as an "Approved Cooperator Aircraft" on federal lands when and where the state is the protecting agency in a reciprocal or off-set agreement or when state lands are threatened and the state maintains operational control of the aircraft.

The following conditions apply for non-federally approved aircraft:
- No federal employees are allowed to ride on board the aircraft.
- No federal employee may be assigned to a position that exercises contractual control.
- They are approved to have federal personnel load retardant at federal airtanker bases, regardless of jurisdiction.
- Federal personnel may provide aerial supervision (ATGS, ASM, HELCO, Leadplane) under existing standard procedures and agreements.
- They remain under state operational control regardless of the agency affiliation of the firefighters directing the aircraft on an incident with state jurisdiction.
- They are approved to interact with federal dispatch personnel as long as the aircraft remains under the operational control of the state or for safety reasons.

Under emergency circumstances, where **human life is immediately at risk** by wildland fire on federal lands under federal protection, a federal line officer can approve the use of non-federally approved aircraft to address the immediate threat. This exemption must only take place when sufficient federal firefighting aircraft are not readily available to meet the emergency need. Line officers are encouraged to consult with their agency aviation management personnel to aid in decision-making.

As exemptions are exercised, they must be documented by the approving federal line officer in accordance with their agencies guidance to include submitting a SAFECOM within 24 hours.

- *FS – Non-federally approved aircraft shall not be used on National Forest System (NFS) lands, when the Forest Service has operational control, unless human life is immediately at risk. Non-federally approved aircraft shall not be used when the Forest Service is the protecting agency in a reciprocal or off-set agreement. State cooperators may use non-federally approved aircraft on NFS lands only when state lands are threatened, as long as the state is in operational control of the aircraft. When in unified command, non-federally approved aircraft shall not be used on federal lands unless state lands are threatened, as long as the state is in operational control of the aircraft. Refer to Forest Service Regional official letters regarding use of non-federally approved aircraft and region-specific notification, approval and reporting processes and FSM 5709.16 Chapter 30.*

# Chapter 17
# Fuels Management

## Introduction

The purpose of the Fuels Management (FM) programs within the Department of the Interior (DOI) and the Forest Service (FS) is to reduce hazardous fuels and risks to human communities and improve the health of the land by creating fire-resilient landscapes and restoring fire-adapted ecosystems.

The DOI and FS, along with other federal, state, tribal, and local partners, will work to ensure effective FM efforts are collectively planned and implemented. These efforts will be consistent with the direction provided in:

- *Review and Update of the 1995 Federal Wildland Fire Management Policy (January 2001)*
- *Guidance for Implementation of Federal Wildland Fire Management Policy (February 13, 2009)*

## Policy

The federal fire agencies use the *Interagency Prescribed Fire Planning and Implementation Procedures Guide* (PMS 484) to manage prescribed fire activities. This guide provides standardized procedures specifically associated with the planning and implementation of prescribed fire.

Fuels Management – Policy, project planning and implementation priorities, and standards common to all agencies:

- The safety of firefighters and the public is the number one priority when planning and implementing projects/treatments;
- All projects/treatments will support resource management objectives as identified in their agency-specific Land/Resource Management Plans;
- All projects/treatments will have plans that contain measurable objectives;
- All projects/treatments will comply with National Environmental Policy Act (NEPA) and all other regulatory requirements;
- All projects/treatments will be tracked and progress will be reported within required timeframes; and
- All projects will be monitored to determine if treatment objectives were met and to document weather, fire behavior, fuels information, and smoke dispersion. Evaluation reports are to be completed and maintained in the project file.

Some programmatic differences are identified in the following agency-specific documentation and serve as agency-specific direction.

- *BLM – Refer to FA IM 2015-003.*
- *NPS – Refer to RM 18.*

Release Date: January 2016                                                                313

- *FWS – Refer to Fire Management Handbook, Chapter 17.*
- *FS – Refer to FSM 5140*

### Reporting Fuels Management Accomplishments

The Hazardous Fuels Reduction (HFR) Module of the National Fire Plan Operations and Reporting System (NFPORS) is the national system for submitting proposed projects for approval, tracking accomplishments of the program, reporting performance, measuring accomplishments, and accountability for all agencies in the Department of Interior.

Forest Service fuels management accomplishments are entered into the Forest Service Activity Tracking System (FACTS) as the official system of record for tracking and reporting. This data is shared with NFPORS to facilitate interagency joint reporting needs.

Information on FACTS can be found at http://fsweb.ftcol.wo.fs.fed.us/frs/facts/index.shtml. Acres treated through Forest Service funded State Fire Assistance grants are recorded directly in NFPORS.

### Reporting Fuels Treatment Effectiveness Monitoring (FTEM)

Anytime a wildfire starts in or interacts with a fuel treatment area, policy for all agencies requires that we document the outcome to examine whether the treatment had the desired effect of reduced fire behavior and/or provided opportunities for firefighters for effective management of the wildfire.

- *BLM – Offices will complete a fuels treatment effectiveness assessment and input appropriate information into the Fuels Treatment Effectiveness Monitoring (FTEM) online tool for all wildfires which start in, burn into, or burn through any portion of a fuel treatment area that has been completed and reported in the Hazardous Fuels Module of the National Fire Plan Operations and Reporting System (NFPORS) from fiscal year 2003 to present. If offices have wildfire/treatment intersections that have occurred prior to 2003 or are not in NFPORS, as long as offices can document that fuels dollars were expended on these treatments and the wildfire is recorded in the Wildland Fire Management Information (WFMI) system, the record should be entered into FTEM. It is important that treatment data entered into FTEM are consistent with the NFPORS, and that wildfire information is consistent with the WFMI system. Refer to FA IM-2015-001.*
- *NPS – Refer to RM 18 and Documenting Hazardous Fuels Reduction Program Treatment Effectiveness Memo, 10/09/2012.*
- *FWS – Refer to Fire Management Handbook, Chapter 17.*
- *FS – Refer to FSM 5140.*

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 339 of 463   PageID #: 1236

**Regarding Planned Fuels Treatments Burned in a Wildfire**

For DOI agencies, acres burned in a wildfire may only be reported in the NFPORS Hazardous Fuels Reduction Module as "Fire Use" if all the following conditions are met:

- The area burned was in a pre-existing NFPORS treatment unit;
- The accomplishment has been approved from the Regional and/or National level;
- NEPA is complete; and
- The planned objectives were met.
  - o *FS – Acres burned from an unplanned natural ignition may be reported as "Fire Use" accomplishment if the resulting fire effects meet objectives from the Land and Resource Management Plan or project-specific NEPA decision document. Human-caused wildfires may not be counted as accomplishment toward target regardless of the outcome. See Reporting of Wildfire Acres That Meet Resource Management Objectives section below for additional information.*

**Reporting of Wildfire Acres That Meet Resource Management Objectives**

Acres burned in a wildfire that achieve resource management objectives as defined in Land and Resource Management Plans/Fire Management Plans (LRMP/FMP) will be reported in the NFPORS Non-National Fire Plan (Non-NFP) module. While strategies for managing individual wildfires are established through the fire management decision process, the identification of acres which achieved LRMP/FMP objectives should be made after the fire is declared out, regardless of the fire management objective, strategy or tactic used (e.g., even though a wildfire strategy may be full suppression, the effects of a wildfire on resources may be beneficial). The determination of benefit must be based on land management objectives which are affected by fire severity, intensity, and other fire impacts. Post-fire impact, such as invasion of exotic species and the need for rehabilitation, should be considered in this determination. At a minimum, acres reported in the Non-NFP module must meet the following criteria:

- The LRMP/FMP supports attainment of resource benefit through use of fire;
- An interdisciplinary approach is used to determine whether the LRMP/FMP objectives were met; and
- Line manager approves the determination.
  - o *FWS – Reporting will take place in FMIS, not in the NFPORS Non-National Fire Plan module. Reference FMIS User Guide at https://fishnet.fws.doi.net/regions/9/nwrs/fire/FMR/FMIS1.*
  - o *FS – Direction for reporting accomplishments from unplanned ignitions is found in the Hazardous Fuels Reduction Treatments Tracking and Accomplishments Reporting Requirements document*

*posted on the FACTS support page at*
*http://fsweb.ftcol.wo.fs.fed.us/frs/facts/support/documents/index.shtml.*

## Prescribed Fire During Preparedness Levels 4 and 5

Approval at the Regional or State Office level is required prior to ignition of prescribed fires at National Preparedness Levels 4 and 5. Approving officials should consider relative risks and opportunities as well as availability of local resources to implement without the need for additional outside resources that could add additional strain on resource availability nationally. To limit the potential for mixed messages when at GACC or National Preparedness Levels 4 and 5, agencies should coordinate information on planned implementation of prescribed fires with interagency partners at the local, GMAC and NMAC levels.

- *BLM – The State Director or designee will approve prescribed fire at National or Geographic Area Preparedness Level 4 or 5.*
- *NPS – At National Preparedness Level 4 or 5, concurrence from NPS Branch of Fire Management must be obtained prior to implementing prescribed fires. At Geographic Area Preparedness Level 4 or 5, NPS Regional Fire Management concurrence must be obtained prior to implementing prescribed fires.*
- *FWS – During Geographic Area Preparedness Level 4 or 5, written concurrence from RFMC is required prior to ignition. During National Preparedness Level 5, concurrence from Headquarters, Branch of Fire Management must be obtained prior to ignition, utilizing the Preparedness Level 5 Prescribed Fire Concurrence Form. Reference FMH, Chapter 17.*
- *FS – The Regional Forester will approve or disapprove new prescribed fires or continue existing prescribed fire at National Preparedness Levels 4 and 5.*

## Federal Agencies Assistance

Reference Section VI of the *Interagency Agreement for Wildland Fire Management among the Bureau of Land Management, Bureau of Indian Affairs, National Park Service, Fish and Wildlife Service of the United States Department of The Interior, and the Forest Service of the United States Department of Agriculture,* effective 2011-2015.

Agencies will enter into separate agreements for personnel and other resources provided for planning and implementation of fuels management treatments and activities. This may or may not result in an exchange of funds subject to the applicable statutory authority used.

- *FS – USFS units will make every attempt to establish agreements in advance when planning to utilize resources from cooperating agencies to implement or respond as contingency resources for prescribed fire. However, for prescribed fire activities and exigent circumstances, where an*

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 341 of 463   PageID #:
1238

*agreement was not executed and funds were not obligated prior to commencing work, a ratification may not be necessary if an approved agreement is executed and funds obligated on I-web within 30 calendar days of the start of work. See FSH 1509.11 Chapter 10, Section 15.81.*

## Hazard Pay/Environmental Differential for Prescribed Fire Implementation

Current policy is that hazard pay will not be paid for any prescribed fire. Under certain circumstances, (i.e., low level flight operations), hazard pay or environmental differential may be warranted. Offices should contact their servicing personnel office with specific questions.

## Non-NWCG Agency Personnel Use on Prescribed Fire

For information regarding use of non-NWCG agency personnel on prescribed fires, see Chapter 13.

## Use of Contractors for Prescribed Fire Implementation

Agencies can contract to conduct all or part of the planning and implementation of prescribed fire operations and/or all or part of mechanical treatments for fuels management projects. Contractors must meet NWCG 310-1 qualification requirements and agency standards for specific skill positions for prescribed fire operations.

If a contractor is actively involved in igniting, holding, or mopping up an agency prescribed fire, a Contracting Officer's Authorized Representative (COR) or Project Inspector (PI) will be on site (exceptions can be made for late stage mop up and patrol) to ensure that the prescribed fire objectives are being met and that the terms of the contract are adhered to. The Agency Administrator and/or FMO will determine the qualifications required for the agency representative (COR or PI).

- *FS – Contractors must meet requirements for any specific skill positions for prescribed fire operations as described in NWCG PMS 310-1 or FSH 5109.17 for positions not found in the PMS 310-1 (e.g., RXB3). Reference FSM 5140.*

## Use of AD Pay Plan for Prescribed Fire

Refer to the DOI Administratively Determined (AD) Pay Plan for Emergency Workers (Casuals) for information regarding the use of emergency workers for prescribed fire. The DOI AD Pay Plan does not allow for use of Casuals for mechanical or chemical reduction projects.

Forest Service does not have this authority.

**Release Date: January 2016**                                    317

**Activation of Contingency Resources**

In the event contingency resources are activated, sending units should respond and support the requesting agency immediately.

**Non-fire Fuels Management Activities**

For policy, guidance, and standards for implementation of non-fire fuel reduction treatments (e.g., mechanical, biological, chemical), refer to agency-specific policy and direction.

**EXHIBIT 7**

# Chapter 18
## Reviews and Investigations

### Introduction

Reviews and investigations are used by wildland fire and aviation managers to assess and improve the effectiveness and safety of organizational operations.

Information (other than factual) derived from safety reviews and accident investigations should only be used by agencies for accident prevention and safety purposes.

### Multiagency Cooperation

Many reviews and investigations involve cooperation between Federal, State, County, and Municipal Agencies. To comply with each agency's authorities, policies, and responsibilities, a multiagency review or investigation may be necessary. A multiagency Delegation of Authority should be provided to outline roles, responsibilities, and expected deliverables.

The Team Leader or delegating official(s) should establish cooperative relationships with the other agencies involved in the review or investigation to ensure policies and responsibilities are met. This may involve negotiations, cooperative agreements, and coordination with the agency Designated Agency Safety and Health Official (DASHO) or the agency official who signs the Delegation of Authority.

### Federal Interagency Investigations

Close calls or accidents that involve interagency (USFS or DOI) personnel and/or jurisdiction (e.g., USFS firefighter injured on FWS jurisdictional wildland fire and vice versa) shall be reviewed or investigated cooperatively and conducted at the appropriate level as outlined in this chapter.

Agency Administrators will ensure that affected agencies are involved throughout the review/investigation process.

When an incident does not meet the serious accident criteria, the affected Agency Administrators should jointly decide what type and level of investigation will be conducted based on agency processes outlined in this chapter. Questions should be addressed to your agency wildland fire safety program manager.

### Reviews

Reviews are methodical examinations of system elements such as program management, safety, leadership, operations, preparedness, training, staffing, business practices, budget, cost containment, planning, and interagency or intra-

EXHIBIT 7

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 344 of 463   PageID #: 1241

agency cooperation and coordination. Reviews do not have to be associated with
a specific incident. The purpose of a review is to ensure the effectiveness of the
system element being reviewed, and to identify deficiencies and recommend
specific corrective actions. Established review types are described below and
include:

- Preparedness Reviews
- After Action Reviews
- Fire and Aviation Safety Team Reviews
- Safety Assistance Team Visits
- Aviation Safety and Assistance Team Reviews
- Large Fire Cost Reviews
- Individual Fire Reviews
- Lessons Learned Reviews
- Rapid Lesson Sharing
- Declared Wildfire Reviews

## Review Types and Requirements

| Type | When Conducted | Delegating or Authorizing Official |
|------|----------------|-----------------------------------|
| Preparedness Review | Annually, or management discretion | Local/State/Region/National |
| After Action Review | Management discretion | N/A |
| Fire and Aviation Safety Team Review | As fire activity dictates | Geographic Area Coordinating Group |
| Safety Assistance Team Visit | As fire activity dictates | Local/State/Region/National |
| Aviation Safety Assistance Team Review | As aviation activity dictates | State/Regional Aviation Manager or MACG |
| Large Fire Cost Review | Refer to NWCG Correspondence EB-M-09-003 | Agency Director |
| Individual Fire Review | Management discretion | Local/State/Region/National |
| Lessons Learned Review | Management discretion | Local/State/Region/National |
| Rapid Lesson Sharing | Management discretion | N/A |
| Declared Wildfire Review | See *Interagency Prescribed Fire Planning and Implementation Procedures Guide* (PMS 484) | See *Interagency Prescribed Fire Planning and Implementation Procedures Guide* (PMS 484) |

**Preparedness Reviews**

Preparedness Reviews assess fire programs for compliance with established fire policies and procedures outlined in the current *Interagency Standards for Fire and Fire Aviation Operations* and other pertinent policy documents.

Preparedness Reviews identify organizational, operational, procedural, personnel, or equipment deficiencies, and recommend specific corrective actions. Interagency Preparedness Review Checklists can be found at http://www.nifc.gov/policies/pol_ref_intgncy_prepcheck.html.

**After Action Reviews (AAR)**

An AAR is a learning tool intended for the evaluation of an incident or project in order to improve performance by sustaining strengths and correcting weaknesses. An AAR is performed as soon after the event as possible by the personnel involved. An AAR should encourage input from participants that is focused on:

- What was planned?
- What actually happened?
- Why it happened?
- What can be done the next time?

An AAR is a tool that leaders and units can use to get maximum benefit from the experience gained on any incident or project. When possible, the leader of the incident or project should facilitate the AAR process. However, the leader may choose to have another person facilitate the AAR as needed and appropriate. AARs may be conducted at any organizational level. However, all AARs involve the exchange of ideas and observations, and focus on improving proficiency. The AAR should not be utilized as an investigational review. The format can be found in the *Interagency Response Pocket Guide (IRPG)*, PMS 461, NFES 1077. Additional AAR information is available at http://www.fireleadership.gov/toolbox/after_action_review/index.html.

**Fire and Aviation Safety Team (FAST) Reviews**

Fire and Aviation Safety Teams assist Agency Administrators during periods of high fire activity by assessing policy, rules, regulations, and management oversight relating to operational issues. They can also do the following:

- Provide guidance to ensure fire and aviation programs are conducted safely;
- Assist with providing immediate corrective actions;
- Review compliance with OSHA abatement plan(s), reports, reviews, and evaluations; and
- Review compliance with *Interagency Standards for Fire and Fire Aviation Operations*.

FAST reviews can be requested through geographic area coordination centers to conduct reviews at the state/regional and local level. If a more comprehensive

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 346 of 463   PageID #: 1243

review is required, a national FAST can be ordered through the National Interagency Coordination Center.

FASTs include a team leader, who is either an Agency Administrator or fire program lead with previous experience as a FAST member, a safety and health manager, and other individuals with a mix of skills from fire and aviation management.

FASTs will be chartered by their respective Geographic Area Coordinating Group (GACG) with a Delegation of Authority, and report back to the GACG.

FAST reports will include an executive summary, purpose, objectives, methods/procedures, findings, recommendations, follow-up actions (immediate, long-term, national issues), and a letter delegating authority for the review. FAST reports should be submitted to the GACG with a copy to the Federal Fire and Aviation Safety Team (FFAST) chair within 30 days. See Appendix L for sample FAST Delegation of Authority.

**Safety Assistance Team (SAT) Visits**
In addition to FAST reviews, SAT visits emphasize engaging individual firefighters, managers, and administrators to grasp potential issues, with a focus on firefighting safety fundamentals. SAT visits are not inspections. SATs are often ordered when activity within an area escalates rapidly, or when a high level of activity has been occurring for a long time. SATs can be single agency or interagency in scope and composition.

The goals of a Safety Assistance Team are to:
- Assist fire managers and IMTs with site visits with firefighters, fire managers, and program leaders.
- Be service oriented, assisting the local units.
- Provide early warning of potentially hazardous conditions or situations.

Direct intervention, circumventing normal chain of command, is authorized when necessary; however, the overall objective is to create a work environment where the normal operating procedures are responsible for safe practices.

**Aviation Safety Assistance Team (ASAT) Reviews**
Refer to Chapter 16 for ASAT information.

**Large Fire Cost Reviews**
Information on large fire cost reviews can be found in Chapter 11 (Incident Management) and NWCG memorandum EB-M-09-003 at http://www.nwcg.gov/executive-board/correspondence.

EXHIBIT 7

**Individual Fire Reviews**

Individual fire reviews examine all or part of the operations on an individual fire. The fire may be ongoing or controlled. These reviews may be local, state/regional, or national. These reviews evaluate decisions and strategies, correct deficiencies, identify new or improved procedures, techniques or tactics, determine cost-effectiveness, and compile and develop information to improve local, state/regional, or national fire management programs.

**Lessons Learned Reviews (LLRs)**

The purpose of a LLR is to focus on the near miss events or conditions in order to prevent potential serious incident in the future. In order to continue to learn from our near misses and our successes it is imperative to conduct a LLR in an open, non-punitive manner. LLRs are intended to provide educational opportunities that foster open and honest dialog and assist the wildland fire community in sharing lessons learned information. LLRs provide an outside perspective with appropriate technical experts assisting involved personnel in identifying conditions that led to the unexpected outcome and sharing findings and recommendations.

A LLR should be tailored to the event being reviewed. The scope of the review should be commensurate with the severity of the incident. A LLR will not be substituted for a Serious Accident Investigation (SAI) or Accident Investigation (AI), should the criteria for either of those be met, but may be used as a supplement to the SAI or AI.

- *FS – Facilitated Learning Analysis (FLA) may be used for incidents meeting the AI criteria.*

A LLR will be led by a facilitator not involved in the event. A facilitator should be an appropriate fire management expert who possesses skills in interpersonal communications, organization, and be unbiased to the event. Personnel involved in the event will be participants in the review process. Depending upon the complexity of the event, the facilitator may request assistance from technical experts (e.g., fire behavior, fire operations, etc.).

The LLR facilitator will convene the participants and:
- Obtain a Delegation of Authority from appropriate agency level. See Appendix J for a sample LLR Delegation of Authority;
- Identify facts of the event (sand tables maybe helpful in the process) and develop a chronological narrative of the event;
- Identify underlying reasons for success or unintended outcomes;
- Identify what individuals learned and what they would do differently in the future;
- Identify any recommendations that would prevent future similar occurrences;
- 24- and 72-hour reports may be produced, but are not required; and

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 348 of 463   PageID #: 1245

1 • Provide a final written report including the above items to the pertinent
2   Agency Administrator(s) within two weeks of event occurrence unless
3   otherwise negotiated. Names of involved personnel should not be included
4   in this report (reference them by position).

5 A copy of the final report will be submitted to the respective agency's national
6 fire safety lead who will provide a copy to the Wildland Fire Lessons Learned
7 Center (LLC). E-mail: llcdocsubmit@gmail.com.

8 • *FS – The Forest Service has combined the Accident Prevention Analysis*
9   *(APA) with the Facilitated Learning Analysis (FLA). A guide for the FLA*
10  *process is available at http://bit.ly/FLA_guide.*

11 **Rapid Lesson Sharing (RLS)**
12 RLS is a type of Lessons Learned Review (LLR) for field personnel to quickly
13 share lessons with others (usually within 24 hours). RLS can be used to
14 document and share lessons learned as a result of close calls, minor accidents,
15 successes, efficient ways of performing work, adaptations, or anything wildland
16 fire personnel can learn from.

17 To submit or view RLS documents, go to
18 http://www.wildfirelessons.net/Resources/RapidLessonSharing.

19 **Declared Wildfire Reviews**
20 Every prescribed fire resulting in a wildfire declaration will receive an outcome
21 review. Declared wildfire outcome review direction is found in these agency
22 documents:
23 • *Interagency Prescribed Fire Planning and Implementation Procedures*
24   *Reference Guide* (PMS 484)
25   o *BLM – Refer to FA IM-2014-001.*
26   o *NPS – Refer to RM-18, Chapter 7 and 17.*
27   o *FWS – Refer to Fire Management Handbook, Chapter 17.*
28   o *FS – Refer to FSM 5140.*

29 Declared Wildfire Reviews will be submitted to the Wildland Fire Lessons
30 Learned Center (LLC) by the agency fuels program lead. Submissions should be
31 sent to llcdocsubmit@gmail.com.

32 **Investigations**

33 Investigations are detailed and methodical efforts to collect and interpret facts
34 related to an incident or accident, identify causes (organizational factors, local
35 workplace factors, unsafe acts), and develop control measures to prevent
36 recurrence.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 349 of 463   PageID #:
1246

1  Distinct types of wildland fire incidents and accidents have specific
2  investigation requirements.

3  **Wildland Fire Incident and Accident Types and Definitions**
4  • **Serious Wildland Fire Accident** – An unplanned event or series of events
5    that resulted in death, injury, occupational illness, or damage to or loss of
6    equipment or property. For wildland fire operations, a serious accident
7    involves any of the following:
8    o One or more fatalities;
9    o Three or more personnel who are inpatient hospitalized as a direct
10     result of or in support of wildland fire operations;
11   o Property or equipment damage of $250,000 or more; and/or
12   o Consequences that the Designated Agency Safety and Health Official
13     (DASHO) judges to warrant a Serious Accident Investigation.
14 • **Wildland Fire Accident** – An unplanned event or series of events that
15   resulted in injury, occupational illness, or damage to or loss of equipment or
16   property to a lesser degree than defined in "Serious Wildland Fire
17   Accident."
18 • **Near-miss** – An unplanned event or series of events that could have
19   resulted in death, injury, occupational illness, or damage to or loss of
20   equipment or property but did not.
21 • **Entrapment** – A situation where personnel are unexpectedly caught in a
22   fire behavior-related, life-threatening position where planned escape routes
23   or safety zones are absent, inadequate, or compromised. Entrapment may or
24   may not include deployment of a fire shelter for its intended purpose.
25   Entrapment may result in a serious wildland fire accident, a wildland fire
26   accident, or a near-miss.
27 • **Burnover** – An event in which a fire moves through a location or overtakes
28   personnel or equipment where there is no opportunity to utilize escape
29   routes and safety zones, often resulting in personal injury or equipment
30   damage.
31 • **Fire Shelter Deployment** – The removing of a fire shelter from its case and
32   using it as protection against fire. Fire shelter deployment may or may not
33   be associated with entrapment.
34 • **Fire Trespass** – The occurrence of unauthorized fire on agency-protected
35   lands where the source of ignition is tied to some type of human activity.

Release Date: January 2016                                    325

**EXHIBIT 7**

Investigation Types and Requirements

| Wildland Fire Event | Investigation Type | Management Level Requiring Notification[1] | Management level that determines review type and authorizes review[2] |
|---|---|---|---|
| Serious Wildland Fire Accident | Serious Accident Investigation (SAI) *FS – Coordinated Response Protocol (CRP)* | National | National |
| Wildland Fire Accident | Accident Investigation (AI) *FS/NPS – FLA may be used* | *BLM/NPS -National* *FS/FWS – Management Discretion* | Region/State/Local |
| Entrapment/ Burnover | SAI, AI, LLR, depending on severity | National | National |
| Fire Shelter Deployment | SAI, AI, LLR, depending on severity | National | National |
| Near-miss | LLR, AAR | Management Discretion | Region/State/Local |
| Fire Trespass | Fire Cause Determination and Trespass Investigation | Local | Local |

[1] In the event that a wildland fire entrapment or fatality occurs, immediate notification to NICC is required. A *Wildland Fire Entrapment/Fatality Initial Report* (PMS 405-1) should be completed and mailed to NICC electronically or by fax machine within 24 hours. Submit this report even if some data is missing. The PMS 405-1 is located at the NWCG Website and the NICC website.

[2] Higher level management may exercise their authority to determine the type of review or investigation.

