| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY; UNITED NATIONAL INSURANCE COMPANY; AMERICAN SECURITY INSURANCE COMPANY; AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA; STANDARD GUARANTY INSURANCE COMPANY; FARMERS INSURANCE EXCHANGE; FIRE INSURANCE EXCHANGE; FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN; FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY; FOREMOST SIGNATURE INSURANCE COMPANY; ILLINOIS FARMERS INSURANCE COMPANY; MID-CENTURY INSURANCE COMPANY; TRUCK INSURANCE EXCHANGE; and NAUTILUS INSURANCE COMPANY;<br><br>*Plaintiffs*<br><br>v.<br><br>UNITED STATES OF AMERICA, the federal government,<br><br>*Defendant* | No. 3:19-CV-00469 |

## NOTICE OF MANUAL FILING

Plaintiffs, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM FIRE & CASUALTY COMPANY, STATE FARM INDEMNITY COMPANY, STATE FARM GUARANTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, AIG PROPERTY CASUALTY COMPANY, THE CINCINNATI INSURANCE COMPANY, THE CINCINNATI CASUALTY COMPANY, THE CINCINNATI INDEMNITY COMPANY, COUNTRY MUTUAL INSURANCE COMPANY, COUNTRY CASUALTY INSURANCE COMPANY, PHILADELPHIA INDEMNITY INSURANCE COMPANY, GRANITE STATE INSURANCE COMPANY and ILLINOIS NATIONAL INSURANCE COMPANY

("Plaintiffs"), by and through counsel, hereby gives notice of the manual filing of Exhibit 1 through 7 to the Complaint.

Respectfully submitted, this 19th day of November 2019.

                    **KAY GRIFFIN PLLC**

                    /s/Matthew J. Evans
                    Matthew J. Evans   BPR #017973
                    Michael A. Johnson   BPR #030210
                    900 South Gay Street, Suite 802
                    Knoxville, TN 37902
                    (865) 314-8422
                    *Counsel for Plaintiffs*