# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# GREENEVILLE DIVISION

| | |
|---|---|
| AUTO-OWNERS INS. CO., *et al.*, <br><br>    Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br>    Defendant. | No. 3:19–cv–00478 <br> Judge J. Ronnie Greer <br> Mag. Judge Cynthia R. Wyrick |

## NOTICE OF SUBSTITUTION OF COUNSEL

  Plaintiff Auto-Owners Insurance Company, by and through its undersigned counsel of record, hereby submits this Notice of Substitution of Counsel, pursuant to LR 83.4(f).

  1. Parks T. Chastain and Cory R. Miller of Brewer Krause Brooks & Chastain PLLC are withdrawing as local counsel of record for Plaintiff Auto-Owners Insurance Company.

  2. Stephen J. Zralek of Spencer Fane Bone McAllester is hereby substituting as local counsel of record for Plaintiff Auto-Owners Insurance Company and will assume all duties with regard to the *pro hac vice* admissions of Terence M. Ridley, Evan B. Stephenson, and Kurt M. Rozelsky, all of Spencer Fane LLP.

1

Respectfully submitted,


/s/ Cory R. Miller, with permission
Parks T. Chastain, No. 13744
Cory R. Miller, No. 34770
**BREWER, KRAUSE, BROOKS &
CHASTAIN, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228
pchastain@bkblaw.com
cmiller@bkblaw.com
(615) 256-8787


/s/ Stephen J. Zralek
Stephen J. Zralek, No. 18971
**SPENCER FANE BONE MCALLESTER**
511 Union Street, Suite 1000
Nashville, TN 37219
szralek@spencerfane.com
(615) 238-6305

Evan B Stephenson, Esq. (admitted *pro hac vice*)
Kurt Matthew Rozelsky, Esq. (admitted *pro hac vice*)
Terence M Ridley, Esq. (admitted *pro hac vice*)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
estephenson@spencerfane.com
krozelsky@spencerfane.com
tridley@spencerfane.com
(303) 839-3777

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2022, I served a copy of the foregoing document on the following counsel via ECF:

Diana L. Martin, Esq. (admitted *pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
11780 US Highway One, Suite 500
Palm Beach Gardens, FL 33408
dmartin@cohenmilstein.com

Michael Joseph Kaufmann, Esq. (admitted *pro hac vice*)
Otten Johnson Robinson Neff & Ragonetti, P.C.
950 17th Street, Suite 1600
Denver, CO 80203
mkaufmann@spencerfane.com

Kristin McGrory, Esq.
Theodore William Atkinson, Esq.
Grant Treaster, Esq.
Irina Majumdar, Esq.
Martin St. Aubin, Esq.
United States Department of Justice
PO Box 888
Ben Franklin Station
Washington, DC 20044
Kristin.b.mcgrory@usdoj.gov
Theodore.atkinson@usdoj.gov
Grant.treaster@usdoj.gov
Irina.m.majumdar@usdoj.gov
Martin.f.st.aubin@usdoj.gov

*/s/ Stephen J. Zralek*