## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 19, 2024

Ms. LeAnna Wilson
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re: Case No. 22-6014/23-5439, *American Reliable Insurance Company, et al v. USA*
Originating Case No. 3:19-cv-00469 : 3:19-cv-00470 : 3:19-cv-00472 : 3:19-cv-00474 : 3:19-cv-00478

Dear Ms. Wilson,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Abby Hahn
for Gretchen Abruzzo, Case Manager

cc: Mr. Matthew J. Evans
Mr. Mark S. Grotefeld
Mr. Daniel C. Headrick
Mr. Jeffrey Eric Sandberg
Mr. Evan B. Stephenson
Mr. Jonathan Tofilon

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-6014/23-5439

_____

Filed: September 19, 2024

AMERICAN RELIABLE INSURANCE COMPANY; UNITED NATIONAL INSURANCE COMPANY; AMERICAN SECURITY INSURANCE CO.; AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA; STANDARD GUARANTY INSURANCE COMPANY; FARMERS INSURANCE EXCHANGE; FIRE INSURANCE EXCHANGE; FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN; FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY; FOREMOST SIGNATURE INSURANCE COMPANY, et al

    Plaintiffs - Appellants Cross-Appellees

v.

UNITED STATES OF AMERICA

    Defendant - Appellee Cross-Appellant

MANDATE

Pursuant to the court's disposition that was filed 06/28/2024 the mandate for this case hereby issues today.

COSTS: None