# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# GREENEVILLE DIVISION

| | |
|---|---|
| MICHAEL B. REED, *et. al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 3:18–cv–00201 |
| BRITTANY ADKINS, *et. al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 3:18–cv–00310 |
| BRITTANY N. HYRE ANCULLE, *et. al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 3:18–cv–00308 |
| JAMES CARL VANCE, et al., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 3:19–cv–00283 |

| | |
|---|---|
| JACKIE SUE BARNES, et al., | No. 3:19–cv–00296 |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| PAUL W. ABBOTT, et al., | No. 3:20–cv–00149 |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| ALLSTATE FIRE AND CAS. INS. CO., *et al*., | No. 3:19-cv-00474 |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| AMERICAN RELIABLE INS. CO., *et al*., | No. 3:19-cv-00469 |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

| | |
|---|---|
| STATE FARM FIRE & CAS. CO., *et al.*,<br><br>            Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | No. 3:19-cv-00470 |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, *et al.*,<br><br>            Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | No. 3:19-cv-00472 |
| AUTO-OWNERS INS. CO., *et al.*,<br><br>            Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | No. 3:19–cv–00478 |

## JOINT MOTION FOR STATUS CONFERENCE

The parties to the above-captioned actions request a status conference with the Court pursuant to Federal Rule of Civil Procedure 16(a).[1]

The Plaintiffs consist of individuals and insurance carriers who seek damages under the

---

[1] Scott Tegler, executor of the Estates of John C. Tegler and Marilyn F. Tegler, is a plaintiff in *Reed v. USA*, 3:18-cv-201. His counsel, Gordon Ball, did not respond to communication from counsel for the United States regarding Plaintiff Tegler's agreement to the motion for joint status conference.

Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b), 2671, *et seq.*, for personal injuries and property damage allegedly caused by the Chimney Tops 2 Fire. Their claims were consolidated for resolution by this Court and ultimately stayed pending resolution of two different appeals to the Sixth Circuit. *See Amer. Reliable Ins. Co.*, No. 3:19-cv-00469, ECF No. 143 (ordering Clerk to "stay this action pending the resolution of these parties' appeals and Individual Plaintiffs' appeals" in *Abbott v. United States*, Nos. 22-5513, etc. (6th Cir. 2022)).

The Sixth Circuit has now resolved each of these appeals and remanded to this Court for further proceedings. *See* Oct. 10, 2023 mandate in *Abbott v. United States*, Nos. 22-5513, etc. (6th Cir. 2022); Sept. 19, 2024 mandate in *Amer. Reliable Ins. Co.*, Nos. 22-6014, etc. (6th Cir. 2022).

The parties, therefore, respectfully request the Court set a status conference to address the course of litigation in these actions on remand. If ordered by the Court in anticipation of a status conference, the parties are prepared to submit a joint proposal or, if the parties disagree, separate proposals regarding the scope and sequencing of litigation.

Dated: October 23, 2024          Respectfully submitted,

    JAMES G. TOUHEY, JR.
    Director, Torts Branch
    Civil Division

    GRANT E. TREASTER
    Assistant Director, Torts Branch
    Civil Division

    */s/ Theodore Atkinson*
    THEODORE W. ATKINSON
    MARTIN F. ST. AUBIN
    KRISTIN B. McGRORY
    IRINA MAJUMDAR
    Trial Attorneys, Torts Branch
    United States Department of Justice
    Civil Division
    Benjamin Franklin Station, P.O. Box 888

Washington, D.C. 20044
Telephone: (202) 616-4266
Email: theodore.atkinson@usdoj.gov

*Attorneys for Defendant*


s/ Theodore J. Leopold
THEODORE J. LEOPOLD
Florida Bar No.: 705608
LESLIE M. KROEGER
Florida Bar No.: 989762
DIANA L. MARTIN
Florida Bar No.: 624489
Email: tleopold@cohenmilstein.com
Email: lkroeger@cohenmilstein.com
Email: dmartin@cohenmilstein.com
Cohen Milstein Sellers & Toll, PLLC
11780 US Highway One, Ste N500
Palm Beach Gardens, FL 33408
Telephone: 561.515.1400