- *BLM – BLM accidents that involve fire and aviation employees or equipment will be investigated according to the requirements stated in this chapter. Investigations will occur regardless of land jurisdiction. Facts will be collected, causes (organizational factors, local workplace factors, unsafe acts) identified, and an accident investigation report produced. The report will include recommended corrective actions and control measures. Report issuance and follow-up will be through established command channels. BLM Agency Administrators may jointly delegate authority to investigate accidents in cases of mixed jurisdiction or employee involvement. Joint delegations must ensure that BLM investigation requirements are met. The Facilitated Learning Analysis (FLA) process may be used as a supplemental element to required BLM accident investigation processes.*

EXHIBIT 7

- *FS – Forest Service Line Officers are the deciding officials regarding what type of accident investigation or analysis method is to be used for accidents or near misses occurring under Forest Service jurisdiction. FLAs are a type of Lessons Learned Review.*

## Investigation Processes

### Processes Common to All Wildland Fire Accident Investigations

- **Site Protection** – The site of the incident should be secured immediately and nothing moved or disturbed until the area is photographed and visually reviewed by the investigation team. Exact locations of injured personnel, entrapments, injuries, fatalities, and the condition and location of personal protective equipment, property, and other equipment must be documented.
- **Management of Involved Personnel** – Treatment, transport, and follow-up care must be immediately arranged for injured and involved personnel. The Agency Administrator or delegate should develop a roster of involved personnel and supervisors and ensure they are available for interviews by the investigation team. The Agency Administrator should consider relieving involved supervisors from fireline duty until the preliminary investigation has been completed. Attempt to collect initial statements from the involved individuals prior to a Critical Incident Stress Management (CISM) session.
- **Delegation of Authority** – A Delegation of Authority shall be issued to the investigation team leader. The Delegation of Authority will outline roles, responsibilities, and expected deliverables. Delegation of Authority templates are available at http://www.nifc.gov/safety/safety_reprtsInvest.html.
- **Critical Incident Stress Management (CISM)** – CISM is the responsibility of local Agency Administrators, who should have individuals pre-identified for critical incident stress debriefings. Also refer to the *Agency Administrator's Guide to Critical Incident Management* (PMS 926), available at http://www.nwcg.gov/publications/926. Individuals or teams may be available through Employee Assistance Programs (EAPs) or Geographic Area Coordination Centers (GACCs).

### Wildland Fire Serious Accident Investigation (SAI) Process

For interagency serious accident investigations, a multi-agency delegation of authority to conduct the investigation may be issued. The delegation will ensure that the investigation meets the policy requirements of involved agencies.

- *BLM/FWS – The Interagency Serious Accident Investigation Guide establishes core direction for BLM, FWS, and interagency serious accident investigations (exceptions for aviation accidents are stated in the guide). It provides serious accident investigation teams a standardized and comprehensive process for conducting serious accident investigations. The guide is available at http://www.nifc.gov/safety/safety_reprtsInvest.html.*

EXHIBIT 7

*Serious accident investigation reports will be completed, routed, and disseminated according to processes established in the guide. Reports may contain information supplemental to the requirements of the guide if it augments the BLM's ability to learn and to develop further improvements.*

*The guide may be used entirely or in part for accidents that do not meet the serious accident definition.*

- ***FS** – Coordinated Response and Learning Review (CRP/LR) – How the USFS will Respond to Serious Accidents*

*A Coordinated Response Protocol (CRP) has been developed to coordinate the multiple reports and services needed following a serious accident. The CRP placed people first and is designed to coordinate internal and external investigations in a way that minimizes the exposure of our personnel (as much as possible) to a large number of interviews. The CRP also coordinates or oversees organizational support to the victims and their families to ensure that immediate needs are met and that benefits are received in a timely manner. The CRP coordinates or facilitates the Learning Review Team, Peer Support/Critical Incident Stress Management, Law Enforcement Investigations, Union Representation, and Human Resources support.*

*The Learning Review is a Phased approach that is designed to gather information in a way that is respectful and as complete as possible. The "Inquiry Phase" is designed to collect individual perceptions and to present them in a format that avoids judgment of action. It is of particular interest to understand the context in which decisions and actions were made. The LR recognizes that the traditional report serves as a starting point for learning from the event. While all reports will be available on line, a stated goal of the LR is to create a report for leadership so they will be able to make informed decisions regarding systemic change and a field product, designed to enhance the ability to learn based on scenarios, sensemaking and facilitated dialogue.*

*Forest Service directives and guidelines regarding the investigation of serious employee injuries and fatalities establish specific roles for the Office of Safety and Occupational Health (OSOH) and Law Enforcement and Investigations (LEI) staffs[1]. There is a requirement to conduct a claims investigation for any fatality or serious injury, and there is inherent value in conducting a Learning Review. To ensure that these potentially disparate roles are fulfilled, the following interim guidance is provided:*
*1. The Special Agent in Charge (SAC) and the appropriate Region/Station/Area Safety Manager will be notified immediately of incidents meeting the threshold for a Coordinated Response, who will report them to the Designated Agency Safety and Health Official (DASHO), the Director of LEI, and the Director of OSOH. This notification will*

**EXHIBIT 7**

*engage a scalable coordinated response, the Coordinated Response Protocol (CRP). This protocol is designed as a collaborative effort that places the wellbeing of our personnel as the top priority.*

*2. The SAC will assume responsibility for site security, and through coordination with the Director of LEI, will conduct a preliminary incident review. The review will be completed as soon as possible, and in most cases within 72 hours. If there is no indication of criminal wrongdoing, the event will be turned over to the Response Leader (formerly named the Team Leader). If at any time during the CRP there is a reasonable indication that a criminal investigation is warranted, the Response Leader and Directors of LEI and OSOH will confer with the DASHO regarding how to proceed with the CRP.*

*3. The CRP Team may include the members listed in the following diagram. The role of each team member is fully explained in the CRP Guide.*

### *Response Team Structure*



*4. CRP Team Leaders will coordinate their efforts with the Response Leader and strive to minimize traumatic impacts of the Learning Review and claims investigation on all the employees involved.*

*5. For every Forest Service accident in which the potential for a claim against the federal government exists, the CRP Team will coordinate the Learning Review and a claims investigation. OOL will conduct the Learning Review. LEI will conduct a claims investigation and complete the required report.*

*6. In cases involving National Transportation Safety Board (NTSB), the designated NTSB Investigator in Charge (IIC) will determine party status, which includes the USFS participation in the investigative process. For some aviation accidents, the IIC may rely solely on party members to collect and supply information for the NTSB report without actually being on the accident scene. The NTSB prohibits law enforcement involvement with their accident investigations and is mandated to refer any suspicion of illegal activity to the FBI for investigation.*

*[1] These roles are delineated in the Law Enforcement Manual at Forest Service Manual (FSM) 5303.11, the Service Wide Claims Management Handbook at Forest Service Handbook (FSH) 6509.11h, the Coordinated Response Protocol Guide, and FSH 6709.12.*

**Fire Director Responsibilities**

The Fire Director(s) or designee(s) of the lead agency, or agency responsible for the land upon which the accident occurred, will:

- Ensure the agency safety manager and Designated Agency Safety and Health Official (DASHO) have been notified;
- Immediately appoint, authorize (through Delegation of Authority), and deploy an accident investigation team;
- Provide resources and procedures adequate to meet the team's needs;
- Receive the factual and management evaluation reports and take action to accept or reject recommendations;
- Forward investigation findings, recommendations, and corrective action plan to the DASHO (the agency safety office is the "office or record" for reports);
- Convene an accident review board/ board of review (if deemed necessary) to evaluate the adequacy of the factual and management reports and suggest corrective actions;
- Ensure a corrective action plan is developed, incorporating management initiatives established to address accident causal factors; and
- Ensure Serious Accident Investigations remain independent of other investigations.

**Agency Administrator Responsibilities**

- Develop local preparedness plans to guide emergency response.
- Identify agencies with jurisdictional responsibilities for the accident.
- Provide for and emphasize treatment and care of survivors.
- Ensure the Incident Commander secures the accident site.
- Conduct an in-briefing to the investigation team.
- Facilitate and support the investigation as requested.
- Determine need and implement Critical Incident Stress Management (CISM).
- Notify home tribe leadership in the case of a Native American fatality.
- Prepare and issue the required 24-Hour Preliminary Report unless formally delegated to another individual.

**Notification**

Agency reporting requirements will be followed. As soon as a serious accident is verified, the following groups or individuals should be notified:

- Agency Administrator;
- Public affairs;
- Agency Law Enforcement;
- Safety personnel;
- County sheriff or local law enforcement as appropriate to jurisdiction;

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 355 of 463   PageID #: 1252

- National Interagency Coordination Center (NICC) through the local dispatch center and GACC. Provide a *Wildland Fire Entrapment/Fatality Initial Report* (PMS 405-1) directly to NICC within 24 hours;
- Agency headquarters; and
- OSHA (within 8 hours if the accident resulted in one or more fatalities or if three or more personnel are inpatient hospitalized).

Notification to the respective agency's fire national safety/risk management lead is required.

**Designating the Investigation Team Lead**

The 1995 Memorandum of Understanding (MOU) between the U.S. Department of the Interior and the U.S. Department of Agriculture states that serious wildland fire-related accidents will be investigated by interagency investigation teams.

The *Memorandum of Agreement (MOA) between Department of Agriculture Forest Service and Department of Interior* augments and provides clarification to the 1995 MOU for investigation type and team lead/deputy team lead/interagency representative designation. The MOA also provides an interagency template for joint delegation of authority. The MOA is available at http://www.nifc.gov/safety/safety_reprtsInvest.html.

Following initial notification of a serious accident, the agency DASHO will designate a Serious Accident Investigation Team Lead(s) and provide that person(s) with a written Delegation of Authority to conduct the investigation and the means to form and deploy an investigation team.

- *BLM/NPS/FWS – The agency DASHOs have delegated this responsibility to the respective agency Fire Directors.*
- *BLM – The Fire and Aviation Directorate Safety Program Manager mobilizes SAI teams in coordination with the SAI Team Leader.*

Accidents involving more than one agency will require a collaboratively developed Delegation of Authority that is signed by each of the respective agencies.

**Serious Accident Investigation Team (SAIT) Composition**

SAIT members should not be affiliated with the unit that sustained the accident.

- **Team Leader (Core Team Member)**
  A senior agency management official, at the equivalent associate/assistant regional/state/area/division director level. The team leader will direct the investigation and serve as the point of contact to the Designated Agency Safety and Health Official (DASHO).

- **Chief Investigator (Core Team Member)**
  A qualified accident investigation specialist is responsible for the direct management of all investigation activities. The chief investigator reports to the team leader.
- **Accident Investigation Advisor/Safety Manager (Core Team Member)**
  An experienced safety and occupational health specialist or manager who acts as an advisor to the team leader to ensure that the investigation focus remains on safety and health issues. The accident investigation advisor/safety manager also works to ensure strategic management issues are examined. Delegating Officials or their designee may, at their discretion, fill this position with a trained and qualified NWCG Safety Officer, Line (SOFR), Safety Officer, Type 2 (SOF2), or Safety Officer, Type 1 (SOF1).
- **Interagency Representative**
  An interagency representative will be assigned to every fire-related Serious Accident Investigation Team. They will assist as designated by the team leader and will provide outside agency perspective. They will assist as assigned by the Team Leader and will provide a perspective from outside the agency.
- **Technical Specialists**
  Personnel who are qualified and experienced in specialized occupations, activities, skills, and equipment, addressing specific technical issues such as specialized fire equipment, weather, and fire behavior.
- **Public Affairs Officer**
  For investigations with high public visibility and significant news media interest, a public affairs officer (PAO) should be considered a part of the team. The PAO should develop a communications plan for the team, be a designated point of contact for news media, and oversee all aspects of internal and external communications. Ideally, the PAO should be qualified as a Type 1 or Type 2 public information officer and be familiar with SAI team organization and function.
  - *BLM – All media related documents (news releases, talking points, etc.) should be cleared through NIFC Public Affairs prior to external release.*

Core SAIT members are required to take the Interagency Serious Accident Investigation Course 1112-05 prior to serious accident investigation assignment. This training is also required every 5 years for recurrency.

- *BLM/FWS/FS – This training is required every 5 years to retain currency.*

**SAI 24- and 72-Hour Reports**
Final 24- and 72-hour reports will be approved by the SAI delegating official, then sent to the agency fire safety/risk management lead who will provide a copy to the Wildland Fire Lessons Learned Center (LLC). E-mail: llcdocsubmit@gmail.com.

- **24-Hour Preliminary Report** – This report contains known basic facts about the accident. It will be completed and forwarded by the responsible Agency Administrator to the SAI delegating official. Names of injured personnel will not be included in this report. Personnel may be referenced by position.
- **72-Hour Expanded Report** – This report provides additional factual information, if available. The information may include the number of victims and severity of injuries. The focus should be on information that may have immediate impact on future accident prevention. This report will be completed and forwarded by the SAI team to the SAI delegating official. Names of injured personnel will not be included in this report. Personnel may be referenced by position.

## SAI Final Report

Within 45 days of the incident, a final report consisting of a Factual Report (FR) and a Management Evaluation Report (MER) will be produced by the investigation team to document facts, findings, and recommendations and forwarded to the Designated Agency Safety and Health Official (DASHO) through the agency Fire Director(s).

- **Factual Report** – This report contains a brief summary or background of the event, and facts based only on examination of technical and procedural issues related to equipment and tactical fire operations. It does not contain opinions, conclusions, or recommendations. Names of injured personnel are not to be included in this report (reference them by position). Post-accident actions should be included in this report (emergency response attribute to survival of a victim, etc).

   Factual Reports will be submitted to Wildland Fire Lessons Learned Center (LLC) by the respective agency's fire safety/risk management leads. E-mail: llcdocsubmit@gmail.com.
- **Management Evaluation Report (MER)** – The MER is intended for internal use only and explores management policies, practices, procedures, and personal performance related to the accident. The MER categorizes findings identified in the factual report and provides recommendations to prevent or reduce the risk of similar accidents.

Factual Report and Management Evaluation Report formatting can be found on the NIFC website at http://www.nifc.gov/safety/safety_reprtsInvest.html.

## Accident Review Board/Board of Review

An Accident Review Board/Board of Review is used by some agencies to evaluate recommendations, and develop a corrective action plan. Refer to the respective agency's Safety and Health policy.

## Wildland Fire Accident Investigation (AI) Process

Accident investigations and reports should be commensurate with the complexity and/or severity of the accident. Investigations and reports may range from large investigation teams producing comprehensive reports to first-level supervisors initiating investigations and reporting injury/property damage in agency reporting systems.

### Notification

When an accident occurs, agency notification requirements will be followed. Notification requirements universally include:

- Local dispatch center
- Unit Fire Management Officer
- Agency Administrator
- OSHA (refer to Chapter 7 for reporting criteria)

### Investigation Team Membership

Investigation team membership should be commensurate with the complexity and/or severity of the accident. An investigation team should consist of a team leader and an adequate number of technical specialists and subject matter experts. For complex investigations, team membership may also include a chief investigator, a safety advisor/manager, and additional technical specialists, and a writer/editor. Team members may have dual roles (e.g., chief investigator/safety advisor).

### Investigation Methodology

Accident Investigations (AI) are detailed and methodical efforts to collect and interpret facts related to an accident and to provide specific recommendations to prevent recurrence. The AI should include the following actions:

- Visual inspection of involved site, equipment, or material;
- Detailed analysis of equipment or material, as necessary;
- Interviews with involved personnel, witnesses, managers, and other pertinent persons;
- Collection and review of written statements;
- Review of records, archives, plans, policies, procedures, and other pertinent documents;
- Consideration of environmental, equipment, material, procedural, and human factors as they related to the incident; and
- Development of specific findings and related recommendations for the AI report.

### Accident Investigation 24- and 72-Hour Reports

24- and 72-hour reports should be completed when a formal AI will be conducted. Final 24- and 72-hour reports will be approved by the AI delegating official, then sent to the agency fire safety/risk management lead who will

Release Date: January 2016

EXHIBIT 7

provide a copy to the Wildland Fire Lessons Learned Center (LLC). E-mail:
llcdocsubmit@gmail.com.

- **24-Hour Preliminary Report** – This report contains known basic facts about the accident. It will be completed and forwarded by the responsible Agency Administrator to the next higher level (e.g., District Manager forwards to State Director). Names of injured personnel will not be included in this report. Personnel may be referenced by position.

- **72-Hour Expanded Report** – This report provides additional factual information, if available. The information may include the number of victims and severity of injuries. The focus should be on information that may have immediate impact on future accident prevention. This report will be completed and forwarded by the AI team to the AI delegating official. Names of injured personnel will not be included in this report. Personnel may be referenced by position.

**Accident Investigation Final Report**

Within 45 days of the accident, a final report including facts, findings, and recommendations shall be submitted to the senior manager dependent upon the level of investigation (e.g., local Agency Administrator, State/Regional Director, and Agency Fire Director or their designee). If a lower level investigation is conducted, a courtesy copy of the final report shall be sent to the respective agency's national fire safety/risk management lead.

The Final Report (minus names of employees—they should be referenced by position) will be submitted to Wildland Fire Lessons Learned Center (LLC) by the respective agency's National Fire Safety Leads. E-mail: llcdocsubmit@gmail.com.

**Accident Investigation Report Standard Contents**

- **Executive Summary** – A brief narrative of the facts involving the accident including dates, locations, times, name of incident, jurisdiction(s), number of individuals involved, etc. Names of injured personnel or personnel involved in the accident are not to be included in this report (reference them by position).

- **Narrative** – A detailed chronological narrative of events leading up to and including the accident, as well as rescue and medical actions taken after the accident. This section will contain who, what, and where.

- **Investigation Process** – A brief narrative of actions taken by the investigation team. This narrative should include investigation team membership, Delegation of Authority information (from who and contents, include a copy as an appendix), investigative actions and timeline (when the team conducted interviews, inspections, site visits, etc.), and if other sources were consulted (i.e., professional accident reconstruction experts, equipment manufacturers, etc.). This section should also address if environmental, equipment, material, procedural, and human factors were present, and state how findings/recommendations were developed.

- **Findings/Recommendations**
  - **Findings** – Developed from the factual information. Each finding is a single event or condition. Each finding is an essential step in the accident sequence, but each finding is not necessarily causal or contributing, and each finding may not have an associated recommendation. Findings should only include information necessary to explain the specific event or condition. Findings must be substantiated by the factual data. Findings should not include opinion or speculation.
  - **Discussion** – This provides explanation or information pertinent to a specific finding.
  - **Recommendations** – Recommendations are proposed actions intended to prevent similar accidents. Recommendations should be directly related to findings, should not contain opinion or speculation, and when appropriate, should identify the specific organization responsible for completing the recommended action. Recommendations will be evaluated and may be incorporated into future operational direction through established processes.
- **Conclusions and Observations** – Investigation team's opinions and inferences, and "lessons learned" may be captured in the section. This section is not required.
- **Reference Materials**
  - **Maps/Photographs/Illustrations** – Graphic information used to document and visually portray facts.
  - **Appendices** – Reference materials (e.g., fire behavior analysis, equipment maintenance reports, agreements).

An AI Delegation of Authority template, AI report template and examples of AI reports can be found at the NIFC Safety website http://www.nifc.gov/safety/safety_reprtsInvest.html.

## Fire Cause Determination and Trespass Investigation

### Introduction

Agency policy requires determination of cause, origin, and responsibility for all wildfires. Accurate fire cause determination is a critical first step for a successful fire investigation and for targeting fire prevention efforts. Proper investigative procedures, which occur concurrent with initial attack, more accurately pinpoint fire causes and can preserve valuable evidence that would otherwise be destroyed by suppression activities. Fire trespass refers to the occurrence of unauthorized fire on agency-protected lands where the source of ignition is tied to some type of human activity.

### Policy

The agency must pursue cost recovery, or document why cost recovery is not required, for all human-caused fires on public lands. The agency will also pursue

cost recovery for other lands under fire protection agreement where the agency is not reimbursed for suppression actions, if so stipulated in the agreement.

For all human-caused fires where negligence can be determined, trespass actions are to be taken to recover cost of suppression activities, land rehabilitation, and damages to the resource and improvements. Only fires started by natural causes will not be considered for trespass and related cost recovery.

The determination whether to proceed with trespass action must be made on "incident facts," not on "cost or ability to pay." Trespass collection is both a cost recovery and a deterrent to prevent future damage to public land. It is prudent to pursue collection of costs, no matter how small. This determination must be documented and filed in the unit office's official fire report file.

The Agency Administrator has the responsibility to bill for the total cost of the fire and authority to accept only full payment. On the recommendation of the State/Regional Director, the Solicitor/Office of General Counsel may compromise claims of the United States, up to the monetary limits ($100,000) established by law 31 U.S.C. 3711[a], 4 CFR 103-104, and 205 DM 7.1 and 7.2. The Solicitor/Office of General Counsel will refer suspension or termination of the amount, in excess of $100,000, exclusive of interest, penalties, or administrative charges, to the Department of Justice.

Unless specified otherwise in an approved protection agreement, the agency that has the land management jurisdiction/administration role is accountable for determining the cause of ignition, responsible party, and for obtaining all billable costs, performing the billing, collection, and distribution of the collected funds. The agency with the fire protection responsibility role must provide the initial determination of cause to the agency with the land management jurisdiction/administration role. The agency providing fire protection shall provide a detailed report of suppression costs that will allow the jurisdictional agency to proceed with trespass procedures in a timely manner.

Each agency's role in fire trespass billing and collection must be specifically defined in the relevant Cooperative Fire Protection Agreement. The billing and collection process for federal agencies is:

- For example, a federal agency fire occurs on another federal agency's land and is determined to be a trespass fire. BLM provides assistance, and supplies costs of that assistance to the federal agency with jurisdictional responsibility for trespass billing. The responsible federal agency bills and collects trespass, and BLM then bills the federal agency and is reimbursed for its share of the collection.
- For example, where BLM administered land is protected by a state agency, the billing and collection process is:

Release Date: January 2016                                                    337

o   The state bills BLM for their suppression costs. The BLM will pursue trespass action for all costs, suppression, rehabilitation, and damages, and deposits the collection per BLM's trespass guidance.

Initiation of fire cause determination must be started with notification of an incident. Initial attack dispatchers are responsible for capturing all pertinent information when the fire is reported and throughout the incident. The initial attack Incident Commander and the initial attack forces are responsible for initiating fire cause determination and documenting observations starting with their travel to the fire. If probable cause indicates human involvement, an individual qualified in fire cause determination (INVF or cooperator equivalent) should be dispatched to the fire.

Agency references:
- **BLM – 9238-1**
- **NPS – RM-18, Chapter 6 and RM-9**
- **FWS – Fire Management Handbook**
- **FS – FSM 5130 and FSM 5300**

**Related Policy Documents**

These documents provide specific direction related to incident and accident investigations.

| | Safety | Prescribed Fire |
|---|---|---|
| **DOI** | 485 DM Chapter 7 | |
| **BLM** | Manual 1112-2, 1112-1 | |
| **NPS** | DO/RM-50B, RM-18 Chapter 3 | RM-18, Chapter 7 |
| **FWS** | Service Manual 095 | |
| **FS** | FSH-6709.11 | FSM-5140 |
| | FSM-5100 and FSH-6709.11, FSM 5720 (Aviation), FSM 5130 (Ground Operations), FSM 6730 (Specific policy), FSH 6709.12 Chapter 30 (General guidance), and most recent Accident Investigation Guide, for specific guidance. | Same as Safety |
| **Interagency** | Information on accident investigations may be found at http://www.nifc.gov/safety/safety_reprtsInvest.html. For reporting use PMS 405-1, *Wildland Fire Fatality and Entrapment Initial Report,* on the NWCG website. | Same as Safety |

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 363 of 463   PageID #: 1260

# Chapter 19
# Dispatch and Coordination System

## Introduction

The primary mission of the national dispatch/coordination system is the timely, cost-effective, and efficient coordination, mobilization, and demobilization of wildland fire resources. This mission is accomplished at the direction of Agency Administrators and designated fire managers at the local, geographic, and national level and delegated to the Center Manager. Agency Administrators and fire managers are responsible for providing direction to their respective dispatch/coordination centers. The dispatch/coordination system implements the movement of resources in response to the direction as delegated.

Agency Administrators and fire managers will:
- Provide oversight for the development and implementation of dispatch/coordination center plans and operating procedures (e.g., initial response plans, dispatch operating guides/manuals, and mobilization guides) that enable the effective implementation of the fire management plan.
- Through prior planning, provide dispatch with an initial response plan to allocate resources to new incidents under the leadership of the Center Manager or delegated acting.
- Establish priorities for prepositioning and deployment of fire suppression resources based on evaluation of current/predicted fire activity and firefighting resource status and availability, and communicate these priorities to the dispatch/coordination managers through established command channels for implementation.
- Serve as authorized representatives on local, geographic, and national coordinating groups and MAC groups.

Dispatch/Coordination Center Managers will:
- Ensure that dispatch/coordination center decisions and actions are consistent with priorities, established plans, and operating procedures as determined by Agency Administrators and fire managers.
- Implement pre-planned response for allocation of resources to new incidents, pursuant to their delegation from Agency Administrators and designated fire managers.
- Develop and implement dispatch/coordination center plans and operating procedures (e.g., initial response plans, dispatch operating guides/manuals, and mobilization guides) that enable the effective implementation of the fire management plan.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP Document 19-6 Filed 11/19/19 Page 364 of 463 PageID #: 1261

## Organization

The wildland fire dispatch and coordination system in the United States has three levels (tiers):
- National – National Interagency Coordination Center
- Geographic – Geographic Area Coordination Centers
- Local – Local Dispatch Centers

Logistical dispatch operations occur at all three levels, while initial attack dispatch operations occur primarily at the local level. Any geographic area or local dispatch center using a dispatch system outside the three-tier system must justify why a non-standard system is being used and request written authorization from the BLM, FWS, and/or NPS National Office or USFS Regional Office.

### National Interagency Coordination Center (NICC)

The NICC is located at NIFC, in Boise, Idaho. The principal mission of the NICC is the cost-effective and timely coordination of land management agency emergency response for wildland fire at the national level. This is accomplished through planning, situation monitoring, and expediting resource orders between the BIA Areas, BLM States, National Association of State Foresters, FWS Regions, FS Regions, NPS Regions, National Weather Service (NWS) Regions, Federal Emergency Management Agency (FEMA) Regions through the United States Fire Administration (USFA), and other cooperating agencies.

The NICC coordinates any requests for support from foreign countries, either through Departments of Agriculture and Interior agreements (Canada and Mexico) or arrangements (Australia and New Zealand), or from the Forest Service International Programs' Disaster Assistance Support Program (DASP) through the U.S. Agency for International Development's Office of Foreign Disaster Assistance.

The NICC supports non-fire emergencies when tasked by an appropriate agency, such as FEMA, through the National Response Framework. The NICC collects and consolidates information from the GACCs and disseminates the *National Incident Management Situation Report* through the NICC website at http://www.nifc.gov/nicc/sitreprt.pdf.

### Geographic Area Coordination Centers (GACCs)

There are 10 GACCs, each of which serve a specific geographic portion of the United States. Each GACC interacts with the local dispatch centers, as well as with the NICC and neighboring GACCs. Refer to the *National Interagency Mobilization Guide* for a complete directory of GACC locations, addresses, and personnel.

The principal mission of each GACC is to provide the cost-effective and timely coordination of emergency response for all incidents within the specified geographic area. GACCs are also responsible for determining needs, coordinating priorities, and facilitating the mobilization of resources from their areas to other geographic areas.

### Local Dispatch Centers

Local dispatch centers are located throughout the country as dictated by the needs of fire management agencies. Local dispatch centers dispatch multi-agency wildland firefighting resources within a pre-established and identified dispatch zone boundary. The principal mission of a local dispatch center is to provide safe, timely, and cost-effective coordination of emergency response for all incidents within its specified geographic area. This entails the coordination of initial attack responses and the ordering of additional resources when fires require extended attack.

Local dispatch centers are also responsible for supplying intelligence and information relating to fires and resource status to their GACC and to their agency managers and cooperators. Local dispatch centers may work for, or with, numerous agencies, but should only report to one GACC.

Some local dispatch centers are also tasked with law enforcement and agency administrative workloads for non-wildfire operations. If this is the case, a commensurate amount of funding and training should be provided by the benefiting activity to accompany the increased workload. If non-wildfire workload is generated by another agency operating in an interagency dispatch center, the agency generating the additional workload should offset this increased workload with additional funding or personnel.