Sidney W. Gilreath
GILREATH & ASSOCIATES
Bank of America Center, Suite 600
550 Main Street
Knoxville, TN 37902
Telephone: 866.584.7015

Benjamin C. Glassman
Squire Patton Boggs LLP
201 E. Foruth St., Suite 1900
Cincinnati, OH 45202

*Attorneys for Individual Plaintiffs*

s/Mark S. Grotefeld
Mark S Grotefeld
GROTEFELD HOFFMANN
6034 West Courtyard Dr., Ste. 200
Austin, TX 78730
mgrotefeld@ghlaw-llp.com
Amy L. Dvorak
Emma L. Gaddipati
Mark L. McGuire
GROTEFELD HOFFMANN

311 S. Wacker Dr., Ste. 1500
Chicago, IL 60606
advorak@ghlaw-llp.com
egaddipati@ghlaw-llp.com
mmcguire@ghlaw-llp.com

Jonathan J. Tofilon
GROTEFELD HOFFMANN
407 S. Third St., Ste. 200
Geneva, IL 60134
jtofilon@ghlaw-llp.com

s/ Matthew Evans
Matthew J. Evans
BPR #017973
Michael A. Johnson
BPR #030210
KAY GRIFFIN, PLLC
900 S. Gay Street, Suite 802
Knoxville, TN 37902
Matthew.evans@kaygriffin.com

*Attorneys for Plaintiffs, State Farm Fire & Casualty Company, State Farm Indemnity Company, State Farm Guaranty Insurance Company, State Farm Mutual Automobile Insurance Company, Lexington Insurance Company, AIG Property Casualty Company, Safeco Insurance Company of America, Safeco Lloyds Insurance Company, Safeco National Insurance Company, First National Insurance Company of America, General Insurance Company of America, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, The Cincinnati Insurance Company, The Cincinnati Casualty Company, Cincinnati Indemnity Company, Country Mutual Insurance Company, Country Casualty Insurance Company, Philadelphia Indemnity Insurance Company, Granite State Insurance Company, Illinois National Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate*

7

*Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, Encompass Indemnity Company, Encompass Insurance Company of America*


s/ Matthew Evans
Matthew J. Evans
BPR #017973
Michael A. Johnson
BPR #030210
KAY GRIFFIN, PLLC
900 S. Gay Street, Suite 802
Knoxville, TN 37902
Matthew.evans@kaygriffin.com

*Attorneys for Plaintiffs American Reliable Insurance Company, United National Insurance Company, American Security Insurance Company, American Bankers Insurance Company of Florida, Standard Guaranty Insurance Company, Farmers Insurance Exchange, Fire Insurance Exchange, Foremost Insurance Company Grand Rapids, Michigan, Foremost Property and Casualty Insurance Company, Foremost Signature Insurance Company, Illinois Farmers Insurance Company, Mid-Century Insurance Company, Truck Insurance Exchange, and Nautilus Insurance Company, United Services Automobile Association, USAA Casualty Insurance Company, USAA General Indemnity Company, and Garrison Property and Casualty Insurance Company*


/s/Stephen Zralek_____
Stephen J. Zralek, No. 18971
SPENCER FANE BONE MCALLESTER
511 Union Street, Suite 1000
Nashville, TN 37219
szralek@spencerfane.com
(615) 238-6305

Kurt Rozelsky
SC Bar 6856, admitted pro hac vice
Email: krozelsky@spencerfane.com
TERENCE M. RIDLEY
Colorado Bar No. 15212
Email: tridley@spencerfane.com
EVAN B. STEPHENSON
Colorado Bar No. 37183
Email: estephenson@spencerfane.com
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone: 303.839.3800
Facsimile: 303.839-3838

*Attorneys for Plaintiffs Auto-Owners Insurance Company, Owners Insurance Company, Southern-Owners Insurance Company, and Property-Owners Insurance Company*