### Mobilization Guides

The NICC and each GACC annually publish a Mobilization Guide. The Mobilization Guides identify standard procedures which guide the operations of multi-agency logistical support activity throughout the coordination system. These guides are intended to facilitate interagency dispatch coordination, ensuring timely and cost-effective incident support services are provided. Local and Geographic Area Mobilization Guides supplement the *National Interagency Mobilization Guide*.

The *National Interagency Mobilization Guide* (NFES 2092) and links to Geographic Area Mobilization Guides are available at http://www.nifc.gov/nicc/.

### Local Mobilization Guide/Dispatch Operating Plan

Local dispatch centers will have a local mobilization guide or dispatch operating plan to supplement the GACC and National Mobilization Guides. The

EXHIBIT 7

mobilization guide or operating plan will include or provide reference to the minimum elements and procedures to guide the operation of a local dispatch center. See Appendix P for minimum required elements and procedures for inclusion in a local mobilization guide/dispatch operating plan or at http://www.nifc.gov/policies/pol_intgncy_guides.html.

## Local and Geographic Area Drawdown

Drawdown is the predetermined number and type of suppression resources that are required to maintain viable initial attack (IA) capability at either the local or geographic area. Drawdown resources are considered unavailable outside the local or geographic area for which they have been identified.

Drawdown is intended to:
- Ensure adequate fire suppression capability for local and/or geographic area managers; and
- Enable sound planning and preparedness at all management levels.

Although drawdown resources are considered unavailable outside the local or geographic area for which they have been identified, they may still be reallocated by the Geographic Area or National MAC to meet higher priority obligations.

### Establishing Drawdown Levels
Local drawdown is established by the local unit and/or the local MAC group and implemented by the local dispatch office. The local dispatch office will notify the Geographic Area Coordination Center (GACC) of local drawdown decisions and actions.

Geographic area drawdown is established by the GMAC and implemented by the GACC. The GACC will notify the local dispatch offices and the National Interagency Coordination Center (NICC) of geographic area drawdown decision and actions.

## National Ready Reserve (NRR)

NRR is a means by which the NMAC identifies and readies specific categories, types, and quantities of fire suppression resources in order to maintain overall national readiness during periods of actual or predicted national suppression resource scarcity.

NRR implementation responsibilities are as follows:
- NMAC establishes national ready reserve requirements by resource category, type, and quantity.

- NICC implements NMAC intent by directing individual GACCs to place specific categories, types, and quantities of resources on national ready reserve.
- GACCs direct local dispatch centers and/or assigned IMTs to specifically identify resources to be placed on national ready reserve.
- NICC mobilizes national ready reserve assets through normal coordination system channels as necessary.

National ready reserve resources must meet the following requirements:

- May be currently assigned to ongoing incidents;
- Must be able to demobe and be enroute to new assignment in less than 2 hours;
- Resources must have a minimum of 7 days left in 14 day rotation (extensions will not be factored in this calculation);
- May be assigned to incidents after being designated ready reserve, in coordination with NICC; and
- Designated ready reserve resources may be adjusted on a daily basis.

NMAC will adjust ready reserve requirements as needed. Furthermore, in order to maintain national surge capability, the NMAC may retain available resources within a geographic area, over and above the established geographic area drawdown level.

## Dispatch/Coordination Center Administration

### Memorandum of Understanding (MOU)

Each dispatch/coordination center will have a Memorandum of Understanding (MOU) signed by all cooperators. This MOU will be reviewed and updated annually. Dispatch/coordination center MOUs and their associated Annual Operating Plans (AOPs) will be current and will define:

- The roles and responsibilities of each interagency partner's fiscal and infrastructure support responsibilities;
- Administrative oversight/support groups involved with the dispatch/coordination center;
- Clear fiscal reimbursement procedures and interagency funding procedures;
- The dispatch/coordination center's organizational charts;
- Communication protocols for local and geographic area cooperating Agencies, including briefings, planned meetings, and conference calls;
- Procedures for Incident Management Team mobilization and close-out; and
- Supporting documentation, such as any local initial attack or fire and aviation agreements for units serviced by the center.

Funding for facilities, equipment, and staffing needs shall be identified in each participating agency's planning and budget process, and included in the MOU/AOP.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 368 of 463   PageID #: 1265

**Service and Supply Plans**

All local dispatch centers shall maintain a Service and Supply Plan that contains current copies of procurement documents related to locally available resources. Service and Supply Plans must be current, complete, organized, and accessible to Initial Attack and Expanded Dispatchers.

The Service and Supply Plan will contain current copies of competitive Incident Blanket Purchase Agreements (I-BPAs), as well as source lists for incident-only agreements. Resources and their respective contracts/agreements will be entered into ROSS if applicable, and naming conventions will meet national standards.

For additional required components of a Service and Supply Plan, refer to Appendix P at http://www.nifc.gov/policies/pol_intgncy_guides.html.

**Continuity of Operations Plan (COOP)**

All centers will maintain a current Continuation of Operations Plan (COOP) which includes a pre-identified alternate location with adequate supplies, notification procedures for activation, a back-up computer system, and contingency plans for loss of telecommunications equipment and/or loss of access to network connectivity. Additionally, all centers which are required to maintain communications with field going resources, including aircraft, will maintain an identified back-up power source and redundancies in communication systems for a possible loss of radios and/or telecommunications equipment.

**Dispatch/Coordination Center Manager Delegation of Authority**

All Dispatch/Coordination Center Managers shall have a signed Delegation of Authority providing an adequate level of operational authority from all participating agencies. The Delegation of Authority will include appropriate supervisory authority, and a process for completion of employee performance evaluations.

The Dispatch/Coordination Center Manager may, where appropriate, complete a Delegation of Authority for staff that identifies roles and responsibilities for Acting Center Manager, Coordinator-on-Duty, Floor Supervisor, and/or Internal Duty Officer.

**National Interagency Coordination Center (NICC) Functional Responsibilities**

The NICC has established the Coordinator-On-Duty (NICC COD) position. The NICC COD is responsible for managing the daily operation of the NICC and for resource allocation decisions in alignment with NMAC direction.

The National Interagency Coordination Center (NICC) is responsible for the following:

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 369 of 463   PageID #: 1266

- **Positioning and Movement of Resources**

  NICC, in conjunction with the GACCs, is responsible for ensuring a coordinated response to wildland fire incidents and/or all-hazard incidents under the National Response Framework or other appropriate authorities. NICC positions resources (personnel, aircraft, supplies, and equipment) to meet existing and anticipated incident, preparedness, severity, wildland, and prescribed fire needs regardless of geographic location or agency affiliation. NICC coordinates movement of resources across Geographic Area boundaries. NICC allocates resources according to National Multi-Agency Coordinating Group (NMAC) direction when competition for wildland fire resources occurs among Geographic Areas.

- **Management of National Aviation Resources**

  As directed or delegated by NMAC, NICC allocates national resource aviation assets to the Geographic Areas based upon national priorities. These national resources include:

  o  Federal airtankers
  o  Large transport aircraft
  o  Modular Airborne Fire Fighting System (MAFFS) Airtankers
  o  Type 1 and Type 2 Call-When-Needed (CWN) helicopters
  o  Airborne Thermal Infrared (IR) Fire Mapping aircraft
  o  Lead planes and Aerial Supervision Modules

  NICC has established authorities and procedures for dispatching aviation resources. These authorities and procedures include:

  o  Aircraft ordering protocols for fire, logistical and administrative flights;
  o  Tracking of all aircraft ordered through NICC that cross geographic area boundaries;
  o  Mechanisms for disseminating availability and commitment status throughout the dispatch/coordination system; and
  o  Procedures for mobilization and use of large transport aircraft (NICC is the sole source for large transport aircraft).

- **Management of National Support Resources**

  NICC mobilizes national support resources such as National Interagency Radio Support Cache radio systems and kits, Incident Remote Automatic Weather Stations, Project Remote Automatic Weather Stations, National Contract Mobile Food Services, and National Contract Mobile Shower Facilities. Refer to the National Interagency Mobilization Guide for more information.

- **Allocation of Other National Resources**

  As directed or delegated by the NMAC, NICC mobilizes national program resources such as National Interagency Buying Teams, Administrative Payment Teams, Burned Area Emergency Response Teams, and National Fire Prevention and Education Teams to the Geographic Areas based upon national priorities. Refer to the National Interagency Mobilization Guide for more information.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 370 of 463   PageID #: 1267

- **Predictive Services and Intelligence**
  Predictive Services is responsible for providing weather, fuels, and intelligence products that support the decision-making process at the local, state/regional, geographic, and national levels. NICC Predictive Services produces and disseminates (among other products) a monthly/seasonal outlook that covers the next one to four month period.

  NICC ensures that procedures are in place for gathering, accessing and disseminating information, and maintains a current Standard Operating Procedure that outlines duties and procedures of the Predictive Services program. NICC is also responsible for maintaining a Predictive Services and Intelligence website to meet these mission requirements.

  NICC Predictive Services has identified and maintains open lines of communication with interagency partners. NICC Predictive Services ensures that contacts and roles are maintained and understood for the National Weather Service (NWS), NIFC, NICC, and GACCS. Predictive Services staff participate in planned briefings, meetings and conference calls, monthly/seasonal assessments, etc.

  NICC Predictive Services, in coordination with the NWS, has an Annual Operating Plan (AOP) that outlines products and services provided by each office. NICC Predictive Services ensures that provisions within the AOP that affect local dispatch centers are coordinated with and communicated to those centers.

- **International and Department of Defense Assistance**
  NICC serves as the focal point for international assistance requested from NMAC either under existing agreements or by the US Department of State. NICC also serves as the focal point for any requests for assistance from the Department of Defense.

  For more information, see the *National Interagency Mobilization Guide*, Chapter 40 at http://www.nifc.gov/nicc/logistics/references.htm.

## Geographic Area Coordination Center (GACC) Functional Responsibilities

The GACCs have established the Coordinator-On-Duty (COD) position. The COD is responsible for managing the daily operation of the GACC and for resource allocation decisions in alignment with NMAC direction.

Geographic Area Coordination Centers (GACCs) are responsible for the following:
- **Positioning and Movement of Resources**
  GACCs, in conjunction with NICC and local dispatch centers, are responsible for ensuring a coordinated response to wildland fire incidents and/or all-hazard incidents under the National Response Framework or

other appropriate authorities. GACCs mobilize and position resources (personnel, aircraft, supplies, and equipment) internally among local dispatch centers to meet existing and anticipated incident, preparedness, severity, wildland, and prescribed fire needs, regardless of geographic location or agency affiliation. GACCs coordinate movement of resources within Geographic Area boundaries and allocate resources according to Geographic Area Multi-Agency Coordinating Group (GMAC) direction when competition for wildland fire resources occurs within the Geographic Area. GACCs will ensure adequate fire suppression capability for local and/or Geographic Area managers, and enable sound planning and preparedness at all management levels.

Geographic Areas will establish priorities for their incidents and wildland fires and report them to NICC. GACCs will notify NICC and adjoining GACCs of the commitment of National Resources within their Area, and will notify the local dispatch offices and the NICC of Geographic Area drawdown decision and actions.

Activities associated with the National Response Framework will be accomplished utilizing established dispatch coordination procedures. The affected GACC will coordinate ordering points with Regional Response Coordination Centers (RRCC) and Joint Field Offices (JFO).

- **Management of Aviation Resources**
  GACCs have established authorities and procedures for dispatching aviation resources. These procedures include:
  - o  Aircraft ordering protocols for fire, logistical and administrative flights;
  - o  Procedures for tracking of all aircraft within Geographic Area boundaries;
  - o  Mechanisms for disseminating availability and commitment status throughout the dispatch/coordination system;
  - o  Ordering and operational procedures between the GACC, dispatch center(s) and airtanker base(s);
  - o  Procedures for flight following (including protocols for use of Automated Flight Following (AFF) and initial call on the National Flight Following Frequency);
  - o  Procedures for ordering and establishing TFR's and operating guidelines for airspace deconfliction for Military Air Space (MTR, SUA, MOA) and Restricted Areas. GACCs will participate in planned airspace meetings annually;
  - o  Procedures for ordering and utilization of FAA temporary towers; and
  - o  Procedures for reporting through the SAFECOM system.
- **Predictive Services and Intelligence**
  GACC Predictive Services is responsible for providing weather, fuels and intelligence products that support the decision-making process at the local, state, geographic and national levels. GACCs provide timely

communications on information and decisions that affect the interagency dispatch community.

GACCs ensure that procedures are in place for gathering, accessing and disseminating information, and maintain a current Standard Operating Procedure that outlines duties and procedures of the Predictive Services program. GACCs are also responsible for maintaining a Predictive Services and Intelligence website to meet these mission requirements.

Each GACC prepares an intelligence report that consolidates fire and resource status information received from each of the local dispatch centers in its area. This report is sent to NICC and to the local dispatch centers, caches, and agency managers in the geographic area.

GACC Predictive Services maintains open lines of communication with interagency partners and ensures that contacts and roles are maintained and understood for the National Weather Service (NWS), NIFC, NICC, and adjacent GACCs. Predictive Services staff participate in planned briefings, meetings and conference calls, monthly/seasonal assessments, etc.

GACC Predictive Services, in coordination with the NWS, has an Annual Operating Plan (AOP) that outlines products and services provided by each office. GACC Predictive Services ensures that provisions within the AOP that affect local dispatch centers are coordinated with and communicated to those centers.

**Local Dispatch Center Functional Responsibilities**

Local Dispatch centers are responsible for initial attack dispatching, coordination of communications, intelligence gathering and dissemination, and logistical support for local incidents and field operations.

- **Initial Attack Dispatching**
  Local dispatch centers are the focal point for the report of, and initial response to wildland fires, and under appropriate authorities, other emergency incidents at the local level. Deployment of response resources is made in accordance with local processes and procedures as outlined in the dispatch center's mobilization guide.

  Each dispatch office with the responsibility for initial response to wildland fires shall have a pre-planned response plan that allocates resources to new wildland fires in accordance with fire management direction, initial attack agreements, and established ordering procedures. The pre-planned response plan will be reviewed and updated annually prior to fire season.

348                                    Release Date: January 2016

Additionally, each center will have a method to document actions taken and resources sent to wildland fires. Centers may use either a manual or computer aided dispatch system.

Each dispatch center shall have maps posted that depict initial attack response areas, land ownership, jurisdictional and protection boundaries, hazards, and resource concerns. Each center will also ensure that Computer Aided Dispatch (CAD) and Geographic Information System (GIS) products are current, functioning, and utilized.

Dispatch centers will have protocols in place for frequency management, priority use of frequencies, and procedures for obtaining additional frequencies.

Local Dispatch centers will have protocols in place for timely request and dissemination of Fire Weather Forecasts, Spot Weather Forecasts, Fire Weather Watches, and Red Flag Warnings to firefighters, Incident Commanders, and field-going personnel.

The National Multi-Agency Coordinating Group (NMAC) has established incident name protocols. Guidance can be found at http://www.nifc.gov/nicc/administrative/nmac/index.html.

All required reference material will be current and accessible, and expired or out-of-date material will be removed.

- **Intelligence**
  The intelligence function is responsible for gathering and disseminating incident, resource, weather and predictive services information. Each dispatch center will ensure that locations and conditions of the fire weather stations are known and a current weather station catalog is available. Weather data will be archived daily in WIMS and seasonal inputs will be maintained, including vegetative state, fuel moisture values, daily state of the weather observations, and updating breakpoints.
    - *FS – Dispatch centers are required to have a person trained in the National Fire Danger Rating System (NFDRS) assigned to data quality assurance responsibilities.*

Dispatch centers will ensure that coordination/communication with the local NWS Forecast Office occurs annually prior to fire season.

Local dispatch centers will have a process in place for submission of the daily situation report and ICS-209s.

Dispatch Centers with websites will ensure current intelligence and weather information is posted.

**EXHIBIT 7**

- **Expanded Dispatch and Incident Business Management**
  Expanded Dispatch is a functional branch of the Incident Support Organization (ISO) that supports incidents and expands as local fire conditions and activity dictates. Expanded Dispatch is established when a high volume of activity indicates that increased dispatch and coordination capability is required.

  Each dispatch center will have an Expanded Dispatch Operating Plan which provides specific details about when, where, and how to implement an Expanded Dispatch. The plan will identify logistical support facilities available for Expanded Dispatch use. These facilities will be pre-identified, procured, and available for immediate setup, along with necessary equipment.

  The Expanded Dispatch workspace will be separate from, but accessible to, the initial attack organization. The area should have adequate office space, including suitable lighting, heating/ cooling systems, and security. Expanded Dispatchers will have access to communications equipment including telephones, fax machines, copiers, and computer hardware with adequate data storage space.

  Qualified personnel should be on site in order to adequately staff required Expanded Dispatch functions. Expanded Dispatch supervisors are responsible for establishing a staffing and operating schedule for Expanded Dispatch, including operational period changes, briefings, and strategy meetings.
- **Aviation**
  Each dispatch center will have documented procedures established for dispatching of aviation resources. These procedures will include:
  - Aircraft ordering protocols for fire, logistical and administrative flights;
  - Procedures for disseminating availability and commitment status throughout the dispatch/coordination system;
  - Procedures for coordination with airtanker bases;
  - Procedures for airtanker, smokejumper and rappeller use and restrictions;
  - Procedures for flight following (including protocols for use of Automated Flight Following (AFF) and initial call on the National Flight Following Frequency);
  - Procedures for ordering and establishing TFRs;
  - Procedures for airspace de-confliction for Military Air Space (MTR, SUA, MOA) and Restricted Areas, and current Aviation flight hazard maps or military operating area sectionals;
  - Procedures for requesting FAA Temporary Towers; and
  - Procedures for reporting through the SAFECOM system.

## Accident Notification

When an accident occurs, agency notification requirements will be followed. As soon as the accident is verified, the following should be notified:

- Local dispatch center;
- Unit Fire Management Officer; and
- Agency Administrator(s).

Additional notifications should occur in the dispatch/coordination system, from the local dispatch center to the NICC through the GACC.

## Incident Emergency Management Planning

To achieve successful medical response, Agency Administrators will ensure that their units have completed the following items prior to each field season:

- A Medical Emergency Response Plan that identifies medical evacuation options, local/county/state/federal resource capabilities, capacities, ordering procedures, cooperative agreements, role of dispatch centers, and key contacts or liaisons;
- Standardized incident and communication center protocols identified in the Medical Incident Report section of the *IRPG*.
- For incidents that require the preparation of an IAP, Form ICS-206-WF will be used. This form is available at http://www.nwcg.gov/publications/ics-forms.

For more information, refer to Chapter 7, and NWCG Correspondence EB-M-14-001 at http://www.nwcg.gov/sites/default/files/memos/eb-m-14-01.pdf.

## Dispatch/Coordination Center Reference Material

All coordination/dispatch centers will have reference materials available to all dispatchers. See Appendix P for a list of minimum required reference materials or at http://www.nifc.gov/policies/pol_intgncy_guides.html.

## Training

Dispatch/Coordination center staff will be trained in, and follow established procedures for, the use of applications utilized in center operations.

Personnel will be cross trained in each function (i.e., aircraft, crews, overhead, equipment, intelligence) in order to provide staffing coverage. Dispatch personnel will be trained in and follow center procedures for the following (as applicable):

- Resource Ordering and Status System (ROSS);
- Computer Aided Dispatch (CAD);
- Fire Code;

EXHIBIT 7

1. • Automated Flight Following (AFF);
2. • Unit Identifiers;
3. • SIT Report/209; and
4. • Other applications (e.g., WFDSS, I-Suite).

All dispatch center employees will have a documentation file for current season training, past season fire training, certifications and experience, fire experience, performance evaluations, and have task books initiated appropriate to their training needs. All supervisors will be familiar with safety and accident reporting processes (i.e., Safety Management Information System (SMIS), SAFENET, SAFECOM).

All employees will have current red cards produced by the Incident Qualification and Certification System (IQCS) as per Chapter 13.

• *BLM – BLM employees are required to complete the BLM Fire and Aviation Employee Orientation Checklist, available at the BLM Fire Operations website http://web.blm.gov/internal/fire/fire_ops/index.html.*

## Facilities and Equipment

All Dispatch/Coordination Centers will have a telephone system with an adequate number of lines for normal business volume, and the capability to expand as conditions dictate. Centers will have teleconference capabilities commensurate with the anticipated volume of business.

Copying, facsimile, computer, and GIS systems shall meet operational needs (quantity and capability) and comply with agency standards. Software will be compatible with Information Resource Management and agency requirements for security.

All facilities shall have an evacuation plan, security plan, and safety practices in place to safe guard the health and welfare of employees.

Adequate facilities will be available to host an expanded dispatch or MAC group and shall include telephones, computer access, copiers, and basic office supplies. Rooms for MAC Group use will have adequate IT equipment and support.

All centers will have adequate workspace with room for reference materials and other necessary items to perform assigned duties. Individual workspace should be provided away from the initial attack floor for each permanent employee, and a break room area should be provided for employees.

Employees will have access to a locked area to store data that may contain personally identifiable information (PII) or personal items.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 377 of 463   PageID #: 1274

1 **Radio Systems**
2 Radio systems will have an adequate number of frequencies to provide for
3 separation of incidents and use by all interagency partners. Base station and
4 repeater transmissions shall be recorded and maintained in accordance with
5 agency records management policies. Radio systems may have alert tones
6 available for use as determined by local center policies.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 378 of 463   PageID #: 1275

(This page intentionally left blank.)

354                                        Release Date: January 2016

# Appendix A
# Sample Questions for Fire Site Visits
# by Agency Administrators

## Management Direction

_____Who is the incident commander? If the fire is being managed under Unified Command, are all commanders present? Is the incident operating smoothly?

_____What is the incident organization?

_____What is the current situation? What has been damaged or is at risk?

_____Have you received adequate direction for the management of the incident?

_____Is a Wildfire Decision Support System required/still valid?

_____What are the incident management objectives? Constraints? Probability of success?

_____Are the tactics in the Incident Action Plan realistic and achievable with current resources?

_____Is a resource advisor needed?

_____What are your estimates of suppression costs?

_____What are the incident commander's concerns?

_____What are the local, social, economic, and political issues?

_____Are there rehabilitation needs?

_____What can I, as the agency administrator, do to help?

## Safety

_____What are your safety concerns?

_____Are these concerns resolved? If not, what needs to be done?

_____What is the general safety attitude and emphasis?

_____Have you assessed the potential hazardous situations and determined if the fire can be fought safely?

_____Have you applied the Fire Orders, Watchout Situations, Lookout, Communication, Escape Routes, Safety Zones (LCES) process in selecting safe and effective strategies and tactics?

_____Have you effectively briefed firefighters on hazards, safety zones, escape routes, and current and expected weather and fire behavior?

_____Is the safety officer position filled? If not, how is this function being addressed?

_____Are you monitoring work schedules to ensure adequate rest? Are you meeting the standard work/rest guidelines?

_____Have you provided for adequate rest, food, water, and health services for all personnel?

_____Are all the fire personnel qualified for the positions they hold, and are they physically able to perform?

_____Have you had any injuries or accidents?

Release Date: January 2016

**EXHIBIT 7**

**Fire Suppression Operations**

\_\_\_\_What is the fire weather forecast (present and extended)?

\_\_\_\_What is the fire behavior potential?

\_\_\_\_Are fire personnel briefed on incident objectives, strategies, tactics, organization, communications, hazards, and safety principles?

\_\_\_\_Are the strategy and tactics based on current and forecasted weather?

\_\_\_\_Are the strategy and tactics safe, effective, and consistent with management's objectives and accepted fire policies and procedures?

\_\_\_\_Do you have effective communication on the incident and with dispatch?

\_\_\_\_Are you monitoring weather and fire behavior to make needed adjustments to strategy and tactics?

\_\_\_\_Are you using tactical aircraft? Do you have an assigned air tactical group supervisor?

\_\_\_\_Is aircraft use safe, effective, and efficient? Do you have a TFR?

\_\_\_\_If the fire escapes initial attack, what will your role be in developing the Wildfire Decision Support System?

**Administration**

\_\_\_\_Do you have any administrative concerns?

\_\_\_\_What arrangements have you made to complete time reports, accident forms, fire report, etc.?

\_\_\_\_Did all orders and procurement go through dispatch?

\_\_\_\_Do you have any outstanding obligations?

\_\_\_\_Are all rental agreements and use records properly completed?

\_\_\_\_How did the fire start? If human-caused, has an investigation been initiated to determine the cause and develop a trespass case?

\_\_\_\_Do you know of any current or potential claims?

**Dispatch Office**

\_\_\_\_Is the incident receiving fire weather and fire behavior information?

\_\_\_\_Is the incident getting the resources ordered in a timely manner?

\_\_\_\_Is dispatch adequately staffed?

\_\_\_\_What are the local, area, and National Preparedness Levels? How do they affect this fire?

\_\_\_\_Are the elements identified at the various Preparedness Levels being considered?

\_\_\_\_What are the current local, area and national fire situations?

\_\_\_\_What is the priority of existing fires and how are the priorities being determined.

# Appendix B
# Manager's Supplement for Post Incident Review

Incident Commander _____

Incident Name and Number _____

Start Date and Duration of Incident _____

Date of Incident Debriefing _____

List of Debriefing Attendees:

Brief synopsis of fire behavior and narrative of the incident:

**Fire Size-up:**
- Gave an accurate sizeup of the fire to dispatch upon arrival?
- Managed fire suppression resources in accordance with the management objectives for the area and availability of resources?
- Did the unit support organization provide timely response and feedback to your needs? (Appendix A)
- Were there any radio communication issues?

**Provide for the Safety and Welfare of Assigned Personnel:**
- Gave operation briefing prior to firefighters being assigned to incident operations.
- How were incoming resources debriefed; via radio, personal contact?
- Were agency work/rest guidelines followed? Was adequate food and water provided to firefighters?

**Fire Suppression Operations:**
- Explain how the strategies and tactics used met management objectives, without compromising adherence to the Fire Orders, Watch Out Situations, and LCES?
- How were weather conditions monitored: daily weather briefings, spot weather forecasts or other?
- Were there adjustments needed to strategy and tactics?
- What were the potentially hazardous situations, and their mitigations?
- How were projected changes in the weather, tactics, hazards and fire behavior communicated to fire personnel?
- Were communications effective with dispatch and supervisor?
- Were all interested parties kept informed of progress, problems, and needs? Was aviation support used? If so, was it effective?
- Were there any injuries, close calls, or safety issues that should be discussed? Were these documented?

**Administrative Responsibilities:**
- Submitted complete documentation to supervisor for time, accidents, incident status, unit logs, evaluations, and other required or pertinent reports?
- Provided timely and effective notification of the fire status and unusual events or occurrences to dispatch and management.
- As requested, provided effective input into the Wildfire Decision Support System.
- If necessary, provided team transition briefing as assigned.
- Form ICS 201 was completed in accordance with local policy.

**Release Date: January 2016**                          APPENDIX B-1

(This page intentionally left blank.)

**EXHIBIT 7**

# Appendix C
## Delegation for Unit Fire Management Officers

_____, Fire
Management Officer for the _____ (Unit) is
delegated authority to act on my behalf for the following duties and actions:

1. Represent the _____(Agency) in the _____
   Multi-Agency Coordinating Group in setting priorities and allocating resources for
   fire emergencies.

2. Coordinate all prescribed fire activities in the _____
   (Unit) and suspending all prescribed fire and issuance of burning permits when
   conditions warrant.

3. Ensure that only fully qualified personnel are used in wildland fire operations.

4. Coordinate, preposition, send, and order fire and aviation resources in response to
   current and anticipated zone fire conditions.

5. Oversee and coordinate the _____ Interagency
   Dispatch Center on behalf of the _____ (Agency).

6. Request and oversee distribution of severity funding for Unit Fire and Aviation.

7. Approve Fire Program requests of overtime, hazard pay, and other premium pay.

8. Ensure all incidents are managed in a safe and cost-effective manner.

9. Coordinate and provide all fire and prevention information needs to inform internal
   and external costumers with necessary information.

10. Coordinate all fire funding accounts with the Budget Officer to assure unit fiscal
    guidelines are adhered to and targets are met.

11. Approve and sign aviation request forms.

12. Approve Red Cards in accordance with agency policy.

13. Authorized to hire Emergency Firefighters in accordance with the Emergency
    Worker Pay Plan.


_____    _____
Fire Management Officer                  Date


_____    _____
Agency Administrator                    Date


**Release Date: January 2016**        APPENDIX C-1

(This page intentionally left blank.)

Release Date: January 2016

**EXHIBIT 7**

# Appendix D
## Agency Administrator's Briefing to Incident Management Team

| | | |
|---|---|---|
| Incident Name | | |
| Approx. Size @ | Date | Time |
| Location | | |
| Date of Start | | |
| Overhead and Suppression Resources Currently on Incident And Present IC | | |
| General Fire Situation in Area | | |
| Resources Ordered | | |
| Other Organizations Requiring Coordination (Area Command, Expanded Dispatch, MAC, Buying Team, Payment Team, Tribal Government, Other Agency Jurisdictions) | | |
| Law Enforcement/Ongoing Investigations | | |
| Financial Considerations/Limitations | | |
| Fire Behavior Considerations | | |
| Weather Situation | | |
| Fuel Types | | |
| Topography | | |
| Fire Behavior | | |
| Appropriate Management Response Considerations Established Through and for the WDFSS Development Priorities | | |
| Environmental Constraints | | |
| Utility Corridors | | |

Release Date: January 2016     

| Air Operations |
| --- |
| Effectiveness |
| Hazards |
| Air Space Restrictions |
| Airports, Heliports, Helispots |
| Suppression Policies |
| Other |

| Environmental, Social, Political, Economic, and Cultural Resource Considerations |
| --- |
| Environmental |
| Social |
| Political |
| Economic |
| Cultural Resource |

| Communications |
| --- |
| Radio |
| Telephone |
| Electronic (Computers) |
| Expanded Dispatch |

**EXHIBIT 7**

| Procurement Arrangements |
| --- |
| Agreements |
| Tribal Government |
| Infrared Status |
| Security Considerations |
| Incident Management Direction and Considerations |
| Wildfire Decision Support System |
| Delegation of Authority |
| Agency Administrator's Representative |
| Incident Business Advisor |
| Resource Advisor |
| Suppression Priorities |
| Forest Supervisor/Incident Commander Contact |
| Time |
| Process |
| News Media and Incident Information Management |
| Training Considerations |
| Interagency/Private Property Considerations (costs, etc.) |
| Mop Up Standards |
| Rehabilitation Considerations |
| Initial Attack Responsibility |
| Support to Other Incidents |
| Disposition of Unit Resources on the Incident |
| Close Out and Debriefing |

**Release Date: January 2016**                                                    APPENDIX D-3

**EXHIBIT 7**

| Human Welfare |
|---|
| Safety |
| Health |
| Civil Rights |
| Distribute Support Documents |
| Wildfire Decision Support System (Common WFDSS if Unified Command) |
| Delegation of Authority Letter |
| Map and Photos |
| Fire Management, Pre-Attack, Land Management Plans |
| Weather Forecast |
| Special Management Area Documents |
| Phone Directory, Fax Number |
| Agreements |
| Incident Status Summary (ICS-209) |
| Business Management Documents |
| Payments (Vendors and Casuals) |
| Claims |
| Injury Compensation |
| Incident Business Guidelines (ISOPS) |

**EXHIBIT 7**

## Appendix E
## Wildland Fire Risk and Complexity Assessment

The Wildland Fire Risk and Complexity Assessment should be used to evaluate firefighter safety issues, assess risk, and identify the appropriate incident management organization. Determining incident complexity is a subjective process based on examining a combination of indicators or factors. An incident's complexity can change over time; incident managers should periodically re-evaluate incident complexity to ensure that the incident is managed properly with the right resources.

**Instructions:**
Incident Commanders should complete Part A and Part B and relay this information to the Agency Administrator. If the fire exceeds initial attack or will be managed to accomplish resource management objectives, Incident Commanders should also complete Part C and provide the information to the Agency Administrator.

### Part A: Firefighter Safety Assessment

**Evaluate the following items, mitigate as necessary, and note any concerns, mitigations, or other information.**

| Evaluate these items | Concerns/Mitigations/Notes |
|---|---|
| LCES | |
| Fire Orders and Watch Out Situations | |
| Multiple operational periods have occurred without achieving initial objectives. | |
| Incident personnel are overextended mentally and/or physically and are affected by cumulative fatigue. | |
| Communication is ineffective with tactical resources and/or dispatch. | |
| Operations are at the limit of span of control. | |
| Aviation operations are complex and/or aviation oversight is lacking. | |
| Logistical support for the incident is inadequate or difficult. | |

**Release Date: January 2016**                          APPENDIX E-1

**Part B: Relative Risk Assessment**

| Values | | | | Notes/Mitigation |
|---|---|---|---|---|
| *B1. Infrastructure/Natural/Cultural Concerns* **Based on the number and kinds of values to be protected, and the difficulty to protect them, rank this element low, moderate, or high.** Considerations: key resources potentially affected by the fire such as urban interface, structures, critical municipal watershed, commercial timber, developments, recreational facilities, power/pipelines, communication sites, highways, potential for evacuation, unique natural resources, designated areas (i.e., wilderness), T&E species habitat, and cultural sites. | L | M | H | |
| *B2. Proximity and Threat of Fire to Values* **Evaluate the potential threat to values based on their proximity to the fire, and rank this element low, moderate, or high.** | L Far | M | H Near | |
| *B3.Social/Economic Concerns* **Evaluate the potential impacts of the fire to social and/or economic concerns, and rank this element low, moderate, or high.** Considerations: impacts to social or economic concerns of an individual, business, community or other stakeholder; degree of support for the wildland fire program and resulting fire effects; other fire management jurisdictions; tribal subsistence or gathering of natural resources; air quality regulatory requirements; public tolerance of smoke, including health impacts; potential for evacuation and ingress/egress routes; and restrictions and/or closures in effect or being considered. | L | M | H | |
| **Hazards** | | | | **Notes/Mitigation** |
| *B4. Fuel Conditions* **Consider fuel conditions ahead of the fire and rank this element low, moderate, or high.** Evaluate fuel conditions that exhibit high ROS and intensity for your area, such as those caused by invasive species or insect/disease outbreaks; and/or continuity of fuels. | L | M | H | |
| *B5. Fire Behavior* **Evaluate the current and expected fire behavior and rank this element low, moderate, or high.** Considerations: intensity; rates of spread; crowning; profuse or long-range spotting. | L | M | H | |
| *B6. Potential Fire Growth* **Evaluate the potential fire growth, and rank this element low, moderate, or high.** Considerations: Considerations would include current and expected fire growth based on fire behavior analysis and the weather forecast and/or the ability to control the fire. | L | M | H | |

**EXHIBIT 7**

| Probability | | | | Notes/Mitigation |
|---|---|---|---|---|
| **B7. Time of Season**<br>**Evaluate the potential for a long-duration fire and rank this element low, moderate, or high.**<br>Considerations: time remaining until a season ending event. | **L**<br>Late | **M**<br>Mid | **H**<br>Early | |
| **B8. Barriers to Fire Spread**<br>**Evaluate the barriers to fire spread and their potential to limit fire growth, and rank this element low, moderate, or high.**<br>Considerations: If many natural and/or human-made barriers are present, rank this element low. If some barriers are present, rank this element moderate. If no barriers are present, rank this element high. | **L**<br>Many | **M** | **H**<br>Few | |
| **B9. Seasonal Severity**<br>**Evaluate fire danger indices and rank this element low/moderate, high, or very high/extreme.**<br>Considerations: Fire danger indices such as energy release component (ERC); drought status; live and dead fuel moistures; fire danger indices; adjective fire danger rating; geographic area preparedness level. | **L/M** | **H** | **VH/E** | |
| *Enter the number of items circled for each column.* | | | | |

**Relative Risk Rating (circle one):**

| Low | Majority of items are "Low" with a few items rated as "Moderate" and/or "High." |
|---|---|
| Moderate | Majority of items are "Moderate" with a few items rated as "Low" and/or "High." |
| High | Majority of items are "High." A few items may be rated as ""Low" or "Moderate." |

**Release Date: January 2016**                              APPENDIX E-3

**EXHIBIT 7**

**Part C: Organization**

| Relative Risk Rating (from Part B) | | | | | |
|---|---|---|---|---|---|
| Circle the Relative Risk Rating (from Part B) | | L | M | H | |
| **Implementation Difficulty** | | | | | Notes/Mitigation |
| ***C1. Potential Fire Duration***<br>**Evaluate the estimated length of time that the fire may continue to burn if no action is taken and amount of season remaining. Rank this element low, moderate, or high.** Note: This will vary by geographic area. | N/A<br>Very<br>Short | L<br>Short | M | H<br>Long | |
| ***C2. Incident Strategies (Course of Action)***<br>**Evaluate the level of firefighter and aviation exposure required to successfully meet the current strategy and implement the course of action. Rank this element as very low, low, moderate, or high.**<br>Consider the likelihood that those resources will be effective; exposure of firefighters; reliance on aircraft to accomplish objectives; and whether there are clearly defined trigger points. | Very<br>Low | L | M | H | |
| ***C3. Functional Concerns***<br>**Evaluate the need to increase organizational structure to adequately and safely manage the incident, and rank this element very low (minimal resources committed), low (adequate), moderate (some additional support needed), or high (current capability inadequate).**<br>Considerations: Incident management functions (logistics, finance, operations, information, planning, safety, and/or specialized personnel/equipment) are inadequate and needed; availability of resources; access to EMS support; heavy commitment of local resources to logistical support; ability of local businesses to sustain logistical support; substantial air operation which is not properly staffed; worked multiple operational periods without achieving initial objectives; incident personnel overextended mentally and/or physically; Incident Action Plans, briefings, etc. missing or incomplete; performance of firefighting resources affected by cumulative fatigue; and ineffective communications. | Very<br>Low | L | M | H | |

**EXHIBIT 7**

| Socio/Political Concerns | | | | | Notes/Mitigation |
|---|---|---|---|---|---|
| **C4. Objective Concerns**<br>**Evaluate the complexity of the incident objectives and rank this element very low, low, moderate, or high.**<br>Considerations: clarity; ability of current organization to accomplish; disagreement among cooperators; tactical/operational restrictions; complex objectives involving multiple focuses; objectives influenced by serious accidents or fatalities. | Very Low | L | M | H | |
| **C5. External Influences**<br>**Evaluate the effect external influences will have on how the fire is managed and rank this element very low, low, moderate, or high.**<br>Considerations: limited local resources available for initial attack; increasing media involvement, social/print/television media interest; controversial fire policy; threat to safety of visitors from fire and related operations; restrictions and/or closures in effect or being considered; pre-existing controversies/ relationships; smoke management problems; sensitive political concerns/interests. | Very Low | L | M | H | |
| **C6. Ownership Concerns**<br>**Evaluate the effect ownership/jurisdiction will have on how the fire is managed and rank this element very low, low, moderate, or high.**<br>Considerations: disagreements over policy, responsibility, and/or management response; fire burning or threatening more than one jurisdiction; potential for unified command; different or conflicting management objectives; potential for claims (damages); disputes over suppression responsibility. | Very Low | L | M | H | |
| *Enter the number of items circled for each column.* | | | | | |

**EXHIBIT 7**

**Part C: Organization (continued)**

**Recommended Organization (circle one):**

| | |
|---|---|
| Type 5 | Majority of items rated as "Very Low"; a few items may be rated in other categories. |
| Type 4 | Majority of items rated as "Low," with some items rated as "Very Low," and a few items rated as "Moderate" or "High." |
| Type 3 | Majority of items rated as "Moderate," with a few items rated in other categories. |
| Type 2 | Majority of items rated as "Moderate," with a few items rated as "High." |
| Type 1 | Majority of items rated as "High"; a few items may be rated in other categories. |

**Rationale:**

Use this section to document the incident management organization for the fire. If the incident management organization is different than the Wildland Fire Risk and Complexity Assessment recommends, document why an alternative organization was selected. Use the "Notes/Mitigation" column to address mitigation actions for a specific element, and include these mitigations in the rationale.

Name of Incident: _____ Unit(s): _____

Date/Time: _____ Signature of Preparer: _____

**The RCA is also available at http://www.nwcg.gov/?q=publications/210.**

**EXHIBIT 7**

## Appendix F
## Indicators of Incident Complexity

Common indicators may include the area (location) involved; threat to life, environment and property; political sensitivity, organizational complexity, jurisdictional boundaries, values at risk, and weather. Most indicators are common to all incidents, but some may be unique to a particular type of incident. The following are common contributing indicators for each of the five complexity types.

### Type 5 Incident Complexity Indicators

| General Indicators | Span of Control Indicators |
|---|---|
| • Incident is typically terminated or concluded (objective met) within a short time once resources arrive on scene.<br>• For incidents managed for resource objectives, minimal staffing/oversight is required.<br>• Resources vary from two to six firefighters.<br>• Formal Incident Planning Process not needed.<br>• Written Incident Action Plan (IAP) not needed.<br>• Minimal effects to population immediately surrounding the incident.<br>• Critical Infrastructure, or Key Resources, not adversely affected. | • Incident Commander (IC) position filled<br>• Single resources are directly supervised by the IC<br>• Command Staff or General Staff positions not needed to reduce workload or span of control |

### Type 4 Incident Complexity Indicators

| General Indicators | Span of Control Indicators |
|---|---|
| • Incident objectives are typically met within one operational period once resources arrive on scene, but resources may remain on scene for multiple operational periods<br>• Multiple resources may be needed<br>• Resources may require limited logistical support<br>• Formal Incident Planning Process not needed<br>• Written Incident Action Plan (IAP) not needed<br>• Limited effects to population surrounding incident<br>• Critical Infrastructure or Key Resources may be adversely affected, but mitigation measures are uncomplicated and can be implemented within one Operational Period<br>• Elected and appointed governing officials, stakeholder groups, and political organizations require little or no interaction | • IC role filled<br>• Resources either directly supervised by the IC or supervised through an ICS Leader position<br>• Task Forces or Strike Teams may be used to reduce span of control to an acceptable level<br>• Command Staff positions normally not filled to reduce workload or span of control<br>• General Staff position(s) normally not filled to reduce workload or span of control |

Release Date: January 2016                    APPENDIX F-1

## Type 3 Incident Complexity Indicators

| General Indicators | Span of Control Indicators |
|---|---|
| <ul><li>Incident typically extends into multiple operational periods</li><li>Incident objectives usually not met within the first or second operational period</li><li>Resources may need to remain at scene for multiple operational periods, requiring logistical support</li><li>Numerous kinds and types of resources may be required</li><li>Formal Incident Planning Process is initiated and followed</li><li>Written Incident Action Plan (IAP) needed for each Operational Period</li><li>Responders may range up to 200 total personnel</li><li>Incident may require an Incident Base to provide support</li><li>Population surrounding incident affected</li><li>Critical Infrastructure or Key Resources may be adversely affected and actions to mitigate effects may extend into multiple Operational Periods</li><li>Elected and appointed governing officials, stakeholder groups, and political organizations require some level of interaction</li></ul> | <ul><li>IC role filled</li><li>Numerous resources supervised indirectly through the establishment and expansion of the Operations Section and its subordinate positions</li><li>Division Supervisors, Group Supervisors, Task Forces, and Strike Teams used to reduce span of control to an acceptable level</li><li>Command Staff positions may be filled to reduce workload or span of control</li><li>General Staff position(s) may be filled to reduce workload or span of control</li><li>ICS functional units may need to be filled to reduce workload</li></ul> |

## Type 2 Incident Complexity Indicators

| General Indicators | Span of Control Indicators |
|---|---|
| <ul><li>Incident displays moderate resistance to stabilization or mitigation and will extend into multiple operational periods covering several days</li><li>Incident objectives usually not met within the first several Operational Periods</li><li>Resources may need to remain at scene for up to 7 days and require complete logistical support</li><li>Numerous kinds and types of resources may be required including many that will trigger a formal demobilization process</li><li>Formal Incident Planning Process is initiated and followed</li><li>Written Incident Action Plan (IAP) needed for each Operational Period</li><li>Responders may range from 200 to 500 total</li><li>Incident requires an Incident Base and several other ICS facilities to provide support</li><li>Population surrounding general incident area affected</li><li>Critical Infrastructure or Key Resources may be adversely affected, or possibly destroyed, and actions to mitigate effects may extend into multiple Operational Periods and require considerable coordination</li><li>Elected and appointed governing officials, stakeholder groups, and political organizations require a moderate level of interaction</li></ul> | <ul><li>IC role filled</li><li>Large numbers of resources supervised indirectly through the expansion of the Operations Section and its subordinate positions</li><li>Branch Director position(s) may be filled for organizational or span of control purposes</li><li>Division Supervisors, Group Supervisors, Task Forces, and Strike Teams used to reduce span of control</li><li>All Command Staff positions filled</li><li>All General Staff positions filled</li><li>Most ICS functional units filled to reduce workload</li></ul> |

## Type 1 Incident Complexity Indicators

| General Indicators | Span of Control Indicators |
|---|---|
| • Incident displays high resistance to stabilization or mitigation and will extend into numerous operational periods covering several days to several weeks.<br>• Incident objectives usually not met within the first several Operational Periods.<br>• Resources may need to remain at scene for up to 14 days, require complete logistical support, and several possible personnel replacements.<br>• Numerous kinds and types of resources may be required, including many that will trigger a formal demobilization process.<br>• DOD assets, or other nontraditional agencies, may be involved in the response, requiring close coordination and support.<br>• Complex aviation operations involving multiple aircraft may be involved.<br>• Formal Incident Planning Process is initiated and followed.<br>• Written Incident Action Plan (IAP) needed for each Operational Period.<br>• Responders may range from 500 to several thousand total.<br>• Incident requires an Incident Base and numerous other ICS facilities to provide support.<br>• Population surrounding the region or state where the incident occurred is affected.<br>• Numerous Critical Infrastructure or Key Resources adversely affected or destroyed. Actions to mitigate effects will extend into multiple Operational Periods spanning days or weeks and require long-term planning and considerable coordination .<br>• Elected and appointed governing officials, stakeholder groups, and political organizations require a high level of interaction. | • IC role filled<br>• Large numbers of resources supervised indirectly through the expansion of the Operations Section and its subordinate positions<br>• Branch Director Position(s) may be filled for organizational or span of control purposes<br>• Division Supervisors, Group Supervisors, Task Forces, and Strike Teams used to reduce span of control<br>• All Command Staff positions filled and many include assistants<br>• All General Staff positions filled and many include deputy positions<br>• Most or all ICS functional units filled to reduce workload |

The RCA is also available at http://www.nwcg.gov/?q=publications/210.

(This page intentionally left blank.)

**EXHIBIT 7**

# Appendix G
## Sample Delegation of Authority AA to IMT

Delegation of Authority
Colorado State Office
Montrose Field Office

As of 1800, May 20, 2005, I have delegated authority to manage the Crystal River Fire, Number E353, San Juan Resource Area, to Incident Commander Bill Jones and his Incident Management Team.

The fire, which originated as four separate lightning strikes occurring on May 17, 2005, is burning in the Crystal River Drainage. My considerations for management of this fire are:

1. Provide for firefighter and public safety.
2. Manage the fire with as little environmental damage as possible.
3. Key cultural features requiring priority protection are:
4. Key resources considerations are:
5. Restrictions for suppression actions include:
6. Minimum tools for use are:
7. My agency Resource Advisor will be:
8. The fire borders are:
9. Manage the fire cost-effectively for the values at risk.
10. Provide training opportunities for the resources area personnel to strengthen our organizational capabilities.
11. Minimum disruption of residential access to private property, and visitor use consistent with public safety.
12. Efforts should be made to minimize some impacts to communities and ensure that communication is maintained with the state Air Quality Bureau.

_____          _____
(Signature and Title of Agency Administrator)          (Date)

Amendment to Delegation of Authority

The Delegation of Authority dated May 20, 2005, issued to Incident Commander Bill Jones for the management of the Crystal River Fire, number E353, is hereby amended as follows. This will be effective at 1800, May 22, 2005.

13. Key cultural features requiring priority protection are:
14. Use of tracked vehicles authorized to protect Escalante Cabin.

_____          _____
(Signature and Title of Agency Administrator)          (Date)

**Release Date: January 2016**                              APPENDIX G-1

(This page intentionally left blank.)

**EXHIBIT 7**

# Appendix H
# Local Incident Commander Briefing to IMT

The Incident Briefing, ICS-201 form provides the basis for the local incident commander to brief the incoming team.

**Briefing Information**

| Forms Available or Attached: | | Other Attachments: |
|---|---|---|
| ☐ ICS 201 | ☐ ICS 215 | ☐ Map of Fire |
| ☐ ICS 207 | ☐ ICS 220 | ☐ Aerial Photos |
| ☐ ICS 209 | | ☐ Weather Forecast |

| |
|---|
| Fire Start Date: |
| Time: |
| Fire Cause: |
| Fuels Ahead of Fire: |
| Fuels at Fire: |
| Fire Behavior: |
| Fire Spread: |
| Natural Barriers: |
| Anchor Points: |
| Perimeter Secured, Control/Mitigation Efforts Taken, and Containment Status: |

**Release Date: January 2016**          APPENDIX H-1

**EXHIBIT 7**

Life, Improvements, Resources and Environmental Issues:

Weather Forecast:

| | Established | Possible |
|---|---|---|
| ICP: | ☐ | ☐ |
| Base: | ☐ | ☐ |
| Camp(s): | ☐ | ☐ |
| Staging Area(s): | ☐ | ☐ |

Copy Machine Available                      ☐ Yes     ☐ No

Safety Issues:         EMS in Place:    ☐ Yes     ☐ No

Air Operations Effectiveness to Date:

Air Related Issues and Restrictions:

Hazards (Aircraft and People):

Access from Base to Line:

Personnel and Equipment on Incident (Status and Condition):

Personnel and Equipment Ordered:

Cooperating and Assisting Agencies on Scene:

| | |
|---|---|
| Helibase/Helispot Location: | |
| Crash Fire Protection at Helibase: | |
| Medivac Arrangement: | |
| Communication System in Use:<br>☐ Radio          ☐ Telephone      ☐ Cell Phone | |
| Water Availability: | |
| Review of Incident Action Plan; Copy of Approved Wildfire Decision Support System Published Decision: | |
| Smoke Conditions: | |
| Local Political Issues: | |
| Damage Assessment Needs: | |
| Security Problems: | |

Release Date: January 2016                                        APPENDIX H-3

(This page intentionally left blank.)

**EXHIBIT 7**

# Appendix I
## Incident Management Team Performance Evaluation

| Team IC | | Incident Type | |
|---|---|---|---|
| Incident Name | | Incident Number | |
| Assignment Dates | | Total Acres | |
| Host Agency | | Evaluation Date | |
| Administrative Unit | | Sub-Unit | |

At the conclusion of each incident management team (IMT) assignment, the agency administrator or representative should complete this initial performance evaluation (sections 1-5). This evaluation should be discussed directly with the incident commander. The initial performance evaluation should be delivered by the agency administrator without delay to the incident commander, the state/regional fire management officer, and the chair of the IMT's home geographic area multi-agency coordination group to ensure prompt follow-up to any issues of concern.

**Complete the follow evaluation narratives and rating for each question**
0 – did not achieve expectations          3 – met expectations          5 – excelled

1. How well did the Team accomplish the objectives described in the Wildland Fire Decision Support System (WFDSS) the Delegation of Authority, and the Agency Administrator Briefing?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

(Explain)

2. How well did the Team manage the cost of the incident? Did the team follow agency incident operating guidelines? Were follow-up issues identified and documented for the Agency Administrator i.e.; invoices, OWCP and vendor issues?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

(Explain)

Release Date: January 2016                                APPENDIX I-1

3.  How did the Team demonstrate sensitivity to resource limits/constraints and environmental concerns?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|------------|---|---|---|---|---|---|

(Explain)

4.  How well did the Team deal with sensitive political and social concerns?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|------------|---|---|---|---|---|---|

(Explain)

5.  Was the Team professional in the manner in which they assumed management of the incident and how they managed the total incident? How did the Team handle transition either to another IMT or in returning the incident the hosting agency?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|------------|---|---|---|---|---|---|

(Explain)

6.  How well did the Team anticipate and respond to changing conditions, was the response timely and effective?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|------------|---|---|---|---|---|---|

(Explain)

7.  How well did the Team place the proper emphasis on safety?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|------------|---|---|---|---|---|---|

(Explain)

8. Did the Team activate and manage the mobilization/demobilization in a timely and cost effective manner?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

(Explain)

9. How well did the Team use local resources, trainees, and closest available forces?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

(Explain)

10. How did the Team notify the incident agency regarding triggers for initiating a cost share agreement or large fire cost review? How were those recommendations implemented?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

(Explain)

11. Was the IC engaged and in charge of the Team and the Incident? How well did the IC function and operate as a leader?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

(Explain)

Release Date: January 2016                                    APPENDIX I-3

12. How timely was the IC in assuming responsibility for the incident and initiating action?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

(Explain)

13. How did the IC show sincere concern and empathy for the hosting unit and local conditions?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

(Explain)

14. Did the Incident Management Team provide an organized financial package (comps/claims documentation completed, payment documents forwarded, I-suite updated, etc.) to the host unit or next IMT prior to demobilization?

| Circle one | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

(Explain)

15. Other comments:

| Agency Administrator or Representative: | | Date: | |
|---|---|---|---|
| Incident Commander: | | Date: | |

# Appendix J
## Sample Delegation – Lessons Learned Review (LLR)

Memorandum

To:      LLR Facilitator; Title of Person/Office This is Meant For

From:   Delegating Official

Subject: Delegation of Authority – (Incident Name) LLR

Situation Summary:

You are hereby designated the authority to lead and conduct a LLR for (Incident Name). The review process will begin at (Identify LLR start time, date, and location). The Fire Staff and Fire Management Office have identified the group of employees who will also be participating. That information will be provided to you upon your arrival.

You have the authority to tailor your team and the LLR process to fit the situation and your style of facilitation. However, I would like you to utilize the guidance outlined in the *Interagency Standards for Fire and Fire Aviation Operations Chapter 18*, while conducting the LLR. This includes:

- convening the participants;
- identifying facts of the event and developing a chronological narrative of the event;
- identifying underlying reasons for success or failure;
- identifying what was learned and what should/could be done differently in the future;
- identify any recommendations that would prevent future similar occurrences; and
- providing a final, written report covering the above items, which is due to me within two weeks of the event occurrence.

If you need any assistance, your primary contact will be:

Thank you for your time and assistance.

**Release Date: January 2016**                    APPENDIX J-1

(This page intentionally left blank.)

**EXHIBIT 7**

# Appendix K
# Minimum Standards of Incident
# Emergency Medical Services

**Interim NWCG Minimum Standards**

| Incident Size | Initial Attack | <250 | 250 to 500 | > 500 |
|---|---|---|---|---|
| Medical Unit Leader (MEDL) | No | TBD by IC and jurisdictional agency | YES (1) | YES (1) |
| First Responder or Basic FA | Yes | Yes | N/A | N/A |
| MEDL EMTs | No | No | 1 | 2 |
| EMTs | No | To be determined by the IC or jurisdictional agency | 1 | 2 |
| MEDL Quals | N/A | N/A | 310-1 Basic EMT | 310-1 Basic EMT |
| Med Unit EMT Quals | N/A | Basic EMT | 310-1 Basic EMT | 310-1 Basic EMT |
| EMTs per Division | N/A | To be determined in consultation with Operations and/or Medical Unit | To be determined in consultation with Operations and/or Medical Unit | To be determined in consultation with Operations and/or Medical Unit |
| Establish Local Medical Direction | N/A | To be determined by the IC or jurisdictional agency | Yes | Yes |
| First Aid Kits | Pocket & Vehicle First Aid Kits | Pocket, Vehicle and Crew First Aid Kits | Pocket, Vehicle and Crew First Aid Kits | Pocket, Vehicle and Crew First Aid Kits |
| 100 person First Aid Kit | No | To be determined by the IC or jurisdictional agency | Yes | No |
| 500 person First Aid Kit | No | No | No | Yes |
| AED | To be determined by the IC or jurisdictional agency | To be determined by the IC or jurisdictional agency | Yes | Yes |

Release Date: January 2016                                              APPENDIX K-1

**EXHIBIT 7**

| Incident Size | Initial Attack | <250 | 250 to 500 | > 500 |
|---|---|---|---|---|
| Oxygen | No | No | TBD | Yes |
| OTC Meds | No | To be determined in consultation with Safety Officer, Medical Unit Leader, and Finance Section Chief | To be determined in consultation with Safety Officer, Medical Unit Leader, and Finance Section Chief | To be determined in consultation with Safety Officer, Medical Unit Leader, and Finance Section Chief |
| Emergency Transport | N/A | Method to provide transport to the nearest medical facility is to be identified in the Incident Action Plan | Method to provide transport to the nearest medical facility is to be identified in the Incident Action Plan | Method to provide transport to the nearest medical facility is to be identified in the Incident Action Plan |

**NOTE:** Regional differences/protocols exist that vary from these guidelines and may require a higher level of EMS service. Examples of regional differences/protocols are: 1) Northern Rockies (Incident Medical Specialist Program); 2) Pacific Northwest (Incident Medical Specialist Program); and 3) Alaska (Firemedic Program).

**EXHIBIT 7**

# Appendix L
# Delegation of Authority – FAST

### Delegation of Authority
### _____Geographic Area
### Fire and Aviation Safety Team (FAST)

Situation Summary (issues and concerns/reason for ordering the FAST)

Objectives (measurable)

Team Skills Required (per objectives listed above)

The final team composition will be determined at time of dispatch and members named on the resource order.

## Mission
The FAST is to conduct an independent assessment and evaluation of operational and managerial activities (related to the specific objectives stated above) at the following locations (mission segments):

The team may determine visits to other incidents/organizations/operations as appropriate, and may do so after coordination with the GMAC. The FAST will contact the GMAC Coordinator (describe frequency of contact):

The FAST is to provide technical or managerial assistance when requested and where necessary to immediately correct an identified, critical problem. The FAST may also provide short-term assistance in managing situations or incidents when requested by the incident, organization, or operation.

## Protocols
The FAST will organize and conduct an entry briefing with the appropriate managers of the locations/incidents identified previously. The entry briefing will provide the objectives and operational parameters of the mission.

**EXHIBIT 7**

Once the mission segment is completed, the FAST will organize and conduct an exit briefing with the same officials or their designees, during which a draft of the mission-segment report will be presented and discussed. Components of this report will include:

- Purpose and Objectives
- Findings, Commendations, and Recommendations
- Follow-up Actions Needed
- Immediate
- Long-term
- Scope (local, area, national)
- Copy of the DoA

The FAST will contact the GMAC Coordinator_____.

FAST will provide a final written report to the GMAC Coordinator upon completion of all mission segments. This report will include:

- FAST Final Report Outline
- Executive Summary
- Purpose and Objectives
- Summary (Findings, Recommendations, Commendations, Assistance Provided)
- Critical and Immediate Follow-up Actions Required
- Introduction
- Methods and Procedures
- Mission Segments (Summary of Incidents, Organizations, Operations Reviewed. Include copies of Mission Segment Reports)
- Analysis
- Findings and Trends, Commendations, and Recommendations
- Follow-up Actions Needed
- Immediate
- Long-term
- Scope (local, area, national)
- A copy of the DoA

The _____ Multi-Agency Coordination Group hereby charters and delegates the preceding authority to_____, FAST Leader, effective on _____.

/s/

Chair, _____ Coordinating Group

Date: _____

**EXHIBIT 7**

# Appendix M
# NUS Engines

The following chart shows the NUS minimum stocking levels required for agency engines.
*BLM units see the agency-specific NUS on the NFEP website.*

| Category | Item Description | NFES # | Type 3, 4, & 5 | Type 6 |
|---|---|---|---|---|
| Fire Tools and Equip | McLeod | 0296 | 1 | |
| | Combination Tool | 1180 | 1 | 1 |
| | Shovel | 0171 | 3 | 2 |
| | Pulaski | 0146 | 3 | 2 |
| | Backpack Pump | 1149 | 3 | 2 |
| | Fusees (case) | 0105 | 1 | ½ |
| | Foam, concentrate, Class A (5-gallon) | 1145 | 1 | 1 |
| | Chainsaw (and chaps) | | 1 | 1 |
| | Chainsaw Tool Kit | 0342 | 1 | 1 |
| | Drip Torch | 0241 | 2 | 1 |
| | Portable Pump | | * | * |
| Medical | First Aid Kit, 10-person | 1143 | 1 | 1 |
| | Burn Kit | | 1 | 1 |
| | Body Fluids Barrier Kit | 0640 | 1 | 1 |
| General Supplies | Flashlight, general service | 0069 | 1 | 1 |
| | Chock Blocks | | 1 | 1 |
| | Tow Chain or Cable | 1856 | 1 | 1 |
| | Jack, hydraulic (comply w/GVW) | | 1 | 1 |
| | Lug Wrench | | 1 | 1 |
| | Pliers, fence | | 1 | 1 |
| | Food (48-hour supply) | 1842 | 1 | 1 |
| | Rags | 3309 | * | * |
| | Rope/Cord (feet) | | 50 | 50 |
| | Sheeting, plastic, 10' x 20' | 1287 | 1 | 1 |
| | Tape, duct | 0071 | 1 | 1 |
| | Tape, filament (roll) | 0222 | 2 | 2 |
| | Water (gallon/person) minimum | | 2 | 2 |
| | Bolt Cutters | | 1 | 1 |
| | Toilet Paper (roll) | 0142 | * | * |
| | Cooler or Ice Chest | 0557 | * | * |
| | Hand Primer, Mark III | 0145 | * | * |
| | Hose Clamp | 0046 | 2 | 1 |
| | Gaskets (set) | | 1 | 1 |
| | Pail, collapsible | 0141 | 1 | 1 |
| | Hose Reel Crank | | * | * |

Release Date: January 2016

| Category | Item Description | NFES # | Type | Type |
|---|---|---|---|---|
| | | | 3, 4, & 5 | 6 |
| Safety | Fire Extinguisher (5 lb) | 2143 | 1 | 1 |
| | Flagging, Pink (roll) | 0566 | * | * |
| | Flagging, Yellow w/Black Stripes (roll) | 0267 | * | * |
| | Fuel Safety Can (Type 2 OSHA, metal, 5-gallon) | 1291 | * | * |
| | Reflector Set | | * | * |
| Vehicle and Pump Support | General Took Kit (5180-00-177-7033/GSA) | | 1 | 1 |
| | Oil, automotive, quart | | 4 | 2 |
| | Oil, penetrating, can | | 1 | 1 |
| | Oil, automatic transmission, quart | | 1 | 1 |
| | Brake Fluid, pint | | 1 | 1 |
| | Filter, gas | | 1 | 1 |
| | Fan Belts | | 1 | 1 |
| | Spark Plugs | | 1 | 1 |
| | Hose, air compressor w/adapters | | 1 | 0 |
| | Fuses (set) | | 1 | 1 |
| | Tire Pressure Gauge | | 1 | 1 |
| | Jumper Cables | | 1 | 1 |
| | Battery Terminal Cleaner | | * | * |
| | Tape, electrical, plastic | 0619 | 1 | 1 |
| | Tape, Teflon | | 1 | 1 |
| Personal Gear (Extra Supply) | File, mill, bastard | 0060 | * | * |
| | Head Lamp | 0713 | 1 | 1 |
| | Hard Hat | 0109 | 1 | 1 |
| | Goggles | 1024 | 2 | 2 |
| | Gloves | | * | * |
| | First Aid Kit, individual | 0067 | 1 | 1 |
| | Fire Shirt | | * | * |
| | Fire Shelter w/case and liner | 0169 | 2 | 1 |
| | Packsack | 0744 | 2 | 1 |
| | Batteries, headlamp (pkg) | 0030 | 6 | 4 |
| | Ear Plugs (pair) | 1027 | 3 | 3 |
| Radio | Portable | | 1 | 1 |
| | Mobile | | 1 | 1 |
| | Batteries (for portable radio) | | 2 | 2 |

**EXHIBIT 7**

| Category | Item Description | NFES # | Type 3, 4, & 5 | Type 6 |
|---|---|---|---|---|
| Hose | Booster (feet/reel) | 1220 | 100 | 100 |
| | Suction (length, 8' or 10') | | 2 | 2 |
| | 1" NPSH (feet) | 0966 | 300 | 300 |
| | 1½" NH (feet) | 0967 | 300 | 300 |
| | ¾" NH, garden (feet) | 1016 | 300 | 300 |
| | 1½" NH, engine protection (feet) | | 20 | 20 |
| | 1½" NH, refill (feet) | | 15 | 15 |
| Nozzle | Forester, 1" NPSH | 0024 | 3 | 2 |
| | Adjustable, 1" NPSH | 0138 | 4 | 2 |
| | Adjustable, 1½" NH | 0137 | 5 | 3 |
| | Adjustable, ¾" NH | 0136 | 4 | 2 |
| | Foam, ¾" NH | 0627 | 1 | 1 |
| | Foam 1½" NH | 0628 | 1 | 1 |
| | Mopup Wand | 0720 | 2 | 1 |
| | Tip, Mopup Wand | 0735 | 4 | 2 |
| | Tip, Forester, Nozzle, fog | 0903 | * | * |
| | Tip, Forester Nozzle, straight stream | 0638 | * | * |
| Wye | 1" NPSH, Two-Way, Gated | 0259 | 2 | 1 |
| | 1½" NH, Two-Way, Gated | 0231 | 4 | 2 |
| | ¾" NH w/Ball Valve, Gated | 0739 | 6 | 4 |
| Adapter | 1" NPSH-F to 1" HN-M | 0003 | * | * |
| | 1" NH-F to 1" NPSH-M | 0004 | 1 | 1 |
| | 1½" NPSH-F to 1 ½" NH-M | 0007 | 1 | 1 |
| | 1½" NH-F to 1 ½" NPSH-M | 0006 | * | * |
| Increaser | ¾" NH-F to 1" NPSH-M | 2235 | 1 | 1 |
| | 1" NPSH-F to 1 ½" NH-M | 0416 | 2 | 1 |
| Coupling | 1" NPSH, Double Female | 0710 | 1 | 1 |
| | 1" NPSH, Double Male | 0916 | 1 | 1 |
| | 1½" NH, Double Female | 0857 | 2 | 2 |
| | 1½" NH, Double Male | 0856 | 1 | 1 |
| Reducer/ Adapter | 1" NPSH-F to ¾" NH-M | 0733 | 3 | 3 |
| | 1½" NH-F to 1 NPSH-M | 0010 | 6 | 4 |
| | 2" NPSH-F to 1 ½" NH-M | 0417 | * | * |
| | 2½" NPSH-F to 1 ½" NH-M | 2229 | * | * |
| Reducer | 1½" NH-F to 1" NH-M | 0009 | 1 | 1 |
| | 2½" NPSH-F to 1 ½" NH-M | 2230 | 1 | 1 |
| Tee | 1" NPSH-F x 1" NPSH-M x 1" NPSH-M, w/cap | 2240 | 2 | 2 |
| | 1½" NH-F x 1 ½" NH-M x 1" NPSH-M w/cap | 0731 | 2 | 2 |
| | 1½" NH-F x 1 ½" NH-M x 1" NPSH-M w/valve | 0230 | 2 | 2 |

| Category | Item Description | NFES # | Type 3, 4, & 5 | Type 6 |
|---|---|---|---|---|
| Valve | 1½" NH-F, Automatic Check and Bleeder | 0228 | 1 | 1 |
| | ¾" NH, Shut Off | 0738 | 5 | 5 |
| | 1" Shut Off | 1201 | 1 | 1 |
| | 1½" Shut Off | 1207 | 1 | 1 |
| | Foot, w/strainer | | 1 | 1 |
| Injector | 1" NPSH x 1/12" NH, Jet Refill | 7429 | * | * |
| Wrench | Hydrant, adjustable, 8" | 0688 | 1 | 1 |
| | Spanner, 5", 1" to 1½" hose size | 0234 | 4 | 1 |
| | Spanner, 11", 1½" to 2½" hose size | 0235 | 2 | 2 |
| | Pipe, 14" | 0934 | 1 | 1 |
| | Pipe, 20" | | 1 | 1 |
| Engine | Fireline Handbook | 0065 | 1 | 1 |
| | GPS Unit | | 1 | 1 |
| | Belt Weather Kit | 1050 | 1 | 1 |
| | Binoculars | | 1 | 1 |
| | Map Case w/ maps | | 1 | 1 |
| | Inventory List | | 1 | 1 |
| | Current *Interagency Standards for Fire and Fire Aviation Operations* | | 1 | 1 |

\* No minimums – carried by engines as an option, within weight limitations

**NPS – Additional or Differing Items Recommended by NPS**

| Category | Item Description | NFES # | Type 3, 4, & 5 | Type 6 |
|---|---|---|---|---|
| Fire Tools and Equip[1] | Flapper (NPS) | | * | * |
| | Council Rake (NPS) | 1807 | * | * |
| | Leaf blower | | * | * |
| | Shovel | 0171 | 2 | 1 |
| | Extra Quart, 2 cycle mix | | 2 | 1 |
| | Portable Pump | | 1 | * |
| General Supplies | Chock Blocks | | 1 | 1 |
| | Tape, filament (roll) | 0222 | 2 | 1 |
| | Bolt Cutters | | * | * |
| | Hose Clamp | 0046 | 2 | 2 |
| Safety | Reflector Set | | 1 | 1 |
| Vehicle and Pump Support | Oil, automotive, quart | | 2 | 1 |
| | Power steering Fluid | | 1 | 1 |
| | Antifreeze (seasonal) | | * | * |
| | Filter, air for engine and pump | | * | * |

| Category | Item Description | NFES # | Type 3, 4, & 5 | Type 6 |
|---|---|---|---|---|
| Personal Gear (Extra Supply) | File, mill, bastard | 0060 | * | * |
| | Fire Shelter w/case and liner | 0925/0975 | 1 | 1 |
| | Packsack | 0744 | 2 | 1 |
| Radio | Batteries (for portable radio) | | 2 | 2 |
| Hose | 2½" Refill Hose, Water tender | | * | * |
| Nozzle | Adjustable, 1 ½" NH | 0137 | 3 | 3 |
| Wyes | ¾" NH w/Ball Valve, Gated | 0739 | 6 | 2 |
| Coupling | 1" NPSH, Double Male | 0916 | 2 | 1 |
| | 1" NH, Double Male | 0856 | 2 | 2 |
| Reducer/ Adapter | 1" NPSH-F to ¾" NH-M | 0733 | 3 | 2 |
| | 1½" NH-F to 1 NPSH-M | 0010 | 6 | 3 |
| Tee | 1" NPSH-F x 1" NPSH-M x 1" NPSH-M, w/cap | 2240 | 2 | * |
| Valve | 1½" NH-F, Automatic Check and Bleeder | 0228 | 1 | * |
| | ¾" NH, Shut Off | 0738 | 4 | 2 |
| Wrench | Pipe, 20" | | 1 | * |
| Engine | Accident Forms (Vehicle and Personnel) | | 1 | 1 |
| | Compass | | 1 | 1 |

[1] A minimum of eight tools for type 3, 4, 5 engines and a minimum of five tools for type 6 engines is required. The listed numbers of tools in each box are required to be on the engine. Beyond that, the tools listed as optional or additional required tools can make up the rest of the minimum number required for engines.

\* No minimums – carried by engines as an option, within weight limitations

EXHIBIT 7

(This page intentionally left blank.)

**EXHIBIT 7**

# Appendix N
# Wildland Fire Decision Support System Information

## WFDSS Subsections

The Wildland Fire Decision Support System is divided into 9 subsections represented by tabs within the program. These sections are: Information, Situation, Assessment, Objectives, Course of Action, Cost, Decisions, Periodic Assessment, and Reports.

## Information

Basic information for an incident is found in this section, which includes: Incident Name, Point of Origin, Unique Fire Identifier, Fire Code, Fire Perimeter/Incident Size, Discovery Date, Containment Date, Controlled Date, Out Date, Landscape Data Source, Geographic Area, Responsible Unit at Point of Origin, Incident Cause, and Jurisdictional Agency at Point of Origin. Updating this information is essential for ongoing incidents (especially acreages and dates) as this information is automatically populated into the WFDSS Decision content. WFDSS is connected with the Integrated Reporting of Wildland fire Information (IRWIN) and transfers information to and from other fire applications through IRWIN. See the IRWIN website http://www.doi.gov/pmb/owf/irwin.cfm for current information regarding shared information and order of precedence of the system for editing data. It is also important that the incident Owner(s) are available when the incident is updated or transferred. Incident ownership may be associated with an individual or group, depending on fire complexity, jurisdictions involved, and other considerations.

## Situation

The Situation section provides a map interface displaying a variety of incident and reference information. It reduces the need for paper maps by giving users a dynamic and intuitive interface in which information needed for decision support is timely and easily accessible from anywhere with an internet connection. This section allows users to create new shape files, view values and boundaries, and conduct Basic and Short-Term fire analysis.

Map (sub tab) – Has several spatial layers available:

- Base Layers – USGS Topo Imagery, USGS Imagery, USGS Topos, ESRI Topos, ESRI World Imagery, WFDSS Topos, Google Maps, Google Physical, U.S. States;
- Incident – Planning Areas, Fire Perimeters, Management Action Points, Points of Interest, Objective Shapes, Point of Origin;

- Analysis – Ignitions, Barriers, Landscape Masks, Basic Fire Behavior, Short Term Fire Behavior, Near Term Fire Behavior, FSPro (Values at Risk);
- Fire Environment and Safety – Active MODIS 6, Active MODIS 12, Active MODIS 24, MODIS YTD, VIIRS-I 6, VIIRS-I 12, VIIRS-I 24, VIIRS-I YTD, Est Ground Evac Time, Retardant Avoidance, Aquatic Res Avoidance, Incidents, Active Planning Areas;
- Disturbance History – WFDSS Fires Since January 1 of Current Year, Historical Wildfires, Fuel Treatments, Burn Severity;
- Fire Weather and Danger – Significant Fire Potential, Fire Wx Zones, RAWS Stations;
- Boundaries – Jurisdictional Agencies, Responsible Agencies, Federal Admin Areas, TNC Lands, Counties;
- Designated Areas – Wilderness, Potential Wilderness, Special, Other, BLM;
- Infrastructure – Facilities, Communication, Energy, Roads and Trails;
- Natural and Cultural Resources – Air Quality, Critical Habitat (T&E), Sage Grouse Habitat; and
- Unit Fire Planning – Unit Outlines, FMUs, and Other Unit Shapes for each agency unit shown on the map. Data managers can upload shape files that contain information about local values.

Menu (sub tab) – Provides links to other tools and utilities within WFDSS.

Info (sub tab) – the user can access Information and the Map Capture tool. Information includes: Feature Information, Fire Danger (ERC charts), Smoke Dispersion, Strategic Objectives, Fire Weather Forecasts, Predictive Services Significant Fire Potential, and Hourly Weather Forecast. Additionally users can access basic information about the underlying landscape file: Source, Elevation, Aspect, Slope, Fuel Model, Canopy Cover, Bulk Density, Stand Height, Base Height.

### Assessment

Users complete the Relative Risk Assessment and Organization Assessment, create Risk Tables identifying local values at risk, and identify Benefits expected from the fire.

### Objectives

Strategic Objectives and Management Requirements as entered from approved plans (Land and Resource Management Plans, Fire Management Plans) can be viewed here. Based on the Planning Area, Strategic Objectives and Management Requirements are automatically loaded to the Decision content for reference when a new fire occurs. Incident Objectives and Incident Requirements are created for an individual incident. Incident Objectives address protection of assets, social-political needs, or use of fire for resource benefits, but at least one protection objective is required on every incident. Develop good Incident

Objectives by addressing What, Where, When (optional), and Why in order to express leader's intent and a sense of priority. When possible, limit Incident Objectives to five so as not to bury important information. See www.wfmrda.nwcg.gov/line_officer_resources.php for more information. Incident Requirements state the limitations that the Agency Administrator imposes on fire managers associated with achieving the Incident Objectives in alignment with the overarching Strategic Objectives.

Spatial Fire Planning (SFP) is an optional planning process available to spatially describe an administrative unit's Strategic Objectives and Management Requirements. For more information about WFDSS Spatial Fire Planning, refer to the WFDSS homepage: http://wfdss.usgs.gov.

## Course of Action

The Course of Action (COA) tab is where Incident Owners and Editors can describe the overall fire management strategy and develop and document one or more Action Items that will accomplish the Incident Objectives and Requirements developed for an Incident. The COA should express the leader's (Agency Administrator) intent, and should be aligned with direction provided in the delegation of authority. A COA is a required part of a decision and must contain at least one action item. Users can edit, include, or exclude action items each time a new decision is made for the incident.

Management Action Points (MAPs) (left menu) may be developed to define a condition that when met, prompts implementation of a pre-determined action. The Condition, Action, and optional Cost can be defined and linked to geospatial MAPs drawn in the Situation tab.

## Cost

Several methods for determining cost can be found here; follow your agency direction and include a summary of how the cost was constructed. The Stratified Cost Index (SCI) tool is available for USFS and DOI incidents. The correct model is automatically chosen by the Unit ID in the Unique Fire Identifier. The model requires input for the estimate final acreage of the incident. Users can input up to four different estimated acreages.

## Decisions

In this section, users create, view, edit, and download published decisions. It is important that Owners, Editors, and Reviewers become familiar with their role and understand how to manipulate the incident content into the Decision Content. Additionally, knowing and understanding how and where to save information as agreed upon by the incident Owner(s) are essential. From this tab, an Owner(s) starts the review and approval process. Incident decisions can be edited by incident Owners or by those users who have been granted access through incident privileges. Users will access the decision editor by checking the

radio button next to the pending decision, then clicking EDIT. Once editing is completed, users click the Check-In button to allow access by others.

The WFDSS Decision content is outlined into several sections: Incident-Information, Weather, Modeling, Risk, Benefits, Objectives (includes all FMUs, Strategic Objectives and Management Requirements included in the Planning Area as well as all included Incident Objectives and Incident Requirements), Course of Action (includes MAPs), Cost, and Rationale. Multiple editors can be working on different sections of the WFDSS Decision content with a little coordination and using the edit / check-in process. Additional information that supports the Decision should be added to each of these sections.

The users who are editing the Decision content should include maps captures or uploaded images that support the Decision or help tell the story of the incident and the Decision. These images can be added to any section of the content as needed. Additionally, the Editors should also include all support information: cost development summary, Relative Risk, social/political concerns, fire behavior models, Values at Risk, long term assessment information.

Prior to submitting a Decision for the Review and Approval process, the Rationale portion of the Decision must be completed. The Rationale content should describe why the Decision was made to implement the Course(s) of Action. Consider explaining what caused you to make this Decision, what caused you to choose the Course(s) of Action, what are the causes and influences on the incident, what are the social and political concerns/pressures, what does the Relative Risk Assessment tell you, are there smoke concerns, and what fire behavior models informed the Decision.

Once a Decision has all the sections completed, it can be submitted for the Review and Approval process. If a Decision has not been published, it can be edited or deleted. However, once a Decision has been published, it is part of that incident record and cannot be changed or removed.

The Incident Objectives, Incident Requirements, Course of Action and Planning Area cannot be viewed by users who do not have incident ownership or privileges until a Decision is published. A new Decision must be made if updated information or findings are to be documented.

## Periodic Assessment

This is the section where the Approver(s) will complete the Periodic Assessment and view the previous actions and comments. The Periodic Assessment must be completed based on the timeframe specified by the Approver. Depending upon the complexity and activity on the incident, the timeframe can be set to 1-14 days while publishing the Decision or during the Periodic Assessment process.

It is beneficial to document clear, concise information about the incident when completing the Periodic Assessment. The Periodic Assessment information will be part of the project record and a way for someone to gather situational awareness of the incident. It should be useful information, not only during the incident, but also for years to come when reviewing incidents. The comment section is especially pertinent because Approvers can outline the thought process and reasons for either continuing a current decision or requiring a new one.

## Reports

This section allows users to create custom reports consisting of portions of Decision content, (e.g. the MAP content or Fire Behavior content). A report can be viewed, edited, published, and downloaded. The Report section does not provide a report on a Published Decision. Reports on Published Decisions can be found in the Decisions tab by using the PDF or HTML button, depending on desired format. When creating a report the user can decide on a custom, Delegation of Authority, or a Management Action Point report. These reports give the user the ability to select pertinent information from the incident for the report they are constructing.

## WFDSS Tools and Functions

### WFDSS User Roles and Incident Privileges

User Roles within WFDSS correspond to permissions which allow users to perform certain tasks within the application, such as creating an incident or conducting fire behavior analysis. Typical User Roles are Viewer, Dispatcher, Author, Data Manager, and Fire Behavior Specialist.

Incident privileges are assigned at the time of (and are specific to) an incident. These privileges allow you to Own, Edit, Review, or Approve decision content.

### Fire Modeling

Fire modeling has been incorporated into WFDSS, in the form of the Fire Spread Probability model (FSPro), Basic Fire Behavior (Basic), Short Term Fire Behavior (STFB) and Near Term Fire Behavior (NTFB). Comparison of WFDSS Short Term and Basic models to stand alone FlamMap and other fire behavior information can be found on the WFDSS homepage under the Related References link, fire behavior section. Information for requesting assistance in running these models for your incident can be found at the WFDSS homepage through the Wildland Fire Management Research and Development and Application group, or by visiting http://www.wfmrda.nwcg.gov/decision_support.php.

### Relative Risk Assessment (Assessment Tab or left menu)

The Relative Risk Assessment is required before publishing a Decision for an incident. Its purpose is to assist in planning for, assessing, and managing the

incident. It provides the Agency Administrator with a quick but comprehensive assessment of the risk of the fire. An incident Owner or Editor can perform the assessment.

This is a qualitative process that can be completed in less time than a quantitative long-term risk assessment. The Relative Risk Assessment chart uses three risk components:

- values
- hazard
- probability

Each of these components is assessed independently. The three outputs are then evaluated in a final step that provides the Relative Risk rating for the fire. As the graphs are completed, there is a text box to document the thoughts/reasons for the inputs. The information from the text box automatically populates in the WFDSS Decision content but the graphs themselves do not. Relative Risk can be visited pre-season to define some local inputs. From the Relative Risk rating, guidance is provided within the system to assist the Owner/Author in determining the level of analysis needed, considerations for the incident and documentation of the Decision.

### Organizational Assessment (Assessment Tab or left menu)

The Organizational Assessment (OA) is required to publish a Decision for an incident. It guides Agency Administrators in their management organization selection, both in escalating and moderating situations (.i.e. this process can be used to expand or contract organizations). The OA is based on Relative Risk, implementation difficulty, and decision concerns. The final part of the OA combines these variables to allow users to select the level of incident management needed.

### Incident KMZ (left menu)

Incident KMZ files can be downloaded that include all the incident spatial data and completed analysis from the Published Decision(s). The spatial data is composed of the incident shapes found under the Incident and Analysis layers folder on the Situation Tab. If a decision is pending, only spatial information available to all users will be provided in the KMZ.

### WFDSS Suggested Refresher Items

Visit the WFM RD&A Line Officer Resources page for current refresher and training materials at http://www.wfmrda.nwcg.gov/line_officer_resources.php.

It is suggested that the following items are covered in an annual WFDSS refresher. Utilize the WFDSS 101 training for details in any of the topical areas below. Suggested minimum duration for review is two hours.

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 427 of 463   PageID #: 1324

*Strategic Objectives and Requirements* – briefly review what is currently pre-loaded in WFDSS, discuss if there is conflicting information within the same Strategic Objective (SO) or FMU, and evaluate what fire management options can be utilized within each SO/FMU. Determine if edits are needed to update the information currently in WFDSS.

*Boundary Fires* – discuss, with interagency partners, how fires will be managed along boundaries. Utilize a fire scenario for this discussion if possible and work through the WFDSS process.

*Fire Scenario* – discuss/input the fire scenario in WFDSS Training.

- Utilize a fire scenario that is somewhat complex and includes interagency partners.
- Planning Area – draw a planning area with dialogue around how to draw it and what to include within it.
- Values Inventory – review the values inventory as provided in WFDSS from the planning area.
- Situation Tab – review information available in the situation tab.
- Relative Risk and Organizational Assessment – complete this process making notes of what various elements were rated the way they were.
- Incident Objectives / Incident Requirements – write them for the scenario. Review to ensure they provide leader's intent and the "why" type information.
- Course of Action – develop a course of action that further explains leader's intent, the priorities for the incident, and as needed, what not to do.
- Scenarios – as the above information is developed, discuss the potential scenarios and document those actions not taken in the assessment or rationale.
- Rationale – draft the rationale to include "My decision is…" information. This is the executive summary of the document. Consider documenting what is allowed in the management plan, the probability of being successful, the expected duration, and what was considered but rejected. The Rationale section provides a list of items to consider addressing and discussing.
- If interagency partners are not involved in the scenario, discuss who, when and how they would have been involved during an incident.

*Fire Behavior Models* –

- Discuss the various models (FSPro, NTFB, STFB) and when any of them might be utilized.
- Review the values at risk information provided by the models and how it varies from the values inventory.

- Discuss how the models might be utilized to answer what types of questions.
- Review products previously utilized by the forest to evaluate risk on a fire or assist with decision making

# Appendix O
# Work Capacity Test Record

Units will document the administration of the WCT to all employees and job applicants. This documentation must be retained until the next WCT is administered. Units may also be requested to provide data from these records to assist in the evaluation of the WCT process.

Privacy Act – No employee may disclose records subject to the Privacy Act unless the disclosure is permitted under 43 CFR 2.56 or to the individual to whom the record pertains. The Privacy Act contains a criminal penalty for unauthorized disclosure of records. (5 U.S.C. 552a)

To be completed by employee:

Name (Last, First):_____ Where employed:_____

Date test taken:_____ Test administered by: (Print Name)_____

ICS position for which test is required (highest needed)_____

Performance level needed (circle one):

        Arduous        Moderate        Light

Type of test taken (circle one):

        Pack Test        Field Test        Walk Test

Work Capacity Test Descriptions:

|  | Pack Test | Field Test | Walk Test |
|---|---|---|---|
| Pack weight | 45 lbs. | 25 lbs. | None |
| Distance | 3 miles | 2 miles | 1 mile |
| Time | 45 minutes | 30 minutes | 16 minutes |

To be completed by test administrator:

Test result time:

Employee passed test (circle one):        Yes/No

I certify that the work capacity test was administered according to agency guidelines.

_____
(Signature of Test Administrator)        (Title)        (Date)

Release Date: January 2016        Appendix O-1

Appendix O-2                                    Release Date: January 2016

# Appendix P
# Dispatch Reference

## Dispatch Center Local Mobilization Guide/Dispatch Operating Plan

The dispatch local mobilization guide/operating plan will contain or provide reference to the following elements and procedures. These elements or procedures may exist in other plans or references in the local dispatch office.

- **Organization**
  - Chain-of-command/table of organization for the center, local agencies and cooperators
  - Notification process/procedures; roles/responsibilities, etc.
- **Dispatch Operations**
  - General information
  - Dispatcher roles and responsibilities
  - Procedures for each functional area (Coordinator On Duty, Overhead, Crews, Equipment, Aircraft, predictive services, etc.)
  - Dispatcher training and qualification requirements
  - Dispatch Center Staffing Plan
    - Call-out procedures for additional personnel in emergency situations
    - Designation of duty officer for dispatch center.
    - Shift limitations and day off/EFF hiring
  - Procedures for dispatch of resources off unit
- **Daily Duties**
  - Check-in/out of administrative/fire personnel
  - Procedures for gathering and disseminating intelligence and Weather/briefings
  - Verification of initial attack response levels
  - Verification of status of suppression resources
  - Preparedness level establishment and verification
  - Procedures for providing information to the field about Suppression/Support Resource availability, radio frequencies to be used; burning conditions/fuel types; weather forecast updates; local fire activity; agency policies, fire activity, incident updates, weather updates, resource status
  - Procedures for recording radio traffic, key events, and other information in a format accessible to all personnel (e.g., COD Notes, Shift Briefs)

Release Date: January 2016                          Appendix P-1

- **Initial Attack/Response Plan Elements**
  - Preplanned dispatch plans, Run-cards, and dispatch procedures
  - Management notification of a reported fire
  - Procedures for identifying preparedness levels
  - Process for assessing the appropriate response
  - Identification and notification of resources to respond
  - Cooperator support and planned response
  - Communications procedures
  - Procedures to follow when activity exceeds the initial attack/response plan
  - Aviation procedures
  - Incident name protocols
- **Emergency Operations (Fire/Non-fire)**
  - Notification of a reported incident
  - Jurisdiction verification
  - Response plan activation
  - Agency and area notification
  - Move-up and cover procedures
  - Call-back procedures
  - Evacuation of incident area
  - Closing public/private roads
  - Ordering additional personnel, equipment, and aircraft
  - Fire Weather Watch and Red Flag Warning notification
  - Temporary Flight Restrictions (TFRs)
  - Agency duty officers (roles and responsibilities)
  - Aviation Mishap Response Guide
  - Utility company notification (power and gas)
  - Law enforcement dispatching procedures/requirements
  - HazMat/spill response notification procedures
  - Local government requesting all-risk assistance
  - Search and Rescue
- **Local Agreements**
  - Copies of all interagency or inter-unit agreements and associated annual operating plans that govern the use of fire management resources
  - Maps delineating areas of responsibility for fire suppression coverage

- **Communications**
  - Procedures for assigning/managing local radio frequencies
  - Procedures for obtaining additional frequencies
  - Maps of repeater sites
  - Instructions for using local dispatch radio consoles, phones, computers, fax machines, paging systems, etc.
    - ***BLM** – The BLM National Radio Operations Branch internal website hosts radio and frequency policy documents and related information. The internal website is https://sites.google.com/a/blm.gov/nrob/.*

- **Weather**
  - Procedures for Processing of weather observations via Weather Information Management System (WIMS)
  - Daily posting and briefing procedures
  - Broadcasts of fire weather forecasts to local fire suppression personnel
  - Procedures for processing spot weather forecast requests and disseminating spot forecasts to the field
  - Procedures for immediate notification to fire suppression personnel of Fire Weather Watches and Red Flag Warnings

- **Fire Danger**
  - Locally significant fire danger indices and recording of those values daily
  - Procedures for update and posting of monthly the seasonal trends of those values versus seasonal averages

- **Briefings**
  - Time frames and frequencies/locations for daily briefings
  - Method for documenting briefings (time given, content of briefing, and person(s) conducting and receiving briefing)

- **Preparedness Levels**
  - General information relating to the local preparedness plan:
    - Procedures for identifying preparedness level
    - Notification to management
    - Dispatching roles and responsibilities at each preparedness level
  - Trigger Points
    - Specific triggers that cause the preparedness level to move up or down, such as number/size of fires, amount and type of resources available/committed, regional/national fire situation, condition of local fuels, observed fire behavior, human-caused risk or predicted lightning activity level, etc.

- Specific actions tied to each preparedness level, such as extended staffing, prepositioning of suppression resources (crews, engines, airtankers, smokejumpers, etc.), the activation of local Multi-Agency Coordination (MAC) groups, making contact with other agencies, and hiring of call when needed (CWN) aircraft, emergency equipment rental agreements (EERA), or administratively determined (AD) pay plan crews

- **Aviation**
  - Ordering/scheduling requirements and procedures
  - Special use airspace
  - Special use mission requirements
  - Incident/accident reporting and documentation procedures
  - Flight management/tracking procedures

- **Expanded Dispatch Plan**
  - Indicators for considering establishment of expanded dispatch
  - Recommended organization and points of contact
  - Overhead positions to order
  - Location/facilities, equipment/supplies, support needs
  - Procurement or buying unit team considerations

- **Service and Supply Plan**
  - Current copies of competitive Incident Blanket Purchase Agreements (I-BPAs)
  - Source lists for incident-only sign-ups
  - Protocols for the use of Dispatch Priority Lists (DPLs)
  - Protocols for incident business coordination with agency administrative personnel
  - Contact lists and hiring procedures for AD or non-fire personnel, ground, and logistics support
  - A list of locations for use as Staging Areas, Mobilization Centers, and Incident Command Posts (where applicable)
  - Procedures for Local and Geographic Area Cache ordering
  - Commercial travel procedures (including instructions on the use of the agency corporate travel cards)
  - Incident Management Team and Buying Team mobilization

## Administrative Items

- Funding; travel; time sheets; fire reports, etc.
- Procedures for completing and archiving fire records
- Procedures for mobilization of critical incident stress debriefing teams

**Medical Plan**

- Criteria/definitions; agency notification and documentation requirements
- Procedures for Emergency Medical Response and notification
- Activation/evacuation information
- Medical facility locations and phone numbers
- Air and ground transport (Medevac) capability
- Burn center information

**Media Plan**

- General procedures
- Notification requirements to agency external affairs personnel
- Routing for media calls

**Required Reference Materials**

All coordination/dispatch centers will have the following reference materials available:

- *National Interagency Mobilization Guide*
- *Geographic Area Mobilization Guide*
- *Interagency Standards for the ROSS Operations Guide*
- *Interagency Standards for Fire and Fire Aviation Operations*
- *WIMS User Guide*
- *National Predictive Services Handbook*
- *Interagency Situation Report User's Guide*
- *ICS – 209 Program User's Guide*
- *North American Emergency Response Guidebook* (DOT)
- *Interagency Helicopter Operations Guide*
- *Aircraft Identification Guide*
- *Interagency Air Tanker Bases Directory*
- *Interagency SEAT Operations Guide*
- *Interagency Areal Supervision Guide*
- *Interagency Smokejumper Operations Guide*
- *National Retardant Contract*
- *Interagency Call When Needed Helicopter Contract*
- *Interagency Airspace Guide*
- *Interagency Air Tanker Base Operations Guide*
- Military/National Guard Operating Plan (if applicable)

- Aviation Safety Plans
- AP1B
- Frequency Guides
- National Regional/State/Local Aviation Plans
- Local airport, SEAT base, air tanker base, helibase and smoke jumper base locations
- Current and complete *Interagency Aviation Mishap Response Guide*
- *National Food Service Contract, NFES 1276*
- *National Shower Facilities Contract, NFES 2729*
- *National Incident Radio Support Cache (NIRSC) User's Guide, NFES 0968*
- *Interagency Incident Business Management Handbook* including Geographic Area Supplements
- *National Fire Equipment Systems Catalog, NFES 0362*
- DPL contracts for vendors located in the local area
- A Continuation of Operations Plan (COOP)
- Fire Danger Operating Plan or other preparedness operating plan*
- Current Fire Danger PocketCards*
- Fire Management Plan*
- Mutual aid/initial attack agreements*

* Local Dispatch Centers only.

# Index

7-Day Significant Fire Potential Outlook........................................................198
AA Certification Program (FS) ......................................................................110
AA Core Competencies (FS)..........................................................................110
AA Guidelines (FS)........................................................................................111
AA Responsibilities, Field Level (FS) ...........................................................114
AA Roles and Responsibilities for Incident Management (FS).....................110
AA Trainee, Evaluation Process (FS)............................................................113
AA, Currency (FS) ........................................................................................113
Accident Investigation (AI) Process, Wildland Fire......................................334
Accident Investigation 24- and 72-Hour Reports..........................................334
Accident Investigation Final Report...............................................................335
Accident Investigation Methodology .............................................................334
Accident Investigation Report Standard Contents..........................................335
Accident Investigation, Notification ..............................................................334
Accident Notification.....................................................................................351
Accident Review Board/Board of Review ......................................................333
Accident/Injury Reporting...............................................................................158
Accident/Injury Reporting, Agency Reporting Requirements.........................159
Accident/Injury Reporting, OSHA Reporting Requirements..........................159
AD, Pay Plan for Prescribed Fire, Use of......................................................317
Additional Mapped Avoidance Areas, , Definition.........................................242
Adjective Fire Danger Rating..........................................................................191
Aerial Ignition................................................................................................304
Aerial Ignition Devices...................................................................................277
Aerial Supervision Module (ASM) ................................................................306
Aerial Supervision Module Program Training and Qualifications ..................307
Aerial Supervision Module, Operational Considerations................................306
Aerial Supervision Module, Policy.................................................................307
Aerial Supervision Principles for ATGS, ASM, and Lead .............................304
Aerial Supervision, Operational Procedures and Policy .................................305
After Action Reviews (AARs).........................................................................321
Agency Administrator Definition....................................................................220
Agency Administrator Roles (NPS)...................................................................69
Agency Administrator Roles, Chief, National Wildlife Refuge System (FWS)...............89
Agency Administrator Roles, Director (FWS) ..................................................89
Agency Administrator Roles, Director (NPS) ...................................................69
Agency Administrator Roles, FWS ...................................................................89
Agency Administrator Roles, Park Superintendent (NPS) ...............................69
Agency Administrator Roles, Project Leader/Refuge Manager (FWS).............90
Agency Administrator Roles, Regional Chief and Refuge Supervisors ...........90
Agency Administrator Roles, Regional Director (FWS)....................................89
Agency Administrator Roles, Regional Director (NPS).....................................69
Agency Certified Positions.............................................................................266
Agency Planning Guidance, Fire Management Planning .................................186
Agreement for Fire Management, USDOI and USDA Interagency ..................161
Agreement Policy............................................................................................169
Agreement, DOI, USDA, and DOD Interagency Agreement...........................161
Agreement, Elements of an .............................................................................170

Agreements, Inter-refuge (FWS)........................................................102
Agreements, Local Interagency.......................................................170
Agreements, National Interagency ..................................................169
Agreements, Regional/State Interagency .......................................170
Agreements, Types of ....................................................................169
AI, Investigation Team Membership................................................334
Air Ambulance Coordination .........................................................146
Air Tactical Group Supervisor (ATGS) ...........................................305
Air Tactical Group Supervisor, Operational Considerations............306
Air Tactical Group Supervisor, Program Management.....................305
Air Tactical Group Supervisor, Training.........................................305
Airspace Coordination....................................................................295
Airtanker Base Operations .............................................................310
Airtanker Base Personnel ...............................................................310
Airtanker Rotation..........................................................................308
Airtanker Types..............................................................................308
Airtankers.......................................................................................307
Airtankers, Canadian......................................................................309
Airtankers, Loading Operations .....................................................310
Airtankers, Rotation of State ..........................................................309
Airtankers, Startup/Cutoff Time for Multi Engine ..........................310
All Terrain Vehicles (ATV)/Utility Terrain Vehicles (UTV)............273
All-Hazard IMTs and Other Non-Wildland Fire IMTs ...................181
All-Hazards Coordination and Cooperation .........................174, 178
All-Hazards Guiding Principles and Doctrine (USFS)......................179
Annual Fireline Safety Refresher Training......................................251
Annual Operating Plan, Fiscal Responsibility Elements of an .........173
Annual Operating Plan, General Elements of an..............................171
Annual Operating Plans (AOPs) ....................................................171
Annual Safety Inspections, Scheduled Maintenance, and Daily Inspections, Vehicle
    (NPS)........................................................................................84
Aquatic Invasive Species, Operational Guidelines for ....................226
Area Command ..............................................................................213
Assignment Extension.....................................................................135
Assistant Director, Fire and Aviation (FA-100) (BLM)....................14
Aviation Assets ..............................................................................301
Aviation Hazard ............................................................................291
Aviation Operations and Resources ...............................................285
Aviation Safety Assistance Team (ASAT)........................................291
Aviation Safety Assistance Team (ASAT) Reviews .........................322
Aviation Stand Downs ...................................................................298
Aviation, How to Properly Refuse Risk ..........................................290
Aviation, Organizational Responsibilities........................................285
Aviation, Organizational Responsibilities (BLM) ...........................285
Aviation, Organizational Responsibilities, FS.................................286
Aviation, Organizational Responsibilities, Local Office..................288
Aviation, Organizational Responsibilities, NPS..............................286
Aviation, Organizational Responsibilities, Office of Aviation Services (OAS)............285
Aviation, Organizational Responsibilities, State/Regional Office...................287
Aviation, Purpose and Scope...........................................................285

**EXHIBIT 7**

BLM Fire Equipment Improvement/Deficiency Reporting System (BLM) ....................39
*BLM Standards for Fire Training and Workforce Development* ......................................47
BLM Wildland Fire and Aviation Program Organization and Responsibilities,
    Introduction ..................................................................................................................13
Boot Standard, Wildland Fire ....................................................................................140
Briefings, Incident ......................................................................................................144
Burn Injuries, Required Treatment for ........................................................................147
Burn Injury Criteria, Severity Determination ..............................................................149
Burn Injury Criteria, ABA ..........................................................................................148
Burn Injury Criteria, Percentage Total Body Surface Area (TBSA) ...........................149
Burned Area Emergency Response (BAER) Teams .....................................................231
Buying/Payment Teams ..............................................................................................215
Cache Management ......................................................................................................233
Camps and Plans to Remain in Place, Location of Fire................................................145
Cause Determination and Trespass Investigation, Fire................................................336
Cause Determination and Trespass Investigation, Fire, Introduction ..........................336
Cause Determination and Trespass Investigation, Fire, Policy ...................................336
Cause Determination and Trespass Investigation, Fire, Related Policy Documents ......338
Cellular/Satellite Phone Communications...................................................................279
Certification of Non-Agency Personnel ......................................................................249
Chainsaw Operators and Fallers .................................................................................267
Chemical Avoidance Areas, Fire.................................................................................304
Chocks..........................................................................................................................269
Closures, Unit/Area.....................................................................................................226
Command Organizations...............................................................................................208
Command Organizations, On-site .................................................................................209
Command Philosophy, Fire Operations.........................................................................9
Communications ..........................................................................................................279
Communications on an Incident, Military ...................................................................284
Communications, Policy ..............................................................................................279
Complexity, Wildfire ..................................................................................................207
Compliance, Definition ...............................................................................................187
Concepts and Definitions, Fire Management Planning .................................................187
Connection to Other Plans, Fire Managemnt Planning .................................................188
Contingency Resources, Activation of........................................................................318
Contracts, Agreements .................................................................................................170
Contracts, Radio ..........................................................................................................279
Conversions, Equipment (BLM) ....................................................................................40
Cooperative Agreements, National Wildland Fire .......................................................161
Cooperative Agreements, Standards for.......................................................................169
Cooperator Aircraft .....................................................................................................311
Coordination and Cooperation, Interagency ...............................................................161
Cost Effective Fire Operations .....................................................................................11
Cost Management..........................................................................................................232
Days Off........................................................................................................................134
Decision Approval Process in Alaska for Non-BLM Lands, Wildfire ...........................68
Declared Wildfire Reviews ..........................................................................................324
Definitions......................................................................................................................6
Definitions (FS)............................................................................................................114
Definitions, Reviews and Investigations .....................................................................325

**Release Date: January 2016**                                      Index-3

Definitions, Safety and Risk Management ....................................................... 132
Delegation for District/Zone/Field Office Fire Management Officers (FMO) (BLM) ..... 28
Delegation for Regional Fire Management Officers (NPS) ................................... 81
Delegation for State Fire Management Officers (SFMO) (BLM) .......................... 27
Delegation of Authority (BLM) ...................................................................... 27
Delegation of Authority, FWS ....................................................................... 101
Delegation of Authority, NPS ......................................................................... 81
Delegation of Authority, Regional Fire Management Coordinator (FWS) ............. 101
Delegation of Authority, Zone Fire Management Officer (ZFMO), FWS ............... 101
Delegation of Authority. Dispatch/Coordination Center Manager ....................... 344
Department of Interior (DOI), Agency Planning Guidance ................................ 186
Dispatch and Coordination System .............................................................. 339
Dispatch and Coordination System, Introduction .......................................... 339
Dispatch and Coordination System, Organization .......................................... 340
Dispatch Center Functional Responsibilities, Local ....................................... 348
Dispatch Centers, Local ....................................................................... 167, 341
Dispatch Recording Devices ....................................................................... 279
Dispatch/Coordination Center Administration ............................................... 343
Dispatch/Coordination Center Administration, MOU ...................................... 343
Dispatch/Coordination Center Administration, Continuity of Operations Plan
     (COOP) ............................................................................................ 344
Dispatch/Coordination Center Administration, Service and Supply Plans ........... 344
Dispatch/Coordination Center Reference Material .......................................... 351
Dispatch/Coordination Center, Facilities and Equipment ................................ 352
Dispatch/Coordination Center, Training ....................................................... 351
Dispatch/Coordination System, National ..................................................... 167
Dozer/Tractor Plow Operational Procedures ................................................. 273
Dozer/Tractor Plow Physical Fitness Standards ............................................ 273
Dozer/Tractor Plow Training and Qualifications ............................................ 273
Dozers/Tractor Plows ............................................................................. 273
Drawdown Levels, Establishing .................................................................. 342
Drawdown, Local and Geographic Area ................................................. 168, 342
Driver Requirements, Engine (BLM) ............................................................. 58
Driver Training for Regular Drivers of Fire Equipment (BLM) ........................... 49
Driving Standard ............................................................................. 136, 269
Dump and Spill Sites ............................................................................... 151
Emergency Assistance ............................................................................. 170
Emergency Light Use ............................................................................... 270
Emergency Management Planning and Services, Incident ............................... 226
Emergency Management Planning, Incident ................................................. 351
Emergency Management Planning, Incident Medical ...................................... 146
Emergency Medical Response, Public .......................................................... 229
Emergency Notification and Contact Information (BLM) .................................. 34
Emergency Support Function (ESF) Annexes ............................................... 176
Employee Advocacy (BLM) ......................................................................... 35
Employee Conduct (BLM) ........................................................................... 36
Employee Safety and Health Program Responsibility (BLM) ........................... 34
Endangered Species Act (ESA) Emergency Consultation ............................... 244
Engine Inventories ................................................................................. 272
Engine Module Standards (NPS) .................................................................. 82

**EXHIBIT 7**

Engine Modules ..........................................................................258
Engine Operating Standards (NPS) ...........................................82
Engine Ordering (BLM) .............................................................56
Engine Staffing, Fire ..............................................................271
Engine Typing ........................................................................271
Engine Use Report (EUR) (BLM)...............................................38
Engine/Tactical Water Tender Water Reserve .......................269
Engines (BLM) ..........................................................................56
Engines, Firefighting .............................................................271
Engines, Operational Procedures...........................................271
Equipment Bulletins and Equipment Alerts (NPS) .................84
Equipment Development (BLM)................................................38
Evaluation, Team ...................................................................225
Explosives, Munitions, and Unexploded Ordinance ..............149
Explosives, Munitions, and Unexploded Ordinance, Notifications............................150
Explosives/Munitions/UXO Associated with Former Defense Sites, Discovery of .......150
Extended Attack Incident, Definition..........................................7
Extended Attack, Definition.......................................................7
Eye and Face Protection .........................................................142
Factual Report........................................................................333
Federal Agencies Assistance ..................................................316
Federal Fire Policy Council (FFPC) .........................................162
Federal Wildland Fire Management Policy Overview ................1
Federal Wildland Fire Management Policy, Elements of............3
Field Attire, Wildland Fire .....................................................139
Final Wildland Fire Record (FWS) ..........................................103
Fire and Aviation Directorate (BLM).........................................14
Fire and Aviation Management Credential Program (NPS) .......87
Fire and Aviation Safety Team (FAST) Reviews......................321
Fire Chemicals, Aerial Delivery of Long-Term Retardant on USDA Forest Service
  Lands, Exceptions for .........................................................243
Fire Chemicals, Exceptions for All Other Agencies and All Other ....................243
Fire Chemicals, Guidance for Pilots........................................242
Fire Chemicals, Interagency Policy for Aerial and Ground Delivery of Wildland Fire
  Chemicals Near Waterways and Other Avoidance Areas .........241
Fire Chemicals, Policy for Use of ...........................................239
Fire Chemicals, Reporting Requirements of Aerially Delivered Wildland Fire Chemicals
  Into Waterways, Waterway Buffer Areas and Mapped Avoidance Areas ................243
Fire Chemicals, Safety Information ........................................240
Fire Chemicals, Types of ........................................................239
Fire Danger Operating Plan Rating ........................................191
Fire Danger PocketCard for Firefighter Safety ......................196
Fire Danger Rating..................................................................190
Fire Danger, Communication of..............................................191
Fire Engine and Command Vehicle Identifier Standards (BLM) ....................39
Fire Equipment Committees (BLM) ..........................................37
Fire Equipment Maintenance and Inspections........................270
Fire Equipment Maintenance and Procedure Record (FEMPR) (BLM) ............41
Fire Equipment Standardization (BLM).....................................38
Fire Equipment Status Report (FES) (BLM)...............................38

Release Date: January 2016

Fire Executive Council (FEC) ........................................................................... 163
Fire Extinguisher ............................................................................................... 269
Fire Management in Wilderness ....................................................................... 226
Fire Management Leadership Board (NPS) ....................................................... 79
Fire Management Plan, Definition ................................................................... 187
Fire Management Planning, Purpose ............................................................... 185
Fire Management Position Requirements (FS) ................................................. 121
Fire Management Position Titles and Fire Department Cooperator
    Equivalencies (BLM) ................................................................................... 30
Fire Management Unit, Definition ................................................................... 187
Fire Operations Doctrine ..................................................................................... 8
Fire Prevention/Mitigation Plans .................................................................... 195
Fire Reporting (FWS) ...................................................................................... 102
Fire Severity Funding (FWS) ........................................................................... 102
Fire Shelters .................................................................................................... 141
Fire Suppression Action, Principles of ............................................................. 10
Fire Suppression Modules (BLM) ..................................................................... 56
Fire Type, Definition ........................................................................................... 6
Fire Vehicle Operation Standards ................................................................... 139
Firefighter Training and Qualifications ........................................................... 247
Firefighter Training and Qualifications, Introduction ...................................... 247
Firefighters (BLM) ............................................................................................ 43
Firefighters, Introduction (BLM) ...................................................................... 43
Firefighters, Mobilization of (BLM) ................................................................. 44
Firefighting Engine/Water Tender Common Standards .................................. 269
Firefighting Equipment .................................................................................... 269
Firefighting Equipment, Introduction .............................................................. 269
Firefighting Equipment, Policy ........................................................................ 269
First Aid Kit ...................................................................................................... 269
Fitness Challenge, BLM National Fire Operations .......................................... 50
Fitness Level – Wildland Firefighter Medical Standards Program (DOI/MSP),
    Arduous ...................................................................................................... 253
Fitness Levels, Medical Exam Process for Light and Moderate ..................... 254
Fixed Ownership Rates (FORs), NPS ................................................................ 84
Flagging, Standard Safety ............................................................................... 145
Flight and Duty Limitations Implementation, Interim ..................................... 299
Flight and Duty Limitations, Phase 1 – Standard Flight and Duty Limitations ... 299
Flight and Duty Limitations, Phase 2 – Interim Duty Limitations ................... 300
Flight and Duty Limitations, Phase 3 – Interim Duty Limitations ................... 300
Flight Operations, Congested Area .................................................................. 293
Flight Operations, Low-level ........................................................................... 293
Flight Operations, Low-level, Operational Procedures ................................... 293
Flight Request and Approval ........................................................................... 296
Flight-Following All Aircraft ............................................................................ 298
Foam, Fire Suppressant ................................................................................... 239
Foundational Doctrine, Leadership and Accountability (FS) .......................... 108
Foundational Doctrine (FS) ............................................................................. 107
Foundational Doctrine, Mission ...................................................................... 108
Foundational Doctrine, Operations (FS) .......................................................... 109
Foundational Doctrine, Risk Management (FS) ............................................... 110

     **Release Date: January 2016**

**EXHIBIT 7**

Foundational Doctrine, Roles and Relationships (FS)....................................109
Foundational Doctrine, The Operational Environment ................................108
Frequencies, Government-wide Area Common User ...................................283
Frequencies, National Interagency Air Tactics ...........................................282
Frequencies, National Interagency Fire Tactical .........................................283
Frequencies, Pre-assigned National ...........................................................281
Frequency Management, Aviation Operations ............................................281
Frequency Management, Daily Operational.................................................280
Frequency Management, Incident ...............................................................280
Frequency Management, Mutual Aid ..........................................................280
Frequency Management, Radio ...................................................................280
Frequency, National Air Guard ..................................................................281
Frequency, National Flight Following.........................................................282
Frequency, National Interagency Airtanker Base........................................282
Frequency, Smokejumper and Rappel/RADS Air to Ground......................282
Fuel and Fire Behavior Advisories .............................................................198
Fuels Management .....................................................................................313
Fuels Management Accomplishments, Reporting........................................314
Fuels Management Activities, Non-fire ......................................................318
Fuels Management, Introduction ................................................................313
Fuels Treatment Effectiveness Monitoring (FTEM), Reporting ..................314
Fuels Treatments Burned in a Wildfire, Regarding Planned .......................315
Funding, Preparedness (BLM) .....................................................................44
Funding, Suppression (BLM).......................................................................44
General Driving Policy...............................................................................136
Geographic Area Coordination Center Functional Responsibilities.............346
Geographic Area Coordination Centers (GACCs) ......................................167
Goal, Safety and Risk Management ...........................................................132
GPS Datum and Coordinate Format Standard (BLM)...................................68
GPS Datum and Coordinate Format Standard (FWS).................................105
Gross Vehicle Weight (GVW) ....................................................................270
Ground Ignition Devices and Transporting/Dispensing Fuel .....................277
Guidance on the Selection of Coaches (FS) .... .........................................113
Guiding Principles of the Federal Wildlan Fire Management Policy ...............1
Guiding Principles, Safety and Ri:l. Management .......................................131
Hand Crew Standards (i ..ew types), BLM.................................................51
Hand Crew Stand ids by Type (BLM)..........................................................51
Hand Cr ¬ s (BLM)....................................................................................51
H᠆ Crews, Other........................................................................................261
Hand Crews, Other, Policy.........................................................................261
Harassment and Misconduct, Examples of (BLM) .......................................36
Hazard Pay/Environmental Differential for Prescribed Fire Implementation.................317
Hazardous Duty Assignments on Federal Incidents, Minimum Age
    Requirements for ................................................................................258
Hazardous Materials Exposure, Industrial and Naturally Occurring .............151
Hazardous Materials Response ..................................................................151
Head Protection.........................................................................................141
Health Screen Questionnaire (HSQ) ..........................................................255
Hearing Protection ....................................................................................142
Helicopter Locations, BLM Exclusive Use ...................................................63

EXHIBIT 7

Helicopter Modules...........................................................................................................258
Helitack...........................................................................................................................301
Helitack Crew Qualifications and Composition, Target Exclusive Use (BLM)..............64
Helitack Crews, Exclusive Use (BLM) ...........................................................................62
Helitack, Communication................................................................................................302
Helitack, Operational Procedures....................................................................................302
Helitack, Organization – Crew Size ...............................................................................301
Helitack, Training and Experience Requirements ...........................................................302
Helitack, Transportation..................................................................................................302
Homeland Security Act ...................................................................................................175
Homeland Security Presidential Directive-5 ..................................................................175
Home-to-Work Transportation (BLM).............................................................................42
Honor Guard, Interagency Standards for Fire and Fire Aviation Operations ..................36
IHC Annual Crew Mobilization (BLM) ...........................................................................54
IHC Annual Crew Pre-Mobilization Process .................................................................260
IHC Availability Periods.................................................................................................261
IHC Certification.............................................................................................................260
IHC Communications......................................................................................................261
IHC Decertification and Recertification (BLM)...............................................................54
IHC Locations (BLM)......................................................................................................54
IHC Organization............................................................................................................261
IHC Policy ......................................................................................................................260
IHC Readiness Review, Annual......................................................................................260
IHC Size (BLM)................................................................................................................55
IHC Status Reporting System (BLM) ..............................................................................55
IHC Status Reporting System, National..........................................................................261
IHC, Training and Qualification Requirements (BLM) ...................................................55
Incident Action Plan.......................................................................................................223
Incident Business (BLM) .................................................................................................30
Incident Business Management.......................................................................................231
Incident Characteristics..................................................................................................209
Incident Characteristics, Type 1 ....................................................................................212
Incident Characteristics, Type 2 ....................................................................................211
Incident Characteristics, Type 3 ....................................................................................210
Incident Characteristics, Type 4 ....................................................................................210
Incident Characteristics, Type 5 ....................................................................................209
Incident Command ..........................................................................................................208
Incident Command System (ICS)....................................................................................207
Incident Command, Type 1 ............................................................................................212
Incident Command, Type 2 ............................................................................................212
Incident Command, Type 3 ............................................................................................211
Incident History and Financial Records .........................................................................224
Incident Management and Response ...............................................................................207
Incident Management Team Extensions..........................................................................136
Incident Management Teams ..........................................................................................213
Incident Management Teams and Other Non-Wildland Fire IMTs, All-Hazard ............215
Incident Management Teams, Release of........................................................................225
Incident Management Teams, Type 1 .............................................................................213
Incident Management Teams, Type 2 .............................................................................214
Incident Operations Driving...........................................................................................139

   Release Date: January 2016

Incident Qualification Card.................................................................249
Incident Qualification Card Expiration Dates ..................................250
Incident Qualifications and Certification System (IQCS) ...............248
Incident Remote Automated Weather Stations.................................276
Incident Status Reporting.................................................................223
Incident, Managing the....................................................................220
Incident, Managing the, AA Representative Responsibilities ..........222
Incident, Managing the, Agency Administrator Responsibilities......220
Incident, Managing the, Resource Advisor Responsibilities.............222
Incident, Managing the, Use of Trainees..........................................223
Incidents/Accidents, Aircraft...........................................................292
Individual Fire Report (FWS) ..........................................................102
Individual Fire Reviews ...................................................................323
Information Resources, Aviation.......................................................288
Initial Attack (IA) , Definition ............................................................7
Initial Response, Definition..................................................................7
Initial Response/Pre-planned Dispatch Plans...................................195
Interagency Coordination and Cooperation, Introduction ...............161
Interagency Fire Program Management Standards (BLM) .................50
Interagency Hotshot Crews (IHC) ....................................................260
Interagency Hotshot Crews (IHCs) (BLM) ........................................54
*Interagency Incident Business Management Handbook*....................168
*Interagency Standards for Fire and Fire Aviation Operations*, Purpose............1
*Interagency Standards for Fire and Fire Aviation Operations*, Scope................1
Interior Fire Executive Council (IFEC)............................................165
International Disasters Support .........................................................182
International Non-Wildland Fire Coordination and Cooperation .....182
International Wildland Fire Coordination and Cooperation .............182
Invasive Species. Operational Guidelines for...................................245
Inventory Management ......................................................................234
Inventory Management, Accountability ............................................234
Inventory Management, Cache Returns and Restock Procedures .....236
Inventory Management, Consumable Items.......................................235
Inventory Management, Durable Items..............................................235
Inventory Management, Fire Loss Tolerance Reporting for Type 1 and 2 Incidents .....236
Inventory Management, Incident Management and Environmental Sustainability ........235
Inventory Management, Incident Replacement of Government Property ....................237
Inventory Management, Incident Supply and Equipment Return Procedures................236
Inventory Management, Incident-to-Incident Transfer of Supplies and Equipment.......235
Inventory Management, System Implementation...............................234
Inventory Management, Trackable Items...........................................234
Inventory, Engine Equipment (BLM) .................................................41
Investigation Processes ....................................................................327
Investigation Types and Requirements.............................................326
Investigations ...................................................................................324
Investigations, Federal Interagency..................................................319
Job Hazard Analysis (JHA)/Risk Assessment (RA)........................132
Land/Resource Management Plan, Definition...................................187
Large Fire Cost Reviews ..........................................................232, 322
LCES – A System for Operational Safety ........................................144

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 446 of 463   PageID #: 1343

Leadership, Fire .................................................................................................. 9
Leadplane ........................................................................................................ 306
Leg Protection ................................................................................................ 142
Length of Assignment ..................................................................................... 133
Length of Assignment, Assignment Definition ............................................... 133
Lighting .......................................................................................................... 270
Lights and Siren Response (BLM) .................................................................... 42
Lights and Siren Response (NPS) ..................................................................... 83
Local Caches, Type 4 ...................................................................................... 234
Maintenance and Care Standards, Fire Equipment (BLM) ............................... 41
Maintenance, Repairs and Replacement, Vehicle (NPS) ................................... 84
Management Actions for emote Automated Weather Stations (RAWS) ........... 197
Management Board (FMB) .............................................................................. 164
Management Controls to Mitigate Exposure .................................................... 139
Management Evaluation Report ....................................................................... 333
Management Structure, National Wildland Fire ............................................... 162
Manager's Oversight (BLM) ............................................................................. 22
Maximum Consecutive Days Worked – Home Unit ......................................... 136
Medical Examinations and Work Capacity Tests ............................................. 253
Medical Planning and Services, Emergency .................................................... 146
Medical Services, Incident Emergency ............................................................ 147
Military or National Guard Helicopters and Pilots .......................................... 311
Mission Flights ............................................................................................... 296
Mobile Attack (Pump and Roll) ...................................................................... 270
Mobile Fire Equipment Policy (BLM) .............................................................. 37
Mobile Fire Equipment, Introduction (BLM) .................................................... 37
Mobilization and Demobilization ................................................................... 138
Mobilization Guide/Dispatch Operating Plan, Local ...................................... 341
Mobilization Guides ....................................................................................... 341
Modification/Retrofitting, Equipment (BLM) ................................................... 40
Modular Airborne Fire Fighting System (MAFFS) ........................................... 311
Module Mobilization, Fire Suppression (BLM) ................................................. 56
Multi-Agency Coordinating (GMAC) Groups, Geographic Area ..................... 166
Multi-Agency Coordinating (NMAC) Group, National .................................... 166
Multi-Agency Coordination (MAC) ................................................................ 216
Multi-Agency Management and Coordination ................................................. 166
National Fire Equipment Program (NFEP) (BLM) ............................................. 38
National Fire Operations Fitness Challenge (NPS) ............................................ 85
National Incident Management Organization (NIMO) ..................................... 214
National Incident Management System ............................................................ 207
National Incident Management System (NIMS) ............................................... 176
National Interagency Coordination Center (NICC) .......................................... 167
National Interagency Support Caches, Type 1 and 2 ........................................ 233
National Oil and Hazardous Substances Pollution Contingency Plan .............. 177
National Ready Reserve (NRR) ................................................................ 168, 342
National Response Framework .................................................................. 175, 207
National Wildfire Coordinating Group (NWCG) ............................................. 165
National Wildland Significant Fire Potential Outlook ..................................... 198
Neck Protection .............................................................................................. 142
NICC Functional Responsibilities .................................................................. 344

**Release Date: January 2016**

Non-Incident Operations Driving ........................................................................ 138
Nonskid Surfaces ............................................................................................... 269
Non-Wildland Fire Incidents, Responding to ...................................................... 227
Noxious Weed Prevention .................................................................................. 227
NWCG Relationship to BLM ................................................................................. 13
NWCG Role in Support, Coordination, and All-Hazards Response by Wildland Fire
    Agencies ....................................................................................................... 178
Objectives, Wildfire Management ........................................................................... 6
Office of Wildland Fire (OWF) ........................................................................... 165
Operations, Nature of Fire .................................................................................... 8
Ordering, Mobile Fire Equipment (BLM) .............................................................. 40
Organization and Responsibilities, Wildland Fire and Aviation Program (FS) .............. 107
Organization and Responsibilities, Wildland Fire and Aviation Program,
    Introduction (FS) ........................................................................................ 107
Other Resources, Agency Planning Guidance ...................................................... 187
Performance Requirements for Fire Operations, Agency Administrator Management .... 70
Performance Requirements for Fire Operations, Fire Management Staff (FWS) ............. 97
Performance Requirements for Fire Operations, Fire Staff (BLM) ............................ 24
Performance Requirements for Fire Operations, Management (BLM) ........................ 20
Performance Requirements for Fire Operations, Management (FWS) ........................ 90
Personal Protective Equipment (PPE) ................................................................. 140
Personal Protective Equipment (PPE), Specialized or Non-Standard ....................... 143
Physical Fitness ................................................................................................. 252
Physical Fitness and Conditioning ...................................................................... 252
Physical Fitness and Conditioning (FWS) ........................................................... 103
Physical Fitness Standards, BLM Firefighter Mandatory ........................................ 49
Physical Fitness Standards, Firefighter Target (NPS) ............................................. 85
Point-to-Point Flights ........................................................................................ 296
Policy and Guidance, Mobile Fire Equipment (BLM) .............................................. 37
Policy, Fire Management Planning ...................................................................... 185
Policy, Fuels Management .................................................................................. 313
Policy, Safety and Risk Management ................................................................... 131
Positions, Requirements for Fire Management (NPS) ............................................. 79
Post Incident Review (BLM) ................................................................................ 23
Post-Katrina Emergency Management Reform Act ............................................... 178
Post-Wildfire Activities ...................................................................................... 229
Predictive Service Areas .................................................................................... 197
Predictive Services Fire Potential Outlooks and Advisories, National ....................... 198
Preparedness .................................................................................................... 189
Preparedness Level Plans .................................................................................. 193
Preparedness Overview ..................................................................................... 189
Preparedness Planning ...................................................................................... 189
Preparedness Reviews ....................................................................................... 321
Preparedness, Fire ................................................................................................ 8
Preposition Funding, National (BLM) .................................................................... 46
Preposition Funding, State Discretionary (BLM) .................................................... 47
Preposition Strategy, National, Fire Operations Group National (BLM) ..................... 44
Prescribed Fire During Preparedness Levels 4 and 5 ........................................... 316
Prescribed Fire Implementation, Use of Contractors for ....................................... 317
Prescribed Fire, Definition ..................................................................................... 8

Release Date: January 2016       

INDEX

Prescribed Fire, Non-NWCG Agency Personnel Use on ........................................248, 317
Professional Liability Insurance Reimbursement, Qualification for............................205
Program Organization and Responsibilities, Introduction (FWS)..................................89
Program Organization and Responsibilities, Introduction (NPS)...................................69
Protection, Definition..........................................................................................7
Qualification and Certification Process.................................................................247
Qualifications and Qualifications Exceptions, Specific (NPS).........................................88
Qualifications, Non-NWCG Agency Personnel ...........................................................248
Qualifications, Specific (FWS) ............................................................................105
Radio Communications.......................................................................................279
Radio Support, Incident......................................................................................283
Radio Systems..................................................................................................353
Ram-Air Parachute System Management (BLM) .........................................................60
Rapid Lesson Sharing (RLS)..................................................................................324
Rappel and Cargo Let-Down, Helicopter...................................................................303
Reconnaissance or Patrol Flights...........................................................................307
Remote Area Weather Station, Management Actions for ..............................................197
Remote Area Weather Station, Noncompliance Report .................................................197
Remote Automatic Weather Stations (RAWS), Management Actions for
    Noncompliant (BLM) ......................................................................................64
Resource Management Objectives, Reporting of Wildfire Acres That Meet ......................315
Respiratory Protection........................................................................................143
Response to Wildfire, Definition..............................................................................7
Responsibilites, Support Services Division Chief (FA-200) (BLM)..................................15
Responsibilites, Aviation Division Chief (FA-500) (BLM)............................................17
Responsibilites, Budget and Evaluation Division Chief (FA-400) (BLM).........................17
Responsibilites, Deputy Assistant Director, F&A (FA-100) (BLM)................................14
Responsibilites, District/Field Manager (BLM)........................................................20
Responsibilites, District/Zone/Field Office Fire Management Officer (BLM) ..................23
Responsibilites, Duty Officer (DO), NPS ...............................................................82
Responsibilites, Equal Employment Opportunity Manager (EEO) (FA-102) (BLM) .....15
Responsibilites, External Affairs Division Chief (FA-700) (BLM) ................................19
Responsibilites, Fire Duty Officer (FWS)................................................................102
Responsibilites, Fire Operations Division Chief (FA-300) (BLM) ................................16
Responsibilites, Fire Planning and Fuels Management Division Chief (FA-600)
    (BLM)..........................................................................................................18
Responsibilites, Operational Duty Officer (ODO), BLM..............................................29
Responsibilites, Program Manager (BLM)................................................................14
Responsibilites, Safety and Occupational Health Program (BLM) ................................30
Responsibilites, State and National Duty Officers (BLM)............................................29
Responsibilites, State Director (BLM) ....................................................................19
Responsibilites, State Fire Management Officer (SFMO) (BLM) ..................................23
Retardant, Long-Term..........................................................................................239
Reviews ...........................................................................................................319
Reviews and Investigations ..................................................................................319
Reviews and Investigations, Introduction ................................................................319
Reviews and Investigations, Multiagency Cooperation.................................................319
Risk and Complexity Assessment, Wildfire...............................................................208
Risk Assessment and Risk Management, Aviation ......................................................289
Risk Management Process ....................................................................................132

EXHIBIT 7

Risk Management, Wildland Fire Operations ........................................................8
Risk, Right to Refuse ........................................................144
SAFECOM........................................................292
Safety and Health Responsibilities for the Fire Program (BLM) ........................31
Safety and Risk Management........................................................131
Safety and Risk Management, Introduction ........................................................131
Safety Assistance Team (SAT) Visits ........................................................322
Safety Briefing, Aviation ........................................................291
Safety Support, Aviation ........................................................291
Safety, Aerial Applications of Wildland Fire Chemical ........................................292
Safety, Aviation ........................................................288
Safety, Fireline ........................................................144
Sage Grouse Conservation Related to Wildland Fire (BLM)........................................65
SAI 24- and 72-Hour Reports ........................................................332
SAI Final Report ........................................................333
SAI Team (SAIT) Composition ........................................................331
SAI, Agency Administrator Responsibilities ........................................................330
SAI, Designating the Investigation Team Lead........................................................331
SAI, Fire Director Responsibilities ........................................................330
SAI, Notification........................................................330
Seasonal Tracking, Local Unit ........................................................198
Security, Document and Computer ........................................................224
Serious Accident Investigation (SAI) Process, Wildland Fire........................................327
Severity Funded Personnel, Labor Cost Coding For Fire........................................204
Severity Funding Charges and Activities, Appropriate Fire........................................201
Severity Funding Charges, Inappropriate Fire........................................................202
Severity Funding Requests, Sequence of Action and Responsible Parties for ........203
Severity Funding Reviews ........................................................204
Severity Funding, Authorization ........................................................200
Severity Funding, Aviation ........................................................201
Severity Funding, Documentation ........................................................204
Severity Funding, Fire........................................................199
Severity Funding, Interagency Severity Requests ........................................................203
Severity Funding, Labor........................................................201
Severity Funding, National-Level (BLM) ........................................................45
Severity Funding, National-Level Fire ........................................................201
Severity Funding, Prevention Activities........................................................202
Severity Funding, Requesting Fire........................................................203
Severity Funding, Travel and Per Diem ........................................................202
Severity Funding, Typical Uses ........................................................200
Severity Funding, Vehicles and Equipment ........................................................201
Severity Funding. State/Regional-Level Fire ........................................................200
SFMP Map Set, Definition........................................................188
Short-haul, Emergency Medical........................................................304
Single Engine Airtanker (SEAT) Operations, Procedures, and Safety ........................310
Single Engine Airtanker Manager Position ........................................................310
Single Engine Airtanker, Operational Procedures........................................................311
Single Engine Airtankers ........................................................310
Single Resource/Kind Extensions ........................................................135
Smoke and Carbon Monoxide........................................................145

Release Date: January 2016

Smokejumper (SMKJ) Operations (BLM) ..................................................................59
Smokejumper Aircraft (BLM) ...............................................................................61
Smokejumper Communications ...........................................................................259
Smokejumper Coordination and Dispatch (BLM) ...................................................60
Smokejumper Jump Proficiency Guideline (BLM) ...................................................61
Smokejumper Medical Standards .......................................................................259
Smokejumper Mission (BLM) ..............................................................................59
Smokejumper Physical Fitness Standards ...........................................................259
Smokejumper Physical Fitness Standards (BLM) ...................................................62
Smokejumper Pilots ........................................................................................311
Smokejumper Policy .......................................................................................258
Smokejumper Target Qualifications ...................................................................259
Smokejumper Training .....................................................................................259
Smokejumper Training (BLM) BLM .......................................................................61
Smokejumpers (BLM) ........................................................................................59
Smokejumpers (SMKJ) .....................................................................................258
Spatial Fire Management Plan (SFMP) Mapsheet, Definition ...................................188
Spatial Fire Management Plan (SFMP), Definition .................................................188
Speed Limits ................................................................................................270
Staff Responsibilities, Field Level (FS) .............................................................121
Staff Roles, Fire Management (FWS) ...................................................................95
Staff Roles, Fire Management (NPS) ...................................................................74
Staff Roles, Fire Management, Fire Director (FWS) .................................................95
Staff Roles, Fire Management, National Office (FWS) ..............................................95
Staff Roles, Fire Management, National Office (NPS) ..............................................74
Staff Roles, Fire Management, Park (NPS) ............................................................75
Staff Roles, Fire Management, Refuge (FWS) .........................................................96
Staff Roles, Fire Management, Refuge, Zone Fire Management Officer (ZFMO)
    (FWS) ...................................................................................................96
Staff Roles, Fire Management, Regional Office (FWS) ..............................................96
Staff Roles, Fire Management, Regional Office (NPS) ..............................................74
Staff Roles, Fire Management, Regional Office, Regional Fire Management
    Coordinator (RFMC) (FWS) ..........................................................................96
Staffing Level ..............................................................................................194
Staffing Requirements, Minimum, Engine (BLM) .....................................................57
Stafford Act Disaster Relief and Emergency Assistance ..........................................175
Standards, Firefighter Training and Qualifications .................................................247
Step-up/Staffing Plans ...................................................................................194
Sterile Cockpit All Aircraft .............................................................................298
Structural Fire and Hazardous Materials Response (NPS) ...........................................81
Structural Fire Response Requirements (Including Vehicle, Trash, and Dumpster
    Fires), NPS ..............................................................................................81
Structure Exposure Protection Principles (FS) .....................................................123
Structure, Vehicle, Dumpster, Trash, and Landfill Fires ........................................228
Support Caches, Type 3 ...................................................................................234
Suppression Chemicals and Delivery Systems .......................................................239
Suppression Operations, Principles of ..................................................................10
Suppression, Definition .....................................................................................7
Suppression, Fire ............................................................................................9
Training (FWS) ..............................................................................................104

Release Date: January 2016

**EXHIBIT 7**
Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 451 of 463   PageID #:
1348

Training (NPS)........................................................................................................80
Training and Qualification Requirements, Engine (BLM) ...........................................58
Training and Workforce Development Program, Fire (BLM)...............................47
Training and Workforce Development, Fire (BLM) ..................................................47
Training for Agency Administrators, Fire (BLM)....................................................23
Training for Fire Management Officers (NPS) .........................................................80
Training for Park Superintendents (NPS)...............................................................80
Training Requirements, BLM Firefighters General Non-Fire .....................................48
Training Requirements, BLM Firefighters General Non-fire, Administratively
    Determined (AD) and Emergency Firefighters (EFF)......................................48
Training Requirements, BLM Firefighters General Non-fire, Agency Permanent,
    Career Seasonal, and Temporary Firefighters.............................................48
Training Requirements, Firefighter General (FWS).................................................105
Training Requirements, Firefighter General, Agency Permanent, Career Seasonal, and
    Temporary Firefighters (FWS) ......................................................................105
Training Requirements, Firefigther General, AD and EFF Required Training (FWS)...105
Training Requirements, NPS Firefighters General ................................................80
Training Requirements, Universal.........................................................................250
Training, Agency Administrator (FWS)..................................................................104
Training, Zone Fire Management Officer (FWS).....................................................104
Transfer of Command ...........................................................................................224
Transfer/Replacement, Property (BLM)................................................................40
Transportation .....................................................................................................261
Typing, Engine (BLM)...........................................................................................57
U.S. – Australia/New Zealand Wildland Fire Arrangement .........................................182
U.S. – Canada, Reciprocal Forest Firefighting Arrangement ....................................182
U.S. – Mexico Cross Border Cooperation on Wildland Fires ...................................182
U.S. Forest Service (FS), Agency Planning Guidance ..............................................186
Unified Command ................................................................................................214
Uniform Standards, Wildland Fire ........................................................................86
Unmanned Aircraft Systems .................................................................................293
Unmanned Aircraft Systems, Key Points ...............................................................295
Vehicle Cleaning/Noxious Weed Prevention .........................................................276
Vehicle Color and Marking (NPS) .........................................................................82
Vests, High Visibility............................................................................................144
Water Enhancer (Gel)............................................................................................240
Water Tender Qualifications and Staffing Standards ..............................................272
Waterway Buffer, Definition.................................................................................242
Waterway, Definition............................................................................................242
Weather Data in WIMS, Managing .......................................................................196
Website, BLM Fire Operations .............................................................................13
Wet Water ...........................................................................................................240
WFDSS Approval Requirements by Agency .........................................................219
WFDSS Decision Approval and Publication .........................................................218
WFDSS, Initial Decision.......................................................................................217
WFDSS, New Decision .........................................................................................218
WFDSS, Support...................................................................................................220
WFDSS, Use of (BLM)..........................................................................................67
WFDSS, Use of (FWS) .........................................................................................103
WFDSS, Use of (NPS) ..........................................................................................87

WFDSS, Wildland Fire Decision Support System ........................................................217
WFM Availability Periods ...........................................................................................264
WFM Organization ......................................................................................................264
WFM Policy..................................................................................................................263
WFM Types and Certification......................................................................................264
Wildland Fire Executive Council (WFEC)..................................................................162
Wildland Fire Leadership Council (WFLC).................................................................162
Wildland Fire Modules (BLM) .....................................................................................56
Wildland Fire Modules (WFM) ...................................................................................263
Wildland Fire, Definition ................................................................................................6
Wildland Urban Interface.............................................................................................227
Work Capacity Test – Retesting...................................................................................258
Work Capacity Test (WCT) Administration ................................................................256
Work Capacity Test (WCT) Categories .......................................................................255
Work Capacity Test Categories....................................................................................256
Work/Rest .....................................................................................................................133
Working Capital Fund, Equipment, Acquisition of........................................................39

Release Date: January 2016

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 453 of 463   PageID #: 1350

## 2016 Interagency Standards for Fire and Fire Aviation Operations
## Executive Summary of Changes

**Chapter 1 – Federal Wildland Fire Management Policy Overview**
- No substantial changes.

**Chapter 2 – BLM**
- Removed text regarding this chapter states, references, or supplements policy for BLM, and inserted, "This chapter provides policy and guidance for Bureau of Land Management fire and aviation program management as referenced in *BLM Manual Section (MS) 9200 Fire Program Management*."
- Inserted text regarding the Fire Operations Division Chief's responsibility to certify Area Command and Type 1 Command and General Staff task books and red cards for the national and Washington offices.
- Inserted text regarding the Fire Operations Division Chief to provide written daily NMAC group briefings to BLM Assistant Director (FA), Deputy Assistant Director (FA), state FMOs and geographic MAC members in FIAT states at National Preparedness Level 3 and above.
- Clarified existing text in the "Management Performance Requirements for Fire Operations" table regarding State Director/Associate and District/Field Manager responsibilities for establishment of a fire organization to meet fire management objectives based on priorities and within national allocations.
- Clarified existing text in the "Management Performance Requirements for Fire Operations" table regarding Agency Administrator fire training requirement.
- Clarified existing text in the "Management Performance Requirements for Fire Operations" table regarding Agency Administrator requirement to visit fires each year.
- Clarified existing text regarding Fire Training for Agency Administrators and their actings.
- Inserted text in the "Fire Staff Performance Requirements for Fire Operations" table requiring District/Zone/Field Office FMO to develop, maintain, and implement a drawdown plan.
- Inserted text in the "Fire Staff Performance Requirements for Fire Operations" table requiring the District/Zone/Field Office FMO to develop IMT briefing packages prior to fire season.
- Inserted text in the "Fire Staff Performance Requirements for Fire Operations" table requiring the State FMO to certify Area Command and Type 1 Command and General Staff positions.
- Inserted major subsection "State and National Duty Officers" regarding preposition of suppression assets during fire season and dedicated duty officer telephone numbers.
- Removed existing text for expired Washington Office Instruction Memorandum No. 2012-196.
- Inserted text regarding mobile fire equipment transfer approval requirements.
- Inserted text for engine and command vehicle driver qualifications when responding with lights and sirens.
- Inserted minor subsection "BLM Fire Operations Group National Preposition Strategy" and text regarding the establishment and purpose of the Asset Intelligence Spreadsheet.
- Clarified text regarding each state director and the Fire and Aviation division chiefs for Operations and Aviation to expend short term severity funds.
- Removed "fire management plan" and inserted "Fire Danger Operating Plan" in regards to National Level Severity Funding.
- Inserted text regarding, "Mitigate threats to values identified in Land and Resource Management Plans with AD, Fire and Aviation concurrence" in regards to National Level Severity Funding.
- Inserted text regarding AD, Fire and Aviation may consider other factors when approving requests for national severity.
- Clarified existing text regarding 12 instead of 13 key fire management positions in IFPM.
- Clarified text in the "BLM Hand Crew Standards by Type" table for Type 1 crew size as a maximum of 22.
- Removed existing text referencing the *Alaska Interagency Mobilization Guide*, for mobilizing Type 2 crews within Alaska consisting of 16 personnel.

**Release Date: January 2016**                              **Executive Summary of Changes-1**

- Removed text regarding BLM Interagency Hotshot Crew (IHC) mobilization from Eastern and Southern Geographic Areas.
- Inserted text regarding BLM IHC crew size for mobilization as a standard of 20 with a maximum of 22.
- Clarified existing text regarding how BLM Fire Suppression Modules will be statused, tracked, and mobilized in ROSS.
- Clarified existing text regarding the number of smokejumpers in "one load" as 6-10.
- Clarified text regarding the name of the Interagency Smokejumper Aircraft Screening and Evaluation Subcommittee.
- Clarified existing text regarding smokejumper physical fitness standards.
- Changed major subsection from "Sage Grouse Conservation Related to Wildland Fire and Fuels Management" to "Sage Grouse Conservation Related to Wildland Fire."
- Removed existing text regarding sage-grouse conservation related to fuels management and clarified the website to access current information.
- Inserted text regarding large fire assessments for wildfires occurring in sage-grouse habitat.
- Removed text regarding WFDSS "Course of Action" and inserted "Cost tab."
- Inserted major subsection "BLM Global Positioning System (GPS) Datum and Coordinate Standard."

**Chapter 3 – NPS**
- Removed major subsection "NPS Wildland Fire Operations Website."
- Inserted major subsection "Fire Management Leadership Board."
- Inserted text under "Training for Park Superintendents" regarding required training for park superintendent designated actings.
- Removed existing text in the "NPS Firefighters General Training Requirements" table regarding 8 hours minimum for the Annual Fireline Safety Refresher and inserted, "No minimum hourly requirement."
- Removed existing text regarding Fire Management Credentials and inserted text that, "The NPS Fire and Aviation Management Credential Program is currently suspended and undergoing a review."
- Removed existing text regarding WFDSS "Course of Action" and inserted "Cost tab."

**Chapter 4 – FWS**
- Clarified existing text regarding the Regional Director to review any prescribed fire that is converted to a wildfire.
- Removed existing text regarding Refuge Managers/Project Leaders performance requirements based on unit's complexity.
- Removed Project Leader/Refuge Manager title and inserted Agency Administrator.
- Inserted "Zone" before FMO in the "Management Performance Requirements for Fire Operations" table and throughout the chapter.
- Clarified existing text regarding the Zone Fire Management Officer can represent the Agency Administrator on fire and fire aviation groups as delegated.
- Removed existing text regarding, "An FMO may be assigned to provide wildland fire management support to a group of refuges (zone) when individually each refuge does not warrant a fulltime FMO."
- Removed existing text under Delegation of Authority for Regional Fire Management Coordinator to, "Direct accelerated, aggressive initial attack when appropriate."
- Clarified existing text under Delegation of Authority for Regional Fire Management Coordinator from approve "emergency" fire severity funding to approve "short-term" fire severity funding.
- Changed major subsection from "Daily Fire Reporting" to "Fire Reporting," and clarified existing text regarding reporting requirements.
- Removed existing text regarding guidance document for agency qualification of Agency Administrator (AADM) and inserted new guidance document.

**EXHIBIT 7**

- Inserted text regarding frequency of AD and EFF required training courses.
- Inserted major subsection "FWS Global Positioning System (GPS) Datum and Coordinate Standard."

### Chapter 5 – FS
- Changed major subsection from "Agency Administrator Positions" to "Agency Administrator Roles and Responsibilities for Incident Management."
- Clarified existing text regarding Agency Administrator core competencies.
- Inserted website for *Line Officer Desk Reference for Fire Program Management.*
- Changed minor subsection from "Line Officer Certification Program" to "Agency Administrator Certification Program."
- Removed existing text throughout the chapter referencing "Line Officer(s)" and replaced with "Agency Administrator(s)."
- Clarified existing text regarding Agency Administrator training, background and experience, and demonstrated ability for Working, Journey, and Advanced Levels.
- Inserted minor subsection "Evaluation Process" in regards to Agency Administrators.
- Removed minor subsection "Other Considerations" and consolidated/clarified text under minor subsection "Evaluation Process."
- Inserted text under "Evaluation Process" regarding Agency Administrator creditable work experience to achieve and maintain certification levels.
- Inserted minor subsection "Currency" in regards to Agency Administrator core competencies.
- Inserted minor subsection "Definitions" under major subsection "Agency Administrator Roles and Responsibilities for Incident Management."
- Inserted text referencing core fire management competencies under major subsection "Agency Administrator Responsibilities for Fire and Aviation at the Field Level."
- Removed existing text referencing GSA and inserted DLA and the website for the DLA Wildland Fire Equipment Catalog.
- Clarified text regarding approval authority for the different incident types.

### Chapter 7 – Safety and Risk Management
- Removed existing text requiring long-sleeved flame resistant shirt be yellow.
- Inserted text regarding long-sleeved flame resistant shirt and trousers be National Fire Protection Association (NFPA) 1977 compliant.
- Clarified text regarding Head Protection-hardhats.
- Clarified and inserted text under "Required Treatment for Burn Injuries."
- Changed minor subsection "Burn Injury Criteria" to "ABA Burn Injury Criteria" in regards to the American Burn Association (ABA) criteria.
- Clarified and inserted text regarding American Burn Association burn injury criteria.
- Inserted text regarding burn injury severity determination.
- Inserted a picture depicting percentage Total Body Surface Area (TBSA) for burn injuries.
- Inserted minor subsection "Wildland Fires In or Near Coal Seams."
- Inserted text regarding the "Safety Alert System," and descriptions of the three levels of Safety Alerts.
- Clarified existing CISM text and inserted minor subsections "Critical Incident Peer Support (CIPS)" and "Critical Incident Peer Support Groups."

### Chapter 8 – Interagency Coordination and Cooperation
- Removed text regarding, "The office's approved fire management plan must define the role of the contractor in the overall program" in reference to Contracts.
- Inserted text that ICS will be used to manage all fires under federal jurisdiction.
- Inserted BLM-specific text identifying the website for agreements/AOPs with Department of Defense and best practices, including UXO protocols.
- Deleted existing BLM-specific text regarding accepting each other's standards during initial action and inserted, "BLM may accept the standards of any local cooperator through the

duration of an incident when the cooperator has a current cooperative fire response agreement with BLM, and the cooperator is in compliance with the agreement. Personnel from agencies that do not subscribe to the NWCG qualification standards may be used on agency managed fires, and must only be assigned to duties commensurate with their competencies, qualifications, and equipment capabilities."

- Inserted text regarding communication plans, training, ICS and integration of resources to the Cooperation element of Annual Operating Plans (AOPs).
- Inserted major subsection "All-Hazard Incident Management Teams and Other Non-Wildland Fire Incident Management Teams."

### Chapter 9 – Fire Management Planning

- Inserted text regarding the purpose of planning strategically.
- Clarified existing text regarding fire management planning efforts should address the vision and goals of the Cohesive Strategy.
- Inserted websites for the DOI framework, and BLM and NPS Fire Management Plan templates.
- Clarified existing text regarding the Forest Service replacement of FSH 5109.19 with a Fire Management Planning Guide.
- Inserted website for *WFDSS Spatial Fire Planning Guide*.
- Removed existing text regarding fire planning information/guidance websites.
- Removed existing text referencing *April 30, 2010 (NWCG #024-2010)* document under Concepts and Definitions.
- Removed existing text regarding Fire Management Unit management objectives.
- Clarified existing text for DOI and the Forest Service regarding the connection of Land/Resource Management Plans and Fire Management Plans to other plans.

### Chapter 10 – Preparedness

- Clarified existing text regarding Preparedness.
- Changed major subsection from "Preparedness Plans" to "Preparedness Planning" and clarified supporting text.
- Inserted text regarding a website for references, templates, and other supporting materials pertaining to the Fire Danger Operating Plan (FDOP) process.
- Inserted major subsection "Fire Danger Rating" and minor subsection "Communication of Fire Danger."
- Clarified existing text under major subsection "Fire Danger Operating Plan Rating."
- Changed minor subsection from "Climatic Breakpoints and Fire Business Thresholds" to "Decision Point Analysis" and clarified text.
- Inserted minor subsection "Fire Danger-based Decisions."
- Moved "Staffing Level" under major subsection "Step-up/Staffing Plans" and clarified text.
- Removed minor subsection "Adjective Fire Danger Rating" and moved the clarified text to "Staffing Level" under major subsection "Step-up/Staffing Plans."
- Inserted text regarding supplemental preparedness actions for Preparedness Level Plans.
- Changed major subsection from "Step-up Plans" to "Step-up/Staffing Plans," and clarified text.
- Inserted "Staffing Level" as a minor subsection.
- Changed major subsection from "Initial Response Plans" to "Initial Response/Pre-planned Dispatch Plans," and clarified existing text.
- Changed major subsection from "Fire Prevention/Mitigation" to "Fire Prevention/Mitigation Plans," moved subsection forward in the chapter, and clarified existing text.
- Clarified existing text regarding Fire Danger PocketCard for Firefighter Safety and inserted text regarding timeframes for updating PocketCards.
- Inserted major subsection "Managing Weather Data in WIMS."
- Changed major subsection from "Management Actions for Noncompliant Remote Automated Weather Stations (RAWS)" to "Management Actions for Remote Automated Weather Stations (RAWS)," and moved it back in the chapter.

- Inserted new major subsection "Predictive Service Areas."
- Clarified text regarding 10 instead of 11 Geographic Area Predictive Services units.
- Clarified text regarding Local Unit Seasonal Tracking.
- Changed all minor subsections under Fire Severity Funding to include the word "Fire" and clarified text throughout.
- Clarified existing text that fire severity funding is not intended to mitigate threats to Threatened and Endangered Species habitat, wildland/urban interface, or other values identified in Land and Resource Management Plans for NPS, FWS, and the USFS.
- Changed minor subsection from "Appropriate Severity Funding Charges" to "Appropriate Fire Severity Funding Charges and Activities" and clarified text.
- Changed minor subsection from "Interagency Requests" to "Interagency Severity Requests" and clarified text.
- Inserted and/or clarified text in the "Sequence of Action and Responsible Parties for Severity Funding Requests" table for the Unit FMO and State/Regional FMO, and specific USFS requirements.
- Changed major subsection from "Professional Liability Insurance" to "Qualification for Professional Liability Insurance Reimbursement."

**Chapter 11 – Incident Management**
- Inserted major subsection "All-Hazard Incident Management Teams and Other Non-Wildland Fire Incident Management Teams."
- Clarified existing text regarding the Integration Reporting of Wildfire Information (IRWIN) data exchange system.
- Removed existing text referencing NWCG Memorandum # 012-2011, "Wildland Fire Decision Support System (WFDSS) Decision Documentation and GACG Responsibilities."
- Removed text regarding criteria for Flame Act funding in the WFDSS Initial Decision.
- Clarified existing text regarding requirements triggering submission of an ICS-209, and inserted text requiring submission of an ICS-209 when a NIMO is assigned.
- Inserted text regarding IC responsibility for suppression repair (see "Post-Fire Activities" Table).
- Inserted text regarding "Funding Type" for emergency stabilization and rehabilitation (see "Post-Fire Activities" Table).
- Clarified existing text regarding title of individual responsible for USFS national level approval for emergency stabilization (see "Emergency Stabilization Approval Authorities" Table).
- Clarified existing text regarding DOI and USFS Burned Area Emergency Response (BAER) teams.

**Chapter 12 – Suppression Chemicals and Delivery Systems**
- Updated website for Forest Service avoidance area maps.

**Chapter 13 – Firefighter Training and Qualifications**
- Inserted the website for the Forest Service *Fire and Aviation Qualification Guide* (FAQG) throughout the chapter.
- Inserted text regarding, "Federal agencies will accept each other's qualifications/certifications, regardless of jurisdiction and throughout the duration of the incident."
- Clarified existing NPS text regarding IQCS account managers will have an IQCS Delegation of Authority from the certifying official.
- Added BLM to agencies requiring IQCS account managers to have an IQCS Delegation of Authority from the certifying official.
- Removed NPS text requiring, "… two or more qualified assignments be accomplished in a position before an individual may become a position performance evaluator," and exceptions and subordinate unit leader positions.

**Release Date: January 2016**                    **Executive Summary of Changes-5**

- Removed existing NPS text regarding 8 hours for the annual fireline safety refresher training and added NPS to the list of agencies that have no minimum hourly requirement.
- Removed text referencing "FireFit" and replaced with "Interagency Fire Fitness Program in the USFS WCT Implementation Guide."
- Clarified text regarding FWS physical fitness and conditioning reference.
- Inserted text for the USFS to reference the WCT Implementation Guide for Medical Examination and Work Capacity Tests.
- Clarified text regarding established medical qualifications provide consistent medical standards for arduous positions.
- Inserted text regarding USFS submission requirements of OF-178 for light and moderate fitness level positions.
- Clarified text regarding three opportunities total for permanent employees for Work Capacity Test retesting.
- Inserted text regarding, "Smokejumper medical standards are the same as the Federal Interagency Wildland Firefighter Medical Standards-Arduous Duty Wildland Firefighter."
- Inserted BLM bullet to reference Chapter 2 for smokejumper physical fitness standards.
- Clarified text regarding the primary mission of a Wildland Fire Module.
- Inserted text regarding FWS chainsaw operators and fallers evaluator qualification requirements for position task books.
- Clarified existing text that the new Forest Service Manual (FSM 2358) is anticipated for release in early 2016.
- Removed USFS text regarding the MTDC Chain Saw or Crosscut Saw Training Course 0667-2805.

### Chapter 14 – Firefighting Equipment

- Removed text regarding NPS gross vehicle weight annual certified weight slip procedures.
- Inserted text regarding FWS policy document for Emergency Light Use.
- Inserted USFS policy document FSH 5109.16 regarding Emergency Light Use.
- Inserted minor subheading "Mobile Attack (Pump and Roll)."
- Moved existing text regarding Operational Procedures for BLM Firefighting Engines to an agency-specific bullet.
- Clarified existing text regarding fire engine staffing requirements for Type 4, 5, 6, and 7.
- Moved existing text regarding FWS-specific requirements for Type 6 and 7 engines under Fire Engine Staffing for Type 4, 5, 6, and 7 engines.
- Changed minor subsection from "Water Tender Staffing Standards" to "Water Tender Qualifications and Staffing Standards."
- Inserted text regarding dozer and tractor plow experience requirement.
- Removed all agency-specific requirements regarding Dozer/Tractor Plow Physical Fitness Standards.
- Removed existing text regarding BLM requiring a 10 lb. class BC fire extinguisher for UTVs.
- Clarified existing text regarding ATV and UTV helmet standards.
- Clarified existing ATV/UTV PPE requirements for NFPA 1977 flame resistant shirts and trousers.
- Clarified existing BLM-specific reference for ATV/UTV policy.
- Inserted BLM text referencing Washington Office Instruction Memorandum No. 2015-136, *Transporting Utility Terrain Vehicles (UTVs) in Pick-up Trucks.*
- Inserted BLM-specific text regarding fire extinguisher requirement for UTVs equipped with a ground ignition device.
- Removed USFS direction (i.e. FSH 5109.32a) in regards to Ground Ignition Devices and Transporting/Dispensing Fuel.

### Chapter 15 – Communications

- Deleted existing text regarding BLM and FWS GPS datum and coordinate standard under Radio Communications. Moved information to Chapter 2 and Chapter 4, respectively.

- Clarified existing text regarding permission required to use National Interagency Fire Tactical Frequencies.

### Chapter 16 – Aviation Operations/Resources
- Inserted text regarding NPS National Office Organizational Responsibilities.
- Clarified existing text regarding USFS Branch Chief, Pilot Standardization responsibilities.
- Inserted text regarding NPS Regional Aviation Manager responsibilities.
- Inserted text regarding NPS Unit or Park Aviation Manager responsibilities.
- Inserted, removed, or updated USFS policy reference documents throughout Chapter 16.
- Inserted specific USFS text referencing FSM 5700 and employee use of an operational risk management process prior to every flight under Risk Assessment and Risk Management
- Removed existing text regarding "FAR" and inserted "14 CFR."
- Inserted major subsection "Unmanned Aircraft Systems."
- Inserted some BLM units have MOUs with local military airspace authorities for airspace coordination.
- Removed BLM reference document under Flight Request and Approval.
- Inserted USFS text regarding Special Use Mission Flights.
- Inserted night air tactical operations text to the list of mission flights for fixed-wing aircraft and helicopters.
- Inserted short-haul operations text to the list of mission helicopter flights.
- Inserted text adding maintenance crew members to Interim Flight and Duty Limitations Implementation, Phase 1.
- Inserted text regarding aviation manager's actions to consider during Phase 1 Duty Limitations.
- Inserted text regarding, "All FS aircraft (agency-owned, exclusive use, leased and CWN) are available to move to areas of greatest agency need, thereby maximizing efficiency and effectiveness. Forest Service units are expected to adhere to procedures established in policy for acquisition and use reporting."
- Clarified existing text regarding the USFS short-haul operations policy document.
- Clarified existing text regarding federal contracted airtankers are national resources.
- Clarified existing text regarding airtanker owners and operators.
- Inserted text regarding the BLM NAP contains governance requirements for airtankers.
- Clarified existing text regarding USFS governance of airtankers.
- Removed water scoopers under Airtanker Types.
- Inserted text regarding Airtanker Rotation including rotation of State airtankers.
- Inserted text regarding Canadian airtankers.
- Inserted text regarding Loading Operations of USFS airtankers under Airtanker Base Operations.
- Clarified existing text regarding Cooperator Aircraft.
- Inserted text regarding USFS-specific requirements for Cooperator Aircraft.
- Removed existing major subsection "Interagency Fire Use of Unmanned Aircraft Systems (UAS)," and moved text under major subsection "Unmanned Aircraft Systems."

### Chapter 17 – Fuels Management
- Updated existing text to reflect terminology change "Hazardous Fuels Reduction (HFR)" to "Fuels Management (FM)."
- Changed major subsection from "Reporting HFR Accomplishment" to "Reporting Fuels Management Accomplishments."
- Clarified existing text that all agencies have policy in regards to Reporting Fuels Treatment Effectiveness Monitoring.
- Inserted BLM-specific requirements for Reporting Fuels Treatment Effectiveness Monitoring.
- Changed major subsection from "Policy Regarding Planned HF Treatments Burned in a Wildfire" to "Regarding Planned Fuels Treatments Burned in a Wildfire."
- Clarified and inserted text regarding what DOI agencies may report as "Fire Use" in NFPORS.
- Clarified USFS-specific text regarding conditions for "Fire Use" accomplishment reporting.

**EXHIBIT 7**

Case 3:19-cv-00469-PLR-DCP   Document 19-6   Filed 11/19/19   Page 460 of 463   PageID #: 1357

- Changed major subsection from "DOI Reporting of Wildfire Acres That Meet Resource Management Objectives" to "Reporting of Wildfire Acres That Meet Resource Management Objectives."
- Clarified existing text from "Resource Management Plan (RMP)" to "Land and Resource Management Plan (LRMP)."
- Inserted text regarding FWS and USFS-specific requirements for Reporting of Wildfire Acres That Meet Resource Management Objectives.
- Clarified text regarding Prescribed Fire During Preparedness Levels 4 and 5 and inserted agency-specific requirements.
- Inserted text that, "Contractors must meet NWCG 310-1 qualification requirements and agency standards for specific skill positions for prescribed fire operations."
- Changed major subsection from "Non-Prescribed Fire HFR Activities" to "Non-Fire Fuels Management Activities."

## Chapter 18 – Reviews and Investigations
- Updated existing text to reflect terminology change from "Escaped Prescribed Fire Review" to "Declared Wildfire Review."
- Clarified existing text regarding Rapid Lesson Sharing.
- Removed existing text that Serious Accident Investigation (SAI) and Accident Investigation (AI) 24- and 72-hour reports may include posting through the NWCG Safety Alert System.
- Inserted text that the fire safety/risk management lead will provide a copy of SAI and AI 24- and 72-hour reports to the Wildland Fire Lessons Learned Center.

## Chapter 19 – Dispatch and Coordination System
- Clarified existing text regarding Service and Supply Plan will contain current copies of competitive Incident Blanket Purchase Agreements (I-BPAs) and source lists for incident-only agreements.
- Clarified Continuity of Operations Plan (COOP) requirements under Dispatch/Coordination Center Administration.
- Clarified existing text regarding NICC Functional Responsibilities for Management of National Aviation Resources.
- Inserted text that local dispatch centers utilize Computer Aided Dispatch (CAD) and Geographic Information System (GIS) products.
- Inserted text for local dispatch centers regarding NMAC establishment of incident name protocols.
- Inserted text regarding each local dispatch center having documented procedures established for dispatching aviation resources.
- Updated existing text to reflect terminology change from "Medical Emergency Plan" to "Medical Emergency Response Plan."

## Appendices
- Clarified existing text in Appendix K (Interim NWCG Minimum Standards of Incident Emergency Medical Services) for flow and clarity.
- Clarified existing text in Appendix N (Wildland Fire Decision Support System Information) to reflect recent system updates, inserted information for two new subsections (tabs), and added a website for current refresher and training materials.
- Inserted text in Appendix P (Local Mobilization Guide/Dispatch Operating Plan) regarding inclusion of incident name protocols in Initial Attack/Response Plans.
- Clarified text in Appendix P (Local Mobilization Guide/Dispatch Operating Plan) regarding Service and Supply Plan will contain current copies of competitive Incident Blanket Purchase Agreements (I-BPAs) and source lists for incident-only agreements.
- Moved Service and Supply Plan references under Required Reference Materials in Appendix P (Local Mobilization Guide/Dispatch Operating Plan).

**EXHIBIT 7**

# Risk Management

**Identify Hazards (Situation Awareness)**
- Gather Information
  - ☐ Objective(s)
  - ☐ Communication
  - ☐ Who's in Charge
  - ☐ Previous Fire Behavior
  - ☐ Weather Forecast
  - ☐ Local Factors
- Scout the Fire

**Assess Hazards**
- Estimate Potential Fire Behavior Hazards
  - ☐ Look Up/Down/Around Indicators
- Identify Tactical Hazards
  - ☐ Watch Outs
- As conditions change, what other safety hazards are likely to exist?
- Consider probability versus severity?

**Develop Controls and Make Risk Decisions**
- Develop control measures that reduce risk:
  - ☐ Firefighting Orders ➔ LCES
    - − Anchor Point
    - − Downhill Checklist (if applicable)
  - ☐ What other controls are necessary?
    - − Engineering/Administrative
    - − PPE
    - − Educational
    - − Avoidance
  - ☐ Emergency Medevac Procedures/Plan
- Are controls in place to mitigate risk?
  - ☐ NO - Reassess situation
  - ☐ YES - Next question
- Are selected tactics based on expected fire behavior?
  - ☐ NO - Reassess situation
  - ☐ YES - Next question
- Have instructions been given and understood?
  - ☐ NO - Reassess situation
  - ☐ YES - Next question
- Consider risk versus gain

**Implement Controls**
- Ensure controls are in place and being implemented by personnel.
- Ensure controls are integrated operational plan and understood at all levels.

**Supervise and Evaluate**
- Are controls adequately mitigating the hazards?
  - ☐ NO – Reassess and consider:
    - − Human Factors:
      - ○ Low experience level?
      - ○ Distracted from primary tasks?
      - ○ Fatigue or stress reaction?
      - ○ Unsafe attitude?
    - − The Situation:
      - ○ What is changing?
      - ○ Are strategy and tactics working?

**If situation changes significantly, restart Risk Management Process at the appropriate step.**

**EXHIBIT 7**

# Standard Firefighting Orders

1. Keep informed on fire weather conditions and forecasts.
2. Know what your fire is doing at all times.
3. Base all actions on current and expected behavior of the fire.
4. Identify escape routes and safety zones and make them known.
5. Post lookouts when there is possible danger.
6. Be alert. Keep calm. Think clearly. Act decisively.
7. Maintain prompt communications with your forces, your supervisor and adjoining forces.
8. Give clear instructions and insure they are understood.
9. Maintain control of your forces at all times.
10. Fight fire aggressively, having provided for safety first.

# Watch out Situations

1. Fire not scouted and sized up.
2. In country not seen in daylight.
3. Safety zones and escape routes not identified.
4. Unfamiliar with weather and local factors influencing fire behavior.
5. Uninformed on strategy, tactics, and hazards.
6. Instructions and assignments not clear.
7. No communication link with crew members/supervisor.
8. Constructing fireline without safe anchor point.
9. Building fireline downhill with fire below.
10. Attempting frontal assault on fire.
11. Unburned fuel between you and fire.
12. Cannot see main fire, not in contact with anyone who can.
13. On a hillside where rolling material can ignite fuel below.
14. Weather is getting hotter and drier.
15. Wind increases and/or changes direction.
16. Getting frequent spot fires across line.
17. Terrain and fuels make escape to safety zones difficult.
18. Taking nap near fireline.